UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER RELATING CASES**<br><br>[RE: ECF 37; 38] |

Before the Court is Plaintiff's unopposed administrative motion to consider whether this case should be related to *Galvan et al v. Google LLC et al*, 5:19-cv-04360-EJD (N.D. Cal. July 30, 2019) (the "*Galvan* action"). ECF 37; *see also* ECF 38 (Stipulation and [Proposed] Order Relating Cases). Pursuant to Civil Local Rule 3-12, the Court hereby finds that this case is related to the *Galvan* action.

**IT IS SO ORDERED.**

Dated: September 20, 2019

_____
BETH LABSON FREEMAN
United States District Judge