Bobbie J. Wilson, Bar No. 148317
*BWilson@perkinscoie.com*
Sunita Bali, Bar No. 274108
*SBali@perkinscoie.com*
Danielle C. Pierre, Bar No. 300567
*DPierre@perkinscoie.com*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| | **DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED COMPLAINT** |
| | Judge: Hon. Beth Labson Freeman |
| | Date:   April 9, 2020<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3 - 5th Floor |

**DECLARATION OF SUNITA BALI**

I, Sunita Bali, declare as follows:

1.      I am a partner with the law firm of Perkins Coie LLP, counsel for defendants Google LLC and Alphabet Inc. in this matter.  I am an attorney at law duly licensed to practice before all courts of the State of California and this Court.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a news article entitled, *Google employees are eavesdropping, even in your living room, VRT NWS has discovered*, dated July 10, 2019, which I last accessed on December 19, 2019, on the publicly available website: https://www.vrt.be/vrtnws/en/2019/07/10/google-employees-are-eavesdropping-even-in-flemish-living-rooms/.  Exhibit A is cited and discussed in the Consolidated Amended Class Action Complaint ("CAC").  *See, e.g.,* CAC ¶¶ 5, n.1, 34-39, 59.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a Google blog post entitled, *More information about our processes to safeguard speech data*, dated July 11, 2019, which I last accessed on December 19, 2019, from the publicly available website: https://www.blog.google/products/assistant/more-information-about-our-processes-safeguard-speech-data/.  Exhibit B is cited and discussed in the CAC.  *See, e.g.,* CAC ¶¶ 6, n.2, 39, 197.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the current version of the Google Terms of Service, which I last accessed on December 19, 2019, from the publicly available website: https://policies.google.com/terms.  Exhibit C is cited and discussed in the CAC.  *See, e.g.,* CAC ¶¶ 2, 4, 35, 69-70, n.35, 189-91.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the current version of Google's Privacy Policy, which I last accessed on December 19, 2019 from the publicly available website: https://policies.google.com/privacy.  Exhibit D is cited and discussed in the CAC.  *See, e.g.,* CAC ¶¶ 2, 4, 31, n.16, 192.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Google Home Warranty - United States, which I last accessed on December 19, 2019 from the publicly available website: https://support.google.com/googlenest/answer/7072892?hl=en.

7.     Attached hereto as **Exhibit F** is a true and correct copy of the Hardware limited warranty for Android Hardware devices, including the Pixel smartphone, which I last accessed on December 19, 2019 from the publicly available website: https://support.google.com/store/answer/7169154?hl=en.

8.     Relevant language in Exhibits A-F has been highlighted in yellow for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed this 20th day of December 2019, at San Francisco, California.


                                                    _/s/ Sunita Bali_
                                                    Sunita Bali

# EXHIBIT A



vrt NWS

nl  fr  **en**  de

... °C    ... km traffic jam

☰ Categories    ▶ Video    🔍 Search

SCIENCE



## Google employees are eavesdropping, even in your living room, VRT NWS has discovered

Lente Van Hee, Denny
Baert, Tim Verheyden,
Ruben Van Den Heuvel
Wed 10 Jul  ⏱ 16:39

🐦  📘  ✉  🔗  🖨

Google employees are systematically listening to audio files recorded by Google Home smart speakers and the Google Assistant smartphone app. Throughout the world – so also in Belgium and the Netherlands – people at Google listen to these audio files to improve Google's search engine. VRT NWS was able to listen to more than a thousand recordings. Most of these recordings were made consciously, but Google also listens to conversations that should never have been recorded, some of which contain sensitive information.

S ince Google launched its Google Home device in 2016, millions of people have installed one of these smart speaker devices at home or in their office. You can ask it all sorts of trivial questions.



EXPERT  Tim Verheyden

**The analysis of our voices by Google is perfectly acceptable, but not listening in to our most intimate moments witho...**

wed 10 jul  ⏱ 16:55

If you ask 'Okay Google, how's the traffic heading towards Brussels?', the device automatically switches on and a computer voice will read out the latest traffic information. Seems very useful, right? You can do the same thing with the Google Assistant app on your smartphone, comparable to Apple's Siri.

