1    Bobbie J. Wilson, Bar No. 148317
     *BWilson@perkinscoie.com*
2    Sunita Bali, Bar No. 274108
     *SBali@perkinscoie.com*
3    **PERKINS COIE LLP**
     505 Howard Street, Suite 1000
4    San Francisco, CA  94105
     Telephone: 415.344.7000
5    Facsimile:  415.344.7050

6    Attorneys for Defendants
     GOOGLE LLC and ALPHABET INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12
     IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
13   LITIGATION
                                             **DEFENDANTS GOOGLE LLC AND**
14                                           **ALPHABET INC.'S DISCLOSURE**
                                             **STATEMENT AND CERTIFICATION OF**
15                                           **INTERESTED ENTITIES OR PERSONS**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Google LLC and Alphabet

2  Inc. disclose the following:

3    Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly
     owned subsidiary of Alphabet Inc., a publicly traded company; no publicly traded
4    Company holds more than 10% of Alphabet Inc.'s stock.

5    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

6  associations of persons, firms, partnerships, corporations (including parent corporations) or other

7  entities (i) have a financial interest in the subject matter in controversy or in a party to the

8  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

9  substantially affected by the outcome of this proceeding:

10  1.    Google LLC

11  2.    XXVI Holdings Inc., Holding Company of Google LLC

12  3.    Alphabet Inc., Holding Company of XXVI Holdings Inc.

13

14  DATED:  February 24, 2020                **PERKINS COIE LLP**

15

16                                           By:  */s/ Sunita Bali*
                                                  Bobbie J. Wilson
                                                  Sunita Bali
17
                                             Attorneys for Defendants
18                                           GOOGLE LLC and ALPHABET INC.

19

20

21

22

23

24

25

26

27

28
                                            -2-