# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No.  19-cv-04286-BLF |
| EDWARD BREKHUS and JON HERNANDEZ, on behalf of themselves and those similarly situated, | Case No.  20-cv-05488-NC |
| Plaintiffs, | **ORDER RELATING CASES; AND ORDER TO SHOW CAUSE WHY RELATED CASES SHOULD NOT BE CONSOLIDATED** |
| v. | |
| GOOGLE LLC and ALPHABET, INC., | |
| Defendants. | |

On August 17, 2020, the plaintiffs in *Brekhus et al. v. Google LLC et al.*, Case No. 5:20-cv-05488-NMC ("*Brekhus*"), filed an administrative motion to consider whether *Brekhus* should be related to *In re Google Assistant Privacy Litigation*, Case No. 19-cv-04286-BLF ("*In re Google*").  The plaintiffs in *In re Google*, as well as Defendants Google LLC and Alphabet, Inc., have filed responses in support of the administrative motion.  The Court agrees with the parties that *Brekhus* and *In re Google* ARE RELATED within the meaning of Civil Local Rule 3-12(a).  Accordingly, the Clerk SHALL reassign the *Brekhus* action to the undersigned judge.

The parties are ORDERED TO SHOW CAUSE, in writing and on or before September 4, 2020, why *Brekhus* and *In re Google* should not be consolidated.

**IT IS SO ORDERED.**

Dated: August 24, 2020

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California