Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Current Deadline: February 19, 2021<br>New Deadline:      March 30, 2021 |

Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr, as Guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan, Edward Brekhus and Jon Hernandez ("Plaintiffs") and Defendants Google LLC and Alphabet, Inc. ("Google"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, Google filed its Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint (the "Motion") on December 18, 2020 (Dkt. No. 120);

2. WHEREAS, Plaintiffs filed their Opposition to the Motion (the "Opposition") on January 22, 2021 (Dkt. No. 124);

3. WHEREAS, Google's current deadline to file a reply brief in support of the Motion is February 19, 2021 (Dkt. No. 115);

4. WHEREAS, Google's Motion is not scheduled to be heard until May 6, 2021;

5. WHEREAS, the parties have agreed to extend Google's deadline to file its reply brief in support of the Motion to March 30, 2021;

6. WHEREAS, the parties also agree that neither party will supplement the record on the Motion with materials created after February 19, 2021;

7. WHEREAS, the extension of time will have no other effect on the case schedule.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties as follows:

1. Google's deadline to file its reply brief in support of its Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint is continued from February 19, 2021, to March 30, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: February 11, 2021 | **PERKINS COIE LLP** |
| | By: */s/ Sunita Bali* |
| |     Bobbie J. Wilson |
| |     Sunita Bali |
| | *Attorneys for Defendants* |
| | *GOOGLE LLC AND ALPHABET INC.* |
| DATED: February 11, 2021 | **LEXINGTON LAW GROUP** |
| | By: */s/ Mark N. Todzo* |
| |     Mark N. Todzo |
| |     Eric S. Somers |
| | *Attorneys for Plaintiffs* |

## **ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Sunita Bali DRAFT*
    Sunita Bali

# [PROPOSED] ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED.**

Date: _____

```
_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE
```