United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE CHAMBERS COPIES** |

The Court DIRECTS Plaintiffs to file a chambers copy of a redlined version of the third amended complaint **no later than May 3, 2021**.

**IT IS SO ORDERED.**

Dated: April 29, 2021

_____
BETH LABSON FREEMAN
United States District Judge