Mark N. Todzo (SBN 168389)
Eric S. Somers (SBN 139050)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415.913.7800
Facsimile: 415.759.4112

Attorneys for Plaintiffs
ASIF KUMANDAN, MELISSA SPURR,
And MELISSA SPURR, as guardian of
B.S., a minor

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:   415.344.7000
Facsimile:    415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

Seth Adam Safier (SBN 197427)
Hayley A Reynolds (SBN 306427)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469
Attorneys for Plaintiffs

Attorneys for Plaintiffs
EDWARD BREKHUS and JON
HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND ORDER TO ADJUST PRE-TRIAL SCHEDULE AS MODIFIED BY THE COURT**<br><br>Judge:   Beth Labson Freeman |

1      Pursuant to Civil Local Rule 6-2, plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan Edward Brekhus, and Jon Hernandez ("Plaintiffs"), and defendants Google LLC and Alphabet Inc. ("Defendants"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, on April 10, 2020, the Court entered a Case Management Order that set pre-trial deadlines and a trial date of April 11, 2022 (ECF No. 77);

2. WHEREAS, the Court granted the parties' Stipulation Regarding Case Management Deadlines on April 24, 2020 (ECF No. 79);

3. WHEREAS, on September 10, 2020 the Court issued its Order Consolidating Cases (ECF No. 109), which consolidated *In re Google Assistant Privacy Litigation*, Case No. 5:19-cv-04286 (the "*In re Google Action*") with *Brekhus et al. v. Google LLC et al.*, Case No 5:20-cv-05488 (the "*Brekhus Action*");

4. WHEREAS, the inclusion of the *Brekhus Action* in the *In re Google Action* resulted in the inclusion of new causes of action in the Third Amended Consolidated Class Action Complaint, which was filed on November 9, 2020 (ECF No. 118);

5. WHEREAS, on December 18, 2020, Google filed a Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint (ECF No. 120);

6. WHEREAS, on January 5, 2021, the Court granted the parties' Stipulation to Extend Time for Filing Plaintiffs' Motion For Class Certification to July 16, 2021 (ECF No. 123);

7. WHEREAS, on July 1, 2021, the Court issued its Order on Defendants' Motion to Dismiss the Third Consolidated Amended Complaint (ECF No. 138), which granted in part and denied in part Google's Motion to Dismiss, and gave Plaintiffs until August 2, 2021, to file any amended complaint on Counts 8 and 9; and

8. WHEREAS, the parties agree that the pre-trial schedule should be amended to account for developments in the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties as follows:

1. The pre-trial schedule shall be amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Plaintiffs to Move for Class Certification | 07/16/2021 | 1/28/2022 |
| Class Certification Opposition | TBD | 3/18/2022 |
| Class Certification Reply | TBD | 4/15/2022 |
| Hearing on Class Certification | TBD | TBD |
| Close of Fact Discovery | 7/14/2021 | 5/13/2022 |
| Expert Disclosure Deadline | 8/16/2021 | 5/27/2022 |
| Close of Expert Discovery | 10/13/2021 | 8/2/2022 |
| Deadline to File Dispositive Motions | 11/11/2021 | 8/5/2022 |
| Opposition to Dispositive Motions | | 9/2/2022 |
| Reply for Dispositive Motions | | 9/23/2022 |
| Deadline to File *Daubert* Motions | | 9/30/2022 |
| Hearing on Dispositive Motions | 12/16/2021 | 10/20/2022 |
| Opposition to *Daubert* Motions | | 10/21/2022 |
| Reply for *Daubert* Motions | | 11/3/2022 |
| Hearing on *Daubert* Motions | | TBD |
| **Final Pretrial Conference** | 3/17/2022, 1:30 p.m. | 2/2/2023, 1:30 p.m. |
| **TRIAL** | 4/11/2022 | 3/6/2023 |

2. Except for the dispositive motion hearing date, the filing party is responsible for reserving a hearing date for each motion filed. Once a hearing date is reserved, the motion shall be filed within 14 days thereafter. Standing Order for Civil Cases § III.A. Currently, the Court is setting hearings approximately 5 months out. *Id.* § IV.C.

-3-
**5:19-CV-04286-BLF**
STIPULATION TO ADJUST PRE-TRIAL SCHEDULE

3. If *Daubert* motions are filed on September 30, 2022, it is unlikely that the parties will be able to secure a hearing date at least 60 days before trial as required by this Court's Standing Order. Standing Order for Civil Cases § IV.A.2.

**IT IS SO STIPULATED.**

Dated: July 7, 2021

**LEXINGTON LAW GROUP**

By: */s/ Mark N. Todzo*
Mark N. Todzo, (SBN 168389)
Eric S. Somers, (SBN 139050)

**PERKINS COIE LLP**

By: */s/ Bobbie J. Wilson*
Bobbie J. Wilson (SBN 148317)
Sunita Bali (SBN 274108)

**GUTRIDE SAFIER LLP**

By: */s/ Seth Adam Safier*
Seth Adam Safier (SBN 197427)
Hayley A Reynolds (SBN 306427)

**Attestation**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

*/s/ Mark N. Todzo*
Mark N. Todzo

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 15, 2021

Hon. Beth Labson Freeman
U.S. District Judge