Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COUNTS 8 AND 9 IN PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: January 6, 2022<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

# DECLARATION OF SUNITA BALI

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, which is counsel for defendants Google LLC and Alphabet Inc. (collectively "Google" or "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of a news article published by Protocol titled "Google's Secret Home Security Superpower: Your Smart Speaker with Its Always-On Mics," which I last accessed on August 13, 2021, from the publicly available website: https://www.protocol.com/google-smart-speaker-alarm-adt. Exhibit A is cited and discussed in the Fourth Amended Consolidated Class Action Complaint (Dkt. No. 141) ("4AC"). *See, e.g.*, 4AC ¶¶ 118-122, 281.

3. Attached hereto as **Exhibit B** is a true and correct copy of a blog post dated October 15, 2019, published on the Google Blog, which I last accessed on August 13, 2021, from the publicly available website: https://blog.google/products/google-nest/nest-aware/.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 16th day of August 2021, in Oakland, California.

*/s/ Sunita Bali*
Sunita Bali

# EXHIBIT A

**protocol**

PEOPLE

# Google's secret home security superpower: Your smart speaker with its always-on mics

Google speakers are listening to more than just voice commands. Using them for home security could supercharge Google's $450 million ADT deal.



To give you the best possible experience, this site uses cookies. If you continue browsing, you accept our use of cookies. You can review our privacy policy to find out more about the cookies we use.

Accept

By Janko Roettgers  |  August 3, 2020

Last week, Reddit user Brazedowl received a curious notification on his phone: Google was telling him that a smoke detector in his home had gone off. Brazedowl, a teacher from North Carolina who goes by Drew in real life, knew about the smoke alarm — he was at home himself and had just fried some sausages in his kitchen. But up until that moment, he had no idea that his smart speaker was able to detect such events. "Google just made my dumb smoke detectors smart," he wrote on Reddit. "Pretty rad."

A Google spokesperson told Protocol that the feature was accidentally enabled for some users through a recent software update and has since been rolled back. But in light of Monday's news that Google invested $450 million — acquiring a 6.6% stake — in home security provider ADT, it may be a sign of things to come for Google, as it hints at the company's secret home security superpower: millions of smart speakers already in people's homes.

Once the deal closes, ADT's more than 20,000 installers will also sell Google-made smart displays, security cameras and other hardware, and ADT will more closely

To give you the best possible experience, this site uses cookies. If you continue browsing, you accept our use of cookies. You can review our privacy policy to find out more about the cookies we use.

Accept

of this kind of incident detection in recent days. Other Reddit users reported getting security alerts after breaking glassware, as well as some false alarms triggered by sounds like popped bubble wrap and high-frequency noises that could be confused with a smoke alarm.



When Reddit user Brazedowl fried some sausages last week, accidentally setting off a smoke alarm, his Google Home smart speaker sent alerts to his phone. | Screenshot: Reddit

Google announced support for the detection of "critical sounds" for paying subscribers of its Nest Aware home security subscription service in May. "Your Nest speakers and displays will notify you if a critical sound is detected, like a smoke alarm or glass breaking, by sending an alert to the Home app," the company wrote in a blog post. "From there, you can hear an audio clip or listen live within the Home app to confirm the alarm."

"A recent software update enabled these alerts on some of our speakers that didn't have a subscription, but we've since rolled that back," a Google spokesperson told Protocol last week. The spokesperson declined to comment on whether Google had any plans to bring the feature to users without subscriptions in the future.

To give you the best possible experience, this site uses cookies. If you continue browsing. you accept our use of cookies. You can review our privacy policy to find out more about the cookies we use.

Accept

On the one hand, there is some potential for a privacy backlash. Google has long told users that its speakers only actively monitor ambient audio for utterances of the "Hey Google" wake phrase. Any use of far-field microphones for other purposes, especially for users who didn't sign up for advanced monitoring, could result in some consumers rejecting the device category altogether.

On the other hand, the feature does demonstrate how powerful Google's smart speakers can be in the context of home security. Google sold around 30 million smart speakers and displays in 2019 alone, market research company Strategy Analytics estimated earlier this year. All of these devices feature powerful far-field microphones capable of detecting not only voice commands but also environmental noises.

Some of this functionality is less obvious than the detection of blaring smoke alarms. Google's smart displays sense it if someone walks up to them by emitting and monitoring ultrasonic sounds. Right now, this is being used to change the size of fonts on the display, but the same technology could conceivably also be used to detect possible intruders and other movements inside a home.

To give you the best possible experience, this site uses cookies. If you continue browsing. you accept our use of cookies. You can review our privacy policy to find out more about the cookies we use.

Accept

Amazon also uses smart speakers to detect fire alarms and other sounds as part of its Ring Alarm security system.

But in a way, it is a very Google-ish approach to home security: The search giant has long made its own cameras and smoke detectors, with mixed success, and largely failed to make a mark when it introduced its very own home security system in 2017.

