1  John T. Jasnoch (Bar. No. 281605)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  600 W. Broadway
   Suite 3300
3  San Diego, CA  92101
   Telephone: (619) 233-4565
4  Facsimile:  (619) 233-0508
   jjasnoch@scott-scott.com
5
   *Attorneys for Plaintiffs*
6
   [Additional counsel on signature page.]
7

8

9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN JOSE DIVISION**

13

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY SEAN C. RUSSELL |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT Sean C. Russell is no longer counsel in this matter, and is
4  hereby withdrawn as counsel for plaintiffs in the above-captioned action.
5  Scott+Scott Attorneys at Law, through the undersigned counsel of record, continues to serve
6  as counsel for plaintiffs.

Dated: July 29, 2020         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph T. Jasnock*
John T. Jasnoch (Bar. No. 281605)
600 W. Broadway
Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

*Attorneys for Plaintiffs*