Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

Mark N. Todzo (SBN 168389)
Eric S. Somers (SBN 139050)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415.913.7800
Facsimile: 415.759.4112

Attorneys for Plaintiffs
ASIF KUMANDAN, MELISSA SPURR,
MELISSA SPURR, as guardian of
B.S., a minor, LOURDES GALVAN, and
Eleeanna Galvan

Seth Adam Safier (SBN 197427)
Hayley A. Reynolds (SBN 306427)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469
Attorneys for Plaintiffs

Attorneys for Plaintiffs
EDWARD BREKHUS and JON
HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**JOINT STIPULATION FOR ENTRY OF [PROPOSED] CONSENT ORDERS** |

Plaintiffs Asif Kumandan, Melissa Spurr, on behalf of herself and minor B.S., Lourdes Galvan, Eleeanna Galvan, Edward Brekhus, and Jon Hernandez ("Plaintiffs") and Defendants Google LLC and Alphabet, Inc. ("Defendants") hereby inform the Court that Plaintiffs have issued discovery requests seeking the production of documents, including audio files and transcripts, associated with certain Google accounts ("Accounts") that Plaintiffs in good faith believe may be subject to the Stored Communications Act ("SCA"), 18 U.S.C. § 2701, *et seq*. ("SCA Content"). The Parties agree that no production of SCA Content shall be required or made until (1) the Court has entered "Consent Orders Regarding Production of Documents" ("Consent Orders") for each Account holder finding that the consent obtained is sufficient under the SCA, and (2) lawful consent for the disclosure and review of the SCA Content has been provided to Defendants by the holder of each Account.

The Parties now jointly request that the Court enter the Consent Orders for each holder of an Account subject to Plaintiffs' discovery requests in the format set forth in Attachments A–H authorizing the disclosure and production of SCA Content.  The Consent Orders detail the process by which each Account holder shall provide consent for Defendants to disclose and review the SCA Content.

**IT IS HEREBY STIPULATED** by and among the parties as follows:

1. The Court should grant the Consent Orders appended hereto as Attachments A–H;
2. Plaintiffs' counsel will provide each Account holder with a copy of their Consent Order; and
3. Each Account holder will send an email originating from each implicated Gmail address, according to the process described in each Consent Order, to Defendants that attaches the Consent Order for that Account holder, and expressly consents to Defendants disclosing and reviewing their SCA Content.

DATED: April 27, 2022                    **PERKINS COIE LLP**

By: */s/ Sunita Bali*
    Bobbie J. Wilson
    Sunita Bali

Attorneys for Defendants
Alphabet Inc. and Google LLC

DATED: March 15, 2022                    **LEXINGTON LAW GROUP**

By: */s/ Eric Somers*
    Eric Somers
    Mark N. Todzo

Attorneys for Plaintiffs
Asif Kumandan, Melissa Spurr, Melissa Spurr, as Guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan

DATED: April 27, 2022                    **GUTRIDE SAFIER LLP**

By: */s/ Hayley A. Reynolds*
    Seth A. Safier
    Hayley A. Reynolds

Attorneys for Plaintiffs
Edward Brekhus and Jon Hernandez

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____, 2022

_____
U.S. District Judge Beth Labson Freeman

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Sunita Bali*
  Sunita Bali