1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. Beth Labson Freeman |
|---|---|

# [PROPOSED] ORDER

Defendants Google LLC and Alphabet Inc. (collectively "Google" or "Defendants") moved the Court for an order to file under seal the personal email addresses of non-parties Steven Spurr and Frank Aguiar, and Plaintiff Asif Kumandan, Melissa Spurr, Lourdes Galvan, Eleeanna Galvan, Edward Brekhus and Jon Hernandez, which appear in the [Proposed] Consent Orders attached as Exhibits A–H to the Parties' Joint Stipulation for Entry of [Proposed] Consent Orders.

After considering the papers filed by the parties and the evidence of record and for good cause shown, the Court rules as follows:

| ECF or Exhibit Number | Document | Portion(s) to be Sealed | Order of the Court |
|---|---|---|---|
| Ex. A to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM ASIF KUMANDAN | The highlighted email address on page 2, row 5. | |
| Ex. B to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM ELEEANNA GALVAN | The highlighted email address on page 2, row 5. | |
| Ex. C to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM FRANK AGUIAR | The highlighted email address on page 2, row 5. | |
| Ex. D to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM LOURDES GALVAN | The highlighted email address on page 2, row 5. | |
| Ex. E to the | [PROPOSED] | The highlighted email | |

| | | | |
|---|---|---|---|
| Stipulation | CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM MELISSA SPURR | addresses on page 2, row 6. | |
| Ex. F to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM STEVEN SPURR | The highlighted email address on page 2, row 5. | |
| Ex. G to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM EDWARD BREKHUS | The highlighted email addresses on page 2, rows 5-6. | |
| Ex. H to the Stipulation | [PROPOSED] CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS FROM JON HERNANDEZ | The highlighted email address on page 2, row 5. | |

**IT IS SO ORDERED.**

DATED: _____, 2022        _____

                                    Hon. Beth Labson Freeman
                                    United States District Judge