# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PARTIES RE: ECF NO. 167** |

On April 27, 2022, the parties filed a stipulation seeking approval from the Court of consent orders related to Defendants' production of documents associated with certain Google accounts that Plaintiffs believe to be subject to the Stored Communications Act. *See* ECF No. 167. The parties attached copies of eight consent orders for the Court to approve and sign—none of which is signed by the parties to the consent orders. *See* ECF No. 167, Exs. A–H. The Court hereby DENIES the parties' stipulation WITHOUT PREJUDICE to refiling the stipulation along with signed versions of the consent orders or further explanation regarding these proposed orders.

**IT IS SO ORDERED.**

Dated: May 2, 2022

_____
BETH LABSON FREEMAN
United States District Judge