Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF ANDREA FARAH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth L. Freeman |

**DECLARATION OF ANDREA FARAH**

1.  I, ANDREA FARAH, am an attorney admitted to practice law in the State of New York and an attorney at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter (the "Action"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2.  I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (L.R. 79-5(f)).

3. I have reviewed the portions of the Administrative Motion for Relief from Case Management Schedule (ECF No. 171) ("Administrative Motion").

4. Attached hereto as Exhibit A is a copy of the Administrative Motion with the redactions that Plaintiffs seek to maintain under seal highlighted in gray color.

5. To the best of my knowledge, the highlighted sections of the Administrative Motion reference deposition testimony that Google designated as "Highly-Confidential Attorneys Eyes Only" pursuant to the Protective Order. The deposition testimony quoted in the Administrative Motion discusses certain technical details regarding Google's practices of utilizing users' audio and describes Google's proprietary process of capturing and processing audio and transcripts associated with users' use of Google's services.

6. Plaintiffs take no position on whether the material should remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on April 29, 2022, in White Plains, New York.

Dated: May 2, 2022          */s/ Andrea Farah*
                            Andrea Farah
                            *Counsel for Plaintiffs*