Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF ANDREA FARAH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (L.R. 7-11, 16-2(d))**<br><br>Judge: Hon. Beth L. Freeman |

## DECLARATION OF ANDREA FARAH

1.      I, Andrea Farah, am an attorney admitted to practice law in the State of New York and an attorney at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter (the "Action"). I submit this declaration in support of Plaintiffs' Motion for Relief from the Case Management Schedule (L.R. 7-11, 16-2(d)). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2.      On April 21, 2022, Plaintiffs' counsel and counsel for defendants, Google LLC and Alphabet Inc. (collectively "Google"), met and conferred telephonically in effort to reach an agreement to adjust the case management schedule in light of Google's production of approximately 2.7 million pages of documents on March 29, 2022, and approximately 28,000 pages of documents on April 5, 2022. Google sent correspondence on April 27, 2022 to inform Plaintiffs' counsel that Google would not consent to extend the case schedule. Letter from B. Wilson to A. Farah (Apr. 27, 2022). Counsel for Defendants represented, among other things, that since Plaintiffs insisted on the use of search terms, Plaintiffs cannot complain that Google produced to them documents responsive to those search terms. *See id.* at 2.

3.      As a result, the Parties were unable to come to an agreement with regards to adjusting the case management schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on April 29, 2022, in White Plains, New York.


Dated:  May 2, 2022              */s/ Andrea Farah*
                                Andrea Farah
                                *Counsel for Plaintiffs*

---

DECLARATION OF ANDREA FARAH ISO PLAINTIFFS' MOTION FOR RELIEF FROM CASE
MANAGEMENT SCHEDULE CASE NO. 5:19-cv-04286-BLF