UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE STATEMENT RE: MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[Re: ECF No. 171] |

On May 2, 2022, Plaintiffs filed an Administrative Motion for Relief from Case Management Schedule seeking an extension of pretrial dates by three months. *See* ECF No. 171. Based on Plaintiffs' motion, it is unclear whether Plaintiffs are seeking a continuance of the summary judgment, final pre-trial conference, and trial dates by three months as well. Accordingly, the Court hereby DIRECTS Plaintiffs to clarify whether they are seeking a continuance of all of those dates. Further, the Court NOTES that if the Court were to continue those dates, it would have to continue the trial date until 2025 based on its current schedule. Plaintiffs SHALL file a one-page statement making the above clarification **on or before May 13, 2022**.

**IT IS SO ORDERED.**

Dated: May 9, 2022

_____
BETH LABSON FREEMAN
United States District Judge