Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**STATEMENT RE: PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (L.R. 7-11, 16-2(d))**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to the Court's Order dated May 9, 2022 (ECF No. 176), Plaintiffs make the following statement regarding their Administrative Motion for Relief from Case Management Schedule (ECF No. 171):

Plaintiffs appreciate the Court's advising them that continuance of the summary judgment and trial dates would result in a delay of the trial in this matter until 2025. In light of that information, Plaintiffs clarify that they are seeking a continuance of the deadlines for class

certification briefing only. Further, Plaintiffs wish to amend their request to extend the class certification briefing dates by two months instead of three, to fit more efficiently within the remainder of the existing schedule. Specifically, Plaintiffs seek modification of the class certification briefing deadlines (and no others) as follows and as reflected in the attached revised proposed order:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Plaintiffs to Move for Class Certification | 5/18/2022 | 7/18/2022 |
| Class Certification Opposition | 7/13/2022 | 9/13/2022 |
| Class Certification Reply | 8/3/2022 | 10/3/2022 |

Dated:  May 11, 2022

/s/ Mark N. Todzo
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com


Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com.

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*