Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**LETTER RE: ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND FILING DEADLINE FOR CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to the Court's Order dated May 13, 2022 (the "Scheduling Order") (ECF No. 199) instructing the Parties to file a stipulation regarding limited reopening of fact discovery, the Parties engaged in good faith negotiations. Consistent with the Court's order, Plaintiffs offered to reopen fact discovery for Google for the period from July 18, 2022 (when Plaintiffs' class certification motion is due) until October 3, 2022 ( the deadline for class certification reply).  Plaintiffs also proposed that there be a short period during which fact discovery reopens for Plaintiffs as well to

1  allow them to conduct limited discovery relating only to any new discovery conducted by Google
2  in connection with Google's opposition to the class certification motion. This proposal was
3  intended to avoid potential prejudice resulting from Plaintiffs' inability to seek discovery regarding
4  issues arising for the first time in Google's opposition brief. Despite several meet and confers, the
5  Parties were unable to reach a compromise tonight regarding the reopening of fact discovery.

6   The Parties continue to work diligently together to reach an agreeable compromise.
7  Plaintiffs request additional 2 days, until and including Friday, May 20, 2022 to file the stipulation
8  contemplated in the Court's Scheduling Order. Plaintiffs apologize for the delay and any
9  inconvenience caused thereby to the Court.

Dated: May 18, 2022

/s/ Andrea Farah
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com


Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com.

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building

---

PLAINTIFFS' LETTER RE ORDER RE CLASS CERTIFICATION DEADLINE
CASE NO. 19-cv-04286-BLF
1

230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*