Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S STATUS REPORT IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND FILING DEADLINE FOR CLASS CERTIFICATION MOTION**<br><br>Judge:     Beth Labson Freeman |

**STATUS REPORT REGARDING ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND FILING DEADLINE FOR CLASS CERTIFICATION MOTION**

1.  Google LLC and Alphabet Inc. (collectively "Google") submit this status report on the parties' efforts to reach the stipulation on reopening fact discovery for a reasonable time after the filing of the motion for class certification ("Stipulation") contemplated in the Court's May 13, 2022 Order. Order Granting Pls.' Mot. to Extend Filing Deadline for Class Cert. (May 13, 2022), Dkt. No. 199. at 2-3.

2.  After extensive email discussions, the parties have not been able to reach agreement on a stipulation.  Bali Decl. ¶¶ 2-3; Ex. B.

3.  On May 17, 2022, Google sent Plaintiffs the draft Stipulation attached as Exhibit A to the Declaration of Sunita Bali, filed concurrently. Bali Decl. ¶ 2.

4.  Google's proposed Stipulation provided, "Fact discovery shall reopen from July 18, 2022 until September 13, 2022 for the limited purpose of allowing Google to conduct discovery regarding class certification." Ex. A.

5.  Plaintiffs rejected Google's draft stipulation and have indicated that they are unwilling to agree to reopen fact discovery unless Google agrees to (1) allow Plaintiffs to conduct additional fact discovery "related to the discovery that Google conducts"; and (2) extend time for Plaintiffs to conduct expert discovery. Bali Decl. ¶ 3; Ex. B.

6.  Google was not willing to agree to Plaintiffs' conditions, so the parties were unable to reach a stipulation.

Dated:  May 18, 2022          **Perkins Coie LLP**


By: */s/ Sunita Bali*
_____
Bobbie J. Wilson (SBN 148317)
Sunita Bali (SBN 274108)