Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANTA CLARA COUNTY

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF SUNITA BALI REGARDING STATUS REPORT IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND FILING DEADLINE FOR CLASS CERTIFICATION MOTION**<br><br>Judge:   Beth Labson Freeman |

## **DECLARATION OF SUNITA BALI**

I, Sunita Bali, declare as follows:

1. I am a Partner with the law firm of Perkins Coie LLP, which is counsel for defendants Google LLC and Alphabet Inc. (collectively "Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to the Bar of this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On May 17, 2022, I sent Plaintiffs a draft stipulation, pursuant to the Court's Order of May 13, 2022 (Dkt. No. 199) that would reopen fact discovery after Plaintiffs move for class certification for a reasonable time for the limited purpose of allowing Google to take discovery regarding class certification. A copy of that draft stipulation is attached here as Exhibit A.

3. Plaintiffs have rejected Google's proposal and have stated that they are unwilling to agree to reopen fact discovery unless (1) Plaintiffs are able to conduct additional fact discovery "related to the discovery that Google conducts" and (2) Google agrees to extend the time for expert discovery. Google was not willing to agree. A copy of the parties' correspondence on this issue is attached hereto as Exhibit B.

Executed on May 18, 2022 in Oakland, California.

                                                   */s/ Sunita Bali*
                                                 Sunita Bali