# Exhibit A

| | |
|---|---|
| 1 | Bobbie J. Wilson (SBN 148317) |
|   | BWilson@perkinscoie.com |
| 2 | Sunita Bali (SBN 274108) |
|   | SBali@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
|   | Telephone: 415.344.7000 |
| 5 | Facsimile:  415.344.7050 |

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

| | | |
|---|---|---|
| Mark N. Todzo (SBN 168389) | | Seth Adam Safier (SBN 197427) |
| Eric S. Somers (SBN 139050) | | Hayley A Reynolds (SBN 306427) |
| LEXINGTON LAW GROUP | | GUTRIDE SAFIER LLP |
| 503 Divisadero Street | | 100 Pine Street, Suite 1250 |
| San Francisco, CA 94117 | | San Francisco, CA 94111 |
| Telephone: 415.913.7800 | | Telephone: 415.271.6469 |
| Facsimile: 415.759.4112 | | Facsimile: 415.449.6469 |
| | | Attorneys for Plaintiffs |

Attorneys for Plaintiffs
ASIF KUMANDAN, MELISSA SPURR,
And MELISSA SPURR, as guardian of
B.S., a minor

Attorneys for Plaintiffs
EDWARD BREKHUS and JON
HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| | **STIPULATION TO REOPEN FACT DISCOVERY FOR LIMITED PURPOSE; [PROPOSED] ORDER** |
| | Judge:  Beth Labson Freeman |

-1-

5:19-CV-04286-BLF
STIPULATION TO REOPEN FACT DISCOVERY FOR LIMITED PURPOSE; [PROPOSED] ORDER

Pursuant to Civil Local Rule 6-2 and the Court's Order of May 13, 2022, plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan, Edward Brekhus, and Jon Hernandez ("Plaintiffs"), and defendants Google LLC and Alphabet Inc. ("Defendants" or "Google"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, on May 13, 2022, the Court conditionally granted Plaintiffs' Administrative Motion for Relief From Case Management Schedule (Dkt. Nos. 171, 179) resetting the class certification briefing schedule as follows: Plaintiffs to move for class certification by July 18, 2022; Google to oppose Plaintiffs' motion for class certification by September 13, 2022; and Plaintiffs to file a reply in support of the motion for class certification by October 3, 2022. (Order Granting Pls.' Mot. to Extend Filing Deadline for Class Cert. (May 13, 2022), Dkt. No. 199. at 3)

2. WHEREAS, the Court's Order is conditioned on the Parties stipulating to reopen fact discovery for a reasonable time after the motion for class certification is filed so that Google is not prejudiced (*see id.* at 2-3);

3. WHEREAS, the parties agree that fact discovery should be reopened from July 18, 2022, to September 13, 2022, for the limited purpose of allowing Google to conduct discovery regarding class certification.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties as follows:

1. Fact discovery shall reopen from July 18, 2022 until September 13, 2022 for the limited purpose of allowing Google to conduct discovery regarding class certification.

**IT IS SO STIPULATED.**

Dated: May 18, 2022                    **PERKINS COIE LLP**


By: _____
Bobbie J. Wilson (SBN 148317)
Sunita Bali (SBN 274108)

**LEXINGTON LAW GROUP**

By: _____
    Mark N. Todzo, (SBN 168389)
    Eric S. Somers, (SBN 139050)

**GUTRIDE SAFIER LLP**

By: _____
    Seth Adam Safier (SBN 197427)
    Hayley A. Reynolds (SBN 306427)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Beth Labson Freeman
U.S. District Judge

**<u>Attestation</u>**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

_____
Sunita Bali