# Exhibit B

## Wilson, Samuel (SFO)

| | |
|---|---|
| **From:** | Bali, Sunita (SFO) |
| **Sent:** | Wednesday, May 18, 2022 7:34 PM |
| **To:** | Andrea Farah; Noelle Feigenbaum; Wilson, Samuel (SFO); Wilson, Bobbie J. (SFO); Earl, Erin K. (SEA) |
| **Cc:** | Christian Levis; Radhika Gupta; 'Mark Todzo'; 'jjasnoch@scott-scott.com'; 'esomers@lexlawgroup.com'; 'seth@gutridesafier.com'; 'hayley@gutridesafier.com'; Rachel Kesten; Vincent Briganti; 'jguglielmo@scott-scott.com'; 'Erin Green Comite'; Margaret MacLean; Amanda Fiorilla; 'aoutwater@scott-scott.com'; Alesandra Greco; Evans, Eric (PAO) |
| **Subject:** | RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena |

Andrea, we are happy to discuss further tomorrow, but we plan to make a short filing with the Court this evening given that today is the deadline set by the Court.

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Wednesday, May 18, 2022 7:32 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Subject:** Re: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Sunita, we disagree with Google's position. We will be in touch tomorrow regarding submission to the Court that outlines our meet and confers today and the parties' respective positions regarding the case schedule.

Andrea

**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Wednesday, May 18, 2022 10:13:32 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com'

1

<hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Andrea,
Your proposed compromise is not a compromise at all, and is not what the Court ordered.  Again, the Court's order plainly states that the extension of the class certification deadlines is "[c]onditional" on the filing of a stipulation **today**  to "a limited reopening of fact discovery" because "if fact discovery closes before Plaintiffs' class certification motion is filed, this could cause prejudice to Google."  Order at 2-3.
Moreover, the Orders says nothing about expert discovery.  Plaintiffs raised that issue for the first time today, and now seek to make the filing of the Court ordered stipulation contingent on an agreement regarding expert discovery.
Given Plaintiffs' position and the late hour, the parties do not appear likely to reach a stipulation tonight.  Please let me know if Plaintiffs change their mind and are willing to file a stipulation that comports with the Court's Order, such as the draft I initially circulated.
Sunita

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Wednesday, May 18, 2022 4:45 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Sunita, if you recall it was the 2.7 million pages Google sent us that caused the need to adjust the schedule.

We cannot agree not to conduct limited fact discovery after the filing of Google's class cert opposition for the same reason you argued to the Court Google could be prejudiced if not given the opportunity to conduct fact discovery after the filing of Plaintiffs' class cert motion.

As a last offer of compromise, we can agree to re-open fact discovery for Google from 7/18/22 to 9/13/22, provided Google will agree that Plaintiffs will have the ability to conduct fact discovery during that same time period, related to the discovery that Google conducts. Also, Google will agree to reopen fact discovery for Plaintiffs from 9/13/22 to 10/3/22, provided that Google will have the opportunity to conduct discovery with respect to the same discovery that Plaintiffs conduct during that same time period.

As to expert discovery, we can agree on mutuality where both parties conduct expert discovery during the same timeframe, but it should be part of any stip we enter into regarding fact discovery.

If we cannot reach a compromise where Plaintiffs get equal opportunity to fact discovery, we will seek the Court's leave to do so.

Let us know if you wish to speak over the phone.

Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Wednesday, May 18, 2022 6:29 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

+ Eric Evans, who I realize is not on this thread

---

**From:** Bali, Sunita (SFO)
**Sent:** Wednesday, May 18, 2022 3:13 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Andrea, a month is not a lot of time to conduct expert discovery, and as you know, Google would have had much more time if the class certification briefing deadlines were not extended two months.  Also, Plaintiffs asked the Court to extend the class cert briefing deadlines only, not any other deadlines, and the Court's willingness to do so was contingent on Plaintiffs agreeing to reopen fact discovery so that Google can conduct discovery on plaintiffs' class certification motion.  It is not Google's fault that Plaintiffs requested a schedule that does not give them time to conduct expert discovery after Google files its opposition to class certification.  That said, we are willing to agree to extend the expert discovery cut off so that Plaintiffs have time to do such discovery, but any extension must be mutual.  The Court did not contemplate and Google will not agree to reopen fact discovery from 7/18/22 to 10/3/22 for both sides.

If we cannot reach agreement on the expert discovery issues today, we should file the stipulation addressing only fact discovery as directed by the Court (and as initially drafted) and continue to negotiate regarding expert discovery deadlines.

Sunita

---

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Wednesday, May 18, 2022 1:15 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Sunita, under the current schedule, Google has an entire month after Plaintiffs' class cert brief is due to conduct expert discovery. By extending the expert discovery from its current cut-off (08/19/2022) to class cert reply (9/13/2022), as you propose, gives Google another extra month, which Google would not be entitled to. The reason why we created a limited allowance for Plaintiffs to conduct expert discovery is because without it, Plaintiffs (unlike Google) would be completely deprived of the opportunity to conduct expert discovery related to class cert. The same does not apply to Google.

