Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
afarah@lowey.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION TO REOPEN FACT AND EXPERT DISCOVERY FOR LIMITED PURPOSE; [PROPOSED] ORDER**<br><br>Judge:   Beth Labson Freeman |

Pursuant to the Court's Order of May 13, 2022, plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan, Edward Brekhus, and Jon Hernandez ("Plaintiffs"), and defendants Google LLC and Alphabet Inc. ("Defendants" or "Google"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, on May 13, 2022, the Court conditionally granted Plaintiffs' Administrative Motion for Relief From Case Management Schedule (Dkt. Nos. 171, 179) resetting the class certification briefing schedule as follows: Plaintiffs to move for class certification by July 18, 2022; Google to oppose Plaintiffs' motion for class certification by September 13, 2022; and Plaintiffs to file a reply in support of the motion for class certification by October 3, 2022 (Order Granting Pls.' Mot. to Extend Filing Deadline for Class Cert. (May 13, 2022), Dkt. No. 199. at 3);

2. WHEREAS, the Court's Order is conditioned on the Parties stipulating to reopen fact discovery for a reasonable time after the motion for class certification is filed (*see id.* at 2-3);

3. WHEREAS, the Parties agree that fact discovery should be reopened from July 18, 2022, to September 13, 2022, for the limited purpose of allowing Google to conduct discovery regarding Plaintiffs' class certification motion, including deposing any class representatives;

4. WHEREAS, the Parties agree that fact discovery should be reopened from September 13, 2022 to October 3, 2022 for the limited purpose of allowing Plaintiffs to conduct discovery regarding Google's opposition to class certification to the extent Google presents previously undisclosed evidence including evidence from new Google or third party witnesses;

5. WHEREAS, the Parties agree that the close of expert discovery should be extended from August 19, 2022 to October 3, 2022, including to allow the parties time to depose any experts that may submit a report in support of or in opposition to class certification.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties as follows:

1. Fact discovery shall reopen from July 18, 2022 until September 13, 2022, for the limited purpose of allowing Google to conduct discovery regarding Plaintiffs' class certification motion, including deposing any class representatives. To the extent Google seeks discovery from

any third parties during this period, Plaintiffs will be allowed to participate in that discovery at the same time;

2. Fact discovery shall reopen from September 13, 2022 to October 3, 2022 for the limited purpose of allowing Plaintiffs to conduct discovery regarding Google's opposition to class certification to the extent Google presents previously undisclosed evidence including evidence from new Google or third party witnesses. Should Google's opposition include evidence from new third party or Google witnesses that Plaintiffs have not had the opportunity to depose, the parties will meet and confer regarding the need for and scheduling of such depositions. Google reserves its right to oppose any request by Plaintiffs;

3. The close of expert discovery shall be extended from August 19, 2022 until October 3, 2022.

**IT IS SO STIPULATED.**

Dated:  May 20, 2022                **PERKINS COIE LLP**

By: */s/ Sunita Bali*
    Bobbie J. Wilson (SBN 148317)
    Sunita Bali (SBN 274108)

**LOWEY DANNENBERG, P.C.**

By: */s/ Andrea Farah*
    Andrea Farah (*pro hac vice*)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 20__, 2022

_____
Hon. Beth Labson Freeman
U.S. District Judge

**Attestation**

Pursuant to L.R. 5-1(h)(3), I attest that concurrence in the filing of this document was obtained from the other signatories.

*/s/ Sunita Bali*
Sunita Bali