UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No.  19-cv-04286-BLF   (SVK)<br><br>**REDACTION ORDER** |

The Court's June 30, 2022 order on the Parties' joint discovery letter brief has been provisionally filed under seal.  *See* Dkt. 208.  By **July 7, 2022,** the Parties are to submit joint proposed redactions accompanied by an administrative motion to seal that complies with applicable law and Civil Local Rule 79-5.  If proposed redactions are not received by the deadline, the Court will order that Dkt.208 be filed on the public docket.

**SO ORDERED.**

Dated: June 30, 2022

SUSAN VAN KEULEN
United States Magistrate Judge