UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC, et al.,<br><br>  Defendants. | Case No. 19-cv-04286-BLF   (SVK)<br><br>**ORDER RE MOTION TO QUASH DEPOSITION SUBPOENA**<br><br>Re: Dkt. No. 212 |

The Court is in receipt of Non-Party Appen Butler Hill Inc.'s ("Appen") Motion to Quash Plaintiffs' Deposition Subpoena (Dkt. 212). The Court **ORDERS** Appen and the relevant Parties to re-submit their dispute as a joint letter brief that complies with the undersigned's Civil and Discovery Referral Matters Standing Order. The Parties' joint submission is due **July 18, 2022.** The Court will set a hearing if necessary.

**SO ORDERED.**

Dated: July 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge