1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    ASIF KUMANDAN, et al.,                    Case No.  19-cv-04286-BLF   (SVK)

8              Plaintiffs,
                                               **ORDER ON ADMINISTRATIVE**
9         v.                                   **MOTIONS FOR LEAVE TO FILE**
                                               **UNDER SEAL**
10   GOOGLE LLC, et al.,
                                               Re: Dkt. Nos. 206, 211
11             Defendants.

12         Before the Court are several administrative motions to file under seal materials associated

13   with discovery disputes in this case.  Dkt. 206, 211; *see also* Dkt. 210.

14         Courts recognize a "general right to inspect and copy public records and documents,

15   including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d

16   1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7

17   (1978)).  A request to seal court records therefore starts with a "strong presumption in favor of

18   access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d

19   1122, 1135 (9th Cir. 2003)).  The standard for overcoming the presumption of public access to

20   court records depends on the purpose for which the records are filed with the court.  A party

21   seeking to seal court records relating to motions that are "more than tangentially related to the

22   underlying cause of action" must demonstrate "compelling reasons" that support secrecy.  *Ctr. For*

23   *Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).  For records attached to

24   motions that re "not related, or only tangentially related, to the merits of the case," the lower

25   "good cause" standard of Rule 26(c) applies.  *Id*.; *see also Kamakana*, 447 F.3d at 1179.  A party

26   moving to seal court records must also comply with the procedures established by Civil Local

27   Rule 79-5.

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1      Here, the "good cause" standard applies because the information the parties seek to seal

2 was submitted to the Court in connection with discovery-related motions, rather than a motion that

3 concerns the merits of the case.  The Court may reach different conclusions regarding sealing

4 these documents under different standards or in a different context.  Having considered the

5 motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the

6 Court **ORDERS** as follows:

7      1.  **Dkt. 206;** *see also* **Dkt. 210**

| Document | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| June 28, 2022 Discovery Letter Brief (ECF No. 206-3) | GRANTED as to: Highlighted portions on page 2 | Confidential and proprietary commercial information about (1) details of Google's understanding of the profits or losses associated with Google Assistant; and (2) Google's considerations in making research and development decisions associated with Google Assistant. |
| | GRANTED as to: Highlighted portions on page 3 | Confidential and proprietary commercial information about (1) the operation of Google Assistant; and (2) Google's considerations in making research and development decisions associated with Google Assistant. |
| | GRANTED as to: Highlighted portions on page 4 | Confidential and proprietary commercial information about the operation of Google Assistant. |
| | GRANTED as to: Highlighted portions on page 5 | Confidential and proprietary commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. |
| | GRANTED as to: Highlighted portions on pages 2-3 of Exhibit A | Confidential and proprietary commercial information about details of Google's understanding of the profits or losses associated with Google Assistant |

1

2.  **Dkt. 211**

2

| Document | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| 6/30/22 Discovery Order | GRANTED as to: Highlighted portions of the Order shown in Exhibit A to Dkt. 211 | Confidential and proprietary commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. |

**SO ORDERED.**

Dated: July 15, 2022

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

3