Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
mtodzo@lexlawgroup.com
somers@lexlawgroup.com

*Attorney for Plaintiffs Asif Kumandan, Melissa Spurr,
Melissa Spurr as Guardian of B.S., a Minor,
Lourdes Galvan, and Eleeanna Galvan*

[Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>COMPLAINT FILED: July 25, 2019<br><br>Date:     October 20, 2022<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 3 – 5th Floor<br>Judge:   Honorable Beth Labson Freeman |

**NOTICE OF MOTION AND MOTION**

TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian B. S. (a minor), Lourdes Galvan, and Elleanna Galvan ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court in Courtroom 3, 5th Floor, of the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, 95113, on Thursday, October 20, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, for the entry of an order: to certify the Classes and Subclasses defined in the Memorandum of Law.

This motion is based on this notice of motion, Plaintiffs' Memorandum of Law in Support of this Motion, the Declaration of Margaret C. MacLean, Declaration of Dr. Rebbecca Reed-Arthurs, Declaration of Dr. Fernando Torres, MSc and all supporting documents and exhibits filed therewith, the pleadings and other files and records previously entered in this action, and such other written or oral argument as may be presented to the Court.

Dated:  July 18, 2022

**LOWEY DANNENBERG, P.C.**

/s/ *Mark N. Todzo*
Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
mtodzo@lexlawgroup.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: 212-223-6444
jguglielmo@scott-scott.com

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

2
PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION
Case No. 5:19-cv-04286

## **ATTESTATION**

I Mark. N. Todzo am the ECF User whose identification and password are being used to file this Motion for Class Certification pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

Dated: July 18, 2022

                                                      /s/ *Mark. N. Todzo*
                                                      Mark N. Todzo

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, I electronically filed the foregoing Plaintiffs' Motion for Class Certification using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing document to be served via email on counsel of record for all parties.

/s/ *Mark. N. Todzo*
Mark N. Todzo