UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Assistant Privacy Litigation | Case No. 19-cv-04286-BLF (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 221 |

Third party Appen Butler Hill ("Appen") moves to quash a subpoena served by Plaintiffs in this action. The Court has reviewed the joint submission, the challenged subpoena, schedules A and B (the requests for production and topics for deposition, respectively), Appen's formal objections to the document requests (Dkt. 212-2), and relevant case law. The Court determines that this matter is suitable for resolution without oral argument. Civ. L.R. 7-1(b).

Third party subpoenas are governed by Rule 45.[1] Appen moves to quash the subpoena in its entirety under Rule 45(d)(3)(A), positing that the subpoena is unduly burdensome. In support, Appen primarily argues that the information sought either could be obtained from Google or is not relevant. Dkt. 221, 2. Plaintiffs argue that Appen has not adequately demonstrated undue burden, that the information sought is within Appen's exclusive custody and control and is relevant, and therefore the subpoena should be enforced in its entirety. *Id*. at 4-5. The parties to this motion offer mostly opposing views of their meet and confer efforts. The parties agree, however, that the subpoena was served in January of 2022; that discovery in this matter closed on July 8, 2022, and that Appen would have until July 15, 2022 to bring this motion, as provided in this Court's Civil Local Rules. *Id*. at 1.

The Court finds neither Appen's nor Plaintiffs' arguments entirely persuasive. There are a

---

[1] All references to "Rules" are to the Federal Rules of Civil Procedure.

number of subpoenaed topics that are clearly within the exclusive knowledge, custody and control of Appen and for which neither production of documents nor preparation of a witness would be unduly burdensome.  However, some of these topics are not relevant to the limited third-party role of Appen in this action.  Accordingly, Appen's objections to the subpoena's deposition topics and requests for production are **GRANTED IN PART and OVERRULED in PART** as set forth in the attached schedules **as modified** by the Court.   In consideration of the fact that discovery in this matter is closed and other deadlines are on the horizon, production of documents is to be completed no later than **August 19, 2022**; the deposition is to take place no later than **August 31, 2022**.

**SO ORDERED.**

Dated: July 28, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge