Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF MOTION TO CHANGE TIME**<br><br>Judge:   Susan Van Keulen |

**DECLARATION OF SUNITA BALI**

I, Sunita Bali, declare as follows:

1. I am a Partner with the law firm of Perkins Coie LLP, which is counsel for defendants Google LLC and Alphabet Inc. (collectively "Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I have personal knowledge of the matters set forth herein and am competent to testify. Pursuant to Civil Local Rule 6-3, I make this declaration in support of the Google's Motion to Change Time, filed concurrently.

2. I am the attorney for Defendants in this matter who has led and has best knowledge of the "historical meet and confer efforts" that the Court expressly asked the parties to be prepared to address at a September 8 discovery hearing. *See* ECF 256.

3. I am not available on September 8 because a family medical emergency has arisen that requires me to travel out of town that day.

4. Because of my knowledge of and continuous direct involvement in the "historical meet and confer efforts" to be addressed at the hearing, it would be prejudicial to Google for another Perkins Coie attorney to handle the hearing.

5. Defendants requested the Court's clerk's guidance on this matter on September 1, 2022 and were informed that the Court "ha[s] availability 9/15 at 10 a.m. or 9/20 at 10 a.m.; counsel to meet and confer and file a joint stipulation to continue by cob tomorrow." A true and correct copy of an email thread with the Court's clerk, spanning September 1 and 2, 2022 is attached hereto as Exhibit 1.

6. When Defendants requested that Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs") stipulate to reset the hearing as directed by the Court, they refused. Instead, Plaintiffs claimed that resetting the hearing to the 15th or 20th would affect their ability to prepare their reply on their motion for class certification, which is not due until October 3, 2022. At Plaintiffs' counsel's request, the parties jointly contacted the Court's clerk again to inquire whether an earlier date was

available, and the clerk again confirmed that the Court's only availability was on October 15th or 20th. Plaintiffs refused to stipulate to continue the hearing to the earliest date on which counsel for Google and the Court are available. A true and correct copy of an email thread between Plaintiffs and Defendants, spanning September 1 and 2, 2022 is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2022 in Oakland, California.

                                                              */s/ Sunita Bali*
                                                                Sunita Bali