# EXHIBIT 1

# Evans, Eric (PAO)

**Subject:** FW: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

**From:** "Bali, Sunita (SFO)" <SBali@perkinscoie.com>
**Date:** September 2, 2022 at 11:09:50 AM PDT
**To:** Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov>
**Cc:** "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, Margaret MacLean <mmaclean@lowey.com>
**Subject: Re: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF**

Thanks again, Ms. Fanthorpe. Plaintiffs' counsel (copied) has asked me to inquire whether there are any earlier dates (prior to 9/15) on which the court is available. I am unavailable on September 8 and 9.

Sunita

> On Sep 1, 2022, at 1:06 PM, Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov> wrote:
>
> Good afternoon counsel,
> We have availability 9/15 at 10 a.m. or 9/20 at 10 a.m.; counsel to meet and confer and file a joint stipulation to continue by cob tomorrow.
> Thank you,
> Justine
>
> 
>
> **Justine Fanthorpe**
> CRD to Magistrate Judge Susan van Keulen
> 280 South First Street, Room 2112
> United States District Court
> Northern District of California
> https://cand.uscourts.gov
> Justine_Fanthorpe@cand.uscourts.gov
> Office: 408-535-5375
>
> ---
>
> **From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
> **Sent:** Thursday, September 1, 2022 12:05 PM
> **To:** SVK CRD <SVKCRD@cand.uscourts.gov>
> **Cc:** Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>
> **Subject:** In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

**CAUTION - EXTERNAL:**

Hello Ms. Fanthrope,

I am one of the attorneys for defendants in *In re Google Assistant Privacy Litigation*, Case No. 5:19-cv-04286-BLF.  This morning, the Court scheduled a discovery hearing for September 8, 2022, at 10am.  Unfortunately, I have a conflict at that time, as I am scheduled to fly to Kansas City that morning to care for an ailing family member.  Ordinarily I would have another attorney from my firm cover the hearing, but I have handled all meet and confers with Plaintiffs' counsel and am best suited to handle this hearing.  Is it at all possible to reschedule the hearing for the following week (preferably avoiding 9/13), or the week after?

Thank you very much for your consideration.

Sunita

**Sunita Bali | Perkins Coie LLP**
PARTNER
505 Howard Street, Suite 1000
San Francisco, CA 94105
D. +1.415.344.7065
F. +1.415.344.7265
E. SBali@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.