# EXHIBIT 2

# Evans, Eric (PAO)

| | |
|---|---|
| **From:** | Margaret MacLean <mmaclean@lowey.com> |
| **Sent:** | Friday, September 2, 2022 12:59 PM |
| **To:** | Bali, Sunita (SFO) |
| **Cc:** | Wilson, Bobbie J. (SFO); Evans, Eric (PAO); Christian Levis; Andrea Farah |
| **Subject:** | RE: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF |

Hi Sunita,

As discussed earlier, given the upcoming deadline, we are not able to stipulate. We will respond to your motion.

**Margaret C. MacLean**
Lowey Dannenberg, P.C.
914-733-7250 (Direct)

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Friday, September 2, 2022 3:52 PM
**To:** Margaret MacLean <mmaclean@lowey.com>
**Cc:** Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Subject:** Fwd: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

Hi Margaret,

In light of the below, are plaintiffs willing to stipulate to move the hearing to 8/15? Please advise so that we can file our motion if necessary. Thank you.

Sunita

Begin forwarded message:

> **From:** Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov>
> **Date:** September 2, 2022 at 12:43:11 PM PDT
> **To:** Margaret MacLean <mmaclean@lowey.com>, "Bali, Sunita (SFO)" <SBali@perkinscoie.com>
> **Cc:** "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, Christian Levis <CLevis@lowey.com>, Andrea Farah <AFarah@lowey.com>
> **Subject: RE: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF**
>
>
> Good afternoon counsel,
> The Court is only available on the dates I previously indicated.
> 9/15 at 10 a.m. or 9/20 at 10 a.m
> Thank you,
> Justine



**Justine Fanthorpe**
CRD to Magistrate Judge Susan van Keulen
280 South First Street, Room 2112
United States District Court
Northern District of California
https://cand.uscourts.gov
Justine_Fanthorpe@cand.uscourts.gov
Office: 408-535-5375

**From:** Margaret MacLean <mmaclean@lowey.com>
**Sent:** Friday, September 2, 2022 11:32 AM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov>
**Cc:** Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Christian Levis <CLevis@lowey.com>; Andrea Farah <AFarah@lowey.com>
**Subject:** RE: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

**CAUTION - EXTERNAL:**

Thank you Ms. Fanthorpe. Ms. Bali is correct; Plaintiffs would strongly prefer to have the hearing earlier, preferably next week, in view of their upcoming class certification reply deadline on October 3. Does the Court have any availability on 9/6 or 9/7?

Thank you,

**Margaret C. MacLean**
Lowey Dannenberg, P.C.
914-733-7250 (Direct)

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Friday, September 2, 2022 2:10 PM
**To:** Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov>
**Cc:** Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Margaret MacLean <mmaclean@lowey.com>
**Subject:** Re: In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

Thanks again, Ms. Fanthorpe. Plaintiffs' counsel (copied) has asked me to inquire whether there are any earlier dates (prior to 9/15) on which the court is available. I am unavailable on September 8 and 9.

Sunita

> On Sep 1, 2022, at 1:06 PM, Justine Fanthorpe <Justine_Fanthorpe@cand.uscourts.gov> wrote:

Good afternoon counsel,
We have availability 9/15 at 10 a.m. or 9/20 at 10 a.m.; counsel to meet and confer and file a joint stipulation to continue by cob tomorrow.
Thank you,
Justine



**Justine Fanthorpe**
CRD to Magistrate Judge Susan van Keulen
280 South First Street, Room 2112
United States District Court
Northern District of California
https://cand.uscourts.gov
Justine_Fanthorpe@cand.uscourts.gov
Office: 408-535-5375

---

**From:** Bali, Sunita (SFO) <SBali@perkinscoie.com>
**Sent:** Thursday, September 1, 2022 12:05 PM
**To:** SVK CRD <SVKCRD@cand.uscourts.gov>
**Cc:** Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>
**Subject:** In re Google Assistant Privacy Litig.; Case No. 5:19-cv-04286-BLF

**CAUTION - EXTERNAL:**


Hello Ms. Fanthrope,

I am one of the attorneys for defendants in *In re Google Assistant Privacy Litigation*, Case No. 5:19-cv-04286-BLF.  This morning, the Court scheduled a discovery hearing for September 8, 2022, at 10am.  Unfortunately, I have a conflict at that time, as I am scheduled to fly to Kansas City that morning to care for an ailing family member.  Ordinarily I would have another attorney from my firm cover the hearing, but I have handled all meet and confers with Plaintiffs' counsel and am best suited to handle this hearing.  Is it at all possible to reschedule the hearing for the following week (preferably avoiding 9/13), or the week after?

Thank you very much for your consideration.

Sunita


**Sunita Bali | Perkins Coie LLP**
PARTNER
505 Howard Street, Suite 1000
San Francisco, CA 94105

D. +1.415.344.7065
F. +1.415.344.7265
E. SBali@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.