1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>PartyOneType | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME**<br><br>Magistrate Judge:     Susan van Keulen |

1    Having considered Defendants Google LLC and Alphabet Inc.'s ("Defendants" or

2  "Google") Motion to Change Time and the Declaration of Sunita Bali in support thereof, it is

3  HEREBY ORDERED that:

4    1. Defendant's Motion to Change Time is GRANTED; and

5    2. The discovery hearing set for September 8, 2022, (Dkt. No. 256) is reset for September

6  [15 OR 20], 2022, at 10:00 AM.

7    **IT IS SO ORDERED.**

8

9  Dated: _____, 2022

       _____
10       Hon. Susan van Keulen
       U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28