1   Bobbie J. Wilson (SBN 148317)
    BWilson@perkinscoie.com
2   Sunita Bali (SBN 274108)
    SBali@perkinscoie.com
3   PERKINS COIE LLP
    505 Howard Street, Suite 1000
4   San Francisco, California 94105
    Telephone: 415.344.7000
5   Facsimile:  415.344.7050

6   Attorneys for Defendants
    GOOGLE LLC and ALPHABET INC.

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  IN RE GOOGLE ASSISTANT PRIVACY        Case No. 5:19-cv-04286-BLF
    LITIGATION
14                                        [PROPOSED] ORDER GRANTING
15          PartyOneType                  MOTION TO CHANGE TIME

16                                        Magistrate Judge:    Susan van Keulen

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Defendants Google LLC and Alphabet Inc.'s ("Defendants" or

2  "Google") Motion to Change Time and the Declaration of Sunita Bali in support thereof, it is

3  HEREBY ORDERED that:

4    1. Defendant's Motion to Change Time is GRANTED; and

5    2. The discovery hearing set for September 8, 2022, (Dkt. No. 256) is reset for September

6  [15 OR 20], 2022, at 10:00 AM.    *15*

7    **IT IS SO ORDERED.**

8
   Dated: ___September 6___ , 2022                    _Susson van Keul_
9                                                      _____
10                                                     Hon. Susan van Keulen
                                                       U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28