1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

15
16  IN RE GOOGLE ASSISTANT PRIVACY
17  LITIGATION
18
19
20
21
22

Case No.: 5:19-cv-04286-BLF

[PROPOSED] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

23  The Court, having considered Plaintiffs' Administrative Motion to Consider Whether
24  Defendants' Material Should Be Sealed (ECF No. 242, "Motion to Seal"), Defendant's
25  Statement in Support of the Motion to Seal, and the Declaration of Françoise Beaufays submitted
26  in support, finds that good cause exists to seal this material:
27
28

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Aug. 19, Discovery Letter Brief (ECF No. 242-2) | Highlighted portions at page 2:13-19; 4:11-12; 4:14-17; 4:22-25; 5:1-2; and 5:14-20 | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. |
| Aug. 19, Discovery Letter Brief (ECF No. 242-2) | Highlighted portions at page 5:25-6:2 and 6:4-5 | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. |

The above material shall remain under seal.

**IT IS SO ORDERED.**

///

Dated: September 16, 2022

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
CASE NO. 19-cv-04286-BLF

1