United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No.  19-cv-04286-BLF   (SVK)<br><br>**REDACTION ORDER**<br>Re: Dkt. No. 278 |

The Court's September 16, 2022 Order re Joint Discovery Submission (Dkt. 278) has been provisionally filed under seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **September 26, 2022**. If no proposed redactions are received by 11:59 p.m. on September 26, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: September 16, 2022

SUSAN VAN KEULEN
United States Magistrate Judge