Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants
GOOGLE LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER VACATING TRIAL; TERMINATING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (DKT. 267)** |

Before the Court is Defendants Google LLC and Alphabet Inc.'s (collectively "Google") Motion for Leave to File Motion for Reconsideration of the Court's September 13, 2022 Order Vacating Trial; Terminating Motion for Summary Judgment Without Prejudice ("Motion for Leave").

Having considered Google's Motion for Leave, leave is hereby GRANTED and the Motion for Reconsideration attached to the Motion for Leave as Exhibit A is deemed filed.

**IT IS SO ORDERED.**

Dated:

By:_____
Hon. Beth Labson Freeman
United States District Judge