# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; DIRECTING PLAINTIFFS TO RESPOND; CLARIFYING TERMINATION OF DAUBERT MOTION DEADLINES** |

On September 13, 2022, the Court issued an order vacating trial and terminating Defendants' motion for summary judgment without prejudice. *See* ECF No. 267. Defendants have moved the Court for clarification of its order and for leave to file a motion for reconsideration. *See* ECF No. 284. Pursuant to Civil Local Rule 7-9, the Court hereby GRANTS Defendants' motion for leave file a motion for reconsideration.

Defendants attached their motion for reconsideration to their motion for leave. *See* ECF No. 284-1. Therefore, the Court DIRECTS the Plaintiffs to respond **on or before Friday, September 23, 2022**. The response is limited to **five pages**. No reply is allowed.

Further, the Court CLARIFIES that the deadline for hearing *Daubert* motions relates to the trial date. Thus, the *Daubert* motion deadlines are terminated.

**IT IS SO ORDERED.**

Dated: September 20, 2022

_____
BETH LABSON FREEMAN
United States District Judge