Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*
*ASIF KUMANDAN, MELISSA SPURR,*
*And MELISSA SPURR, as guardian of*
*B.S., a minor*

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendants*
*GOOGLE LLC and ALPHABET INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION UNDER CIVIL LOCAL RULE 7-11 FOR RELEASE OF SEALED TRANSCRIPT**<br><br>[PROPOSED] ORDER<br><br>Judge:   Hon. Susan van Keulen |

Pursuant to Civil Local Rule 7-11, Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs"), and Defendants Google LLC and Alphabet Inc. ("Defendants" or "Google", and together with Plaintiffs, "Parties"), by and through their attorneys of record, jointly request an order for release of sealed transcript of the September 15, 2022 Discovery Hearing in electronic format to the attorneys of record for the Parties and to no one else:

1. WHEREAS, pursuant to the Court's Order following July 26, 2022 hearing (ECF No. 228), the Parties jointly filed a discovery letter brief in connection with outstanding discovery disputes. ECF No.240.

2. WHEREAS, the Court set a Discovery Hearing before Magistrate Judge van Keulen for September 8, 2022 (ECF No. 256) that was continued to September 15, 2022. (ECF No. 261) ("Discovery Hearing"). As per the Court's Order on September 12, 2022, the Discovery Hearing was sealed. ECF No. 264.

3. WHEREAS, the Discovery Hearing was held on September 15, 2022 (ECF No. 273) and the Counsel for the Parties were present at the hearing. After the Discovery Hearing, the Magistrate Judge issued an order under seal (ECF No. 278). The sealed order was made available to the attorneys of record of the Parties and to no one else.

4. NOW, THEREFORE, pursuant to Local Rule 7-11, Counsel for the Parties jointly request that the Court order that the sealed transcript of the Discovery Hearing be released in electronic format to the attorneys of record for the Parties and to no one else.

**IT IS SO STIPULATED.**

Dated: September 23, 2022

**PERKINS COIE LLP**

By: *Sunita Bali*
Bobbie J. Wilson (SBN 148317)
Sunita Bali (SBN 274108)
Erin Earl (admitted *pro hac vice*)

**LOWEY DANNENBERG, P.C.**
By: *Andrea Farah*
Margaret MacLean (admitted *pro hac vice*)
Andrea Farah (admitted *pro hac vice*)

1  **[PROPOSED] ORDER**

2     Pursuant to the Stipulation, it is so ordered.

3

4  Dated: September 23, 2022          _____
                                      Hon. Susan van Keulen
5                                     United States Magistrate Judge