1  Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
2  Margaret MacLean (*pro hac vice*)
   Andrea Farah (*pro hac vice*)
3  **LOWEY DANNENBERG, P.C.**
   44 South Broadway, Suite 1100
4  White Plains, NY 10601
   Telephone: (914) 997-0500
5  Facsimile: (914) 997-0035
   vbriganti@lowey.com
6  clevis@lowey.com
   mmaclean@lowey.com
7  afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Judge: Hon. Beth L. Freeman |
|---|---|

1.  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether portions of the following materials filed in connection with Plaintiffs' Response to Defendants' Motion for Reconsideration should be sealed:

| Document | Portions to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Reply to Defendants' Motion for Reconsideration | Highlighted portions on pages 1, 3, and 4 | References portions of the Court's Order re Joint Discovery Submission (ECF No. 278), provisionally filed under seal |

2. This motion is supported by the Declaration of Margaret MacLean in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rules 7-11 and 79-5(f) (MacLean Decl.), dated September 23, 2022. *See* Civ. L. R. 79-5(c)(2) (stating that an administrative motion to seal must include "evidentiary support from declarations where necessary").

3. To satisfy the standard for confidential treatment, the designated materials must be "information . . . or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c)." Protective Order, § 2.2. To satisfy the standard for Highly Confidential treatment, the designated materials must be "extremely sensitive 'Confidential Information or Items', disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means. Protective Order § 2.8.

4. As set forth in the MacLean Decl., the document sought to be partially redacted contain references to portions of the Court's Order re Joint Discovery Submission (ECF No. 278) (the "Order"), provisionally filed under seal. The Court's Order references material designated by Google as "Confidential" or "Highly Confidential", pursuant to Civil Local Rule 79-5(f), it is the designating party's burden to provide the reasons for keeping the designated documents under seal by submitting a statement and/or declaration within seven days of this motion's filing. Plaintiffs take no position on whether the material should remain under seal.

5. Because Civil Local Rule 79-5(c) prohibits the sealing of a document by agreement of the parties, the parties are unable to enter into such a stipulation. See Civ. L. R. 7-11(a) (requiring explanation of lack of stipulation).

Dated:  September 23, 2022      /s/ Mark N. Todzo
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com.

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*