Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Susan van Keulen |

### DECLARATION OF MARGARET MACLEAN

1. I, MARGARET MACLEAN, am an attorney admitted to practice law in the State of New York and a partner at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider

1. Whether Another Party's Material Should Be Sealed (L.R. 79-5(f)).

2. 3. I have reviewed the portions of Plaintiffs' September 23, 2022 Response to Defendants' Motion for Reconsideration ("Response") requested to be filed under seal.

3. 4. To the best of my knowledge, the highlighted portions of the Response references portions of the Court's Order re Joint Discovery Submission (ECF No. 278) (the "Order"), provisionally filed under seal. The Order references material Google designated as "Highly-Confidential Attorneys Eyes Only" or "Confidential Attorneys Eyes Only" pursuant to the Protective Order (ECF No. 104).

4. 5. Plaintiffs take no position on whether the material should remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on September 23, 2022, in White Plains, New York.

Dated: September 23, 2022          /s/ Margaret MacLean
                                   Margaret MacLean
                                   *Counsel for Plaintiffs*

---

DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:19-cv-04286-BLF