1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |
|---|---|

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rules 7-11 And 79-5(f) and all other papers submitted in response thereto, determines that good cause exists to seal the entirety of the following documents:

| **Document** | **Portions to be Sealed** | **Basis for Sealing Portion of Document** |
|---|---|---|
| Plaintiffs' Reply to Defendants' Motion for Reconsideration | Highlighted portions on pages 1, 3 and 4. | References portions of the Court's Order re Joint Discovery Submission (ECF No. 278), provisionally filed under seal |

Dated: _____                     _____
                                             HONORABLE SUSAN VAN KEULEN
                                             UNITED STATES MAGISTRATE JUDGE