1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Attorneys for Defendants Alphabet Inc. and Google LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | IN RE GOOGLE ASSISTANT PRIVACY | Case No. 5:19-cv-04286-BLF
   | LITIGATION,
13 |                                | **DECLARATION OF NINO TASCA IN
   |                                | SUPPORT OF ADMINISTRATIVE
14 |                                | MOTION TO SEAL**
15 |                                | Judge:     Hon. Susan Van Keulen
16

17

18

19

20

21

22

23

24

25

26

27

28

1   I, Nino Tasca, declare as follows:

2   1.   I am Product Management Director for Speech at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain narrowly tailored redactions to the Court's sealed Order re: Joint Discovery Submission ("Order," Dkt. 278). These narrowly tailored redactions ("the Sealed Materials") have been jointly identified through the meet-and-confer process contemplated in the Court's Redaction Order (Dkt. 280). The Sealed Materials are the subject of Google's Administrative Motion to Seal, filed concurrently. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.   As detailed in Paragraph 3 below, the proposed redactions are narrowly tailored to discrete, sealable portions of the Order.

3.   Specifically, Google requests to seal these portions of the Order:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Dkt. 278 | Order re: Joint Discovery Submission | Highlighted portions on pages 2-5 | Confidential and highly sensitive proprietary and technical information about the operation of Google Assistant (*see* Paragraph 5 below). |

4.   A true and correct copy of the Order, with proposed redactions highlighted, is attached hereto as Exhibit A.

5.   The Sealed Materials contain confidential and highly sensitive proprietary and technical information about the operation of Google Assistant. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants, direct insight into confidential and sensitive aspects of Google's development and operation of the Google Assistant.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on September 22, 2022 in Mountain View, CA.

3

4

5  *DocuSigned by:*
   *Nino Tasca*
6  461A186A0758435...
   Nino Tasca

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -2-
                                                    5:19-CV-04286-BLF
                                       DECLARATION OF NINO TASCA IN SUPPORT OF
                                         ADMINISTRATIVE MOTION TO SEAL