Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF (SVK)<br><br>**DECLARATION OF ERIC B. EVANS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Magistrate Judge:    Hon. Susan van Keulen |

I, Eric B. Evans, declare as follows:

1. I am a Partner with the law firm of Perkins Coie LLP, which is counsel for Defendants Alphabet Inc. and Google LLC ("Defendants"). I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to the Bar of this Court. Under Civil L.R. 79-5(f)(3), I submit this declaration in support Defendants' Administrative Motion to File Under Seal portions of the Court's sealed Order re: Joint Discovery Submission ("Order," Dkt. 278), filed concurrently. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I conferred with counsel for Plaintiffs, Andrea Farah, regarding Google's proposed redactions of the Order.

3. Plaintiffs do not object to Google's proposed redactions of the Sealed Materials.

4. A true and correct copy of the email messages between the parties regarding Plaintiffs' lack of objection is attached to this declaration as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2022 in Mountain View, CA.

/s/ *Eric B. Evans*
**ERIC B. EVANS**

# Exhibit 1

# Evans, Eric (PAO)

| | |
|---|---|
| **From:** | Evans, Eric (PAO) |
| **Sent:** | Friday, September 23, 2022 2:56 PM |
| **To:** | Andrea Farah |
| **Cc:** | Vincent Briganti; Radhika Gupta; Christian Levis; Amanda Fiorilla; John Jasnoch; Joseph P. Guglielmo; Erin Green Comite; mtodzo@lexlawgroup.com; esomers@lexlawgroup.com; aoutwater@scott-scott.com; Carey Alexander; Alesandra Greco; Bali, Sunita (SFO); Earl, Erin K. (SEA); Wilson, Samuel (SFO); Evans, Eric (PAO) |
| **Subject:** | Re: In re Google Assistant Privacy Litig. |

Thank you for confirming.

> On Sep 23, 2022, at 2:53 PM, Andrea Farah <AFarah@lowey.com> wrote:
>
> No objections.
>
> Thank you,
>
> Andrea



**Andrea Farah**, Attorney
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500 (Main)
914-733-7256 (Direct)
www.lowey.com

---

**From:** Evans, Eric (PAO) <EEvans@perkinscoie.com>
**Sent:** Friday, September 23, 2022 5:00 PM
**To:** Andrea Farah <AFarah@lowey.com>
**Cc:** Vincent Briganti <VBriganti@lowey.com>; Radhika Gupta <rgupta@lowey.com>; Christian Levis <CLevis@lowey.com>; Amanda Fiorilla <afiorilla@lowey.com>; John Jasnoch <jjasnoch@scott-scott.com>; Joseph P. Guglielmo <jguglielmo@scott-scott.com>; Erin Green Comite <ecomite@scott-scott.com>; mtodzo@lexlawgroup.com; esomers@lexlawgroup.com; aoutwater@scott-scott.com; Carey Alexander <calexander@scott-scott.com>; Alesandra Greco <agreco@lowey.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>; Evans, Eric (PAO) <EEvans@perkinscoie.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>
**Subject:** RE: In re Google Assistant Privacy Litig.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Dear Ms. Farah,

1

Per the Court's Redaction Order, Dkt. No. 280, Google proposes redacting Dkt. No. 278, the Court's sealed Sep. 16, 2022 Order re Joint Discovery Submission, as indicated by yellow highlighting in the attached copy of the Order.

Do Plaintiffs object to these redactions?

Very truly yours,

Eric

**Eric B. Evans** | **Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4334
E. EEvans@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.