## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No.: 5:19-cv-04286-BLF (SVK)<br><br>**[PROPOSED] ORDER DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court, having considered Defendants' Administrative Motion to File Under Seal and the Declaration of Nino Tasca submitted in support, finds that good cause exists to seal this material:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Order, Dkt. 278 | Highlighted portions of the Order shown in Exhibit A hereto, filed provisionally under seal. | Confidential and highly sensitive proprietary and technical information about the operation of Google Assistant as set forth in Paragraph 5 of the Declaration of Nino Tasca |

Dated: _____

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
CASE NO. 19-cv-04286-BLF (SVK)