# EXHIBIT 19

https://nos.nl/artikel/2292889-google-medewerkers-luisteren-nederlandse-gesprekken-mee.html

Google employees listen to Dutch conversations

Google employees listen to conversations that Dutch people have with their smart Google assistant. That happens without Google giving prior clarity about this. In some cases, these are domestic conversations that were accidentally recorded by the assistant.

To raise this issue, a Belgian employee who listened to sound clips daily on behalf of Google shared about a thousand Dutch-language audio clips with the Belgian VRT.

This concerns voice commands and conversations from mainly Flemish users who have been recorded on smartphones by Google Home devices and the smart Google Assistant. He shared a few dozen fragments of Dutch people with the NOS.

"I think it's important for people to realize that people are listening in," says the anonymous Google employee. He was paid to listen in to conversations between Dutch and Belgians with their smart assistant. That way Google can improve the functioning of the speech assistant.

Google acknowledges that conversations can be listened to by "language experts"; that happens in roughly 1 in 500 conversations with the smart assistant. According to the company, the excerpts are not linked to "personally identifiable information." In other words: the people who listen to the conversations do not know who it is.

Improve
The man, who wants to remain anonymous, works for an international company hired by Google. His job is to listen to the audio clips and to write out what he hears, so that Google can improve the speech assistant.

For each fragment that he listens, he will receive a few cents. He must therefore listen to tens of thousands of Dutch-language excerpts per month to earn a minimum income.

Fun question
On the excerpts you can hear how people are instructing Google Home to set the alarm or to look up the opening times of a store. They ask Google to play their favorite music or ask a playful question to test the device. But according to the Google employee, he sometimes also gets to hear very personal voice commands, for example men who instruct Google to search for porn.

But not only voice commands, but also personal conversations from Dutch users are included. The NOS has received two telephone conversations on which one can hear how a woman asks a child if he still "has a big mouth". How they ended up with Google is unknown.

CONFIDENTIAL                                                                                                                                                  GOOG-ASST-00003331

According to the Google employee it does indeed happen that the device records things "that are clearly not intended for the device". He must monitor those conversations to indicate in the system that they are not voice commands.

He has heard dozens of domestic conversations, he says, including quarrels and intimate conversations. According to the Google source, the conversations he hears never last longer than a minute.

Physical violence
"I remember a long excerpt in which I felt that physical violence was involved, in which someone was audibly in real need with a lot of stumbling in the background. A stress situation, a lot of movement. That really becomes people you listen and no votes, "the man said.

*About the whistleblower*
*To ensure that the sound files are authentic and the storyteller's story is correct, his story has been checked as much as possible for possible inaccuracies. He demonstrated the system he works with to the VRT and showed his employment contract to the VRT and the NOS. Two sources confirmed his story to the VRT. The facts that he mentions correspond to the facts mentioned in Google's response.*

People who install Google Home or Assistant are not advised that people can listen to the voice commands. However, the Google terms and conditions state that the company collects "audio data". That these can be intercepted by people, and that other conversations can be saved by accident, is not mentioned.

In a response, Google says that there are indeed "language experts" who listen to audio clips from Google Home to improve speech technology. According to the company, only 0.2 percent of all messages are involved and the excerpts are "not linked to personally identifiable information."

For a year now, users can choose not to upload the audio clips to the Google servers. But when setting up a Google Home Assistant, users are asked to enable it "to use the full functionality of Google Assistant." The text does not show that other people can listen to the conversations.

Furthermore, sensitive parts are automatically removed from voice commands before they are listened to by people, Google promises.

Earlier it was announced that Amazon employs thousands of people to analyze voice commands and conversations that Alexa, Amazon's speech assistant. It led to criticism from privacy organizations worldwide.

Full response from Google

CONFIDENTIAL GOOG-ASST-00003332

*"We work with language experts around the world to improve speech technology by making transcripts from a small number of audio clips. This work is crucial for the development of technology that makes products such as the Google Assistant possible.*

*Language experts judge only about 0.2 percent of all audio clips that are not linked to personally identifiable information.*

*We have recently learned that one of these language experts may have violated our data security policy by leaking Dutch-language audio clips. We are actively investigating this and when we find a breach of our policy, we will take action quickly, up to and including the termination of our agreement with the partner. "*

CONFIDENTIAL
GOOG-ASST-00003333