| | |
|---|---|
| 1 | Vincent Briganti (*pro hac vice*) |
| 2 | Christian Levis (*pro hac vice*) |
|   | Margaret MacLean (*pro hac vice*) |
| 3 | Andrea Farah (*pro hac vice*) |
|   | **LOWEY DANNENBERG, P.C.** |

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>PLAINTIFFS' MANUAL FILING NOTIFICATION<br><br>Judge: Hon. Beth L. Freeman |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT 28 to the DECLARATION OF MARGARET MACLEAN ISO

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, originally filed conditionally under

seal is no longer under seal.

- 1 -

PLAINTIFFS' MANUAL FILING NOTIFICATION CASE NO. 19-cv-04286-BLF

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): Spreadsheet that is not readable once printed out.

Dated: September 26, 2022         /s/ Mark Todzo
                                  Mark N. Todzo (Bar No. 168389)
                                  Eric S. Somers (Bar No. 139050)
                                  **LEXINGTON LAW GROUP**
                                  503 Divisadero Street
                                  San Francisco, CA 94117
                                  Telephone: (415) 913-7800
                                  Facsimile: (415) 759-4112
                                  mtodzo@lexlawgroup.com.


                                  Vincent Briganti (*pro hac vice*)
                                  Christian Levis (*pro hac vice*)
                                  Margaret MacLean (*pro hac vice*)
                                  Andrea Farah (*pro hac vice*)
                                  **LOWEY DANNENBERG, P.C.**
                                  44 South Broadway, Suite 1100
                                  White Plains, NY 10601
                                  Telephone: (914) 997-0500

Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com


Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*