1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | ) CASE NO. 5:19-cv-04286-BLF <br> ) <br> ) **[PROPOSED] ORDER GRANTING NON-PARTY APPEN BUTLER HILL INC.'S ADMINISTRATIVE MOTION TO SEAL HEARING ON MOTION FOR RECONSIDERATION OF THIRD-PARTY DISCOVERY ORDER OF MAGISTRATE JUDGE** <br> ) <br> ) Hon. Beth Labson Freeman <br> ) Magistrate Judge Susan Van Keulen <br> ) |

THE COURT, having considered Non-party Appen Butler Hill Inc.'s ("Appen's") Administrative Motion to Seal the September 28, 2022 Hearing on the Motion for Reconsideration of Third-Party Discovery Order of Magistrate Judge, and for GOOD CAUSE SHOWN, hereby orders that the Appen's motion is GRANTED.

The September 28, 2022 hearing shall be sealed, and Appen shall be granted thirty (30) days from the date the transcript of the hearing is made available to submit redactions to remove references to proprietary and/or confidential matters in the Statement of Work from the public record.

**IT IS SO ORDERED.**

DATED:  September 27 , 2022

_____
Hon. Susan Van Keulen
United States Magistrate Judge