UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No.: 5:19-cv-04286-BLF (SVK)

[PROPOSED] ORDER DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

The Court, having considered Defendants' Administrative Motion to File Under Seal and the Declaration of Nino Tasca submitted in support, finds that good cause exists to seal this material:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Order, Dkt. 278 | Highlighted portions of the Order shown in Exhibit A ~~hereto, filed provisionally under seal.~~ at p. 2:18-22, 3:4, 3:20-21, 3:25, 4:24, 5:1 | Confidential and highly sensitive proprietary and technical information about the operation of Google Assistant as set forth in Paragraph 5 of the Declaration of Nino Tasca |

Dated: September 28, 2022

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
CASE NO. 19-cv-04286-BLF (SVK)