UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No. 19-cv-04286-BLF   (SVK)<br><br>**ORDER ON NON-PARTY APPEN BUTLER HILL INC.'S MOTION FOR RECONSIDERATION OF DISCOVERY ORDER**<br><br>Re: Dkt. No. 262 |

Before the Court is the motion of non-party Appen Butler Hill Inc. ("Appen") for reconsideration of this Court's July 28, 2022 Order at Dkt. 235 denying Appen's motion to quash a subpoena issued by Plaintiffs. Dkt. 262. The Court held a hearing on September 28, 2022. Having considered Federal Rules of Civil Procedure 26 and 45, the Court further narrows Plaintiffs' subpoena to Appen but otherwise **DENIES** Appen's motion for reconsideration.

At issue in the present motion is a services contract between Google and a third party, Appen. For the reasons discussed at the hearing, the Court finds that Plaintiffs have a right to inquire of Appen regarding its side of the services agreement. Accordingly, the Court **ORDERS** as follows:

1. The Court's previous Order at Dkt. 235 narrowed the document requests and deposition topics in Plaintiffs' subpoena to Appen, and the Court now further limits the document requests and deposition topics as follows: (1) the requests/topics may seek information only as to transcription services provided by Appen pursuant to the Statement of Work; and (2) deposition topic 18 is stricken.

2. Appen shall provide a verified response and production in response to the subpoena by **October 19, 2022.**

3. Plaintiffs may take the deposition of Appen during the week of October 24, 2022 on the deposition topics set forth in the subpoena, as narrowed pursuant to this Order and the Order at Dkt. 235. The deposition is limited to 3.5 hours. The deposition will proceed on a date and time of Appen's choosing during normal business days and hours. At Appen's sole option, the deposition may proceed by video. The Parties may agree to reasonable extensions of the deposition deadline.

Except as set forth above, Appen's motion for reconsideration is **DENIED.**

**SO ORDERED.**

Dated: September 28, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge