UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | CASE NO. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY APPEN BUTLER HILL INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL FOR MOTION FOR RECONSIDERATION THIRD-PARTY DISCOVERY ORDER OF MAGISTRATE JUDGE**<br><br>Hon. Beth Labson Freeman<br>Magistrate Judge Susan Van Keulen |

THE COURT, having considered Non-party Appen Butler Hill Inc.'s ("Appen's") Administrative Motion to File Documents Under Seal in Support of Motion for Reconsideration of Third-Party Discovery Order of Magistrate Judge (Dkt. 263), and for GOOD CAUSE SHOWN, hereby orders that the Appen's motion is GRANTED.

Appen may file the following document under seal with the Court:

| Exhibit No. | Document Description | Portions to Seal | Basis for Sealing |
|---|---|---|---|
| Ex. 1 to Larusson Decl. ISO Mot. for Reconsideration | July 1, 2016 Statement of Work between Appen and Google | Entirety of Document | Confidential business and financial information of non-party Appen |
| Ex. 1 to Guyon Decl. ISO Mot. to Seal | Appen's unredacted Motion for Reconsideration of Third-Party Discovery Order of Magistrate Judge | Highlighted portions at 2:7-2:9; 2:11-2:12; 3:15-3:19; 3:23-3:24; 4:4-4:8; 4:18-4:21; 5:11 | Confidential business and financial information of non-party Appen |

**SO ORDERED.**

DATED: September 28, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge