# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>[Re: ECF No. 284-1] |

Before the Court is "Defendants' Motion for Reconsideration of Order Vacating Trial; Terminating Motion for Summary Judgment Without Prejudice" submitted by Google LLC and Alphabet Inc. (collectively "Google"). *See* Mot., ECF No. 284-1. Plaintiffs oppose the motion. *See* Opp'n, ECF No. 290. For the following reasons, the Court DENIES Google's motion.

**I.   BACKGROUND**

On September 13, 2022, this Court *sua sponte* issued an order vacating this case's trial date and final pretrial date and terminating Google's recently filed motion for summary judgment (MSJ, ECF No. 245). *See* ECF No. 267. As the Court explained in its Order, the Court had twice continued class certification at the request of the parties and inadvertently did not consider the effect that would have on dispositive motions and trial. *Id.* As a result, hearings on the pending (1) Motion for Class Certification and (2) Defendants' Motion for Summary Judgment had become set for the same day. *Id.* The Court explained that this was not tenable because it is not reasonable to hear summary judgment at the same time as class certification, the schedule leaves insufficient time before trial to notify the class and obtain opt outs, and there is an inherent inefficiency in considering summary judgment before class certification. *Id.*

## II. DISCUSSION

Google requests that the Court reconsider the portion of its order terminating Google's motion for summary judgment (MSJ). *See* Mot. 2. Google argues that it is prejudiced by the termination of the MSJ before briefing is complete because Google has now disclosed the combination of evidence and argument at the core of its defense without the benefit of the reciprocal disclosures that would come in Plaintiffs' opposition. *Id.* at 3. Google also argues that it is prejudiced because Plaintiffs will now have months to prepare their opposition. *Id.* Finally, Google contends that completing MSJ briefing may serve judicial economy because the MSJ raises overlapping issues with class certification. *Id.*

Plaintiffs oppose Google's motion. *See* Opp'n 1. Plaintiffs argue that Google is not prejudiced by termination of the briefing because Google will likely have to change its arguments in response to the Court's order on class certification. *Id.* at 3. Plaintiffs further note that almost all the arguments Google makes in its MSJ brief also appear in Google's class certification briefing. *Id.* Plaintiffs also argue that Google has failed to address the Court concerns regarding class notice and that ongoing discovery disputes bear on the merits of Plaintiffs' claims and opposition to Google's MSJ. *Id.* 3-4.

Google's motion is styled as a motion for reconsideration, but as the Court issued its order *sua sponte*, and this is Google's first opportunity to address the order, the Court will consider the merits of Google's motion without requiring that Google satisfy the requirements of Civil Local Rule 7-9.

Having considered the parties' arguments, the Court DENIES Google's motion for reconsideration. Google's argument that it will be prejudiced does not justify reconsideration. Google's concern appears to be that Plaintiffs will have additional time to consider Google's arguments. But that is not prejudice to Google, as litigation by surprise and shortness of time to prepare a response is not part of the judicial process. Likewise, Google's argument that completing MSJ briefing may serve judicial economy because the MSJ raises overlapping issues with class certification is unconvincing. The class certification order may clarify certain issues or result in a changed strategy for both parties. Therefore, as the Court noted in its order, judicial

economy and efficiency supports termination of the motion for summary judgment without prejudice.

### III. ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that Google's Motion for Reconsideration is DENIED. The Court will reset the case schedule at the hearing on October 20, 2022.

Dated: September 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge