1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6

7  Attorneys for Defendants
   ALPHABET INC. and GOOGLE LLC
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14

15

16  IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
    LITIGATION,
17
                                            **DECLARATION OF NINO TASCA IN
18                                          SUPPORT OF ADMINISTRATIVE
                                            MOTION TO SEAL**
19
                                            Judge:    Hon. Beth Labson Freeman
20

21

22

23

24

25

26

27

28

I, Nino Tasca, declare as follows:

1. I am Product Management Director for Speech at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain narrowly tailored redactions to Plaintiffs Opposition to Google's Motion for Reconsideration ("Opposition," Dkt. 291-3). These narrowly tailored redactions will be referred to as the "Sealed Materials." The Sealed Materials are the subject of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) (Dkt. 291, "Sealing Motion"), filed September 23, 2022. A public version of the Opposition with the Sealed Materials redacted has already been filed at Dkt. 290. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, the proposed redactions of the Sealed Materials are narrowly tailored to discrete, sealable portions of the Opposition.

3. Specifically, Google requests to seal these portions of the Opposition:

| ECF/ Exh. No. | Document | Portion(s) to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Dkt. 291-3 | Plaintiffs' Opposition to Google's Motion for Reconsideration | Highlighted portions on pages 1 and 3-4. | Confidential and highly sensitive proprietary and technical information about the operation of Google Assistant (*see* Paragraph 5 below). |

4. As noted above, a version of the Opposition, with proposed redactions of the Sealed Materials highlighted in yellow, has already been filed provisionally under seal at Dkt. 291-3. *See* Sealing Motion, Dkt. 291. A version of the Opposition, with the proposed Sealed Materials redacted, has already been filed at Dkt. 290.

5. The Sealed Materials contain confidential and highly sensitive proprietary and technical information about the operation of Google Assistant. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google

does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants, direct insight into confidential and sensitive aspects of Google's development and operation of the Google Assistant.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 28, 2022 in Mountain View, CA.

DocuSigned by:

*Nino Tasca*

461A186A0758435...

NINO TASCA

-2-