UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No.: 5:19-cv-04286-BLF

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF No. 291)**

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Defendants' Statement in Support and the Declaration of Nino Tasca, finds that good cause exists to seal this material:

| ECF No. | Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|---|
| ECF No. 291-3 | Plaintiffs' Opposition to Defendants' Motion for Reconsideration, filed under seal | Highlighted portions on pages 1 and 3–4 | Confidential and highly sensitive proprietary and technical information about the operation of Google Assistant. *See* Declaration of Nino Tasca ¶ 5. |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE