Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Beth L. Freeman |

1. Pursuant to 28 U.S.C. § 1746, I, Margaret MacLean, submit this declaration in support of Plaintiffs' Reply to Plaintiffs' Motion for Class Certification. I am an attorney admitted to practice law in the State of New York and a partner at the law firm Lowey Dannenberg, P.C., and I am admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently under oath thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Terry Tai, dated June 30, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Plaintiff Spurr bearing Bates number SPURR000023.

4. Exhibit 3 refers to a document produced by Google bearing Bates number GOOG-ASST-03034181. Exhibit 3 has previously been filed manually by Plaintiffs as Exhibit 31 to the Declaration of Margaret MacLean in Support of Plaintiffs' Motion for Class Certification (ECF No. 222-2 at 437-40).

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00221071.

6. Exhibit 5 refers to a document produced by Google bearing Bates number GOOG-ASST-03026521. Exhibit 5 has previously been filed manually by Plaintiffs as Exhibit 29 to the Declaration of Margaret MacLean in Support of Plaintiffs' Motion for Class Certification (ECF No. 222-2 at 429-32).

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00027643.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article entitled *Google employees are eavesdropping, even in your living room, VRT NWS has discovered*, dated July 10, 2019, which I last accessed on October 3, 2022, from the publicly available website: https://www.vrt.be/vrtnws/en/2019/07/10/google-employees-are-eavesdropping-even-in-flemish-living-rooms/.

9. Attached hereto as Exhibit 8 is a true and correct copy of and article entitled '*Alexa, delete what I just said': How to manage voice recordings on your smart device*, dated August 12, 2019, which I last accessed on October 3, 2022, from the publicly available website: https://www.washingtonpost.com/technology/2019/08/12/alexa-delete-what-i-just-said-how-manage-voice-recordings-your-smart-devices/.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00238568.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document produced by

Google bearing Bates number GOOG-ASST-00213485.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-03047340.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000029.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00034844.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000035.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000071.

17. Exhibit 16 refers to a Youtube video produced by Google bearing Bates number GOOG-ASST-00000004. Exhibit 16 has previously been filed manually by Google as Exhibit 18 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Motion for Class Certification (ECF No. 270-18).

18. Attached hereto as Exhibit 17 is a true and correct copy of an article entitled *Amazon's Alexa started ordering people dollhouses after hearing its name on TV*, dated January 7, 2017, which I last accessed on October 3, 2022, from the publicly available website: https://www.theverge.com/2017/1/7/14200210/amazon-alexa-tech-news-anchor-order-dollhouse.

19. Attached hereto as Exhibit 18 is a true and correct copy of an article entitled *Smart home privacy: What Amazon, Google and Apple do with your data*, dated May 10, 2022, which I last accessed on October 3, 2022, from the publicly available website: https://www.the-ambient.com/features/how-amazon-google-apple-use-smart-speaker-data-2765.

20. Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000015.

21. Attached hereto as Exhibit 20 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000022.

3

DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS' REPLY MEMORANDUM OF LAW ISO MOTION FOR CLASS CERTIFICATION CASE NO. 3:21-cv-00757

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the deposition transcript of Lourdes Galvan, dated August 4, 2022.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the deposition transcript of Melissa Spurr, dated August 15, 2022.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the deposition transcript of Asif Kumandan, dated August 4, 2022.

25. Attached hereto as Exhibit 24 is a true and correct copy of the BestBuy.com Terms and Conditions, which I last accessed on October 3, 2022, from the publicly available website: https://www.bestbuy.com/site/help-topics/terms-and-conditions/pcmcat204400050067.c?id=pcmcat204400050067.

26. Attached hereto as Exhibit 25 is a true and correct copy of Verizon's Retail Installment Contract, which I last accessed on October 3, 2022, from the publicly available website: https://ss7.vzw.com/is/content/VerizonWireless/Device-Payment-Agreement-Template.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Google Arbitration Agreement – Devices, Related Accessories, and Related Subscription Services, which I last accessed on October 3, 2022, from the publicly available website: https://support.google.com/store/answer/9427031.

28. Attached hereto as Exhibit 27 is a true and correct copy of Google's *List of Services & Service Specific Additional Terms*, which I last accessed on October 3, 2022, from the publicly available website: https://policies.google.com/terms/service-specific?hl=en-US.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Google Store Sales Terms, which I last accessed on October 3, 2022, from the publicly available website: https://store.google.com/intl/en_us/about/device-terms/.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Declaration of Fernando Torres in Support of Plaintiffs' Motion for Class Certification, previously filed as Exhibit 57 to the Declaration of Margaret MacLean in Support of Plaintiffs' Motion for Class Certification (ECF No. 222-2 at 506-560).

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts of the deposition transcript of Fernando Torres, dated September 7, 2022.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022.

33. Attached hereto as Exhibit 32 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-03045589.

34. Attached hereto as Exhibit 33 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-03045632.

35. Attached hereto as Exhibit 34 is a true and correct copy of the Reply Report to the Expert Report of Jesse David, PhD by Fernando Torres, MSc.

36. Exhibit 35 refers to a document produced by Google bearing Bates number GOOG-ASST-03026959. Exhibit 35 has previously been filed manually by Google as Exhibit 1 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Motion for Class Certification (ECF No. 270-1).

37. Attached hereto as Exhibit 36 is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-03026660.

38. Exhibit 37 refers to a document produced by Google bearing Bates number GOOG-ASST-03029199. Exhibit 37 has previously been filed manually by Google as Exhibit 3 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Motion for Class Certification (ECF No. 270-3).

39. Attached hereto as Exhibit 38 is a true and correct copy of the Expert Reply Report of Rebecca Reed-Arthurs, Ph.D.

40. Attached hereto as Exhibit 39 is a true and correct copy of the Opening Expert Report of Rebecca Reed-Arthurs, Ph.D, previously filed as Exhibit 58 to the Declaration of Margaret MacLean in Support of Plaintiffs' Motion for Class Certification (ECF No. 222-2 at 561).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct and was executed on October 3, 2022, in White Plains, New York.

Dated: October 3, 2022                   /s/ Margaret MacLean
                                         Margaret MacLean
                                         *Counsel for Plaintiffs*

DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS' REPLY MEMORANDUM OF LAW ISO MOTION FOR CLASS CERTIFICATION CASE NO. 3:21-cv-00757