# EXHIBIT 3 (PREVIOUSLY MANUALLY FILED)