# EXHIBIT 5 (PREVIOUSLY MANUALLY FILED)