# EXHIBIT 11

Android - **RQ3A**; V2 (TI-SID); Pixel 3; SUW; non-Cloud; Adult account
Screen recording:
bugreport
Actions: TD enroll with SUW > Select Assistant app > Go to Voice Match > Retrain voice model













