# EXHIBIT 16 (PREVIOUSLY MANUALLY FILED)