# EXHIBIT 17



Menu 

**TECH / AMAZON / CIRCUIT BREAKER**

# Amazon's Alexa started ordering people dollhouses after hearing its name on TV / Check your settings

By ANDREW LIPTAK / @andrewliptak
Jan 7, 2017, 5:52 PM EST | 0 Comments

  

If you buy something from a Verge link, Vox Media may earn a commission. **See our ethics statement.**



Dan Seifert / The Verge

Children ordering (accidentally or otherwise) items from gadgets is nothing new. Major retailers have refunded purchases made by children playing with phones or computers, and with voice-activated devices making their way into homes, it's a problem that parents will have to be on the lookout for.

One recent instance occurred in Dallas, Texas earlier this week, when a six-year-old asked her family's new Amazon Echo "can you play dollhouse with me and get me a dollhouse?" The device readily complied, ordering a KidKraft Sparkle mansion dollhouse, in addition to "four pounds of sugar cookies." The parents quickly realized what had happened and have since added a code for purchases. They have also donated the dollhouse a local children's hospital.

The story could have stopped there, had it not ended up on a local morning show on San Diego's *CW6 News*. At the end of the story, Anchor Jim Patton remarked: "I love the little girl, saying 'Alexa ordered me a dollhouse,'" According to *CW6 News*, Echo owners who were watching the broadcast found that the remark triggered orders on their own devices.

Patton didn't think that any of the devices went through with their purchases, who told *The Verge* that the station received a handful of reports of viewer devices attempting to order a dollhouse after hearing his remarks. "As for the number of people affected - I don't know," Patton noted in an email. "Personally, I've seen one other email and have been told there were others, as well as calls to our news desk with similar stories."

Alexa's settings can be adjusted through the device's app, and users can either turn off voice ordering altogether, or add a passcode to prevent accidental purchases.

[JOIN THE CONVERSATION]  0

FEATURED VIDEOS FROM THE VERGE

Apple Watch Series 8 review



More from **Tech**

Amazon says YES to putting the Yankees on cable

Dbrand's Steam Deck case is so good it almost makes you forget its big flaw

Now you can get a really round Oura smart ring

## SPONSORED CONTENT






**Honor Society**

Paramount+

Try Free

**There is a deadline for claims...**

Camp Lejeune Attor…

Sign Up

**New York Will Cover The Cost To Install Solar…**

financedaily.org

**11 Benefits of Drinking Ka'Chava Daily**

Ka'Chava

**Homeowners Are Trading in Their Doorbell…**

Best Tech Trend

Learn More

**Read This Before You Renew Amazo…**

Capital One Shopping

Learn More

10/3/22, 7:50 PM
Amazon's Alexa started ordering people dollhouses after hearing its name on TV - The Verge
Case 5:19-cv-04286-BLF Document 303-18 Filed 10/03/22 Page 6 of 6

TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL MY PERSONAL INFO / LICENSING FAQ / ACCESSIBILITY / PLATFORM STATUS

CONTACT / TIP US / COMMUNITY GUIDELINES / ABOUT / ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US / JOBS @ VOX MEDIA

© 2022 VOX MEDIA, LLC. ALL RIGHTS RESERVED

https://www.theverge.com/2017/1/7/14200210/amazon-alexa-tech-news-anchor-order-dollhouse
5/5