# EXHIBIT 19

Google Assistant Help

Describe your issue

Sign in

Help Center  Community  Google Assistant (Open in new window)

# Access the Google Assistant with your voice

You can use Voice Match on your phone or watch to talk to the Google Assistant by saying "Hey Google."

If you're using a speaker or Smart Display with Google Assistant built-in, learn how to use Voice Match to link your voice to the device.

**Android**  iPhone & iPad

## Turn the Google Assistant on or off

1. On your Android phone or tablet, touch and hold the Home button or say "OK Google" or "Hey Google."
2. In the bottom right, tap .
3. In the top right, tap your **Profile picture or initial** > **Settings** > **Assistant**.
4. Under "Assistant devices," select your phone or tablet.
5. Turn **Google Assistant** on or off.

## Teach the Google Assistant to recognize your voice

1. On your Android phone or tablet running Android 5.0 and up, touch and hold the Home button or say "Ok Google" or "Hey Google."
2. In the bottom right, tap.
3. In the top right, tap your **Profile picture or initial** > **Settings** > **Assistant**.
4. Under "Assistant devices," select your phone or tablet.
5. Make sure **Google Assistant** is on.
6. Tap **Voice model** > **Retrain voice model**.
7. Follow the steps to record your voice.

## Let your voice open the Google Assistant

**Phone or tablet**

**On Android phones running Android 5.0 and up,** you can use your voice to talk to the Google Assistant even when your phone is locked. Learn how to control what info you see and hear.

1. On your Android phone or tablet, touch and hold the Home button or say "OK Google" or "Hey Google."
2. In the bottom right, tap.
3. In the top right, tap your **Profile picture or initial** > **Settings** > **Assistant**.
4. Under "Assistant devices," select your phone or tablet.
5. Turn on **Google Assistant**.
6. Turn on **Hey Google**.

If you turn off **Hey Google**:

- You can still talk with the Google Assistant by touching and holding the Home button on your phone.
- On Pixel 3 and Pixel 2 phones, you can also squeeze your phone to talk to the Google Assistant.

**Watch**

1. If your watch screen is dim, tap the screen to wake it up.
2. On the watch screen, swipe down from the top.
3. Tap **Settings** > **Personalization**.
4. Turn on "**OK Google**" **detection**.

## Use Voice Match to make payments

1. On your Android phone or tablet running Android 5.0 and up, touch and hold the Home button or say "Hey Google."
2. At the bottom right, tap.
3. At the top right, tap your profile picture or initial > **Settings** > **You** > **Payments**.
4. Turn on **Pay through your Assistant**.
5. Turn on **Verify it's you before paying**.
6. Turn on **Confirm with Voice Match**.

## Related articles

- Allow lock screen personal results on your Android phone
- Link your voice to your speaker or Smart Display
- Choose the voice of your Google Assistant

**Help**

- Access the Google Assistant with your voice
- Change your language or use multiple languages
- Choose the voice of your Google Assistant
- Set your home, work & other location
- Change your nickname
- Set your payment & delivery info
- Allow personal results on your shared Assistant devices
- Allow lock screen personal results on your Android devices
- Try new Google Assistant Actions before official release
- Use Assistant accessibility features
- Change Google Assistant settings
- Change your phone number
- Adjust how sensitive Google Assistant is to "Hey Google"
- Set your preferred playback device

GOOG-ASST-00000015

- Face Match on Google Nest Hub Max
- Adjust how sensitive Assistant is to "Hey Google"

Give feedback about this article

Was this helpful?  Yes   No

**Help**

- Access the Google Assistant with your voice
- Change your language or use multiple languages
- Choose the voice of your Google Assistant
- Set your home, work & other location
- Change your nickname
- Set your payment & delivery info
- Allow personal results on your shared Assistant devices
- Allow lock screen personal results on your Android devices
- Try new Google Assistant Actions before official release
- Use Assistant accessibility features
- Change Google Assistant settings
- Change your phone number
- Adjust how sensitive Google Assistant is to "Hey Google"
- Set your preferred playback device

©2020 Google · Privacy Policy · Terms of Service    English

GOOG-ASST-00000016