# EXHIBIT 22

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5
                                       )
 6   IN RE GOOGLE ASSISTANT             ) Case No.:
     PRIVACY LITIGATION,                ) 5:19-cv-04286-BLF
 7                                      )
                                        ) Pages 1 to 244
 8                                      )
     _____)
 9
10
11
12          CONFIDENTIAL DEPOSITION OF:
13                 MELISSA SPURR
14          MONDAY, AUGUST 15, 2022
15        9:55 a.m. Eastern Standard Time
16
17
18
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 5374251
24
25   PAGES 1 - 244
```

Page 1

| | | |
|---|---|---|
| 1 | Q Okay. And as an immediate consequence of | 09:19:02 |
| 2 | those news reports, separate and apart from this | 09:19:14 |
| 3 | lawsuit, what, if any, other actions did you take? | 09:19:17 |
| 4 | A Initially I started unplugging the device. | 09:19:19 |
| 5 | Q Do you know whether your husband took any | 09:19:28 |
| 6 | actions? | 09:19:30 |
| 7 | A I don't know. | 09:19:31 |
| 8 | Q Okay. Did you ask him to take any | 09:19:31 |
| 9 | actions? | 09:19:33 |
| 10 | A I asked him to be mindful of it, I | 09:19:35 |
| 11 | believe. | 09:19:37 |
| 12 | Q Did he share your concerns after the news | 09:19:37 |
| 13 | articles came out? | 09:19:43 |
| 14 | A I don't know. | 09:19:44 |
| 15 | Q Okay. After the news articles came out, | 09:19:44 |
| 16 | is there anything else that you did with respect to the | 09:20:10 |
| 17 | Google Assistant? | 09:20:16 |
| 18 | A Okay. No. | 09:20:17 |
| 19 | Q Okay. | 09:20:25 |
| 20 | A I just became more aware of it and kind of | 09:20:25 |
| 21 | adjusted my behavior, it didn't occur to me to search | 09:20:28 |
| 22 | for settings or -- or anything. | 09:20:33 |
| 23 | Q Okay. Do you recall whether the news | 09:20:37 |
| 24 | articles that you read discussed any settings related | 09:20:41 |
| 25 | to the Google Assistant? | 09:20:44 |

Page 116

```
 1   behavior after the news articles came out?              09:24:08
 2           MR. LEVIS:  Objection.  Asked and               09:24:11
 3   answered.                                               09:24:16
 4           THE WITNESS:  Yes, I would, you know, rely      09:24:16
 5   less on the voice activation, I limited kind of my     09:24:18
 6   voice-activation requests to music and only when I knew 09:24:23
 7   it was going to play what I asked it to play and       09:24:33
 8   streaming from my phone when I was not sure.           09:24:36
 9   BY MS. EARL:                                           09:24:44
10       Q   Okay.  And how -- how did that change in       09:24:44
11   behavior -- strike that.                               09:24:47
12           Why did you make that change in behavior?      09:24:53
13       A   So I could have more control over the          09:25:03
14   circumstances in which I was interacting with the      09:25:07
15   device.                                                09:25:10
16       Q   Okay.  And before the news articles, I         09:25:10
17   think your testimony was that you were still mostly    09:25:13
18   using it to play music, but were there -- were there   09:25:15
19   other ways you were using it before the news articles  09:25:20
20   came out?                                              09:25:23
21       A   I think I tried to use other features I        09:25:24
22   heard about like setting a timer or tell me a joke, but 09:25:28
23   I didn't use them predominantly, even before.          09:25:36
24       Q   Okay.  And did your husband change how he      09:25:39
25   used the Google Assistant after the news articles came 09:25:43
```