# EXHIBIT 23

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5   IN RE GOOGLE ASSISTANT PRIVACY      )

 6   LITIGATION,                         )

 7                                       ) CASE NO.

 8                                       ) 5:19-cv-04286-BLF

 9   _____)

10

11

12      -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --

13

14            REMOTE DEPOSITION OF ASIF KUMANDAN

15                     August 4, 2022

16                        --ooOoo--

17

18

19

20

21

22

23

24   JOB NO.: 5351412

25   REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

```
 1    you consented to your phone -- the Google Assistant on       03:38
 2    your phone being activated by the hot word?
 3            MS. FARAH:  Same objection.
 4            THE WITNESS:  I can't recall if I consented to
 5    that.  I feel like I generally only consent to the things    03:38
 6    that I feel like are necessary to proceed to allow myself
 7    to have access and I'm not sure if that was one of the --
 8    of those items.  It may have been.  I just don't recall.
 9    BY MS. BALI:
10        Q    Okay.  So you can't recall whether or not you       03:39
11    consented to that; is that right?
12        A    Yes.
13        Q    Okay.  Do you know if your phone currently
14    responds if you say the hot word?
15        A    I think I attempted to deactivate this at           03:39
16    some time so my understanding -- I have to check the
17    phone -- was that it would not respond but I know there
18    are multiple ways to activate the phone or activate the
19    assistant.  So I don't know if I prevented every manner
20    of activating the assistant.                                 03:39
21        Q    Okay.  But just speaking about the activating
22    it by saying the hot word right now, do you know if your
23    phone currently -- do you know if the Google Assistant on
24    your phone currently activates if you say the hot word?
25        A    I'm not sure because I think I attempted to         03:40
```

Veritext Legal Solutions
866 299-5127