# EXHIBIT 26

# Google Arbitration Agreement — Devices, Related Accessories, and Related Subscription Services

These terms ("Arbitration Terms") apply only if you are a user located in the United States.

1. **Generally.** It's in both of our interests to resolve disputes in the quickest and most cost-effective way. If any dispute arises that relates to these Arbitration Terms or your device(s), related accessories or related subscription services for your Google device (if applicable) ("Google Device") (regardless of the type of dispute, but subject to a few exceptions below), you and Google LLC ("Google") agree to resolve it through binding arbitration. Arbitration is less formal than a lawsuit in court and uses a neutral arbitrator instead of a judge or jury, but arbitrators can award the same damages and remedies that a court can award. These Arbitration Terms are subject to and governed by the Federal Arbitration Act ("FAA") and are intended to be broadly interpreted. They include, for example:

- any disputes regarding the design, performance, features, or functionality of your Google Device;
- any disputes regarding your use of your Google Device;
- any disputes regarding updates, modifications, or upgrades to your Google Device;
- any disputes based on the Google Device warranty or based on device defects whether or not the Google Device is under warranty;

and these Arbitration Terms apply:

- whether your dispute is with Google, its subsidiaries, affiliates or parent company, or any suppliers or service providers involved with the Google Device, and their officers, directors, employees, agents and successors; and
- regardless of the legal theory on which you base your claim (such as breach of warranty, breach of contract, negligence, etc.).

For disputes or claims relating to your Google Device, these Arbitration Terms supersede any terms regarding dispute resolution in any other agreement between you and Google and contain the whole agreement between us with respect to disputes or claims relating to your Google Device.

2. **Exceptions**. However, you and Google: (a) may still bring an individual action in small claims court; (b) may still pursue an enforcement action through a federal, state, or local agency if that action is available; and (c) must file suit in court to address an intellectual property rights infringement claim (as set forth in Section 11 below). Also, nothing in these

10/3/22, 1:46 PM — Google Arbitration Agreement – Devices, Related Accessories, and Related Subscription Services - Google Store Help

Case 5:19-cv-04286-BLF Document 303-27 Filed 10/03/22 Page 3 of 5

Arbitration Terms bars either of us from bringing issues to the attention of federal, state, or local agencies.

3. **Rules.** The American Arbitration Association ("AAA") will administer the arbitration and will do so according to its Consumer Arbitration Rules (the "AAA Rules"). You can see the AAA Rules and filing forms online at www.adr.org.

4. **Process.** Here are the steps you and Google agree to follow:

- Send a written notice of the dispute to the other party by certified U.S. Mail or by Federal Express (or international equivalent) or, only if the other party hasn't provided a current physical address, then by electronic mail. Google's address for notice is:

  > Google LLC
  > Legal Department – Hardware Arbitration
  > c/o Corporation Service Company
  > 2710 Gateway Oaks Drive, Suite 150N
  > Sacramento, CA 95833

- The notice has to include, if available: (a) the name of the person making the claim, (b) the type of Google Device, as applicable, (c) the serial number of the Google Device, (d) the email address used to activate the Google Device, as applicable, (e) a description of the nature and basis of the claim, (f) the result that is desired (e.g., an amount of money), and (g) the case number(s) assigned by Google to track previous attempts to resolve the dispute, if there is one.

- We each agree to try to resolve the claim, but if we can't do that within 60 days after the notice is received, you or Google may initiate an arbitration proceeding by following the AAA Rules. Unless the parties agree otherwise, your demand for arbitration must be sent to Google's address for notice and entitled "Demand for Arbitration." Google will send demands for arbitration to you at the e-mail address provided in the notice of the dispute.

- During the arbitration, the amount of any settlement offer made by you or Google may not be disclosed to the arbitrator until after the arbitrator makes a final decision and award (if any).

- If you win in the arbitration and are awarded an amount that exceeds the last written settlement amount offered by Google before the arbitrator was appointed, Google will pay you: (i) the amount awarded by the arbitrator and (ii) your reasonable attorney's fees incurred during the arbitration proceedings.

5. **Fees and hearing location.** If you are the one who commences arbitration, Google will reimburse you for your payment of the filing fee, unless your claim is for more than $10,000, in which case the AAA Rules will determine who pays that fee. Unless the parties agree otherwise, any arbitration hearing will take place (at your option) in Santa

10/3/22, 1:46 PM    Google Arbitration Agreement – Devices, Related Accessories, and Related Subscription Services - Google Store Help

Case 5:19-cv-04286-BLF Document 303-27 Filed 10/03/22 Page 4 of 5

Clara County or the county (or parish) of your current address. However, if the claim is for $10,000 or less, you may decide whether you want the arbitration to be conducted instead: (a) only on the basis of documents or (b) through a telephone hearing. If the arbitrator decides that either the substance of your claim or the remedy you asked for is frivolous or brought for an improper purpose, then we'll use the AAA Rules to determine whether you or Google is responsible for the filing, administrative and arbitrator fees.

