# EXHIBIT 27

LIST OF SERVICES & SERVICE-SPECIFIC ADDITIONAL TERMS

# Services that use Google's Terms of Service & their service-specific additional terms and policies

Google's Terms of Service applies to the services listed below. Next to each service, we also list additional terms and policies that apply to that particular service. The Terms of Service, additional terms, and policies define our relationship and mutual expectations as you use these services.

This list only includes services governed by Google's general Terms of Service. A limited number of popular services, such as YouTube, have their own terms because of their unique features. Most of our fee-based enterprise products and our developer API products have their own terms as well.

We often launch new services and sometimes update our terms and policies. We do our best to keep this page up to date, and aim to refresh it regularly.



Services                              Expand all ⌄

**Android Auto**
1 ⌄

**Android Enterprise Essentials**
2 ⌄

**Android OS**
1 ⌄

**Android TV**
2 ⌄



Authenticator
1

Assistant
1

Blogger
2

Book Search
1

Business Profile
3

Calendar
2

Cardboard
1

Chat features
2

Chrome and Chrome OS
3

Connected Home
4

10/3/22, 1:50 PM
Case 5:19-cv-04286-BLF   Document 303-28   Filed 10/03/22   Page 4 of 13
List of service-specific additional terms – Privacy & Terms – Google





**Forms**

≡ 3

**Gallery Go**

≡ 1

**Gboard**

≡ 1

**Gmail**

≡ 2

**Google Account**

≡ 2

**Google Alerts**

≡ 1

**Google Arts & Culture**

≡ 1

**Google Chat**

≡ 2

**Google Classroom**

≡ 2

**Google Cloud Print**

## Google Digital Garage

≡ 1 ⌄

## Google Duo

≡ 1 ⌄

## Google Earth

≡ 4 ⌄

## Google Expeditions

≡ 1 ⌄

## Google Fit

≡ 1 ⌄

## Google Flights

≡ 2 ⌄

## Google Fonts

≡ 1 ⌄

## Google for Nonprofits

≡ 2 ⌄



## Google Glass Explorer

≡ 2 ⌄



Google Go
≡
1

Google Groups
≡
2

Google Health Studies
≡
2

Google Input Tools
≡
1

Google Lens
≡
1

Google Local Services
≡
2

Google Manufacturer Center
≡
3

Google Meet
≡
2

Google Merchant Center
≡
3

Google One
≡
2



Google Pay

≡
3

Google Photos

≡
2

Google Pixel Phones

≡
1

Google Play

≡
3

Google Play Books

≡
3

Google Play Games

≡
3

Google Play Movies & TV

≡
4

Google Play Music

≡
2

Google Play Protect

≡
2

Google Shopping

≡
2



Google Store

2

Google Street View

4

Google Tag Manager

5

Google Trends

1

Google TV

3

Google Web Designer

1

Google Workspace Individual

2

Hangouts

2

Image Search

1

Interpreter Mode for Business

A
≡
3

**Keep**
≡
1

**Local Guides**
≡
2

**Maps**
≡
4

**Messages**
≡
1

**Nest Renew Premium**
≡
2

**News**
≡
1

**Optimize**
≡
2

**Patent Search**
≡
1

**Personal Safety**
≡
1



Pinpoint
2

Phone
1

PhotoScan
1

Pointy from Google
2

Recorder
1

Question Hub
2

Reserve with Google
2

Scholar
1

Search
1

Search Console
1



| | Sheets | |
|---|---|---|
| | 3 | ⌄ |

| | Shopping Actions | |
|---|---|---|
| | 1 | ⌄ |

| | Sites | |
|---|---|---|
| | 3 | ⌄ |

| | Slides | |
|---|---|---|
| | 3 | ⌄ |

| | Snapseed | |
|---|---|---|
| | 1 | ⌄ |

| | Stadia | |
|---|---|---|
| | 5 | ⌄ |

| | Tasks | |
|---|---|---|
| | 1 | ⌄ |

| | Tenor | |
|---|---|---|
| | 2 | ⌄ |

| | Tilt Brush | |
|---|---|---|
| | 1 | ⌄ |

| | Translate | |
|---|---|---|

