# EXHIBIT 35 (PREVIOUSLY MANUALLY FILED)