# EXHIBIT 37 (PREVIOUSLY MANUALLY FILED)