Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth L. Freeman |

**DECLARATION OF MARGARET MACLEAN**

1. I, MARGARET MACLEAN, am an attorney admitted to practice law in the State of New York and an attorney at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter (the "Action"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal and to Consider Whether Another Party's Material Should Be Sealed (L.R. 79-5(c) and 79-5(f)) ("the

Motion to Seal").

3.     On August 24, 2020, the Court approved a Stipulated Protective Order in this matter (ECF No. 104) (the "Protective Order").

4.     Section 12.5 of the Protective Order requires that "a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." Protected Material includes "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL,' or as 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.'"

5.     Pursuant to the Protective Order and Civil Local Rule 79-5(f), Plaintiffs conditionally filed under seal Exhibits 1, 3-6, 9-10, and 29-39 to the Declaration of Margaret MacLean in Support of Plaintiffs' Reply Brief in Support of Motion for Class Certification (the "Reply"), which Google LLC and Alphabet Inc. (collectively "Defendants") in have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order or contain references to such material, as set forth in the Motion to Seal.

6.     Additionally, Pursuant to Civil Local Rule 79-5(c), Plaintiffs have filed under seal Exhibit 2, which contains personal information of Plaintiff Spurr and unnamed Class members, and Exhibit 21, which contains testimony regarding audio recordings of private conversations that occurred between Plaintiffs and third parties or unnamed class members.

7.     Plaintiffs have redacted any material contained in the Reply and accompanying documents that contain analysis of, references to, or information taken directly from material designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to Section 12.5 of the Protective Order.

8.     Plaintiffs take no position on whether the materials referenced in ¶ 5 of this declaration should remain under seal.

9.     Pursuant to Civil L.R. 79-5(e)(2) and this Court's Standing Order, Plaintiffs submit as Exhibit A to this Declaration, a complete unredacted chambers copy of the Reply lodged under

seal with all confidential material highlighted in yellow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on October 3, 2022, in White Plains, New York.

Dated:  October 3, 2022               /s/ Margaret MacLean
                                      Margaret MacLean
                                      *Counsel for Plaintiffs*