UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rules 7-11 And 79-5(f) and all other papers submitted in response thereto, determines that good cause exists to seal the entirety of the following documents:

| Ex. No. | Document | Basis for Sealing Portion of Document |
|---|---|---|
| Ex. 1 | Excerpts of deposition transcript of Terry Tai, dated June 30, 2020 | Entirety of deposition designated by Google as Highly Confidential pursuant to the Protective Order. |
| Ex. 2 | SPURR000023-28 | Contains references to personal and identifying information of Plaintiff Melissa Spurr and unnamed Class members |
| Ex. 3 | GOOG-ASST-03034181 | Designated by Google as "Confidential" pursuant to the Protective Order. |
| Ex. 4 | GOOG-ASST-00221071 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
| Ex. 5 | GOOG-ASST-03026521 | Designated by Google as "Confidential" pursuant to the Protective Order. |

| Ex. 6 | GOOG-ASST-00027643 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
|---|---|---|
| Ex. 9 | GOOG-ASST-00238568 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
| Ex. 10 | GOOG-ASST-00213485 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
| Ex. 21 | Excerpts of deposition transcript of Lourdes Galvan, dated August 4, 2022 | Contains testimony regarding audio recordings |
| Ex. 30 | Excerpts of deposition of Fernando Torres, dated September 7, 2022 | Contains testimony regarding reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order |
| Ex. 31 | Excerpts of deposition of Hailey Crowel, dated July 21, 2022 | Entirety of deposition designated by Google as Highly Confidential pursuant to the Protective Order. |
| Ex. 32 | GOOG-ASST-03045589 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
| Ex. 33 | GOOG-ASST-03045632 | Designated by Google as "Highly Confidential" pursuant to the Protective Order. |
| Ex. 34 | Reply Report to the Expert Report of Jesse David, PhD by Fernando Torres, MSc | Contains reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order. |
| Ex. 35 | GOOG-ASST-03026959 | Designated by Google as "Confidential" pursuant to the Protective Order. |
| Ex. 36 | GOOG-ASST-03026660 | Designated by Google as "Confidential" pursuant to the Protective Order. |
| Ex. 37 | GOOG-ASST-03029199 | Designated by Google as "Confidential" pursuant to the Protective Order. |
| Ex. 38 | Expert Reply Report of Rebecca Reed-Arthurs, Ph.D | Contains reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order |

| Ex. 39 | Opening Expert Report of Rebecca Reed-Arthurs, Ph.D | Contains reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order |

And further determines that good cause exists to seal portions of the following documents:

| Ex. No. | Document | Portion(s) to Seal | Basis for Sealing Portion of Document |
| --- | --- | --- | --- |
| ECF No. 303 | Plaintiffs' Reply Brief in support of Motion for Class Certification | Highlighted portion on pages 2-6, 12-13 | Contains reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order |
| Ex. 29 | Declaration of F. Torres in Support of Plaintiffs' Motion for Class Certification | Highlighted portion on pages 9-10, 15, 20-21, 26, 30-36 | Contains reference/analysis of material designated by Google as Confidential or Highly Confidential pursuant to Protective Order |

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)
CASE NO. 19-cv-04286-BLF
2