Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| | **DECLARATION OF HAILEY CROWEL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (DKT. 304)** |
| | Judge:      Beth Labson Freeman |

1    I, Hailey Crowel, declare as follows:

2    1.    I am Finance Manager for Search & Assistant for Defendant Google LLC

3  ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain

4  narrowly tailored redactions to Plaintiffs' Reply Brief in Support of Motion for Class

5  Certification ("Reply," filed in public redacted form at Dkt. 303 and provisionally under seal with

6  proposed redactions marked at Dkt. 304-3) and sealing or redacting certain Exhibits to the

7  Declaration of Margaret MacLean in support of the Reply ("Declaration Exhibits," already filed

8  in public redacted form and provisionally under seal with proposed redactions marked at the

9  docket numbers identified in the tables below and collectively with the Reply, "the Sealed

10 Materials"). The Sealed Materials are the subject of Plaintiffs' Administrative Motion to Consider

11 Whether Defendants' Material Should Be Sealed (Dkt. 304, "Motion to Seal"). Unless otherwise

12 stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could

13 and would testify competently thereto.

14   2.    As detailed in Paragraph 3 below, the proposed redactions of the Sealed Materials

15 are narrowly tailored to discrete, sealable portions of the Reply and Declaration Exhibit 29 and

16 Google's requests to seal documents are also narrowly tailored.

17   3.    Specifically, Google requests to redact these portions of the Reply and Declaration

18 Exhibit 29:

| Dkt./ Ex. No. | Document | Portion(s) to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Dkt. 304-3 | Plaintiffs' Reply to Google's Motion for Reconsideration [Public version at Dkt. 303] | Highlighted portions on pages 2-6, 12-13 | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant; (2) business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |

- 1 -

| Dkt./ Ex. No. | Document | Portion(s) to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Dkt. 304-13 (Decl. Ex. 29) | Declaration of F. Torres in Support of Plaintiffs' Motion for Class Certification<br><br>[Public version at Dkt. 303-30] | Highlighted portion on pages 9-10, 15, 20-21, 26, 30-36 | Sealed under this Court's Order at Dkt. 282 11:8-13 ("This highlighted portions reflect confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) details of Google's understanding of the profits or losses associated with Google Assistant."). |

And Google requests to seal the entirety of these Declaration Exhibits:

| Dkt./ Ex. No. | Document | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-4 (Decl. Ex. 1) | Excerpts of deposition transcript of Terry Tai, dated June 30, 2020<br><br>[Public version at Dkt. 303-2] | Sealed under this Court's Order at Dkt. 282 10:26-11:1 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |
| Dkt. 304-6 (Decl. Ex. 3) | GOOG-ASST-03034181<br><br>[Public version at Dkt. 303-4] | Sealed under this Court's Order at Dkt. 282 7:28-8:3 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |
| Dkt. 304-7 (Decl. Ex. 4) | GOOG-ASST-00221071<br><br>[Public version at Dkt. 303-5] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-8 (Decl. Ex. 5) | GOOG-ASST-03026521<br><br>[Public version at Dkt. 303-6] | Sealed under this Court's Order at Dkt. 282 7:21-24 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |

- 2 -

| Dkt./<br>Ex. No. | Document | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-9<br>(Decl. Ex. 6) | GOOG-ASST-00027643<br><br>[Public version at Dkt. 303-7] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-10<br>(Decl. Ex. 9) | GOOG-ASST-00238568<br><br>[Public version at Dkt. 303-10] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-11<br>(Decl. Ex. 10) | GOOG-ASST-00213485<br><br>[Public version at Dkt. 303-11] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-14<br>(Decl. Ex. 30) | Excerpts of deposition of Fernando Torres, dated September 7, 2022<br><br>[Public version at Dkt. 303-31] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-15<br>(Decl. Ex. 31) | Excerpts of deposition of Hailey Crowel, dated July 21, 2022<br><br>[Public version at Dkt. 303-32] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |

| Dkt./ Ex. No. | Document | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-16 (Decl. Ex. 32) | GOOG-ASST-03045589 [Public version at Dkt. 303-33] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-17 (Decl. Ex. 33) | GOOG-ASST-03045632 [Public version at Dkt. 303-34] | Sealed under this Court's Order at Dkt. 282 6:4-7 ("This document contains confidential and highly sensitive proprietary and commercial information about the profits or losses of Google Assistant."). |
| Dkt. 304-18 (Decl. Ex. 34) | Reply Report to the Expert Report of Jesse David, PhD by Fernando Torres [Public version at Dkt. 303-35] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-19 (Decl. Ex. 35) | GOOG-ASST-03026959 [Public version at Dkt. 303-36] | Subject to Administrative Motion to Seal at Dkt. 271. Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |

- 4 -

| Dkt./ Ex. No. | Document | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-20 (Decl. Ex. 36) | GOOG-ASST-03026660 [Public version at Dkt. 303-37] | Subject to Administrative Motion to Seal at Dkt. 271. Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-21 (Decl. Ex. 37) | GOOG-ASST-03029199 [Public version at Dkt. 303-38] | Subject to Administrative Motion to Seal at Dkt. 271. Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Paragraph 5 below. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-23 (Decl. Ex. 39) | Opening Expert Report of Rebecca Reed-Arthurs, Ph.D [Public version at Dkt. 303-40] | Sealed under this Court's Order at Dkt. 282 11:14-20 (Document "reflects confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant' (2) business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant."). |

4.      As noted above, a version of the Reply, with proposed redactions of the Sealed Materials highlighted in yellow, has already been filed provisionally under seal at Dkt. 303-4. *See* Sealing Motion, Dkt. 304. A version of the Reply, with the proposed Sealed Materials redacted, has already been filed at Dkt. 303.

5.      The Sealed Materials contain confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant; (2) competitively sensitive

- 5 -

business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants, direct insight into confidential and sensitive aspects of Google's development and operation of the Google Assistant. In addition, disclosure of the particular, out-of-context extracts of documents Plaintiffs have selected would cause competitive harm to Google because, absent context, these excerpts provide an incomplete and misleading picture of Google's business practices related to Google Assistant and the operation of Google Assistant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2022 in Mountain View, CA.

DocuSigned by:

*Hailey Crowel*

EF4949C185E54C9...

HAILEY CROWEL

- 6 -