UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No.: 5:19-cv-04286-BLF

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 304)**

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Defendants' Statement in Support and the Declaration of Hailey Crowel, finds that compelling reasons exist to seal:

(1) These portions of Plaintiffs' Reply Brief in Support of Motion for Class Certification ("Reply") and certain Exhibits to the Declaration of Margaret MacLean in support of the Reply ("Declaration Exhibits"):

| Dkt. or Ex. No. | Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|---|
| Dkt. 304-3 | Plaintiffs' Reply to Google's Motion for Class Certification [Public version at Dkt. 303] | Highlighted portions on pages 2-6, 12-13 | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant; (2) business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |

| Dkt. 304-13 (Decl. Ex. 29) | Declaration of F. Torres in Support of Plaintiffs' Motion for Class Certification [Public version at Dkt. 303-30] | Highlighted portion on pages 9-10, 15, 20-21, 26, 30-36 | Sealed under this Court's Order at Dkt. 282 11:8-13 ("This highlighted portions reflect confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) details of Google's understanding of the profits or losses associated with Google Assistant."). |

And (2) these Declaration Exhibits in their entirety:

| Dkt. or Ex. No. | Document Identification or Bates Number | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-4 (Decl. Ex. 1) | Excerpts of deposition transcript of Terry Tai, dated June 30, 2020 [Public version at Dkt. 303-2] | Sealed under this Court's Order at Dkt. 282 10:26-11:1 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |
| Dkt. 304-6 (Decl. Ex. 3) | GOOG-ASST-03034181 [Public version at Dkt. 303-4] | Sealed under this Court's Order at Dkt. 282 7:28-8:3 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |
| Dkt. 304-7 (Decl. Ex. 4) | GOOG-ASST-00221071 [Public version at Dkt. 303-5] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |
| Dkt. 304-8 (Decl. Ex. 5) | GOOG-ASST-03026521 [Public version at Dkt. 303-6] | Sealed under this Court's Order at Dkt. 282 7:21-24 ("This document contains confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant."). |
| Dkt. 304-9 (Decl. Ex. 6) | GOOG-ASST-00027643 [Public version at Dkt. 303-7] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |

| Dkt. or Ex. No. | Document Identification or Bates Number | Basis for Sealing Document |
|---|---|---|
| Dkt. 304-10 (Decl. Ex. 9) | GOOG-ASST-00238568<br><br>[Public version at Dkt. 303-10] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-11 (Decl. Ex. 10) | GOOG-ASST-00213485<br><br>[Public version at Dkt. 303-11] | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-14 (Decl. Ex. 30) | Excerpts of deposition of Fernando Torres, dated September 7, 2022<br><br>[Public version at Dkt. 303-31] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-15 (Decl. Ex. 31) | Excerpts of deposition of Hailey Crowel, dated July 21, 2022<br><br>[Public version at Dkt. 303-32] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-16 (Decl. Ex. 32) | GOOG-ASST-03045589<br><br>[Public version at Dkt. 303-33] | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id.* |
| Dkt. 304-17 (Decl. Ex. 33) | GOOG-ASST-03045632<br><br>[Public version at Dkt. 303-34] | Sealed under this Court's Order at Dkt. 282 6:4-7 ("This document contains confidential and highly sensitive proprietary and commercial information about the profits or losses of Google Assistant."). |
| Dkt. 304-18 (Decl. Ex. 34) | Reply Report to the Expert Report of Jesse David, PhD by Fernando Torres | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel |

| Dkt. or Ex. No. | Document Identification or Bates Number | Basis for Sealing Document |
|---|---|---|
| | [Public version at Dkt. 303-35] | Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |
| Dkt. 304-19 (Decl. Ex. 35) | GOOG-ASST-03026959<br><br>[Public version at Dkt. 303-36] | Subject to Administrative Motion to Seal at Dkt. 271.<br><br>Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |
| Dkt. 304-20 (Decl. Ex. 36) | GOOG-ASST-03026660<br><br>[Public version at Dkt. 303-37] | Subject to Administrative Motion to Seal at Dkt. 271.<br><br>Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |
| Dkt. 304-21 (Decl. Ex. 37) | GOOG-ASST-03029199<br><br>[Public version at Dkt. 303-38] | Subject to Administrative Motion to Seal at Dkt. 271.<br><br>Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. Public disclosure of this information would cause harm to Google. *See id*. |
| Dkt. 304-23 (Decl. Ex. 39) | Opening Expert Report of Rebecca Reed-Arthurs, Ph.D<br><br>[Public version at Dkt. 303-40] | Sealed under this Court's Order at Dkt. 282 11:14-20 (Document "reflects confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant' (2) business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant."). |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                               HONORABLE BETH LABSON FREEMAN
                                                               UNITED STATES DISTRICT JUDGE