Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*
ASIF KUMANDAN, MELISSA SPURR,
And MELISSA SPURR, as guardian of
B.S., a minor

[Additional signature on the last page]

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98112
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendants*
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Beth L. Freeman<br>Date: October 20, 2022<br>Time: 11:00 a.m.<br>Dept.: Courtroom 3 – 5th Floor |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the Order Vacating Trial; Terminating Motion for Summary Judgment Without Prejudice (Dkt. 267), and the corresponding docket entry dated September 15, 2022, Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs") and Google LLC and Alphabet Inc. ("Defendants") (collectively, the "Parties") submit this Joint Case Management Statement, in anticipation of the Case Management Conference set for October 20, 2022. The Parties met and conferred regarding this statement on October 11, 2022.

**DISCOVERY**

Fact discovery closed on July 8, 2022, and expert discovery closed on October 3, 2022. Fact discovery was reopened "from July 18, 2022 to September 13, 2022, for the limited purpose of allowing Google to conduct discovery regarding Plaintiffs' class certification motion." Dkt. 205 ¶ 2. Fact discovery was reopened "from September 13, 2022 to October 3, 2022 for the limited purpose of allowing Plaintiffs to conduct discovery regarding Google's opposition to class certification to the extent Google present[ed] previously undisclosed evidence." *Id.*

Plaintiffs served a Rule 30(b)(6) subpoena on Google on September 27, 2022, to depose a corporate witness knowledgeable to testify regarding seven exhibits that Google submitted in connection with its opposition to Plaintiffs' class certification motion. Plaintiffs contended the testimony sought by the subpoena fell within the limited reopening of fact discovery for Plaintiffs. Google disagreed and objected to the subpoena on that and other grounds. To avoid burdening the Court with a discovery dispute, the Parties agreed to a 2-hour deposition of Google's corporate representative that occurred today, October 13, 2022.

The Parties are continuing to meet and confer regarding Judge Van Keulen's September 16, 2022 Order ("Sampling Order") requiring them to "develop a plan for the random sampling of speech logs from various points in the class period to generate a statistically meaningful sample of relevant data," ECF No. 278 at 4, and are submitting a joint status report to Judge Van Keulen today, October 13, 2022. To comply with the Sampling Order, Plaintiffs have retained statistical experts to advise them in developing the data sampling plan, and anticipate that these experts would

submit a report describing the methodology used upon conclusion of the sampling process. Plaintiffs are currently awaiting Google's position on whether Google will object to these experts, which, pursuant to the Stipulated Protective Order, is due on October 17, 2022.

## CASE SCHEDULE

The Parties jointly propose the following schedule:

| Event | Deadline |
| --- | --- |
| Hearing on Class Certification Motion | October 20, 2022 |
| Deadline to File Dispositive Motions | 60 days after the Court's decision on class certification motion |
| Opposition to Dispositive Motions | 40 days after the dispositive motion |
| Reply for Dispositive Motions | 30 days after the opposition to dispositive motion |
| Hearing on Dispositive Motions | TBD |
| Deadline for ADR: Private Mediation | December 31, 2023 |
| Deadline to File *Daubert* Motions | 180 days before trial |
| Opposition to *Daubert* Motions | 30 days after the filing of *Daubert* motions |
| Reply for *Daubert* Motions | 20 days after the filing of opposition to *Daubert* motion |
| Hearing on *Daubert* Motions | TBD |
| Final Pretrial Conference | TBD |
| TRIAL | TBD |

Dated:  October 13, 2022                                **PERKINS COIE LLP**


By: /s/ *Sunita Bali*
   Bobbie J. Wilson, Bar No. 148317
   Sunita Bali, Bar No. 274108
   Erin K. Earl (pro hac vice)


Dated:  October 13, 2022                                **LOWEY DANNENBERG, P.C.**


By: /s/ *Vincent Briganti*
   Vincent Briganti (pro hac vice)
   Christian Levis (pro hac vice)
   Margaret MacLean (pro hac vice)
   Andrea Farah (pro hac vice)

**CERTIFICATION**

I HEREBY CERTIFY that on October 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: October 13, 2022                              *s/ Mark N. Todzo*
                                                     Mark N. Todzo

JOINT CASE MANAGEMENT STATEMENT                    CASE NO. 5:19-CV-04286-BLF