Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl, *pro hac vice*
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.900

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Google LLC and Alphabet Inc. (collectively "Google" or "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On October 13, 2022, counsel for Google notified counsel for Plaintiffs by email that Google intended to file an administrative motion for leave to file a surreply to respond to new arguments raised in Plaintiffs' Reply Memorandum in Support of Motion for Class Certification, Dkt. 303 ("Reply"), and asked for Plaintiffs' position on that motion for leave. The email explained that the proposed surreply would address Plaintiffs' new arguments that (1) several of the putative class definitions should be further modified to include users who enabled WAA even if they did not enable VAA (rather than being limited to users who enabled VAA, as defined in Plaintiffs' opening motion), and (2) in the alternative, that non-party Steven Spurr should be added as a named plaintiff.

3. On October 13, 2022, Plaintiffs' counsel responded by email that Plaintiffs opposed Google's request for leave to file a surreply.

4. Attached hereto as Exhibit 1 is a true and correct copy of the surreply Google seeks leave to file.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2022, in Oakland, California.

/s/ *Sunita Bali*
Sunita Bali