Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl, *pro hac vice*
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.900

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

# [PROPOSED] ORDER

Before the Court is Defendants Alphabet Inc. and Google LLC's Administrative Motion for Leave to File Surreply. Having considered the Administrative Motion, the Court concludes that good cause exists to grant leave to Defendants to file their Proposed Surreply. Accordingly, Defendants' Surreply, attached as Exhibit 1 to the Declaration of Sunita Bali in Support of the Administrative Motion, is deemed filed.

**IT IS SO ORDERED.**

Dated: _____

                                                  Honorable Beth L. Freeman
                                                  United States District Court Judge