Erin Green Comite (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Master Docket No.: 19-cv-04286-BLF |
| This Document Relates to: | |
| ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO REPLY EVIDENCE** |
| | COMPLAINT FILED: July 25, 2019 |
| | Date:      October 20, 2022 |
| | Time:    9:00 a.m. |
| | Dept.:   Courtroom 3-5th Floor |
| | Judge:   Honorable Beth Labson Freeman |

Under Northern District of California Civil Local Rules 7-3(d) and 7-11, Plaintiffs respectfully seek leave to file Plaintiffs' Response to Defendants' Objection to Reply Evidence ("Response"). The proposed brief and exhibits in redacted form are attached to the concurrently filed Declaration of Erin Green Comite in Support of Plaintiffs' Administrative Motion ("Comite Declaration").[1]

Plaintiffs filed their Motion for Class Certification ("Class Certification Motion") on July 18, 2022. ECF No. 222. Defendants Alphabet Inc. and Google LLC ("Google") filed their brief in opposition to Plaintiffs' Class Certification Motion on September 13, 2022. ECF No. 268. Plaintiffs filed their reply in support of their Class Certification Motion ("Class Certification Reply") on October 3, 2022. ECF No. 303. Google filed its Local Rule 7-3(d)(1) Objection to Plaintiffs' Evidence Submitted with Reply in Support of Motion for Class Certification ("Objection") on October 11, 2022. ECF No. 308. The hearing on the Class Certification Motion is set for October 20, 2022. ECF No. 309.

In its Objection, Google requests that the Court either strike three exhibits, Plaintiffs' Reply Exhibits 4 and 6 (ECF Nos. 303-5, 303-7) and the Reply Report to the Expert Report of Jesse David, Ph.D. of Plaintiffs' expert Fernando Torres ("Torres Reply Report") (ECF No. 303-35), or provide Google an opportunity to respond. Google's contentions that Plaintiffs' Reply Exhibits 4 and 6 are improper and that the Torres Reply Report constitutes new evidence and opinions, however, are baseless. Thus, the Court should overrule Google's Objection.

Good cause exists to grant Plaintiffs' request for leave to file their Response to Google's Objection to Reply Evidence. Plaintiffs should have the opportunity to demonstrate that Google's Objection lacks merit. Local Rule 7-3(d)(1) exists to prevent the moving party from sandbagging the non-moving party by submitting "new" evidence with its reply. L.R. 7-3(d)(1). As demonstrated by

---

[1] The Response brief and exhibits thereto reference material that has been designated as highly confidential. Thus, the brief and confidential exhibit are being lodged in redacted form. If the Court grants Plaintiffs leave to file the Response, Plaintiffs will comply with the local rules for filing public and sealed versions of the documents.

the case law cited in Plaintiffs' Response, the Court has discretion to consider Plaintiffs' Reply Exhibits 4 and 6, which are internal Google documents that directly respond to points Google raised in opposition to Plaintiffs' motion for class certification.  Further, the Torres Reply Report is entirely related to explaining why the methodology proposed in Mr. Torres' opening declaration, Class Economic Damages Declaration of Fernando Torres ("Opening Class Economic Damages Declaration") (ECF No. 222-2, Ex. 57), is not susceptible to the criticisms of Google's expert Dr. Jesse David.  In addition, Google already deposed Mr. Torres on the very subjects Google now seeks to exclude or respond to.  Such rebuttal testimony is not "new" evidence, and courts have routinely rejected calls to strike such testimony from reply briefs and expert reports.  Courts recognize that the moving party is given an opportunity for a reply and may properly use it to respond to the opposing party's arguments and criticisms asserted in the opposition papers, so long as new affirmative arguments or evidence to support the motion are not foisted on the non-moving party for the first time.  Thus, good cause exists to grant Plaintiffs' request for leave because Plaintiffs otherwise would be unable to respond to the merits of Google's Objection.  Leave has been routinely granted to provide a party with the opportunity to respond to such evidentiary objections.  *See, e.g.*, *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2009 WL 6357679, at \*1 n.1 (N.D. Cal. Nov. 17, 2009) (granting two administrative motions for leave to respond to objections).

Plaintiffs met and conferred with Google on October 13, 2022 on the relief sought by this administrative motion.  Google's counsel indicated that Google opposes this motion.

Dated:   Colchester, Connecticut
            October 14, 2022

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/* Erin Green Comite
Erin Green Comite (pro hac vice)
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

1  The Helmsley Building
   230 Park Avenue, 17th Floor
2  New York, NY 10169-1820
   Telephone: (212) 223-6444
3  Facsimile: (212) 223-6334
   jguglielmo@scott-scott.com

4  John T. Jasnoch (Bar No. 281605)
5  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
6  San Diego, CA 92101
   Telephone: (619) 233-4565
7  Facsimile: (619) 233-0508
   jjasnoch@scott-scott.com

8  Mark N. Todzo (Bar No. 168389)
   Eric S. Somers (Bar No. 139050)
9  **LEXINGTON LAW GROUP**
   503 Divisadero Street
10 San Francisco, CA 94117
   Telephone: (415) 913-7800
11 Facsimile: (415) 759-4112
   mtodzo@lexlawgroup.com.
12

13 Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
14 Margaret MacLean (*pro hac vice*)
   Andrea Farah (*pro hac vice*)
15 **LOWEY DANNENBERG, P.C.**
   44 South Broadway, Suite 1100
16 White Plains, NY 10601
   Telephone: (914) 997-0500
17 Facsimile: (914) 997-0035
   vbriganti@lowey.com
18 clevis@lowey.com
   mmaclean@lowey.com
19 afarah@lowey.com

20 *Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

PLTFS' ADMIN. MOTION FOR LEAVE TO FILE RESP. TO DEFS' OBJECTION TO REPLY EVIDENCE
Case No. 5:19-cv-04286-BLF

1

**ATTESTATION**

2

     I, Erin Green Comite, am the ECF User whose identification and password are being used to

3

file this Motion for Class Certification pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of

4

perjury that concurrence in this filing has been obtained from all counsel.

5

Dated: October 14, 2022

6

                            /s/  Erin Green Comite

7

                            Erin Green Comite

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLTFS' ADMIN. MOTION FOR LEAVE TO FILE RESP. TO DEFS' OBJECTION TO REPLY EVIDENCE
Case No. 5:19-cv-04286-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.  I also caused a copy of the foregoing document to be served via email on counsel of record for all parties.


/s/   Erin Green Comite
Erin Green Comite

PLTFS' ADMIN. MOTION FOR LEAVE TO FILE RESP. TO DEFS' OBJECTION TO REPLY EVIDENCE
Case No. 5:19-cv-04286-BLF