

Case 5:19-cv-04286-BLF   Document 313-1   Filed 10/14/22   Page 1 of 2

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
ecomite@scott-scott.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO REPLY EVIDENCE**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:   October 20, 2022<br>Time:  9:00 a.m.<br>Dept.: Courtroom 3-5th Floor<br>Judge: Honorable Beth Labson Freeman |

I, Erin Green Comite, declare as follows:

1. I am an attorney admitted to practice law in the State of Connecticut and an attorney at the law firm Scott+Scott Attorneys at Law LLP. I am admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently under oath thereto.

2. I met and conferred with Google's counsel on October 13, 2022 on the relief sought by this administrative motion. Google's counsel indicated that Google opposes this motion.

3. In support of their Administrative Motion for Leave to File Response to Defendants' Objection to Reply Evidence, Plaintiffs submit true and correct copies of:

**Exhibit A**: A redacted version of Plaintiffs' Response to Defendants' Objection to Reply Evidence, attaching the Declaration of Erin Green Comite in Support of Plaintiffs' Response to Defendants' Objection to Reply Evidence, a placeholder slip sheet for Exhibit 1 thereto (which contains excerpts from the Deposition Transcript of Fernando Torres, dated September 7, 2022, that currently is designated highly confidential under the operative protective order), and a placeholder slip sheet for Exhibit 2 thereto (which contains the Index of Exhibits from the Deposition Transcript of Mary Ioannidis, dated May 6, 2022, which currently designated highly confidential).

4. The Response brief and Exhibits 1 and 2 to the Erin Green Comite in Support of Plaintiffs' Response to Defendants' Objection to Reply Evidence reference material that has been designated as highly confidential. Thus, the brief and confidential exhibit are being lodged in redacted form. If the Court grants Plaintiffs leave to file the Response, Plaintiffs will comply with the local rules for filing public and sealed versions of the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on October 14, 2022, in Colchester, Connecticut.

*/s/ Erin Green Comite*
Erin Green Comite