Erin Green Comite (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO REPLY EVIDENCE**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:    October 20, 2022<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 3-5th Floor<br>Judge:  Honorable Beth Labson Freeman |

**ORDER**

Presently before the Court is Plaintiffs' Administrative Motion for Leave to File Plaintiffs' Response to Defendants' Objection to Reply Evidence. Upon consideration of the administrative motion, Google's opposition thereto, and good cause appearing, the Court hereby GRANTS Plaintiffs' administrative motion and orders as follows:

1. Leave to file Plaintiffs' Response to Defendants' Objection to Reply Evidence is hereby GRANTED.

2. Plaintiffs shall re-file Plaintiffs' Response to Defendants' Objection to Reply Evidence as well as the Declaration of Erin Green Comite in Support of Plaintiffs' Response to Defendants' Objection to Reply Evidence and Exhibits 1 and 2 thereto, all of which were attached to the Declaration of Erin Green Comite in Support of Administrative Motion filed concurrently with the administrative motion, complying with the local rules as necessary for filing public and sealed versions of the documents.

IT IS SO ORDERED.

Dated: _____, 2022

                                              Hon. Beth Labson Freeman
                                              U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING PLTFS' ADMIN. MOTION FOR LEAVE TO FILE RESP. TO DEFS'
OBJECTION TO REPLY EVIDENCE
Case No. 5:19-cv-04286-BLF