# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO OBJECTIONS**<br><br>[Re: ECF No. 313] |

　　　Plaintiffs have filed an administrative motion for leave to file a response to Defendants' objections to reply evidence. *See* Mot., ECF No. 313. Plaintiffs assert that the challenged evidence is permissible rebuttal testimony and good cause exists to grant Plaintiffs' request for leave to file a response. *See id.*

　　　The Court finds that good cause does not exist to grant Plaintiffs' request for leave to file a response. Accordingly, Plaintiffs' administrative motion for leave to file a response to Defendants' objections to reply evidence is DENIED.

　　　**IT IS SO ORDERED.**

Dated: October 17, 2022

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge