# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al., <br><br> Defendants. | Case No. 19-cv-04286-BLF <br><br> **ORDER DENYING ADMIN MOTION TO FILE SURREPLY** <br><br> [Re: ECF No. 312] |

Defendants have filed an administrative motion for leave to file a surreply in response to Plaintiffs' reply memorandum in support of Plaintiffs' pending motion for class certification. *See* Mot., ECF No. 312. Defendants assert that Plaintiffs' reply memorandum raises new arguments, and that Defendants should be given an opportunity to respond. *See id*.

The Court will not consider any new arguments or evidence raised in Plaintiffs' reply in ruling on the motion for class certification. Accordingly, a surreply is unnecessary, and Defendants' administrative motion for leave to file a surreply is DENIED.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
BETH LABSON FREEMAN
United States District Judge