United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF KUMANDAN, et al., | Case No. 19-cv-04286-BLF |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFFS TO FILE STATEMENT UNDER CIVIL LOCAL RULE 79-5(F)(3)** |
| GOOGLE LLC, et al., | |
| Defendants. | |

On September 14, 2022, Google LLC and Alphabet Inc. (collectively "Google") filed an administrative motion to consider whether Plaintiffs' materials should be sealed.  ECF No. 269. Plaintiffs have not yet submitted statement or declaration in compliance with Civil Local Rule 79-5(f)(3).  To the extent Plaintiffs would like to request that the documents identified in Google's administrative motion remain under seal, Plaintiffs shall submit a statement or declaration in compliance with Civil Local Rule 79-5(f)(3) by **October 24, 2022**.

**IT IS SO ORDERED.**

Dated:  October 17, 2022

_____
BETH LABSON FREEMAN
United States District Judge