

October 18, 2022

<u>**VIA ECF**</u>

Magistrate Judge Susan van Keulen
San Jose Courthouse, Courtroom 6
Fourth Floor
280 South 1st Street
San Jose, CA 95113

   Re: *In re Google Assistant Privacy Litig.,* No: 5:19-cv-04286-BLF (N.D. Cal.)

Dear Magistrate Judge van Keulen:

  We write on behalf of Plaintiffs in response to Your Honor's Order, dated October 17, 2022 (ECF No. 314), instructing Plaintiffs to inform the Court by no later than 5 p.m. Pacific time on October 18, 2022, whether they elect to participate at the discovery hearing in person or by video.

  Plaintiffs are mindful of the Court's preference for conducting the discovery hearing in person. However, due to the very short time between Google's approval of Plaintiffs' experts (at 2 p.m. Eastern on October 17) and the hearing, the experts are unable to attend in person. Plaintiffs believe that a hybrid proceeding (e.g., where Plaintiffs' counsel appear in person but their experts appear remotely) would be less efficient than conducting the hearing by Zoom. Accordingly, Plaintiffs elect to proceed by videoconference for this hearing.

  By way of introduction for the Court, the experts who will participate in the hearing for Plaintiffs are Mary Beth Landrum and Bennett Erickson. Dr. Landrum holds a Ph.D. in biostatistics from the University of Michigan. She is a professor of health care policy at Harvard Medical School, where she focuses her research on the development and application of statistical methodology. Mr. Erickson is a Director at the firm of Greylock McKinnon Associates, a firm specializing, among other areas, in economic analysis and consulting for complex class actions. He has over a decade's experience in data analysis, including extensive experience in data sampling and extrapolation techniques.

                 Respectfully submitted,

                 */s/ Andrea Farah*
                 Andrea Farah