Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (*pro hac vice*)
Eearl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8510
Facsimile: +1.206.359.9510

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**GOOGLE LLC AND ALPHABET INC.'S SUBMISSION OF SAMPLING PROPOSAL PURSUANT TO COURT'S ORDER (DKT. 321)**<br><br>Judge: Hon. Susan van Keulen<br>Hearing Date: October 20, 2022<br>Hearing Time: 1:30 p.m. |

Pursuant to the Court's October 19, 2022 Order (Dkt. 321), Defendants Google LLC and Alphabet Inc. (collectively "Google") submit an outline of their sampling proposal. The outline of Google's sampling proposal, which counsel for Google shared with Plaintiffs' counsel via email on October 18, 2022, is attached hereto as **Exhibit A**.

Dated:  October 19, 2022                                  **Perkins Coie LLP**

                                                                                       By: /s/ *Sunita Bali*
                                                                                            Bobbie J. Wilson, Bar No. 148317
                                                                                            Sunita Bali, Bar No. 274108

                                                                                       Attorneys for Defendants Alphabet Inc. and Google LLC