*In re Google Assistant Priv. Litig.*, Case No. 5:19-cv-04286-BLF
Data Sampling Proposal from Google - 10/18/2022

**Population of interest**: U.S.-based, hotword-initiated queries.

**Proposed sampling plan**: Two-stage clustered random sampling.[1]

1. Randomly select one day each calendar quarter from 2016 Q3 through 2022 Q3 (25 quarters in total).
2. Prepare a list of all U.S.-based, hotword-initiated queries on each of the days selected in Step #1.
3. Randomly select 500 queries from each of the daily lists generated in Step #2.

**Sample size**: The proposed sampling plan will result in a total of 12,500 sampled queries (500 queries from each of 25 days).

**Analysis**: We anticipate that the sample will be used to estimate three primary quantities for the population of interest:

1. Percentage of queries that do not include a hotword in the "top hypothesis" field
2. Percentage of queries that were sent to a human reviewer
3. Percentage of queries that were included in a dataset

Each of these percentages will be estimated using appropriate statistical formulas based on the sampling plan used to select the sample.

The uncertainty in each of these estimates will be expressed in terms of a margin of error and/or 95% confidence interval. The sampling plan described above, with a total sample size of 12,500, will likely yield small margins of error and narrow confidence intervals on the estimated quantities. For example, suppose an analysis of the sample finds that 0.5% of queries in the sample do not include a hotword in the "top hypothesis" field. (Note that this result is entirely hypothetical.) An approximate 95% confidence interval for this result would be [0.38%, 0.64%].[2]

The actual margins of error and confidence intervals cannot be calculated until the sample is selected and analyzed.

---

[1] See, e.g., Paul S. Levy and Stanley Lemeshow, "Sampling of Populations: Methods and Applications," Fourth Edition, Wiley, 2008, Chapters 8-12.

[2] This 95% confidence interval is based on the exact binomial for an infinite population, assuming a simple random sample of 12,500. We anticipate that the 95% confidence interval for the sampling plan proposed here will be similar.