Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*
ASIF KUMANDAN, MELISSA SPURR,
And MELISSA SPURR, as guardian of
B.S., a minor

[Additional signature on the last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**PLAINTIFFS' PROPOSED SAMPLING PLAN**<br><br>Judge: Susan van Keulen<br>Date: October 20, 2022<br>Time: 1:30 p.m.<br>Dept.: Courtroom 6 – 4th Floor |
|---|---|

**Data Sampling Proposal from Plaintiffs - 10/19/2022**

**Population of interest**: U.S.-based queries.

**Proposed sampling plan**: Stratified random sampling without replacement.

For each quarter of data (2016 Q3 through 2022 Q3 - 25 quarters in total), for each language and device type, we propose sampling a to-be-determined set of active[1] users. Sample size will be determined once we receive responses to the additional data requests listed below. The sample should be pulled quarter-by-quarter, and exclude all active users pulled from a previous quarter's sample (i.e., without replacement), such that no active user is sampled multiple times. For each sampled active user, all queries across their entire history should be pulled (not just queries within their sample quarter).

To address Google's privacy concerns, Plaintiffs propose that Google replace each user's GAIA ID with a new, unique identifier.

**Sample size**: Sample size will be determined once we receive responses to the additional data requests listed in Exhibit A attached hereto.

**Analysis**: We anticipate that the sample will be used to estimate eight primary quantities for the population of interest:

1. Percentage of queries that do not include a hotword in the "top hypothesis" field
2. Percentage of active users with a query/queries that does not include a hotword in the "top hypothesis" field
3. Percentage of queries that were sent to a human reviewer
4. Percentage of active users with a query/queries that was sent to a human reviewer
5. Percentage of queries that do not include a hotword in the "top hypothesis" *and* were sent to a human reviewer
6. Percentage of active users with a query/queries that does not include a hotword in the "top hypothesis" field *and* that was sent to a human reviewer
7. Percentage of queries that do not include a hotword in the "top hypothesis" *and* that were included in a dataset that may have been used to train or evaluate Google's speech recognition models
8. Percentage of active users with a query/queries that do not include a hotword in the "top hypothesis" *and* that were included in a dataset that may have been used to train or evaluate Google's speech recognition models

Each of these percentages will be estimated using appropriate statistical formulas based on the sampling plan used to select the sample. The uncertainty in each of these estimates will be expressed in terms of a margin of error and/or 95% confidence interval. Once we are able to determine the sample size, we will pick a sample size that is large enough to likely yield small margins of error and narrow confidence intervals on the estimated quantities.

---

[1] "Active" users in this context means any user with a query during that quarter.

**CERTIFICATION**

I HEREBY CERTIFY that on October 19, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: October 19, 2022                                             *s/ Andrea Farah*

PLAINTIFFS' PROPOSED SAMPLING PLAN                   CASE NO. 5:19-CV-04286-BLF