# Exhibit A

**Additional Data Requests to Refine Proposed Sampling Methodology**:

- For each time period (quarterly), by language and device type:
    - Number of users
    - Total number of queries
    - Number of queries reflecting no hotword
    - Number of queries reflecting human review
    - Number of queries reflecting use for research
    - Number of queries reflecting no hotword *and* human review
    - Number of queries reflecting no hotword *and* use for research
- Over the entire period:
    - Total number of users
    - Total number of queries
    - Number of queries reflecting no hotword
    - Number of queries reflecting human review
    - Number of queries reflecting use for research
    - Number of queries reflecting no hotword *and* human review
    - Number of queries reflecting no hotword *and* use for research