1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile: +1.415.344.7050

6  Erin Katherine Earl (*pro hac vice*)
   Eearl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA 98101-3099
   Telephone: +1.206.359.8510
9  Facsimile: +1.206.359.9510

Attorneys for Defendants Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Assistant Privacy Litigation, | Case No. 5:19-cv-04286-BLF <br><br> **DECLARATION OF ERIN EARL IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SEAL COURTROOM FOR HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: 10/20/2022 <br> Time: 9:00 a.m. <br> Judge: Hon. Beth Labson Freeman |

## DECLARATION OF ERIN EARL

I, Erin Earl, declare as follows:

1. I am a Partner with the law firm of Perkins Coie LLP, which is counsel for defendants Google LLC and Alphabet Inc. (collectively "Google") in this matter. I have been admitted *pro hac vice* before the Court for this action. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On Tuesday, October 18, 2022, I conferred with counsel with Plaintiffs about sealing the hearing on Plaintiffs' Motion for Class Certification set for October 20, 2022 at 9:00 a.m. Plaintiffs' counsel stated that they do not object to sealing the hearing.

3. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 19th day of October 2022, in Seattle, Washington.

                                                 */s/ Erin Earl*
                                                 Erin Earl