1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION
11
12
13  IN RE GOOGLE ASSISTANT PRIVACY           Case No. 5:19-cv-04286-BLF
    LITIGATION
14                                           **[PROPOSED] ORDER GRANTING
                                             DEFENDANTS' UNOPPOSED
15                                           ADMINISTRATIVE MOTION TO SEAL
                                             COURTROOM FOR HEARING ON
16                                           PLAINTIFFS' MOTION FOR CLASS
                                             CERTIFICATION**
17
18
19
20
21
22
23
24
25
26
27
28

1  Before the Court is Defendants Google LLC and Alphabet Inc.'s Unopposed
2  Administrative Motion to Seal Courtroom for Hearing on Plaintiffs' Motion for Class
3  Certification ("Motion").
4  Having considered the Motion and the Declaration of Erin Earl filed in support, the Court
5  hereby grants the Motion. The hearing on Plaintiffs' Motion for Class Certification set for
6  October 20, 2022 at 9:00 a.m. shall be sealed.
7  **IT IS SO ORDERED.**

Dated:

By:_____
Hon. Beth Labson Freeman
United States District Judge

-1-

[PROPOSED] ORDER
5:19-cv-04286-BLF