1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12                                                   Case No. 5:19-cv-04286-BLF

IN RE GOOGLE ASSISTANT PRIVACY
13                                                   **[PROPOSED] ORDER GRANTING
LITIGATION                                           DEFENDANTS' UNOPPOSED
14                                                   ADMINISTRATIVE MOTION TO SEAL
                                                     COURTROOM FOR STATUS
15                                                   CONFERENCE**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is Defendants Google LLC and Alphabet Inc.'s Unopposed

2  Administrative Motion to Seal Courtroom for Status Conference ("Motion").

3    Having considered the Motion and the Declaration of Erin Earl filed in support, the Court

4  hereby grants the Motion. The Status Conference set for October 20, 2022 at 1:30 p.m. shall be

5  sealed.

6    **IT IS SO ORDERED.**

7

8  Dated:

9

10                                                   By:_____
                                                        Hon. Susan Van Keulen
11                                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
5:19-cv-04286-BLF