# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DENYING MOTION TO SEAL COURTROOM**<br><br>[Re: ECF No. 324] |

Defendants filed an "Administrative Motion to Seal Courtroom for Hearing on Plaintiffs' Motion for Class Certification" the evening before the 9:00 AM hearing to which it pertains. *See* ECF No. 324. For the reasons stated on the record during the hearing, the Court DENIES Defendants' motion.

**IT IS SO ORDERED.**

Dated: October 20, 2022

_____
BETH LABSON FREEMAN
United States District Judge