Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
mtodzo@lexlawgroup.com
somers@lexlawgroup.com

*Attorney for Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as Guardian of B.S., a Minor, Lourdes Galvan, and Eleeanna Galvan*

[Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>**PLAINTIFFS' NOTICE OF RE-SUBMISSION OF SEALED EXHIBIT IN DIFFERENT FORMAT**<br><br>COMPLAINT FILED: July 25, 2019<br><br>Date:   October 20, 2022<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3 – 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

1  PLEASE TAKE NOTICE that Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian B. S. (a minor), Lourdes Galvan, and Elleanna Galvan ("Plaintiffs"), by and through their undersigned counsel, are resubmitting Exhibit 30 to the Declaration of Margaret C. MacLean In Support of Plaintiffs' Motion for Class Certification (Exhibit 30), which was manually filed in electronic format on a thumb drive on July 19, 2022, in paper format.  Exhibit 30 was ordered sealed on September 16, 2022 (ECF Document No. 282).  Accordingly, in order to allow the Court to easily access the document in paper format, Plaintiffs are concurrently with the filing of this notice sending a paper copy of Exhibit 30 to the Court as well as opposing counsel.

Dated:   October 22, 2022

**LEXINGTON LAW GROUP**

/s/ *Mark N. Todzo*
Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
mtodzo@lexlawgroup.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: 212-223-6444
jguglielmo@scott-scott.com

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street

---

1
PLAINTIFFS' NOTICE OF RESUBMISSION OF EXHIBIT
Case No. 5:19-cv-04286

P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2022, I electronically filed the foregoing Plaintiffs' Notice of Re-Submission of Sealed Exhibit In Different Format using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing document to be served via email on counsel of record for all parties.

/s/ *Mark. N. Todzo*
Mark N. Todzo