1  Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
2  Margaret MacLean (*pro hac vice*)
   Andrea Farah (*pro hac vice*)
3  **LOWEY DANNENBERG, P.C.**
4  44 South Broadway, Suite 1100
   White Plains, NY 10601
5  Telephone: (914) 997-0500
   vbriganti@lowey.com
6  clevis@lowey.com
   mmaclean@lowey.com
7  afarah@lowey.com

8
   *Attorneys for Plaintiffs*
9  *ASIF KUMANDAN, MELISSA SPURR,*
   *MELISSA SPURR, as guardian of*
10 *B.S., a minor, LOURDES GALVAN, and*
   *ELEEANNA GALVAN*

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendants*
*GOOGLE LLC and ALPHABET INC.*

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

16 IN RE GOOGLE ASSISTANT PRIVACY      Case No. 5:19-cv-04286-BLF
   LITIGATION
17                                       **STIPULATION UNDER CIVIL LOCAL**
                                         **RULE 7-11 FOR RELEASE OF SEALED**
18                                       **TRANSCRIPT**

19                                       **[PROPOSED] ORDER**

20                                       Judge:    Hon. Susan van Keulen

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-11, Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr,

2 as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"), and Defendants

3 Google LLC and Alphabet Inc. ("Google", and together with Plaintiffs, "Parties"), by and through

4 their attorneys of record, jointly request an order for release of sealed transcript of the October 20,

5 2022 Discovery Hearing in electronic format to the attorneys of record for the Parties and to no one

6 else. In support of this joint request, the parties stipulate as follows:

7    1.    Under the Court's Order re Joint Discovery Submission, Dkt. 278, the Parties

8 appeared for a discovery hearing on October 20, 2022 (the "Discovery Hearing"), *see* Dkt. 329.

9    2.    The Court previously granted Google's request to seal the courtroom for the

10 Discovery Hearing. *See* Dkt. 326.

11    3.    Counsel for the Parties are unable to obtain a copy of the sealed transcript of the

12 Discovery Hearing without a Court order authorizing the release of the transcript.

13    4.    NOW, THEREFORE, pursuant to Local Rule 7-11, Counsel for the Parties jointly

14 request that the Court order that the sealed transcript of the Discovery Hearing be released in

15 electronic format to the attorneys of record for the Parties and to no one else.

16

17    **IT IS SO STIPULATED.**

18    Dated: October 27, 2022

**PERKINS COIE LLP**

19

20    By: */s/ Sunita Bali*
      Bobbie J. Wilson (SBN 148317)
      Sunita Bali (SBN 274108)

21    **LOWEY DANNENBERG, P.C.**

22

23    By: */s/ Andrea Farah*
      Margaret MacLean (*admitted pro hac vice*)
      Andrea Farah (*admitted pro hac vice*)

24

25

26

27

28

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge

-3-

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on October 27, 2022, I electronically filed the foregoing Stipulation

3  Under Civil Local Rule 7-11 for Release of Sealed Transcript of October 20, 2022 Discovery

4  Hearing using the CM/ECF system, which will send notification of such filing to all counsel of

5  record registered in the CM/ECF system.

6

7                                                                    */s/ Sunita Bali*
                                                                    Sunita Bali

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28