Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*
ASIF KUMANDAN, MELISSA SPURR, MELISSA SPURR, as guardian of B.S., a minor, LOURDES GALVAN, and ELEEANNA GALVAN

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendants*
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION UNDER CIVIL LOCAL RULE 7-11 FOR RELEASE OF SEALED TRANSCRIPT**<br><br>[PROPOSED] ORDER<br><br>Judge:   Hon. Susan van Keulen |

Pursuant to Civil Local Rule 7-11, Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"), and Defendants Google LLC and Alphabet Inc. ("Google", and together with Plaintiffs, "Parties"), by and through their attorneys of record, jointly request an order for release of sealed transcript of the October 20, 2022 Discovery Hearing in electronic format to the attorneys of record for the Parties and to no one else. In support of this joint request, the parties stipulate as follows:

1. Under the Court's Order re Joint Discovery Submission, Dkt. 278, the Parties appeared for a discovery hearing on October 20, 2022 (the "Discovery Hearing"), *see* Dkt. 329.

2. The Court previously granted Google's request to seal the courtroom for the Discovery Hearing. *See* Dkt. 326.

3. Counsel for the Parties are unable to obtain a copy of the sealed transcript of the Discovery Hearing without a Court order authorizing the release of the transcript.

4. NOW, THEREFORE, pursuant to Local Rule 7-11, Counsel for the Parties jointly request that the Court order that the sealed transcript of the Discovery Hearing be released in electronic format to the attorneys of record for the Parties and to no one else.

**IT IS SO STIPULATED.**

Dated: October 27, 2022

**PERKINS COIE LLP**

By: */s/ Sunita Bali*
Bobbie J. Wilson (SBN 148317)
Sunita Bali (SBN 274108)

**LOWEY DANNENBERG, P.C.**

By: */s/ Andrea Farah*
Margaret MacLean (*admitted pro hac vice*)
Andrea Farah (*admitted pro hac vice*)

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: __October 28_____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge