Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF HAILEY CROWEL IN SUPPORT OF DEFENDANTS' FURTHER ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Beth Labson Freeman |

1  I, Hailey Crowel, declare as follows:

2  1. I am Finance Manager for Search & Assistant for Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing narrowly tailored redactions to discrete, sealable portions of Exhibits to the Declaration of Sunita Bali in support of Google's Opposition to Plaintiffs' Motion for Class Certification ("Redactions to Declaration Exhibits"). The Redactions to Declaration Exhibits described in this declaration are applied to documents that were attached as Exhibits to Defendants' Administrative Motion to File Under Seal Portions of Its Opposition to Plaintiffs' Motion for Class Certification and Supporting Declarations and Exhibits (Dkt. 271, "First Administrative Motion"). I will be referring to the documents containing the Redactions to Declaration Exhibits using their Exhibit numbers from the First Administrative Motion. I understand that the Court's order on the First Administrative Motion ("Order," Dkt. 318) directed Google to submit Further Administrative Motion to File Under Seal ("Further Administrative Motion") regarding any material subject to the First Administrative Motion not sealed in the Order by October 31, 2022 or file that material in the public docket. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed Redactions to Declaration Exhibits are narrowly tailored to discrete, sealable, and certain competitively sensitive portions of the documents.

3. Specifically, Google requests to seal the following:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BG[1] to the Further Administrative Motion | Ex. 66 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* ¶ 5 below. |

---

[1] This Declaration and the Further Administrative Motion retain Exhibit Numbers from the First Administrative Motion (Dkt. 271).

-1-

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BH to the Further Administrative Motion | Ex. 67 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* ¶ 5 below. |
| Exhibit BI to the Further Administrative Motion | Ex. 68 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* ¶ 5 below. |
| Exhibit BJ to the Further Administrative Motion | Ex. 69 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* ¶ 5 below. |
| Exhibit BK to the Further Administrative Motion | Ex. 70 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) business opportunities and risks; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* ¶ 5 below. |
| Exhibit BL to the Further Administrative Motion | Ex. 71 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) business opportunities and risks; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* ¶ 5 below. |
| Exhibit BM to the Further Administrative Motion | Ex. 72 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* ¶ 5 below. |
| Exhibit BN to the Further Administrative Motion | Ex. 73 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* ¶ 5 below. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BO to the Further Administrative Motion | Ex. 74 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* ¶ 5 below. |
| Exhibit BP to the Further Administrative Motion | Ex. 75 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* ¶ 5 below. |

4. True and correct copies of the documents containing the Redactions to Declaration Exhibits, with Google's proposed redactions highlighted, are concurrently filed provisionally under seal as Exhibits to the Further Administrative Motion.

5. The Sealed Materials contain confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant; (2) competitively sensitive business opportunities and risks; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants, direct insight into confidential and sensitive aspects of Google's development of the Google Assistant and the financial implications of that development.

6. I understand that the documents subject to the Court's Order not addressed in this declaration and redacted versions of the Exhibits to the Further Administrative Motion will be filed in the public docket soon after the Further Administrative Motion is filed.

///

///

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2022 in Mountain View, CA.

                              DocuSigned by:

                              *Hailey Crowel*

                              EF4849C16EE54D3

                              Hailey Crowel