1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

IN RE GOOGLE ASSISTANT PRIVACY
LITIGATION

Case No. 5:19-cv-04286-BLF

13

**[PROPOSED] ORDER RE DEFENDANTS'
FURTHER ADMINISTRATIVE MOTION
TO FILE UNDER SEAL**

14

15

Judge:     Hon. Beth Labson Freeman

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendants Google LLC and Alphabet Inc. ("Google") filed a Further Administrative

2    Motion to File Under Seal ("Further Administrative Motion") portions of certain Exhibits to the

3    Declaration of Sunita Bali in support of their Opposition to Plaintiffs' Motion for Class

4    Certification ("Opposition") and the Declaration of Hailey Crowel ("Crowel Decl.") in support of

5    that Further Administrative Motion.

6    After considering the papers and all other matters presented to this Court, and for good

7    cause appearing, the Court rules as follows:

8

| Exh. No. | Document | Text to Be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BG to Defs.' Further Administrative Motion | Ex. 66 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. |
| Exhibit BH to Defs.' Further Administrative Motion | Ex. 67 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. |
| Exhibit BI to Defs.' Further Administrative Motion | Ex. 68 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* Crowel Decl. ¶ 5. |

[PROPOSED] ORDER RE DEFS.' FURTHER MOT. TO SEAL

| Exh. No. | Document | Text to Be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BJ to Defs.' Further Administrative Motion | Ex. 69 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. |
| Exhibit BK to Defs.' Further Administrative Motion | Ex. 70 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) business opportunities and risks and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. |
| Exhibit BL to Defs.' Further Administrative Motion | Ex. 71 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) business opportunities and risks and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Crowel Decl. ¶ 5. |
| Exhibit BM to Defs.' Further Administrative Motion | Ex. 72 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* Crowel Decl. ¶ 5. |
| Exhibit BN to Defs.' Further Administrative Motion | Ex. 73 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. |

CASE NO. 5:19-cv-04286-BLF

[PROPOSED] ORDER RE DEFS.' FURTHER MOT. TO SEAL

| Exh. No. | Document | Text to Be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit BO to Defs.' Further Administrative Motion | Ex. 74 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) business opportunities and risks. *See* Crowel Decl. ¶ 5. |
| Exhibit BP to Defs.' Further Administrative Motion | Ex. 75 to the Declaration of Sunita Bali in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification | Text highlighted in yellow. | Confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant. *See* Crowel Decl. ¶ 5. |

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. Beth Labson Freeman
United States District Judge