Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants
Google LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER GRANTING IN PART AND DENYING IN PART GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SUPPORTING DECLARATIONS AND EXHIBITS (DKT. 318)** |

Pursuant to the Court's Order Granting in Part and Denying in Part Google's Administrative Motion to File Under Seal Portions of Its Opposition to Plaintiffs' Motion for Class Certification and Supporting Declarations and Exhibits (Dkt. 318, "Order," 13:28-14:11), Defendants Google LLC and Alphabet Inc. (collectively "Google") hereby file updated public versions of documents subject to the Order.

Specifically:

- Pursuant to the Order 13:28-14:2, redacted versions of Exhibits AV, BQ, BS, BV, and BW to Defendants' Administrative Motion to File Under Seal Portions of Its Opposition to Plaintiffs' Motion for Class Certification and Supporting Declarations and Exhibits (Dkt. 271, "First Administrative Motion") are filed as Exhibits AV, BQ, BS, BV, and BW to this Notice; and

- Pursuant to the Order 14:8-11, unredacted versions of Exhibits AB, BT, and BU to the First Administrative Motion are filed as Exhibits AB, BT, and BU to this Notice.

The other documents addressed in the Order 14:8-11 are subject to Google's Further Administrative Motion to Seal, filed concurrently.

Dated: October 31, 2022                          **PERKINS COIE LLP**

By: /s/ *Sunita Bali*
    Bobbie J. Wilson, Bar No. 148317
    Sunita Bali, Bar No. 274108

Attorneys for Defendants Google LLC and Alphabet Inc.