# EXHIBIT AB

## Summary Chart B: Proposed Classes and Class Representatives

| Proposed Class | Spurr | B.S. | Kumandan | L. Galvan | E. Galvan |
|---|---|---|---|---|---|
| **Purchaser Class:** All individuals whose Gmail accounts were associated with at least one Google-Assistant Enabled Device ("**GAED**") during the Class Period ("**Users**") who purchased a GAED manufactured and sold by Google, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones ("**Google-Made Device**"). | **Not a member:** Did not purchase a Google-Made Device. Spurr Dep. at 77:19–79:6; S. Spurr Dep. at 56:7–24 | **Not a member:** Not a "User"; did not purchase a Google-Made Device Spurr Dep. at 77:19–79:6; S. Spurr Dep. at 56:7–24; Dkt No. 173-05 | **Potentially yes:** Testified he purchased Pixel phones, but produced no documents evidencing purchase Kumandan Dep. at 65:24–68:24 | **Not a member:** Did not purchase a Google-Made device L. Galvan Dep. at 40:22-41:10, 29:7-24, 54:20–55:4; Bali Decl., Ex. 63 | **Not a member:** Did not purchase a Google-Made device E. Galvan Dep. at 53:18–22 |
| **Privacy Class:** All **Users** who have enabled Voice and Audio Activity ("**Opted-In Users**") of GAEDs for which the location is set to "Home" or a location within "Home," such as "Living Room" or "Dining Room" ("**Google Home Devices**") who have a recording resulting from an instance in which Google Assistant records and transmits audio to Google without manual activation or a Hotword ("**False Accept**") associated with their Google account. | **Not a member:** Never an "Opted-In User" Tai Decl. ¶ 20 | **Not a member:** Never an "Opted-In User" Tai Decl. ¶ 20 | **Not a member:** Not an "Opted-in User"; Pixel device is not a "Google Home Device" Tai Decl. ¶ 20; Tasca Decl. ¶ 12. | **Not a member:** Not an "Opted-in User"; Samsung phone is not a "Google Home Device" Tai Decl. ¶ 20; Tasca Decl. ¶ 12. | **Not a member:** Never an "Opted-In User"; tablet is not a "Google Home Device" Tai Decl. ¶ 20; Tasca Decl. ¶ 12. |

## Summary Chart B: Proposed Classes and Class Representatives

| Proposed Class | Spurr | B.S. | Kumandan | L. Galvan | E. Galvan |
|---|---|---|---|---|---|
| **Privacy Disclosure Subclass:** All members of the **Privacy Class** for whom Google shared at least one recording resulting from a **False Accept** with a human reviewer. | Not a member: (see Privacy Class above); no False Accept disclosed to human reviewer<br><br>Tai Decl. ¶ 7 & Ex. A | Not a member: (see Privacy Class above); no False Accept disclosed to human reviewer<br><br>Tai Decl. ¶ 7 & Ex. A | Not a member: (see Privacy Class above); no False Accept disclosed to human reviewer<br><br>Tai Decl. ¶13 | Not a member: (see Privacy Class above); no False Accept disclosed to human reviewer<br><br>Tai Decl. ¶13 | Not a member: (see Privacy Class above); no False Accept disclosed to human reviewer<br><br>Tai Decl. ¶ 7 & Ex. A |
| **Privacy Use Subclass:** All members of the **Privacy Class** for whom Google used at least one recording or transcript resulting from a **False Accept** for: (i) testing or training of Google technology, or (ii) targeted advertising | Not a member: (see Privacy Class above); no False Accept used in dataset or for advertising<br><br>Tai Decl. ¶ 7 & Ex. B | Not a member: (see Privacy Class above); no False Accept used in dataset or for advertising<br><br>Tai Decl. ¶ 7 & Ex. B | Not a member: (see Privacy Class above); no evidence False Accept used in dataset or for advertising<br><br>Tai Decl., Ex. B | Not a member: (see Privacy Class above); no False Accept used in dataset or for advertising<br><br>Tai Decl., Ex. B | Not a member: (see Privacy Class above); no False Accept used in dataset or for advertising<br><br>Tai Decl. ¶ 7 & Ex. B |
| **SCA Class:** All **Opted-In Users** of GAEDs for whom Google shared at least one recording with a human reviewer. | Not a member: never an "Opted-In User"<br><br>Tai Decl. ¶ 20 | Not a member: never an "Opted-In User"<br><br>Tai Decl. ¶ 20 | Not a member: not an "Opted-in User"; no audio recordings sent for human review<br><br>Tai Decl. ¶¶ 13, 20 | Not a member: not an "Opted-in User"; no audio recordings sent for human review<br><br>Tai Decl. ¶¶ 13, 20 | Not a member: never an "Opted-In User"<br><br>Tai Decl. ¶ 20 |