# EXHIBIT BV

Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No. 5:19-cv-04286-BLF

**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: October 20, 2022
Time: 9:00 a.m.
Dept.: Courtroom 3, 5th Floor
Judge: Hon. Beth Labson Freeman

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Defendant Google LLC ("Google"). I submit this declaration in support of Defendants Alphabet Inc. and Google LLC's Motion for Summary Judgment ("Motion") in the above-referenced case. My job responsibilities include leading a team working on Speech Recognition technologies used in Google products. My areas of scientific expertise cover deep learning, sequence-to-sequence modeling, language modeling and other technologies related to natural language processing, as well as privacy-preserving modeling techniques. I am familiar with the operation and development of Google's on-device machine learning systems used for Google Assistant, and with the operation of Google Assistant.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

**Google Assistant**

3. Google Assistant ("Assistant"), which launched in May 2016, is a virtual personal assistant that can help users with a variety of tasks, including setting reminders, making telephone calls, answering questions, looking up the weather, playing music, and getting driving directions.

4. Assistant is available on a wide range of Google and third-party devices, including smart speakers and displays, smartphones, laptops, tablets, cars, televisions, and more.

5. Users can generally activate the Assistant by saying a hotword ("OK Google" or "Hey Google") or manually activating the Assistant on their device (e.g. by pressing a button).

6. If a user does not want the ability to access Assistant by voice, users can mute the microphone on their smart speaker or smart display, or turn off hotword functionality on their Android phone or tablet in settings.

7. [redacted]

8. Assistant is designed to wait in standby mode until it detects an activation, such as a hotword. When in standby mode, Assistant does not send any audio data to Google's servers. In standby mode, sounds are processed only on the user's device and automatically overwritten in

the device's memory after a few seconds unless a hotword is detected. This means that nearly all audio passing through the device's microphone is discarded.

[redacted]

[redacted]

11. Once Assistant is activated, a visual or audible status indicator on the user's device, such as an on-screen indicator or flashing LEDs on top of the device, will let the user know Assistant is activated.

12. [redacted]

13. [redacted]

14. [redacted]

15. [redacted]

16. [redacted]

17. Google is constantly working to improve the accuracy of its speech recognition technology, including its hotword model and its ASR system.

18. [redacted]

19. [redacted]

20. [redacted]

21. [redacted]

[Page content is redacted/blacked out]

-4-

5:19-cv-04286-BLF
DECLARATION OF FRANÇOISE BEAUFAYS ISO OPP. TO PLS.' MOT. FOR CLASS CERT.

30. Google also allows users on mobile devices to control whether their device can be activated by a hotword at all. If the user does not consent, Assistant will not activate on their mobile devices in response to a hotword.

31. In April 2020, Google released the hotword Sensitivity Slider, which allows users to control how sensitive Assistant is to the hotword by increasing or decreasing the threshold at which their Assistant activates.

32. Further, in January 2021, Google launched "guest mode" for users of shared devices, such as Google smart speakers and smart displays. When guest mode is enabled, Google does not save Assistant audio recordings in users' Google accounts, even if the device owner has enabled the Voice and Audio Activity setting (the setting that controls whether any audio is saved at all). Anyone around the device can enter and exit guest mode by voice, such as by saying "Hey Google, turn on Guest Mode" or "Hey Google, turn off Guest Mode."

33. [redacted]

34. [redacted]

[redacted] [redacted]

36. [redacted]

[redacted] [redacted]

38. [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 13, 2022 in Mountain View, CA.

DocuSigned by:
Francoise Beaufays
2E456B12FC7740D...
FRANÇOISE BEAUFAYS

-6-

5:19-cv-04286-BLF
DECLARATION OF FRANÇOISE BEAUFAYS ISO OPP. TO PLS.' MOT. FOR CLASS CERT.