# EXHIBIT BW

Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No. 5:19-cv-04286-BLF

**DECLARATION OF NINO TASCA IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: October 20, 2022
Time: 9:00 a.m.
Dept.: Courtroom 3, 5th Floor
Judge: Hon. Beth Labson Freeman

I, Nino Tasca, declare as follows:

1. I am a Director, Product Management for Speech, which is a division of the Google Assistant ("Assistant") product team at Google LLC ("Google"). My job responsibilities include guiding and managing engineering and technical resources to deliver improved Google Speech products. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

**Settings**

2. To sign up for a Google account and use most Google services (including, e.g., Gmail), users must affirmatively agree to Google's Terms of Service ("TOS") and are provided Google's Privacy Policy. The TOS and Privacy Policy are not specific to Assistant, but rather apply to a broad range of Google's products and services.

3. Google offers a variety of settings that allow users to control what data Google collects from users' Assistant interactions, and what Google does with that data. These settings generally are presented to users when they set up Assistant or their Assistant enabled device. After set up, users can change these settings at any time in the user settings controls.

4. For example, the Web & App Activity ("WAA") setting controls whether Google stores a user's activity on Google's services, including the user's activity on Assistant, to their Google Account.

5. The Voice and Audio Activity ("VAA") setting (which is a subsetting under WAA) allows users to choose whether they want Google to save their audio activity when they interact with certain Google services, including Assistant, to their Google Account. Although the language of VAA has changed over time, since at least May of 2016 when Assistant launched, users have been informed that by enabling VAA, they are consenting to Google saving and using their audio data to improve Google's speech recognition technologies. VAA has always been "off" by default, meaning no audio data is saved to a user's account unless the user affirmatively turns it on and provides consent.

6. In August 2020, Google updated the VAA consent language. In the updated version, users first decide whether to click the "start saving audio" button or the "not now" button. Users who select "start saving audio" receive a notice explaining, among other things:

> Google uses your audio to develop and improve its audio recognition technologies and the Google services that use them, like Google Assistant. To do this, a sample of audio is analyzed by trained reviewers, who listen to, transcribe, and annotate it. This process helps services better understand what people say to them. . . .
>
> Sometimes, audio might be saved if your device incorrectly detects an activation. We're constantly working to make our systems better at reducing unintended activations.

7. When this update launched, Google disabled VAA for all users. To re-enable VAA and start saving audio to their account, users must view and consent to the updated language. Alternatively, users could take no action, and VAA would remain off. Google also notified Assistant users by email that VAA would remain off until they reviewed the updated language and reenabled the setting.

8. Assistant users can also choose to enable Voice Match, which enables Google to recognize the user's voice relative to others. Voice Match launched for some Assistant enabled devices in 2017, and continued expanding to additional devices. Users are asked during Assistant setup whether they want to enable Voice Match. [REDACTED]

9. Since December 2020, Google has also allowed U.S. users on Android mobile devices running Android 5.0 and up to control whether their device can be activated by a hotword ("Hey Google" or "OK Google"). On those devices, a user must expressly agree to allow Assistant to be activated by a hotword, and must also enable Voice Match, so that all incoming voice queries must pass both the hotword and Voice Match check to activate Assistant [REDACTED]

[redacted] If the user does not enable Voice Match and consent to hotword detection, Assistant will not activate on their mobile devices in response to a hotword.

10. In April 2020, Google released the Sensitivity Slider for Google's smart speakers and smart displays and most third-party speakers, which allows users to control how sensitive Assistant is to the hotword, by increasing or decreasing the threshold at which Assistant activates on their devices. [redacted]

11. In January 2021, Google launched "guest mode" for users of shared devices, such as Nest smart speakers and displays. When guest mode is enabled, Google does not save Assistant audio in users' Google Accounts, even if the device owner has VAA enabled. Anyone around the device can enter and exit guest mode by voice, such as by saying "Hey Google, turn on Guest Mode."

12. Certain Assistant enabled devices, such as Nest smart speakers and displays, allow the user to set a location and choose a "room" for the device using the Google Home app. The default location is "Home." Google does not and cannot confirm whether the location or room set by the user is accurate. These configuration options are not available for mobile devices.

13. Users can input any name they like for the location or the room.

**Advertising**

14. [redacted]

[Page content redacted]

-4-

5:19-cv-04286-BLF
DECLARATION OF NINO TASCA ISO OPP. TO PLS.' MOT. FOR CLASS CERT.

**Google Assistant Enabled Devices ("GAEDs")**

21. Some GAEDs are manufactured by Google ("Google GAEDs"). These include Pixel phones, Pixel earbuds, Nest Hub, Nest Mini, and Nest Audio, certain Nest cameras, certain Chromebooks, and Chromecast with Google TV. Nest Audio and Nest Mini are smart speakers, and are newer versions of the devices that were previously branded as "Google Home" and "Google Mini."

22. Google GAEDs can all be purchased directly from Google via its online Google Store and physical retail stores. Device purchases from the online Google Store are governed by the Google Store Sale Terms, available at https://store.google.com/intl/en_us/about/device-terms/.

23. Some Google GAEDs, including certain Pixel and Home devices, are also governed by the Google Arbitration Agreement - Devices, Related Accessories, and Related Subscription Services, available at https://support.google.com/store/answer/9427031, which is displayed to users during device setup and included in the box with the device.

24. Google GAEDs also can be purchased from a wide array of authorized third-party retailers, subject to those retailers' own contractual terms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2022, in San Francisco, CA.

DocuSigned by:
Nino Tasca
461A186A0758435...

NINO TASCA