# EXHIBIT A

**Common Questions Identified in Plaintiffs' Opening Class Certification Brief**

| |
|---|
| **Purchaser Class**: All Users who purchased a Google-Made Device. (Opening Brief (ECF No. 222-1) at 1:9 & nn. 2-3). |
| Represented by: Plaintiffs Kumandan and Spurr (*See* Oct. 20 Hr'g Tr. at 9:23-10:10). <br> Claims asserted: Breach of Contract and Unfair Competition Law. |

| Breach of Contract ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Google made uniform representations to Class Members in its contracts, promising that the Assistant will only record information when users intentionally use the Assistant (*e.g.*, activating it with a Hotword) and that Google will not share users' audio beyond those circumstances disclosed in its Privacy Policies. | 11:2-5; *see also* 16:25-17:8 |
| Whether Google breached those promises by surreptitiously recording users' audio and then subsequently sharing such audio with third parties. | 11:5-6; *see also* 17:11-14 |
| Whether Google's breach resulted in a common harm to Plaintiffs and Class Members who overpaid for GAEDs as a result of the price inflation attributable to the Challenged Claims [Google's "uniform, contractual promises of privacy"]. | 11:6-8 3:3-4 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| Unfair Competition Law ("UCL") ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Google's conduct was "unlawful" under the UCL because it committed privacy violations under the statutory and common law claims discussed below. | 21:7-13 |
| Whether Google's conduct was "unfair" because it "violated California's strong public policy of protecting privacy [based on] intercepting, recording, disclosing or otherwise misusing Plaintiffs' and Class members' private conversations . . .," as evidenced by the frequency of False Accepts as well as Google's violations under the statutory and common law claims discussed below. | 21:14-21 |

| | |
|---|---|
| Whether Class Members overpaid for GAEDs as a result of the price inflation attributable to the Challenged Claims [Google's "uniform, contractual promises of privacy"]. | 23:7-15; 3:3-4 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| |
|---|
| **Privacy Class**: All Opted-In Users of Google Home Devices who have a recording resulting from a False Accept associated with their Google accounts.<br><br>\* As discussed at the October 20, 2022 hearing, Plaintiffs are no longer pursuing the Privacy Use or Privacy Disclosure Subclasses. (*See* Oct. 20 Hr'g Tr. at 13:23-14:7; 50:13-15.) |
| <u>Represented by</u>: Plaintiff Spurr (*See* Oct. 20 Hr'g Tr. at 12:12-15).<br><u>Claims asserted</u>: Wiretap Act, California Invasion of Privacy Act, invasion of privacy under the California Constitution, and intrusion upon seclusion. |

| Wiretap Act ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Class Members had a reasonable expectation of privacy in the communications at issue in their homes. | 18:13-15; 19:4-23 |
| Whether Class Members consented to Google's collection, use, and sharing of their audio recordings. | 19:26-20:3 |
| Whether Class Members were aware of Google's practices. | 20:5-14 |
| Whether Google surreptitiously collected Class Members' communications as a result of False Accepts. | 11:14-15 |
| Whether Google acted with intent to intercept False Accept audio. | 20:17-21; 21:3-5 |
| Whether Google's practices meet the threshold showing for statutory damages. | 23:26-24:2 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| California Invasion of Privacy Act ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Class Members had a reasonable expectation of privacy in the communications at issue in their homes. | 18:13-15, 19:4-23 |
| Whether Class Members consented to Google's collection, use, and sharing of their audio recordings. | 19:26-20:3 |

| | |
|---|---|
| Whether Google surreptitiously collected Class Members' communications as a result of False Accepts. | 11:14-15 |
| Whether Class Members were aware of Google's practices. | 20:5-14 |
| Whether Class Members are eligible for the statutory remedy of $5,000 per violation. | 24:16-21 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| Invasion of Privacy under California Constitution ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Class Members had a reasonable expectation of privacy in communications at issue in their homes. | 18:13-15; 19:4-23 |
| Whether Class Members consented to Google's collection, use, and sharing of their audio recordings. | 19:26-20:3 |
| Whether Google surreptitiously collected Class Members' communications as a result of False Accepts. | 11:14-15 |
| Whether Class Members were aware of Google's practices. | 20:5-14 |
| Whether Google profits from its violations of Class Members' privacy. | 24:23-25:4 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| Intrusion Upon Seclusion ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Class Members had a reasonable expectation of privacy in the communications at issue in their homes. | 18:13-15, 19:4-23 |
| Whether Class Members consented to Google's collection, use, and sharing of their audio recordings. | 19:26-20:3 |
| Whether Google surreptitiously collected Class Members' communications as a result of False Accepts. | 11:14-15 |
| Whether Class Members were aware of Google's practices. | 20:5-14 |
| Whether Google profits from its violations of Class Members' privacy. | 24:23-25:4 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |

| |
|---|
| **SCA Class**: All Opted-In Users of GAEDs for whom Google shared at least one recording with a human reviewer. |
| Represented by: Plaintiff Spurr (*See* Oct. 20 Hr'g Tr. at 15:6-8). |
| Claims asserted: Stored Communications Act. |

| Stored Communications Act ||
|---|---|
| **Common Question** | **Opening Brief Citation** |
| Whether Google disclosed users' communications to third parties without consent. | 11 n.11 |
| Whether Google surreptitiously collected Class Members' communications as a result of False Accepts. | 11:14-15; *see also* 20:17-21; 21:3-5 |
| Whether Google disclosed illegally obtained audio to third parties. | 11:17-18 |
| Whether Class Members are entitled to the statutory minimum damages of $1,000 each. | 24:9-14 |
| Whether Class Members are entitled to nominal damages. | 25 n.16 |