UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PARTIES TO ADVISE COURT REGARDING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>[Re: ECF No. 349] |

Defendants Alphabet Inc. and Google LLC (collectively "Google") filed a Motion for Relief from Nondispositive Order of Magistrate Judge. ECF No. 349. Google asks for relief from the Magistrate Judge's order (ECF No. 331) requiring Google to produce a random sampling of speech logs. *Id.* at 1.

The Court requests that the parties advise the Court whether it should postpone ruling on Google's motion and stay Google's discovery obligations under the Magistrate Judge's order until after the Court rules on Plaintiffs' Motion for Class Certification (ECF No. 222) on the basis that the outcome of Google's motion might be affected by the Court's class certification order. The Court DIRECTS each party to submit a response to this order **not to exceed three pages** by **November 10, 2022**.

**IT IS SO ORDERED.**

Dated: November 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge