Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
Eearl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8510
Facsimile: 206.359.9510

Attorneys for Defendants Alphabet Inc.
and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION, | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S STATUS RE REPORT PURSUANT TO COURT'S ORDER (DKT. 331)** |

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Google LLC ("Google"). I submit this declaration in support of Defendants Alphabet Inc. and Google LLC's Status Report Pursuant to the Court's Order (Dkt. 331) in the above-referenced case.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

3. Google's initial sampling proposals, including the proposal submitted to the Court on October 19, 2022 (Dkt. 322-01), contemplated using a specific internal tool to identify and produce the sampled data.

4. That tool has the benefits of being relatively simple and fast to use to collect and process sample sets of a relatively limited size, i.e., in the tens of thousands of queries. It is not, however, capable of processing, collecting, and producing the volume of data that the Court has required Google to produce in its order dated October 20, 2022, Dkt. 331 ("Sampling Order"), which has been estimated to be approximately 40 million queries.

5. As a result, immediately after the October 20, 2022 hearing, Google had to change its approach to use a custom-built tool, which is more powerful but which also requires more upfront engineering work to design and write the necessary code.

6. Performing the required data sampling using that custom tool requires Google engineers to (1) design the process and write the code to be used to collect and produce the sampled data; (2) obtain review and signoff on the design from engineers with specialized knowledge of each of the several systems involved; (3) implement the design; (4) test the implementation to confirm it conforms to the design and performs the sampling and analysis as required by the Order and agreed to by the parties; (5) run the code to pull the sample; and finally (6) address any runtime errors or bugs that may unexpectedly arise.

7. The process of designing, writing, and reviewing the code is time consuming, and requires time investment from a limited set of specific engineers that already have the requisite knowledge of the data and systems involved. These processes cannot all be accelerated by adding more team members.

8.      Since the October 20, 2022 hearing, several Google engineers have spent significant time preparing and reviewing the design and preliminary implementation of both the overall process and the specific procedures required to collect and produce the data sample required by the Sampling Order.

9.      The overall process designed by the Google engineering team consists of the steps reflected in the table below. Google's progress on those steps are also reflected in the table below.

| No. | Description | Status |
|---|---|---|
| 1. | **Account Setup.** Create and configure the technical accounts necessary to run the code when implemented, including assigning machine resources and ensuring the accounts have the necessary permissions to be able to access all necessary data from all necessary systems. | Complete |
| 2. | **Stage 1.** Design, review, implement, test, and run the code that will (1) identify the pool of queries for each day selected by Plaintiffs; (2) identify the 0.5% data sample; and (3) extract basic metadata regarding the queries in the 0.5% data sample. | Design and initial exploratory implementation complete, undergoing further review and testing. |
| 3. | **Stage 2.** Design, review, implement, test, and run the code to access all necessary systems and extract all relevant speech log data for the 0.5% sampled queries. | Design, review, and initial exploratory implementation in progress. |
| 4. | **Stage 3.** Design, review, implement, test, and run the code to produce a human-readable version of the sampled data, | Design in progress. |

| No. | Description | Status |
|---|---|---|
|  | including pseudonymizing the Google Account ID and converting the data into the production format. |  |
| 5. | **Stage 4:** Design, review, implement, test, and run the code to conduct the required analysis for each sampled data set, i.e., to calculate (1) the number of queries where the machine-generated transcript did not contain a hotword; (2) the number of queries that were sent to a human reviewer; and (3) the number of queries that were included in a dataset. | Design in progress. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 10, 2022, in Mountain View, California.



_____
FRANÇOISE BEAUFAYS