UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Plaintiffs SHALL submit a response to Defendants Alphabet Inc. and Google LLC's "Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge" (ECF No. 349) no later than **November 23, 2022**. Plaintiffs' response shall **not exceed 5 pages**.

**IT IS SO ORDERED.**

Dated: November 14, 2022

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　United States District Judge