# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>           Defendants. | Case No.  19-cv-04286-BLF<br><br>**ORDER STAYING PRODUCTION** |

The Court hereby stays Defendants Alphabet Inc. and Google LLC's production obligations under the Order Following October 20, 2022 Discovery Hearing on Sampling Plan (ECF No. 331) so that the Court can consider whether the production would violate the Stored Communications Act and consider Google's Motion for Relief from Non-Dispositive Pretrial Order.

**IT IS SO ORDERED.**

Dated:  November 14, 2022

BETH LABSON FREEMAN
United States District Judge