Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN RESPONSE TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED, ECF NO. 356**<br><br>Judge: Hon. Beth Labson Freeman |

1.      I, MARGARET MACLEAN, am an attorney admitted to practice law in the State of New York and a partner at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2.      In accordance with this Court's November 17, 2022 Order Granting in Part and Denying in Part Defendants' Administrative Motion to Consider Whether Plaintiffs' Materials

Should be Sealed, ECF No. 356, Plaintiffs file this Declaration in support of their request to maintain portions of Exhibits A, C, D, E, F, G, I, and J under seal.

3.      Plaintiffs request narrowly tailored redactions of Exhibits A, C, D, E, F, G, I, and J to protect from revelation certain personal information contained therein, including email addresses, home addresses, and device identification numbers.

4.      Exhibit A contains information such as Plaintiff Spurr and non-party Steven Spurr's email addresses, device name, and device identification number. Annexed hereto is a true and accurate copy of Exhibit A with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

5.      Exhibit C contains information such as non-party Steven Spurr's email address, home address, Google Order Number, and payment information. Annexed hereto is a true and accurate copy of Exhibit C with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

6.      Exhibit D contains information such as non-party Steven Spurr's email address. Annexed hereto is a true and accurate copy of Exhibit D with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

7.      Exhibit E contains information such as non-party Frank Aguiar's Google username. Annexed hereto is a true and accurate copy of Exhibit E with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

8.      Exhibit F contains information such as Plaintiff Eleeanna Galvan's email address, and non-party Frank Aguiar's email address. Annexed hereto is a true and accurate copy of Exhibit F with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

9.      Exhibit G contains information such as Plaintiff Lourdes Galvan's and non-party Frank Aguiar's email addresses. This Exhibit also contains testimony regarding certain sensitive private conversations regarding gangs between Plaintiff Lourdes Galvan and Plaintiff Eleeanna Galvan that could make them targets of crime. Annexed hereto is a true and accurate copy of

DECLARATION OF MARGARET MACLEAN IN RESPONSE TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED, ECF NO. 356. CASE NO. 19-cv-04286-BLF

1

Exhibit G with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

10.     Exhibit I contains information such as Plaintiff Melissa Spurr's and minor B.S.'s email addresses. Annexed hereto is a true and accurate copy of Exhibit I with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

11.     Exhibit J contains information such as non-party Steven Spurr's payment information, email address, and device names. Annexed hereto is a true and accurate copy of Exhibit J with only Plaintiffs' narrowly tailored, proposed redactions highlighted.

12.     Plaintiffs no longer seek to seal any portion of Exhibit H or Exhibit AA.


Dated:  November 28, 2022            _/s/ Margaret MacLean_____
                                     Margaret MacLean (*pro hac vice*)
                                     **LOWEY DANNENBERG, P.C.**
                                     44 South Broadway, Suite 1100
                                     White Plains, NY 10601
                                     Telephone: (914) 997-0500
                                     Facsimile: (914) 997-0035
                                     mmaclean@lowey.com

DECLARATION OF MARGARET MACLEAN IN RESPONSE TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED, ECF NO. 356. CASE NO. 19-cv-04286-BLF

2