Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
Eearl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8510
Facsimile:  +1.206.359.9510

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**GOOGLE LLC AND ALPHABET INC.'S SECOND STATUS REPORT PURSUANT TO COURT'S ORDER (DKT. 331)**<br><br>Judge:   Hon. Susan van Keulen |

Pursuant to the order of the Court dated October 20, 2022, Dkt. 331 ("Sampling Order"), Defendants Google LLC and Alphabet Inc. (collectively "Google") submit this status report.

On November 3, 2022, Google filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge ("Motion for Relief"), requesting that the Sampling Order be modified in certain respects. *See* Dkt. 349. On November 4, 2022, Judge Beth Labson Freeman issued an order directing the parties to advise the Court by November 10, 2022, "whether it should postpone ruling on Google's motion and stay Google's discovery obligations under the Magistrate Judge's order until after the Court rules on Plaintiffs' Motion for Class Certification." Dkt. 350. Google and Plaintiffs each responded to Judge Freeman's order, *see* Dkts. 351, 353. On November 14, 2022, Judge Freeman issued an order staying Google's "production obligations under the [Sampling] Order . . . so that the Court can consider whether the production would violate the Stored Communications Act and consider Google's Motion for Relief from Non-Dispositive Pretrial Order." Dkt. 355. As of this date, Google's production obligations remain stayed, and Judge Freeman has not yet ruled on Google's Motion for Relief.

Dated: December 1, 2022                           **Perkins Coie LLP**

                                                  By: /s/ Sunita Bali
                                                      Bobbie J. Wilson, Bar No. 148317
                                                      Sunita Bali, Bar No. 274108
                                                      Erin K. Earl (*pro hac vice*)

                                                  Attorneys for Defendants Alphabet Inc. and Google LLC