# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS TO CLASS CERTIFICATION ORDER, OR STATEMENT THAT NOREDACTIONS ARE REQUESTED, BY JANUARY 6, 2023** |

On December 16, 2023, the Court issued an Order on Plaintiffs' motion for class certification. ECF No. 360. The order was filed conditionally under seal because it may refer to sealed material or material subject to a pending request to seal.

The parties SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket, or a statement that no redactions are requested, by January 6, 2023. If the parties request redactions, they shall submit a proposed redacted version of the order with their joint request.

**IT IS SO ORDERED.**

Dated: December 16, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge