**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| ASIF KUMANDAN, et al., | Case No.  19-cv-04286-BLF |
| Plaintiffs, | |
| v. | **ORDER REGARDING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |
| GOOGLE LLC, et al., | |
| Defendants. | |

The Court currently has pending Defendants' Motion for Relief from Nondispositive Pretrial Order concerning Judge van Keulen's Sampling Order, ECF No. 331.  The Court stayed Google's production obligations so that it could consider the merits of Google's request for review.

Now that the Court has issued its Order on Class Certification, ECF No. 360, the Court inquires of the parties whether the scope of the Sampling Order should be revisited by Judge van Keulen in light of the certification of only the Purchaser Class before this Court considers Google's Motion for Relief.  The parties shall each submit a response of no more than 3 pages by January 5, 2023.

**IT IS SO ORDERED.**

Dated:  December 16, 2022

_____

BETH LABSON FREEMAN
United States District Judge