Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: 415-913-7800
Facsimile:  415-759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

*Attorney for Plaintiffs*
*ASIF KUMANDAN, MELISSA SPURR,*
*MELISSA SPURR, as guardian of*
*B.S., a minor, LOURDES GALVAN, AND ELEEANNA GALVAN*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINSITRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Beth L. Freeman |

1. Pursuant to 28 U.S.C. § 1746, I, Margaret MacLean, submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File Renewed Motion for Class Certification. I am an attorney admitted to practice law in the State of New York and a partner at the law firm Lowey Dannenberg P.C.. I am admitted *pro hac vice* in the above-referenced matter (the "Action"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently under oath thereto.

2. On December 27, 2022, I emailed counsel for Google advising them of Plaintiffs' intent to file this Administrative Motion, describing the relief Plaintiffs would seek, and asking whether Google would stipulate to Plaintiffs' filing of the motion as provided in Local Rule 7-11.

3. On December 29, 2022, counsel for Google responded seeking more detail about Plaintiffs' basis for making this Administrative Motion. I provided the requested detail. Counsel for Google then responded that Google would not agree to stipulate to Plaintiffs' filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Brooklyn, New York on December 30, 2022.

Dated:  December 30, 2022

/s/ *Margaret MacLean*
Margaret MacLean (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
mmaclean@lowey.com

---

1

DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION
CASE NO. 5:19-cv-04286-BLF