UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION** |

The Court, having considered Plaintiffs' Administrative Motion for Leave to File Renewed Motion for Class Certification and all other papers submitted thereto, hereby grants Plaintiffs' motion. Plaintiffs shall file their renewed motion for class certification within 14 days of this Order.

Dated: _____

_____
HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT COURT JUDGE