1

Bobbie J. Wilson, Bar No. 148317
*BWilson@perkinscoie.com*

2

Sunita Bali, Bar No. 274108
*SBali@perkinscoie.com*

3

**PERKINS COIE LLP**
505 Howard Street, Suite 1000

4

San Francisco, CA  94105
Telephone: 415.344.7000

5

Facsimile:  415.344.7050

6

Erin K. Earl (*pro hac vice*)
*EEarl@perkinscoie.com*

7

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900

8

Seattle, Washington 98101-3099
Telephone: 206.359.8000

9

Facsimile: 206.359.9000

10

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16

17

IN RE GOOGLE ASSISTANT PRIVACY
LITIGATION

Case No. 5:19-cv-04286-BLF

18

19

20

**DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION**

21

Judge:     Hon. Beth Labson Freeman

22

23

24

25

26

27

28

1    **DECLARATION OF SUNITA BALI**

2        I, Sunita Bali, declare as follows:

3        1.      I am a partner with the law firm of Perkins Coie LLP, and one of the attorneys

4    representing defendants Google LLC and Alphabet Inc. (collectively "Google") in this matter. I

5    am an attorney at law duly licensed to practice before all courts of the State of California. I have

6    personal knowledge of the matters set forth herein and am competent to testify.

7        2.      During discovery in this case, Google has produced over 3 million pages of

8    documents, responded to numerous written discovery requests, and provided deposition testimony

9    from 11 Google employees across 15 depositions.

10        3.      Attached hereto as **Exhibit A** is a true and correct copy of a document produced in

11    this litigation bearing the production stamp GOOG-ASST-00000065.

12        4.      Google produced the Settings Documents to Plaintiffs on August 17, 2022, after

13    seeing that Plaintiffs amended their proposed class definitions in their class certification motion to

14    rely on these settings.

15        I declare under penalty of perjury under the laws of the United States of America that the

16    forgoing is true and correct.  Executed this 3rd day of January 2023, in Oakland, California.

17

18                                              _/s/ Sunita Bali_____
                                                Sunita Bali
19

20

21

22

23

24

25

26

27

28

-1-

# Exhibit A

# Google Search Help

Describe your issue

Sign in

**Help Center**   Community   Announcements

Google Search

Use the Google App on Android  ›  Settings  ›  Manage Google voice and audio recordings

# Manage Google voice and audio recordings

You can let Google save a recording of your voice and other audio to give you more personalized experiences across Google services and to improve speech technologies for you and everyone.

**Important:** Based on other settings, voice and audio recordings may be saved in other places.

## What's saved in your voice and audio recordings

Google records your voice and audio, plus a few seconds before, when you use audio activations like:

- Saying activation commands like "Hey Google."
- Tapping the microphone icon.

## When voice and audio recordings are saved to your account

Your audio is saved to your Google Account only when:

- You're signed in to your Google Account and,
- Web & App Activity is turned on and,
- "Include voice and audio recordings" is checked

Audio can be saved even when your device is offline.

**Note**: Not all apps support saving audio to your account.

## How voice and audio recordings improve your experience

To help you get better results using your voice, Google uses your voice and audio recordings to:

- Learn the sound of your voice.
- Learn how you say words and phrases.
- Recognize when you say activation commands, like "Hey Google."
- Improve speech recognition across Google products that use your voice.

Computer   **Android**   iPhone & iPad

## Turn voice and audio recordings on or off

1. On your Android phone or tablet, open your device's Settings app  ›  **Google**  ›  **Manage your Google Account**.
2. At the top, tap **Data & personalization**.
3. Under "Activity controls," tap **Web & App Activity**.
4. Check or uncheck the box next to "Include voice and audio recordings" to turn the setting on or off.

When voice and audio recordings are off, voice inputs won't be saved to your Google Account, even if you're signed in.

**Important:** Based on other settings, voice and audio recordings may be saved in other places.

## View or delete your voice and audio recordings

Your voice and audio recordings are private, and can only be viewed if you're signed in to your Google Account.

### View your voice and audio recordings ⌃

1. On your Android phone or tablet, open your device's Settings app  ›  **Google**  ›  **Manage your Google Account.**
2. At the top, tap **Data & personalization**.
3. Under "Activity controls," tap **Web & App Activity**  ›  **Manage Activity**. On this page, you can:
   - View a list of your past activity. Items with the audio icon 🎤 include a recording.
   - Play the recording, click **Details** next to the audio icon 🎤  ›  **View recording**  ›  **Play** ▶ .

If you see the "Transcript not available" message, your microphone was turned off or there was too much background noise during that activity.

### Delete recordings from your Web & App Activity ⌃

#### Delete items one at at time

1. On your Android phone or tablet, open your device's Settings app  ›  **Google**  ›  **Manage your Google Account.**
2. At the top, tap **Data & personalization**.
3. Under "Activity controls," tap **Web & App Activity**  ›  **Manage Activity**. On this page, you'll see a list of your past activity. Items with the audio icon 🎤 include a recording.
4. Next to the item you want to delete, tap More ⋮  ›  **Delete**.

## Settings

📄 Delete your activity

📄 Change your Google app settings

📄 Use Google Search, Google app & Discover with a work or school account

📄 **Manage Google voice and audio recordings**

📄 See or delete your activity in the Google app

📄 Change your Google app location settings

📄 Open web pages inside the Google app

GOOG-ASST-00000065

## Delete all items at once

**Note:** These steps will delete all of your Web & App Activity items, not just items that include a recording.

1. On your Android phone or tablet, open your device's Settings app  〉 **Google** 〉 **Manage your Google Account.**
2. At the top, tap **Data & personalization.**
3. Under "Activity controls," tap **Web & App Activity** 〉 **Manage Activity.** On this page, you'll see a list of your past activity. Items with the audio icon 🎤 include a recording.
4. On the top right, select More ⋮ 〉 **Delete activity by.**
5. Under "Delete by date," select Down arrow ⌄ 〉 **All time.**
6. At the bottom, select **Delete** 〉 **Delete.**

## Other places voice and audio recordings may be saved

The Voice and audio recordings setting does not affect other Google services (like Voice or YouTube) that you may use to save voice and audio information.

Depending on other device settings, voice and audio recordings may still be saved on your device. Improvements to speech models may also be sent to Google without uploading your voice and audio recordings. For example, when the Improve Gboard setting is on, Gboard can improve word suggestions for everyone without sending what you say to the server. Learn how Gboard gets better.

## Related articles

- Delete your activity 🗗
- Google app settings 🗗

💬 Give feedback about this article

**Was this helpful?**    Yes        No

©2020 Google - Privacy Policy - Terms of Service        English ▾

GOOG-ASST-00000066