UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. Beth Labson Freeman |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to File Renewed Motion for Class Certification, Google's Opposition thereto, and the evidence of record, the Court DENIES Plaintiffs' Administrative Motion for Leave to File Renewed Motion for Class Certification.

**IT IS SO ORDERED.**

DATED: _____, 2023          _____
                                      Hon. Beth Labson Freeman
                                      United States District Judge