Pages 1 - 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Beth Labson Freeman, Judge

```
In re:                                 )
                                       )    NO. 5:19-CV-4286-BLF
GOOGLE ASSISTANT PRIVACY LITIGATION    )
                                       )
_____)
```

San Jose, California
Thursday, October 20, 2022

**TRANSCRIPT OF REMOTE ZOOM VIDEOCONFERENCE PROCEEDINGS**
**CASE MANAGEMENT CONFERENCE**

(APPEARANCES ON FOLLOWING PAGE)

TRANSCRIPTION SERVICE BY:    Dipti Patel, CET-997
                             Liberty Transcripts
                             7306 Danwood Drive
                             Austin, Texas 78759
                             (847) 848-4907

**APPEARANCES VIA ZOOM VIDEOCONFERENCE:**

For the Plaintiffs:

    LOWEY DANNENBERG, P.C.
    44 South Broadway, Suite 1100
    White Plains, New York 10601
  **BY: CHRISTIAN LEVIS, ATTORNEY AT LAW**
      **ALESANDRA GRECO, ATTORNEY AT LAW**
      **MARGARET MACLEAN, ATTORNEY AT LAW**
      **ANDREA FARAH, ATTORNEY AT LAW**
      **RADHIKA GUPTA, ATTORNEY AT LAW**

    Lexington Law Group
    503 Divisadero Street
    San Francisco, California 94117
  **BY: MARK TOZDO, ATTORNEY AT LAW**

    Scott & Scott LLP
    600 West Broadway, Suite 3300
    San Diego, California 92101
  **BY: JOHN JASNOCH, ATTORNEY AT LAW**

For the Defendants:

    PERKINS COIE, L.L.P.
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101
  **BY: ERIN EARL, ATTORNEY AT LAW**

    PERKINS COIE, L.L.P.
    505 Howard Street, Suite 1000
    San Francisco, California 94105
  **BY: BOBBIE WILSON, ATTORNEY AT LAW**
      **SUNITA BALI, ATTORNEY AT LAW**

    Google LLC
    1600 Amphitheatre Parkway
    Mountain View, California 94043
  **BY: MAKESHA PATTERSON, ATTORNEY AT LAW**

| | |
|---|---|
| 1 | **Thursday - October 20, 2022**                                      **11:20 A.M.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---o0o--- |

4  **THE COURT:**  We also set this for further case management,
5  and I'm going to turn to that now.  I'm reluctant to set new
6  dates because I don't -- but I will.
7      I don't want you to have to start back to the summary
8  judgment until I've decided the class cert issue.  So this may b
9  subject to modification.  But I did have an opening in 2023.  I'm
10 setting cases in mid-2025 now.  I didn't want you to be
11 prejudiced that much.
12     And, Ms. Earl, I appreciate that you did all of your work to
13 comply with your last day for summary judgment.  And as I said in
14 my order, I didn't put it all together at the time I approved the
15 stipulated continuance of the class cert.  But especially when I
16 say how complicated this was, it made no sense for us to be
17 dealing with summary judgment now.
18     So thank you for your hard work.  I know that that was a
19 disappointment to you if no worse.  But I just wanted to address
20 it.
21     So I am able to reset your trial on September 11 of 2023.
22 So that's not very long from now.  That's less that a year.  Is
23 that going to work for you?  Because otherwise, I probably am
24 looking at 2025, and I don't have dates right now to give to you.
25     **MS. EARL:**  That's fine, Your Honor.

1   **THE COURT:** Okay. I'm going to set your final pretrial
2   conference on August 3 of 2023 at 1:30 in the afternoon. And I'm
3   going to hear your summary judgment motion on April 27 of 2023.
4   The plaintiffs never filed before I vacated dates, so you may not
5   file summary judgment.
6   　　It's just I'm going to let you refile the one that you had,
7   Ms. Earl, in time for the April 27 hearing. I'll reserve that
8   date for you. But I terminated the motion and based on my class
9   cert order, you will be free to redraft that as you wish.
10  　　I'm going to -- I think based on the complexity of this case
11  that I'm going to require that you work out a briefing schedule
12  that is at least a little bit more comfortable than the bare 35
13  days. I'm not going to suggest anything. I need the closing
14  brief two weeks before the hearing, but I think this is pretty
15  complicated, and I think that you ought to expand that at least
16  by two weeks but maybe more.
17  　　So I'm going to ask the two of you to meet and confer and
18  work out a briefing schedule for summary judgment. You're
19  welcome to wait until you see my class cert. If I don't certify
20  a class, you may be asking me to vacate these dates.
21  　　I don't know what you'll want to do. And I may certify one
22  class and not the others. That's certainly possible, as well.
23  It's not -- I don't look at it as all or nothing, but it may be
24  all but not because of a single reason is really what I'm saying.
25  　　Okay. Thank you again. And you'll get my orders's going to

1  take me a while to work through this.
2      **MR. LEVIS:**  I have one question before we go.
3      **THE COURT:**  Yes.
4      **UNIDENTIFIED COUNSEL:**  What date would you like the chart of
5  the predominance questions by?
6      **THE COURT:**  Oh.  Let's see.  Could I have that in two weeks?
7      **MR. LEVIS:**  Sure.
8      **THE COURT:**  I don't know what that date is.
9      **MS. EARL:**  And, Your Honor, on that point, are defendants
10 going to be allowed to respond to that --
11     **THE COURT:**  No.
12     **MS. EARL:**  -- filing?  Okay.
13     **THE COURT:**  I will require -- I'll tell you this.  Mr.
14 Levis, I'm going to require that you send that chart to Ms. Earl.
15 It's not that it has to be a stipulated chart, but I've given you
16 -- you have to pinpoint where it is in your opening brief.  And I
17 will let her point out to you that that question isn't in your
18 brief.  If I go to your brief and it's not there, I'll just X it
19 out.  So she'll be --
20     **MR. LEVIS:**  That's fine.
21     **THE COURT:**  -- doing you a great service.  But I will cross-
22 check it, but no.  The briefing is done.  I'm just asking, Mr.
23 Levis, to extract that for me because I was unable -- I mean I
24 just got lost in the thicket on all of that.
25     **MR. LEVIS:**  Sure.

1   **THE COURT:** But I do think it's fair for Ms. Earl to have
2   the chance to call out to you where she thinks that you didn't --
3   and the truth is in when you have to give me the page and line
4   number from and page and line, not just page. Page and line
5   number from your opening brief.
6   **MR. LEVIS:** Okay.
7   **THE COURT:** And that (indiscernible).
8   Thank you. I appreciate that.
9   Okay. Thank you again. And I will -- well, I'll get this
10  order out. It's going to take me quite a while, so thank you.
11  All right.
12  **MS. EARL:** Thank you.
13  **MR. LEVIS:** Thank you.
14  **THE COURT:** Let's turn to our -- and thank you to our court
15  reporter. I don't need the CMCs recorded -- reported, rather.
16  **THE CLERK:** Thank you, Summer.
17  (Proceedings adjourned at 11:24 a.m.)
18                          ---oOo---
19
20
21
22
23
24
25

7

**C E R T I F I C A T E**

I, DIPTI PATEL, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Dipti Patel*
_____

DIPTI PATEL, CET-997

LIBERTY TRANSCRIPTS                    Date: October 24, 2022

7

**C E R T I F I C A T E**

I, DIPTI PATEL, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Dipti Patel*
_____

DIPTI PATEL, CET-997

LIBERTY TRANSCRIPTS                    Date: October 24, 2022