# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br>    Plaintiffs,<br>v.<br>GOOGLE LLC, et al.,<br>    Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER REGARDING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER**<br><br>[Re: ECF No. 349] |

Before the Court is Google's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Mot., ECF No. 349. The order from which Defendants seek relief was issued on October 20, 2022, while Plaintiffs' motion for class certification was pending. Sampling Order, ECF No. 331. Google sought relief from the order on several grounds. While Google's Motion for Relief was pending, this Court granted in part and denied in part Plaintiffs' motion for class certification. Class Cert. Order, ECF No. 360. The Court subsequently inquired of the parties whether the scope of the Sampling Order should be revisited by Judge van Keulen in light of the certification of only the Purchaser Class before the Court considered Google's Motion for Relief. Order, ECF No. 362. The parties submitted responses to the order. *See* Plfs.' Resp., ECF No. 367; Google's Resp., ECF No. 368.

Having considered the parties' briefing, the Court finds that the scope of the Sampling Order should be revisited by Judge van Keulen. The Sampling Order includes sampling of data collected through Google devices and third-party devices, but the certified class is limited to Users who purchased a Google-Made Device, where a Google-Made Device is a Google Assistant Enabled Device that was "manufactured and sold by Google." *See* Class Cert. Order 5.

This matter is returned to Judge van Keulen to revisit the Sampling Order in light of the

scope of the Class Certification Order.  Google's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge is terminated as premature, without prejudice to refiling, if necessary, after Judge van Keulen completes her review.

**IT IS SO ORDERED.**

Dated:  January 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge