UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION.

Case No. 19-cv-04286-BLF (SVK)

**ORDER FOR SUPPLEMENTAL BRIEFING FOLLOWING HEARING**

Pursuant to the order by the Hon. Beth Labson Freeman to revisit the scope of the sampling order in place in this action, as well as the Parties' submissions on whether the scope should be revisited, a hearing was held on January 24, 2023. Dkt. 331, 368, 369, 370. Following argument by both sides, the undersigned ordered supplemental briefing as follows:

- No later than **February 7, 2023**, Google is to file i) a chart that identifies categories, by bates ranges and general descriptions, including time frames, of all documents produced in this action that quantify or estimate false accepts and/or audio recordings sent to human reviewers for the relevant class period. The chart must have columns for Plaintiffs' response and be provided to Plaintiffs as a Word document; and ii) a brief not to exceed 5 pages addressing the need for a sampling plan, modified or otherwise, in light of the class certification order.

- No later than **February 21, 2023**, Plaintiffs are to file i) responses to Google's identified document categories in the chart provided. Plaintiffs are to email the final chart as a Word document to SvKCRD@cand.uscourts.gov; and ii) a brief not to exceed 5 pages addressing the need for a sampling plan, modified or otherwise, in light of the class certification order.

**SO ORDERED.**

Dated: January 24, 2023

SUSAN VAN KEULEN
United States Magistrate Judge