# EXHIBIT 1

| Device | Date Arbitration Agreement First Effective | Arbitration Agreement Included in the Box? |
|---|---|---|
| Pixel 3 | Oct. 2018 (launch) | Yes |
| Pixel 3 XL | Oct. 2018 (launch) | Yes |
| Pixel 3a | May 2019 (launch) | Yes |
| Pixel 3a XL | May 2019 (launch) | Yes |
| Pixel 4 | Oct. 2019 (launch) | Yes |
| Pixel 4 XL | Oct. 2019 (launch) | Yes |
| Google Home | Dec. 2019 | No |
| Google Home Max | Dec. 2019 | No |
| Google Home Mini | Dec. 2019 | No |
| Google Nest Hub Max | Dec. 2019 | No |
| Google Nest Mini | Dec. 2019 | No |
| Google Nest Hub | Dec. 2019 | No |
| Pixel Buds | April 27, 2020 (launch) | Yes |
| Pixel 4a | Aug. 3, 2020 (launch) | No - pointer paragraph |

| Device | Date Arbitration Agreement First Effective | Arbitration Agreement Included in the Box? |
|---|---|---|
| Chromecast with Google TV (HD) | Sept. 22, 2022 (launch) | No - pointer paragraph |
| Pixel 4a (5G) | Sept. 30, 2020 (launch) | No - pointer paragraph |
| Pixel 5 | Sept. 30, 2020 (launch) | No - pointer paragraph |
| Chromecast with Google TV | Sept. 30, 2020 (launch) | No - pointer paragraph |
| Google Nest Audio | Sept. 30, 2020 (launch) | No - pointer paragraph |
| Google Nest Hub (2nd gen) | March 31, 2021 (launch) | No - pointer paragraph |
| Pixel Buds A-Series | June 17, 2021 (launch) | No - pointer paragraph |
| Pixel 6a | July 28, 2022 (launch) | No - pointer paragraph |
| Pixel 5a | Aug. 17, 2021 (launch) | No - pointer paragraph |
| Pixel 6 | Oct. 19, 2021 (launch) | No - pointer paragraph |
| Pixel 6 Pro | Oct. 19, 2021 (launch) | No - pointer paragraph |

| Device | Date Arbitration Agreement First Effective | Arbitration Agreement Included in the Box? |
|---|---|---|
| Pixel Buds Pro | July 28, 2022 (launch) | No - pointer paragraph |
| Pixel 7 | Oct. 6, 2022 (launch) | No - pointer paragraph |
| Pixel 7 Pro | Oct. 6, 2022 (launch) | No - pointer paragraph |
| Pixel Watch | Oct. 6, 2022 (launch) | No - pointer paragraph |
| Google Nest Wifi Point | Feb. 2022 | No |