# EXHIBIT 6

**Notice of Arbitration**

In accordance with the Google Arbitration Agreement - Devices, Related Accessories, and Related Subscription Services ("Arbitration Terms") set forth at g.co/devicearbitration, you acknowledge and agree that disputes relating to your Google device, related accessories, and related subscription services for your Google device ("Google Device") will be resolved through BINDING ARBITRATION on an individual, non-class basis, unless you have opted out or another exception applies as described in the Arbitration Terms. For disputes subject to arbitration, you agree to first send a written notice of the dispute by certified U.S. Mail or by Federal Express (or international equivalent) to Google's address for notice, Google LLC, Legal Department – Hardware Arbitration, c/o Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833. The notice has to include, if available: (a) the name of the person making the claim, (b) the type of Google Device, as applicable, (c) the serial number of the Google Device, (d) the email address used to activate the Google Device, as applicable, (e) a description of the nature and basis of the claim, (f) the result that is desired (e.g., an amount of money), and (g) the case number(s) assigned by Google to track previous attempts to resolve the dispute, if there is one. We each agree to try to resolve the claim, but if we can't do that within 60 days after the notice is received, you or Google may initiate an arbitration proceeding by following the American Arbitration Association ("AAA") Rules. Unless the parties agree otherwise, your demand for arbitration must be sent to Google's address for notice and entitled "Demand for Arbitration." Google will send demands for arbitration to you at the e-mail address provided in the notice of the dispute.