# EXHIBIT 9

Store

# Google Store Sales Terms

Effective Date: August 3, 2020

Welcome to the online Google Store (the "Store") provided by Google LLC, a Delaware corporation whose principal place of business is at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States (**"Google"** or **"we"**). Your purchase of devices and/or accessories (**"Device"**) and/or subscription services (**"Subscription Services"**) from the Store constitutes your agreement to be bound by these Devices Terms of Sale and any terms incorporated by reference, including the Return Policy, the terms of any limited warranty offered by Google (whether online or accompanying the product) and any other applicable terms in our Warranty Center (**"Terms"**).

**PLEASE CAREFULLY READ THE TERMS, INCLUDING THE AGREEMENT TO ARBITRATE IN SECTION 23, MEANING THAT ANY DISPUTE RELATED TO YOUR DEVICE AND/OR SUBSCRIPTION SERVICES PURCHASED FROM THE STORE WILL BE RESOLVED THROUGH BINDING ARBITRATION ON AN INDIVIDUAL, NON-CLASS BASIS.**

**YOUR PURCHASE OF A DEVICE OR SUBSCRIPTION SERVICES REQUIRES THAT YOU AGREE TO THE TERMS. IF YOU DO NOT UNDERSTAND THE TERMS OR DO NOT ACCEPT ANY PART OF THEM, DO NOT PLACE AN ORDER.**

1. **Google Services**

When you use any Google product or service through your Device or Subscription Services, your use is subject to the applicable terms and conditions for those services, including the Google Terms of Service. Use of certain Device features or Subscription Services may require that you open a Google account. Note that Google services and content may vary by region. All features, functionality and other product specifications are subject to change without notice or obligation.

2. **Google Payments or Guest Checkout**

## Store

Do not place an order if you do not agree to these payment terms. You may also need to maintain a Google Payments account to receive some support offered by Google. A Google Payments account is free.

### 3. Privacy

Please refer to our Google Privacy Policy and the Google Payments Privacy Policy for more information on how Google collects, uses and shares the information we receive from you.

Google may provide information about you to third parties to detect, prevent or otherwise address fraud, security or technical issues.

### 4. Support

Please refer to Google Store Support to learn more about any support offered by Google in connection with your Device. The Google support team will only provide support if you are located in a supported country with order management or technical support, as described in the Country Availability Page.

### 5. Ordering and Payment

By providing a credit card or other payment method accepted by Google, you represent and warrant that you are authorized to use the designated payment method, and you authorize us (or our third-party payment processor) to charge your payment method for the total amount of your order (including any applicable taxes and other charges detailed at checkout). If the payment method you provide cannot be verified, is invalid or is otherwise not acceptable, your order may be suspended or cancelled. You must resolve any problem we encounter in order to proceed with your order.

Google reserves the right to reject all or part of an order or a return request and may refuse to ship Devices to you for reasons such as: (a) if we detect suspicious or fraudulent activity (including unauthorized reseller activity) in violation of these Terms; (b) if you do not live in a country from which Devices may be purchased; or (c) if you order more than the permitted maximum number of Devices.

If you purchase installation services provided by a third party on the Google Store, you acknowledge that Google Payment Corp. ("GPC") will assist as an agent of the third

Store

party shall be deemed completed and discharged (except for buyer's obligations in the event of a chargeback or other reversal). Your purchase of installation services from the third party may be aggregated together with other purchases from the Store.

Purchases of third-party services are also subject to the terms and conditions governing your payment instrument (e.g., the credit card you used for payment) between you and the issuer of your payment instrument (e.g., your bank). You are responsible for any charges and related fees that may be imposed under the payment instrument terms and conditions as a result of your use of a payment instrument.

6. **Subscription Services**

We offer different subscription plans for our Subscription Services.

