1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION, | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |
|---|---|

The Court, having considered the Motion to Compel Arbitration filed by Defendants Google LLC and Alphabet Inc. (collectively, "Google"), and all other matters presented to the Court, determines that all purchasers of "Google Made Devices" who agreed to have any dispute related to their device resolved through individual arbitration should be excluded from the "Purchaser Class."

The Court therefore rules as follows:

After considering the papers and all other matters presented to this Court, and for good cause appearing

1.   Google's Motion to Compel Arbitration is **GRANTED**, and all purchasers of "Google Made Devices" who agreed to have any dispute related to their device resolved through individual arbitration, either via the Google Device Arbitration Agreement, or the Google Store Sales Terms, or both, are hereby excluded from the Purchaser Class.

**IT IS SO ORDERED.**

DATED: _____, 2023            _____
                                         Hon. Beth Labson Freeman
                                         United States District Judge