UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN**<br><br>Date:    June 1, 2023<br>Time:   9:00 a.m.<br>Judge:  Honorable Beth Labson Freeman |

I, Eric Schachter, declare as follows:

1.　　I am a Senior Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this Declaration at the request of Plaintiffs in connection with the above-captioned action (the "Action"). A.B. Data has been retained by Plaintiffs as the Notice Administrator in this case after a competitive process in which we were asked to submit more than one proposal.

2.　　I have implemented and coordinated some of the largest and most complex class action notice and administration programs in the country. I have over 15 years of experience in the design and implementation of legal notice programs. The scope of my work includes notification, claims processing, and distribution programs in all types of class actions, including but not limited to consumer, antitrust, securities, ERISA, insurance, and government agency settlements.

3.　　A.B. Data has also been appointed as notice, claims, and/or settlement administrator in hundreds of high-volume consumer, civil rights, insurance, antitrust, ERISA, securities, and

wage and hour class action cases. A profile of A.B. Data's background and capabilities, including representative case and client lists, is included as **Exhibit A**.

4. At the request of Plaintiffs and in consultation with A.B. Data's media experts, I have prepared a proposed notice plan for this litigation. This Declaration will describe the proposed notice plan and how it will meet the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") and provide due process to Class Members. This Declaration is based upon my personal knowledge and upon information provided to me by Plaintiffs' Counsel, my associates, and A.B. Data staff members.

5. Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification entered on December 16, 2022 (the "Class Certification Order"), the Court certified a Class generally defined as all Users who purchased a Google-Made Device, where:

- "Users" are individuals whose Gmail accounts were associated with at least one Google Assistant Enabled Device during the Class Period;
- "Google Assistant Enabled Devices" are devices that come with Google Assistant preinstalled; and
- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

6. The objective of the proposed notice plan is to provide the best practicable notice under the circumstances of the Court's Class Certification Order to potential Class Members. This Declaration summarizes the proposed notice plan.

**DIRECT NOTICE**

7. A.B. Data understands from Plaintiffs that they are seeking email addresses from Google for users of Google Made Devices to use for notice and that this list of email addresses necessarily would encompass the purchasers of Google Made Devices who are Class Members. Given the preference under Rule 23 for direct notice, sending email notice to users of Google Made Devices would reach as many potential Class Members as possible and would be the best notice practicable under the circumstances. As such, the proposed notice plan will feature robust direct notice via a Short-Form Notice, attached as **Exhibit B**, sent by email (the "Email Notice") to all potential Class Member email addresses identified by Google. The more detailed Long-Form Notice, attached as **Exhibit C**, and the Short-Form Notice will be available for download on the case-specific website. The Short-Form Notice sent directly to potential Class Members will include summary information concerning the Action, including: that this is a class action; the Class definition in plain and engaging language ("If You Purchased a Google Device, A Class Action Lawsuit May Affect Your Rights"); that the Class alleges unlawful and unfair privacy practices; that a Class Member may appear through an attorney; that Class Members can exclude himself, herself, or itself; the time and manner for requesting exclusion; and the binding effect of a Class judgment.

8. For sending the Email Notice, A.B. Data implements certain best practices when disseminating email to maximize deliverability. For example, the subject line, the sender, and the body of the message will be designed to overcome SPAM filters and encourage readership. The Email Notice will be in an embedded html text format without graphics, tables, images, attachments, and other elements that would increase the likelihood that the message could be blocked by email service providers. The Email Notice will also be transmitted with a digital

signature to the header and content of the Email Notice, which will allow providers to programmatically authenticate that the Email Notices are from A.B. Data's authorized mail servers. The Email Notice will also include an embedded link to the case website for Class Members to easily access the Long-Form Notice, the Class Certification Order, and other relevant information about the case.

## DIGITAL MEDIA

9.  To supplement direct notice efforts, targeted digital banner and newsfeed advertisements will be placed on various websites and applications through cross-devices. A sample digital banner ad is attached as **Exhibit D**. Digital advertising allows the viewer to click on a banner or newsfeed advertisement and instantly be directed to the case website. Guided by our in-house Comscore[1] data analysis, A.B. Data's digital media experts will place digital banner, text, and/or newsfeed ads through popular digital networks and social media platforms. Because of the vast reach of Google's online advertising network, which according to Google reaches over 90% of Internet users worldwide, A.B. Data recommends using Google-owned platforms to accomplish the best notice practicable under the circumstances. Specifically, the notice plan would feature Google Display Networks, Google AdWords, and YouTube. Facebook and Instagram would also be utilized. In the event Google-owned platforms cannot be used, A.B. Data would utilize Facebook, Instagram, and alternative digital and social networks such as Yahoo! and Microsoft.

