## If You Purchased a Google Device, A Class Action Lawsuit May Affect Your Rights

*La información proporcionada en este aviso está disponible en español en* www.xxxxxxxxxxx.com.

Your rights may be affected by a class action lawsuit that relates to Google's collection, use, and dissemination of user information obtained when Google Assistant improperly triggers, which Plaintiffs allege violates Google's Privacy Policy and California Unfair Competition Law ("UCL"). The case name is *In re Google Assistant Privacy Litigation*, and the case number is Case No. 19-cv-04286. Plaintiffs in the lawsuit allege that Google Assistant can be in active listening mode even when a user does not intentionally trigger Google Assistant with a hot word, like "Okay Google," or manual activation. Plaintiffs refer to such instances as "False Accepts" and allege that Google wrongfully collects and utilizes user audio recordings and other information from False Accepts for its own commercial purposes or for disclosure to third parties.  Plaintiffs allege Google's conduct contravenes the privacy assurances that Google makes to users in its Privacy Policy and constitutes an unlawful and unfair practice.  Google denies Plaintiffs' allegations. The Court has not made any determination as to who is right or whether Google did anything wrong but has decided that this case should proceed as a class action on behalf of a "Class," or a group of people that could include you.

This Notice is only a summary of your rights and options before any decision is reached on which party is right. If you're included in the Class, you have to decide whether to (1) stay in the Class and be bound by whatever results in the case, or (2) ask to be excluded and keep your right to individually sue Google. For additional details, please read the Long-Form Notice available to download at www.xxxxxxxxxxxxx.com.

**Who is in the Class?**

The Court certified the following Class:

> All Users who purchased a Google-Made Device, where:
>
> • "Users" are individuals whose Gmail accounts were associated with at least one Google-Assistant Enabled Device during the class period from May 18, 2016 to the present;
>
> • "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed; and
>
> • "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google, including Google's Pixel Smartphones; Smart Home Speakers (Google Home, Home Mini, Home Max, Nest Audio, Next Mini); Smart Displays (Nest Hub, Nest Hub Max); Laptops and Tablets (Chromebook Pixel, Pixelbook, Pixelbook Go, Pixel C, Pixel Slate); Digital Media Players (Chromecast, Chromecast Ultra); and Wireless Earbuds (Pixel Buds A Series, Pixel Buds Pro).

A more detailed Long-Form Notice, including the exact Class definition and exceptions to Class membership, is available at www.xxxxxxxxxxxxx.com.

**Your Rights and Options**

**DO NOTHING:** If you are a Class Member and do nothing, you are choosing to stay in the Class and you may be able to share in any money or benefits that may be recovered in this case. You will be bound by all orders of the Court and any judgment entered or settlement reached in the lawsuit, whether favorable or unfavorable, and you will give up your right to sue Google as part of any other lawsuit for the claims made in this case.

**EXCLUDE YOURSELF FROM THE CLASS:** The Court will exclude any person who asks to be excluded. If you exclude yourself from your Class (*i.e.*, opt out), you will not be entitled to money or benefits if they are awarded or recovered. You will not be bound by any orders or judgments of the Court, and you will not give up your right to sue Google as part of any other lawsuit for the claims made in this case. The deadline to exclude yourself is _____, 2023. Specific instructions on how to request exclusion are available at www.xxxxxxxxxxx.com.

**When and Where Is the Trial?**

Class Counsel will have to prove Plaintiffs' allegations at a trial. The trial is scheduled to begin on September 11, 2023, at the United States District Court, Northern District of California, San Jose Courthouse, Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113. During the trial, a jury and the Judge will hear all the evidence to help them reach a decision about which party is right about the allegations in the lawsuit. There is no guarantee that Plaintiffs will win or that they will be able to get money for all or some of the members of the Class.

**Want More Information?**

Go to www.xxxxxxxxxxxx.com, call 877-xxx-xxxx, or write to Google Assistant Privacy Class Action, c/o [insert claims administrator address].