**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN** |

This matter comes before the Court on Plaintiffs' Motion for an Order Approving Class Notice Plan ("Motion"). Having considered Plaintiffs' Motion, the papers submitted on the same, and all relevant authority, and good cause appearing, the Court finds that the proposed method of providing notice to the certified Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process. The Court further finds that the text of the proposed notices, attached as Exhibits B, C, and D to the Declaration of Eric Schachter in Support of Plaintiffs' Motion for an Order Approving Class Notice Plan ("Schachter Declaration"), satisfies the requirements of Rule 23 and due process.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Accordingly, the Court ORDERS the parties to implement the Notice Plan as set forth in Plaintiffs' Motion and as follows:

1. A.B. Data, Ltd. ("A.B. Data" or "Notice Administrator") is appointed and authorized to supervise and administer the Notice Plan. A.B. Data shall execute the Notice Plan as proposed in the Schachter Declaration.

2. Within 14 calendar days after entry of this Order, Defendant Alphabet Inc., and Google LLC ("Google") shall immediately produce to the Notice Administrator a list, in electronic form, of the email addresses for all users of Google Made Devices during the period May 18, 2016 to the present (the "Email List").

3. Within 14 calendar days of its receipt of the Email List, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the Email List; (2) cause notice to be published in a press release in accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Notice Date"). The Notice Administrator shall also take reasonable measures, including online and social media targeted advertising, as described in the Schachter Declaration, to maximize the number of relevant visitors to the case website. Google shall allow the Notice Administrator to utilize Google-owned advertising platforms for this online and social media targeted advertising campaign.

1  4. The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").

5. Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

6. Within ten calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

7. Subject to potential reimbursement, the costs of notice shall be borne by counsel for Plaintiffs and the Class.

IT IS SO ORDERED.

Date: _____  _____

Honorable Beth Labson Freeman
United States District Judge