Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs and the Class*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**STIPULATION TO TEMPORARILY STAY CASE DEADLINES**<br><br>Judge: Hon. Beth L. Freeman |

Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"), and Defendant Alphabet Inc. and Google LLC ("Defendants" and together with Plaintiffs, the "Parties") stipulate as follows:

WHEREAS, on December 16, 2022, the Court granted-in-part and denied-in-part Plaintiffs' Motion for Class Certification. *See* ECF No. 369-2.

WHEREAS, as part of that order, the Court directed Plaintiffs to submit a proposed class notice plan after meeting and conferring with Defendants by February 3, 2023.

WHEREAS, Magistrate Judge Van Keulen directed the parties to submit briefing on modification of her prior order regarding data sampling (ECF No. 331) in light of the Court's Class Certification Order, with Defendants' proposal due February 7, 2023 and Plaintiffs' response due February 21, 2023.

WHEREAS, on February 2, 2023, Defendants filed a motion to compel certain class members' claims to arbitration. *See* ECF No. 377.

WHEREAS, the hearing date for Defendants' motion to compel arbitration is currently June 1, 2023.

WHEREAS, on October 20, 2022, the Court set an April 27, 2023 hearing date for Defendants' summary judgment motions, and directed the parties to meet and confer regarding a briefing schedule for these motions. *See* Oct. 20, 2022 Hr'g Tr. at 51:22-23, 52:13-14.

WHEREAS, the Parties have met and conferred about the potential to explore a resolution of the action through mediation and jointly request a temporary stay of all case deadlines for 90 days while this process proceeds.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that:

1. All case deadlines are stayed for 90 days. This includes: (1) the deadline for Defendants to respond to Plaintiffs' proposed class notice plan; (2) the deadline for Plaintiffs to respond to Defendants' motion to compel arbitration; (3) both Parties' deadlines to submit briefing regarding data sampling; and (4) the deadline for Google to move for summary judgment.

2. The April 27, 2023 hearing date for Defendants' summary judgment motion is vacated.

3. The Parties will jointly update the Court no later than 7 days before the expiration of this stay as to the status of their discussions. If unsuccessful, the Parties will propose a schedule for Defendants' response to Plaintiffs' proposed class notice plan, Plaintiffs' response to Defendants' motion to compel arbitration, the Parties' briefing regarding data sampling, and Defendants' summary judgment motion at that time.

IT IS SO STIPULATED.

Dated: February 3, 2023

/s/ *Christian Levis*
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

STIPULATION TO TEMPORARILY STAY CASE DEADLINES
CASE NO. 19-cv-04286-BLF

2

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorney for Plaintiffs and the Class*

DATED: February 3, 2023   /s/ *Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (pro hac vice)
Eearl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8510
Facsimile: +1.206.359.9510

*Attorneys for Defendants GOOGLE LLC and ALPHABET INC.*

STIPULATION TO TEMPORARILY STAY CASE DEADLINES
CASE NO. 19-cv-04286-BLF

3

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation to Temporarily Stay Case Deadlines is GRANTED. The Parties shall jointly submit an update to the Court no later than 7 days before the expiration of this stay.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                                                   HON. BETH L. FREEMAN
                                                                                                   UNITED STATES DISTRICT JUDGE

**ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: February 3, 2022  /s/ *Christian Levis*
Christian Levis

STIPULATION TO TEMPORARILY STAY CASE DEADLINES
CASE NO. 19-cv-04286-BLF