UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER GRANTING STIPULATED REQUEST TO STAY**<br><br>[Re: ECF No. 379] |

The Court hereby GRANTS the parties' Stipulation to Temporarily Stay Case Deadlines. ECF No. 379. All case deadlines are STAYED for 90 days. The hearing on Defendants' motion for summary judgment, currently set for April 27, 2023, is VACATED. The parties SHALL jointly update the Court no later than 7 days before the expiration of this stay as to the status of their discussions regarding resolution of this action.

Upon lifting the stay the Court will reset the hearing on Defendants' motion to compel arbitration (*see* ECF No. 377), and the remaining trial and pretrial dates will be vacated and reset if the parties do not settle.

**IT IS SO ORDERED.**

Dated:  February 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge