# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al., <br><br> Defendants. | Case No. 19-cv-04286-BLF <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE FOR MAY 18, 2023, AT 11:00 A.M.** |

The Court hereby SETS a case management conference for May 18, 2023, at 11:00 A.M. to be conducted over Zoom.

**IT IS SO ORDERED.**

Dated: February 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge