Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants
Google LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF HAILEY CROWEL IN SUPPORT OF DEFENDANTS' FURTHER ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Hailey Crowel, declare as follows:

1. I am Finance Manager for Search & Assistant for Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing narrowly tailored redactions to discrete, sealable portions of Reply Report to the Expert Report of Jesse David PhD by Fernando Torres ("Redactions to Torres Reply Report"). I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed Redactions to Torres Reply Report are narrowly tailored to discrete, sealable, and certain competitively sensitive portions of the documents.

3. Specifically, Google requests to seal the following:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit A to the Further Administrative Motion | Reply Report to the Expert Report of Jesse David PhD by Fernando Torres, ECF No. 304-18 | Highlighted portions of pages 13-14 | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* ¶ 5 below. |

4. A true and correct copy of the Reply Report to the Expert Report of Jesse David PhD by Fernando Torres, with Google's proposed redactions highlighted, is concurrently filed provisionally under seal as Exhibit A to the Further Administrative Motion.

5. The Redactions to Torres Reply Report contain confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties,

-2-

1  including other companies that make virtual assistants, direct insight into confidential and
2  sensitive aspects of Google's development of the Google Assistant and the financial implications
3  of that development.
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  Executed on March 3, 2023 in Mountain View, CA.

DocuSigned by:

*Hailey Crowel*
EF4849C16EF54D3...
Hailey Crowel