UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER RE DEFENDANTS' FURTHER ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Beth Labson Freeman |

Defendants Google LLC and Alphabet Inc. ("Google") filed a Further Administrative Motion to File Under Seal ("Further Administrative Motion") requesting that narrowly tailored redactions to discrete, sealable portions of the Reply Report to the Expert Report of Jesse David PhD by Fernando Torres, filed in support of Plaintiffs' Reply in Support of Motion for Class Certification, be filed under seal. The Further Administrative Motion was supported by a Declaration of Hailey Crowel ("Crowel Decl.").

After considering the papers and all other matters presented to this Court, and for good cause appearing, the Court rules as follows:

| Exh. No. | Document | Text to Be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit A to the Further Administrative Motion | Reply Report to the Expert Report of Jesse David PhD by Fernando Torres, ECF No. 304-18 | Highlighted portions of pages 13-14 | Confidential and highly sensitive proprietary and commercial information about details of Google's understanding of the profits or losses associated with Google Assistant. *See* ¶ 5 below. |

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Beth Labson Freeman
United States District Judge