Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendants
Google LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL (ECF NO. 383)** |

Pursuant to the Court's Order Granting in Part and Denying in Part Motions to Seal (ECF No. 383, "Order,"), Defendants Google LLC and Alphabet Inc. (collectively "Google") hereby file updated public versions of documents subject to the Order.

Specifically:

- Pursuant to the Order at 14:4-8, an unredacted version of Exhibit 304-22 to Plaintiffs' Motion to Seal and to Consider Whether Another Party's Material Should be Sealed (ECF No. 304) is filed as Exhibit 1 to this Notice;

- Pursuant to the Order at 14:9-11, redacted versions of Exhibits 345-3, 345-4, 345-5, 345-6, 345-7, 345-8, 345-9, 345-10, 345-11, and 345-12 to Google's Further Administrative Motion to Seal (ECF No. 345) are filed as Exhibits 2-11 to this Notice; and

- Pursuant to the Order at 14:17-19, a public redacted version of the Opposition to Plaintiffs' Motion for Class Certification, which Google submitted with proposed redactions at ECF No. 271-2, with the redactions permitted in the Court's order at ECF No. 318, is filed as Exhibit 12 to this Notice.

ECF No. 304-18, the last document addressed in the Order (at 14:8-11), is subject to Google's Further Administrative Motion to Seal, filed concurrently.

Dated: March 3, 2023

**PERKINS COIE LLP**

By: /s/ *Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
Sunita Bali, Bar No. 274108

Attorneys for Defendants Google LLC and Alphabet Inc.