# EXHIBIT 2

                                            Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN JOSE DIVISION

5    -----------------------------x

6    IN RE GOOGLE ASSISTANT PRIVACY   Master Docket No.

                                      19-cv-04286-BLF

7    LITIGATION                           Volume I

8    -----------------------------x

9

10

11   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

12        REMOTE/ORAL/WEB VIDEOCONFERENCE

13    VIDEOTAPED DEPOSITION OF FRANCOISE BEAUFAYS

14            Tuesday, April 12, 2022

15               12:11 p.m. EDT

16

17

18

19

20

21   Reported by:

22   Jennifer Ocampo-Guzman, CRR, CLR

23

24

25

Page 2

1

2

3

4

5

6

7

8                             April 12, 2022

9                             12:11 p.m. EDT

10

11      **HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

12              Remote/Oral/Web Videoconference

13         Videotaped Deposition of FRANCOISE

14         BEAUFAYS, held via Zoom Web

15         Videoconference due to the COVID-19

16         Pandemic, pursuant to notice, before

17         Jennifer Ocampo-Guzman, a Certified

18         Realtime Shorthand Reporter and Notary

19         Public of the State of New Jersey.

20

21

22

23

24

25

```
                                             Page 21
 1            Beaufays - Highly Confidential - AEO
 2              A.   I have --
 3                   MS. BALI:  Hold on one second.
 4                   Objection, calls for speculation.
 5                   You can answer, if you know.  You
 6              can answer if you know the, if you
 7              understand the question.
 8              A.   I have never clicked on one.
 9              Q.   And then you see underneath it, it
10        says, ████████████████████████████████
          ██  ██████████████  Do you know what ████████████
12        means in that context?
13              A.   No.
14              Q.   In the text of the hyperlink
15        itself, do you see the word ████████?
16              A.   Yes.
17              Q.   ████████████████
18              A.   Yes.
19              Q.   Do you know who or what that refers
20        to?
21              A.   That refers to an employee, that is
22        the user name of an employee ████████████████
          ██  ██████
24              Q.   Okay, do you know that employee?
25              A.   I have seen this person in
```

```
                                          Page 22
1         Beaufays - Highly Confidential - AEO
2    meetings.
3         Q.    Okay.  Do you work with him or her?
4         A.    Not, no.
5         Q.    So, we are going to come back to
6    ████████████████████ in a bit, but if could,
7    scroll down for the time being to the bottom
8    of this page where it says, ████████████████
9    in bold.
10        A.    I see that.
11        Q.    And then a little bit further down
12   we have
13   ████████████████████████████████████
14        A.    I see that.
15
```

Page 23

1          Beaufays - Highly Confidential - AEO



Page 24

1        Beaufays - Highly Confidential - AEO



13            Then the second step is that users

14      have a ruler, an option to further refine the

15      operating point to be more sensitive or less

16      sensitive, and they can choose a setting

17      based on their own experience and

18      sensitivity.

19            Q.   So when you say "users," do you

20      mean like a consumer who has, say, a Google

21      Home at home?

22            A.   Correct.

23            Q.   They can change the operating point

24      themselves.

25            A.   Correct, within a certain range.