EXHIBIT 3

Page 62

1

2

3    IN THE UNITED STATES DISTRICT COURT

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN JOSE DIVISION

5    ----------------------------x

6    IN RE GOOGLE ASSISTANT            Master Docket No.

7    PRIVACY LITIGATION               19-cv-04286-BLF

8    ----------------------------x        Volume II

9

10

11

12

13   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14          REMOTE/ORAL/WEB VIDEOCONFERENCE

15        CONTINUED VIDEOTAPED DEPOSITION OF

16                FRANCOISE BEAUFAYS

17              Friday, April 22, 2022

18                 12:06 p.m. EDT

19

20

21

22   Reported by:

23   Jennifer Ocampo-Guzman, CRR, CLR

24

25

Page 63

```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    April 22, 2022
10                    12:06 p.m. EDT
11
12    **HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**
13
14            Remote/Oral/Web Videoconference
15       Continued Videotaped Deposition of
16       FRANCOISE BEAUFAYS, held via Zoom Web
17       Videoconference due to the COVID-19
18       Pandemic, pursuant to notice, before
19       Jennifer Ocampo-Guzman, a Certified
20       Realtime Shorthand Reporter and Notary
21       Public of the State of New Jersey.
22
23
24
25
```

1      Beaufays - Highly Confidential - AEO

2        person knowledgeable to testify on

3        certain topics.  And I would like you to

4        go through the topics, through each of

5        them, and tell me whether you are

6        prepared and knowledgeable to testify on

7        those, and I will tell you which ones

8        you were designated for.

9            So for topic number 3 you were

10       designated for the whole thing, all

11       subparts, A through D.

12           Can you please read through it and

13       tell me if you are knowledgeable to

14       testify on those.

15       A.    Yes.

16       Q.    How about topic number 4?

17       A.    Yes.

18       Q.    Okay, great.

19           How about topic number 5?

20       A.    Yes.

21       Q.    And for topic number 6, you were

22   designated for A through D as well as subpart

23   F as it relates to how audio data is selected

24   through a human review program.  This would

25   be on page 6, on the next page --

```
 1        Beaufays - Highly Confidential - AEO
 2        A.    Yes.
 3        Q.    Okay.  And then topic 9, subparts D
 4    and E?
 5        A.    Yes.
 6        Q.    Great.  So once we recover the
 7    original deposition notice, we will upload
 8    that and mark that as well, but I don't plan
 9    on asking any questions.  I just wanted it to
10    be there for completeness purposes.
11             MS. BALI:  Can I just for the
12         record clarify that there have been
13         subsequent communications on the topics
14         and that this is not the full extent of
15         the parties' negotiations over the scope
16         of the topics, and that all the
17         designations are subject to the
18         objections set forth in this letter and
19         subsequent correspondence.
20             MS. FARAH:  Okay.
21        Q.    Ms. Beaufays, can you tell me in
22    your own words, what is Google Assistant?
23        A.    Google Assistant is a technology
24    that allows users to formulate questions and
25    requests, mostly by voice, and have Google
```

```
 1      Beaufays - Highly Confidential - AEO
 2   answer those questions and fulfill those
 3   requests to the extent that they can be
 4   answered or fulfilled.
 5      Q.   And who is Google Assistant
 6   designed to serve?
 7      A.   Users of Google Assistant.
 8      Q.   And who would that entail?
 9           MS. BALI:  Objection, vague.
10      A.   People who purchase a Google
11   Assistant device or who use Google Assistant
12   through their smartphone.
13      Q.   Do you know why Google developed
14   Google Assistant?
15      A.   To serve users.
16      Q.   Any other reasons than to serve
17   users?
18           MS. BALI:  Objection, calls for
19       speculation.
20           You can answer.
21      A.   That was the only explanation I was
22   ever given.
23      Q.   Were you employed at Google at the
24   time Google Assistant was developed?
25      A.   Yes.
```

```
 1        Beaufays - Highly Confidential - AEO
 2        Q.    And did you participate in the
 3   development of the Assistant?
 4        A.    I participated in the development
 5   of the speech recognition models that went
 6   into Assistant, not of the whole of
 7   Assistant.
 8        Q.    Okay.  And for the speech
 9   recognition part, can you tell me what your
10   responsibilities were --
11        A.    Improve --
12        Q.    Yes, go ahead.
13        A.    Improving the state of the
14   technology.
15        Q.    So the technology already existed
16   to an extent?
17        A.    Speech recognition as a technology
18   has existed for about 30 years, I would say.
19        Q.    Okay.  And there was a point in
20   time when speech recognition was going to be
21   used as part of Google Assistant?
22        A.    Yes.
23        Q.    And it was your role to work on
24   that part of speech recognition?
25        A.    I was one of the people working on
```

Page 96

1      Beaufays - Highly Confidential - AEO

2      ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

7          Q.    And what type of devices is Google

8      Assistant available on?

9          A.    Many different types.

10         Q.    Do they fall into several

11     categories?

