EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    ----------------------------------------------------x

4                                      Master Docket No.

     IN RE:                           19:cv-04286-BLF

5

     GOOGLE ASSISTANT PRIVACY LITIGATION

6

7    ----------------------------------------------------x

8         **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

9

10     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

11                        YAIR COHEN

12                   Friday, July 15, 2022

13

14

15

16

17

18

19

20

21

22

23

24    Reported By: Lynne Ledanois, CSR 6811

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

1           IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    --------------------------------------------------x

4                                    Master Docket No.

     IN RE:                          19:cv-04286-BLF

5

     GOOGLE ASSISTANT PRIVACY LITIGATION

6

7    --------------------------------------------------x

8

9

10          Videotaped deposition of YAIR COHEN, taken

11   in New Rochelle, New York, commencing at 12:04 p.m.

12   EST on Friday, July 15, 2022, before Lynne Ledanois,

13   Certified Shorthand Reporter No. 6811.

14

15

16

17

18

19

20

21

22

23

24

25

Page 16

```
 1    "speak about the lawsuit"?
 2         Q    Did you have any discussions with
 3    Mr. Sunder about the allegations in the case and any
 4    facts relating to the allegations in the case?
 5         A    No, not to my recollection.
 6         Q    Do you know who Sissie Hsiao is?
 7         A    Yes, I do.
 8         Q    Who is Sissie Hsiao?
 9         A    Sissie is an executive at Google responsible
10    for the Assistant org.
11         Q    And did you ever speak with Ms. Hsiao
12    about this lawsuit?
13         A    Could you please define "speak of this
14    lawsuit"?
15         Q    Did you ever have any discussions with
16    Ms. Hsiao about this lawsuit in any way outside the
17    presence of counsel?
18         A    Only of the existence of the lawsuit.
19         Q    Okay.  Can you be a little more specific
20    about what that conversation entailed?
21         A    I don't recall specifics.
22         Q    Okay.  Did you ever speak to Bryan Horling
23    about this lawsuit?
24         A    Yes.
25         Q    Can you tell me the substance of your
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 17

1    conversations with Mr. Horling about the lawsuit?

2         A    Yes.   The extent of our discussions about

3    our lawsuit only pertain to the existence of the

4    lawsuit as it is.

5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 18



1

14          MS. WILSON:  Objection.

15          You can answer.

16          THE WITNESS:  No.

17          MR. OUTWATER:  I didn't hear the answer.

18    BY MR. OUTWATER:

19        Q    Could you repeat your answer?

20

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 19

1



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 20

3     A    I'm having difficulty with this question.

4     Q    Would you like me to rephrase?

5     A    Please do, yes.

6     Q    Okay.  Again, if you're struggling, just

7 let me know, and I'll try to ask a better question

8 for you.

9     Okay?

10    A    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 21



```
12        Q      All right.  Thank you.

13               Mr. Cohen, I would like to go through your

14     educational history and professional background for

15     a bit.

16               Is that all right?

17        A      Certainly.

18        Q      Where did you attend high school?

19        A      I attended high school in Israel.

20        Q      And what year did you graduate from high

21     school?

22        A      2002.

23        Q      And did you attend undergraduate, or

24     whatever its equivalent is, after high school?

25        A      No.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 22

1      Q     Did you obtain any additional education
2  after high school?
3      A     No, I did not.
4      Q     You don't have any professional degrees or
5  certifications?
6      A     Could you define "certifications"?
7      Q     Sure.  Have you obtained any certificates
8  after completing some type of course or a series of
9  classes relating to your professional occupation?
10     A     Yes.  Yes, I have.
11     Q     And which such courses or classes did you
12  take?
13     A     To the best of my recollection, professional
14  courses related to roles I had previously performed
15  as -- included specific courses for programming
16  languages, such as C and C++, SQL language, additional
17  types of technical, narrow-type courses, as well as a
18  course for pragmatic product management.
19     Q     Could you tell me who was the provider of
20  these various courses?
21     A     Yes.  For the most part, the organization I
22  had been employed with at the time was a provider.
23     Q     Okay.  So just to be clear, you've not
24  obtained a bachelor's degree of any sort, like a
25  bachelor of science?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page  47

**1**



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 48

1          MS. WILSON:  Objection as to form.

2          MR. OUTWATER:  Counsel, I'm sorry, I

3    couldn't hear your objection.

4          MS. WILSON:  I said objection to form.

5          MR. OUTWATER:  Okay.

6    BY THE WITNESS:

7      Q     You can answer.  Sorry.

8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 49

1



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 50

**1**



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 51**



Page 72

```
 1              (Exhibit 2 was marked for identification
 2      by the Court Reporter.)
 3      BY MR. OUTWATER:
 4          Q     Okay.  You should have the document.
 5                Do you see it?
 6          A     Yes, I do.
 7          Q     Could you please just take a look at it,
 8      familiarize yourself with it, and then we'll talk
 9      about it.
10                MR. OUTWATER:  This is Exhibit 2, adding
11      in Bates Number 232470.
12                THE WITNESS:  Okay.  Yes, I'm ready.
13      BY MR. OUTWATER:
14          Q     Okay.  Great.
15                So have you seen this document before?
16          A     Yes, I have.
17          Q     Okay.  Is this one of the documents you
18      looked at before your depo?
19                MS. WILSON:  Objection, instruct the
20      witness not to answer, attorney-client privilege
21      work product.
22      BY MR. OUTWATER:
23          Q     Okay.  So can you describe for me in your
24      own words what this document is?
25          A     This is an email indication of a comment on
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 73

1    a document.

2

12



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 74



19   Q   Okay.  Let's take a look at another

20   document.

21        MR. OUTWATER:  Next in order is Exhibit 3,

22   which bears Bates Number ending in 245986.

23        (Exhibit 3 was marked for identification by

24   the Court Reporter.)

25   BY MR. OUTWATER:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 75

1        Q    Mr. Cohen, do you see the document I've

2    marked as Exhibit 3?

3        A    Yes.

4        Q    Can you please take a look at it, review

5    it, and let me know when you're ready to discuss it.

6        A    Yes, one moment.  Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 112



18          MS. WILSON:  Objection to form.

19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 113



18          MR. OUTWATER:  Okay.  The next exhibit in

19   order is Number 9, a document bearing Bates Number

20   ending 997547.

21              (Exhibit 9 was marked for identification

22   by the Court Reporter.)

23          THE WITNESS:  I see it now.

24   BY MR. OUTWATER:

25      Q     Please take a moment to review it.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 114

1        A     Sure.  One moment.  Okay.

2        Q     I'm trying to figure out what's going on

3   in this document.

4              Is this referring to warm words?

5        A     Yes, I believe it is.

6        Q     Can you tell me who Victor -- I don't know

7

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 171



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 172



22     Q   If you go to the next page, it looks like

23  there are some notes, and you're tagged in the text

24  of the one note that's here.

25           Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 173

1      A    Yes.

2

