# EXHIBIT 5

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  NORTHERN DISTRICT OF CALIFORNIA
 3  SAN JOSE DIVISION
 4
 5  ------------------------------------X
 6  IN RE: GOOGLE ASSISTANT Master Docket
 7  PRIVACY LITIGATION       19-cv-04286-BLF
 8  ------------------------------------X
 9
10     * * * ATTORNEYS' EYES ONLY * * *
11
12          VIDEOTAPE DEPOSITION OF
13              ALEX GRUENSTEIN
14         VIA ZOOM VIDEOCONFERENCE
15              May 24, 2022
16                9:06 p.m.
17
18
19
20
21
22
23  Reported by:
24  Maureen Ratto, RPR, CCR
25
```

Page 2

```
 1                    * * *
 2
 3         Videotape deposition of Alex
 4    Gruenstein held virtually via Zoom
 5    Teleconference, hosted from Veritext
 6    Legal Solutions, pursuant to notice,
 7    before Maureen Ratto, Certified Court
 8    Reporter, License No. XI01165,
 9    Registered Professional Reporter,
10    License No. 817125, and Notary Public.
11
12                    * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                                                            Page 46

1       GRUENSTEIN ATTORNEYS' EYES ONLY
2       Q.    Do you know how the users
3  consent?
4       A.    For Federated Hotword?
5       Q.    Yes.
6       A.    I'm not familiar specifically
7  with the flow, no.
8       Q.    How do you know that they
9  consent?
10      A.    I guess I've been told that.
11      Q.    Do you recall who told you
12 that?
13      A.    No.
14 [REDACTED]

```
                                                         Page 47
 1        GRUENSTEIN ATTORNEYS' EYES ONLY
 2        A.    I don't know what that refers
 3   to specifically here.
 4        Q.    Do you have a general
 5   understanding of what an ████████████
 6   ████████ is?
 7        A.    Sure. I mean, in general, ████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████  I think that is
11   what this is referring to.
12        Q.    Okay. And what is █████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
```

Page 48

**GRUENSTEIN ATTORNEYS' EYES ONLY**



Page 49

1    GRUENSTEIN ATTORNEYS' EYES ONLY



24              So we'll ask them to have a
25   phone and say; "Hey Google, what's the