# EXHIBIT 7

ATTORNEYS' EYES ONLY

Page 118

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

_____ )
IN RE GOOGLE ASSISTANT PRIVACY ) Master Docket No.:
LITIGATION                     ) 19-cv-04286-BLF
_____ )

ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER

VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

DEPOSITION OF HAILEY CROWEL, VOLUME II

Wednesday, August 10, 2022

Remotely Testifying from San Francisco, California

Stenographically Reported By:

Hanna Kim, CLR, CSR No. 13083

ATTORNEYS' EYES ONLY

Page 119

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3      SAN JOSE DIVISION
4
5      _____
                                       )
6      IN RE GOOGLE ASSISTANT PRIVACY  ) Master Docket No.:
       LITIGATION                      ) 19-cv-04286-BLF
7      _____)
8
9
10
11
12             ATTORNEYS' EYES ONLY, virtual
13             videoconference video-recorded deposition
14             of HAILEY CROWEL, VOLUME II, taken on
15             behalf of the Plaintiffs, pursuant to the
16             stipulations of counsel thereof, on
17             Wednesday, August 10, 2022, beginning at
18             9:41 a.m., PDT, and concluding at
19             12:21 p.m., remotely testifying from San
20             Francisco, California, before Hanna Kim,
21             CLR, Certified Shorthand Reporter,
22             No. 13083.
23
24
25

Page 136

1  Q. Okay. Do you know if -- how about -- how
2  about text messages?
3      MS. BALI: Same objections.
4      THE WITNESS: To the best of my knowledge,
5  we don't have ad solutions in text messages.
6  BY MS. FARAH:
7  Q. How about users' social media sites?
8      MS. BALI: Same objections.
9      THE WITNESS: Nothing beyond what might be
10 in the Display Network.
11 BY MS. FARAH:
12 Q. What do you mean by "Display Network"?
13 A. So, again, advertisers have the ability to
14 purchase ads on the open web through a network of
15 websites. It is possible there would be social
16 media websites within that network of sites that
17 advertisers can bid upon.
18 Q. Mm-hmm, got you.
19     Is there someone who monitors or controls
20 what advertisements are displayed to users?
21 A. Can you say more? I'm not sure what you
22 mean.
23 Q. So is there anyone who actually can
24 determine or decide what advertisement is going to
25 be displayed for a user?

ATTORNEYS' EYES ONLY

Page 137

1      MS. BALI:  Objection.  Vague and outside
2  the scope.
3      THE WITNESS:  And --
[redacted]
9  BY MS. FARAH:
10 [redacted]
14     MS. BALI:  Objection.  Misstates
15 testimony.  You can answer.  And outside the scope.
16     THE WITNESS: [redacted]
18     (Interruption in audio/video.)
19     THE COURT REPORTER:  Excuse me?
20 BY MS. FARAH:
21 [redacted]
25     Q.  Do you have an understanding of how Google

Page 138

1    gets paid for displaying advertisements to users?
2         A.   Yes, I do.
3         Q.   Okay.  And how is that?
4         A.   Predominantly, our ads are sold on a
5    cost-per-click basis.  So if a user finds a
6    particular ad relevant, then we would charge an
7    advertiser based on the click.  Most of those ads
8    are sold on auction basis.  There are some ad
9    formats at Google outside of Search, predominantly
10   on YouTube or the Display Network, that could be
11   sold on a cost per thousand or CPM model.
12             I believe there are also limited but
13   existing instances where there is a fixed price.  In
14   the past, at least, we have sold the YouTube home
15   page for a flat fee.
16        Q.   So when you say "flat fee," is the flat
17   fee imposed when the ad is displayed?
18        A.   It's usually based on a given day.  There
19   will be a flat fee charged for the entire day
20   regardless of how many users may see that ad.
21        Q.   And regardless whether they click on the
22   ad; correct?
23        A.   Correct.
24        Q.   So the flat fee is paid for the mere
25   display of the ad regardless how many individuals

Page 139

1  see it and regardless whether anyone clicks on it?
2       A.   Correct.
3       Q.   Okay.  So that's one -- one format.
4            You also mentioned -- and is this flat fee
5  format used for YouTube and Search?
6       A.   It's not used for Search.
7       Q.   What is it used --
8       A.   It is -- to the best of my knowledge, it
9  has only been used for YouTube.
10      Q.   And during what time was this -- was it
11 used for YouTube?
12      A.   Again, I'm -- I'm not privy to all the
13 nuances of our ad products.  But at the time when I
14 was working in our large customer sales division, so
15 that would have been from 2010 to 2014, at a
16 minimum, we offered the YouTube masthead, which was
17 sold on a cost-per-day basis.  I don't know if that
18 product is still available today.
19      Q.   Okay.  You also mentioned --
20           (Interruption in audio/video.)
21           THE COURT REPORTER:  Excuse me one second.
22 Your audio cut out.  Could you please repeat.
23           MS. FARAH:  Whose -- whose audio?
24           THE WITNESS:  Mine?
25           THE COURT REPORTER:  Ms. Farah.

Page 140

```
 1   BY MS. FARAH:
 2       Q.   Oh.
 3            I was saying, besides the flat fee, you
 4   also mentioned that there is something -- there is
 5   cost per thousand; is that correct?
 6       A.   Yes.
 7       Q.   Can you explain what that is?
 8       A.   Yes.
 9            Some -- particularly on YouTube, but also
10   on the broader Google Display Network, we sell ads
11   on a cost-per-thousand-impressions basis.  So for
12   every 1,000 times an ad is rendered on a page,
13   Google will charge a fee.
14       Q.   Okay.  And that also does not depend on
15   how many individuals actually view it; correct?
16       A.   It's a bit tricky because if -- if the
17   impression is rendered on the page, presumably an
18   individual has seen it.  But it is not dependent on
19   whether they click on the ad.
20       Q.   Okay.  So if the ad is displayed a
21   thousand times, they get paid?
22       A.   Correct.
23       Q.   And then you also mentioned cost per
24   click?
25       A.   Yes.
```

ATTORNEYS' EYES ONLY

Page 191

1           (Simultaneous speaking.)
2           (Interruption in audio/video.)
3           THE COURT REPORTER:  I'm sorry, what was
4   the last part?
5           THE WITNESS:  I said, █████████████
6   BY MS. FARAH:
7   █████████████████████████████████████████████

Page 192

1     A.     Correct.

2



ATTORNEYS' EYES ONLY

Page 193



ATTORNEYS' EYES ONLY

Page 194



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

