# EXHIBIT 8

ATTORNEYS' EYES ONLY

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4
5  _____
                                    )
6  IN RE GOOGLE ASSISTANT PRIVACY   ) Master Docket No.:
   LITIGATION                       ) 19-cv-04286-BLF
7  _____ )
8
9
10
11
12         ** ATTORNEYS' EYES ONLY **
13     VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14          DEPOSITION OF BRYAN HORLING
15
16           Monday, June 13, 2022
17   Remotely Testifying from Belmont, Massachusetts
18
19
20
21
22
23  Reported By:
24  Hanna Kim, CLR, CSR No. 13083
25

ATTORNEYS' EYES ONLY

Page 2

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3            SAN JOSE DIVISION
4
5  _____
                                    )
6  IN RE GOOGLE ASSISTANT PRIVACY   ) Master Docket No.:
   LITIGATION                       ) 19-cv-04286-BLF
7  _____ )
8
9
10
11
12           ATTORNEYS' EYES ONLY, virtual
13           videoconference video-recorded deposition
14           of BRYAN HORLING, taken on behalf of the
15           Plaintiffs, pursuant to the stipulations
16           of counsel thereof, on Monday, June 13,
17           2022, remotely testifying from Belmont,
18           Massachusetts, before Hanna Kim, CLR,
19           Certified Shorthand Reporter, No. 13083.
20
21
22
23
24
25

Page 104

1              MR. OUTWATER:  Let's go off the record.
2          Thirty minutes?
3              MS. EARL:  Sure.  That seems fine.
4              THE VIDEOGRAPHER:  Okay.  We're off the
5    record.  It's 3:52 p.m.
6              (Lunch recess taken.)
7              THE VIDEOGRAPHER:  We're back on the
8    record.  It's 4:28 p.m.
9    BY MR. OUTWATER:
10       Q.   Welcome back, Mr. Horling.
11            I'm going to mark another exhibit here.
12            (Horling Deposition Exhibit 9 was marked
13            electronically.)
14   BY MR. OUTWATER:
15       Q.   All right.
16            Let me know when you have it.
17       A.   Is this the one marked 9?
18       Q.   Yes.
19       A.   Okay.  I see that.  Can I take a moment to
20   review it?
21       Q.   Of course.  I will assume that you are
22   going to take a moment to review.  So you don't need
23   to -- just let me know when you're -- when you've
24   reviewed and then we can go from there.
25       A.   Okay.

Page 105

1               (Witness reviews.)
2               Okay.
3     Q.    All right.
4               So do you recognize this document?
5     A.    Yes.
6     Q.    Did you generate this document personally?
7     A.    I suspect it was a group effort, but I
8  participated and gener- -- generated it.
9     Q.    Okay.  First page has your name on it.
10              Does that suggest to you that you were the
11 lead on this presentation?
12    A.    The typical pattern is that the name of
13 the presenter would be on it.
14    Q.    Oh, I see.
15              And do you recall what the purpose of this
16 presentation was?
17    A.    I don't remember who we gave the
18 presentation to, but I -- I suspect the purpose was
19 to explain what those teams were doing in broad
20 terms.
21    Q.    Okay.  If you can turn to the next page.
22    A.    Okay.
23 [REDACTED]

Page 106



ATTORNEYS' EYES ONLY

Page 107



ATTORNEYS' EYES ONLY



Page 108

ATTORNEYS' EYES ONLY

**Page 109**



```
17      Q.   Okay.  If you could turn to the next page.
18      A.   Okay.
19      Q.   Actually, let's go to the page after that.
20
```

ATTORNEYS' EYES ONLY

Page 110

