EXHIBIT 9

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN JOSE DIVISION

5    -----------------------------x

6    IN RE GOOGLE ASSISTANT      Master Docket No.

7    PRIVACY LITIGATION          19-cv-04286-BLF

8    -----------------------------x

9

10

11

12    **HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

13

14         REMOTE/ORAL/WEB VIDEOCONFERENCE

15    VIDEOTAPED DEPOSITION OF CAROLINE KENNY

16            Thursday, April 14, 2022

17                 9:04 a.m. EST

18

19

20

21    Reported by:

22    Erica Ruggieri, CSR, RPR, CLR

23

24

25

Page 2

1

2                              April 14, 2022

3                              9:04 a.m. EST

4

5          Remote/Oral/Web Videoconference

6       Videotaped Deposition of CAROLINE

7       KENNY, held via Zoom Web

8       Videoconference, pursuant to notice,

9       before Erica Ruggieri, a Registered

10      Professional Reporter and Notary

11      Public of the State of New Jersey.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

1      K E N N Y  -  H I G H L Y  C O N F I D E N T I A L  -  A E O

2



Page 22

KENNY - HIGHLY CONFIDENTIAL - AEO

1

2



KENNY - HIGHLY CONFIDENTIAL - AEO



Page 58

1      KENNY - HIGHLY CONFIDENTIAL - AEO

7              MS. WILSON:  Objection, vague.

8              Q.    Did Google -- I'll rephrase

9       that question.

15             MS. WILSON:  Objection to the

16      extent it calls for attorney-client

17      communications or work product.

18

20             MS. WILSON:  Objection, vague.

21      You can answer.

22             THE WITNESS:  Okay.

23

Page 59

1       KENNY - HIGHLY CONFIDENTIAL - AEO
2



Page 60

KENNY - HIGHLY CONFIDENTIAL - AEO



Page 61

**1**      KENNY - HIGHLY CONFIDENTIAL - AEO

**2**



Page 62

1      KENNY - HIGHLY CONFIDENTIAL - AEO

2



Page 66

KENNY - HIGHLY CONFIDENTIAL - AEO

MS. WILSON:  Objection, vague.

Q.   You can answer the question if you understand it.

Page 67

1          KENNY - HIGHLY CONFIDENTIAL - AEO

2      operational?



Page 68

1      KENNY - HIGHLY CONFIDENTIAL - AEO

2



Page 69

1      KENNY - HIGHLY CONFIDENTIAL - AEO

2          A.     Um-hmm.

3          Q.     Okay.  Do you know what

4      this slide is referring to?

5          A.     Yes.

6

```
 1        KENNY - HIGHLY CONFIDENTIAL - AEO
 2      Vendor, marked for identification,
 3      as of this date.)
 4          Have you seen this document
 5      before?
 6          A.   No.
 7          Q.   Would it surprise you that
 8      this document came from your
 9      custodial file?
10          MS. WILSON:  Objection.  You
11       can answer though.
12          A.   No.
13          Q.   Do you know why this would
14      be in your file?
15          A.   I have a lot of speech
16      files in general shared with me,
17      like they are shared with multiple
18      people in case you would need to
19      access.
20          Q.   Got it.  So I want to go
21      back over something we talked about
22      previously.
```

Page 210

1        KENNY - HIGHLY CONFIDENTIAL - AEO
2



Page 211

1    KENNY - HIGHLY CONFIDENTIAL - AEO

2



11          MS. WILSON:  Objection, vague.

12          A.   I don't know.  I don't

13    know.

14

24          MS. WILSON:  Objection, beyond

25    the scope.  But you can answer.

Page 212

1     KENNY - HIGHLY CONFIDENTIAL - AEO

2          Q.    I'm sorry, what did you

3     say?

4

7          MS. WILSON:   Objection, vague.

8     Beyond the scope.

9          A.   I don't know.

10

14          MS. WILSON:   Same objections.

15          A.   I don't know.

16

23          MS. WILSON:   Same objections.

24          A.   I don't know.

25          Q.   Do you know if there's

Page 215

1          KENNY - HIGHLY CONFIDENTIAL - AEO

2               A.   I don't know.

3    ████████████████████████████████████

     ████████████████████████████████████

5          MS. WILSON:   Objection.   These

6    questions are beyond the scope but

7    you can answer if you can.

8               A.   I don't know.

9    ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

12         MS. WILSON:   Same objections.

13   Beyond the scope of this witness.

14              A.   I don't know.

15   ████████████████████████████████████

     ████████████████████████████████████

17         MS. WILSON:   Same objection.

18   It's beyond the scope of this

19   witness.

20              A.   I don't know.

21   ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

25         MS. WILSON:   Same objection.

Page 216

1        KENNY - HIGHLY CONFIDENTIAL - AEO
2        Beyond the scope of this witness.
3             A.   I don't know.
4

Page 217

1    KENNY - HIGHLY CONFIDENTIAL - AEO

2

8         MS. WILSON:   Objection, beyond

9    the scope.

10        A.   I don't know.

11

13        MS. WILSON:   Same objection.

14        A.   I don't know.

15

17        MS. WILSON:   Same objection.

18        A.   I don't know.

19

21        MS. WILSON:   Beyond the scope.

22   Same objection.

23        A.   I don't know.

24        Q.   Okay.