# EXHIBIT 10

Page 1

1

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  SAN JOSE DIVISION

5  ---------------------------------------X

6  IN RE GOOGLE ASSISTANT    Master Docket No.

7  PRIVACY LITIGATION        19-cv-04286-BLF

8  ---------------------------------------X

9

10

11          HIGHLY CONFIDENTIAL

12          ATTORNEYS' EYES ONLY

13

14     REMOTE/ORAL/WEB VIDEOCONFERENCE

15   VIDEOTAPED DEPOSITION OF ASHWIN SUNDER

16          Friday, May 13, 2022

17              9:12 a.m.

18

19

20

21  Reported by:

22  Erica Ruggieri, CSR, RPR, CLR

23

24

25

Page 2

May 13, 2022

Remote/Oral/Web Videoconference Videotaped Deposition of ASHWIN SUNDER, held via Zoom Web Videoconference, pursuant to notice, before Erica Ruggieri, a Registered Professional Reporter and Notary Public of the State of New Jersey.

```
                                                    Page 58
 1      SUNDER - HIGHLY CONFIDENTIAL - AEO
 2      line it says:
 3
 4            What does workstream refer
 5      to in this context?
 6            A.    A body of work.
 7            Q.    A body of work you said?
 8            A.    Yes.
 9            Q.    Okay.  And in this specific
10      example,
11                                     what type of
12      body of work was that?
13            A.    This was the
14      work.
15            Q.    What did the work entail?
16
17
18            Q.    So in this context you used
19      the word "                  right?
20            A.    Yes.
21            Q.    And what did that mean in
22      this context?
23
```

```
 1        SUNDER - HIGHLY CONFIDENTIAL - AEO
 2   ███████████████████████████████████████
 3   ███████████████████████████████████████
 4   ███████████████████████████████████████
 5           MS. EARL:  Objection.  Calls
 6   for speculation.
 7        A.   I don't know.
 8   ███████████████████████████████████████
 9   ███████████████████████████████████████
10   ███████████████████████████████████████
11           MS. EARL:  Objection.  Asked
12   and answered.
13        A.   I don't know.
14        Q.   Okay. ████████████████████████
15   ███████████████████████████████████████
16   ███████████████████████████████████████
17   ███████████████████████████████████████
18   ███████████████████████████████████████
19   ███████████████████████████████████████
20   ███████████████████████████████████████
21   ███████████████████████████████████████
22   ███████████████████████████████████████
23   ███████████████████████████████████████
24   ███████████████████████████████████████
25   ███████████████████████████████████████
```

```
                                            Page 60
 1      SUNDER - HIGHLY CONFIDENTIAL - AEO
 2      ██████████████████████████████████
 3      ██████████████████████████████████
 4      ██████████████████████████████████
 5          Q.   You wrote the words but you
 6      don't know what it means?
 7          A.   Yes.
 8          Q.   Okay.  Do you know what
 9      Misactivation means?
10          A.   Yes.
11      ██████████████████████████████████
```

1     SUNDER - HIGHLY CONFIDENTIAL - AEO



20          MS. EARL:  Objection.  Calls
21     for speculation.
22          A.    Yeah.  I don't know that
23     one.
24

Page 73

1    SUNDER - HIGHLY CONFIDENTIAL - AEO
2         A.    My understanding from



Page 74

1    SUNDER - HIGHLY CONFIDENTIAL - AEO



SUNDER - HIGHLY CONFIDENTIAL - AEO



```
                                                    Page 76
 1      SUNDER - HIGHLY CONFIDENTIAL - AEO
 2  [REDACTED]
 3
 4
 5
 6
 7
 8
 9
10
11
12
13        Q.    Do you recall being put on
14   legal hold?
15        A.    Yes.
16        Q.    What did that entail?
17        MS. EARL:  Objection.  If you
18   can answer without revealing the
19   substance of any attorney-client
20   communication, you can answer, but
21   otherwise I instruct you not to
22   answer.
23        Q.    Can you answer that
24   question?
25        A.    No.
```