# EXHIBIT 11

ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

_____
                              )
IN RE GOOGLE ASSISTANT PRIVACY ) Master Docket No.:
LITIGATION                    ) 19-cv-04286-BLF
_____)

** ATTORNEYS' EYES ONLY **

VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

DEPOSITION OF TERRY TAI, VOLUME 1

Wednesday, June 22, 2022

Remotely Testifying from New York, New York

Reported By:
Hanna Kim, CLR, CSR No. 13083

ATTORNEYS' EYES ONLY

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   _____
                                      )
 6   IN RE GOOGLE ASSISTANT PRIVACY   ) Master Docket No.:
     LITIGATION                       ) 19-cv-04286-BLF
 7   _____ )
 8
 9
10
11
12           ATTORNEYS' EYES ONLY, virtual
13           videoconference video-recorded deposition
14           of TERRY TAI, VOLUME 1, taken on behalf of
15           the Plaintiffs, pursuant to the
16           stipulations of counsel thereof, on
17           Wednesday, June 22, 2022, beginning at
18           11:13 a.m., EDT, and concluding at
19           6:13 p.m., remotely testifying from New
20           York, New York, before Hanna Kim, CLR,
21           Certified Shorthand Reporter, No. 13083.
22
23
24
25
```

Page 90

1  model within the speech team?
2          MS. BALI:  Objection.  Asked and answered.
3          THE WITNESS:  I don't think so.
4          MR. OUTWATER:  Okay.  Sunita, can we go
5  about 20 more minutes and then break for lunch?
6          MS. BALI:  Sure, that's fine.
7          MR. OUTWATER:  Okay.  Next exhibit in
8  order is Number 9 ending in Bates Number '231204.
9          (Tai Deposition Exhibit 9 was marked
10          electronically.)
11  BY MR. OUTWATER:
12      Q.   Should have it, Mr. Tai.
13      A.   Okay.  I see it.
14      Q.   Okay.  So --
15          (Interruption in audio/video.)
16          THE COURT REPORTER:  May we go off the
17  record, please, Mr. Outwater.
18          MR. OUTWATER:  Sure.
19          THE COURT REPORTER:  Hello?  Oh --
20          MR. OUTWATER:  Yeah, let's go --
21          THE COURT REPORTER:  You fro- -- you froze
22  for a second and then --
23          MR. OUTWATER:  Am I back?
24          THE COURT REPORTER:  Yes, you're back.
25          MS. BALI:  Alex, if you could just ask

```
                                                  Page 91
 1   your last question again, because it -- it was a --
 2   awhile I think since we heard -- heard from you.
 3             MR. OUTWATER:  Sure.
 4             Okay.  I've got -- I got the witness back
 5   up.
 6             Oh, yeah, I see from the real-time that
 7   that last question was missed.
 8             I was just clarifying for the witness that
 9   I was referring to the e-mail on the middle of the
10   page dated May 18, 2020, at 8:00 a.m.
11   BY MR. OUTWATER:
12       Q.   And the question was, do you remember
13   writing this e-mail?
14       A.   I don't specifically remember writing this
15   e-mail, but I trust that I wrote it.
16       Q.   Okay.  So there's a number of bullets on
17   here.  Second bullet says "█████████
18             Do you remember a project called ████████
19   at Google?
20       A.   Yes.
21       Q.   And what was the purpose of that project?
22   ████████████████████████████████████████████████████
     ████████████████████████████████████████████████████
     ████████████████████████████████████████████████████
```

ATTORNEYS' EYES ONLY

Page 92



25    A.    Sorry, was there a question?