Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Beth Labson Freeman |

Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Defendants" and together with Plaintiffs, the "Parties") stipulate as follows:

1. On February 6, 2023, the Court granted the Parties' stipulation to stay all case deadlines for 90 days while the Parties pursued mediation. *See* Dkt. 380. Under the Court's order, the stay is set to expire on May 8, 2023. *Id.*

2. Relatedly, on February 7, 2023, the Court set a Case Management Conference for May 18, 2023, at 11:00 a.m., and ordered the Parties to submit a Case Management Statement by May 11, 2023. *See* Dkts. 381-82.

3. The Parties have worked together diligently to identify a mediator and schedule a first mediation for May 10, 2023, with mediator Randall W. Wulff.

4. To allow the Parties sufficient time to complete the mediation and engage in any necessary follow-up negotiations, the Parties jointly request that the Court extend the temporary stay of all case deadlines by an additional 30 days, through June 7, 2023, and that the Parties update the Court on the status of their discussions by May 31, 2023. The Parties also jointly request that the Court reschedule the Case Management Conference currently set for May 18, 2023, to June 22, 2023, or the soonest date thereafter on which the Court is available, with the Parties to file a Case Management Statement seven (7) days before the Case Management Conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the schedule be modified as follows:

| Date | Current Date | Proposed Date |
|---|---|---|
| Joint Status Report re Status of Settlement Discussions | May 1, 2023 | May 31, 2023 |
| End of Temporary Stay | May 8, 2023 | June 7, 2023 |
| Joint CMC Statement Due | May 11, 2023 | June 15, 2023 |
| CMC | May 18, 2023 at 11:00 a.m. | June 22, 2023 at 11:00 a.m. |

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: May 5, 2023          **PERKINS COIE LLP** |

By: */s/ Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

*Attorneys for Defendants*

ALPHABET INC. and GOOGLE LLC

Dated: May 5, 2023

By: */s/ Christian Levis*
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

-5-

**<u>Attestation</u>**

Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the filing of this document.

*/s/ Sunita Bali*
Sunita Bali

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation to Extend Stay and Reschedule Case Management Conference is GRANTED. The relevant deadlines are extended as follows:

| Date | Current Date | Proposed Date |
|---|---|---|
| Joint Status Report re Status of Settlement Discussions | May 1, 2023 | May 31, 2023 |
| End of Temporary Stay | May 8, 2023 | June 7, 2023 |
| Joint CMC Statement Due | May 11, 2023 | June 15, 2023 |
| CMC | May 18, 2023 at 11:00 a.m. | June 22, 2023 at 11:00 a.m. |

**IT IS SO ORDERED.**

Dated: _____    _____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE