1   Bobbie J. Wilson (SBN 148317)
    BWilson@perkinscoie.com
2   Sunita Bali (SBN 274108)
    SBali@perkinscoie.com
3   PERKINS COIE LLP
    505 Howard Street, Suite 1000
4   San Francisco, California 94105
    Telephone: 415.344.7000
5   Facsimile:  415.344.7050

6   Attorneys for Defendants
    GOOGLE LLC and ALPHABET INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
    LITIGATION
13                                          **STIPULATION AND [PROPOSED]
                                            ORDER TO EXTEND STAY AND
14                                          RESCHEDULE CASE MANAGEMENT
                                            CONFERENCE**
15                                          *AS MODIFIED BY THE COURT
                                            Judge:    Hon. Beth Labson Freeman
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -1-

Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Defendants" and together with Plaintiffs, the "Parties") stipulate as follows:

1.      On February 6, 2023, the Court granted the Parties' stipulation to stay all case deadlines for 90 days while the Parties pursued mediation. *See* Dkt. 380. Under the Court's order, the stay is set to expire on May 8, 2023. *Id.*

2.      Relatedly, on February 7, 2023, the Court set a Case Management Conference for May 18, 2023, at 11:00 a.m., and ordered the Parties to submit a Case Management Statement by May 11, 2023. *See* Dkts. 381-82.

3.      The Parties have worked together diligently to identify a mediator and schedule a first mediation for May 10, 2023, with mediator Randall W. Wulff.

4.      To allow the Parties sufficient time to complete the mediation and engage in any necessary follow-up negotiations, the Parties jointly request that the Court extend the temporary stay of all case deadlines by an additional 30 days, through June 7, 2023, and that the Parties update the Court on the status of their discussions by May 31, 2023. The Parties also jointly request that the Court reschedule the Case Management Conference currently set for May 18, 2023, to June 22, 2023, or the soonest date thereafter on which the Court is available, with the Parties to file a Case Management Statement seven (7) days before the Case Management Conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the schedule be modified as follows:

| Date | Current Date | Proposed Date |
|---|---|---|
| Joint Status Report re Status of Settlement Discussions | May 1, 2023 | May 31, 2023 |
| End of Temporary Stay | May 8, 2023 | June 7, 2023 |
| Joint CMC Statement Due | May 11, 2023 | June 15, 2023 |
| CMC | May 18, 2023 at 11:00 a.m. | June 22, 2023 at 11:00 a.m. |

STIPULATION AND [PROPOSED] ORDER5:19-CV-04286-BLF

1    **IT IS SO STIPULATED.**

2    Dated:  May 5, 2023                    **PERKINS COIE LLP**

3

4                                           By: */s/ Sunita Bali*
                                            Bobbie J. Wilson, Bar No. 148317
5                                           BWilson@perkinscoie.com
                                            Sunita Bali, Bar No. 274108
6                                           SBali@perkinscoie.com
                                            PERKINS COIE LLP
7                                           505 Howard Street, Suite 1000
                                            San Francisco, California 94105
8                                           Telephone: +1.415.344.7000
                                            Facsimile:  +1.415.344.7050
9
                                            *Attorneys for Defendants*
10
                                            ALPHABET INC. and GOOGLE LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  May 5, 2023

2

3                              By: */s/ Christian Levis*
                                   Vincent Briganti (pro hac vice)
                                   Christian Levis (pro hac vice)
4                                  Margaret MacLean (pro hac vice)
                                   Andrea Farah (pro hac vice)
5                                  LOWEY DANNENBERG, P.C.
                                   44 South Broadway, Suite 1100
6                                  White Plains, NY 10601
                                   Telephone: (914) 997-0500
7                                  Facsimile: (914) 997-0035
                                   vbriganti@lowey.com
8                                  clevis@lowey.com
                                   mmaclean@lowey.com
9                                  afarah@lowey.com

10                                 Mark N. Todzo (Bar No. 168389)
                                   Eric S. Somers (Bar No. 139050)
11                                 LEXINGTON LAW GROUP
                                   503 Divisadero Street
12                                 San Francisco, CA 94117
                                   Telephone: (415) 913-7800
13                                 Facsimile: (415) 759-4112
                                   mtodzo@lexlawgroup.com
14                                 esomers@lexlawgroup.com

15                                 Joseph P. Guglielmo (pro hac vice)
                                   Erin Green Comite (pro hac vice)
16                                 SCOTT+SCOTT ATTORNEYS AT LAW
                                   LLP
17                                 The Helmsley Building
                                   230 Park Avenue, 17th Floor
18                                 New York, NY 10169-1820
                                   Telephone: (212) 223-6444
19                                 Facsimile: (212) 223-6334
                                   jguglielmo@scott-scott.com
20                                 ecomite@scott-scott.com

21                                 John T. Jasnoch (Bar No. 281605)
                                   SCOTT+SCOTT ATTORNEYS AT LAW
22                                 LLP
                                   600 W. Broadway, Suite 3300
23                                 San Diego, CA 92101
                                   Telephone: (619) 233-4565
24                                 Facsimile: (619) 233-0508
                                   jjasnoch@scott-scott.com
25

26                                 *Attorneys for Plaintiffs*

27

28
                                        -4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Attestation**

Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the filing of this document.

/s/ *Sunita Bali*
Sunita Bali

STIPULATION AND [PROPOSED] ORDER5:19-CV-04286-BLF

1

## ~~[PROPOSED]~~ ORDER

2      IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation to Extend

3  Stay and Reschedule Case Management Conference is GRANTED. The relevant deadlines are

4  extended as follows:

| Date | Current Date | Proposed Date |
|------|--------------|---------------|
| Joint Status Report re Status of Settlement Discussions | May 1, 2023 | May 31, 2023 |
| End of Temporary Stay | May 8, 2023 | June 7, 2023 |
| Joint CMC Statement Due | May 11, 2023 | June 15, 2023 |
| CMC | May 18, 2023 at 11:00 a.m. | June 22, 2023 at 11:00 a.m. |

**\*The motion to compel arbitration (Dkt. 377) and motion for an order approving class notice plan (Dkt. 378) are set for hearing on June 1, 2023, which is prior to the end of the temporary stay.  Those motions are TERMINATED WITHOUT PREJUDICE to refiling if the mediation is not successful.**

**IT IS SO ORDERED.**

Dated: ___May 8, 2023_____

_____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE