Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*
ASIF KUMANDAN, MELISSA SPURR, And MELISSA SPURR, as guardian of B.S., a minor

[Additional counsel on signature page.]

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl *(pro hac vice)*
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 9812
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF (SVK)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Beth L. Freeman<br>Date: June 22, 2023<br>Dept.: Courtroom 3 –5th Floor |

## JOINT CASE MANAGEMENT STATEMENT

Pursuant to the Clerk's Notice Resetting Case Management Conference (Dkt. 382), and the corresponding docket entry dated May 11, 2023, Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan and Eleeanna Galvan ("Plaintiffs") and Google LLC and Alphabet Inc. ("Defendants" or "Google") (collectively, the "Parties") submit this Joint Case Management Statement, in anticipation of the Case Management Conference set for June 22, 2023. The Parties met and conferred regarding this statement on June 15, 2023.

## STATEMENT

Since the most recent joint case management statement filed on October 13, 2022 (ECF No. 310), the Court issued an Order Denying in Part and Granting in Part Plaintiffs' Motion for Class Certification, which certified only the Purchaser Class (ECF No. 360, December 16, 2022).

Following this Order, Magistrate Judge van Keulen held a hearing on January 24, 2023 on whether her October, 20, 2022 order regarding data sampling should be modified, and requested supplemental briefing from both parties (ECF No. 375, January 24, 2023). On February 1, 2023, Defendants moved to compel arbitration (ECF No. 377). On February 3, 2023, Plaintiffs moved for approval of their proposed class notice plan (ECF No. 378).

On February 6, 2023—before the deadlines to provide the supplemental briefing to Magistrate Judge van Keulen and to respond to the motions to compel arbitration and for approval of the class notice plan—this Court granted the parties' stipulation to stay the pending deadlines for 90 days pending mediation, and ordered that the trial and pretrial dates would be vacated and reset in the event the parties did not settle (ECF No. 380). The Court then granted the Parties' stipulation to continue the temporary stay for an additional 30 days (ECF No. 389), until June 7, 2023. The Court also clarified that Defendants' motion to compel arbitration and Plaintiffs' motion

for approval of class notice plan were terminated without prejudice to refiling the motions if the mediation was not successful (ECF No. 389).

The Parties participated in an all-day mediation on May 10, 2023 with mediator Randall Wulff, but did not reach an agreement. Thus, the Parties now jointly propose the below schedule moving forward. The only aspect of the schedule on which the Parties disagree is the timing of dispositive motions, as described in more detail below.

**JOINTLY PROPOSED SCHEDULE**

| Event | Deadline |
| --- | --- |
| Case Management Conference | Thursday, June 22, 2023 |
| Defendants to File Supplemental Briefing Ordered by Magistrate Judge van Keulen | Friday, July 7, 2023 |
| Plaintiffs to File Response to Defendants' Supplemental Briefing Ordered by Magistrate Judge van Keulen | Friday, July 21, 2023 |
| Plaintiffs' deadline to file Motion to Approve Class Notice Plan | Friday, July 21, 2023 |
| Defendants' deadline to file Motion to Compel Arbitration | Friday, July 21, 2023 |
| Defendants' Opposition to Plaintiffs' Motion to Approve Class Notice Plan | Friday, August 11, 2023 |
| Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration | Friday, August 11, 2023 |
| Plaintiffs' Reply in Support of Motion to Approve Class Notice Plan | Friday, September 1, 2023 |
| Defendants' Reply in support of Motion to Compel Arbitration | Friday, September 1, 2023 |
| Hearing on Defendants' Motion to Compel Arbitration | TBD |
| Hearing on Plaintiffs' Motion to Approve Class Notice Plan | TBD |
| [dispositive motion briefing deadlines in dispute as set forth below] | |
| Hearing on Dispositive Motion | TBD (at least one week after the close of the class's opt-out period and at least 90 days before trial) |
| Deadline to File *Daubert* Motions | 180 days before trial |
| Hearing on *Daubert* Motions | TBD (at least 60 days before trial) |
| Final Pretrial Conference | TBD |

| TRIAL | TBD |
|---|---|

**Plaintiffs' Position on Briefing of Dispositive Motions:**

Plaintiffs propose the below schedule:

| EVENT | DATE |
|---|---|
| Dispositive Motion Deadline | Monday, October 16, 2023 |
| Opposition to Dispositive Motion | Monday, November 13, 2023 |
| Reply in Support of Dispositive Motion | Monday, December 4, 2023 |

This schedule will allow the action to move forward as expeditiously as possible, by ensuring that the Court has access to the parties' full briefing on dispositive motions whenever the Court is prepared to rule on it.

