Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants Alphabet Inc.
and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION, | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF VICTORIA LUU IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |
|---|---|

# DECLARATION OF VICTORIA LUU

I, Victoria Luu, declare as follows:

1. I am a Legal Specialist at Google LLC, where I have worked since 2019. In my role as Legal Specialist, I work with the Hardware team on a variety of issues, including supporting various regulatory and compliance tasks, drafting and negotiating commercial agreements, and leading many project management initiatives. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. There are at least two arbitration agreements that apply to devices that are manufactured and sold by Google with the Google Assistant ("Covered Devices"): (1) the Google Device Arbitration Agreement, and (2) the Google Store Sales Terms.

## Google Device Arbitration Agreements

3. In connection with my position as a Legal Specialist, I am familiar with the devices that are subject to the Google Device Arbitration Agreement (the "Google Device AA") and the ways in which users agree to the Google Device AA.

4. Google began using the Google Device AA in October 2018, in connection with its Google Pixel 3 and Pixel 3XL smartphones. Since that time, Google has required that users agree to the Google Device AA to complete the process of setting up a Google Pixel 3, Pixel 3XL, and all subsequent models and versions of Pixel smartphones and other Pixel products. A user cannot complete the setup process or use these Pixel devices without first agreeing to the Google Device AA.

5. Google extended the Google Device AA to apply to Google Home and Nest devices in December 2019. Since that time, Google has required that users agree to the Google Device AA to complete the process of setting up Google Home and Nest devices. A user cannot complete the setup process or use these Google Home and Nest devices without first agreeing to the Google Device AA.

6. As Google launched new devices, Google has required that users agree to the Google Device AA to set up and use those devices.

7. Attached hereto as **Exhibit 1** is a chart summarizing when specific Covered

Devices became subject to the Google Device AA.

8. There have been minor updates to the language of the Google Device AA since Google started using it in October 2018. The first version was in effect from October 2018 to March 2019; the second version was in effect from March 2019 to April 2019; the third version was in effect from April 2019 to October 2019; and the fourth and current version has been in effect since October 2019. All of these versions are substantively the same.

9. A true and correct copy of the Google Device AA in effect from October 2018 to March 2019, is attached hereto as **Exhibit 2**.

10. A true and correct copy of the Google Device AA in effect from March 2019 to April 2019, is attached hereto as **Exhibit 3**.

11. A true and correct copy of the Google Device AA in effect from April 2019 to October 2019, is attached hereto as **Exhibit 4**.

12. A true and correct copy of the Google Device AA in effect from October 2019, to present, is attached hereto as **Exhibit 5**.

13. Users are required to agree to the Google Device AA each time they set up a Covered Device.

14. Users may be presented with the Google Device AA in several ways.

15. For some Covered Devices, a printed copy of the Google Device AA is included in the product packaging. For those devices, there is a printed booklet inside the product packaging that contains some of the agreements that apply to the customer's use of the device, and that booklet includes a complete printed copy of the Google Device AA. **Exhibit 1** identifies the subset of Covered Devices that include a complete printed copy of the Google Device AA in the product packaging.

16. For other devices, the product packaging includes a paragraph giving the user notice that the device is subject to an arbitration agreement, and providing information about where the user can find a complete copy of the Google Device AA (the "pointer paragraph"). A true and correct copy of the language of pointer paragraph is attached hereto as **Exhibit 6**. **Exhibit 1** identifies the subset of Covered Devices that include the pointer paragraph in the

product packaging.

17. For all Covered Devices, users are presented with the Google Device AA electronically when they first set up their device. During the device setup process, users are shown a screen titled "Additional legal terms" or "Legal terms and conditions" that informs them that by clicking the bright blue "I accept" or "I agree" button on that screen, users are agreeing to the Google Terms of Service and the Google Device AA. It also states that "[a]ll disputes regarding your Google device will be resolved through binding arbitration on an individual, non-class basis, as described in the Google Device Arbitration Agreement, unless you opt out by following the instructions in the Arbitration Agreement." A hyperlink to the Google Device Arbitration Agreement appears in bolded, bright blue text, and once clicked will direct users to the screen displaying the entirety of the Google Device AA.

18. A true and correct copy of a representative example of the screen that users see during the set-up process is attached hereto as **Exhibit 7**.

### Process for Opting Out of the Google Device AA

19. Although users must agree to the Google Device AA to set up and use Covered Devices, users have the option to return their device within 30 days of activation or opt out of the Google Device AA by completing the "Device Arbitration Opt-Out Form," available online at g.co/devicearbitration/optout, within 30 days of activating the device. Paragraph 9 of the Google Device AA provides instructions on how to opt out of the Google Device AA using the Device Arbitration Opt-Out Form.

20. The Device Arbitration Opt-Out Form requires users to enter two pieces of information—their device type and the device's serial number—and click "Submit." The opt-out process has been substantially the same since Google first launched the Google Device AA in October 2018. A true and correct copy of the Device Arbitration Opt-Out Form is attached hereto as **Exhibit 8**.

21. Google's business records show that the vast majority of users agree to the Google

Device AA; only approximately 0.1% of users have opted out of the Google Device AA.

## The Arbitration Agreement in the Google Store Sales Terms

22. In connection with my position as Legal Specialist, I am familiar with the arbitration agreement contained in the Google Store Sales Terms (the "Sales Terms"). The arbitration provision in the Sales Terms has been in effect from August 3, 2020, to the present, and the language has not changed. A true and correct copy of the Sales Terms is attached hereto as **Exhibit 9**.

23. When a consumer purchases a device from the online Google store, a hyperlink to the Sales Terms is displayed to consumers. Consumers are notified that by clicking "confirm purchase," they are agreeing to the Sales Terms including its arbitration clause.

24. A true and correct copy of the screen that is displayed during the purchase process, with a hyperlink to the Sales Terms, is attached hereto as **Exhibit 10**.

25. Purchasers who do not wish to agree to the Sales Terms must either refrain from purchasing a device on the Google Store, or return their device according to the applicable return policy.

26. Google's business records show that Plaintiff Asif Kumandan registered a Pixel 4 smartphone on July 11, 2020. Kumandan would have been required to agree to the Google Device AA to set up and use his Pixel 4 smartphone. Google has no record of any opt out from the Google Device AA, associated with Kumandan's Pixel 4 smartphone.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 1st day of February 2023, in Mountain View, California.



Victoria Luu