# EXHIBIT 8

Google Device Arbitration Opt-Out 

# Device Arbitration Opt-Out Form

This form allows Google device customers located in the United States to provide Google with information about your Google device in the event that you want to opt out of binding arbitration for disputes related to your Google device (including its related accessories and related subscription services).

If you wish to opt out of binding arbitration (full terms at g.co/devicearbitration) for disputes related to your Google device (including its related accessories and related subscription services), please follow the instructions below. If you wish to continue using binding arbitration for disputes related to your Google device (including its related accessories and related subscription services), or you are located outside the United States, no further action is necessary.

By clicking "Submit" below, you represent to Google that you have the authority to opt out of binding arbitration for disputes related to your Google device (including its related accessories and related subscription services), and activated your Google device for the first time within the last 30 days, unless a longer period is required by applicable law.

**Select the Google device for which you wish to opt out of arbitration**

Select your device type *

**Enter the serial number for your Google device**

Enter your device serial number *