1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION, | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |
|---|---|

1  The Court, having considered the Motion to Compel Arbitration filed by Defendants Alphabet Inc. and Google LLC (collectively, "Google"), and all other matters presented to the Court, determines that all purchasers of "Google Made Devices" who agreed to a class action waiver and to have any dispute related to their device resolved through individual arbitration should be excluded from the "Purchaser Class."

The Court therefore rules as follows:

After considering the papers and all other matters presented to this Court, and for good cause appearing

1. Google's Motion to Compel Arbitration is **GRANTED**, and all purchasers of "Google Made Devices" who agreed to a class action waiver and to have any dispute related to their device resolved through individual arbitration, either via the Google Device Arbitration Agreement, or the Google Store Sales Terms, or both, are hereby excluded from the Purchaser Class.

**IT IS SO ORDERED.**

DATED: _____, 2023            _____
                                                                                   Hon. Beth Labson Freeman
                                                                                   United States District Judge