**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER ADMONISHING DEFENDANTS FOR FAILURE TO COMPLY WITH THE COURT'S STANDING ORDERS** |

On July 21, 2023, Defendants filed a motion to compel arbitration. ECF No. 397. The Court hereby ADMONISHES Defendants for failing to comply with the Court's Standing Orders. *See* Civil Standing Order § IV.F ("Footnotes shall be no less than 12-point type and shall be double-spaced."). The Court will strike any future briefs that fail to conform to the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: July 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge