Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Attorneys for Plaintiffs


[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil Case No. 5:20-cv-05427<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ABRITRATION** |

I, Margaret MacLean, declare:

1.      I am a partner with the law firm of Lowey Dannenberg, P.C., counsel for Plaintiffs in this matter. I am an attorney at law admitted to practice *pro hac vice* before this Court. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the current version of the Google Terms of Service, which I last accessed on August 10, 2023 from the publicly available website https://policies.google.com/terms?hl=en.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the current version of the List of Services and Service-Specific Additional Terms, which I last accessed on August 11, 2023 from the publicly available website https://policies.google.com/terms/service-specific?hl=en.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 11th day of August at White Plains, New York.

Dated:  August 11, 2023

*/s/ Margaret MacLean*
Margaret MacLean

**LOWEY DANNENBERG, P.C.**
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

DECL. OF MARGARET MACLEAN ISO PLAINTIFFS'
OPP. TO DEFS. MOT. TO COMPEL ARBITRATION

Case No. 19-cv-04286-BLF

Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
Stephanie A. Hackett (Bar. No. 238655)
Hal C. Cunningham (Bar. No. 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
shackett@scott-scott.com
hcunningham@scott-scott.com

*Attorneys for Plaintiff and
the Proposed Class*

DECL. OF MARGARET MACLEAN ISO PLAINTIFFS'
OPP. TO DEFS. MOT. TO COMPEL ARBITRATION

Case No. 19-cv-04286-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned counsel certifies that on this day the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification to all counsel of record who have appeared in this matter.

So certified, this 11th day of August, 2023.

<u>*s/ Margaret MacLean*</u>
Margaret MacLean

---

DECL. OF MARGARET MACLEAN ISO PLAINTIFFS'            Case No. 19-cv-04286-BLF
OPP. TO DEFS. MOT. TO COMPEL ARBITRATION