1
2
3
4

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date: December 14, 2023<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Presently before the Court is Defendants' Motion to Compel Arbitration ("Motion"). ECF
2  No. 397. The Court held a hearing on Defendants' Motion on December 14, 2023. The Court has
3  considered the arguments presented at oral argument and in the briefing, as well as the submitted
4  evidence and applicable law. Upon consideration of the motion and the papers submitted in support
5  and opposition thereto, it is HEREBY ORDERED that the motion is **DENIED.**

7  IT IS SO ORDERED.
8  Dated:_____                                        _____
                                                                       Beth Labson Freeman
9                                                                      United States District Judge