Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Defendants
Alphabet Inc. and Google LLC

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION (DKT. 397)**<br><br>Judge:    Hon. Beth Labson Freeman |

1    Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor,
Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google
LLC ("Google" and together with Plaintiffs, the "Parties") stipulate as follows:

2.    1.    On July 21, 2023, Google filed its Motion to Compel Arbitration ("Motion"). *See* Dkt. 397. The Motion is set to be heard on December 14, 2023. *Id.*

3.    2.    In their recent Case Management Statement, Dkt. 392, the Parties agreed to the following extended briefing schedule on Google's Motion, to allow the parties time to sufficiently analyze and brief their respective positions:

| Date | Proposed Date |
| --- | --- |
| Motion Deadline | July 21, 2023 |
| Opposition Deadline | August 11, 2023 |
| Reply Deadline | September 1, 2023 |

3.    At the Case Management Conference, the Court did not explicitly adopt the Parties' proposed briefing schedule and no order adopting this schedule has been entered. *See* Dkt. 393, 396.

4.    Plaintiffs filed their opposition to Google's Motion on August 11, 2023. *See* 399.

5.    In the interest of clarity, the parties seek an order adopting the briefing schedule previously agreed to by the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the above schedule should govern the briefing on Google's Motion to Compel Arbitration.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
|1| Dated:  August 16, 2023 | **PERKINS COIE LLP** |
|2| | |
|3| | By: */s/ Sunita Bali* |
|4| | Bobbie J. Wilson, Bar No. 148317 |
| | | BWilson@perkinscoie.com |
|5| | Sunita Bali, Bar No. 274108 |
| | | SBali@perkinscoie.com |
|6| | Erin K. Earl (pro hac vice) |
| | | EEarl@perkinscoie.com |
|7| | PERKINS COIE LLP |
| | | 505 Howard Street, Suite 1000 |
|8| | San Francisco, California 94105 |
| | | Telephone: +1.415.344.7000 |
|9| | Facsimile:  +1.415.344.7050 |
|10| | *Attorneys for Defendants* |
|11| | ALPHABET INC. and GOOGLE LLC |

-3-

Dated: August 16, 2023

By: */s/ Erin Green Comite*
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

**Attestation**

Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the filing of this document.

                                        */s/ Sunita Bali*
                                        Sunita Bali

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation Setting Briefing Schedule on Google's Motion to Compel Arbitration is GRANTED. The following schedule shall govern the briefing of Google's Motion to Compel Arbitration:

| Date | Proposed Date |
| --- | --- |
| Motion Deadline | July 21, 2023 |
| Opposition Deadline | August 11, 2023 |
| Reply Deadline | September 1, 2023 |
| Hearing | December 14, 2023, at 9:00 AM |

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. BETH L. FREEMAN
                                        UNITED STATES DISTRICT JUDGE