1  Bobbie J. Wilson (SBN 148317)
   BWilson@perkinscoie.com
2  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile:  415.344.7050

6  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000
   Attorneys for Defendants
10 Alphabet Inc. and Google LLC

11 Attorneys for Defendants
   GOOGLE LLC and ALPHABET INC.
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16
   IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
17 LITIGATION
                                           **STIPULATION AND [PROPOSED]**
18                                         **ORDER SETTING BRIEFING**
                                           **SCHEDULE FOR MOTION TO**
19                                         **COMPEL ARBITRATION (DKT. 397) AS**
                                           **MODIFIED BY THE COURT**
20                                         Judge:    Hon. Beth Labson Freeman
21
22
23
24
25
26
27
28

                                   -1-

Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Google" and together with Plaintiffs, the "Parties") stipulate as follows:

1.      On July 21, 2023, Google filed its Motion to Compel Arbitration ("Motion"). *See* Dkt. 397. The Motion is set to be heard on December 14, 2023. *Id.*

2.      In their recent Case Management Statement, Dkt. 392, the Parties agreed to the following extended briefing schedule on Google's Motion, to allow the parties time to sufficiently analyze and brief their respective positions:

| Date | Proposed Date |
| --- | --- |
| Motion Deadline | July 21, 2023 |
| Opposition Deadline | August 11, 2023 |
| Reply Deadline | September 1, 2023 |

3.      At the Case Management Conference, the Court did not explicitly adopt the Parties' proposed briefing schedule and no order adopting this schedule has been entered. *See* Dkt. 393, 396.

4.      Plaintiffs filed their opposition to Google's Motion on August 11, 2023. *See* 399.

5.      In the interest of clarity, the parties seek an order adopting the briefing schedule previously agreed to by the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the above schedule should govern the briefing on Google's Motion to Compel Arbitration.

**IT IS SO STIPULATED.**

1    Dated:  August 16, 2023                **PERKINS COIE LLP**

2

3                                           By: */s/ Sunita Bali*
                                                Bobbie J. Wilson, Bar No. 148317
4                                               BWilson@perkinscoie.com
                                                Sunita Bali, Bar No. 274108
5                                               SBali@perkinscoie.com
                                                Erin K. Earl (pro hac vice)
6                                               EEarl@perkinscoie.com
                                                PERKINS COIE LLP
7                                               505 Howard Street, Suite 1000
                                                San Francisco, California 94105
8                                               Telephone: +1.415.344.7000
                                                Facsimile:  +1.415.344.7050
9
                                            *Attorneys for Defendants*
10
                                            ALPHABET INC. and GOOGLE LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  August 16, 2023

2

3                                      By: */s/ Erin Green Comite*
                                           Vincent Briganti (pro hac vice)
4                                          Christian Levis (pro hac vice)
                                           Margaret MacLean (pro hac vice)
                                           Andrea Farah (pro hac vice)
5                                          LOWEY DANNENBERG, P.C.
                                           44 South Broadway, Suite 1100
6                                          White Plains, NY 10601
                                           Telephone: (914) 997-0500
7                                          Facsimile: (914) 997-0035
                                           vbriganti@lowey.com
8                                          clevis@lowey.com
                                           mmaclean@lowey.com
9                                          afarah@lowey.com

10                                         Mark N. Todzo (Bar No. 168389)
                                           Eric S. Somers (Bar No. 139050)
11                                         LEXINGTON LAW GROUP
                                           503 Divisadero Street
12                                         San Francisco, CA 94117
                                           Telephone: (415) 913-7800
13                                         Facsimile: (415) 759-4112
                                           mtodzo@lexlawgroup.com
14                                         esomers@lexlawgroup.com

15                                         Joseph P. Guglielmo (pro hac vice)
                                           Erin Green Comite (pro hac vice)
16                                         SCOTT+SCOTT ATTORNEYS AT LAW
                                           LLP
17                                         The Helmsley Building
                                           230 Park Avenue, 17th Floor
18                                         New York, NY 10169-1820
                                           Telephone: (212) 223-6444
19                                         Facsimile: (212) 223-6334
                                           jguglielmo@scott-scott.com
20                                         ecomite@scott-scott.com

21                                         John T. Jasnoch (Bar No. 281605)
                                           SCOTT+SCOTT ATTORNEYS AT LAW
22                                         LLP
                                           600 W. Broadway, Suite 3300
23                                         San Diego, CA 92101
                                           Telephone: (619) 233-4565
24                                         Facsimile: (619) 233-0508
                                           jjasnoch@scott-scott.com
25

26                                         *Attorneys for Plaintiffs*

27

28

1

## **Attestation**

2        Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the

3  filing of this document.

4

*/s/ Sunita Bali*           
Sunita Bali

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER5:19-CV-04286-BLF

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation Setting Briefing Schedule on Google's Motion to Compel Arbitration is GRANTED. The following schedule shall govern the briefing of Google's Motion to Compel Arbitration:

| Deadline Date | Proposed Date |
|---|---|
| Motion Deadline | July 21, 2023 |
| Opposition Deadline | August 11, 2023 |
| Reply Deadline | September 1, 2023 |
| Hearing | December 14, 2023, at 9:00 AM |

**The parties are reminded that the Reply must be a maximum of 5 pages.  *See* Civil Standing Order  § IV.A.4.**

**IT IS SO ORDERED.**

Dated: ___August 21, 2023_____          _____

HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE