1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN**<br><br><br>Date:    February 8, 2024<br>Time:    9:00 a.m.<br>Judge:   Honorable Beth Labson Freeman |

I, ERIN GREEN COMITE, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of Connecticut.  I am admitted *pro hac vice* before this Court.  I am a partner of the law firm Scott+Scott Attorneys at Law LLP and counsel of record for Plaintiffs and the certified Class (defined below) in the above-entitled action.  I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for an Order Approving Class Notice Plan.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On December 16, 2022, the Court granted in part and denied in part Plaintiffs' motion for class certification, certifying the following Class:

Purchaser Class: All Users who purchased a Google-Made Device, where:

- "Users" are individuals whose Gmail accounts were associated with at least one Google-Assistant Enabled Device during the class period [from May 18, 2016 to December 16, 2022 ("Class Period")];
- "Google Assistant Enabled Devices" are devices that come with Google Assistant preinstalled; and
- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

ECF No. 369-2 ("Class Certification Order") at 31-32.[1]  Trial is currently set for September 22, 2025.  ECF No. 393.

3.      Following the Court's Class Certification Order, and to ensure that notice complies with due process and Rule 23, Plaintiffs solicited bids from three reputable class action administrators experienced in developing and implementing notice plans in complex class actions. Plaintiffs ultimately retained A.B. Data, Ltd. ("A.B. Data" or "Notice Administrator"), and, with

---

[1]      The Class Certification Order did not identify a class period.  Plaintiffs propose, and Google does not oppose, that the class period start on the date identified in their Fourth Amended Consolidated Class Action Complaint ("Complaint"), May 18, 2016 (ECF No. 141, ¶1), and end on the date of the Court's class certification order, December 16, 2022.  ECF No. 369-2.

1   its assistance, developed the proposed Notice Plan.  The proposed Notice Plan is detailed in the

2   Declaration of Eric Schachter in Support of Plaintiffs' Motion for an Order Approving Class

3   Notice Plan ("Schachter Declaration") submitted concurrently herewith.

4           4.      After meeting and conferring telephonically and via email on September 13 and 14,

5   2023, Defendants Alphabet Inc. and Google LLC ("Google") agreed to the proposed Notice Plan.

6

7           I declare under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed this 14th day of September, 2023.

9

10                                  */s/ Erin Green Comite*
                                    Erin Green Comite

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28