1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN** |
|---|---|

1  This matter comes before the Court on Plaintiffs' Motion for an Order Approving Class
2  Notice Plan ("Motion").  Having considered Plaintiffs' Motion, the papers submitted on the same,
3  and all relevant authority, and good cause appearing, the Court finds that the proposed method of
4  providing notice to the certified Class satisfies the requirements of Rule 23 of the Federal Rules
5  of Civil Procedure and due process.  The Court further finds that the text of the proposed notices,
6  attached as Exhibits B and C to the Declaration of Eric Schachter in Support of Plaintiffs' Motion
7  for an Order Approving Class Notice Plan ("Schachter Declaration"), satisfies the requirements of
8  Rule 23 and due process.
9  IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  Accordingly, the Court
10  ORDERS the parties to implement the Notice Plan as set forth in Plaintiffs' Motion and as follows:
11  1. A.B. Data, Ltd. ("A.B. Data" or "Notice Administrator") is appointed and
12  authorized to supervise and administer the Notice Plan.  A.B. Data shall execute the Notice Plan
13  as proposed in the Schachter Declaration.
14  2. Within 30 calendar days after entry of this Order, Defendants Alphabet Inc. and
15  Google LLC ("Google") shall produce to the Notice Administrator a list, in electronic form, of all
16  email addresses associated with Users of Google Assistant on Google-Made Devices during the
17  period May 18, 2016 to December 16, 2022, based on a reasonable review of Google's business
18  records (the "Email List").
19  3. Within 21 calendar days of its receipt of the Email List, the Notice Administrator
20  shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each
21  email address included on the Email List; (2) cause notice to be published in a press release in
22  accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of
23  class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked
24  questions and answers to be posted to the case website ("Notice Date").
25  4. The Exclusion Requests from the Class shall be made by submitting a written
26  request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online
27  submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").
28

1

1     5.    Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

    6.    Within ten calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

    7.    Subject to potential reimbursement, the costs of notice shall be borne by counsel for Plaintiffs and the Class.

    IT IS SO ORDERED.

Date: _____    _____
                                                                    Honorable Beth Labson Freeman
                                                                      United States District Judge