1  Bobbie J. Wilson (SBN 148317)
   BWilson@perkinscoie.com
2  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile:  415.344.7050

6  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000
   Attorneys for Defendants
10 Alphabet Inc. and Google LLC

11 Attorneys for Defendants
   GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR ORDER APPROVING CLASS NOTICE PLAN (DKT. 403)**<br><br>Judge:   Hon. Beth Labson Freeman |

1    Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Google" and together with Plaintiffs, the "Parties") stipulate as follows:

   1. On September 14, 2023, Plaintiffs filed their Motion for Order Approving Class Notice Plan ("Motion"). *See* Dkt. 403. The Motion is set to be heard on February 8, 2024. *Id.*

   2. In their latest Case Management Statement filed on June 15, 2023, Dkt. 392, the Parties agreed to an extended briefing schedule on Plaintiffs' anticipated Motion, which required Google's Response to be filed 21 days after the Motion and Plaintiffs' Reply to be filed 21 days after the Response.

   3. Now that Plaintiffs' Motion has been filed, and to allow the parties time to sufficiently analyze and brief their respective positions regarding Plaintiffs' Motion, the Parties seek an Order adopting the following agreed briefing schedule:

| Date | Proposed Date |
| --- | --- |
| Response Deadline | October 5, 2023 |
| Reply Deadline | October 26, 2023 |

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the above schedule should govern the briefing on Plaintiffs' Motion for Order Approving Class Notice Plan.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 15, 2023 | **PERKINS COIE LLP** |

By: */s/ Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Defendants*

ALPHABET INC. and GOOGLE LLC

Dated: September 15, 2023

By: */s/ Erin Green Comite*
Erin Green Comite (pro hac vice)
Joseph P. Guglielmo (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

John T. Jasnoch (Bar No. 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

**Attestation**

Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the filing of this document.

                                                     */s/ Sunita Bali*
                                                    Sunita Bali

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation Setting Briefing Schedule on Plaintiffs' Motion for Order Approving Class Notice Plan is GRANTED. The following schedule shall govern the briefing of Plaintiffs' Motion for Order Approving Class Notice Plan:

| Date | Proposed Date |
| --- | --- |
| Response Deadline | October 5, 2023 |
| Reply Deadline | October 26, 2023 |
| Hearing | February 8, 2024, at 9:00 AM |

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE