Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSOLIDATE HEARING DATES**<br><br>Judge: Hon. Beth L. Freeman |

1. Pursuant to 28 U.S.C. § 1746, I, Margaret MacLean, submit this declaration in support of Plaintiffs' Administrative Motion to Consolidate Hearing Dates. I am an attorney admitted to practice law in the State of New York and a partner at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter (the "Action"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently under oath thereto.

2. Plaintiffs' counsel and counsel for Google met and conferred regarding this Administrative Motion on September 13, 2023 and September 21, 2023. Plaintiffs' counsel described the relief they intended to seek and the basis for it. On September 21, 2023, Google advised that it did not consent to the relief Plaintiffs seek in the Administrative Motion. Plaintiffs were thus unable to obtain a stipulation pursuant to Local Rule 7-11.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Brooklyn, New York on September 21, 2023.

Dated: September 21, 2023

/s/ *Margaret MacLean*
Margaret MacLean (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
mmaclean@lowey.com