Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSOLIDATE HEARING DATES**<br><br>Judge: Hon. Beth L. Freeman |

The Court, having considered Plaintiffs' Administrative Motion to Consolidate Hearing dates for Google's Motion to Compel Arbitration (ECF No. 397) and Plaintiffs' Motion for Approval of Class Notice Plan (ECF No. 403) and all other papers submitted thereto, hereby grants Plaintiffs' motion. Both Google's Motion to Compel Arbitration and Plaintiffs' Motion for Approval of Class Notice Plan will be heard on December 14, 2023.

Dated: _____

_____
Honorable Beth L. Freeman
United States District Court Judge