# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al., <br><br> Defendants. | Case No. 19-cv-04286-BLF <br><br> **ORDER DENYING ADMINSTRATIVE MOTION TO CONSOLIDATE HEARING DATES** |

Before the Court is Plaintiffs' administrative motion to consolidate the hearing dates of Defendant Google LLC's motion to compel arbitration (ECF No. 397) and Plaintiffs' motion for approval of class notice plan (ECF No. 403). ECF No. 406. No travel will be required for the two hearings because they will be held via video conference. As such, the Court DENIES the administrative motion to consolidate the hearing dates. ECF No. 406. The hearing dates remain set on December 14, 2023 and February 8, 2024.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge