1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Erin K. Earl (*pro hac vice*)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Defendants
   Alphabet Inc. and Google LLC

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                              SAN JOSE DIVISION

15

16  IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
    LITIGATION
17                                          **NOTICE**

18                                          Judge:   Hon. Beth Labson Freeman

19

20

21

22

23

24

25

26

27

28

This notice shall serve to inform you that, pursuant to Rule 1.12(c) of the California Rules of Professional Conduct, John Douglass, who joined the San Francisco Office of Perkins Coie LLP ("Perkins Coie" or "Firm") as an associate on October 2, 2023, is being screened from participating in Perkins Coie's representation of Google LLC and Alphabet Inc. in *In re Google Assistant Privacy Litigation* (Case No. 19-04286), pending in the U.S. District Court for the Northern District of California.  This screening procedure and notice has been implemented due to Mr. Douglass' former role as Judicial Law Clerk to Judge Beth Labson Freeman from August 2022 through August 2023, before which *In re Google Assistant Privacy Litigation* is pending. The firm-wide notice describing the implemented screening procedures is attached hereto as Exhibit A.  The Firm has not received any material confidential information from Mr. Douglass regarding the parties nor the Court in this matter.

Dated:  October 3, 2023                                   **PERKINS COIE LLP**

By:   */s/ Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
Sunita Bali, Bar No. 274108
Erin K. Earl (*pro hac vice*)

Attorneys for Defendants
Alphabet Inc. and Google LLC