# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No.  19-cv-04286-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES**<br><br>Re: ECF Nos. 399, 402 |

The Court has not yet received chambers copies of the briefs, declarations, and exhibits submitted at ECF Nos. 399 and 402.  The parties SHALL submit chambers copies of their filings in accordance with this Court's Standing Order Re Civil Cases § IX no later than December 4, 2023.

**IT IS SO ORDERED.**

Dated:  November 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge