UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04286-BLF<br><br>**ORDER FILING REDACTED ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

On December 16, 2022, the Court filed its order granting in part and denying in part Plaintiffs' motion for class certification under seal and directed the parties to submit a joint request for any proposed redactions. ECF Nos. 360, 361. The parties submitted joint redactions, ECF No. 369, which the Court approved on February 22, 2023. ECF No. 383. Due to a clerical error, the redacted version of the Court's order granting in part and denying in part Plaintiffs' motion for class certification was never filed as its own entry on the public docket. Therefore, the Court will file the redacted order on the public docket.

**IT IS SO ORDERED.**

Dated: December 11, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge