LEXINGTON LAW GROUP, LLP
Mark Todzo, State Bar No. 168389
Patrick Carey, State Bar No. 308623
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE OF COUNSEL** |
|---|---|

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2)(B), Plaintiffs designate counsel at Lexington Law Group, Patrick Carey, in lieu of Eric Somers, as attorney of record.

PLEASE ALSO TAKE NOTICE THAT Patrick Carey makes his appearance.

Patrick Carey's information is as follows:

Patrick Carey (State Bar No. 308623)
LEXINGTON LAW GROUP, LLP
503 Divisadero Street
San Francisco, California 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
pcarey@lexlawgroup.com

Dated: January 9, 2024

LEXINGTON LAW GROUP

/s/   Patrick Carey
Mark Todzo (State Bar No. 168389)
Patrick Carey (State Bar No. 308623)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*