# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN**<br><br>[Re: ECF 403] |

The Court finds Plaintiffs' Motion for Approval of Class Notice Plan to be suitable for disposition without oral argument and for that reason the hearing set for February 8, 2024 is VACATED.

It appears that parties' primary (and perhaps only) dispute regarding Plaintiffs' motion is whether it should be addressed before or after Defendants' motion to compel arbitration. That dispute is moot in light of the Court's order issued on January 23, 2024, denying Defendants' motion compel arbitration. The parties SHALL file a joint status report advising the Court whether there are any other disputes relating to Plaintiffs' proposed class notice plan.

The Court observes that the form notices proposed by Plaintiffs refer to Defendants' motion to compel arbitration as a matter still pending before the Court. Plaintiffs SHALL submit amended proposed notices consistent with the Court's order denying Defendants' motion to compel arbitration.

The parties' joint status report and the amended proposed notices SHALL be filed on or before February 8, 2024.

Dated: January 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge