1  Erin Green Comite (*pro hac vice*)
   Joseph P. Guglielmo (*pro hac vice*)
2  **SCOTT+SCOTT**
   **ATTORNEYS AT LAW LLP**
3  The Helmsley Building
   230 Park Avenue, 17th Floor
4  New York, NY 10169-1820
   Telephone: (212) 223-6444
5  Facsimile: (212) 223-6334
   jguglielmo@scott-scott.com
6  ecomite@scott-scott.com

7  John T. Jasnoch (Bar No. 281605)
   **SCOTT+SCOTT**
8  **ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
9  San Diego, CA 92101
   Telephone: (619) 233-4565
10 Facsimile: (619) 233-0508
   jjasnoch@scott-scott.com

Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 9812
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*
*GOOGLE LLC and ALPHABET INC.*

*Attorneys for Plaintiffs*
*ASIF KUMANDAN, MELISSA SPURR, and*
*MELISSA SPURR, as guardian of B.S., a*
*minor*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**JOINT STATUS REPORT REGARDING PLAINTIFFS' PROPOSED CLASS NOTICE PLAN**<br><br>Judge: Beth L. Freeman |

# JOINT STATUS REPORT

In compliance with the Court's January 24, 2024 Order Vacating Hearing on Plaintiffs' Motion for Approval of Class Notice Plan ("Order") (Dkt. No. 421), Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeana Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Google" and together with Plaintiffs, the "Parties") hereby advise the Court that there are no remaining disputes with respect to Plaintiffs' proposed class notice plan (Dkt. 403) and Plaintiffs have filed concurrently with this Joint Status Report, as Exhibits A and B, amended class notices consistent with the Court's Order.

The parties are currently scheduled to conduct a mediation on February 27, 2024. In light of this upcoming mediation, and to allow Google sufficient time to compile contact information for the large number of users to be notified and notice to be sent, the parties respectfully request that the Court order class notice to be disseminated within 90 days following approval of the class notice plan.

Dated: February 8, 2024                     Respectfully Submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ *Erin Green Comite*
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

|    |    |    |
|----|----|----|
| 1  |    | Vincent Briganti (*pro hac vice*) |
| 2  |    | Christian Levis (*pro hac vice*) |
|    |    | Margaret MacLean (*pro hac vice*) |
| 3  |    | Andrea Farah (*pro hac vice*) |
| 4  |    | **LOWEY DANNENBERG, P.C.** |
|    |    | 44 South Broadway, Suite 1100 |
| 5  |    | White Plains, NY 10601 |
|    |    | Telephone: (914) 997-0500 |
| 6  |    | Facsimile: (914) 997-0035 |
| 7  |    | vbriganti@lowey.com |
|    |    | clevis@lowey.com |
| 8  |    | mmaclean@lowey.com |
|    |    | afarah@lowey.com |

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs and the Class*

Dated:  February 8, 2024            **PERKINS COIE LLP**

 */s/Sunita Bali*_____
Bobbie J. Wilson, Bar No. 148317
Sunita Bali, Bar No. 274108
BWilson@perkinscoie.com
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Erin K. Earl *(pro hac vice)*
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 9812
Telephone: (206) 359-8000
Facsimile: (206) 359.9000

*Attorneys for Defendants*

---

JOINT STATUS REPORT                                  CASE NO.  5:19-CV-04286-BLF
2

**ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I attest that each of the other signatories has concurred in the filing of this document.

                                                  s/ *Erin Green Comite*
                                                  Erin Green Comite

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                  s/ *Erin Green Comite*
                                                Erin Green Comite