| | |
|---|---|
| Erin Green Comite (pro hac vice)<br>Joseph P. Guglielmo (pro hac vice)<br>**SCOTT+SCOTT**<br>**ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile:  (212) 223-6334<br>ecomite@scott-scott.com<br>jguglielmo@scott-scott.com<br><br>Vincent Briganti (pro hac vice)<br>Christian Levis (pro hac vice)<br>Margaret MacLean (pro hac vice)<br>Andrea Farah (pro hac vice)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>vbriganti@lowey.com<br>clevis@lowey.com<br>mmaclean@lowey.com<br>afarah@lowey.com<br><br>*Attorneys for Plaintiffs* | Bobbie J. Wilson (SBN 148317)<br>BWilson@perkinscoie.com<br>Sunita Bali (SBN 274108)<br>SBali@perkinscoie.com<br>**PERKINS COIE LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>Erin K. Earl (pro hac vice)<br>EEarl@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*Attorneys for Defendants* |

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS NOTICE DATE & RELATED DEADLINES**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Defendants" and along with Plaintiffs, "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, on February 9, 2024, the Court granted Plaintiffs' Unopposed Motion for Approval of Class Notice Plan and ordered the class notice plan ("Class Notice Plan") to be implemented on the timeline set forth in the order. ECF No. 423 ("Class Notice Plan Order").

2. WHEREAS, the Class Notice Plan Order requires Google to produce to the Notice Administrator a list of email addresses for the purpose of dissemination of class notice ("Email List") within 60 days of the Class Notice Plan Order, or by **April 9, 2024**, and requires the Notice Administrator to (1) disseminate notice of this action to each email address included on the Email List; (2) cause notice to be published in a press release; and (3) cause the long-form notice of pendency of class action, relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website within 21 days of receipt of the Email List, or by **April 30, 2024** ("Class Notice Date"). ECF No. 423.

3. WHEREAS, the Parties have been engaged in ongoing mediation efforts to resolve this litigation, and on February 27, 2024, the Parties conducted a mediation before JAMS mediator, Hon. Jay C. Gandhi (Ret.) and are in the process of scheduling a follow-up in-person mediation in San Francisco, CA to occur in late April or May, 2024.

4. WHEREAS, it would be inefficient for class notice to be disseminated while the Parties continue to attempt to resolve this litigation. If the case settles after class notice is disseminated, a second notice to the settlement class would be required. This would be wasteful and potentially confusing to members of the class. Thus, good cause exists to extend the Class

Notice Date and other related deadlines to avoid the duplicative expense and confusion that two notices would cause.

5.  WHEREAS, the last date to file dispositive motions in this case is May 8, 2025 and a two-week jury trial is scheduled for September 22, 2025, and thus, extension of the Class Notice Date and related deadlines, as proposed below, will not conflict with the Court's current dispositive motion and trial deadlines;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the Notice Date and related deadlines be extended as follows:

1.  By June 7, 2024, Defendants Alphabet Inc. and Google LLC ("Google") shall produce to the Notice Administrator a list, in electronic form, of all email addresses associated with Users of Google Assistant on Google-Made Devices during the period May 18, 2016 to December 16, 2022, based on a reasonable review of Google's business records (the "Email List").

2.  Within 21 calendar days of its receipt of the Email List, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the Email List; (2) cause notice to be published in a press release in accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Class Notice Date").

3.  The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").

4. Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

5. Within 10 calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

**IT IS SO STIPULATED.**

Dated: April 3, 2024

**Respectfully Submitted**

| | |
|---|---|
| By: /s/ Erin Green Comite | By: /s/ Sunita Bali |
| Erin Green Comite (*pro hac vice*) | Bobbie J. Wilson (SBN 148317) |
| Joseph P. Guglielmo (*pro hac vice*) | BWilson@perkinscoie.com |
| **SCOTT+SCOTT** | Sunita Bali (SBN 274108) |
| **ATTORNEYS AT LAW LLP** | SBali@perkinscoie.com |
| The Helmsley Building | **PERKINS COIE LLP** |
| 230 Park Avenue, 17th Floor | 505 Howard Street, Suite 1000 |
| New York, NY 10169-1820 | San Francisco, California 94105 |
| Telephone: (212) 223-6444 | Telephone: 415.344.7000 |
| Facsimile: (212) 223-6334 | Facsimile: 415.344.7050 |
| ecomite@scott-scott.com | |
| jguglielmo@scott-scott.com | Erin K. Earl (pro hac vice) |
| | EEarl@perkinscoie.com |
| | **PERKINS COIE LLP** |
| Hal D. Cunningham (Bar. No. 243048) | 1201 Third Avenue, Suite 4900 |
| **SCOTT+SCOTT** | Seattle, Washington 98101-3099 |
| **ATTORNEYS AT LAW LLP** | Telephone: 206.359.8000 |
| 600 W. Broadway, Suite 3300 | Facsimile: 206.359.9000 |
| San Diego, CA  92101 | |
| Telephone: (619) 233-4565 | *Attorneys for Defendants* |
| Facsimile: (619) 233-0508 | |
| hcunningham@scott-scott.com | |

1  Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
2  Margaret MacLean (*pro hac vice)*
   Andrea Farah (*pro hac vice*)
3  **LOWEY DANNENBERG, P.C.**
   44 South Broadway, Suite 1100
4  White Plains, NY 10601
   Telephone: (914) 997-0500
5  Facsimile:  (914) 997-0035
   vbriganti@lowey.com
6  clevis@lowey.com
   mmaclean@lowey.com
7  afarah@lowey.com

8  Mark N. Todzo (Bar No. 168389)
   Patrick Carey (Bar No. 308623)
9  **LEXINGTON LAW GROUP**
   503 Divisadero Street
10 San Francisco, CA  94117
   Telephone: (415) 913-7800
11 Facsimile:  (415) 759-4112
   mtodzo@lexlawgroup.com
12 pcarey@lexlawgroup.com

13
   *Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25 STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS NOTICE DATE & RELATED DEADLINES
   CASE NO. 19-cv-04286-BLF

4

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

<u>*s/ Sunita Bali*</u>
Sunita Bali

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Parties SHALL implement the class notice plan ("Class Notice Plan") as follows:

1. By June 7, 2024, Defendants Alphabet Inc. and Google LLC ("Google") shall produce to the Notice Administrator a list, in electronic form, of all email addresses associated with Users of Google Assistant on Google-Made Devices during the period May 18, 2016 to December 16, 2022, based on a reasonable review of Google's business records (the "Email List").

2. Within 21 calendar days of its receipt of the Email List, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the Email List; (2) cause notice to be published in a press release in accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Class Notice Date").

3. The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").

4. Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

5. Within 10 calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE