Hal D. Cunningham (Bar No. 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email:  hcunningham @scott-scott.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF <br><br> **<u>CLASS ACTION</u>** |
| This document relates to: <br><br> ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTE that attorney Hal D. Cunningham, of the law firm Scott+Scott Attorneys at Law LLP, a member of the State Bar of California (Bar No. 243048) and admitted to practice in this Court, whose contact information appears below, hereby enters an appearance as attorney of record for Plaintiffs Lourdes Galvan, Eleeanna Galvan, Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor.

Dated: May 19, 2022　　　　　　　　　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/* Hal D. Cunningham
Hal D. Cunningham (Bar No. 243048)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email:  hcunningham@scott-scott.com

*Attorney for Plaintiffs Lourdes Galvan, Eleeanna Galvan, Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

DATED: May 28, 2024                                 *s/* Hal D. Cunningham
                                                                   Hal D. Cunningham