Erin Green Comite (pro hac vice)
Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO PROVIDE EMAIL LIST TO NOTICE ADMINISTRATOR**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Google" and along with Plaintiffs, "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, on February 9, 2024, the Court granted Plaintiffs' Unopposed Motion for Approval of Class Notice Plan and ordered the class notice plan ("Class Notice Plan") to be implemented on the timeline set forth in the order. ECF No. 423 ("Class Notice Plan Order").

2. WHEREAS, on April 4, 2024, the Court issued an Order extending those deadlines pursuant to the Parties' Stipulation and [Proposed] Order to Extend the Class Notice Date & Related Deadlines, in which the Parties had jointly requested an extension of the deadlines in the Class Notice Plan Order to facilitate their ongoing mediation efforts. ECF No. 425 (Order Extending Class Notice Deadlines).

3. WHEREAS, the Order Extending Class Notice Deadlines requires Google to produce to the Notice Administrator a list of email addresses for the purpose of dissemination of class notice ("Email List") by **June 7, 2024** ("Email List Deadline"), and requires the Notice Administrator to (1) disseminate notice of this action to each email address included on the Email List; (2) cause notice to be published in a press release; and (3) cause the long-form notice of pendency of class action, relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website within 21 days of receipt of the Email List, or by **June 28, 2024** ("Class Notice Date"). ECF No. 425.

4. WHEREAS, the Parties have been engaged in ongoing mediation efforts to resolve this litigation, including a remote mediation on February 27, 2024, and an in-person mediation on May 20, 2024, before JAMS mediator, Hon. Jay C. Gandhi (Ret.).

5. WHEREAS, the Parties have continued their discussions following the mediation.

6. WHEREAS, it would be inefficient for class notice to be disseminated while the Parties continue to attempt to resolve this litigation. If the case settles after class notice is disseminated, a second notice to the settlement class would be required. This would be wasteful

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS NOTICE DATE & RELATED DEADLINES
CASE NO. 19-cv-04286-BLF

and potentially confusing to members of the class. Thus, good cause exists to extend the Email List Deadline, the Class Notice Date, and other related deadlines to avoid the duplicative expense and confusion that two notices would cause.

7. WHEREAS, the last date to hear dispositive motions in this case is May 8, 2025 and a two-week jury trial is scheduled for September 22, 2025, and thus, this brief extension will not conflict with the Court's current dispositive motion and trial deadlines;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the Email List Deadline, Notice Date, and related deadlines be extended as follows:

1. By **June 14, 2024**, Defendants Alphabet Inc. and Google LLC ("Google") shall produce to the Notice Administrator a list, in electronic form, of all email addresses associated with Users of Google Assistant on Google-Made Devices during the period May 18, 2016 to December 16, 2022, based on a reasonable review of Google's business records (the "Email List").

2. Within 21 calendar days of its receipt of the Email List, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the Email List; (2) cause notice to be published in a press release in accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Class Notice Date").

3. The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").

4. Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

5. Within 10 calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

**IT IS SO STIPULATED.**

Dated: June 7, 2024

**Respectfully Submitted**

By: /s/ Erin Green Comite

Erin Green Comite (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

Hal D. Cunningham (Bar. No. 243048)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
hcunningham@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice)*
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

By: /s/ Sunita Bali

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

s/ <em>Sunita Bali</em>_____<br>
Sunita Bali

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties SHALL implement the class notice plan ("Class Notice Plan") as follows:

1. By June 14, 2024, Defendants Alphabet Inc. and Google LLC ("Google") shall produce to the Notice Administrator a list, in electronic form, of all email addresses associated with Users of Google Assistant on Google-Made Devices during the period May 18, 2016 to December 16, 2022, based on a reasonable review of Google's business records (the "Email List").

2. Within 21 calendar days of its receipt of the Email List, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the Email List; (2) cause notice to be published in a press release in accordance with the Schachter Declaration; and (3) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Class Notice Date").

3. The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked or timestamped (for online submissions) within 45 calendar days after the Notice Date ("Exclusion Deadline").

4. Within five calendar days following the Exclusion Deadline, the Notice Administrator shall submit a declaration setting forth its notification efforts and summarizing the Exclusion Requests it received.

5. Within 10 calendar days following the Exclusion Deadline, counsel for Plaintiffs and the Class shall file all such Exclusion Requests with the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE