UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No. 19-cv-04286-BLF (SVK)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 431 |

Before the Court is the Parties' joint discovery letter brief (Dkt. 431) regarding a dispute over whether and on what schedule the Parties should submit the supplemental briefing ordered by the Court in Dkt. 375, which concerns whether adjustments are necessary to the Court's previous sampling order. The Court held a hearing on August 27, 2024 to ascertain whether the briefing ordered in Dkt. 375 is still the correct focus. Having concluded that such briefing remains necessary and appropriate, the Court **ORDERS** as follows:

- No later than **September 10, 2024**, Google is to file i) a chart that identifies categories, by bates ranges and general descriptions, including time frames, of all documents produced in this action that quantify or estimate false accepts and/or audio recordings sent to human reviewers for the relevant class period. The chart must have columns for Plaintiffs' response and be provided to Plaintiffs as a Word document; and ii) a brief not to exceed 8 pages addressing the need for a sampling plan, modified or otherwise, in light of the class certification order.

- Following Google's filing, **the Parties must meet and confer**, either in person or by video, regarding whether Google's production as identified in its chart is an adequate response to Plaintiffs' requests for production and what additional relevant information, if any, could be retrieved by database sampling.

- If the Parties are unable to resolve the dispute, then no later than **September 26, 2024**, Plaintiffs are to file i) responses to Google's identified document categories in the chart provided. Plaintiffs are to email the final chart as a Word document to SvKCRD@cand.uscourts.gov; and ii) a brief not to exceed 8 pages addressing the need for a sampling plan, modified or otherwise, in light of the class certification order.
- The Court will hold a hearing on **October 3, 2024 at 10:00 a.m.**, by video, to address any open issues.

**SO ORDERED.**

Dated: August 27, 2024

SUSAN VAN KEULEN
United States Magistrate Judge