*In re Google Assistant Privacy Litigation*, Case No. 5:19-cv-04286-BLF (SVK)
Defendant Google's Chart in Response to the Court's Order For Supplemental Briefing Following Hearing (ECF No. 435)

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| **"[A]ll documents produced in this action that quantify or estimate false accepts . . . for the relevant class period." Order at 1.** | Documents related to the NRMA workflow and Assistant Misactivation Remediation Program that track the rate of rejected and nonrejected misactivations over 2021 and 2022 | GOOG-ASST-03047490<br>GOOG-ASST-03044555<br>GOOG-ASST-03041046<br>GOOG-ASST-03041034<br>GOOG-ASST-03044959<br>GOOG-ASST-03043304<br>GOOG-ASST-03044348<br>GOOG-ASST-03038182<br>GOOG-ASST-03038339<br>GOOG-ASST-03041046<br>GOOG-ASST-03044951<br>GOOG-ASST-03045016<br>GOOG-ASST-02997761<br>GOOG-ASST-03041957<br>GOOG-ASST-03019363<br>GOOG-ASST-03044924<br>GOOG-ASST-03041018<br>GOOG-ASST-03044994<br>GOOG-ASST-03047418<br>GOOG-ASST-03022863<br>GOOG-ASST-03022860<br>GOOG-ASST-03020131<br>GOOG-ASST-03045008<br>GOOG-ASST-03045016<br>GOOG-ASST-03041757<br>GOOG-ASST-03041788<br>GOOG-ASST-03040755 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | GOOG-ASST-03043340<br>GOOG-ASST-03038687<br>GOOG-ASST-03044636 | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2020 | GOOG-ASST-00035843<br>GOOG-ASST-03005902<br>GOOG-ASST-00225362<br>GOOG-ASST-03019363<br>GOOG-ASST-00213485<br>GOOG-ASST-03043084 | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2019 | GOOG-ASST-00256752<br>GOOG-ASST-00225404<br>GOOG-ASST-00235449<br>GOOG-ASST-00223696<br>GOOG-ASST-00223844<br>GOOG-ASST-00235633<br>GOOG-ASST-00235843<br>GOOG-ASST-00235623<br>GOOG-ASST-02990630<br>GOOG-ASST-02990584<br>GOOG-ASST-00224241<br>GOOG-ASST-00003841<br>GOOG-ASST-00244050<br>GOOG-ASST-02982048<br>GOOG-ASST-02990471<br>GOOG-ASST-00213485 | |
| | Documents estimating false accept rates based on proxies, | GOOG-ASST-00222658<br>GOOG-ASST-02990074 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2018 | GOOG-ASST-00017629<br>GOOG-ASST-00017598 | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2017 | GOOG-ASST-02981891<br>GOOG-ASST-00016889<br>GOOG-ASST-02989176<br>GOOG-ASST-02989246<br>GOOG-ASST-03005045<br>GOOG-ASST-00222923<br>GOOG-ASST-00221549 | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2016 | GOOG-ASST-00029297<br>GOOG-ASST-00016564<br>GOOG-ASST-00003560<br>GOOG-ASST-00229429 | |
| **"[A]ll documents produced in this action that quantify or estimate . . . audio recordings sent to human reviewers for the relevant class period."  Order at 1.** | Documents tracking specific requests for transcription in 2021 and 2022 | GOOG-ASST-03047129<br>GOOG-ASST-03047147<br>GOOG-ASST-03047149<br>GOOG-ASST-03047207<br>GOOG-ASST-03047218<br>GOOG-ASST-03047228<br>GOOG-ASST-03047238<br>GOOG-ASST-03047254<br>GOOG-ASST-03047257 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | GOOG-ASST-03047272<br>GOOG-ASST-03047296 | |
| | Documents estimating or providing the number of utterances transcribed in 2021 and 2022 | GOOG-ASST-00254861<br>GOOG-ASST-00232040<br>GOOG-ASST-00027094<br>GOOG-ASST-00255310 | |
| | Documents estimating or providing the number of utterances transcribed in 2020 | GOOG-ASST-00254861<br>GOOG-ASST-00254341<br>GOOG-ASST-00254174 | |
| | Documents confirming that no utterances were transcribed in 2019 | GOOG-ASST-00231206<br>GOOG-ASST-00224697 | |
| | Documents tracking or estimating the number of utterances transcribed in 2018 | GOOG-ASST-00229991<br>GOOG-ASST-00239989<br>GOOG-ASST-00250274<br>GOOG-ASST-00250283<br>GOOG-ASST-00250254<br>GOOG-ASST-02990129<br>GOOG-ASST-00231477 | |
| | Documents tracking or estimating the number of utterances transcribed in 2017 | GOOG-ASST-00229579<br>GOOG-ASST-00229611<br>GOOG-ASST-00229652<br>GOOG-ASST-00229681<br>GOOG-ASST-02996129<br>GOOG-ASST-00229862<br>GOOG-ASST-00229819 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | GOOG-ASST-00016245 GOOG-ASST-00250254 | |
| | Documents tracking or estimating the number of utterances transcribed in 2016 | GOOG-ASST-00229516 GOOG-ASST-00229748 | |