**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF BRIAN DEVERY OF A.B. DATA**<br><br>Judge: Beth L. Freeman |

I, Brian Devery, declare under penalty of perjury as follows:

1. I am a Client Services Director at the class action notice and settlement administration division of A.B. Data, Ltd. ("A.B. Data"), the Notice Administrator appointed by the Court in this action. I am responsible for overseeing the notice and claims process on behalf of A.B. Data for this matter. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness I could and would competently testify to them.

2. The purpose of this Declaration is to provide the Court with information regarding the implementation of the Court-approved Notice Plan, including the distribution of notice and receipt of exclusion requests.

3. A.B. Data has been appointed as Notice Administrator in the Court's Order Granting Plaintiffs' Unopposed Motion for Approval of Class Notice and to, among other things: (a) distribute notice to the Class Members via the methods delineated in the Notice Plan; (b) establish and maintain a case-specific website, toll-free telephone number, and email address; (c) respond to Class Member inquiries; and (d) perform all other duties assigned to the Notice Administrator.

**Class List**

4. On or about June 14, 2024, A.B. Data received a digital file containing the email addresses of 30,844,576 potential Class Members. A.B. Data performed a review of the email

addresses provided and removed duplicate and invalid addresses. Additionally, A.B. Data subjected all email addresses to a final email verification process by requesting each Internet Service Provider (ISP) to confirm whether these email addresses are valid. The ISPs reported back to A.B. Data as requested, allowing A.B. Data to identify undeliverable and invalid email addresses and to remove them from the Email Notice campaign. This resulted in the removal of 1,107,355 duplicate, invalid, or unverified email addresses leaving a total of 29,737,221.

## Dissemination of Notice

### Email Notices

5. Commencing on July 5, 2024, A.B. Data caused the Court-approved Email Notice to be sent via email to 29,737,221 potential Class Members for whom we had a valid email address. A true and accurate copy of the Court-approved Email Notice is attached hereto as Exhibit A.

6. Of the 29,737,221 Email Notices sent by A.B. Data, 29,498,107 emails were delivered and 236,799 emails bounced and 2,315 were dropped as invalid. An email was considered "delivered" if it was sent and did not bounce back as undeliverable.

### Earned Media

7. On July 26, 2024, A.B. Data caused the press release to be published via *PR Newswire*. A.B. Data published to the US1 and Multi-cultural Newsline in English and Spanish. True and accurate copies are attached hereto as Exhibits B and C.

### Litigation Website

8. On July 5, 2024, A.B. Data established the following website: www.googleassistantprivacylitigation.com (the "Litigation Website"). The Litigation Website contains important deadlines; answers to frequently asked questions; and general information about the litigation and relevant case documents, including the Long-Form Notice in English and Spanish, the operative complaint, and other important Court Documents. The Litigation Website also has an online form potential Class Members could use to submit an online request to be excluded from the litigation.

9. The Litigation Website also has a "Contact Us" page whereby potential Class Members can contact A.B. Data and Class Counsel via email, submit address updates, and ask questions regarding the litigation.

10. As of September 16, 2024, the Litigation Website has received 27,422 unique visitors.

### Toll-Free Number

11. On July 5, 2024, A.B. Data established the following toll-free telephone line devoted to this Litigation that is listed in all forms of notice and on the Litigation Website: 877-411-4704. The toll-free line utilizes an interactive voice response ("IVR") system to provide potential Class Members with responses to frequently asked questions and important information regarding the litigation. The toll-free line is accessible 24 hours a day, 7 days a week. As of September 16, 2024, the toll-free hotline has received 228 calls.

### Exclusions

12. The deadline for potential Class Members to submit a request for exclusion was September 9, 2024.

13. As of September 18, 2024, A.B. Data has received a total of 69,646 exclusion requests. Of these requests, none were submitted by mail, 142 were submitted via the online portal, and 69,504 were submitted by a law firm claiming to represent the potential Class Members in arbitration proceedings. A redacted list of the exclusions requested is attached hereto as Exhibit D.

I hereby declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Dated: September 19, 2024

_____
Brian S. Devery

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

   s/ *Erin Green Comite*
Erin Green Comite