# EXHIBIT B

# Notice Administrator A.B. Data Announces Certification of a Class of Purchasers of Google Devices with Google Assistant Pre-Installed

USA - English ▾

NEWS PROVIDED BY

**A.B. Data, Ltd.** ➞
Jul 26, 2024, 10:00 ET

**If You Purchased a Google Device with Google Assistant Pre-Installed, A Class Action Lawsuit May Affect Your Rights.**

*La información proporcionada en este aviso está disponible en español*

*en* **www.googleassistantprivacylitigation.com**

COLCHESTER, Conn., July 26, 2024 /PRNewswire/ -- A class action lawsuit is pending against Google LLC and Alphabet Inc. ("Google") in the U.S. District Court for the Northern District of California (the "Court"). The case is styled *In re Google Assistant Privacy Litigation*, No. 19-cv-04286 (N.D. Cal.). Plaintiffs in the lawsuit allege that Google Assistant can activate and record communications even when a user does not intentionally trigger Google Assistant with a hot word, like "Okay Google," or manually activate Google Assistant on their device. Plaintiffs refer to such instances as "False Accepts" and allege that Google wrongfully collects, uses, and discloses user audio recordings resulting from False Accepts to improve the speech recognition abilities of Google Assistant. Plaintiffs allege Google's conduct constitutes a breach of the privacy assurances that Google makes to users in its Privacy Policy and is an unlawful practice under California's Unfair Competition Law ("UCL") (collectively, the "Class Claims"). Google denies Plaintiffs' allegations. The Court has not made any determination as to who is right or whether Google did anything wrong but has decided that the Class Claims should proceed as a class action on behalf of a "Class," or a group of people, that could include you.

If you're included in the Class, you have to decide whether to (1) stay in the Class and be bound by the results of the case as to the Class Claims or (2) ask to be excluded and keep your right to separately pursue these claims against Google. Only purchasers of certain devices manufactured by Google, whose Gmail accounts were associated with that device during a certain time period, are Class Members. If you are not a Class Member, you do not need to take any action.

**Who is in the Class?**

The Court certified the following Class:

> All Users in the United States who purchased a Google-Made Device, where:

- "Users" are individuals whose Gmail accounts were associated with at least one Google Assistant Enabled Device during the class period from May 18, 2016 to December 16, 2022;
- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed; and
- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google, including Google's Pixel Smartphones; Smart Home Speakers (Google Home, Google Home Mini, Google Home Max, Nest Audio, Nest Mini); Smart Displays (Google Home Hub, Nest Hub, Nest Hub Max); Laptops and Tablets (Pixelbook, Pixelbook Go, Pixel Slate); Digital Media Players (Chromecast with Google TV); and Wireless Earphones (Pixel Buds, Pixel Buds A Series, Pixel Buds Pro).

A more detailed Long-Form Notice, including the exact Class definition and exceptions to Class membership, is available at **www.googleassistantprivacylitigation.com**.

**Your Rights and Options**

**DO NOTHING:** If you are a Class Member and do nothing, you are choosing to stay in the Class and may be able to share in any money or benefits that may be recovered in this case. You will be bound by all Court orders and any judgment entered or settlement reached in the lawsuit, whether favorable or unfavorable, and you will give up your right to separately pursue these claims against Google.

**EXCLUDE YOURSELF FROM THE CLASS:** The Court will exclude any person who timely asks to be excluded. If you exclude yourself from the Class (*i.e.*, opt out), you will not be entitled to money or benefits if they are awarded or recovered. You will not be bound by any orders or judgments of the Court, and you will not give up your right to separately pursue these claims against Google. The deadline to exclude yourself is **September 9, 2024**. Specific instructions on how to request exclusion are available at **www.googleassistantprivacylitigation.com**.

**When and Where Is the Trial?**

Class Counsel will have to prove Plaintiffs' allegations at a trial. The trial is scheduled to begin on **September 22, 2025**, at the United States District Court, Northern District of California, San Jose Courthouse, Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113. During the trial, a jury and the Judge will hear all the evidence to help them reach a decision about which party is right about the allegations in the lawsuit. There is no guarantee that Plaintiffs will win or that they will be able to get money for all or some of the members of the Class.

**Want More Information?**

If you have questions about your rights, go to **www.googleassistantprivacylitigation.com**, call 1-877-411-4704, or write to:

Google Assistant Privacy Class Action

c/o A.B. Data, Ltd.

P.O. Box 170500

Milwaukee, WI 53217

SOURCE A.B. Data, Ltd.