# EXHIBIT C

**El administrador de notificaciones A.B. Data anuncia la certificación de una clase de compradores de dispositivos de Google con el Asistente de Google preinstalado**

**Si compró un dispositivo de Google con el Asistente de Google preinstalado, una demanda colectiva podría afectar sus derechos.**

*La información proporcionada en este aviso está disponible en español en* www.googleassistantprivacylitigation.com

COLCHESTER, Connecticut, 26 de julio de 2024 /PRNewswire-HISPANIC PR WIRE/ -- Está pendiente una demanda colectiva contra Google LLC y Alphabet Inc. ("Google") en el Tribunal de Distrito de EE. UU. para el Distrito Norte de California (el "Tribunal"). El caso se denomina *In re Google Assistant Privacy Litigation*, nº 19-cv-04286 (N.D. Cal.). Los demandantes en el litigio alegan que el Asistente de Google puede activar y grabar comunicaciones incluso cuando un usuario no activa intencionadamente el Asistente de Google con una palabra clave, como "Okay Google", ni activa manualmente el Asistente de Google en su dispositivo. Los demandantes se refieren a estos casos como "aceptaciones falsas" y alegan que Google recopila, utiliza y divulga indebidamente las grabaciones de audio del usuario resultantes de aceptaciones falsas para mejorar las capacidades de reconocimiento de voz del Asistente de Google. Los demandantes alegan que la conducta de Google constituye un incumplimiento de las garantías de privacidad que Google ofrece a los usuarios en su Política de Privacidad y es una práctica ilegal en virtud de la Ley de Competencia Desleal de California ("UCL", por sus siglas en inglés) (colectivamente, las "demandas colectivas"). Google niega los alegatos de los demandantes. El Tribunal no ha determinado quién tiene razón o si Google ha hecho algo indebido, pero ha decidido que las demandas colectivas deben proceder como una demanda colectiva en nombre de una "demanda", o un grupo de personas, entre las que podría encontrarse usted.

Si se le incluye en la demanda, debe decidir si (1) permanecer en la clase y quedar vinculado por los resultados del caso en cuanto a las demandas colectivas o (2) solicitar su exclusión y conservar su derecho a presentar por separado estas demandas contra Google. Solo son miembros de la demanda los compradores de determinados dispositivos fabricados por Google, cuyas cuentas de Gmail estuvieran asociadas a dicho dispositivo durante un determinado período de tiempo. Si no es miembro de la demanda, no es necesario que realice ninguna acción.

**¿Quién forma parte de la demanda?**

El Tribunal certificó la siguiente demanda:

Todos los usuarios de Estados Unidos que adquirieron un dispositivo fabricado por Google, donde:

- Los "usuarios" son las personas cuyas cuentas de Gmail estaban asociadas con al menos un dispositivo habilitado con el Asistente de Google durante el período de la demanda colectiva comprendido entre el 18 de mayo de 2016 y el 16 de diciembre de 2022;
- Los "dispositivos habilitados con el Asistente de Google" son dispositivos que vienen con el Asistente de Google preinstalado; y
- "Dispositivos fabricados por Google" son los dispositivos habilitados con el Asistente de Google fabricados y vendidos por Google, incluidos los teléfonos inteligentes Pixel de Google; los altavoces domésticos inteligentes (Google Home, Google Home Mini, Google Home Max, Nest Audio, Nest Mini); las pantallas inteligentes (Google Home Hub, Nest Hub, Nest Hub Max); las computadoras portátiles y las tabletas (Pixelbook, Pixelbook Go, Pixel Slate); los reproductores multimedia digitales (Chromecast con Google TV); y los auriculares inalámbricos (Pixel Buds, Pixel Buds A Series, Pixel Buds Pro).

En www.googleassistantprivacylitigation.com puede consultar la notificación en formato extenso y más detallada, que incluye la definición exacta de la clase y las excepciones de pertenencia a la demanda.

**Derechos y opciones**

**NO HACER NADA:** Si usted es un miembro de la demanda y no hace nada, está eligiendo permanecer en Class y puede ser capaz de recibir cualquier dinero o beneficios que puedan ser recuperados en este caso. Quedará vinculado por todas las órdenes del Tribunal y por cualquier sentencia dictada o acuerdo alcanzado en el litigio, ya sea favorable o desfavorable, además renunciará a su derecho a presentar por separado estos reclamos contra Google.

**EXCLUIRSE DE LA DEMANDA:** El Tribunal excluirá a cualquier persona que solicite oportunamente su exclusión. Si se excluye de la demanda (*es decir*, opta por excluirse), no tendrá derecho a recibir dinero o beneficios si se conceden o recuperan. Usted no estará obligado por ninguna orden o sentencia del Tribunal, y no renunciará a su derecho a presentar por separado estos reclamos contra Google. La fecha límite para excluirse es el **9 de septiembre de 2024**. Las instrucciones específicas sobre cómo solicitar la exclusión están disponibles en www.googleassistantprivacylitigation.com.

**¿Cuándo y dónde se celebra el juicio?**

Los Abogados de Class tendrán que probar los alegatos de los demandantes en un juicio. Está previsto que comience el juicio el **22 de septiembre de 2025**, en el Tribunal de Distrito de los Estados Unidos, Distrito Norte de California, Juzgado de San José, Sala 3, Piso 5, Calle 1.ª Sur No. 280, San José, California, código postal No. 95113. Durante el juicio, un jurado y el juez oirán todas las pruebas que les ayudarán a tomar una decisión sobre qué parte tiene razón sobre los alegatos de la demanda. No hay garantía de que los demandantes ganen o de que puedan obtener dinero para todos o algunos de los miembros de la demanda.

**¿Quiere más información?**

Si tiene preguntas sobre sus derechos, visite [www.googleassistantprivacylitigation.com](www.googleassistantprivacylitigation.com), llame al 1-877-411-4704 o escriba a:

> Google Assistant Privacy Class Action
> c/o A.B. Data, Ltd.
> P.O. Box 170500
> Milwaukee, WI 53217

Contacto: A.B. Data, 1-877-411-4704, info@GoogleAssistantPrivacyLitigation.com