*In re Google Assistant Privacy Litigation*, Case No. 5:19-cv-04286-BLF (SVK)

Defendant Google's Chart in Response to the Court's Order for Supplemental Briefing Following Hearing (ECF No. 435) with Plaintiffs' Responses addressing why the documents do not suffice to quantify the rate, frequency, and number of False Accepts.

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| **"[A]ll documents produced in this action that quantify or estimate false accepts . . . for the relevant class period." Order at 1.** | Documents related to the NRMA workflow and Assistant Misactivation Remediation Program that track the rate of rejected and nonrejected misactivations over 2021 and 2022 | GOOG-ASST-03047490<br>GOOG-ASST-03044555<br>GOOG-ASST-03041046<br>GOOG-ASST-03041034<br>GOOG-ASST-03044959<br>GOOG-ASST-03043304<br>GOOG-ASST-03044348<br>GOOG-ASST-03038182<br>GOOG-ASST-03038339<br>GOOG-ASST-03041046<br>GOOG-ASST-03044951<br>GOOG-ASST-03045016<br>GOOG-ASST-02997761<br>GOOG-ASST-03041957<br>GOOG-ASST-03019363<br>GOOG-ASST-03044924<br>GOOG-ASST-03041018<br>GOOG-ASST-03044994<br>GOOG-ASST-03047418<br>GOOG-ASST-03022863<br>GOOG-ASST-03022860<br>GOOG-ASST-03020131<br>GOOG-ASST-03045008<br>GOOG-ASST-03045016<br>GOOG-ASST-03041757<br>GOOG-ASST-03041788<br>GOOG-ASST-03040755<br>GOOG-ASST-03043340<br>GOOG-ASST-03038687<br>GOOG-ASST-03044636 | [REDACTED] |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |

| Topic | General Description | Bates | Plaintiffs' Response |
|-------|---------------------|-------|----------------------|
|       |                     |       |                      |

| Topic | General Description | Bates | Plaintiffs' Response |
|-------|---------------------|-------|----------------------|
|       |                     |       |                      |

| Topic | General Description | Bates | Plaintiffs' Response |
|-------|--------------------|-------|----------------------|
|       |                    |       |                      |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
|  | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2020 | GOOG-ASST-00035843<br>GOOG-ASST-03005902<br>GOOG-ASST-00225362<br>GOOG-ASST-03019363<br>GOOG-ASST-00213485<br>GOOG-ASST-03043084 |  |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2019 | GOOG-ASST-00256752<br>GOOG-ASST-00225404<br>GOOG-ASST-00235449<br>GOOG-ASST-00223696<br>GOOG-ASST-00223844<br>GOOG-ASST-00235633<br>GOOG-ASST-00235843<br>GOOG-ASST-00235623<br>GOOG-ASST-02990630<br>GOOG-ASST-02990584<br>GOOG-ASST-00224241<br>GOOG-ASST-00003841<br>GOOG-ASST-00244050<br>GOOG-ASST-02982048<br>GOOG-ASST-02990471<br>GOOG-ASST-00213485 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
|  |  |  |  |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | (redacted) |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false | GOOG-ASST-00222658<br>GOOG-ASST-02990074<br>GOOG-ASST-00017629<br>GOOG-ASST-00017598 | (redacted) |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | accepts in their own use of Assistant), or other means for 2018 | | ███████████████ |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2017 | GOOG-ASST-02981891<br>GOOG-ASST-00016889<br>GOOG-ASST-02989176<br>GOOG-ASST-02989246<br>GOOG-ASST-03005045<br>GOOG-ASST-00222923<br>GOOG-ASST-00221549 | ███████████████ |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |
| | Documents estimating false accept rates based on proxies, through dogfood (Google employees tracking false accepts in their own use of Assistant), or other means for 2016 | GOOG-ASST-00029297 GOOG-ASST-00016564 GOOG-ASST-00003560 GOOG-ASST-00229429 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
|  |  |  | ███████████████ |
| "[A]ll documents produced in this action that quantify or estimate . . . audio recordings sent to human reviewers for the relevant class period." Order at 1. | Documents tracking specific requests for transcription in 2021 and 2022 | GOOG-ASST-03047129￼GOOG-ASST-03047147￼GOOG-ASST-03047149￼GOOG-ASST-03047207￼GOOG-ASST-03047218￼GOOG-ASST-03047228￼GOOG-ASST-03047238￼GOOG-ASST-03047254￼GOOG-ASST-03047257￼GOOG-ASST-03047272￼GOOG-ASST-03047296 | ███████████████ |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |

| Topic | General Description | Bates | Plaintiffs' Response |
|-------|--------------------|-------|----------------------|
|       |                    |       |                      |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | Documents estimating or providing the number of utterances transcribed in 2021 and 2022 | GOOG-ASST-00254861<br>GOOG-ASST-00232040<br>GOOG-ASST-00027094<br>GOOG-ASST-00255310 | |
| | Documents estimating or providing the number of utterances transcribed in 2020 | GOOG-ASST-00254861<br>GOOG-ASST-00254341<br>GOOG-ASST-00254174 | |
| | Documents confirming that no utterances were | GOOG-ASST-00231206<br>GOOG-ASST-00224697 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
|  | transcribed in 2019 |  | ██████████████ |
|  | Documents tracking or estimating the number of utterances transcribed in 2018 | GOOG-ASST-00229991<br>GOOG-ASST-00239989<br>GOOG-ASST-00250274<br>GOOG-ASST-00250283<br>GOOG-ASST-00250254<br>GOOG-ASST-02990129<br>GOOG-ASST-00231477 | ██████████████ |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | ██████████████████████████ ██████████████████████████ ██████████████████████████ ████████ |
| | | | ██████████████████████████ ██████████████████████████ ██████████████████████████ |
| | | | ██████████████████████████ ██████████████████████████ ██████████████████████████ ████ |
| | | | ██████████████████████████ ██████████████████████████ ██████████████████████████ ████████████ |
| | Documents tracking or estimating the number of utterances transcribed in 2017 | GOOG-ASST-00229579 GOOG-ASST-00229611 GOOG-ASST-00229652 GOOG-ASST-00229681 GOOG-ASST-02996129 GOOG-ASST-00229862 | ██████████████████████████ ██████████████████████████ ████████████ |

| Topic | General Description | Bates | Plaintiffs' Response |
|-------|---------------------|-------|----------------------|
|       |                     | GOOG-ASST-00229819<br>GOOG-ASST-00016245<br>GOOG-ASST-00250254 |  |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |
| | Documents tracking or estimating the number of utterances transcribed in 2016 | GOOG-ASST-00229516 GOOG-ASST-00229748 | |

| Topic | General Description | Bates | Plaintiffs' Response |
|---|---|---|---|
| | | | |