Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS' BRIEF ADDRESSING SAMPLING PURSUANT TO ECF NO. 435**<br><br>Mag. Judge: Hon. Susan van Keulen |
|---|---|

I, MARGARET MACLEAN, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York. I am admitted pro hac vice before this Court. I am an attorney at the law firm Lowey Dannenberg, P.C. and counsel of record for Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Brief Addressing Sampling Pursuant to ECF No. 435. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On August 27, 2024 the Court instructed Google to submit a brief identifying documents that it has produced in this litigation showing the False Accept rate and metrics related to its human review and for the Parties to then meet and confer about Google's submission. ECF No. 435.

3.      Pursuant to the Order, the Parties met and conferred on September 18, 2024, during which the Parties discussed the documents identified by Google and whether those documents could substitute for sampling. During that meet and confer, Google stated that the documents it had identified, though they are "the best Google has," do not provide comprehensive information about the rate and frequency of False Accepts throughout the Class Period. Google noted in particular that earlier in the Class Period, Google "did not have a way to accurately calculate False Accepts," and cannot now "tell [Plaintiffs] if every number [in the documents cited] is accurate."

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September, 2024 in White Plains, New York.

_s/Margaret MacLean_
Margaret MacLean

DECLARATION OF MARGARET MACLEAN IN SUPPORT OF PLAINTIFFS'
BRIEF ADDRESSING SAMPLING PURSUANT TO ECF NO. 435                    CASE NO. 19-cv-04286-BLF-SVK