Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Mag. Judge: Hon. Susan van Keulen |
|---|---|

1. Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether the following materials should be sealed:

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| Column containing Plaintiffs' responses to Google's exhibit chart identifying all documents produced in this action that quantify or estimate false accepts and/or audio recordings sent to human reviewers for the relevant class period. | Contains references to "Confidential" information pursuant to the Protective Order. |

2. This motion is supported by the Declaration of Margaret MacLean in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rules 7-11 and 79-5(f) ("MacLean Admin. Mot. Decl."), dated September 26, 2024. *See* Civ. L.R. 79-5(c)(2) (stating that an administrative motion to seal must include "evidentiary support from declarations where necessary").

3. As set forth in the MacLean Admin. Mot. Decl., the materials identified in ¶ 1 above, contains materials or references to or analyses of materials that Google designated "Confidential" or "Highly Confidential" pursuant to the Protective Order. *See* MacLean Admin. Mot. Decl. ¶ 4.

4. Pursuant to Civil Local Rule 79-5(f), it is the designating party's burden to provide the reasons for keeping the designated documents under seal by submitting a statement and/or declaration within seven days of this motion's filing. Plaintiffs take no position on whether the material referenced in ¶ 1 of this Motion should remain under seal.

5. Because Civil Local Rule 79-5(c) prohibits the sealing of a document by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civ. L.R. 7-11(a) (requiring explanation of lack of stipulation).

Dated: September 26, 2024

/s/ *Margaret MacLean*
Margaret MacLean
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    CASE NO. 19-cv-04286-BLF-SVK

| | |
|---|---|
| 1 | **LOWEY DANNENBERG, P.C.** |
| | 44 South Broadway, Suite 1100 |
| 2 | White Plains, NY 10601 |
| | Telephone: (914) 997-0500 |
| 3 | Facsimile: (914) 997-0035 |
| | vbriganti@lowey.com |
| 4 | clevis@lowey.com |
| | mmaclean@lowey.com |
| 5 | afarah@lowey.com |
| 6 | Erin Green Comite (*pro hac vice*) |
| | Joseph P. Guglielmo (*pro hac vice*) |
| 7 | Joseph G. Cleemann (*pro hac vice*) |
| 8 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 9 | The Helmsley Building |
| 10 | 230 Park Avenue, 17th Floor |
| | New York, NY 10169-1820 |
| 11 | Telephone: (212) 223-6444 |
| | Facsimile: (212) 223-6334 |
| 12 | ecomite@scott-scott.com |
| 13 | jguglielmo@scott-scott.com |
| | jcleemann@scott-scott.com |
| 14 | John T. Jasnoch (Bar No. 281605) |
| | Hal D. Cunningham (Bar. No. 243048) |
| 15 | Sean C. Russell (Bar No. 308962) |
| 16 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 17 | 600 W. Broadway, Suite 3300 |
| 18 | San Diego, CA 92101 |
| | Telephone: (619) 233-4565 |
| 19 | Facsimile: (619) 233-0508 |
| | jjasnoch@scott-scott.com |
| 20 | hcunningham@scott-scott.com |
| 21 | srussell@scott-scott.com |
| | vburke@scott-scott.com |
| 22 | Mark N. Todzo (Bar No. 168389) |
| | Patrick Carey (Bar No. 308623) |
| 23 | |
| 24 | **LEXINGTON LAW GROUP** |
| | 503 Divisadero Street |
| 25 | San Francisco, CA 94117 |
| | Telephone: (415) 913-7800 |
| 26 | Facsimile: (415) 759-4112 |
| | mtodzo@lexlawgroup.com. |
| 27 | pcarey@lexlawgroup.com |
| | *Attorneys for Plaintiffs* |
| 28 | |

2