1  Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
2  Margaret MacLean (*pro hac vice*)
   Andrea Farah (*pro hac vice*)
3  **LOWEY DANNENBERG, P.C.**
   44 South Broadway, Suite 1100
4  White Plains, NY 10601
   Telephone: (914) 997-0500
5  Facsimile: (914) 997-0035
   vbriganti@lowey.com
6  clevis@lowey.com
   mmaclean@lowey.com
7  afarah@lowey.com

8  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Mag. Judge: Hon. Susan van Keulen |
|---|---|

DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

CASE NO. 19-cv-04286-BLF-SVK

I, MARGARET MACLEAN, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of New York. I am admitted *pro hac vice* before this Court in the above-referenced matter. I am an attorney at the law firm Lowey Dannenberg, P.C., and counsel of record for Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Civ. L.R. 79-5(f)) (the "Motion to Seal").

3. On August 24, 2020, the Court approved a Stipulated Protective Order in this matter (ECF No. 104) (the "Protective Order"). Section 12.5 of the Protective Order requires that "a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." Protected Material includes "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL,' or as 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.'"

4. Pursuant to the Protective Order and Civil Local Rule 79-5(f), Plaintiffs have conditionally filed under seal references to certain materials in Plaintiffs' responses to Google's chart identifying documents produced in this action that quantify or estimate false accepts and/or audio recordings sent to human reviewers for the relevant class period.

5. Plaintiffs take no position on whether the materials referenced in ¶ 4 of this declaration should remain under seal.

***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September, 2024 in White Plains, New York.

*s/Margaret MacLean*
Margaret MacLean

1

DECLARATION OF MARGARET MACLEAN ISO PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED   CASE NO. 19-cv-04286-BLF-SVK