Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Mag. Judge: Hon. Susan van Keulen |

      The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) and all other papers submitted in response thereto, determines that good cause exists to redact portions of the following document:

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| Column containing Plaintiffs' responses to Google's exhibit chart identifying all documents produced in this action that quantify or estimate false accepts and/or audio recordings sent to human reviewers for the relevant class period. | Contains references to "Confidential" information pursuant to the Protective Order. |

Dated:_____    _____
                                                                                HONORABLE SUSAN VAN KEULEN
                                                                                UNITED STATES MAGISTRATE JUDGE