Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION, | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED**<br><br>Mag. Judge:   Hon. Susan van Keulen |

1  I, Françoise Beaufays, declare as follows:

2  1. I am a Distinguished Research Scientist at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain narrowly tailored redactions to Plaintiffs' Responses to Google's Exhibit Chart ("Responses," ECF 443-1) ("the Sealed Materials"). Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed redactions are narrowly tailored to discrete, sealable portions of the Responses.

3. Specifically, Google requests to seal the following:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing Document or Portion of Document |
|---|---|---|---|
| Exhibit A | Responses (ECF 443-1) | Yellow-highlighted portions. | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) Google's research and development of its business. |

4. True and correct copies of the Responses, with Google's proposed redactions highlighted in yellow in compliance with Section V of this Court's Standing Order re: Civil Cases, are concurrently filed provisionally under seal as Exhibit A to this Motion to Seal. Plaintiffs have already filed (1) an unredacted version of the Responses as ECF 445-3 and (2) a public version of the Responses, with the Sealed Materials redacted, as ECF 443-1.

5. The Sealed Materials contain confidential and highly sensitive proprietary and commercial information about the operation of Google Assistant and Google's research and development of its business. Google derives substantial competitive business benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants and other artificial intelligence applications, direct insight

-1-

1  into confidential and sensitive aspects of Google's development of the Google Assistant and the
2  financial implications of that development.
3
4       I declare under penalty of perjury that the foregoing is true and correct.
5       Executed on October 3, 2024, in Mountain View, CA.

                                      DocuSigned by:

                                      *Françoise Beaufays*
                                      2E456B12FC7740D...
                                      Françoise Beaufays