UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No.: 5:19-cv-04286-BLF

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 445)**

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 445), Defendants' Statement in Support, and the Declaration of Françoise Beaufays, finds that good cause exists to seal:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Responses (ECF 443-1) | Redacted text in Column labeled "Plaintiffs' Responses" | Confidential and highly sensitive proprietary and commercial information about (1) the operation of Google Assistant and (2) Google's research and development of its business. |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE