Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF JONATHAN BORCK, PH.D. IN SUPPORT OF DEFENDANTS' STATEMENT ON DATA SAMPLING**<br><br>Dept:   Courtroom 3, 5th Floor<br>Judge:  Hon. Susan van Keulen |
|---|---|

I, Jonathan Borck, Ph.D., declare as follows:

1. I am a Vice President at Analysis Group, Inc., and an Adjunct Lecturer in Public Policy at Harvard Kennedy School. My *curriculum vitae* is attached as Appendix A.

2. I attended (via Zoom) the Court hearing held on October 3, 2024, to discuss the sampling of certain Google Assistant queries. I understand that the Court instructed the parties to propose a sample size within a range — more than "tens of thousands" but fewer than "millions." *See* Oct. 3, 2024 Discovery Hearing Tr. at 42:25-43:14. Counsel for Google asked me to assist with identifying a proposed sample size within that range.

3. It is my opinion that a sample of far fewer queries than the range suggested by the Court would be sufficient to estimate the rate of instances where the hotword does not appear in the "top hypothesis" field in the speech logs ("false accepts") and the rate at which those queries were sent to human reviewers. Even relatively small samples, if randomly selected, are capable of estimating quantities of interest with precision. Within the range the Court specified, a sample of 104,000 records—chosen by selecting 4,000 in-scope records at random on one day per quarter for 26 quarters—is of more than sufficient size to yield reliable conclusions. My reasoning follows.

4. First, a sample of 104,000 records will result in narrow 95% confidence intervals for the rates of interest. As a general matter, a 95% confidence interval is considered a range in which the true value in the population is likely to fall. To illustrate, suppose that the rate of "false accepts" in the sample turns out to be 1.0%. The 95% confidence interval would then be [0.94%, 1.06%]. (Although this illustration uses a simple random sample as a simplifying assumption, I expect the 95% confidence interval based on Google's proposed methodology will yield similar results.) This result tells us that the true rate of "false accepts" is unlikely to differ by more than 0.06 percentage points from the result in the sample — a minuscule degree of uncertainty.

5. Second, a sample of 104,000 queries will include the most common languages and device types and a sample of the others. I have been informed that there were approximately 86 different language settings and 40 different Google-manufactured device types at issue during the class period. Counsel for Google provided me with an estimate of the number of queries associated with these languages and devices from one randomly selected day per quarter from Q3 2016

1

through Q4 2022. I use the binomial distribution to perform the calculations below.

6. **Languages:** Based on these data, I estimate that English (US) (98.0%) and Spanish (US) (1.3%) together account for 99.3% of all queries. Thus, I expect the sample proposed here will include at least 100,000 English (US) queries and 1,200 Spanish (US) queries. All other languages together account for 0.7% of all queries. While it is not possible to ensure that *all* of these other languages appear in the sample without an entirely different sampling approach, a sample of 104,000 queries will include a selection of at least several hundred queries in these less commonly used languages.

7. **Device type:** The same is true for device type. Based on the Google data, smart speakers and displays (84.7%) and Pixel phones (10.9%) together account for approximately 95.6% of all queries. I expect that the sample proposed here will include tens of thousands of queries from smart speakers and displays and thousands of queries from Pixel phones. The remaining 4.4% of queries are from less commonly used devices. While it is not possible to ensure that *all* devices appear in the sample without a different sampling approach entirely, a sample of 104,000 queries will include a selection of at least several thousand queries of these less commonly used devices.

8. Third, the benefit, if any, from selecting a larger sample would be *de minimis*. For example, doubling the sample size would narrow the 95% confidence interval for the "false accept" rate from [0.94%, 1.06%] to [0.96%, 1.04%] — an insignificant improvement when the uncertainty is already just a fraction of a percentage point. Moreover, a larger sample would still not ensure that the least common languages and devices are included in the sample. Consider, for example, Croatian, which appears to be used for approximately 1 in every 300 million queries. Even a sample of around 21 million queries is highly unlikely (only a 6.8% probability) to include even one query in Croatian.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2024, in Cambridge, Massachusetts.

