1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No. 19-cv-04286-BLF-SVK

**[PROPOSED] ORDER RE: REVISED SAMPLING PLAN**

Dept.:     Courtroom 6, 4th Floor
Mag. Judge:   Hon. Susan van Keulen

1    Pursuant to Judge Freeman's Order Regarding Motion for Relief from Non-Dispositive

2  Pretrial Order (Dkt. No. 370), the Court has revisited the scope of the October 20, 2022 Sampling

3  Order (Dkt. No. 331) in light of the Class Certification Order (Dkt. 360). Given that only the

4  Purchaser Class was certified to pursue breach of contract and Unfair Competition Law claims

5  predicated on breach of contract and a violation of California Business and Professions Code

6  § 22576, the proportionality analysis has shifted dramatically since the Court issued the initial

7  Sampling Order. For the reasons discussed at the October 3, 2024 hearing, and after considering

8  the parties' briefs and supporting materials, the Court ORDERS as follows:

9    1.  Google will produce a sample of speech log data within 60 days of the date of this Order.

10   2.  Over the 26 quarters that the parties have agreed are relevant, Google will perform sampling

11       for 1 randomly selected day per quarter.

12   3.  For each sample day, Google will randomly select 4,000 Google Assistant queries that were

13       (1) hotword-initiated; and (2) made on Google Assistant Enabled Devices manufactured by

14       Google. The total number of queries to be sampled across all 26 quarters is 104,000.

15   4.  For the set of randomly sampled queries for each sample day, Google will provide (1) the

16       number of queries that did not contain a hot word in the "top hypothesis" field, and (2) the

17       number of those queries that were sent to a human reviewer.

18   5.  Google shall also provide Plaintiffs with the raw speech log data for all 104,000 queries,

19       with the following modifications:

20       a.  Google may anonymize the raw data before producing it to Plaintiffs.

21       b.  Google may redact the content of each query, leaving only the hotword visible.

22           Where there is no hotword, the entire query will be redacted.

23       **SO ORDERED.**

24

25

26  Dated:  October __, 2024

27                                    By:_____
                                          SUSAN VAN KEULEN
28                                        United States Magistrate Judge