# EXHIBIT 1

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | Erin Green Comite |
| **Cc:** | Christian Levis; Bali, Sunita (SFO) |
| **Subject:** | RE: AB Data Declaration_Notice V2 |
| **Date:** | Monday, September 23, 2024 11:49:19 AM |
| **Attachments:** | image001.png |

Hi Erin, please could you also send us the letter and spreadsheet emailed by Labaton? Based on your description, we have some concerns that Labaton's submission may not comply with the Court's Order Granting Plaintiffs' Unopposed Motion for Approval of Class Notice Plan (Dkt. 423), which requires exclusion requests to be made by submitting a written request for exclusion as set forth in the Notice, i.e., either an online submission through the website or by sending a written request by mail that includes name, address, telephone number, and signature (Dkt. 403-2). Do Plaintiffs have a position on whether Labaton's submission constitutes valid exclusion requests under the terms of the Notice as approved by the Court?

Thanks,
Erin

**Erin Earl**
PARTNER

**Perkins Coie**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
+1.206.359.8510
eearl@perkinscoie.com
perkinscoie.com

**From:** Erin Green Comite <ecomite@scott-scott.com>
**Sent:** Thursday, September 19, 2024 9:49 AM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Brian S. Devery <brian.devery@abdata.com>
**Cc:** Eric Schachter <eric.schachter@abdata.com>; Christian Levis <clevis@lowey.com>
**Subject:** RE: AB Data Declaration_Notice V2

++Adding A.B. Data (Brian Devery and Eric Schachter) and Christian Levis

Erin,  Here are the Decl. and all exhibits, including Ex. D, which A.B. Data sent me last night.

Labaton sent an email on August 29, 2024 to info@googleassistantprivacylitigation.com with a letter and spreadsheet attached, cc'ing Class Counsel.  As I mentioned on the parties' call yesterday, I didn't realize that the exclusion stats hadn't been communicated to Google.

@Brian S. Devery Can you make Google's proposed edits to the Declaration in Erin Earl's email

below.  Send just the revised Decl. back to me; I don't need you to resend with all the exhibits.

Thanks,
Erin

**From:** Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
**Sent:** Thursday, September 19, 2024 12:03 PM
**To:** Erin Green Comite <ecomite@scott-scott.com>; Bali, Sunita (Perkins Coie) <SBali@perkinscoie.com>
**Subject:** RE: AB Data Declaration_Notice V2

Thanks, Erin. Could you or AB Data share Exhibit D with us, and also let us know how Labaton submitted the referenced requests? On the declaration, two small suggestions:

- Last sentence of paragraph 8, consider streamlining to "The Litigation Website also has an online form potential Class Members could use to submit an online request to be excluded from the litigation."
- Second sentence of paragraph 13, consider revising to "and 69,504 were submitted by a law firm claiming to represent the potential Class Members in arbitration proceedings."

Thanks,
Erin

**Erin Earl**
PARTNER

Perkins Coie

1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
+1.206.359.8510
eearl@perkinscoie.com
perkinscoie.com

**From:** Erin Green Comite <ecomite@scott-scott.com>
**Sent:** Wednesday, September 18, 2024 4:06 PM
**To:** Bali, Sunita (SFO) <SBali@perkinscoie.com>; Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** AB Data Declaration_Notice V2

Hello.  A.B. Data circulated its stats on exclusions to you earlier today.  Attached is the draft Declaration that A.B. Data sent me.  I haven't made (and don't plan to make) any edits, other than to have it put on NDCA "pleading paper" once A.B. Data finalizes.

Erin

 **Erin Green Comite,** Partner
860.531.2632
ecomite@scott-scott.com
www.scott-scott.com
156 S. Main St. **+** PO Box 192
Colchester, CT 06415

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA+ARIZONA
AMSTERDAM+BERLIN+LONDON

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.