# EXHIBIT 2

| | |
|---|---|
| **From:** | Erin Green Comite |
| **To:** | Earl, Erin K. (SEA); Bali, Sunita (SFO) |
| **Cc:** | Christian Levis; Meg MacLean; Joseph P. Guglielmo; Mark N. Todzo |
| **Subject:** | FW: Google Assistant Privacy Class Action Requests for Exclusion |
| **Date:** | Tuesday, September 24, 2024 2:02:21 PM |
| **Attachments:** | originallogo_6003f70d-51d0-410d-9fe0-7be01f29b96c.png |
| | Google Assistant Privacy Class Action Requests for Exclusion.msg |

Erin and Sunita,

Per your request, attached is the email sent by Labaton to the Notice Administrator with the opt out requests.

Class Counsel plan to take no position on the validity of the opt outs. Given the size of the Class, the number of opt outs is not material, and thus, it would not be a benefit to the Class for Class Counsel to act on this.

Thanks,
Erin




**Erin Green Comite,** Partner
860.531.2632
ecomite@scott-scott.com
www.scott-scott.com
156 S. Main St. **+** PO Box 192
Colchester, CT 06415

NEW YORK**+**CONNECTICUT**+**CALIFORNIA**+**DELAWARE**+**TEXAS**+**VIRGINIA**+**OHIO**+**NEBRASKA**+**ARIZONA
AMSTERDAM**+**BERLIN**+**LONDON

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

| | |
|---|---|
| **From:** | Heitmann, Brandon |
| **To:** | info@googleassistantprivacylitigation.com |
| **Cc:** | Waisnor, Jonathan; Gardner, Jonathan; Erin Green Comite; Christian Levis |
| **Subject:** | Google Assistant Privacy Class Action Requests for Exclusion |
| **Date:** | Thursday, August 29, 2024 2:25:05 PM |
| **Attachments:** | Ex. A Google Class Exclusion List.xlsx<br>8.29.2024 Google Class Exclusion Letter.pdf |

Hello,

Please see the attached correspondence and exhibit.



**Brandon E. Heitmann** | **Associate**
140 Broadway, New York, New York 10005
T: 212.907.0673
BHeitmann@labaton.com | www.labaton.com


***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.



Jonathan Waisnor
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0623
jwaisnor@labaton.com

August 29, 2024

**VIA EMAIL AND CERTIFIED MAIL**

Google Assistant Privacy Class Action
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217
info@googleassistantprivacylitigation.com

Re: *Requests for Exclusion from In re Google Assistant Privacy Litigation, Case No. 19-cv-04286-BLF*

To Whom it May Concern:

We represent the 69,507 individuals identified on Exhibit A ("Claimants") in privacy claims stemming from the Claimants' use of Google Assistant-enabled devices. We write to submit requests for exclusion on behalf of Claimants from the class action, *In re Google Assistant Privacy Litigation,* Case No. 19-cv-04286-BLF. As required by the class notice, Exhibit A contains Claimants' names and email addresses.[1] Each Claimant has retained Labaton Keller Sucharow LLP to pursue claims relating to their use of Google Assistant-enabled devices in arbitration, including the claims for breach of contract and under California's Unfair Competition Law ("UCL") identified in the class definition. As their attorneys, we are signing and submitting these requests for exclusion on Claimants' behalf, as permitted by the class notice.[2]

Please advise by September 4th whether, to your knowledge, the information provided by Claimants does not match the information of any class member, and we will endeavor to provide supplementary information.

Sincerely,

Jonathan D. Waisnor

Cc:     Erin Green Comite (ecomite@scott-scott.com)

---

[1] https://www.googleassistantprivacylitigation.com/docs/Amended%20Long%20Form%20Notice_V5.pdf
[2] https://www.googleassistantprivacylitigation.com/Online/Create



New York | Delaware | Washington, D.C.



August 29, 2024
Page 2

  Christian Levis (clevis@lowey.com)