1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO ENFORCE ORDER APPROVING CLASS NOTICE PLAN AND TO REJECT MASS EXCLUSION REQUEST**<br><br>Judge:   Hon. Beth Labson Freeman |
|---|---|

**[PROPOSED] ORDER**

The Court, having considered Google's Motion to Enforce Order Approving Class Notice Plan and to Reject Mass Exclusion Request, and all other materials presented to the Court, determines that the August 29, 2024 correspondence from Labaton Keller Sucharow LLP ("Mass Opt-Out Request") was not a proper exclusion request as to the 69,504 potential class members who were identified in that correspondence but who did not separately submit exclusion requests through the case website because (a) the Mass Opt-Out Request did not include any indicia of individualized consent from each of the potential class members on whose behalf the exclusion request was purportedly being made; and (b) the Mass Opt-Out Request did not comply with the requirements for submitting exclusion requests set forth in the Class Notice Plan approved by this Court, including a signature from each individual requesting exclusion.

The Court therefore rules as follows:

1. Google's Motion to Enforce Class Notice Plan Approval Order is **GRANTED**.

2. The 69,504 individuals identified in the Mass Opt-Out Request who did not separately submit exclusion requests through the case website were not properly excluded from the Purchaser Class and, as a result, any of those individuals who are members of the Purchaser Class remain part of that class.

**IT IS SO ORDERED**.

DATED: _____, 2024

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE