Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF-SVK |
|---|---|
| | **PROOF OF SERVICE** |

1    I, Kate Rose, declare:

2    I am a citizen of the United States and employed by the firm of Perkins Coie LLP in Santa

3 Clara County, California. I am over the age of eighteen years and not a party to the within-entitled

4 action. On November 1, 2024, I caused to be served a true copy of the following documents:

5
- Google's Motion to Enforce Class Notice Plan Approval Order Approving Class Notice Plan and to Reject Mass Exclusion Request;

- Declaration of Sunita Bali in Support of Google's Motion to Enforce Order Approving Class Notice Plan and to Reject Mass Exclusion Request, Exhibits 1-2; and

- [Proposed] Order Granting Google's Motion to Enforce Order Approving Class Notice Plan and to Reject Mass Exclusion Request.

By email (served 11/01/2024) and U.S. Mail (served 11/04/2024) upon the counsel listed below:

> Waisnor, Jonathan
> JWaisnor@labaton.com;
> Gardner, Jonathan
> JGardner@labaton.com;
> Heitmann, Brandon
> BHeitmann@labaton.com
> LABATON KELLER SUCHAROW
> 140 Broadway Floor 34
> New York, New York 10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 11/01/2024                                      /s/ Kate Rose
 Date                                            Kate Rose

-1-

PROOF OF SERVICE
19-CV-04286-BLF-SVK