UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | CASE NO.: 19-CV-04286-BLF-SVK<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON GOOGLE'S MOTION TO ENFORCE ORDER APPROVING CLASS NOTICE PLAN AND REJECT MASS EXCLUSION REQUEST<br><br>**AS MODIFIED** |

## STIPULATION REGARDING BRIEFING SCHEDULE

WHEREAS, on November 1, 2024, Defendants Alphabet Inc. and Google LLC (collectively, "Google") filed a "Motion to Enforce Order Approving Class Notice Plan and Reject Mass Exclusion Request" (Doc. No. 456, the "Motion"); and

WHEREAS, the 69,504 individual potential class members ("Arbitration Claimants") at issue in Google's Motion intend to oppose the Motion; and

WHEREAS, counsel for Arbitration Claimants requested an extension of the deadline to respond to the Motion to December 6, 2024, in exchange for an extension of Google's reply deadline to January 9, 2025, and Google agreed; and

WHEREAS, Class Counsel has taken no position on the relief requested in the Motion but intends to file a response to Google's Motion;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the parties undersigned, subject to the approval of the Court, as follows:

1. Arbitration Claimants shall file their Opposition to Google's Motion by December 6, 2024;
2. Class Counsel may also file a response to Google's Motion by December 6, 2024;
3. Google shall file its Reply in support of its Motion by January 9, 2025;
4. The hearing on the Motion shall occur on January 23, 2025 at 9:00 a.m., as currently scheduled, or at a date and time thereafter convenient for the Court.

| | | |
|---|---|---|
| 1 | DATED: November 12, 2024 | **LABATON KELLER SUCHAROW LLP** |
| | | |
| | | _s/ Jonathan Waisnor_ |
| | | Jonathan Waisnor (Bar No. 345801) |
| | | 140 Broadway |
| | | New York, New York 10005 |
| | | Tel.: (212) 907-0700 |
| | | Fax: (212) 907-7039 |
| | | jwaisnor@labaton.com |
| | | |
| | | *Counsel for Arbitration Claimants* |
| | | |
| | DATED: November 12, 2024 | **PERKINS COIE LLP** |
| | | |
| | | _s/ Sunita Bali_ |
| | | Sunita Bali (Bar No. 274108) |
| | | 505 Howard St, Suite 1000 |
| | | San Francisco, California 94105-3204 |
| | | Tel.: +1.415.344.7000 |
| | | Facsimile: +1.415.344.7050 |
| | | sbali@perkinscoie.com |
| | | |
| | | *Counsel for Google* |
| | | |
| | DATED: November 12, 2024 | **LOWEY DANNENBERG PC** |
| | | |
| | | _s/ Christian Levis_ |
| | | Christian Levis |
| | | 44 South Broadway |
| | | White Plains, New York 10601 |
| | | Tel.: (914) 997-0500 |
| | | Facsimile: (914) 997-0035 |
| | | clevis@lowey.com |
| | | |
| | | *Counsel for Plaintiffs and the Class* |

## [PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE

IT IS ORDERED, this ____13th____ day of ___November___, 2024, as follows:

1. Any opposition or response to Google's Motion to Enforce Order Approving Class Notice Plan and Reject Mass Exclusion Request shall be served and filed by Arbitration Claimants and Class Counsel on or before December 6, 2024;

2. Google's Reply in support of its Motion to Enforce Order Approving Class Notice Plan and Reject Mass Exclusion Request shall be served and filed on or before January 9, 2025;

3. A hearing on the Motion shall occur ~~as currently scheduled~~ on February 13, 2025, at 9:00 a.m.

_____
Hon. Beth Labson Freeman, United States District Judge