Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: +1.206.359.8510
Facsimile: +1.206.359.9510

Attorneys for Defendants Alphabet Inc.
and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>Judge:     Hon. Beth Labson Freeman |

**DECLARATION OF SUNITA BALI**

I, Sunita Bali, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California. I am a partner at the law firm Perkins Coie LLP, and counsel of record for defendants Alphabet Inc. and Google LLC (collectively, "Google") in the above-entitled action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify hereto.

2. On November 6, 2024, I emailed Class Counsel asking if they would stipulate to seeking clarification from the Court regarding whether the certified Purchaser Class is limited to those individuals who purchased in-scope devices directly from Google, or whether it also includes those who purchased such devices from third parties, following comments from Judge van Keulen during a discovery hearing on October 3, 2024.

3. On November 14, 2024, Class Counsel responded to my email by requesting a meet-and-confer call to discuss "a few questions [they] would like to ask." I met and conferred with Class Counsel on that same date. I asked whether they would stipulate that clarification of the scope of the Purchaser Class is warranted, but did not request that they stipulate to any specific interpretation. Class Counsel informed me that they could not at that time confirm whether they would stipulate that clarification is warranted.

4. On November 18, 2024, Class Counsel informed me by email that they "cannot agree to stipulate that clarification of the class certification order is necessary."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November 2024 in Oakland, California.

By: /s/ Sunita Bali
    Sunita Bali