UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>Judge:    Hon. Beth Labson Freeman |

1

**[PROPOSED] ORDER**

The Court, having considered defendants Alphabet Inc. and Google LLC's Administrative Motion for Clarification of Class Definition, hereby **GRANTS** the Motion and **CLARIFIES** the definition of the Purchaser Class certified by this Court (*see* Dkt. 360 at 31-32, Dkt. 414 at 31-32) as follows:

Purchaser Class: All Users who purchased a Google-Made Device, where

- "Users" are individuals whose Gmail accounts were associated with at least one Google-Assistant Enabled Device during the class period;
- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed; and
- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google [**directly to consumers, not through any third party] OR [whether directly to consumers or through a third-party retailer]**, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

**IT IS SO ORDERED**.

DATED: _____, 2024      _____

Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

- 1 -