Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**PROPOSED ORDER DENYING ADMINISTRATIVE MOTION FOR CLARIFICATION OF CLASS DEFINITION** |

The Court, having considered Defendant Google's Administrative Motion for Clarification of Class Definition (ECF No. 461); Plaintiffs' Opposition and all other papers submitted in response thereto, DENIES Google's Motion.

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE