# EXHIBIT C

# PERKINSCOIE

505 Howard Street
Suite 1000
San Francisco, CA 94105-3204

● +1.415.344.7000
● +1.415.344.7050
PerkinsCoie.com

August 25, 2023

Sunita Bali
SBali@perkinscoie.com
D. +1.415.344.7065
F. +1.415.344.7265

**VIA EMAIL AND FEDERAL EXPRESS**

Jonathan Gardner
Labaton Sucharow
140 Broadway
New York, NY 10005
jgardner@labaton.com

**Re:** *Notice of Claims of 5,314 Individuals Against Google LLC and Alphabet Inc.*

Dear Mr. Gardner,

We represent Google LLC and Alphabet Inc. ("Google") in connection with the issues raised in your letter of August 10, 2023, which Google received on August 22, 2023. We are in the process of evaluating the claims raised in that letter on behalf of the individuals identified in your Exhibit A.

Although your letter indicates that an excel spreadsheet version of Exhibit A accompanied the letter via secure FTP, your letter does not identify any email address to which such a secure FTP may have been sent, and Google does not appear to have received it. To facilitate our evaluation of the claims raised in your letter, please send an Excel or other digital version of Exhibit A to us at your earliest convenience.

In addition, both the Google Store Sales Terms (Exhibit B) and the Google Arbitration Agreement – Devices, Related Accessories, and Related Subscription Service (Exhibit C) require a written notice of dispute to include, if available: the serial number of the Google Device, the case number(s) assigned by Google to track any previous attempts to resolve the dispute, and the result that is desired (e.g., an amount of money), among other information. The paper copy of Exhibit A attached to your letter does not include serial numbers or Google case number(s) for any of the listed individuals, nor does it identify the result desired (e.g., a specific monetary demand) by each individual. Please confirm you will supplement Exhibit A to include that information as well.

Perkins Coie LLP

Jonathan Gardner
August 25, 2023
Page 2

Finally, although we disagree with the allegations in your letter, we appreciate your interest in discussing resolution of your clients' claims prior to commencing individual arbitration, and are likewise open to such discussions.

Sincerely,

*/s/ Sunita Bali*

Sunita Bali

cc:     Erin K. Earl