# EXHIBIT F


**Jonathan Waisnor**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0623
jwaisnor@labaton.com

August 29, 2024

**VIA EMAIL AND CERTIFIED MAIL**

Google Assistant Privacy Class Action
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217
info@googleassistantprivacylitigation.com

Re: *Requests for Exclusion from In re Google Assistant Privacy Litigation, Case No. 19-cv-04286-BLF*

To Whom it May Concern:

We represent the 69,507 individuals identified on Exhibit A ("Claimants") in privacy claims stemming from the Claimants' use of Google Assistant-enabled devices. We write to submit requests for exclusion on behalf of Claimants from the class action, *In re Google Assistant Privacy Litigation,* Case No. 19-cv-04286-BLF. As required by the class notice, Exhibit A contains Claimants' names and email addresses.[1] Each Claimant has retained Labaton Keller Sucharow LLP to pursue claims relating to their use of Google Assistant-enabled devices in arbitration, including the claims for breach of contract and under California's Unfair Competition Law ("UCL") identified in the class definition. As their attorneys, we are signing and submitting these requests for exclusion on Claimants' behalf, as permitted by the class notice.[2]

Please advise by September 4th whether, to your knowledge, the information provided by Claimants does not match the information of any class member, and we will endeavor to provide supplementary information.

Sincerely,

Jonathan D. Waisnor

Cc:    Erin Green Comite (ecomite@scott-scott.com)

---

[1] https://www.googleassistantprivacylitigation.com/docs/Amended%20Long%20Form%20Notice_V5.pdf
[2] https://www.googleassistantprivacylitigation.com/Online/Create



New York | Delaware | Washington, D.C.



August 29, 2024
Page 2

      Christian Levis (clevis@lowey.com)