# EXHIBIT G

| | |
|---|---|
| **From:** | Heitmann, Brandon |
| **To:** | info@googleassistantprivacylitigation.com |
| **Cc:** | Waisnor, Jonathan; Gardner, Jonathan; Erin Green Comite; Christian Levis |
| **Subject:** | Google Assistant Privacy Class Action Requests for Exclusion |
| **Date:** | Thursday, August 29, 2024 5:19:22 PM |
| **Attachments:** | Ex. A Google Class Exclusion List.xlsx |
| | 8.29.2024 Google Class Exclusion Letter.pdf |

Hello,

Please see the attached correspondence and exhibit.



**Brandon E. Heitmann** | **Associate**

140 Broadway, New York, New York 10005

T: 212.907.0673

BHeitmann@labaton.com | www.labaton.com