UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-CV-04286-BLF-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO ENFORCE ORDER APPROVING CLASS NOTICE PLAN AND TO REJECT MASS EXCLUSION REQUEST** |

**[PROPOSED] ORDER**

The Court, having considered Arbitration Claimants' Opposition to Google's Motion to Enforce Order Approving Class Notice Plan and Reject Mass Exclusion Request, and all other materials presented to the Court, determines that 69,507 opt-out requests submitted on behalf of Arbitration Claimants[1] by their counsel Labaton Keller Sucharow LLP on August 29, 2024 (the "Exclusion Notice") were valid opt-out requests.

The Court therefore rules as follows:

1. Google's Motion to Enforce Order Approving Class Notice Plan and to Reject Mass Exclusion Request is **DENIED.**
2. The 69,507 individuals identified in the Exclusion Notice are excluded from the Purchaser Class.

**IT IS SO ORDERED**

DATED: _____, 2024

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

---

[1] As defined further in the Declaration of Jonathan Waisnor ¶1.