Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Erin Green Comite (pro hac vice)
Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PURCHASER CLASS DEFINITION**<br><br>Judge: Hon. Beth L. Freeman |

**STIPULATION REGARDING PURCHASER CLASS DEFINITION**

WHEREAS, on December 16, 2022, the Court granted in part and denied in part Plaintiffs' Motion for Class Certification (ECF No. 360) ("Class Certification Order"), and certified the "Purchaser Class" defined as "All Users who purchased a Google-Made Device, where . . . 'Google-Made Devices' are Google Assistant Enabled Devices manufactured and sold by Google . . . ." Class Certification Order at 31;

WHEREAS, on November 18, 2024, Defendants Alphabet Inc. and Google LLC (collectively "Google") filed an Administrative Motion for Clarification of Class Definition (ECF No. 461) ("Admin Motion"), seeking "clarity regarding whether . . . the Purchaser Class is limited to those individuals who purchased devices *directly* from Google, or also includes those individuals who purchased devices from third parties." Admin Motion at 1; and

WHEREAS, on December 2, 2024, the Court denied Google's Admin Motion (ECF No. 463) ("Order Re Admin Motion"), and ordered the Parties to "submit a stipulation updating the Purchaser Class definition to align it with the Parties' conduct and common understanding. . . ." Order Re Admin Motion at 4;

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE,** as required by the Court's Order Re Admin Motion, that the Purchaser Class definition be modified as follows (modifications in bold and italics):

All Users who purchased a Google-Made Device, where

- "Users" are individuals whose Gmail accounts were associated with at least one Google Assistant Enabled Device during the class period;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed; and

- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google ***either directly or through third-party retailers***, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

**IT IS SO STIPULATED.**

Dated: December 6, 2024

| | |
|---|---|
| Respectfully Submitted | |

By: s/ *Andrea Farah*
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Joseph P. Guglielmo (pro hac vice)
Erin Green Comite (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

Hal D. Cunningham (Bar. No. 243048)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
hcunningham@scott-scott.com

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*

By: s/ *Sunita Bali*
Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER    Case No. 19-CV-04286-BLF-SVK

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

*s/ Andrea Farah*
Andrea Farah

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2024, as follows:

The Purchaser Class definition is: All Users who purchased a Google-Made Device, where

- "Users" are individuals whose Gmail accounts were associated with at least one Google Assistant Enabled Device during the class period;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed; and

- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google *either directly or through third-party retailers*, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024         _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE