Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Margaret MacLean (pro hac vice)
Andrea Farah (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Counsel for Plaintiffs*
[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-04286-BLF<br><br>**DECLARATION OF CHRISTIAN LEVIS IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO ENFORCE ORDER APPROVING CLASS NOTICE PLAN AND REJECT MASS EXCLUSION REQUEST**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:   January 23, 2025<br>Time:   9:00 A.M.<br>Dept.:  Courtroom 3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

I, CHRISTIAN LEVIS, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York. I am admitted *pro hac vice* before this Court. I am an attorney at the law firm Lowey Dannenberg, P.C. and counsel of record for Plaintiffs, Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Response to Google's Motion to Enforce Order Approving Class Notice Plan and Reject Mass Exclusion Request filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On August 29, 2024, counsel at Labaton Keller Sucharow LLP ("Labaton") notified the Claims Administrator and Class Counsel that approximately 69,504 individuals were opting out of the Purchaser Class, having "retained Labaton to pursue claims relating to their use of Google Assistant-enabled devices in arbitration, including the claims for breach of contract and under California's Unfair Competition Law" asserted by the Purchaser Class. The 69,504 individuals account for less than 0.1% of the Purchaser Class.

3. Earlier this year, Google and Class Counsel engaged in two mediation sessions in an attempt to resolve this case. Labaton simultaneously participated in both of these mediation sessions on behalf of the Arbitration Opt Outs. Google negotiated separately with Labaton in an effort to reach a global resolution of all claims asserted in this case and in arbitration.

\*\*\*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December, 2024 in White Plains, New York.

*s/ Christian Levis*
Christian Levis