Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Alphabet Inc. and Google LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**SUPPLEMENTAL DECLARATION OF SUNITA BALI IN SUPPORT OF GOOGLE'S MOTION TO ENFORCE CLASS NOTICE PLAN AND REJECT MASS EXCLUSION REQUEST**<br><br>Date: February 13, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Alphabet Inc. and Google LLC (collectively, "Google") in the above-entitled action. I am an attorney duly licensed to practice before all courts of the State of California. Except where so stated, I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the Request for Exclusion form that was provided to me by the Notice Administrator and that the Notice Administrator informed me reflects what was available on www.googleassistantprivacylitigation.com during the notice period. *See* ECF No. 440 (Declaration of Brian Devery of A.B. Data) ¶ 8 ("The Litigation Website [ ] has an online form potential Class Members could use to submit an online request to be excluded from the litigation.").

3. I informed attorneys at Labaton as early as October 23, 2024, that several claimants they purport to represent also appear to be purportedly represented by a different firm with respect to substantially identical claims related to Google Assistant. My colleagues and I have asked on behalf of Google that Labaton consult with the other firm and with its purported clients to resolve the question of representation without further involvement from Google. To date, Labaton has declined to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 9th day of January 2025 in Oakland, California.

By: */s/ Sunita Bali*
    Sunita Bali