# Exhibit 1

# Request for Exclusion

ONLY COMPLETE THIS FORM IF YOU DO NOT WISH TO PARTICIPATE IN THE LAWSUIT. COMPLETING AND SUBMITTING THIS FORM WILL REMOVE YOU AS A CLASS MEMBER AND YOU WILL NOT BE ELIGIBLE TO PARTICIPATE IN ANY RECOVERY SHOULD THERE BE ANY.

I, the below named Class Member, request to be excluded from the lawsuit known as In re Google Assistant Privacy Litigation, Case No. 19-cv-04286-BLF. I understand that should there be any recovery from trial or by settlement, I will not be eligible to participate nor will I be bound by any judgment or settlement relating to the lawsuit as described in the Notice.

Name: *

Address 1: *

Address 2:

City: *

State/Territory: *

Please select a state

Zip: *

Telephone Number: *

Email Address associated with at least one Google Assistant Enabled Device: *

Contact Email Address: *

By signing below, I certify that the information included in this exclusion request submission is accurate and complete to the best of my knowledge, information, and belief. If I am submitting this exclusion request on behalf of a Class Member, I certify that I am authorized to submit this exclusion request on the Class Member's behalf. I am, or the Class Member on whose behalf I am submitting this claim submission is, a member of the Class, and not subject to any of the exceptions to being included in the Class. I agree and consent to be communicated with electronically via email and/or mobile phone text (message & data rates may apply).

Signature: (Type your full name) *

[ ] I'm not a robot    reCAPTCHA
                       Privacy - Terms