1  Bobbie J. Wilson (SBN 148317)
   BWilson@perkinscoie.com
2  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile:  415.344.7050

6  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000
   Attorneys for Defendants
10 Alphabet Inc. and Google LLC

11 Attorneys for Defendants
   GOOGLE LLC and ALPHABET INC.
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16
   IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
17 LITIGATION
                                           **STIPULATION AND** **[PROPOSED]**
18                                         **ORDER SETTING BRIEFING**
                                           **SCHEDULE FOR GOOGLE'S MOTION**
19                                         **FOR SUMMARY JUDGMENT**

20                                         Judge:    Hon. Beth Labson Freeman

21

22

23

24

25

26

27

28

Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"), and Defendants Alphabet Inc. and Google LLC ("Google" and together with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1.    The hearing date for Google's dispositive motion is set for May 8, 2025, at 9:00 a.m. *See* Clerk's Notice Resetting Trial Dates dated June 22, 2023; *see also* Dkt. 396 at 12.

2.    Google anticipates filing a motion for summary judgment to be heard on May 8, 2025.

3.    The Parties have conferred regarding an appropriate briefing schedule for Google's motion for summary judgment. To allow the Parties sufficient time to fully brief the issues to be raised in Google's motion for summary judgment, the Parties stipulate to the following briefing schedule, which does not affect any date set by the Court:

| Deadline | Proposed Date |
|---|---|
| Deadline to file Google's motion for summary judgment | February 20, 2025 |
| Deadline to file opposition to Google's motion for summary judgment | March 20, 2025 |
| Deadline to file reply in support of Google's motion for summary judgment | April 17, 2025 |

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that the above

2  schedule should govern the briefing of Google's motion for summary judgment.

3

4    **IT IS SO STIPULATED.**

5  Dated:  February 6, 2025          **PERKINS COIE LLP**

6

7                         By: */s/ Sunita Bali*

8                            Bobbie J. Wilson, Bar No. 148317
                            BWilson@perkinscoie.com
9                            Sunita Bali, Bar No. 274108
                            SBali@perkinscoie.com
10                            Erin K. Earl (pro hac vice)
                            EEarl@perkinscoie.com
11                            PERKINS COIE LLP
                            505 Howard Street, Suite 1000
12                            San Francisco, California 94105
                            Telephone: +1.415.344.7000
13                            Facsimile:  +1.415.344.7050

14                            *Attorneys for Defendants*

15                            ALPHABET INC. and GOOGLE LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  February 6, 2025

2
                                        By: /s/ Erin Green Comite
3                                            Erin Green Comite (pro hac vice)
                                            Joseph P. Guglielmo (pro hac vice)
4                                            SCOTT+SCOTT ATTORNEYS AT LAW
                                            LLP
5                                            The Helmsley Building
                                            230 Park Avenue, 17th Floor
6                                            New York, NY 10169-1820
                                            Telephone: (212) 223-6444
7                                            Facsimile: (212) 223-6334
                                            ecomite@scott-scott.com
8                                            jguglielmo@scott-scott.com

9                                            Vincent Briganti (pro hac vice)
                                            Christian Levis (pro hac vice)
10                                           Margaret MacLean (pro hac vice)
                                            Andrea Farah (pro hac vice)
11                                           LOWEY DANNENBERG, P.C.
                                            44 South Broadway, Suite 1100
12                                           White Plains, NY 10601
                                            Telephone: (914) 997-0500
13                                           Facsimile: (914) 997-0035
                                            vbriganti@lowey.com
14                                           clevis@lowey.com
                                            mmaclean@lowey.com
15                                           afarah@lowey.com

16                                           Mark N. Todzo (Bar No. 168389)
                                            Eric S. Somers (Bar No. 139050)
17                                           LEXINGTON LAW GROUP
                                            503 Divisadero Street
18                                           San Francisco, CA 94117
                                            Telephone: (415) 913-7800
19                                           Facsimile: (415) 759-4112
                                            mtodzo@lexlawgroup.com
20                                           esomers@lexlawgroup.com

21                                           John T. Jasnoch (Bar No. 281605)
                                            SCOTT+SCOTT ATTORNEYS AT LAW
22                                           LLP
                                            600 W. Broadway, Suite 3300
23                                           San Diego, CA 92101
                                            Telephone: (619) 233-4565
24                                           Facsimile: (619) 233-0508
                                            jjasnoch@scott-scott.com
25
26                                           *Attorneys for Plaintiffs*

27

28
                                        -4-

1

**[PROPOSED] ORDER**

2       IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation Setting

3  Briefing Schedule on Google's Motion for Summary Judgment is GRANTED. The following

4  schedule shall govern the briefing of Google's motion for summary judgment:

5

| Deadline | Proposed Date |
|---|---|
| Deadline to file Google's motion for summary judgment | February 20, 2025 |
| Deadline to file opposition to Google's motion for summary judgment | March 20, 2025 |
| Deadline to file reply in support of Google's motion for summary judgment | April 17, 2025 |
| Hearing | May 8, 2025, at 9:00 AM (no change) |

6

7

8

9

10

11

12

13

14

15

16

17       **IT IS SO ORDERED.**

18

19  Dated:  February 6, 2025

20                                                HON. BETH LABSON FREEMAN
                                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER 5:19-CV-04286-BLF