1
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8

In re Google Assistant Privacy Litig.,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 5:19-cv-04286

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9
10
11
12
13
14
15

I, Anja Rusi              , an active member in good standing of the bar of

the State of Connecticut            , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiffs              in the

above-entitled action. My local co-counsel in this case is Mark N. Todzo            , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 168389            .

16
17

Scott+Scott Attorneys at Law LLP
230 Park Ave., 24th Floor
New York, NY  10169
MY ADDRESS OF RECORD

Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18
19

860-537-5537
MY TELEPHONE # OF RECORD

415-913-7800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20

arusi@scott-scott.com
MY EMAIL ADDRESS OF RECORD

mtodzo@lexlawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21
22
23

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 438226        .

24
25

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

26
27

I have been granted pro hac vice admission by the Court 0        times in the 12 months

preceding this application.

28

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 02/13/2025                                        Anja Rusi

5                                                            APPLICANT

6

7

8                        ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of  Anja Rusi              is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17          _____

18          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28