# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify,* that, in the Superior Court at **Bridgeport** on the **16th** day of **November, 2016**

**Anja Rusi**

of

**Berlin, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **January 24, 2025**

*Carl D. Cicchetti*
Chief Clerk