# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASIF KUMANDAN, et al., | Case No. 5:19-cv-04286-BLF |
| Plaintiffs, | |
| v. | **ORDER SETTING REVISED BRIEFING SCHEDULE FOR GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| GOOGLE LLC, et al., | |
| Defendants. | |

Pursuant to the discussion on the record at the hearing on Google's motion to enforce, the Court hereby sets the following revised briefing schedule for Google's forthcoming Motion for Summary Judgment:

| | |
|---|---|
| Deadline to File Motion: | February 28, 2025 |
| Deadline for Plaintiffs' Opposition: | March 28, 2025 |
| Deadline for Google's Reply: | April 18, 2025 |

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge