08:57:40

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION


 4
      IN RE GOOGLE ASSISTANT PRIVACY    )   CV-19-4286-BLF
 5    LITIGATION                        )
                                        )   SAN JOSE, CALIFORNIA
 6                                      )
                                        )   FEBRUARY 13, 2025
 7                                      )
                                        )   PAGES 1-21
 8                                      )
                                        )
 9                                      )
      _____ )
10                      TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE BETH LABSON FREEMAN
                   UNITED STATES DISTRICT JUDGE
12
      A P P E A R A N C E S:
13

14    FOR THE PLAINTIFF:      BY:

15

16

17    FOR THE DEFENDANT:      BY:

18

19

20

21             APPEARANCES CONTINUED ON THE NEXT PAGE

22

23    OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                FEBRUARY 13, 2025 |
| 2 | P R O C E E D I N G S |
| 3 | (COURT CONVENED AT 9:01 A.M.) |
| 09:01:41  4 | THE CLERK:  CALLING CASE 19-4286.  IN RE GOOGLE |
| 09:01:46  5 | ASSISTANT PRIVACY LITIGATION. |
| 09:01:48  6 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 09:01:48  7 | MR. LEVIS:  GOOD MORNING, YOUR HONOR. |
| 09:01:49  8 | CHRISTIAN LEVIS ON BEHALF OF THE PLAINTIFFS AND THE CLASS. |
| 09:01:52  9 | THE COURT:  GOOD MORNING. |
| 09:01:53 10 | MR. WAISNOR:  GOOD MORNING, YOUR HONOR. |
| 09:01:54 11 | JONATHAN WAISNOR ON BEHALF OF THE LABATON ARBITRATION |
| 09:01:57 12 | CLAIMANTS. |
| 09:01:58 13 | THE COURT:  WELCOME. |
| 09:01:59 14 | MS. BALI:  GOOD MORNING, YOUR HONOR. |
| 09:02:01 15 | SUNITA BALI FOR DEFENDANTS GOOGLE AND ALPHABET. |
| 09:02:05 16 | MR. JOH:  GOOD MORNING, YOUR HONOR. |
| 09:02:07 17 | ELLIOTT JOH, ALSO FOR DEFENDANTS. |
| 09:02:09 18 | THE COURT:  OKAY. |
| 09:02:10 19 | WELL, IN A CERTAIN WAY, THIS ISN'T A VERY DIFFICULT |
| 09:02:14 20 | MOTION, BUT I REALLY WANTED TO SEE ALL OF YOU AND TALK MORE |
| 09:02:21 21 | EXTENSIVELY ABOUT THE CASE AS WELL. |
| 09:02:27 22 | SO THIS IS GOOGLE'S MOTION TO ENFORCE THE NOTICE |
| 09:02:30 23 | REQUIREMENTS.  I'M GLAD TO HEAR YOUR ARGUMENT.  I DIDN'T |
| 09:02:33 24 | ACTUALLY FIND THIS VERY DIFFICULT BECAUSE IT SEEMS TO ME THAT |
| 09:02:39 25 | ALL OF THE POINTS THAT YOU RAISE ABOUT THE POTENTIAL CLASS |

| | |
|---|---|
| 09:02:46 | 1 |
| 09:02:50 | 2 |
| 09:02:54 | 3 |
| 09:02:58 | 4 |
| 09:03:03 | 5 |
| 09:03:05 | 6 |
| 09:03:09 | 7 |
| 09:03:12 | 8 |
| 09:03:17 | 9 |
| 09:03:21 | 10 |
| 09:03:25 | 11 |
| 09:03:29 | 12 |
| 09:03:34 | 13 |
| 09:03:38 | 14 |
| 09:03:40 | 15 |
| 09:03:41 | 16 |
| 09:03:50 | 17 |
| 09:03:54 | 18 |
| 09:03:57 | 19 |
| 09:04:00 | 20 |
| 09:04:03 | 21 |
| 09:04:07 | 22 |
| 09:04:10 | 23 |
| 09:04:16 | 24 |
| 09:04:21 | 25 |

MEMBERS WHO ARE CHOOSING TO OPT OUT WILL REALLY, IF ANY OF
THOSE TERRIBLE THINGS HAPPEN, THEN THE LABATON FIRM WILL BE
UPPING ITS MALPRACTICE INSURANCE BECAUSE 70,000 PEOPLE COULD
SUE THEM FOR MALPRACTICE.  AND THAT IS THE WAY OUR COURTS
REMEDY THE KINDS OF PROBLEMS YOU IDENTIFY.

        I HAVE NO REASON TO BELIEVE THERE WILL BE ANY PROBLEM, THE
LABATON FIRM, ALL OF THE ATTORNEYS ARE OFFICERS OF THE COURT,
I'VE GOT A DECLARATION WHERE THEY CONFIRMED TO ME UNDER OATH
THAT EACH OF THE INDIVIDUALS THAT IT REPRESENTS HAS HIRED THEM,
RETAINED THEM TO OPT OUT OF THIS CLASS ACTION.  AND WHETHER
THEY HAVE A VALID ARBITRATION AGREEMENT IS NOT REALLY MY
CONCERN, MY CONCERN IS ONLY THAT THEY ARE OPTING OUT.

        SO THAT'S WHERE I'M SEEING THIS, BUT MS. BALI, LET ME HEAR
OTHER ARGUMENT THAT YOU MIGHT HAVE.

            MS. BALI:  GREAT.  THANK YOU, YOUR HONOR.

        THAT'S HELPFUL TO KNOW.  I WILL JUST SAY WHEN THE COURT
APPROVED THE LONG FORM NOTICE, THE LONG FORM NOTICE REQUIRES
SOME SPECIFIC REQUIREMENTS ABOUT THE INFORMATION THAT MUST BE
PROVIDED, THE MOST IMPORTANT OF WHICH IS A SIGNATURE.

