Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorney for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 19-cv-04286-BLF<br><br>**JOINT STATEMENT PURSUANT TO HEARING DATED FEBRUARY 13, 2025**<br><br>Judge: Hon. Beth L. Freeman |

In accordance with this Court's instructions during the February 13, 2025 hearing, Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spurr, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Google" and along with Plaintiffs, "Parties"), have met and conferred and agree to the following:

The Parties have elected to proceed with a settlement conference before a magistrate judge. The Parties accordingly request that this Court refer this matter to Judge Kandis A. Westmore, United States Magistrate Judge, Northern District of California, Oakland Division, for a settlement conference at the Court's earliest convenience.

Dated: February 21, 2025

**Respectfully Submitted**

By: *s/Christian Levis*

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)

By: *s/Sunita Bali*

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*

JOINT STATEMENT PURSUANT TO HEARING DATED FEBRUARY 13, 2025
CASE NO. 19-cv-04286-BLF

2

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

                                                _s/Christian Levis_

                                                Christian Levis