UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Re: Dkt. No. 487 |

Pursuant to Local Rule 72-1 and at the request of the Parties, *see* Dkt. No. 487, this matter is REFERRED to Magistrate Judge Kandis A. Westmore for settlement. The Parties SHALL contact Judge Westmore's chambers for scheduling.

**IT IS SO ORDERED.**

Dated: February 24, 2025

_____
BETH LABSON FREEMAN
United States District Judge