Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No.: 5:19-cv-04286-BLF<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY ALEX M. OUTWATER. |
|---|---|

1    TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2 RECORD:
3    PLEASE TAKE NOTICE THAT Alex M. Outwater is no longer counsel in this matter and
4 is hereby withdrawn as counsel for plaintiffs in the above-captioned action.
5    Scott+Scott Attorneys at Law, LLP, through the undersigned counsel of record, continues to
6 serve as counsel for plaintiffs.

Dated:  February 25, 2025    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Hal D. Cunningham (Bar No. 243048)
John T. Jasnoch (Bar No. 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway
Suite 3300
San Diego, CA  92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508
hcunningham@scott-scott.com
jjasnoch@scott-scott.com

Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com
arusi@scott-scott.com

*Attorneys for Plaintiffs*