| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| | BWilson@perkinscoie.com |
| 2 | Sunita Bali, Bar No. 274108 |
| | SBali@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| 5 | Facsimile: +1.415.344.7050 |
| 6 | Erin K. Earl (*pro hac vice*) |
| | EEarl@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, Washington 98101-3099 |
| | Telephone: 206.359.8000 |
| 9 | Facsimile: 206.359.9000 |
| 10 | Attorneys for Defendants |
| | Alphabet Inc. and Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Google LLC and Alphabet Inc. (collectively "Google") submit this Administrative Motion to File Under Seal certain narrowly tailored redactions to Google's Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support ("Google's Motion"), the declarations of Sunita Bali ("Bali Decl."), Françoise Beaufays ("Beaufays Decl."), Yair Cohen ("Cohen Decl."), James Flynn ("Flynn Decl.") and Terry Tai ("Tai Decl.," and collectively with the Bali, Beaufays, Cohen, and Flynn Declarations, "the Declarations") in support of Google's Motion, and some or all of certain exhibits thereto ("the Exhibits." The redacted or sealed portions of Google's Motion, the Declarations, and the Exhibits are collectively referred to as "the Sealed Materials."

The Sealed Materials contain highly confidential and competitively sensitive information consisting of specific technical information regarding the operation of Google Assistant. This Administrative Motion is supported by the Declaration of Francoise Beaufays ("Beaufays Sealing Decl.") filled concurrently. Public versions of Google's Motion, the Declarations, and Exhibits, with the Sealed Materials redacted and sealed as described below, have been filed.

Specifically, Google requests to seal the following:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit A to this Admin. Motion to File Under Seal | Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-2-

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit B to this Admin. Motion to File Under Seal | Declaration of Françoise Beaufays in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BV). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit C to this Admin. Motion to File Under Seal | Declaration of Yair Cohen in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BX). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit D to this Admin. Motion to File Under Seal | Declaration of John Flynn in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit E to this Admin. Motion to File Under Seal | Declaration of Terry Tai in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Mr. Tai's Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BY). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit F to this Admin. Motion to File Under Seal | Exhibit 2 to Bali Decl. in Support of Motion | Entire exhibit (Summary of Kumandan audio files) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit F in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BD). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit G to this Admin. Motion to File Under Seal | Exhibit 3 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047492) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit H to this Admin. Motion to File Under Seal | Exhibit 4 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047494) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit I to this Admin. Motion to File Under Seal | Exhibit 5 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026660) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit I in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit AD). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit J to this Admin. Motion to File Under Seal | Exhibit 6 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047471) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit J in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit AI). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
| --- | --- | --- | --- |
| Exhibit K to this Admin. Motion to File Under Seal | Exhibit 7 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047340) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit L to this Admin. Motion to File Under Seal | Exhibit 9 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03041951) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit M to this Admin. Motion to File Under Seal | Exhibit 10 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00026645) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit N to this Admin. Motion to File Under Seal | Exhibit 13 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026891) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit O to this Admin. Motion to File Under Seal | Exhibit 14 to Bali Decl. in Support of Motion | Yellow-highlighted portions on pages 99 and later of Beaufays II Tr. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed portions of the material Google seeks to seal in Ms. Beaufays' April 22, 2022, deposition transcript in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BH). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit P to this Admin. Motion to File Under Seal | Exhibit 16 to Bali Decl. in Support of Motion | Entire exhibit (Kenny Tr.) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit Q to this Admin. Motion to File Under Seal | Exhibit 51 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00250310) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit R in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BE). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit R to this Admin. Motion to File Under Seal | Exhibit 52 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00033108) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit S to this Admin. Motion to File Under Seal | Exhibit 53 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00032174) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit T to this Admin. Motion to File Under Seal | Exhibit 54 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00003516) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit U to this Admin. Motion to File Under Seal | Exhibit 55 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-02992224) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit V to this Admin. Motion to File Under Seal | Exhibit 56 to Bali Decl. in Support of Motion | Entire exhibit (Demonstrative regarding data sampling) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

**LEGAL STANDARD**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–79. This stricter "compelling reasons" standard applies to sealing of documents filed with motions for summary judgment. *Laatz v. Zazzle, Inc.*, 2025 WL 405702, at *2 (N.D. Cal. Feb. 5, 2025) (Freeman, J.).

**ARGUMENT**

Compelling reasons exist for sealing the Sealed Materials because information about the operation of Google Assistant is sealable would, if disclosed, be a source of non-public "specific technical details" that competitors might use to harm Google's competitive standing. *See, e.g., Unicorn Energy GmbH v. Tesla Inc.*, 2024 WL 1589477, at *2 (N.D. Cal. Apr. 10, 2024) (Freeman, J.) (sealing competitively sensitive "specific technical details regarding" movant's products filed in connection with motion for summary judgment ; *accord, e.g., Finjan, Inc. v. Proofpoint, Inc.*, 2016 WL 7911651, at *1 (N.D. Cal. Apr. 6, 2016) (finding "technical operation of [defendant's] products" sealable under "compelling reasons" standard).

For the reasons identified above, there are compelling reasons for the Sealed Materials to be sealed. Google respectfully requests that the Court grant this Administrative Motion to File Under Seal.

///

///

-9-

| | | |
|---|---|---|
| Dated: February 28, 2025 | | **PERKINS COIE LLP** |
| | | By:  */s/ Sunita Bali* |
| | | Bobbie J. Wilson, Bar No. 148317 |
| | | Sunita Bali, Bar No. 274108 |
| | | Erin Earl (*pro hac vice*) |
| | | Attorneys for Defendants Alphabet Inc. and Google LLC |

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' ADMIN. MOTION TO SEAL