1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Erin K. Earl (*pro hac vice*)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Defendants
   Alphabet Inc. and Google LLC
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

15 | IN RE GOOGLE ASSISTANT PRIVACY | Case No. 5:19-cv-04286-BLF-SVK
16 | LITIGATION
   |                                  | **[PROPOSED] ORDER REGARDING**
17 |                                  | **DEFENDANTS' ADMINISTRATIVE**
   |                                  | **MOTION TO FILE UNDER SEAL**
18


Defendants Google LLC and Alphabet Inc. ("Google") filed an Administrative Motion to File Under Seal ("Administrative Motion") in connection with their Motion for Summary Judgment filed February 28, 2025 ("Motion").

After considering the papers and all other matters presented to this Court regarding the Administrative Motion, and for compelling reasons appearing, the Court orders that the documents listed below be filed under seal:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit A to this Admin. Motion to File Under Seal | Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit B to this Admin. Motion to File Under Seal | Declaration of Françoise Beaufays in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BV). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |


| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit C to this Admin. Motion to File Under Seal | Declaration of Yair Cohen in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BX). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit D to this Admin. Motion to File Under Seal | Declaration of John Flynn in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit E to this Admin. Motion to File Under Seal | Declaration of Terry Tai in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Mr. Tai's Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BY). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit F to this Admin. Motion to File Under Seal | Exhibit 2 to Bali Decl. in Support of Motion | Entire exhibit (Summary of Kumandan audio files) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit F in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BD). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit G to this Admin. Motion to File Under Seal | Exhibit 3 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047492) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit H to this Admin. Motion to File Under Seal | Exhibit 4 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047494) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit I to this Admin. Motion to File Under Seal | Exhibit 5 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026660) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit I in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit AD). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit J to this Admin. Motion to File Under Seal | Exhibit 6 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047471) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit J in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit AI). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit K to this Admin. Motion to File Under Seal | Exhibit 7 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047340) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit L to this Admin. Motion to File Under Seal | Exhibit 9 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03041951) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit M to this Admin. Motion to File Under Seal | Exhibit 10 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00026645) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit N to this Admin. Motion to File Under Seal | Exhibit 13 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026891) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit O to this Admin. Motion to File Under Seal | Exhibit 14 to Bali Decl. in Support of Motion | Yellow-highlighted portions on pages 99 and later of Beaufays II Tr. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed portions of the material Google seeks to seal in Ms. Beaufays' April 22, 2022, deposition transcript in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BH). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit P to this Admin. Motion to File Under Seal | Exhibit 16 to Bali Decl. in Support of Motion | Entire exhibit (Kenny Tr.) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit Q to this Admin. Motion to File Under Seal | Exhibit 51 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00250310) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit R in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BE). *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit R to this Admin. Motion to File Under Seal | Exhibit 52 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00033108) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit S to this Admin. Motion to File Under Seal | Exhibit 53 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00032174) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit T to this Admin. Motion to File Under Seal | Exhibit 54 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00003516) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit U to this Admin. Motion to File Under Seal | Exhibit 55 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-02992224) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Exhibit V to this Admin. Motion to File Under Seal | Exhibit 56 to Bali Decl. in Support of Motion | Entire exhibit (Demonstrative regarding data sampling) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge