Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain narrowly tailored redactions to Google's Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support ("Google's Motion"), the declarations of Sunita Bali ("Bali Decl."), Françoise Beaufays ("Beaufays Decl."), Yair Cohen ("Cohen Decl."), and Terry Tai ("Tai Decl.," and collectively with the other declarations, "the Declarations") in support of Google's Motion, and some or all of certain exhibits thereto ("the Exhibits," and collectively with the redactions to the Motion and Declarations, "the Sealed Materials"). Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed redactions of the Sealed Materials are narrowly tailored to discrete, sealable portions of the Motion and Declarations and those of the Exhibits that are susceptible to redactions. Google also moves to seal the entirety of the Exhibits that are not susceptible to redaction because they consist exclusively of highly sensitive proprietary and commercial information, public disclosure of which would cause competitive harm to Google.

3. Specifically, Google requests to seal the following:

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit A to this Admin. Motion to File Under Seal | Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit B to this Admin. Motion to File Under Seal | Declaration of Françoise Beaufays in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BV). |
| Exhibit C to this Admin. Motion to File Under Seal | Declaration of Yair Cohen in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Ms. Beaufays' Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BX). |
| Exhibit D to this Admin. Motion to File Under Seal | Declaration of John Flynn in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit E to this Admin. Motion to File Under Seal | Declaration of Terry Tai in Support of Google's Motion | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed substantial portions of the material Google seeks to seal in Mr. Tai's Declaration in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BY). |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit F to this Admin. Motion to File Under Seal | Exhibit 2 to Bali Decl. in Support of Motion | Entire exhibit (Summary of Kumandan audio files) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit F in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BD). |
| Exhibit G to this Admin. Motion to File Under Seal | Exhibit 3 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047492) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit H to this Admin. Motion to File Under Seal | Exhibit 4 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047494) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit I to this Admin. Motion to File Under Seal | Exhibit 5 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026660) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit I in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit AD). |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit J to this Admin. Motion to File Under Seal | Exhibit 6 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047471) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit J in its Order at ECF 318 (entered Oct. 17, 2022) (*see id*., table entry regarding Exhibit AI). |
| Exhibit K to this Admin. Motion to File Under Seal | Exhibit 7 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03047340) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit L to this Admin. Motion to File Under Seal | Exhibit 9 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03041951) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit M to this Admin. Motion to File Under Seal | Exhibit 10 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00026645) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit N to this Admin. Motion to File Under Seal | Exhibit 13 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-03026891) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit O to this Admin. Motion to File Under Seal | Exhibit 14 to Bali Decl. in Support of Motion | Yellow-highlighted portions on pages 99 and later of Beaufays II Tr. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed portions of the material Google seeks to seal in Ms. Beaufays' April 22, 2022, deposition transcript in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BH). |
| Exhibit P to this Admin. Motion to File Under Seal | Exhibit 16 to Bali Decl. in Support of Motion | Entire exhibit (Kenny Tr.) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit Q to this Admin. Motion to File Under Seal | Exhibit 51 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00250310) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This Court has already sealed the material Google seeks to seal in Exhibit R in its Order at ECF 318 (entered Oct. 17, 2022) (*see id.*, table entry regarding Exhibit BE). |
| Exhibit R to this Admin. Motion to File Under Seal | Exhibit 52 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00033108) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit S to this Admin. Motion to File Under Seal | Exhibit 53 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00032174) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |

| Exh. No. | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| Exhibit T to this Admin. Motion to File Under Seal | Exhibit 54 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-00003516) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit U to this Admin. Motion to File Under Seal | Exhibit 55 to Bali Decl. in Support of Motion | Entire exhibit (GOOG-ASST-02992224) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |
| Exhibit V to this Admin. Motion to File Under Seal | Exhibit 56 to Bali Decl. in Support of Motion | Entire exhibit (Demonstrative regarding data sampling) | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. |

4.  True and correct copies of the Sealed Materials, with Google's proposed redactions highlighted in yellow in compliance with Section V of this Court's Standing Order re: Civil Cases, are concurrently filed provisionally under seal as Exhibits A-V to this Motion to Seal.

5.  The Sealed Materials contain highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Google derives substantial competitive benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants and other artificial intelligence applications, including generative artificial intelligence applications, direct insight into sensitive, confidential aspects of Google's development of the Google Assistant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2025, in Mountain View, CA.

DocuSigned by:

*Françoise Beaufays*

2E456B12FC7740D...   Françoise Beaufays