1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Erin K. Earl (*pro hac vice*)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Defendants
   Alphabet Inc. and Google LLC

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 | IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK

17 | | **[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED**

1  Defendants Google LLC and Alphabet Inc. ("Google") filed an Administrative Motion to
2  Consider Whether Plaintiffs' Materials Should Be Sealed ("Administrative Motion") in
3  connection with their Motion for Summary Judgment filed February 28, 2025.
4  After considering the papers and all other matters presented to this Court regarding the
5  Administrative Motion, and for compelling reasons appearing, the Court orders that the
6  documents listed below be filed under seal:

| Exhibit or ECF No. | Document | Portions to Seal | Reasons for Sealing |
|---|---|---|---|
| Exhibit A to this Motion. | Exhibit 15 to Bali Decl. in Support of Defendants' Motion for Summary Judgment. | [As established by Plaintiffs] | |
| Defendants' Motion for Summary Judgment | Exhibit A to Defendants' Administrative Motion to Seal | [As established by Plaintiffs] | |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge