1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Erin K. Earl (*pro hac vice*)
   EEarl@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
9  Facsimile: +1.206.359.9000

10 Attorneys for Defendants
   Alphabet Inc. and Google LLC

11

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

**[PROPOSED] ORDER**

Defendants Google LLC and Alphabet Inc. (collectively, "Defendants") filed a Motion for Summary Judgment on February 28, 2025 ("Motion").

After considering the papers, the evidence, argument of counsel, and all other matters presented to this Court regarding the Motion, the Court grants the Motion in its entirety and, dismisses with prejudice all certified Purchaser Class claims against Defendants, including Plaintiff Asif Kumandan's breach of contract and California Unfair Competition Law claims, and enters judgment in favor of Defendants.

**IT IS SO ORDERED.**

DATED: _____, 2025          _____
                                                                    Hon. Beth Labson Freeman
                                                                    United States District Judge