Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Google DeepMind, and before October 2024, at Defendant Google LLC ("Google"). My job responsibilities include leading a team working on Speech Recognition and Audio technologies used in Google products. My areas of scientific expertise cover deep learning, sequence-to-sequence modeling, language modeling and other technologies related to natural language processing, as well as privacy-preserving modeling techniques. I am familiar with the operation and development of Google's on-device machine learning systems used for Google Assistant, and with the operation of Google Assistant.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

3. Google Assistant ("Assistant"), which launched in May 2016, is a virtual personal assistant that can help users with a variety of tasks, including setting reminders, making telephone calls, answering questions, looking up the weather, playing music, and getting driving directions.

4. Assistant is available on a wide range of Google and third-party devices, including smart speakers and displays, smartphones, laptops, tablets, cars, televisions, and more.

5. Users can generally activate Assistant by saying a hotword ("OK Google" or "Hey Google") or manually activating Assistant on their device (e.g., by pressing a button).

6. If a user does not want the ability to access Assistant by voice, users can mute the microphone on their smart speaker or smart display, or turn off hotword functionality on their Android smartphone or tablet in settings.

7. Assistant is designed to wait in standby mode until it detects an activation, such as a hotword. When in standby mode, Assistant does not send any audio data to Google's servers. In standby mode, sounds are processed only on the user's device and automatically overwritten in the device's memory after a few seconds unless a hotword is detected. This means that nearly all audio passing through the device's microphone is discarded.

8. [REDACTED]



13. At the conclusion of a user's Assistant interaction, the audio data for that interaction is discarded unless the user has enabled the VAA setting. If the user has enabled the VAA setting, the audio data may be collected by Google and saved to the user's account.

14. Google is constantly working to improve the accuracy of its speech recognition technology, including its hotword model and its ASR system.

17. For this reason, and because measuring user intent to activate Assistant is inherently difficult, identifying and quantifying misactivations is extremely difficult.

[REDACTED]

23.     In addition to Google's ongoing work to refine the accuracy of its speech models, as part of its constant efforts to improve the Assistant, Google has focused on reducing the number of times that the Assistant responds to a sound that is not the hotword. Google has several ongoing projects and teams focused on reducing both rejected and non-rejected misactivations, and also ensuring that any audio data resulting from misactivations are promptly identified and deleted from Google's systems.

24.     Google also allows users on mobile devices to control whether their device can be activated by a hotword at all. If the user does not expressly consent to hotword functionality on their mobile device, Assistant will not activate on that device in response to a hotword.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 26.00, 2025 in Mountain View, CA.

Signed by:
*Françoise Beaufays*
—2E456B12FC7740D...
FRANÇOISE BEAUFAYS