Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF JAMES FLYNN IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, James Flynn, declare as follows:

1. I am a Consent and Transparency Product Manager on the Core team at Google LLC ("Google"). Prior to that, I was a Product Manager for Speech where I worked on issues related to Assistant until early 2024. My job responsibilities included guiding and managing engineering and technical resources to deliver improved Google Speech products. I assumed many of the job responsibilities previously performed by Nino Tasca, Director, Product Management for Speech. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

**Google's Terms of Service & Privacy Policy**

2. I am familiar with Google's Terms of Service and Privacy Policy. Google's Terms of Service and Privacy Policy are publicly available online at: https://policies.google.com/?hl=en-US.

3. Archived versions of Google's Terms of Service, including redline comparisons of the various changes to the Terms of Service, are publicly available online at: https://policies.google.com/terms/archive?hl=en-US.

4. Archived versions of Google's Privacy Policy, including redlined comparisons of the various changes to the Privacy Policy, are publicly available online at: https://policies.google.com/privacy/archive?hl=en-US.

5. Google's Terms of Service and Privacy Policy apply to a broad range of services including apps, sites, platforms, integrated services, and devices offered by Google. They are not specific to the Google Assistant service or any devices, including Google-Made Devices as defined below.

6. Users generally are required to agree to Google's Terms of Service and are provided with Privacy Policy when they first create their Google account and when they use any of the broad range of Google services to which they apply.

**Voice and Audio Activity ("VAA") Settings**

7. Google offers a variety of settings that allow users to control what data Google collects from users' interactions with its services, including Assistant.

8. The Voice and Audio Activity ("VAA") setting allows users to choose whether they want Google to collect and save their audio activity to their Google account when they interact with certain Google services, including Assistant.

9. Although the language of VAA has changed over time, since at least May of 2016 when Assistant launched, users have been informed that by enabling VAA, they are consenting to Google saving and using their audio data to improve Google's speech recognition technologies.

10. VAA has always been "off" by default, meaning no voice and audio data is saved to a user's account unless the user affirmatively turns it on and consents to Google collecting their voice and audio data.

11. In August 2020, Google updated the VAA consent language. In the updated version, which I understand Google produced in discovery at GOOG-ASST-03047340 and which is being attached to the Bali Declaration as Exhibit 7, users first decide whether to click the "start saving audio" button or the "not now" button. Users who select "start saving audio" receive a notice explaining, among other things:

> Google uses your audio to develop and improve its audio recognition technologies and the Google services that use them, like Google Assistant. To do this, a sample of audio is analyzed by trained reviewers, who listen to, transcribe, and annotate it. This process helps services better understand what people say to them. . . .
>
> Sometimes, audio might be saved if your device incorrectly detects an activation. We're constantly working to make our systems better at reducing unintended activations.

12. When this update launched, Google disabled VAA for all users. To re-enable VAA and start saving audio to their account, users must view and consent to the updated language. Alternatively, users could take no action, and VAA would remain off. Google also notified Assistant users by email that VAA would remain off until they reviewed and consented to the updated language and reenabled the setting.

13. Since December 2020, hotword activation on mobile devices running Android 5.0 and up (including, for example, most Pixel phones) is enabled for U.S. users only if a user expressly agrees to allow Assistant to be activated by a hotword on that device. Users can also disable hotword activation on their mobile device after they consent to enabling it.

**Google-Made Devices**

14. I understand that this case involves "Google-Made Devices," which are defined as devices that come with Google Assistant pre-installed and which are manufactured and sold by Google either directly or through third-party retailers. Although Google Assistant is pre-installed on Google-Made Devices and third-party devices, Assistant itself is offered for free and can be installed on a wide range of devices for free.

15. Google-Made Devices are manufactured by Google. These include Pixel phones, Pixel earbuds, Nest Hub, Nest Mini, and Nest Audio, certain Nest cameras, certain Chromebooks, and Chromecast with Google TV. Nest Audio and Nest Mini are smart speakers and are newer versions of the devices that were previously branded as "Google Home" and "Google Mini." Google-Made Devices are subject to the Google Consumer Hardware Limited Warranty, available at https://support.google.com/product-documentation/answer/9322027?hl=en.

16. Google-Made Devices can all be purchased directly from Google via its online Google Store and physical retail stores. Device purchases from the online Google Store are governed by the Google Store Sale Terms, available at https://store.google.com/intl/en_us/about/device-terms/.

17. Google-Made Devices also can be purchased from a wide array of authorized third-party retailers, subject to those retailers' own contractual terms. Examples of authorized third-party retailers include phone service providers such as Verizon, AT&T, and T-Mobile, as well as electronics stores like Best Buy.

18. Users are not required to agree to the Google Terms of Service and Privacy Policy before purchasing a Google-Made Device.

19. Users are required to agree to the Terms of Service and are presented with the Privacy Policy when activating their Google-Made Device after purchasing or otherwise obtaining it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2025 in Cambridge, MA.

Signed by:

JAMES FLYNN