Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**DECLARATION OF TERRY TAI IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Terry Tai, declare as follows:

1. I am a Software Engineer at Google LLC ("Google") and I have worked on infrastructure related to Google Assistant. My job responsibilities have included development and maintenance of data storage and processing infrastructure for Speech products. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

**Google Account and GAIA ID for Plaintiff Kumandan**

2. A Google account is required to activate a Google Assistant enabled device. Each Google account is associated with at least one email address. Each Google account also has a unique numerical identifier referred to as a "GAIA ID," and a unique hexadecimal identifier referred to as a "GAIA ID Hex."

3. The below chart reflects the "GAIA ID Hex" and email address associated with Plaintiff Kumandan's Google account ("Kumandan's Google Account").

| Name | GAIA ID Hex | Email address |
|---|---|---|
| Asif Kumandan | [redacted] | [redacted] |

**Log Files for Plaintiff Kumandan**

4. Google produced Speech logs and related audio data associated with Kumandan's Google Account. The Speech log data does not include a reference to Kumandan's email address, but identifies the account to which it pertains by "GAIA ID" and "GAIA ID Hex." The Speech logs reflect data related to voice interactions with Assistant as well as other Google products and services, and the audio data are audio recordings captured by Google Assistant and associated with Kumandan's Google Account.

5. I understand that a true and correct copy of the Speech logs that Google produced in discovery for Kumandan's Google Account (GOOG-ASST-03026660) is being attached as Exhibit 5 to the Declaration of Sunita Bali in Support of Google's Motion for Summary Judgment ("Bali Declaration").

6. The Speech logs consist of rows and columns. The top row identifies the data reflected in each column. Each subsequent row represents a logged event (i.e., a voice interaction that was captured and logged). Each column contains a particular category of information about the logged event. For example, column B, named "date," contains the date and time of the logged event; column C, named "time_usec," contains the time expressed in microseconds since January 1, 1970 at UTC/Greenwich Mean Time; column D, named "gaia_id_hex," contains the user's GAIA ID Hex, and so on.

7. The columns in the Speech logs that are reflected in the following chart are material to my analysis of the logs:

| Column | Name | Description |
| --- | --- | --- |
| B | date | The date and time of the event |
| D | gaia_id_hex | The user's GAIA ID, expressed in hexadecimal |
| E | | |
| T | | |
| Y | | |

-2-

5:19-CV-04286-BLF
DECLARATION OF TERRY TAI ISO MOT. FOR SUMMARY JUDGMENT

| Z | ████████████████████████████████████ |
|---|---|

8. I have analyzed the values of these columns in the log file being attached to the Bali Declaration as Exhibit 5.

9. ███████████████████████████████████████████████████████████ ███████████████████████████████ therefore conclude that no recording from Kumandan's Google Account was disclosed to a human reviewer.

### Configuration and Consent Records for Plaintiff Kumandan

10. Google produced records reflecting whether certain settings were enabled on the account identified in Paragraph 4 above.

11. These records consist of rows and columns. The top row identifies the data reflected in each column. Each subsequent row represents a settings change. Each column contains a particular category of information about the settings change. For example, column B, named "date," contains the date and time of the settings change; column C, named "time_usec," contains the time expressed in microseconds since January 1, 1970 at UTC/Greenwich Mean Time; column D, named "gaia_id_hex," contains the user's GAIA ID Hex, and so on.

12. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

13. I have analyzed the values of these columns in the records that Google produced in discovery as GOOG-ASST-03047471, which I understand is being attached to the Bali Declaration as Exhibit 6. The changes to the VAA setting reflected in these records for Kumandan's Google Account are shown in the below table:

| Name | GAIA ID Hex | VAA Setting Changes |
|---|---|---|
| Asif Kumandan | ███ | ███ |

**Sampled Log Files**

14.     I understand that Google has produced a redacted and pseudonymized random sample of Speech log data for 250,000 hotword-initiated queries made on Google-Made Devices between May 18, 2016 and December 16, 2022 (the "Produced Sample"). I understand that the Produced Sample was produced as GOOG-ASST-03047491 and that summary metrics about the random sample were produced as GOOG-ASST-03047492. Because queries are only logged in Speech log data if a user has VAA enabled, the queries in the Produced Sample all were made by Assistant users with VAA enabled.

15.     I have reviewed the Produced Sample at GOOG-ASST-03047491, which largely has the same format as the log file being attached as Exhibit 5 to the Bali Declaration.



[REDACTED]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 26, 2025. in New York, NY.

Signed by:

*Terry Tai*
—0E33FDBF6320464...
TERRY TAI