1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  **PERKINS COIE LLP**
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
5  Telephone: +1.415.344.7000
   Facsimile:  +1.415.344.7050
6
7  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
8  **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
9  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
10 Facsimile:  +1.206.359.9000
11
   Attorneys for Defendants
12 ALPHABET INC. and GOOGLE LLC
13
14                 UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
16                          SAN JOSE DIVISION
17
18 | IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
   |---|---|
   | | **DECLARATION OF YAIR COHEN IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Yair Cohen, declare as follows:

1. I am a Senior Product Manager for the YouTube Partner Program at Google LLC ("Google"). I was previously a Product Manager for Privacy and Trust on the Google Assistant team at Google, at which time my job responsibilities included developing and designing product requirements focused on privacy and user trust, including identifying and limiting the rate of Assistant misactivations. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. At Google, we use the term "non-rejected misactivation" ("NRMAs) to refer to instances where the Assistant activates without the user's intent (either because it detected a hotword or a manual activation), and the query is not "rejected" by Google's systems during the processing of the query, but is instead logged to Google's systems and results in a response by Assistant.

[paragraph 3 redacted]

4. A "surface" refers to a category of devices or software interfaces that share certain technical characteristics relevant to Assistant. The specific "surfaces" that the Data Science Team have focused on are reflected in the table below, and collectively account for the vast majority of Assistant user traffic:

| Surface | Surface Definition |
|---------|-------------------|
| [redacted] | [redacted] |

[redacted]

| surface | Hotword Voice NRMA Rates |
|---------|--------------------------|
| [redacted] | [redacted] |



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 26.00, 2025 in New York, New York.

Signed by:
*Yair Cohen*
85D9170C925D435
YAIR COHEN