## Everything is recorded

Not everyone is aware of the fact that everything you say to your Google smart speakers and your Google Assistant is being recorded and stored. But that is clearly stated in Google's terms and conditions. And what people are certainly not aware of, simply because Google doesn't mention it in its

### Top stories

CRIME
**Police warn of telephone calls from Poland: "Don't answer and block the number"**    1

WEST FLANDERS
**Letter stamped with fruit stickers arrives on time, while a letter stamped with postage stamps doesn't**    2

CRIME
**Police publish photographs of Turnhout fugitives**    3

CRIME
**Belgian detectives find the final pieces in the Paris attacks' investigation jigsaw**    4

ECONOMY
**Christmas Coca Cola shortage in Belgium?**    5

ANTWERP PROVINCE
**Jail break at Turnhout Prison**    6

Document title: Google employees are eavesdropping, even in your living room, VRT NWS has discovered | Flanders News
Capture URL: https://www.vrt.be/vrtnws/en/2019/07/10/google-employees-are-eavesdropping-even-in-flemish-living-rooms/
Capture timestamp (UTC): Fri, 20 Dec 2019 19:49:18 GMT

terms and conditions, is that Google employees can listen to these excerpts. To Google this is nothing new.

Google has continually claimed that it doesn't eavesdrop. Google Holland even made a smooth YouTube 'explainer' to remove any misconceptions about eavesdropping. In this video, Google employees answer the question 'Does Google eavesdrop?'. They say that the commands are being stored and transferred to Google for analysis. And they very clearly state: 'No, you are not being eavesdropped'.

> " This is undeniably my own voice

Surprised man

## Google does listen in

It is true that Google does not eavesdrop directly, but VRT NWS discovered that it is listening. Or rather: that it lets people listen in. We let ordinary Flemish people hear some of their own recordings. 'This is undeniably my own voice', says one man, clearly surprised.

A couple from Waasmunster immediately recognise the voice of their son and their grandchild.

What did we do? VRT NWS was able to listen to more than a thousand excerpts recorded via Google Assistant. In these recordings we could clearly hear addresses and other sensitive information. This made it easy for us to find the people involved and confront them with the audio recordings.

## Why is Google listening in?

In the aftermath of the Amazon case, we were able to talk to someone who works for a Google subcontractor. He let us take a look at the system that collects audio via Google Assistant. Thousands of employees worldwide use this system to listen to audio excerpts. In Flanders and Holland, around a dozen people listen to Dutch recordings.

Why is Google storing these recordings and why does it have employees listening to them? They are not interested in what you are saying, but the way you are saying it. Google's computer system consists of smart, self-learning algorithms. And in order to understand the subtle differences and characteristics of the Dutch language, it still needs to learn a lot.

Sometimes Google's search engine has difficulty analysing a certain speech command. When that is the case, they put this command in Google's online tool Crowdsource. By the way, if you want to help Google get better at describing images and facial expressions, everyone can use this tool (for free).

> " We have 3 sources confirming that this is the way Google works

What you will not find in this free tool, is the part where you can describe audio recordings. Google subcontracts that task to outside professionals. They log in to a secure part of the tool that has a list of the audio excerpts they have to analyse. We have three sources confirming that this is the way Google works.

### Top stories

**CRIME**
Police warn of telephone calls from Poland: "Don't answer and block the number"                                  1

**WEST FLANDERS**
Letter stamped with fruit stickers arrives on time, while a letter stamped with postage stamps doesn't             2

**CRIME**
Police publish photographs of Turnhout fugitives                             3

**CRIME**
Belgian detectives find the final pieces in the Paris attacks' investigation jigsaw              4

**ECONOMY**
Christmas Coca Cola shortage in Belgium?                                     5

**ANTWERP PROVINCE**
Jail break at Turnhout Prison             6

**ANTWERP PROVINCE**
"For the fatso at table no. 1"           7

**CULTURE AND MEDIA**
Jew's harp found with skeletons in Leuven                    8

**SCIENCE**
▶ Google employees are eavesdropping, even in your living room, VRT NWS has discovered                           9

**EAST FLANDERS**
Arrest over Denderleeuw swastika outrage                     10

**ELECTIONS 2019**
King extends Informateur's mandate into the new year         11

**CRIME**
Bulgarian gang that sold stolen goods online detained        12

Speech recognition automatically generates a script of the recordings. They have to listen to it to recognise the mixed audio as exactly as possible: is it a woman's voice, a man's voice or a child? What do they say? They write out every cough and every audible comma. These descriptions are constantly improving Google's search engines, which results in better reactions to commands. One of our sources explains how this works.