With its ADT partnership, Google now signals that it is happy to rely on others for the more mundane aspects of home security, including the huge workforce needed to install and troubleshoot window sensors and the like. Instead, Google is bringing to the table what it does best: advanced technology, including millions of cheap speakers with far-field microphones, ready and able to become smart home security sensors.

**RELATED**

How companies track remote workers at home. And should they ... ›

Google's next streaming device will shake up Android TV world ... ›

Google wants to be your babysitter - Protocol ›

Voice is having a moment in our work-from-home world - Protocol ›

Google tells Australians to prepare for 'dramatically worse' search - Protocol ›

With the HomePod Mini, Apple is playing catch-up in the smart speaker space - Protocol ›

The Cell speaker made by ex-HomePod designers will cost a whopping $1,500 and will ship in early 2021 - Protocol ›

How one woman is building the future for Google in Silicon Valley - Protocol ›

Amazon adding Echo, Tile, Level, CareBand to Sidewalk - Protocol — The people, power and politics of tech ›

**Janko Roettgers**

*Janko Roettgers (@jank0) is a senior reporter at Protocol, reporting on the shifting power dynamics between*

To give you the best possible experience, this site uses cookies. If you continue browsing, you accept our use of cookies. You can review our privacy policy to find out more about the cookies we use.

Accept

# EXHIBIT B

8/3/2021     Keep an eye (and ear) on your home with the new Nest Aware

 The Keyword

GOOGLE NEST

# Keep an eye (and ear) on your home with the new Nest Aware

Oct 15, 2019  •  3 min read 

**Ruchi Desai**
Senior Product Manager, Google Nest



https://www.blog.google/products/google-nest/nest-aware/     1/5

The Keyword

To make your home more helpful, we want to make it easier for you to stay up to date about what's happening in your home, giving you peace of mind wherever the day takes you. For the last few years, we've been delivering on that goal through our Nest Aware service, which, combined with our Nest Cams, provides intelligent alerts and camera history. Today we're announcing the new Nest Aware, which will soon offer whole home awareness across more of your Nest devices at one affordable monthly rate.

## One price for your entire home

We heard that our Nest Aware pricing can get a little expensive and complicated, so we're introducing a simple whole home pricing model. Instead of paying separately for each camera, the new Nest Aware will include all cameras, speakers and displays in your home for one low price, with even more video and event history.

We're also introducing event-based recording, a new service built into both Nest Aware plans that starts recording only when your camera detects motion or sounds, like a dog barking or a person seen on camera, and sends you an alert so you can take action or watch the event clips at a later time. This new service will be offered alongside our existing 24/7 continuous video recording, where you can scan through your entire video history to see everything before, during, and after an event.

You can choose from two simple plans: Nest Aware, with 30 days of event video history, at $6 per month (or $60 for an annual subscription), or Nest Aware Plus, with 60 days of event video history and 10 days of 24/7 video history, at $12 per month (or $120 for an annual subscription).

8/3/2021 Keep an eye (and ear) on your home with the new Nest Aware

The Keyword



## More helpful alerts that matter

Nest Aware coverage is expanding to include Nest and Google Home speakers and displays. Now you can enable these devices to be your ears when you're away. They'll listen for critical sounds, like smoke or carbon monoxide alarms, and send an alert to your phone. You then have the option to hear the audio clip or listen live to confirm the alarm.

indicator when an event is being recorded and sent to Google so you can review it. You can also review and delete audio clips at any time in your Home app.

## Emergency calling at your fingertips

If a speaker or display picks up a smoke alarm sound and sends an alert on your phone, now with Nest Aware the Home app will allow you to call the 911 emergency services closest to your home, even if you're far away. If you just dial 911 directly from your phone when you're away, you might get connected to a call center that can't dispatch to where you live. And in those emergency moments, the last thing you want to do is scramble to find your home's local emergency dispatcher.

If you happen to be home and can't get to your phone right away, say, "OK Google, call 9-1-1" to any Google Nest or Home speaker or display covered by your Nest Aware subscription.

## Everything you need to know, in one place

Early next year, we're launching the Home Feed in the Google Home app. It brings together all the events and notifications from your devices, with a general recap of the day and recent events in your home in one place. You can scroll through your prioritized events, watch full video clips or listen to audio clips—and always have peace of mind.

## When and where

The new Nest Aware is coming early next year to the 19 countries where Nest Aware is currently available, and it will be easy to switch over your existing plans. Expanded coverage to Nest speakers and displays with sound detection and emergency calling will initially be available in the U.S. only. With simplified pricing and whole home awareness across more devices, Nest Aware is now more helpful and affordable than ever.

**POSTED IN:**
GOOGLE NEST

The Keyword

## Related stories



**GOOGLE NEST**

Nest's commitments to privacy and security

Jun 29, 2021



**GOOGLE NEST**

4 Google smart home updates that Matter

May 19, 2021

○ ○ ○ ○ ○ ○

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose. See details.

OK