With that said, we are amenable to have the expert discovery run from 8/19/2022 to 9/13/22, but Plaintiffs want mutuality on the fact discovery too, meaning that the reopening of fact discover will occur between 07/18/2022 and 10/3/2022 and will apply to both sides, as is the case with the expert discovery.

We're happy to jump on a call and discuss.

Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Wednesday, May 18, 2022 3:46 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com'

4

<hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Andrea, your revisions do not address the issue I raised.  Google will not agree to reopen expert discovery on the date our class certification opposition is due.  I proposed that we just extend expert discovery cut off to 10/3 for both parties (rather than close it on 8/19 and reopen it).  Let me know if you agree and I'll update the stipulation.

Sunita

---

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Wednesday, May 18, 2022 10:57 AM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com' <aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Sunita, we revised the language of the stipulation to make the reopening of expert discovery mutual. Please let us know if this is acceptable.

Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Wednesday, May 18, 2022 12:36 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; 'Mark Todzo' <mtodzo@lexlawgroup.com>; 'jjasnoch@scott-scott.com' <jjasnoch@scott-scott.com>; 'esomers@lexlawgroup.com' <esomers@lexlawgroup.com>; 'seth@gutridesafier.com' <seth@gutridesafier.com>; 'hayley@gutridesafier.com' <hayley@gutridesafier.com>; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; 'jguglielmo@scott-scott.com' <jguglielmo@scott-scott.com>; 'Erin Green Comite' <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; 'aoutwater@scott-scott.com'

<aoutwater@scott-scott.com>; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Following up here, Andrea. Thanks.

---

**From:** Bali, Sunita (SFO)
**Sent:** Tuesday, May 17, 2022 3:37 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Andrea, if we're going to reopen expert discovery then Google should also have an opportunity to conduct expert discovery up through the filing of its class cert opposition. To keep it simple, would Plaintiffs be amenable to reopening expert discovery for both parties through 10/3? We can also discuss by phone tomorrow morning. I'm free between 9-10:30am PT.

Thanks,
Sunita

---

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Tuesday, May 17, 2022 1:04 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Sunita, hi —

thanks for circulating the draft stipulation. We understand your proposal seeks to allow Google reasonable time to conduct limited discovery after the filing of the class certification. For the same reason that Google needs opportunity for fact discovery after the class certification motion, Plaintiffs need limited expert discovery after Google's filing of its opposition to the class certification motion (9/13) when expert discovery will already be closed (8/19). Attached are our redlined edits that reflect that.

Please let us know if you have any other revisions or wish to talk over the phone.

Thanks,

Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Tuesday, May 17, 2022 1:48 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Andrea,

Pursuant to the Court's Order of last Friday, attached is a draft stipulation to reopen fact discovery after Plaintiffs file their class certification motion. Please let us know if you have any changes, as we're due to file this by tomorrow.

Also, as you likely saw, the Court entered the SCA Consent Orders. The next step is for the accountholders to send Consent Emails to Google at google-legal-support@google.com. Can you please either ask them to copy me on that correspondence, or can you let me know as soon as those emails are sent? Google receives a lot of emails at this email address, and I want to make sure the Consent Emails are immediately flagged so that Google can begin preparing the documents for production.

Thanks,
Sunita

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Monday, May 09, 2022 2:35 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Yes, thank you.



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Monday, May 9, 2022 5:24 PM
**To:** Andrea Farah <AFarah@lowey.com>; Noelle Feigenbaum <nfeigenbaum@lowey.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Hi Andrea,

Sorry to hear that. I've checked with the witness and the next date that he's available is May 24. Should we cancel tomorrow and plan on proceeding on that date?

Sunita

---

**From:** Andrea Farah <AFarah@lowey.com>
**Sent:** Monday, May 09, 2022 12:50 PM
**To:** Noelle Feigenbaum <nfeigenbaum@lowey.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com; Alesandra Greco <agreco@lowey.com>
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Good afternoon, Sunita —

the person on our team scheduled to take tomorrow's deposition fell very ill today and cannot proceed with the deposition. We apologize for the short notice. Please let us know when is the earliest Alex Gruenstein can be available to be deposed.

Thanks,

Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Noelle Feigenbaum <nfeigenbaum@lowey.com>
**Sent:** Friday, April 29, 2022 5:45 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Cc:** Andrea Farah <AFarah@lowey.com>; Christian Levis <CLevis@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Mark Todzo <mtodzo@lexlawgroup.com>; jjasnoch@scott-scott.com; esomers@lexlawgroup.com; seth@gutridesafier.com; hayley@gutridesafier.com; Rachel Kesten <rkesten@lowey.com>; Vincent Briganti <VBriganti@lowey.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Margaret MacLean <mmaclean@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; aoutwater@scott-scott.com
**Subject:** RE: In re Google Assistant Privacy, No. 19-4286 (N.D. Cal.) - Third Party Subpoena

Counsel,

Please see the attached.

Best,
Noelle



**Noelle Feigenbaum**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7266 (Direct)
www.lowey.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.