6. **No class actions.** By agreeing to arbitration, to the fullest extent legally permissible, we each may bring claims relating to these Arbitration Terms and/or your Google Device only in our individual capacities and not in a class action. Also, to the fullest extent legally permissible, the arbitrator can't consolidate claims into a class proceeding either. The arbitrator may award injunctive relief only in favor of you, the individual party seeking relief, and only to the extent necessary to provide relief that is warranted by your individual claim, and not any remedy that affects other Google customers or users. However, if a court decides that applicable law precludes enforcement of any of this section's limitations as to a particular claim for relief or remedy (such as declaratory or injunctive relief), then that claim or remedy (and only that claim or remedy) must be severed from the arbitration and must be brought in the state or federal courts located in Santa Clara County, California, while the remaining claims and remedies (such as individual damages or restitution) will still be resolved through binding arbitration.

7. **Enforceability.** All issues in the dispute are for the arbitrator to decide, except that only a court may decide issues relating to the scope and enforceability of these Arbitration Terms, whether a dispute can be arbitrated, or the interpretation of these Arbitration Terms. Except as provided in Section 6, if any provision of these Arbitration Terms is found unenforceable, that provision will be severed and the balance of these Arbitration Terms will remain in full force and effect. If for some reason the entirety of these Arbitration Terms is found to be unenforceable, then they won't apply, and you and Google agree to resolve disputes in the state or federal courts as set forth in Section 11. Judgment on an arbitration award may be entered by any court having jurisdiction.

8. **Confidentiality.** The arbitrator shall honor all evidentiary privileges recognized at law, and shall enter orders as appropriate in order to protect the parties' trade secrets or confidential information. The parties agree to maintain either party's trade secrets or proprietary business information as confidential and to protect the confidentiality of any other information (such as private customer information) that is legally protected from disclosure. However, we may each disclose these matters, in confidence, to our respective accountants, auditors, and insurance providers.

9. **30-day return or opt-out period.** You have the right to return your Google Device or opt out of these Arbitration Terms if you don't agree with these Arbitration Terms, unless you previously agreed to an arbitration provision in connection with your purchase. If you

10/3/22, 1:46 PM  Google Arbitration Agreement – Devices, Related Accessories, and Related Subscription Services - Google Store Help

Case 5:19-cv-04286-BLF Document 303-27 Filed 10/03/22 Page 5 of 5

decide to return your Google Device, you must return it within 30 days of activating your Google Device for the first time (unless a longer period is required by applicable law), unused, with the original packaging, to the seller from whom you purchased it, and you will receive a full refund. If you decide to keep your Google Device but opt out of these Arbitration Terms, you must do so by notifying Google within 30 days of activating your Google Device for the first time (unless a longer period is required by applicable law) by following the instructions at g.co/devicearbitration/optout. An opt-out notice does not revoke or otherwise affect any previous agreement between us.

10. **Future changes to these Arbitration Terms.** If Google makes any changes to these Arbitration Terms (other than a change to Google's address for notice), you may reject any of those changes by notifying Google via the process set forth in Section 4 within 30 days of the change. It is not necessary to submit a rejection of the future change if you properly opted out of arbitration upon purchase. By rejecting a future change, you are agreeing to arbitrate any dispute between us in accordance with the language of the last Arbitration Terms that you accepted.

11. **Governing law and judicial forum for non-arbitrable disputes.** These Arbitration Terms are governed by the FAA and (only to the extent not inconsistent with the substantive and procedural provisions of the FAA), the laws of the State of California, without regard to conflicts of laws principles. The arbitrator will not be bound by rulings in other arbitrations involving Google to which you are not a party. Other than claims that must be resolved through binding arbitration (or that may be brought in small claims court), any disputes relating to your Google Device (e.g. an intellectual property rights infringement claim under Section 2(c), or if the entirety of these Arbitration Terms is found to be unenforceable by a court under Section 7) will be litigated exclusively in the federal or state courts of Santa Clara County, California; the parties consent to personal and exclusive jurisdiction in these courts.

## Need more help?

Sign in for additional support options to quickly solve your issue

Sign in