Continuous Subscriptions. When you purchase any of our Subscription Services, you expressly acknowledge and agree that (1) Google is authorized to charge you a monthly or annual subscription service fee depending on the billing cycle you choose (in addition to any applicable taxes) for as long as your subscription continues, and (2) your subscription is continuous until you cancel it or such Subscription Service is suspended, discontinued or terminated in accordance with these Terms.

Billing. We automatically bill the payment method associated with your Google account on a monthly or annual basis (depending on the billing cycle you choose). Day one of your billing cycle is tied to the date you activate your Subscription Services by pairing them to DeviceProduct(s). In the event you later decide to purchase additional Subscription Services (each, an "Add-On Service"), your payment for such Add-On Service will be prorated to the renewal date of your initial Subscription Service and the full amount of the add-on service will be charged on your subscription renewal date. You acknowledge that the amount billed may vary due to promotional offers, changes in your Subscription Services plan and changes in applicable taxes, and you authorize us to charge your payment method for the corresponding amounts.

Cancellations and Refunds. Please see this Cancellation Policy for how to cancel product subscription services.

Free Trials. We may offer free trials of our Subscription Services for limited periods of time. If we offer you a free trial, the specific terms of your free trial will be provided at

Store

our sole discretion.

Pre-paid Subscription Services. We may offer Devices Products that include pre-paid Subscription Services, either included in the purchase price or as a Bundle. Pre-paid Subscription Services may not be used with Devices Products other than the Device Product with which those pre-paid Subscription Services were purchased. If you purchase such DevicesProducts, and subject to these Subscription Services Terms, the pre-paid Subscription Services will begin on the date you pair your Device Product with your Google account and end on the date noted in your Google account following activation. If you cancel your pre-paid Subscription Services, those Subscription Services will be canceled permanently and you will not receive a refund. Pre-paid Subscription Services are subject to the same terms and conditions as other Subscription Services, including Google's right to suspend, discontinue or terminate the Subscription Services in accordance with these Terms.

7. **Prices and Taxes**

The Device and/or Subscription Service price displayed on the Store does not include any shipping charges. Information about shipping charges will be presented at checkout before you place your order. All prices displayed on the Store are subject to change at any time without notice.

In the event we change the pricing for any Subscription Service you have purchased, we will give you advance notice of this change. After receiving this notice, you will be deemed to have accepted the change in pricing, unless you cancel your subscription as set forth in section 6 above.

Applicable taxes will be presented at checkout or on the Device or Subscription Service description page, and such taxes are estimated and may be subject to change until you are charged.

8. **Delivery**

We may not be able to deliver Devices to all locations. Please consult our Country Availability Page for locations to which we will deliver your Device. If Google does not ship a Device to the address you provided, you will be sent a notice and you will not be charged for your order.

Store

charged for the Device (or charges already incurred will be reversed using the initial payment method in your Google Payments account), but you may be charged for shipping (and such charges may not be reversed). If a Device is not successfully delivered because we or a delivery agent made a mistake, you will not be charged at all and all charges will be reversed.

If you do not receive your Device, please contact Google Store Support.

If you do not receive your order after Google has made 2 delivery attempts (for example the package has been lost or stolen before you receive it), Google may require a signature confirmation on the delivery and will replace the Device as opposed to issue a refund.

Any delivery dates or times provided by Google (or a delivery agent) are estimates only and are not guaranteed.

9. **Availability and Order Limits**

All Devices offered on the Store are subject to availability. We reserve the right to discontinue offering certain Devices without prior notice.

Certain products have quantity limits. You may not order more than the maximum number of Devices that we specify on a product page or in a product description. For example, the product description or product page may contain a maximum order limit for a particular Device.

10. **Pricing Mistakes**

We try very hard to make sure there are no mistakes in the prices that appear on the Google Store. In the unlikely event that a mistake happens, you agree that Google will not be bound by that incorrect price and may cancel your order. If a mistake is discovered and you haven't been charged yet, we will let you know the correct price, and you will be given the option to continue with your order at the correct price or cancel it.