---

[1] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

10. The digital impressions will be highly targeted, specifically delivered to the social media feeds of potential Class Members by using either their known contact information, or to digital users that have expressed an interest in information relevant to the subject of this case, such as information concerning Google Made Devices.

11. Several campaign optimization strategies will be utilized including:

- Mobile In-App - targeting users inside mobile applications that fit into our data pool.
- Mobile websites - targeting phones and tablets whose users are visiting websites that are contextually relevant.
- Contextual targeting - serving ads on websites with relevant content such as websites that feature Google Made Devices.
- Behavioral targeting - targeting user ID's whose owners have shown activity in the target data pools, such as those interested in Google Made Devices.
- Predictive Modeling - Using "look alike" modeling to target user ID's whose owners have strong similarities to users who previously clicked through to the case websites.

12. All banner and newsfeed ads will include embedded and trackable links to the case-specific website providing a way to optimize ads based on traffic and conversions. A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency.

13. The digital and social media ad campaign, including utilization of the digital networks and social media described above, will run between 30 and 60 days to ensure ample time to deliver the targeted impressions and drive potential Class Members to the website. We expect a minimum of 25 million impressions to be delivered across digital networks and social media, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process. The proposed digital and social media ad campaign is flexible and can be adjusted as necessary to provide sufficient notice coverage. Thus, the number of impressions ultimately served will depend on how many Class Members are successfully sent direct notice by email and will be adjusted accordingly to provide sufficient reach.

## EARNED MEDIA

14. A.B. Data recommends that a news release be disseminated via *PR Newswire*'s US1 and Multi-cultural Newsline distribution lists. This news release will be distributed via *PR Newswire* to the news desks of approximately 10,000 newsrooms across the United States and will be translated and published in various languages. This release will also be tweeted from *PR Newswire'*s and A.B. Data's Twitter accounts to thousands of news media and other followers.

## TOLL-FREE TELEPHONE NUMBER

15. A.B. Data will implement and maintain a toll-free telephone number with an automated interactive voice response system. The toll-free telephone number will appear on the Short-Form Notice and Long-Form Notice. The automated interactive voice response system will present callers with a series of choices to hear prerecorded information concerning the Action. If callers need further help, they will have an option to leave a voicemail for a call back.

## CASE WEBSITE

16. A.B. Data will also implement and maintain a case-specific website for this matter. The website address will appear on the Short-Form Notice and Long-Form Notice and will be hyperlinked from the digital banner ads. The website will provide, among other things, a summary of the case and Class Member rights and options, relevant pleadings, important dates, any pertinent updates concerning the Action, and the ability to request exclusion online.

## DATA SECURITY

17. A.B. Data is committed to protecting the confidentiality, integrity, and availability of personal identifying information and other information that it collects from its clients and Class Members and requires that its employees, subcontractors, consultants, service providers, and other persons and entities it retains do the same. A.B. Data has an Information Security Policy in place, which is a suite of policies and procedures intended to cover all information security issues and bases for A.B. Data, and all of its divisions, departments, employees, vendors, and clients. Consistent with that policy, all data provided directly to A.B. Data will be used solely for the purpose of effecting the terms of the notice plan. A.B. Data will not use information to be provided by Class Members or parties to the Action for any other purpose.

18. A.B. Data has a number of high-profile clients, including the SEC, the United States Department of Justice, other agencies of the United States government, as well as direct banking and payment services companies with some of the most recognized brands in United States financial services and some of the largest credit card issuers in the world. We are therefore frequently subjected to physical, logical, data, and information systems security reviews and audits. We have been compliant with our clients' security standards and have also been determined to be compliant with ISO/IEC 27001/2 and Payment Card Industry (PCI) data security standards,

the Gramm-Leach-Bliley (GLB) Act of 1999, the National Association of Insurance Commissioners (NAIC) Regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

## CONCLUSION

19. It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed notice plan described herein reflects a strategic and contemporary method of deploying notice to this Class and is adequate and reasonable to reach Class Members effectively. A.B. Data reasonably believes that the reach of the notice plan, through a multi-media-channel approach that includes direct email, digital banner ads, microtargeted digital notice, social media, and earned media, will satisfy Rule 23 and due process and is the best practicable notice plan under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of February 2023.

_____
Eric Schachter
Senior Vice President, A.B. Data, Ltd.