12         A.    To some extent.

13         Q.    Okay.  What are those categories

14     that you can think of?

15         A.    Smartphones, phones that are not

16     smartphones.  So feature phones.

17         Q.    Okay.

18         A.    Smart displays, smart speakers,

19     wearable devices, devices that can -- devices

20     that connect to appliances.  I'm sure I don't

21     know them all.

22         Q.    And has the availability of Google

23     Assistant changed over time?

24         A.    Yes.

25         Q.    Does Google know when the Assistant

Page 97

```
 1      Beaufays - Highly Confidential - AEO
 2   became available on each type of device?
 3            MS. BALI:  Objection, calls for
 4        speculation.
 5        A.   I don't know.  I'm not working on
 6   devices.
 7        Q.   Okay.  Would you expect Google to
 8   be able to determine when Google Assistant
 9   became available on a certain type of device?
10            MS. BALI:  Objection, calls for
11        speculation.
12        A.   I would imagine.
13        Q.   What are some of the tasks that
14   Google Assistant can perform?
15        A.   It can answer a broad search, such
16   as what is the weather tomorrow in San
17   Francisco.  It can fulfill certain actions,
18   such as set the timer for 12 minutes.  It can
19   do other things such as be connected to
20   appliances and turn on the light, those type
21   of things.
22        Q.   Is the correct term for these type
23   of requests a query?
24        A.   The query would be -- it depends
25   how you define a query.
```

```
                                          Page 98
 1      Beaufays - Highly Confidential - AEO
 2          Q.    Okay.   What do you understand by
 3   that word?
 4          A.    To me -- to me a query is a search
 5   query, therefore, I would hesitate to call a
 6   request for action a query; but I could
 7   imagine how you would want to use that term
 8   more generically to include those as well.
 9          Q.    Okay.   Is there a better term?   I'm
10   trying to, you know, come up with a term so
11   that we speak the same language, so to speak.
12          A.    We can use the word "query," if you
13   want to define it that way.   I cannot think
14   of a broader term.
15          Q.    Okay.   Great.
16               So if you could please turn to
17   page 3 of the same document that you had up.
18          A.    Yes.
19
23          Q.    Can you try to Zoom in so that you
24   can?
25          A.    Yes, I see the Zoom in button.   Let
```

1        Beaufays - Highly Confidential - AEO

2        A.    I don't think so, no.

3

9             MS. BALI:    Objection,

10       mischaracterizes the witness' testimony.

11

22            Q.    Yes, you see in the same paragraph

23   it's the last two words of the --

24        A.    Oh, I'm sorry, I was reading 9.

25   You were talking about 8.

Page 156

1     Beaufays - Highly Confidential - AEO

22          THE VIDEOGRAPHER:   Counsel, I'm

23     sorry to interrupt.   This is the

24     videographer.   We could use a chance for

25     a break when you get a chance.

Page 157

1          Beaufays - Highly Confidential - AEO

2               MS. FARAH:   Okay.

3

7               MS. BALI:   Objection,

8          mischaracterizes the witness' testimony.

9

18          Q.    Who would know?

19          A.    I don't know.

20

Page 158

1    Beaufays - Highly Confidential - AEO

11            MS. BALI:   Objection,

12    mischaracter -- mischaracterizes the

13    witness' testimony.

24            MS. BALI:   Objection, asked and

25    answered.

Page 159

1        Beaufays - Highly Confidential - AEO

10              MS. BALI:   Objection, asked and
11       answered.   And mischaracterizes the
12       witness' testimony.

20              MS. BALI:   Objection, vague.

Page 220

1    Beaufays - Highly Confidential - AEO

14    MS. BALI:  Objection, calls for

15    speculation.

22    MS. FARAH:  Okay.  Can we look at

23    another document, 1318.

24    MS. BALI:  Counsel, before we

25    start, what time do you think we want to

1      Beaufays - Highly Confidential - AEO

2       take lunch?

3              MS. FARAH:  I mean, Ms. Beaufays,

4       why don't you tell us what your

5       preference is.

6              THE WITNESS:  Whatever works for

7       Sunita.

8              MS. BALI:  Why don't we say 1:30,

9       if that works for you, Andrea.

10             MS. FARAH:  Okay.

11             MS. BALI:  Around.  You know, if

12      you need to finish a line of

13      questioning, that's fine.

14             MS. FARAH:  Okay.  Let's look at

15      1318.

16             (Beaufays-V2 Exhibit 0015, Document

17      entitled, "Hotword Threshold Tuning,"

18      Bates Nos. GOOG-ASST-00001318 through

19      GOOG-ASST-00001320, marked for

20      identification, this date.)