**Defendants' Position on Briefing of Defendants' Dispositive Motions:**

Google proposes that its dispositive motion deadline be set for a date that gives the Court sufficient time to first rule on Google's motion to compel arbitration and Plaintiffs' motion for approval of class notice plan, and for notice to be provided to the class (and class members to opt-out), before the Court decides the merits. *See Schwarzschild v. Tse*, 69 F.3d 293, 295 (9th Cir. 1995) (explaining that "district courts generally do not grant summary judgment on the merits of a class action until the class has been properly certified and notified" because "[t]he purpose of rule 23(c)(2) is to ensure that the plaintiff class receives notice of the action well before the merits of the case are adjudicated"); *see also Gomez v. Rossi Concrete Inc.*, No. 08-CV-1442, 2011 WL 666888, at *1 (S.D. Cal. Feb. 17, 2011) ("Absent extraordinary circumstances, it is appropriate to postpone ruling on a plaintiff's motion for summary judgment until after class definition issues are settled, notice has been given, and the period for class members to exclude themselves has expired.").

Thus, to provide sufficient time for resolution of the parties' anticipated motions and notice to be provided to the class (and class members to opt-out), Google respectfully requests the below schedule for briefing dispositive motions[1]:

| EVENT | DATE |
|---|---|
| Dispositive Motion Deadline | Friday, January 19, 2024 |
| Opposition to Dispositive Motion | Friday, February 16, 2024 |
| Reply in Support of Dispositive Motion | Friday, March 8, 2024 |

Dated: June 15, 2023

**LOWEY DANNENBERG, P.C.**

By: */s/ Margaret MacLean*
    Vincent Briganti *(pro hac vice)*
    Christian Levis *(pro hac vice)*
    Margaret MacLean *(pro hac vice)*
    Andrea Farah *(pro hac vice)*
    44 South Broadway, Suite 1100
    White Plains, NY
    vbriganti@lowey.com
    clevis@lowey.com
    mmaclean@lowey.com
    afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

---

[1] If Plaintiffs continue to pursue their individual claims, Google reserves the right to seek leave of Court to file two summary judgment motions -- one as to Plaintiffs' individual claims, and one as to the claims of the Purchaser Class.

|   |   |
|---|---|
| 1 | Joseph P. Guglielmo (pro hac vice) |
| 2 | Erin Green Comite (pro hac vice) **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 3 | The Helmsley Building 230 Park Avenue, 17th Floor |
| 4 | New York, NY 10169-1820 Telephone: (212) 223-6444 |
| 5 | Facsimile: (212) 223-6334 jguglielmo@scott-scott.com |
| 6 | ecomite@scott-scott.com |

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

Dated: June 15, 2023            **PERKINS COIE LLP**

By: */s/ Sunita Bali*
     Bobbie J. Wilson, Bar No. 148317
     Sunita Bali, Bar No. 274108

     BWilson@perkinscoie.com
     SBali@perkinscoie.com
     505 Howard Street, Suite 1000
     San Francisco, California 94105
     Telephone: 415.344.7000
     Facsimile: 415.344.7050

     Erin K. Earl *(pro hac vice)*
     EEarl@perkinscoie.com
     **PERKINS COIE LLP**
     1201 Third Avenue, Suite 4900
     Seattle, Washington 9812
     Telephone: 206.359.8000
     Facsimile: 206.359.9000

**CERTIFICATION**

I HEREBY CERTIFY that on June 15, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: June 15, 2023                    <u>*s/ Margaret MacLean*</u>
                                         Margaret MacLean