_____
Jonathan C. Borck, Ph.D.

**Appendix A**
**Curriculum Vitae**

**JONATHAN C. BORCK**
**Vice President**

| | |
|---|---:|
| Direct Line: 617 425 8207 | 111 Huntington Avenue |
| Office: 617 425 8001 | 14th Floor |
| jonathan.borck@analysisgroup.com | Boston, MA 02199 |

Dr. Borck specializes in the application of statistics and economics to topics in business and public policy. He has developed, executed, and critiqued sampling protocols for the sampling of medical claims, business records, and mortgage loans. He has conducted statistical analysis in diverse areas, including antitrust and competition, technology and digital platforms, health care, mortgages and housing, property insurance, and the environment. Dr. Borck has served as an expert in disputes involving sampling, statistics, and the calculation of damages before federal courts, state courts, and arbitration panels. He has co-authored chapters and consulting reports on various topics in economics, business, and public policy, including an overview of firms' abilities to achieve lost profits, the economics of apps, and the economics of scrap metal recycling. In addition to his work as a consultant and expert witness at Analysis Group, he is an adjunct lecturer in public policy at the Harvard Kennedy School, where he has designed and taught a course in probability and statistics for the last ten years.

**EDUCATION**

| | |
|---|---|
| 2008 | Ph.D., public policy, Harvard University |
| 2000 | B.S.C.E. (*summa cum laude*), Rice University |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2008–Present | Analysis Group, Inc. |
| | *Vice President (2015–Present)*, *Manager (2011–2014)*, *Associate (2008–2010)* |
| 2013–2016 and 2018–Present | John F. Kennedy School of Government, Harvard University |
| | *Adjunct Lecturer in Public Policy* |
| | Courses taught: Probability and Statistics (API-201), Economics (API-102) |
| 2006–2010 | Department of Economics, Harvard University |
| | *Tutorial Leader* |
| | Course taught: Sophomore Tutorial (ECON 970) |

| | |
|---|---|
| 2006 | Department of Economics, Northeastern University<br>*Instructor*<br>Courses taught: Principles of Microeconomics, Senior Seminar in Economics |
| 2003–2008 | John F. Kennedy School of Government, Harvard University<br>*Graduate Student Instructor*<br>Courses taught: Microeconomics, Math Camp for Incoming Ph.D. Students |

**EXPERT TESTIMONY (SAMPLING AND STATISTICS)**

*The Connectors Realty Group Corporation and Darryl Williams v. State Farm Fire & Casualty Company*
US District Court, Northern District of Illinois, Eastern Division
Case No. 19-cv-00743
Topic: Sampling and statistics in a dispute involving insurance claims
Declaration, expert report, deposition
2022–2023

*Aetna, Inc., et al. v. Mednax, Inc. et al.*
US District Court, Eastern District of Pennsylvania
No. 18-cv-02217-WB
Topic: Sampling and statistics in a dispute involving medical claims
Expert reports, deposition
2020–2021

**EXPERT TESTIMONY (DAMAGES)**

*Confidential arbitration*
American Arbitration Association
Topic: Damages in a breach of contract dispute involving medical claims
Expert reports, deposition
2023–2024

*Confidential arbitration*
American Arbitration Association
Topic: Damages in a breach of contract dispute involving medical claims
Expert reports, deposition, testimony at arbitration hearing
2022

*Oakland Bulk and Oversized Terminal, LLC, et al. v. City of Oakland*
Superior Court of the State of California, County of Alameda
Consolidated Civil Case Nos. RG18930929/RG20062473
Topic: Damages in a breach of contract dispute involving shipments of goods
Expert reports, depositions, testimony at trial
2021–2023

**SELECTED CONSULTING ENGAGEMENTS**

**Antitrust and Competition**

- Supported an expert in the analysis of allegedly anticompetitive practices among health insurers and the effects on provider reimbursements
- Supported an expert in the analysis of allegedly anticompetitive practices among pharmacy benefit managers
- Supported an expert in the analysis of potential competitive effects of a proposed acquisition in the book publishing sector
- Supported experts in the analysis of alleged anticompetitive behavior in the recycling industry
- Supported an expert in analyzing contracts and estimating damages in an antitrust matter in the technology sector
- Supported experts in evaluating alleged overcharges by a cartel in the cargo transportation sector
- Supported an expert in the analysis of alleged monopsony power in the agricultural sector