        AND YOU KNOW, THE REASON -- I THINK THERE IS CASE LAW,
INCLUDING THE IN RE CENTURYLINK CASE THAT DESCRIBES THE
SIGNATURE REQUIREMENT AS A COMMON AND PRACTICAL REQUIREMENT AND
IT'S THE METHOD BY WHICH COURTS AND COUNSEL CAN CONFIRM THAT A
PERSON WHO OPTS OUT OF A CLASS ACTUALLY INTENDS TO OPT OUT,
RIGHT.  ALL YOU HAVE TO DO IS SUBMIT A REQUEST THAT'S SIGNED,

| | | |
|---|---|---|
| 09:04:25 | 1 | OR SUBMIT A REQUEST THROUGH THE ONLINE PORTAL IN THIS CASE. |
| 09:04:30 | 2 | YOU KNOW, NOTICE WAS SENT TO A VERY LARGE GROUP HERE, IT |
| 09:04:37 | 3 | WAS SENT TO 30 MILLION PEOPLE, ROUGHLY, THOSE ARE ASSISTANT |
| 09:04:41 | 4 | USERS, NOT ALL PURCHASERS, BUT THAT WAS THE BEST METHOD WE HAD |
| 09:04:45 | 5 | FOR NOTICING -- PROVIDING NOTICE OF THE CLASS.  AND THERE WERE |
| 09:04:50 | 6 | 142 EXCLUSION REQUESTS SUBMITTED VIA THE ONLINE PORTAL, AND |
| 09:04:54 | 7 | THEN 70,000 REQUESTS SUBMITTED THROUGH THIS UNSIGNED LETTER |
| 09:05:01 | 8 | FROM LABATON. |
| 09:05:02 | 9 | SO IT WAS ENOUGH TO RAISE CONCERNS BECAUSE IT DOESN'T |
| 09:05:06 | 10 | COMPLY WITH THE LONG FORM NOTICE, IT'S NOT SIGNED BY THESE |
| 09:05:09 | 11 | INDIVIDUALS, AND SOME OF THESE FOLKS HAVE INITIATED |
| 09:05:14 | 12 | ARBITRATION, AND SOME OF THEM HAVE ONLY NOTICED ARBITRATION, |
| 09:05:17 | 13 | BUT THE QUESTION OF WHETHER THESE FOLKS HAVE ARBITRATION |
| 09:05:20 | 14 | AGREEMENTS WITH GOOGLE AT ALL IS STILL VERY MUCH IN DISPUTE, |
| 09:05:23 | 15 | RIGHT. |
| 09:05:23 | 16 | THE COURT:  SURE.  WELL THEY MIGHT JUST MEET YOU IN |
| 09:05:26 | 17 | SMALL CLAIMS COURT, RIGHT? |
| 09:05:28 | 18 | MS. BALI:  YEAH. |
| 09:05:29 | 19 | THE COURT:  I MEAN, ALL THEY ARE DOING NOW IS OPTING |
| 09:05:31 | 20 | OUT.  AND THERE MAY BE TALK ABOUT THEM BEING A GROUP OF PEOPLE |
| 09:05:38 | 21 | WHO WANT TO PURSUE A MASS ARBITRATION, BUT FRANKLY IF I HAD |
| 09:05:44 | 22 | GRANTED YOUR MOTION TO COMPEL ARBITRATION, THEY WOULD HAVE BEEN |
| 09:05:48 | 23 | IN A SIMILAR SITUATION. |
| 09:05:51 | 24 | MS. BALI:  WELL, THEY WOULD HAVE BEEN EXCLUDED FROM |
| 09:05:53 | 25 | THE CLASS AS A MATTER OF LAW, RIGHT.  OUR MOTION ASKS THAT THE |

5

09:05:56   1        CLASS DEFINITION BE AMENDED TO EXCLUDE FOLKS WHO AGREE TO

09:06:00   2        ARBITRATION, BUT WE DIDN'T GRANT THAT RELIEF, SO NOW WE HAVE A

09:06:03   3        CLASS THAT SUBSUMES THOSE PEOPLE.

09:06:05   4            SO YOU KNOW, I THINK THE BOTTOM LINE IS THAT GOOGLE HAS AN

09:06:09   5        INTEREST IN AVOIDING A SCENARIO WHERE THE DEFICIENT OPT-OUTS

09:06:13   6        ARE ASSUMED TO BE VALID AND THEN IT'S LATER DETERMINED THAT

09:06:16   7        THESE FOLKS DON'T HAVE AN ARBITRATION AGREEMENT, OR FRANKLY

09:06:20   8        NEVER EVEN USED THE TECHNOLOGY AT ISSUE, AND THEN THEY COME

09:06:23   9        BACK AND CHALLENGE THE VALIDITY OF THE OPT-OUT.  AND IT'S JUST

09:06:27   10       IN EVERYBODY'S INTEREST TO HAVE CLARITY ON WHETHER THESE

09:06:30   11       OPT-OUTS ARE GOING TO STAND AND HOLD.

09:06:34   12            THE COURT:  IT'S SUCH A BIG CLASS THAT I APPRECIATE

09:06:38   13       THAT CLASS COUNSEL DOESN'T NEED TO BE BOTHERED WITH THIS.  IT'S

09:06:46   14       A ROUNDING ERROR, IN TERMS OF THE SIZE OF THE CLASS; HOWEVER,

09:06:50   15       EACH AND EVERY CLASS MEMBER HAS THE RIGHT TO HAVE THEIR CLAIM

09:06:57   16       LITIGATED IN THE WAY THEY CHOOSE.

09:06:59   17            SO WHY WOULDN'T THE STANDARD MALPRACTICE FRAMEWORK APPLY

09:07:02   18       TO ANY INDIVIDUAL TO WHOM A MISTAKEN OPT-OUT WAS SUBMITTED AND

09:07:11   19       NOT TO UPSET THE CLASS RESOLUTION OF THE CASE?

09:07:17   20            MS. BALI:  WELL, NO DISAGREEMENT THAT ANY CLASS

09:07:20   21       MEMBER HAS THE RIGHT TO OPT OUT, BUT I THINK JUST THE VERY

09:07:25   22       SIMPLE REQUIREMENT OF SIGNING AN OPT OUT OR SUBMITTING AN

09:07:31   23       ONLINE FORM, IT TAKES A MATTER OF SECONDS, AND THAT WAY THERE'S

09:07:35   24       JUST NO ISSUE, THERE IS NO DISPUTE ABOUT WHETHER THE INDIVIDUAL

09:07:38   25       CONSENTS.  AND WE CAN BY PASS ANY CONFUSION WITH RESPECT TO

09:07:44    1          THAT.

09:07:44    2               AND IN FACT, GOOGLE AGREED THAT WE CAN EXTEND THE PERIOD,

09:07:49    3     GIVE THESE FOLKS AN OPPORTUNITY TO DO JUST THAT, TO DO JUST

09:07:53    4     WHAT THE NOTICE REQUIRES.