Most recordings made via Google Home smart speakers are very clear. Recordings made with Google Assistant, the smartphone app, are of telephone quality. But the sound is not distorted in any way.

## Anonymous?

Knowing that people who work for Google indirectly are listening to such recordings raises questions about privacy. In order to avoid excerpts being automatically linked to a user, they are disconnected from the user's information. They delete the user name and replace it with an anonymous serial number. But, as shown in one of the videos above, it doesn't take a rocket scientist to recover someone's identity; you simply have to listen carefully to what is being said.

What's more, if they don't know how it is written, these employees have to look up every word, address, personal name or company name on Google or on Facebook. In that way, they often soon discover the identity of the person speaking.

## Sex...

VRT NWS listened to more than a thousand excerpts, 153 of which were conversations that should never have been recorded and during which the command 'Okay Google' was clearly not given.

But as soon as someone in the vicinity utters a word that sounds a bit like 'Okay Google', Google Home starts to record.

This means that a lot of conversations are recorded unintentionally: bedroom conversations, conversations between parents and their children, but also blazing rows and professional phone calls containing lots of private information.

Mistaken recordings can also occur when someone presses the wrong button on his or her phone or unintentionally gives a command.

## ... and violence

One of our three independent sources says he had to describe a recording where he heard a woman who was in definite distress. What are employees supposed to do with such information? We are told that there are no clear guidelines regarding such cases. It is, however, an important ethical matter. Employees only receive specific directions when it comes to account numbers and passwords. Those are marked as sensitive information.

The people that analyse these recordings also overhear lots of medical questions. You wouldn't be the first to consult Doctor Doctor Google when you have some sort of illness.

The recordings also strikingly confirm one of the Internet's rules: men seem to look for porn a lot, even via smart speakers.

## Top stories

### CRIME
**Police warn of telephone calls from Poland: "Don't answer and block the number"**

1

### WEST FLANDERS
**Letter stamped with fruit stickers arrives on time, while a letter stamped with postage stamps doesn't**

2

### CRIME
**Police publish photographs on Turnhout fugitives**

3

### CRIME
**Belgian detectives find the final pieces in the Paris attacks' investigation jigsaw**

4

### ECONOMY
**Christmas Coca Cola shortage in Belgium?**

5

### ANTWERP PROVINCE
**Jail break at Turnhout Prison**

6

### ANTWERP PROVINCE
**"For the fatso at table no. 1"**

7

### CULTURE AND MEDIA
**Jew's harp found with skeletons in Leuven**

8

### SCIENCE
 **Google employees are eavesdropping, even in your living room, VRT NWS has discovered**

9

### EAST FLANDERS
**Arrest over Denderleeuw swastika outrage**

10

### ELECTIONS 2019
**King extends Informateur's mandate into the new year**

11

### CRIME
**Bulgarian gang that sold stolen goods online detained**

12

When we confront him with our findings, Bavo Van den Heuvel, a cyber security expert, says: 'This is shocking.' He immediately points out the possible dangers: these recordings can be made anywhere, in a doctor's surgery, for example, or in a police or judicial context, where people are dealing with sensitive, private matters.

 This is shocking

**Bavo Van den Heuvel, cyber security expert**

## Google reacts: "This work is crucial to develop new technologies"

In a reaction on the VRT's report, Google admits that it works with language experts worldwide to improve speech technology. "This happens by making transcripts of of a small number of audio files", Google's spokesman for Belgium says. He adds that "this work is of crucial importance to develop technologies sustaining products such as the Google Assistant." Google states that their language experts only judge "about 0.2 percent of all audio fragments". These are not linked to any personal or identifiable information, the company adds.