11. **Promotions**

Store

### 12. **Import and Export**

The Device may be subject to import and export laws and regulations in the United States and elsewhere. You must comply with all domestic and international import and export laws and regulations that apply in connection with the Device. These laws may include restrictions on destinations, users, and end use.

### 13. **Use of the Device**

Please carefully read any instructions that come with the Device, including instructions that may be available online. In order to make use of any enhanced functionality of your Device, you may have to sign in to your Google account or open a Google account if you do not yet have one. Further, you agree to comply with any agreements applicable to your use of the Device or any software on the Device.

### 14. **Gifts**

You may only purchase Devices for personal use. You may not resell any Device, but you may give the Device as a gift.

### 15. **Device Technical Specifications**

Battery life for your Device, as described in any Device description page, will depend on Device settings, usage, and many other factors. Battery tests are conducted using specific Device units; actual results may vary. Devices with storage capacity may be preformatted with operating system software and other files. As a result, actual formatted capacity will be less than the memory listed in any Device description.

### 16. **Return Policy**

You must comply with our Return Policy here if you want to return a Device for a refund.

### 17. **Data and Deactivation**

You are responsible for managing any data stored on your Device, including, for example, deleting, transferring and creating back-ups of such data. For example, if you decide to return the Device, or if you have to send a Device to Google for repair or

Store

any data that resides on a Device.

If you tell Google that you have not received your Device, the Device is defective, or it has been lost or stolen, Google may deactivate that Device. Deactivation does not automatically delete personal or other data stored on your Device. We strongly recommend that you back-up your data periodically.

18. **Resale and Warranty**

The limited warranty in the Device box and in the Warranty section below is only for the benefit of the end user and not resellers.

19. **Defects; Warranties; Disclaimer of Warranties**

If the Device is or becomes defective through no fault of your own, you may have statutory rights such as repair or replacement of the defective Device, or in some cases, a price reduction, or the right to cancel the contract for a refund. Please always refer to the manufacturer for any manufacturer warranty, as described in the Warranty Center.

If you have a defective Device, please contact Google Store Support. If you purchase a Device through Project Fi, please contact Project Fi Support.

If the Device is manufactured by a third party, Google may refer you to the applicable manufacturer of the Device for support with Device defects.

If Google provides you with a replacement Device, you agree that Google may exchange the defective Device with a new or refurbished Device. If Google provides you with an advanced replacement device before we receive your defective Device, and you do not return the defective Device within the time communicated to you in notification emails, you authorize Google to charge your original form of payment for the full value of the replacement Device.

Nothing in this section affects your legal rights under statutory or applicable laws. Unless otherwise required under applicable laws, Google may only provide warranty support for Devices manufactured by Google that are located in a supported country, as described in the Country Availability Page.

Store

MANUFACTURERS EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, REGARDING ANY DEVICES, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.

20. **Limitation of Liability**

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE AND ITS SUBSIDIARIES AND AFFILIATES, INCLUDING SUPPLIERS (COLLECTIVELY, "GOOGLE PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH THE DEVICE OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A GOOGLE PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. IN ADDITION, IF YOU PURCHASED INSTALLATION SERVICES PROVIDED BY A THIRD PARTY ON THE GOOGLE STORE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL GOOGLE BE LIABLE FOR ANY DAMAGES, INCLUDING ANY PROPERTY DAMAGE, ARISING FROM OR RELATING TO THE INSTALLATION SERVICES.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE GOOGLE PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE DEVICE OR THESE TERMS WILL NOT EXCEED THE AMOUNT ACTUALLY PAID BY YOU TO GOOGLE UNDER THESE TERMS. THIS LIMITATION IS CUMULATIVE AND WILL NOT BE INCREASED BY THE EXISTENCE OF MORE THAN ONE INCIDENT OR CLAIM. GOOGLE DISCLAIMS ALL LIABILITY OF ANY KIND OF GOOGLE'S LICENSORS AND SUPPLIERS.