21             THE WITNESS:  Yes, I have it.

22

Page 222

1          Beaufays - Highly Confidential - AEO
2



Page 223

1          Beaufays - Highly Confidential - AEO



17              Just a second.   I'm reading some
18    more.

Page 224

1        Beaufays - Highly Confidential - AEO
2



Page 225

Beaufays - Highly Confidential - AEO



Page 226

1        Beaufays - Highly Confidential - AEO
2



Page 227

1        Beaufays - Highly Confidential - AEO

2



Page 228

1       Beaufays - Highly Confidential - AEO

8            MS. BALI:   Objection, vague.

15           MS. FARAH:   Can we look at

16      document 255944.

17           (Beaufays-V2 Exhibit 0016, E-mail

18      dated 12/10/18, Bates Nos.

19      GOOG-ASST-00255944 through

20      GOOG-ASST-00255946, marked for

21      identification, this date.)

22           THE WITNESS:   I can see it.

23      Q.   Can you scroll down to the e-mail

24   on Tuesday, November 27th, 2018 at 6:55 a.m.?

25      A.   I'm sorry, which page is that?

Page 238

1      Beaufays - Highly Confidential - AEO



2

12          MS. BALI:   Objection, lacks

13      foundation.

14

Beaufays - Highly Confidential - AEO



Page 240

1    Beaufays - Highly Confidential - AEO

21         MS. FARAH:  Okay.  Let's look at

22    one more Document, 240036.

23         Q.   I'm sorry, Ms. Beaufays.  I have a

24    few other questions regarding the one before,

25    if we could go back to it.

Page 241

1      Beaufays - Highly Confidential - AEO

2              MS. BALI:  Is this 845?

3              MS. FARAH:  Yes.

4              MS. BALI:  Okay.  Thank you.

5      Q.    And do you see it again?

6      A.    Yes.

Page 245

1       Beaufays - Highly Confidential - AEO



15          MS. BALI:   Objection, calls for

16      speculation, mischaracterizes the

17      document.

18

Page 246

1        Beaufays - Highly Confidential - AEO

5            MS. BALI:  Objection, vague,

6        mischaracterizes the witness' testimony.

14            MS. FARAH:  Can we quickly look at

15       29555.

16            (Beaufays-V2 Exhibit 0019, E-mail

17       dated 9/12/19, Bates No.

18       GOOG-ASST-00029555, marked for

19       identification, this date.)

20            MS. FARAH:  Do you see the

21       document?

22            MS. BALI:  It hasn't loaded for me

23       yet.  One second.

24            Okay, I have it.

25            THE WITNESS:  I have it too.

Page 247

1        Beaufays - Highly Confidential - AEO

2        Q.    Do you see an e-mail on Tuesday,

3    September 10, 2019 at 11:54 from ███████

     ██████████

5        A.    Yes.

6    ████████████████████████████████████████████

Page 306

1      Beaufays - Highly Confidential - AEO
2   facilities is work relating to human
3   transcription done?
4        A.   No.
5        Q.   Do you have any knowledge over the
6   controls that Google maintains over data that
7   gets transmitted to vendors?
8        A.   Yes, at the high level.
9        Q.   Do you know what controls are in
10  place over data that Google provides to
11  third-party vendors?
12       A.   Isn't this what you just asked me?
13       Q.   Okay.
14

Page 307

1        Beaufays - Highly Confidential - AEO
2



Page 308

1    **Beaufays - Highly Confidential - AEO**

2



Page 318

1     Beaufays - Highly Confidential - AEO

2          MS. BALI:   And objection to the

3     extent it calls for privileged

4     communications with counsel.

5          You can answer.

Beaufays - Highly Confidential - AEO



1    Beaufays - Highly Confidential - AEO

13            THE WITNESS:  Can you excuse me

14      just ten seconds?  I need to turn down

15      the blinds.  I have the sun in my eyes.

16            MS. FARAH:  Sure.

Page 321

1      Beaufays - Highly Confidential - AEO

2           MS. BALI:  Objection, vague.

3      A.    I'm sorry, I was moving in my chair

4  and I didn't hear a portion of what you said.

5

1      Beaufays - Highly Confidential - AEO

2

10           MS. BALI:  I'm sorry, counsel, can

11      you repeat your question?  I couldn't

12      hear you.

13

15           MS. BALI:  Objection, vague.

16      A.   I'm not sure what you mean by

17   "process."

18

Page 323

1          Beaufays - Highly Confidential - AEO



24              MS. BALI:  Objection, vague.

25              You can answer.

Page 324

1          Beaufays - Highly Confidential - AEO



17              MS. BALI:   Objection, vague and

18          lacks foundation.

19