**Technology and Digital Platforms**

- Supported several of the plaintiff's experts in litigation over Elon Musk's 2022 acquisition of Twitter (*Twitter, Inc. v. Elon Musk, et al.*, Delaware Chancery Court)
- Coauthored studies estimating the size of the Apple App Store ecosystem in 2019, 2020, and 2022
- Coauthored a study surveying commission rates charged by Apple's App Store, other app stores, and other digital marketplaces
- Assessed a popular platform's algorithms for sampling and identifying objectionable content on the platform
- Conducted an economic impact study for a US technology company of a regulatory change on workers, consumers, and tax revenue

**Illinois Biometric Information Privacy Act (BIPA)**

- Prepared several estimates of potential class sizes and penalties for alleged violations of BIPA

**Mortgages and Housing**

- Supported an expert in the analysis and critique of statistical sampling methodologies for the evaluation of mortgages and mortgage-backed securities (MBS)
- Supported several experts in the analysis of the performance of mortgages and MBS, including through the use of econometric modeling techniques
- Supported an expert in the analysis of discrimination in the maintenance of real estate owned (REO) properties

**Energy and Environment**

- Supported an expert in the analysis of the benefits and costs of proposed restrictions on water use in *Florida v. Georgia*, an "equitable apportionment" case before the US Supreme Court

A-3

- Analyzed issues in the design of state and federal climate policies
- Analyzed the value of water and the costs of options to provide it for a state government
- Supported an expert in the estimation of damages from groundwater contamination
- Supported an expert in the analysis of the history of regulatory rulemaking related to a fuel additive and the benefits and costs of an alternative fuel
- Supported an expert in the analysis and critique of the use of benefit transfer and contingent valuation methods for estimating damages arising from contamination of wetlands
- Supported an expert in the analysis and critique of hedonic property value methods to estimate groundwater contamination in an urban area
- Coauthored a study on the economics of the scrap metal recycling industry
- Coauthored a study on the likely effectiveness of green building requirements

**Other**

- Supported experts and the Government of Australia in the statistical analysis of survey data on smoking habits and the effectiveness of public policies designed to reduce smoking prevalence
- Supported experts on damages and advertising issues in a breach-of-contract dispute in the personal care products sector
- Supported an expert in the analysis of a contractual non-compete clause in the agricultural industry
- Supported an expert in the estimation of damages in a patent infringement matter in the jewelry industry
- Analyzed medical malpractice verdicts involving a condition addressed by a new drug
- Supported an expert in evaluations of the safety cultures of firms in the oil and gas industry, the mining industry, and the automobile sector

**ARTICLES, CHAPTERS, REPORTS, AND OTHER PUBLICATIONS**

"The Continued Growth and Resilience of Apple's App Store Ecosystem," with Juliette Caminade, prepared for Apple, May 2023

"Small Business Developers and App Creators on the App Store," with Juliette Caminade, prepared for Apple, May 2023

"The Ability to Achieve Lost Sales as a Consideration in Damages Analyses," with Aaron C. Yeater, Chapter 15 in *Lost Profits Damages: Principles, Methods, and Applications*, Second Edition, edited by Everett P. Harry III and Jeffrey H. Kinrich (Valuation Prods. & Servs. LLC 2022)

"A Global Perspective on the Apple App Store Ecosystem: An Exploration of Small Businesses Within the App Store Ecosystem," with Juliette Caminade and Markus von Wartburg, prepared for Apple, June 2021

"Apple's App Store and Other Digital Marketplaces: A Comparison of Commission Rates," with Juliette Caminade and Markus von Wartburg, prepared for Apple, July 22, 2020

"How Large is the Apple App Store Ecosystem? A Global Perspective for 2019," with Juliette Caminade and Markus von Wartburg, prepared for Apple, June 15, 2020

"Great Recession Holds Mortgage Crisis Lessons for Today," with Mark Howrey and Lauren Hunt, *Law360*, May 19, 2020

"An Economic Perspective on Building Labeling Policies," with Robert N. Stavins and Todd Schatzki, prepared for the Greater Boston Real Estate Board, March 28, 2013

"The Applicability of the EPA Market Forces Study to the Scrap Metal Recycling Industry," with Robert N. Stavins and Janis Carey, prepared for the Institute of Scrap Recycling Industries, October 20, 2011