09:07:54    5               I MEAN, YOUR HONOR RAISES A GOOD POINT ABOUT MALPRACTICE,

09:07:58    6     I'M SURE THAT IF COUNSEL IS SORT OF ACTING IN EXCESS OF THE

09:08:04    7     AUTHORITY THAT THEY HAVE FROM THEIR CLIENTS, THEIR CLIENTS MAY

09:08:08    8     PURSUE MALPRACTICE, OR MAYBE THEY DON'T FIND IT WORTH IT, WHO

09:08:12    9     KNOWS, AND INSTEAD THEY SAY -- THEY COME BACK TO GOOGLE AND SAY

09:08:17   10     HEY, THE OPT OUT WASN'T LEGITIMATE AND WE SHOULD BE ENTITLED TO

09:08:20   11     NOW SEPARATELY PURSUE OUR CLAIMS.

09:08:22   12               SO, YOU KNOW, WHATEVER HAPPENS BETWEEN COUNSEL AND THEIR

09:08:24   13     CLIENTS IS BETWEEN THEM, BUT IT'S CERTAINLY IN GOOGLE'S

09:08:27   14     INTEREST TO HAVE CLARITY ON WHETHER THESE FOLKS ARE IN THE

09:08:30   15     CLASS OR NOT.

09:08:31   16               THE COURT:  I DON'T DISAGREE WITH YOU.  IT IS

09:08:33   17     DEFINITELY NOT ONLY IN GOOGLE'S INTEREST BUT IN THE CLASS

09:08:37   18     INTEREST AND THE COURT'S.

09:08:39   19               SO -- BUT, AND SO I'M CERTAINLY MINDFUL OF THAT.

09:08:43   20               MR. WAISNOR, LET ME HEAR FROM YOU.  I IMAGINE YOU HAVE

09:08:47   21     SOME GOOD RESPONSES.

09:08:48   22               MR. WAISNOR:  YEAH.  YOUR HONOR, I WILL BE BRIEF.

09:08:52   23               YOUR OBSERVATION WAS CORRECT, THESE FOLKS HAVE

09:08:55   24     INDIVIDUALLY RETAINED US TO REPRESENT THEM WITH RESPECT TO

09:08:58   25     THESE CLAIMS.

09:08:59 1          WE ARE IN THE PROCESS OF FILING ARBITRATIONS.  THE WAY IT

09:09:02 2     WORKS IN AAA IS THEY ARE USUALLY FILED IN BATCHES.

09:09:05 3          JUST TO UPDATE YOU ON THE STATUS OF THAT, THERE IS A

09:09:08 4     PROCESS ARBITRATOR THAT HAS BEEN APPOINTED.  GOOGLE REQUESTED A

09:09:11 5     PROCESSOR ARBITRATOR, AND ONE OF THE ISSUES THAT IS NOW PENDING

09:09:14 6     FOR DECISION IS GOOGLE'S REQUEST THAT MORE INFORMATION BE

09:09:17 7     PROVIDED TO IDENTIFY ARBITRATION AGREEMENTS.

09:09:20 8          SO THIS ISSUE IS WITHIN THE JURISDICTION OF THE

09:09:22 9     ARBITRATOR, IT WILL BE DETERMINED THERE.

09:09:24 10              THE COURT:  SURE.

09:09:25 11              MR. WAISNOR:  THE ISSUE HERE REALLY IS NOT WHETHER

09:09:28 12    OUR CLIENTS HAVE ARBITRATION AGREEMENTS, IT'S WHETHER THEY HAVE

09:09:31 13    SUBMITTED AN EXCLUSION REQUEST, AND THE COURT SHOULD GIVE THE

09:09:33 14    PARTIES CLARITY ON THAT.

09:09:34 15         AND I THINK WHAT WE DID IN THIS CASE IS SUBMIT AN

09:09:36 16    ATTORNEY-SIGNED EXCLUSION REQUEST, CONTAINED OUR CLIENT'S

09:09:40 17    NAMES, CONTAINED THEIR E-MAIL ADDRESSES, WHICH WE THOUGHT WAS

09:09:43 18    IMPORTANT HERE BECAUSE MY UNDERSTANDING IS THAT'S HOW GOOGLE

09:09:46 19    IDENTIFIED CLASS MEMBERS AND GAVE NOTICE TO THE CLASS.

09:09:49 20         WE DID NOT PROVIDE THE INDIVIDUALIZED SIGNED FORMS BECAUSE

09:09:52 21    FRANKLY IT WOULD HAVE BEEN EXTREMELY INEFFICIENT AND

09:09:55 22    IMPRACTICAL FOR THE SETTLEMENT ADMINISTRATOR AND RAISE A RISK

09:09:58 23    THAT IF WE HAD DELIVERED BANKERS BOXES OF FORMS, SOME OF OUR

09:10:01 24    CLIENT'S OPT-OUTS MAY NOT HAVE GOTTEN PROCESSED.

09:10:04 25         I HAVE NO REASON TO THINK THE SETTLEMENT ADMINISTRATOR IS

09:10:06  1    NOT DOING THEIR JOB, BUT WE FELT IN LIGHT OF THE HISTORY OF

09:10:10  2    THIS CASE WHERE EVERY PARTY IN THIS CASE HAS KNOWN ABOUT OUR

09:10:13  3    CLIENTS NOW, DATING BACK TO AUGUST 2023, MAYBE A LITTLE LATER

09:10:17  4    FOR CLASS COUNSEL, WE DID FEEL LIKE IT WAS APPROPRIATE IN THIS

09:10:20  5    CASE TO SUBMIT AN ATTORNEY OPT-OUT.

09:10:24  6        WE CONSULTED WITH OUR CLIENTS, CERTAIN OF THEM DID NOT OPT

09:10:27  7    OUT OF THE CLASS AND THEY WERE NOT INCLUDED IN THE EXCLUSION

09:10:30  8    REQUEST.

09:10:30  9        SO I THINK THIS IS VERY DIFFERENT THAN THE CENTURYLINK

09:10:33  10   CASE WHICH GOOGLE REFERRED TO ON REPLY.  IN CENTURYLINK THERE

09:10:37  11   WAS EVIDENCE THAT THE LAW FIRM PURSUING ARBITRATION HAD GIVEN

09:10:40  12   THE SAME ADVICE TO ALL OF HIS CLIENTS.  THERE WAS A SETTLEMENT

09:10:43  13   IN THAT CASE, SO THE CLIENTS WERE TURNING DOWN A SETTLEMENT,

09:10:46  14   THEY WEREN'T JUST PURSUING ARBITRATION, AND THE ARBITRATION HAD

09:10:51  15   NOT SIGNIFICANTLY ADVANCED.