**If you have a Google Home speaker and don't want to be recorded unintentionally, read this**: How to prevent Google eavesdropping (in Dutch).

*Google is not the only company that works this way. In April, the Bloomberg news agency revealed that American internet giant Amazon also does it. Bloomberg also had evidence that, just like Google, Apple subcontracted people to train its well-known Siri search assistant.*

**Click here to watch the full video report:**



Lente Van Hee    Science    Ruben Van Den Heuvel

Denny Baert    Tim Verheyden    Video

### Top stories

**CRIME**
Police warn of telephone calls from Poland: "Don't answer and block the number" — 1

**WEST FLANDERS**
Letter stamped with fruit stickers arrives on time, while a letter stamped with postage stamps doesn't — 2

**CRIME**
Police publish photographs on Turnhout fugitives — 3

**CRIME**
Belgian detectives find the final pieces in the Paris attacks' investigation jigsaw — 4

**ECONOMY**
Christmas Coca Cola shortage in Belgium? — 5

**ANTWERP PROVINCE**
Jail break at Turnhout Prison — 6

**ANTWERP PROVINCE**
"For the fatso at table no. 1" — 7

**CULTURE AND MEDIA**
Jew's harp found with skeletons in Leuven — 8

**SCIENCE**
► Google employees are eavesdropping, even in your living room, VRT NWS has discovered — 9

**EAST FLANDERS**
Arrest over Denderleeuw swastika outrage — 10

**ELECTIONS 2019**
King extends Informateurs' mandate into the new year — 11

**CRIME**
Bulgarian gang that sold stolen goods online detained — 12

# EXHIBIT B

 Google

The Keyword    Latest Stories    Product Updates    Company News

SAFETY AND SECURITY

# More information about our processes to safeguard speech data

**David Monsees**
Product Manager,
Search

Published Jul 11, 2019

We're focused on building products that work for everyone, and as part of this, we invest significant resources to ensure that our speech technology works for a wide variety of languages, accents and dialects. This enables products like the Google Assistant to understand your request, whether you're speaking English or Hindi.

As part of our work to develop speech technology for more languages, we partner with language experts around the world who understand the nuances and accents of a specific language. These language experts review and transcribe a small set of queries to help us better understand those languages. This is a critical part of the process of building speech technology, and is necessary to creating products like the Google Assistant.

We just learned that one of these language reviewers has violated our data security policies by leaking confidential Dutch audio data. Our Security and Privacy Response teams have been activated on this issue, are investigating, and we will take action. We are conducting a full review of our safeguards in this space to prevent misconduct like this from happening again.

We apply a wide range of safeguards to protect user privacy throughout the entire review process. Language experts only review around 0.2 percent of all audio snippets. Audio snippets are not associated with user accounts as part of the review process, and reviewers are directed not to transcribe background conversations or other noises, and only to transcribe snippets that are directed to Google.







The Google Assistant only sends audio to Google after your device detects that you're interacting with the Assistant—for example, by saying "Hey Google" or by physically triggering the Google Assistant. A clear indicator (such as the flashing dots on top of a Google Home or an on-screen indicator on your Android device) will activate any time the device is communicating with Google in order to fulfill your request. Rarely, devices that have the Google Assistant built in may experience what we call a "false accept." This means that there was some noise or words in the background that our software interpreted to be the hotword (like "Ok Google"). We have a number of protections in place to prevent false accepts from occurring in your home.

Building products for everyone is a core part of our DNA at Google. We hold ourselves to high standards of privacy and security in product development, and hold our partners to these same standards. We also provide you with tools to manage and control the data stored in your account. You can turn off storing audio data to your Google account completely, or choose to auto-delete data after every 3 months or 18 months. We're always working to improve how we explain our settings and privacy practices to people, and will be reviewing opportunities to further clarify how data is used to improve speech technology. Visit your account to review or change your settings, and view (and, if you choose, delete) all the activity that's stored with your account. ■

POSTED IN: SAFETY AND SECURITY

RELATED ARTICLES

< Putting you in control: our work in privacy this year

How Google and YouTube are working to protect the 2020 U.S. Census

 Better passw protections i >

Follow Us    

# EXHIBIT C

GOOGLE TERMS OF SERVICE

Last modified: October 25, 2017 (view archived versions)

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

## Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

## Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

Case 5:19-cv-04286-BLF     Document 56-1     Filed 12/20/19     Page 15 of 53

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

## About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".

SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

## Liability for our Services

WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.

TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms. It will hold harmless and indemnify Google and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Services or violation of these terms, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

## About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.

# EXHIBIT D

GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective October 15, 2019

Archived versions

---

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

• Google apps, sites, and devices, like Search, YouTube, and Google Home

• Platforms like the Chrome browser and Android operating system

• Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

---

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

# Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

 Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on <u>sensitive categories</u>, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

 **Go to Ad Settings**

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer <u>may link information</u> about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the <u>safety and reliability</u> of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

 **Go to Privacy Checkup**

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls



**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

**Go to Activity Controls**



**Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

**Go to Ad Settings**



**About you**

Control what others see about you across Google services.

**Go to About You**



**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

**Go to Shared Endorsements**

**Information you share**

 If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

 **My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

 **Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

 **Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

---

EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

---

 Export your data

---

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

---

 **Delete your information**

---

# Retaining your information

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

---

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

---

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

### devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by

fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function

properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser

in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# EXHIBIT E

# Google Home warranty — United States

 **Google Home**

If there are any differences between this online Limited Warranty and the Limited Warranty included in the box with your product then this online Limited Warranty will supersede the terms of your in the box warranty.

This Limited Warranty applies only if you purchased your Google Home in the United States.

**What does this warranty cover and how long does it last?** Google warrants that a new Google Home device (including any ancillary parts that may be packaged with it) will be free from defects in materials and workmanship under normal use in accordance with Google's published user documentation for one year from the date of original retail purchase in its original packaging by you. If a Google Home has been refurbished, Google warrants that the Google Home (including any ancillary parts that may be packaged with it) will be free from defects in materials and workmanship under normal use in accordance with Google's published user documentation for ninety days from the original date of retail purchase by you (these warranties are collectively referred to as our "Limited Warranty").

**What will Google do?** (THIS IS YOUR EXCLUSIVE REMEDY) If a defect arises and you return your Google Home during the Limited Warranty period (which is one year for new devices and ninety days for refurbished devices), Google will in its sole discretion and to the extent permitted by law repair your Google Home using new or refurbished parts, replace your Google Home with a new or refurbished Google Home functionally at least equivalent to yours, or accept the return of your Google Home in exchange for a refund of the purchase price you paid for your Google Home. If Google repairs or replaces your Google Home, the repaired or replaced Google Home will continue to be warranted for the remaining time of the original warranty period. All returned parts for which you have received a replacement will become the property of Google. Nothing in this Limited Warranty will reduce or otherwise affect your statutory rights in relation to your Google Home.

THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY GOOGLE PROVIDES FOR YOUR GOOGLE HOME, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING YOUR GOOGLE HOME, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE PERIOD OF THE EXPRESS WARRANTY ABOVE (EITHER ONE YEAR OR NINETY DAYS, DEPENDING ON WHETHER YOUR GOOGLE HOME IS NEW OR REFURBISHED).

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**What does this warranty not cover?** This Limited Warranty is only valid and enforceable in locations where Google Home is sold and will apply only if you purchased your Google Home from Google or its authorized resellers. This Limited Warranty only applies to hardware components (and not any software elements) of Google Home, and this Limited Warranty does not apply to damage caused by: (1) normal wear and tear; (2) accidents; (3) misuse (including failure to follow product documentation); (4) neglect; (5) disassembly; (6) alterations; (7) servicing other than by Google authorized technicians; and (8) external causes such as, but not limited to, water damage, anomalies in the electrical current supplied to the device, and extreme thermal or environmental conditions. This Limited Warranty does not guarantee that use of the Google Home will be uninterrupted or error free.