Some states or countries do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

21. **Device Features Outside of Google's Control**

Store

connectivity service. You are solely responsible for obtaining any access to the Internet or wireless service through a cellular data service provider or a wireless service provider (each, a **"Wireless Carrier"**) or other Internet connectivity service provider (**"Internet Service Provider"**) whose service is compatible with the Device. If your Device includes functionality allowing you to access the Internet via a cellular data plan, the Device may be configured to work with a certain cellular network technology. Check with your preferred Wireless Carrier for compatibility and mobile data plan availability.

If your Device requires a SIM card, or any other mobile connectivity feature required by your Wireless Carrier or Internet Service Provider, you are solely responsible for obtaining such connectivity feature(s). If your Device includes WiFi functionality that allows you to access the Internet, you understand that you will need access to a compatible WiFi access point.

You agree that, unless specifically provided in any Device description page or otherwise agreed by Google, Google has no responsibility for the provision of cellular data services, wireless services or other Internet connectivity services, or the terms under which Wireless Carriers or Internet Service Providers may offer those services. Internet Service Providers and Wireless Carriers may charge you for usage and other fees that Google does not control.

You understand that the Device may only be compatible with certain hardware accessories manufactured by third parties, and Google makes no warranty with respect to such third-party hardware accessories or their compatibility with the Device.

Returning the Device, in accordance with these Terms, does not cancel your service contract with your Internet Service Provider or Wireless Carrier, if applicable, so you must contact your Internet Service Provider or Wireless Carrier (and any other applicable service provider(s)) directly to cancel such service(s).

22. **Store Credit and Promotional Balances**

Prepaid Google Store credit ("Store Credit") including courtesy credits and promotional balances, are valid only for users who are 18 years of age or older, and who are residents of the USA. Google Store Credit is issued by Google Payment Corporation

## Store

The Store Credit may only be used for purchases of eligible items on the Google Store. Limits may apply to redemption and use. The Store Credit is not redeemable for cash or other cards, is not refundable, cannot be combined by you with other non-Google Store balances in your Google Payments account, and cannot be resold, exchanged or transferred for value, except as required by law. If you have insufficient Store Credit to pay for an item, you may use an additional valid form of payment to complete your transaction. Any unused Store Credit will remain in your Google Store balance, and refunds will be credited back to your Store Credit balance for future use under the same terms, unless otherwise required by law. To view your Store Credit balance, visit the Payments Center page. No fees or expiration dates apply to Store Credit.

GPC is not responsible if Store Credit is stolen or used without your permission. GPC will have the right to close customer accounts and bill alternative forms of payment if a fraudulently obtained Store Credit is redeemed and/or used to make purchases. GPC makes no express warranties on Store Credit and disclaims all implied warranties, including warranties of merchantability or fitness for a particular purpose, on Store Credit. In the event a Store Credit is non-functional, your sole remedy and GPC's sole liability will be the replacement of such Store Credit, subject to applicable law. If you live in a state which disallows limitations of liability, disclaimers of implied warranties, or disallows the exclusion or limitation of certain damages, then some or all of the disclaimers may not apply to you, and you may have additional rights. These Store Credit terms may be subject to change in our sole discretion subject to applicable law.

23. **Governing Law and Arbitration**. PLEASE READ THIS SECTION CAREFULLY.