"Beyond Compliance: Explaining Business Participation in Voluntary Environmental Programs," with Cary Coglianese, Chapter 7 in *Explaining Compliance*, Christine Parker and Vibeke Nielsen, eds., 2011

"Voluntary Environmental Programs: Assessing Their Effectiveness," with Cary Coglianese, *Annual Review of Environment and Resources* 34, November 2009

"Next Steps for California with Federal Cap-and-Trade Policy on the Horizon," with Robert N. Stavins and Todd Schatzki, prepared for the Western States Petroleum Association, July 2009

"Evolving GHG Trading Systems Outside its Borders: How Should California Respond?" with Robert N. Stavins and Todd Schatzki, prepared for the Western States Petroleum Association, July 2009

"The Scope and Options for the Economics and Allocation Advisory Committee," with Todd Schatzki, letter submitted to the Economic and Allocation Advisory Committee, California Environmental Protection Agency, June 29, 2009

"Environmental Leadership Programs: Toward an Empirical Assessment of their Performance," with Cary Coglianese and Jennifer Nash, *Ecology Law Quarterly*, Volume 35, Issue 4, February 2009, pp. 771–834

"Comments on the Economics Analysis Supplement to the Draft Scoping Plan," with Judson Jaffe, prepared for the AB 32 Implementation Group, October 21, 2008

"Evaluating the Social Effects of Environmental Leadership Programs," with Cary Coglianese and Jennifer Nash, *Environmental Law Reporter*, Volume 38, 2008, pp. 10697–10702 (reprinted in *Environmental Protection: Regulatory Issues*, L. Lakshmi, ed., 2008)

"Beyond Compliance: Three Essays on Voluntary Corporate Environmentalism," Harvard University Ph.D. dissertation; Richard Zeckhauser, Robert N. Stavins, Erich Muehlegger, and Cary Coglianese, advisors, 2008.

"Countering the 'Loading Dock' Approach to Linking Science and Decision Making: A Comparative Analysis of ENSO Forecasting Systems," with David W. Cash and Anthony G. Pratt, *Science, Technology and Human Values*, Volume 31, Number 4, July 2006, pp. 465–494

"Decision Making in Endangered Species Management," *Journal of Public and International Affairs*, Volume 16, Spring 2005, pp. 70–93

**SELECTED SPEAKING ENGAGEMENTS**

"The Current Financial Landscape and Future Case Trends," panel discussion, Securities Expert Roundtable, 2023 Annual Membership Meeting and Conference, Boston, Massachusetts, September 23, 2023

"How to Effectively Use Statistical Sampling in Class Action Litigation: Tips and Strategies in 2017," presentation and panel discussion via webinar, The Knowledge Group, November 16, 2017

"Green Jobs," panel discussion, California Council for Environmental and Economic Balance, 2009 Summer Issues Seminar, Lake Tahoe, California, July 21, 2009

"Use of AB 32 Revenue," panel discussion, California Council for Environmental and Economic Balance, 2009 Summer Issues Seminar, Lake Tahoe, California, July 20, 2009

"Cap-and-Trade Program Features: Revisiting the Benefits of Cap-and-Trade," panel discussion, California Council for Environmental and Economic Balance, 2009 Summer Issues Seminar, Lake Tahoe, California, July 20, 2009

"State and Federal Performance-Based Environmental Programs: Assessing Goals, Activities, Communication, and Data Collection," workshop on Performance-Based Voluntary Programs: Better Ways to Measure and Communicate Results, Harvard Kennedy School, Cambridge, Massachusetts, March 11–12, 2008

"Why Do They Join? An Exploration of Business Participation in Voluntary Environmental Programs," poster session, Conference on the Institutional Foundations of Industry Self-Regulation, Harvard Business School, Boston, Massachusetts, February 16–17, 2007

"Contribution Shares in Alliances," Public Choice Society Annual Meeting, Baltimore, Maryland, March 11–14, 2004

"Contribution Shares in Alliances," IASTED International Conference on Alliances, Mergers, and Acquisitions, Banff, Canada, July 2–3, 2003

**AWARDS AND AFFILIATIONS**

Graduate Research Fellow, National Science Foundation, 2001–2006

Fellow, Thomas J. Watson Foundation, 2000–2001