09:10:52  16       SO I THINK WE HAVE A VERY DIFFERENT PROCEDURAL POSTURE

09:10:56  17   HERE THAN IN CENTURYLINK AS WELL, AND I DO THINK ALL PARTIES IN

09:11:01  18   THIS LITIGATION REALLY HAVE UNDERSTOOD FOR A WHILE NOW THAT

09:11:04  19   THIS MASS ARBITRATION WAS ONGOING SEPARATELY FROM THE CLASS.

09:11:07  20       I WILL MAKE ONE OTHER POINT WHICH IS THAT IN THE

09:11:09  21   ARBITRATION OUR CLIENTS ARE PURSUING CLAIMS THAT ARE MUCH

09:11:14  22   BROADER THAN ARE IN THE PURCHASER CLASS, WHICH IS THEIR RIGHT.

09:11:16  23   IT WOULD BE THEIR RIGHT IF THEY WERE FOUND NOT TO HAVE AN

09:11:19  24   ARBITRATION AGREEMENT, AND IT WAS OKAY, NOW YOU CAN TAKE YOUR

09:11:21  25   CLAIM TO SMALL CLAIMS COURT, OR COURT LIMITED JURISDICTION,

09:11:25  1  THEY COULD STILL BRING THOSE CLAIMS.

09:11:27  2      SO THIS WAS NOT, I THINK, A SITUATION WHERE A CLIENT WOULD

09:11:30  3  HAVE HAD A DIFFICULT DECISION WHETHER TO OPT OUT OR TO STAY IN

09:11:34  4  THE CLASS, GIVEN THAT THE CLAIMS THEY ARE PURSUING IN

09:11:36  5  ARBITRATION ARE BROADER, THERE ARE STATUTORY DAMAGES, AND YOU

09:11:40  6  KNOW, THEY JUST HAD THE CHOICE TO LITIGATE.  CLIENTS POSSESS

09:11:44  7  THE RIGHT TO ARBITRATE AND OPT OUT OF A CLASS IF THEY WANT, AND

09:11:48  8  MY CLIENTS DID THAT HERE.

09:11:49  9      THE COURT:  ALL RIGHT.

09:11:50  10     SO I THOUGHT YOUR DECLARATION COVERED THE ISSUES THAT WERE

09:11:54  11  OF CONCERN TO ME BUT I JUST WANT TO REITERATE THAT WHILE YOU

09:12:00  12  ARE HERE.  YOU HAVE -- YOUR FIRM HAS INDIVIDUALLY COMMUNICATED

09:12:03  13  IN SOME FORM WITH EACH OF THE IDENTIFIED CLASS MEMBERS WHO IS

09:12:08  14  OPTING OUT.

09:12:10  15     MR. WAISNOR:  YES, YOUR HONOR.

09:12:10  16     THE COURT:  AND EACH OF THOSE INDIVIDUALS HAS

09:12:12  17  RETAINED YOUR FIRM TO REPRESENT THEM IN THIS MATTER.

09:12:15  18     MR. WAISNOR:  YES, YOUR HONOR.

09:12:17  19     THE COURT:  AND AUTHORIZED YOU TO SUBMIT AN OPT-OUT

09:12:20  20  FORM ON THEIR BEHALF.

09:12:21  21     MR. WAISNOR:  YES, YOUR HONOR.

09:12:22  22     THE COURT:  ALL RIGHT.  THANK YOU.

09:12:24  23     AND YOU'VE STATED THAT UNDER OATH, I WAS SATISFIED WITH

09:12:27  24  THAT.

09:12:29  25     IT'S MY VIEW THAT THOSE INDIVIDUALS LISTED IN THE MASS

| | |
|---|---|
| 09:12:33 | 1 |
| 09:12:40 | 2 |
| 09:12:44 | 3 |
| 09:12:48 | 4 |
| 09:12:52 | 5 |
| 09:12:56 | 6 |
| 09:13:00 | 7 |
| 09:13:01 | 8 |
| 09:13:04 | 9 |
| 09:13:08 | 10 |
| 09:13:12 | 11 |
| 09:13:13 | 12 |
| 09:13:17 | 13 |
| 09:13:23 | 14 |
| 09:13:28 | 15 |
| 09:13:31 | 16 |
| 09:13:38 | 17 |
| 09:13:45 | 18 |
| 09:13:49 | 19 |
| 09:13:55 | 20 |
| 09:13:57 | 21 |
| 09:14:00 | 22 |
| 09:14:04 | 23 |
| 09:14:07 | 24 |
| 09:14:11 | 25 |