Google Limited Warranty - United States - Google Nest Help

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, "GOOGLE PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH YOUR GOOGLE HOME OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A GOOGLE PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE GOOGLE PARTIES' TOTAL LIABILITY IN CONNECTION WITH YOUR GOOGLE HOME OR THIS LIMITED WARRANTY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID GOOGLE FOR YOUR GOOGLE HOME.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**How do you get service?** To make a claim under the Limited Warranty, please contact Google Home Support . You must provide your name, contact information and the serial number of your Google Home to receive support. You may also be required to provide a purchase receipt.

**Other limitations:** No vendor, seller, authorized reseller, employee or representative of Google or its affiliates or any third party is authorized to make any modification, extension or addition to this Limited Warranty. If any term of this Limited Warranty is held to be illegal or unenforceable, the remaining terms of this Limited Warranty will remain in full force and effect.

**How state and other laws apply to you:** This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

This Limited Warranty is given by Google Inc., a Delaware corporation whose principal place of business is at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.



Google Nest Mini (2nd gen)

Google Home Mini (1st gen)

Google Home Max

Google Nest displays

# EXHIBIT F

# Hardware limited warranty

This warranty applies if you purchased your Android Hardware device ("Phone") in the United States or Canada.

## Limited warranty

Google warrants that a new Phone (including any ancillary parts that may be packaged with it) will be free from defects in materials and workmanship under normal use in accordance with Google's published user documentation for one year from the date of original retail purchase in its original packaging by you. If a Phone has been refurbished, Google warrants that the Phone (including any ancillary parts that may be packaged with it) will be free from defects in materials and workmanship under normal use in accordance with Google's published user documentation for ninety days from the date of retail purchase by you (these warranties are collectively referred to as our "Limited Warranty").

This Limited Warranty is only valid and enforceable in locations the Phone is sold and will apply only if you purchased your Phone from Google or its authorized resellers. This Limited Warranty only applies to hardware components (and not any software elements) of the Phone, and this Limited Warranty does not apply to damage caused by normal wear and tear, accidents, misuse (including failure to follow product documentation), neglect, disassembly, alterations, servicing other than by Google authorized technicians, and external causes such as, but not limited to, water damage, anomalies in the electrical current supplied to the device, and extreme thermal or environmental conditions. This Limited Warranty does not guarantee that use of the Phone will be uninterrupted or error free.

EXCLUSIVE REMEDY: If a defect arises and you return your Phone during the Limited Warranty period (which is one year for new devices and ninety days for refurbished devices), Google will in its sole discretion and to the extent permitted by law either repair your Phone using new or refurbished parts, replace your Phone with a new or refurbished Phone functionally at least equivalent to yours, or accept the return of the Phone in exchange for a refund of the purchase price you paid for the Phone. If Google repairs or replaces the Phone, the repaired or replaced Phone will continue to be warranted for the remaining time of the original warranty period. All returned parts for which you have received a replacement will become the property of Google. Nothing in this Limited Warranty will reduce or otherwise affect your statutory rights in relation to the Phone.

To make a claim under the Limited Warranty, contact Google support. We'll need your name, contact information and the IMEI number on the packaging and in the SIM tray. You will need to provide a purchase receipt.

If you didn't buy your Pixel or Pixel XL on the Google Store, contact the retailer where you purchased it. You can always contact Google support if you have additional questions.

THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY GOOGLE PROVIDES FOR THE PHONE, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING THE PHONE, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE PERIOD OF THE EXPRESS WARRANTY ABOVE (EITHER ONE YEAR OR NINETY DAYS, DEPENDING ON WHETHER THE PHONE IS NEW OR REFURBISHED.

Some States do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, "GOOGLE PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE),

BREACH OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH THE PHONE OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A GOOGLE PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE GOOGLE PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE PHONE OR THIS LIMITED WARRANTY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID GOOGLE FOR THE PHONE.

Some States do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

No employee or representative of Google or its affiliates or any third party is authorized to make any modification, extension or addition to this Limited Warranty. If any term of this Limited Warranty is held to be illegal or unenforceable, the remaining terms of this Limited Warranty will remain in full force and effect.

This warranty gives you specific legal rights, and you may also have other rights which vary from State to State.

This Limited Warranty is given by Google Inc., a Delaware corporation whose principal place of business is at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

---

Was this helpful?

Yes     No