> (a) **Generally**. It's in both of our interests to resolve disputes in the quickest and most cost-effective way. If any dispute arises that relates to these Terms or any Device and/or Subscription Services that you purchase from the Store (regardless of the type of dispute, but subject to a few exceptions below), you and Google agree to resolve it through binding arbitration. Arbitration is less formal than a lawsuit in court and uses a neutral arbitrator instead of a judge or jury, but arbitrators can award the same damages and remedies that a court can award. This agreement to arbitrate is subject to and governed by the Federal Arbitration Act (**"FAA"**) and is intended to be broadly interpreted. It includes, for example:

Store

- any disputes regarding the design, performance, features, or functionality of your Device and/or Subscription Services;
- any disputes regarding your use of your Device and/or Subscription Services;
- any disputes regarding updates, modifications, or upgrades to your Device and/or Subscription Services;
- any disputes based on the Device warranty or based on Device defects whether or not the Device is under warranty;

and this agreement to arbitrate applies:

- whether your dispute is with Google, its subsidiaries, affiliates or parent company, or any suppliers or service providers involved with the Device and/or Subscription Services, and their officers, directors, employees, agents and successors; and
- regardless of the legal theory on which you base your claim (such as breach of warranty, breach of contract, negligence, etc.).

For disputes or claims relating to your Device and/or Subscription Services, this agreement to arbitrate supersedes any terms regarding dispute resolution in any other agreement between you and Google and contains the whole agreement between us with respect to disputes or claims relating to your Device and/or Subscription Services.

(b) **Exceptions**. However, you and Google: (i) may still bring an individual action in small claims court; (ii) may still pursue an enforcement action through a federal, state, or local agency if that action is available; and (iii) must file suit in court to address an intellectual property rights infringement claim (as set forth in Section 23(k) below). Also, nothing in this agreement to arbitrate bars either of us from bringing issues to the attention of federal, state, or local agencies.

(c) **Rules**. The American Arbitration Association (**"AAA"**) will administer the arbitration and will do so according to its Consumer Arbitration Rules (the **"AAA Rules"**). You can see the AAA Rules and filing forms online at www.adr.org.

(d) **Process**. Here are the steps you and Google agree to follow:

Send a written notice of the dispute to the other party by certified U.S. Mail or by Federal Express (or international equivalent) or, only if the other party hasn't provided a current physical address, then by electronic mail. Google's address for notice is:

*Google LLC*
*Legal Department – Google Store Arbitration*

Store

*Sacramento, CA 95833*

The notice has to include, if available: (i) the name of the person making the claim, (ii) the type of Device, as applicable, (iii) the serial number of the Device, as applicable, (iv) the email address used to activate the Device and/or Subscription Services, as applicable, (v) a description of the nature and basis of the claim, (vi) the result that is desired (e.g., an amount of money), and (vii) the case number(s) assigned by Google to track previous attempts to resolve the dispute, if there is one.

We each agree to try to resolve the claim, but if we can't do that within 60 days after the notice is received, you or Google may initiate an arbitration proceeding by following the AAA Rules. Unless the parties agree otherwise, your demand for arbitration must be sent to Google's address for notice set forth in this Section 23(d) and entitled "Demand for Arbitration." Google will send demands for arbitration to you at the e-mail address provided in the notice of the dispute.

During the arbitration, the amount of any settlement offer made by you or Google may not be disclosed to the arbitrator until after the arbitrator makes a final decision and award (if any).

If you win in the arbitration and are awarded an amount that exceeds the last written settlement amount offered by Google before the arbitrator was appointed, Google will pay you: (i) the amount awarded by the arbitrator and (ii) your reasonable attorney's fees incurred during the arbitration proceedings.

(e) **Fees and Hearing Location**. If you are the one who commences arbitration, Google will reimburse you for your payment of the filing fee, unless your claim is for more than $10,000, in which case the AAA Rules will determine who pays that fee. Unless the parties agree otherwise, any arbitration hearing will take place (at your option) in Santa Clara County or the county (or parish) of your current address. However, if the claim is for $10,000 or less, you may decide whether you want the arbitration to be conducted instead: (i) only on the basis of documents or (ii) through a telephone hearing. If the arbitrator decides that either the substance of your claim or the remedy you asked for is frivolous or brought for an improper