1  OPT-OUT HAVE, IN FACT, TIMELY AND EFFECTIVELY OPTED OUT OF THIS

2  CLASS ACTION CASE.  IN THE EVENT THAT ANY ONE OF THEM OR

3  HUNDREDS OR THOUSANDS OF THEM RETURN TO THE COURT BECAUSE WHAT

4  CLASS COUNSEL OBTAINS FOR THE CLASS IS SO SUPERIOR TO WHAT THEY

5  COULD GET IN ARBITRATION, EACH OF THEM WILL BE REFERRED TO THE

6  LABATON FIRM AND TO GO TO THEIR STATE COURT TO SUE THEM FOR

7  MALPRACTICE.

8       I DON'T EXPECT THAT WILL HAPPEN IN ANY CASE, BUT THEY

9  WOULD HAVE A REMEDY, IT WOULD NOT BE TO UPSET ANY CLASS

10  RESOLUTION OF THE CASE THOUGH.  SO I AM GOING TO DENY THE

11  MOTION.

12       I THINK THIS WAS A REALLY BENEFICIAL DISCUSSION.  I WILL

13  SAY WHEN YOUR MOTION WAS FILED, I PERSONALLY HAD NEVER SEEN A

14  SIGNIFICANT NUMBER OF OPT-OUTS IN THIS POSTURE.  AGAIN, IN

15  TERMS OF THE NUMBER OF CLASS MEMBERS, IT'S STILL QUITE SMALL,

16  BUT IT OCCURS TO ME YOU ALL LIVE THIS, THIS IS JUST THE WAY IT

17  IS NOW BECAUSE COUNSEL CAN COMMUNICATE SO EASILY ON THE

18  INTERNET, ESPECIALLY A GOOGLE CASE, WITH POTENTIAL CLASS

19  MEMBERS AND GIVE THEM OPTIONS.  AND THAT APPEARS TO BE SOME

20  ITERATION OF WHAT HAPPENED.

21       I AM NOT ASKING FOR ANY ATTORNEY-CLIENT PRIVILEGE

22  INFORMATION, BUT IT SEEMS FAIRLY OBVIOUS THAT THAT'S WHAT

23  HAPPENS, AND THIS IS WHAT WE ARE GOING TO BE DOING.

24       I ACTUALLY THINK THAT THIS ISSUE OF OPT-OUT NEEDS TO BE

25  ADDRESSED IN NOTICE FORMS BECAUSE IT HADN'T OCCURRED TO ME IN

09:14:21  1    THIS ONE, I WAS SURPRISED, AND I HAD TO ASK AROUND OF, IS THERE

09:14:26  2    SOMETHING WRONG HERE?  AND OF THE PEOPLE I RESPECTED THAT I

09:14:29  3    SPOKE TO, NO ONE THOUGHT THERE WAS ANYTHING, ANY RED FLAG,

09:14:33  4    THERE WERE QUESTIONS TO ASK, THEY WERE ANSWERED.  BUT I DO

09:14:37  5    REQUEST CLASS COUNSEL, AND FRANKLY BOTH OF YOU DO CLASS WORK,

09:14:42  6    THIS IS SOMETHING THAT NEEDS TO BE ADDRESSED.  AND IF THERE IS

09:14:48  7    A PARTICULAR FORM THAT COUNSEL NEEDS TO SIGN THAT MAKES MORE

09:14:54  8    SPECIFIC ASSURANCES OR REPRESENTATIONS TO THE COURT AS OFFICERS

09:15:01  9    OF THE COURT THAT WILL ASSIST IN THE SMOOTH RESOLUTION OF THE

09:15:05  10   CASE, I WILL BE LOOKING FOR IT.

09:15:08  11       YOU CAN BE HELPING US IN DEVELOPING THAT, BUT I AM GOING

09:15:13  12   TO DENY THIS.  I'M GOING TO LET ALL OF THOSE PEOPLE WHO ARE NO

09:15:17  13   LONGER PART OF THE CLASS, I DON'T EXPECT TO EVER HEAR FROM THEM

09:15:22  14   AGAIN BECAUSE THERE'S NO CASE.  THEY ARE JUST OPT-OUTS, AND IF

09:15:30  15   69,000 OF THEM DECIDE THAT THEY ARE JUST DONE AND DON'T WANT TO

09:15:33  16   FILE FOR ARBITRATION, THAT'S FINE, THAT'S NOT MY CONCERN, OR IF

09:15:37  17   NONE OF THEM HAS A VALID ARBITRATION AGREEMENT, NONE OF THAT'S

09:15:40  18   OF MY CONCERN.

09:15:42  19       SO THE LABATON FIRM HAS TAKEN ON REPRESENTATION OF THOSE

09:15:46  20   INDIVIDUALS?

09:15:48  21           MR. WAISNOR:  YES, YOUR HONOR, WE HAVE.

09:15:49  22           THE COURT:  ALL RIGHT.

09:15:51  23           MS. BALI:  AND YOUR HONOR, JUST ONE QUICK ISSUE.  WE

09:15:55  24   HAVE AT LEAST -- AND THIS IS EVEN A SMALLER SUBSET -- WE HAVE

09:16:00  25   OVER A HUNDRED OF THEM PURPORTED TO BE REPRESENTED BY ANOTHER

09:16:03  1    FIRM, LEVI, WHO ALSO SENT A SUBMISSION IN CONNECTION WITH THIS

09:16:07  2    MOTION.  I JUST WANT TO CONFIRM THAT EVEN THOUGH THERE'S NOT

09:16:12  3    CLARITY ON WHICH FIRM REPRESENTS THESE FOLKS, WE CAN STILL

09:16:17  4    TREAT THIS OPT-OUT OR TREAT THESE FOLKS AS WITHIN THE SCOPE OF

09:16:20  5    THE OPT-OUT.

09:16:21  6         THE COURT:  SO THAT'S A LITTLE TRICKY, I'VE HAD THE

09:16:25  7    BENEFIT OF MR. WAISNOR'S DECLARATION SO THAT I HAVE CONFIDENCE

09:16:33  8    THAT HE HAS PERFORMED HIS PROFESSIONAL OBLIGATIONS AND THAT I

09:16:36  9    CAN TAKE HIS SIGNED AFFIDAVIT OR NOTICE FORM AS VALID.  I DON'T

09:16:44  10   KNOW ANYTHING ABOUT THE OTHER, I'M NOT ACTUALLY INVITING A

09:16:49  11   FURTHER MOTION, IT'S JUST REALLY CUMBERSOME, BUT IT CERTAINLY

09:16:56  12   MIGHT BE APPROPRIATE TO OBTAIN A DECLARATION, INFORMALLY FROM

09:17:02  13   COUNSEL, LETTING THEM KNOW OF THE MODEL OF THIS MOTION AS A WAY

09:17:09  14   OF AVOIDING HAVING TO COME TO COURT TO ANSWER TO ME IN WHAT I

09:17:15  15   THINK MAYBE WE SEE AS A WAY TO PROCEED.

09:17:18  16        MS. BALI:  OKAY.  THAT'S HELPFUL.

09:17:21  17        MR. WAISNOR:  AND YOUR HONOR, MAY I JUST BRIEFLY

09:17:23  18   RESPOND TO THAT?

09:17:23  19        SO THIS ISSUE, THIS IS THE FIRST TIME I'M HEARING THAT THE

09:17:27  20   NUMBER IS ONE HUNDRED.  I THINK WE HAD SOUGHT IN THE

09:17:29  21   ARBITRATION THAT GOOGLE PROVIDE US AND LEVI WITH A LIST OF

09:17:32  22   THOSE INDIVIDUALS, THAT WE COULD CONFER ON THEM.  AND THAT

09:17:35  23   ISSUE ACTUALLY WAS SUBMITTED FOR THE PROCESS ARBITRATOR'S

09:17:39  24   JURISDICTION.

09:17:39  25        SO I'M HOPEFUL -- MR. REICH FROM LEVI & KORSINSKY AND I

09:17:45    1    CONFERRED LAST WEEK ON THIS ISSUE, WE WILL BE REACHING OUT TO

09:17:48    2    GOOGLE VERY SOON WITH A JOINT REQUEST.  I'M VERY HOPEFUL WE CAN

09:17:52    3    RESOLVE THIS IN A TIMELY MANNER, ESPECIALLY IF IT'S A HUNDRED

09:17:57    4    INDIVIDUALS, BUT THIS IS THE FIRST TIME I HEARD THE ACTUAL

09:18:00    5    NUMBER OF INDIVIDUALS.