Store

(f) **No Class Actions**. By agreeing to arbitration, to the fullest extent legally permissible, we each may bring claims relating to these Terms, your Device and/or Subscription Services only in our individual capacities and not in a class action. Also, to the fullest extent legally permissible, the arbitrator can't consolidate claims into a class proceeding either. The arbitrator may award injunctive relief only in favor of you, the individual party seeking relief, and only to the extent necessary to provide relief that is warranted by your individual claim, and not any remedy that affects other Google customers or users. However, if a court decides that applicable law precludes enforcement of any of this section's limitations as to a particular claim for relief or remedy (such as declaratory or injunctive relief), then that claim or remedy (and only that claim or remedy) must be severed from the arbitration and must be brought in the state or federal courts located in Santa Clara County, California, while the remaining claims and remedies (such as individual damages or restitution) will still be resolved through binding arbitration.

(g) **Enforceability**. All issues in the dispute are for the arbitrator to decide, except that only a court may decide issues relating to the scope and enforceability of this agreement to arbitrate, whether a dispute can be arbitrated, or the interpretation of this agreement to arbitrate. Except as provided in Section 23(f), if any provision of this agreement to arbitrate is found unenforceable, that provision will be severed and the balance of this agreement to arbitrate will remain in full force and effect. If for some reason the entirety of this agreement to arbitrate is found to be unenforceable, then it won't apply, and you and Google agree to resolve disputes in the state or federal courts as set forth in Section 23(k). Judgment on an arbitration award may be entered by any court having jurisdiction.

(h) **Confidentiality**. The arbitrator shall honor all evidentiary privileges recognized at law, and shall enter orders as appropriate in order to protect the parties' trade secrets or confidential information. With respect to any information exchanged between us in connection with the arbitration, we agree to maintain either party's trade secrets or proprietary business information as confidential and to protect the confidentiality of any other information (such as private customer information) that

Store

(i) **Return**. You have the right to return your Device in accordance with our Return Policy as referenced in Section 16 if you don't agree with this agreement to arbitrate. If you decide to return your Device, you must return it in accordance with the Return Policy referenced in Section 16, including within the applicable return period set forth in the Return Policy (unless a longer period is required by applicable law).

(j) **Future Changes to this Agreement to Arbitrate**. If Google makes any changes to this agreement to arbitrate (other than a change to Google's address for notice), you may reject any of those changes by notifying Google via the process set forth in Section 23(d) within 30 days of the change. By rejecting a future change, you are agreeing to arbitrate any dispute between us in accordance with the language of the last version of the agreement to arbitrate that you accepted.

(k) **Governing Law and Judicial Forum for Non-Arbitrable Disputes**. These Terms are governed by the FAA and (only to the extent not inconsistent with the substantive and procedural provisions of the FAA), the laws of the State of California, without regard to conflicts of laws principles. The arbitrator will not be bound by rulings in other arbitrations involving Google to which you are not a party. Other than claims that must be resolved through binding arbitration (or that may be brought in small claims court), any disputes relating to these Terms or your Device and/or Subscription Services (e.g. an intellectual property rights infringement claim under Section 23(b)(iii), or if the entirety of this agreement to arbitrate is found to be unenforceable by a court under Section 23(g)) will be litigated exclusively in the federal or state courts of Santa Clara County, California; the parties consent to personal and exclusive jurisdiction in these courts.

24. **Changes to the Terms**

The Terms in effect at the time you place an order for the Device will apply to such order and Device. Google reserves the right to make changes to these Terms from time to time, and any such changes will apply to future orders. If you purchase our Subscription Services, we will notify you in the event we make changes to these Terms that affect your subscription.

25. **Events Beyond Reasonable Control**

Google Store

### 26. **No Waiver**

If you do not comply with these Terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

### 27. **Severability**

If it turns out that a particular term is not enforceable, this will not affect any other terms.

Google

Privacy & Terms

 Help

English (United States)