09:18:00    6            MS. BALI:  IT'S OVER A HUNDRED.

09:18:02    7            THE COURT:  AND YOU ARE BOTH IN THE SAME ROOM, WHICH

09:18:04    8    DOESN'T HAPPEN VERY OFTEN, SO MAYBE YOU CAN CHAT ABOUT THAT A

09:18:08    9    LITTLE FURTHER WHILE YOU ARE HERE.

09:18:11   10        SO WHAT'S OUR NEXT STEP IN THE CLASS LITIGATION?

09:18:15   11            MR. LEVIS:  I THINK SUMMARY JUDGEMENT IS THE NEXT

09:18:17   12    STEP.

09:18:17   13            THE COURT:  IT WAS FILED ALREADY, WASN'T IT?

09:18:19   14            MS. BALI:  IT WAS NOT, BUT WE FILED A STIPULATION

09:18:20   15    WITH A BRIEFING SCHEDULE AND IT'S DUE NEXT WEEK.

09:18:23   16            THE COURT:  OH, OKAY.  ALL RIGHT.  I KNEW I HAD SEEN

09:18:25   17    SOMETHING, IT WASN'T THE ACTUAL MOTION.

09:18:26   18            MS. BALI:  NOT THE ACTUAL MOTION, DUE NEXT WEEK,

09:18:28   19    HEARING IN MAY, AND WE HAVE A SPACED OUT BRIEFING SCHEDULE.

09:18:31   20            MR. LEVIS:  YES.

09:18:32   21            THE COURT:  SO WHILE I'VE GOT YOU HERE AND INSTEAD OF

09:18:36   22    WAITING UNTIL MAY, I KNOW YOU'VE HAD AT LEAST ONE, IF NOT

09:18:40   23    SEVERAL MEDIATIONS, AS YOU ARE BRIEFING SUMMARY JUDGEMENT WHICH

09:18:46   24    IS A PRETTY ENORMOUS JOB, IS THIS YET ANOTHER OPPORTUNITY TO

09:18:50   25    HAVE MEDIATED SETTLEMENT DISCUSSION?

09:18:53  1          MS. BALI:  WE'VE HAD DISCUSSIONS WITH CLASS COUNSEL,

09:18:56  2    I THINK BOTH PARTIES ARE OPEN TO DISCUSSING RESOLUTION, WE JUST

09:19:01  3    HAVEN'T BEEN ABLE TO GET THERE.  WE HAVE HAD SEVERAL

09:19:05  4    MEDIATIONS, BUT IT'S TOP OF MIND.

09:19:06  5          THE COURT:  HAVE YOU USED A PRIVATE MEDIATOR?

09:19:09  6          MS. BALI:  WE HAVE.

09:19:10  7          THE COURT:  AND SO I'M NOT TRYING TO INTERFERE WITH A

09:19:13  8    GOOD RELATIONSHIP, BUT AT THIS POINT IF YOU THINK THAT

09:19:17  9    SWITCHING TO A MAGISTRATE JUDGE WOULD BE BENEFICIAL, IT'S

09:19:22  10   BETTER FOR ME TO KNOW THAT SOONER.

09:19:24  11       IT'S NOT THAT I'M FORCING THE MEDIATION, BUT THERE ARE

09:19:28  12   SOME REALLY TERRIFIC MEDIATORS THAT YOU WOULDN'T TRADE FOR

09:19:32  13   ANYBODY, BUT SOMETIMES YOU'VE GONE AS FAR AS YOU CAN, EVEN WITH

09:19:37  14   AN EXCELLENT MEDIATOR.

09:19:39  15       SO WOULD YOU LIKE TO SWITCH TO A MAGISTRATE JUDGE?  AND

09:19:43  16   SUBSET, YOU NEED TO TALK TO YOUR CLIENTS FIRST BEFORE YOU TELL

09:19:49  17   ME THAT, WHICH IS PROBABLY THE YES PART, AND IF YOU WISH TO

09:19:53  18   SWITCH TO A MAGISTRATE JUDGE, I ALSO WANT TO GIVE YOU THE FULL

09:19:55  19   OPPORTUNITY TO MAKE A SELECTION UNDER OUR LOCAL RULES.

09:19:59  20       SO IF YOUR CLIENTS AGREE THAT YOU SHOULD SWITCH TO A

09:20:03  21   MAGISTRATE JUDGE, THEN UNDER OUR LOCAL RULES I CAN SEND YOU TO

09:20:12  22   THE MAGISTRATE JUDGE THAT'S BEEN ASSIGNED TO THE CASE ALL

09:20:15  23   ALONG, BUT SOMETIMES DISCOVERY DISPUTES HAVE BEEN A LITTLE BIT

09:20:18  24   ROUGH AND YOU WANT SOMEONE ELSE.

09:20:19  25       SO THAT'S THE FIRST CHOICE, GO BACK TO WHERE WE HAVE BEEN,

09:20:23 1   OR ASK FOR A RANDOM REASSIGNMENT, PROBABLY WOULD BE IN THE

09:20:26 2   SAN JOSE DIVISION, BUT THE THIRD OPTION WHICH IS OFTEN VERY

09:20:30 3   DESIRABLE IS THAT IF THE TWO SIDES CAN AGREE ON A SINGLE

09:20:35 4   MAGISTRATE JUDGE ANYWHERE IN OUR DISTRICT, SO IT CAN BE

09:20:39 5   SAN FRANCISCO, OAKLAND OR SAN JOSE, WE WILL HONOR THAT

09:20:42 6   SELECTION AND I WOULD REFER THE CASE FOR SETTLEMENT CONFERENCE

09:20:46 7   WITH THAT IDENTIFIED MAGISTRATE JUDGE.

09:20:48 8        SO I THINK YOU ARE ALL FAMILIAR WITH THIS.  I WOULD LIKE

09:20:52 9   YOU TO GO THROUGH ALL OF THOSE CHOICES AND SUBMIT TO ME A JOINT

09:20:57 10  STATEMENT AS TO WHAT YOU ARE GOING TO DO.

09:20:59 11       I AM GOING TO NOW -- I WILL DO IT NOW IN ADVANCE OF

09:21:03 12  SUMMARY JUDGEMENT.  I WILL ORDER YOU TO ATTEND A MEDIATION OR

09:21:07 13  SETTLEMENT CONFERENCE IN ADVANCE OF TRIAL.  IF YOU WANT TO GO

09:21:13 14  AHEAD AND BRIEF SUMMARY JUDGEMENT, YOU CAN DO THAT, BUT THESE

09:21:16 15  THINGS DON'T SETTLE IN TWO HOURS, SO IT MAY BE THAT GETTING IN

09:21:19 16  WITH SOMEONE SOONER AND HAVING TIME TO DO MORE IS HELPFUL.

09:21:24 17  YOUR CLIENTS MIGHT WANT TO AVOID THE MASSIVE COST OF SUMMARY

09:21:27 18  JUDGEMENT.

09:21:28 19       SO A LOT OF OPTIONS, I WANT TO PUT THEM ALL ON THE TABLE

09:21:31 20  FOR YOU.  SO CAN YOU GET BACK TO ME IN A WEEK ON THESE

09:21:37 21  SELECTIONS, BY NEXT FRIDAY THE 21ST?

09:21:41 22            MR. LEVIS:  SURE, THAT'S FINE FOR US.

09:21:43 23            MS. BALI:  YES.  I THINK THAT DEADLINE MAKES SENSE.

09:21:46 24       BUT JUST TO CONFIRM, WHEN YOU TALKED ABOUT THE EXPENSE OF

09:21:49 25  SUMMARY JUDGEMENT, WE ARE IN THE PROCESS OF DOING THAT NOW, AND

09:21:51  1     I KNOW WE HAVE A MAY HEARING DATE THAT THE COURT SET A LONG

09:21:55  2     TIME AGO, AND I KNOW YOU LIKE TO KEEP YOUR SCHEDULE, SO I'M

09:22:00  3     ASSUMING THAT THAT DATE IS NOT SUBJECT TO CHANGE?

09:22:02  4              THE COURT:  IT JUST DEPENDS.

09:22:04  5              MS. BALI:  OKAY.

09:22:06  6              THE COURT:  IN A CLASS ACTION LIKE THIS, IF YOU

09:22:09  7     ACTUALLY BELIEVE THE SETTLEMENT DISCUSSIONS ARE FRUITFUL AND

09:22:13  8     BENEFIT FROM POSTPONING SUMMARY JUDGEMENT, I AM GLAD TO TALK TO

09:22:17  9     YOU ABOUT WHAT OUR OPTIONS ARE.

09:22:19  10             MS. BALI:  OKAY.  THAT MAY FACTOR INTO SORT OF WHAT

09:22:23  11    WE INCLUDE IN THAT JOINT STATEMENT.

09:22:26  12             THE COURT:  WHEN IS YOUR MOTION DUE?

09:22:28  13             MS. BALI:  NEXT WEEK, NEXT THURSDAY.

09:22:30  14             THE COURT:  NEXT WEEK.  AND IT'S SET ON MAY --

09:22:34  15             MS. BALI:  5TH.

09:22:36  16             THE COURT:  TIFFANY CAN TELL US.

09:22:38  17             THE CLERK:  MAY 8TH, YOUR HONOR.

09:22:41  18             THE COURT:  MAY 8TH.  SO YOU ARE WELL IN ADVANCE OF

09:22:45  19    MY DEADLINES.

09:22:46  20             MS. BALI:  YES.

09:22:50  21             THE COURT:  WELL DOES IT MAKE SENSE TO POSTPONE YOUR

09:22:54  22    FILING DATE UNTIL FEBRUARY 28TH?

09:23:04  23             MS. BALI:  WE CAN DO THAT.

09:23:05  24             THE COURT:  NOW I STILL NEED -- IF WE KEEP THE

09:23:09  25    MAY 8TH DATE, I NEED THE REPLY BRIEF THREE WEEKS BEFORE THE

09:23:12  1    HEARING.

09:23:12  2                MS. BALI:  RIGHT.

09:23:13  3                THE COURT:  SO I'M TAKING OUT OF YOUR SCHEDULE, BUT I

09:23:17  4    THINK THAT'S -- OH NO, MAYBE THAT'S NOT ENOUGH TIME.

09:23:23  5                MS. BALI:  IT SEEMS LIKE A LONG TIME, BUT WHEN YOU

09:23:25  6    CRUNCH THE NUMBERS --

09:23:26  7                THE COURT:  -- THAT'S REALLY JUST THE 35 DAYS.

09:23:28  8                MS. BALI:  YEAH.  SO I THINK TO REALLY --

09:23:30  9                THE COURT:  NO, NO, I'M SORRY, THAT'S 60 DAYS.  I

09:23:33  10   SKIPPED A MONTH HERE.  FEBRUARY 28TH STILL GIVES SIX WEEKS FOR

09:23:39  11   BRIEFING.

09:23:42  12        SO IF YOU FILE ON THE 28TH AND THEN THE OPPOSITION IS

09:23:48  13   FILED A MONTH LATER ON MARCH 28TH AND THE REPLY IS FILED ON

09:23:56  14   APRIL 11TH, CAN YOU LIVE WITH THAT?

09:24:01  15               MS. BALI:  I THINK TWO WEEKS IS A LITTLE TIGHT FOR

09:24:04  16   THE REPLY, TO BE HONEST.  I THINK WE COULD DO THREE.  I THINK

09:24:13  17   CURRENTLY OUR SCHEDULE GIVES US EACH FOUR.

09:24:21  18               THE COURT:  WELL THAT GIVES ME MY THREE WEEKS, THAT'S

09:24:24  19   ALL I CARE ABOUT.

09:24:25  20               MS. BALI:  OKAY.  SO IF -- APRIL 18TH FOR THE REPLY?

09:24:29  21               THE COURT:  I WILL GO BACK OVER THIS.

09:24:31  22        THE MOTION FOR SUMMARY JUDGEMENT WILL BE DUE ON

09:24:35  23   FEBRUARY 28TH, THE OPPOSITION MARCH 28TH, THE REPLY APRIL 18TH,

09:24:43  24   AND THE HEARING ON MAY 8TH.

09:24:49  25               IS IT GOING TO BE CROSS MOTIONS?  PLAINTIFFS AREN'T FILING

09:24:53  1    SUMMARY JUDGEMENT.

09:24:54  2                MR. LEVIS:  NO.

09:24:55  3                THE COURT:  I CAN'T IMAGINE.  I THINK YOUR HONOR

09:24:57  4    DECIDED ALREADY THAT IT WAS JUST GOOGLE'S MOTION.

09:25:00  5                MR. LEVIS:  I WAS GOING TO SAY WE ADDRESSED THIS

09:25:03  6    PREVIOUSLY THE LAST TIME WHEN GOOGLE FILED BEFORE THE CLASS

09:25:06  7    CERTIFICATION MOTION, YOUR HONOR --

09:25:07  8                THE COURT:  RIGHT.

09:25:08  9                MR. LEVIS:  RIGHT.

09:25:09  10               THE COURT:  OKAY.  SO THAT TAKES THE BURDEN OFF -- I

09:25:12  11   KNOW YOU HAVE PEOPLE WHO HAVE BEEN WORKING ON THIS ALL ALONG,

09:25:16  12   BUT EVERYONE LIKES MORE TIME.

09:25:17  13               MS. BALI:  WE DO, AND WE APPRECIATE IT.

09:25:19  14        I THINK THE SCHEDULE IS HELPFUL AND IT WILL GIVE US A

09:25:21  15   CHANCE TO TALK ABOUT WHETHER TO PROCEED WITH A SETTLEMENT

09:25:24  16   CONFERENCE AND IN FRONT OF WHO.

09:25:31  17               THE COURT:  SO I CAN SEE A SCENARIO WHERE YOU WILL GO

09:25:34  18   AHEAD AND FILE THE OPENING BRIEF AND THEN WE MAY PAUSE BASED ON

09:25:40  19   THAT.  THAT SOMETIMES IS HELPFUL, BUT I WILL LEAVE THAT IN YOUR

09:25:45  20   HANDS.

09:25:47  21        TRIAL IS IN SEPTEMBER?  I DON'T KNOW WHEN YOUR TRIAL IS.

09:25:53  22               MR. LEVIS:  YES, IN SEPTEMBER.

09:25:53  23               THE COURT:  SEPTEMBER.  IF YOU LOSE THE TRIAL DATE,

09:26:00  24   IT'S GOING TO BE VERY DIFFICULT TO RESCHEDULE UNTIL -- WELL

09:26:05  25   RIGHT NOW I HAVE A THREE-MONTH CRIMINAL TRIAL STARTING IN

09:26:09  1    JANUARY OF '26.  FOR MANY REASONS, THAT WAS THE RIGHT RESPONSE.

09:26:18  2    SO THAT WOULD BE VERY DIFFICULT.  BUT OF COURSE I WILL DO

09:26:21  3    EVERYTHING I CAN TO GIVE YOU THE FIRST AVAILABLE TRIAL DATE.

09:26:27  4    BUT I JUST DO WANT YOU TO KNOW THAT THE HEARING DATE FOR

09:26:31  5    SUMMARY JUDGEMENT IS WHAT I CAN'T MOVE.  MAYBE A WEEK, BUT

09:26:34  6    THAT'S REALLY GOT TO STICK BECAUSE IT WILL BE A BIG JOB TO GET

09:26:38  7    THROUGH IT.

09:26:39  8              MS. BALI:  UNDERSTOOD.

09:26:40  9              MR. LEVIS:  OKAY.

09:26:41  10             THE COURT:  ALL RIGHT.  I THINK THIS HAS BEEN VERY

09:26:44  11   PRODUCTIVE THEN.  WE WILL JUST PUT OUT AN ORDER WITH THESE NEW

09:26:48  12   DATES JUST SO THAT IT'S CLEAR ON THE RECORD.

09:26:50  13       YOU WILL LET ME KNOW BY NEXT FRIDAY WHAT YOUR SELECTION

09:26:52  14   IS.  AND IT CAN BE AS SIMPLE AS, WE PREFER TO GO BACK TO OUR

09:26:56  15   MEDIATOR, OR WE WOULD LIKE A MAGISTRATE JUDGE AND WE HAVE

09:27:00  16   CHOSEN THIS OPTION.  THAT'S ALL I NEED.

09:27:04  17       SO IF YOU DON'T REACH AGREEMENT ON ANYTHING THEN YOU ARE

09:27:08  18   GOING BACK TO THE MAGISTRATE JUDGE THAT'S BEEN ASSIGNED TO THE

09:27:10  19   CASE, I WILL ORDER A SETTLEMENT CONFERENCE, JUST SO YOU KNOW

09:27:14  20   FOR YOUR CLIENTS, THERE IS A DEFAULT, OKAY?

09:27:16  21             MS. BALI:  THERE IS A LOT OF STUFF WE DON'T AGREE ON

09:27:18  22   BUT I THINK WE CAN AGREE ON A SETTLEMENT CONFERENCE.

09:27:22  23             THE COURT:  WITH SUCH EXPERIENCED COUNSEL, YOU KNOW

09:27:24  24   WHAT'S EFFECTIVE AND YOU ARE USUALLY IN AGREEMENT ON WHAT'S

09:27:27  25   EFFECTIVE.

09:27:27   1                MR. LEVIS:  SURE.

09:27:28   2                THE COURT:  ALL RIGHT.  I APPRECIATE THAT.

09:27:29   3           AND THAT WILL NOT INCLUDE THE OPTED OUT CLASS MEMBERS, WE

09:27:35   4     WILL SAY GOODBYE TO THEM, I WON'T SEE THEM AGAIN AND I'M HOPING

09:27:39   5     NOT TO SEE THEM AS OBJECTORS, BUT I HAVE CONFIDENCE THAT THIS

09:27:42   6     WILL GO ALONG SMOOTHLY.

09:27:45   7                MR. WAISNOR:  THANK YOU, YOUR HONOR.

09:27:46   8           AND I WOULD SAY I DON'T THINK THIS IS THAT SITUATION.

09:27:49   9      THERE HAVE BEEN OTHER CASES IN THIS DISTRICT WHERE THAT'S

09:27:51   10      HAPPENED, BUT MY HOPE IS THAT THIS IS NOT THAT SITUATION.

09:27:55   11                THE COURT:  WELL I SECOND THAT.

09:27:57   12           ALL RIGHT.  THANK YOU ALL.

09:27:59   13                MS. BALI:  THANK YOU, YOUR HONOR.

09:28:01   14           (THE PROCEEDINGS WERE CONCLUDED AT 9:28 A.M.)

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

1

2

3                        **CERTIFICATE OF REPORTER**

4

5

6

7              I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8       UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9       CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10      HEREBY CERTIFY:

11             THAT THE FOREGOING TRANSCRIPT, CERTIFICATE

12      INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF

13      PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

14

15

16

17

18

19

20

21

22      _____
        SUMMER A. FISHER, CSR, CRR
23      CERTIFICATE NUMBER 13185

24
        DATE:  2/13/25
25