1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  **PERKINS COIE LLP**
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

6  Erin K. Earl, *pro hac vice*
   EEarl@perkinscoie.com
7  **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
8  Seattle, WA 98101-3099
   Telephone: +1.206.359.8000
9  Facsimile:  +1.206.359.900

10 Attorneys for Defendants
   Alphabet Inc. and Google LLC

11
12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                    SAN JOSE DIVISION
15
16
17 | IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-CV-04286-BLF |
18 |  | **DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Sunita Bali, declare as follows:

1.     I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Google LLC ("Google") and Alphabet Inc. (collectively, "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2.     In support of their Motion for Class Certification, Plaintiffs filed expert reports from Dr. Fernando Torres and Dr. Rebecca Reed-Arthurs. *See* Dkt. 222-2 ¶¶ 57-58. As the Court explained in its Class Certification Order, "Dr. Rebecca Reed-Arthurs proposes a choice-based conjoint survey to analyze how consumer willingness to pay for a given device would change if adequate disclosures were made at the time of purchase." Dkt. 360 at 25. Dr. Torres proposed to "use inputs from Dr. Reed-Arthurs's survey to calculate damages on a classwide basis." *Id.* As of the date of this filing, since the completion of class certification briefing, Plaintiffs and their experts have not produced or disclosed to Defendants any results or other information about the proposed conjoint-based survey or any price premium calculations performed based on such a survey. Nor have Plaintiffs served any merits expert reports or disclosed the identity of any expert witnesses who may testify at trial.

3.     Attached hereto as **Exhibit 1** is a timeline prepared for the Court's convenience reflecting excerpts of and relevant changes to Google's Privacy Policy. Words appearing in blue text in Exhibit 1 represent hyperlinks in the relevant Privacy Policy.

4.     Attached hereto as **Exhibit 2** is a table describing the audio recordings produced in discovery from Plaintiff Asif Kumandan's Google Account that were either identified as potential hotword-initiated misactivations in his written discovery responses, or by members of my office listening to and assessing the audio recordings and related data. Where the table identifies a "speaker," that is not based on Google's records, but rather on Plaintiff Kumandan's deposition testimony. The audio recordings are identified by Bates number in the table and can be submitted to the Court upon request. *See* Fed. R. Evid. 1006.

5.	Attached hereto as **Exhibit 3** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-03047492 that summarizes metrics related to the speech log data sample.

6.	Attached hereto as **Exhibit 4** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-03047494 summarizing metrics for queries where the hotword was not included in the sampled speech logs.[1]

7.	Attached hereto as **Exhibit 5** is a true and correct copy of an Excel spreadsheet containing Speech log entries for Plaintiff Kumandan's Google Account, which Google produced in discovery at GOOG-ASST-03026660.

8.	Attached hereto as **Exhibit 6** is a true and correct copy of an Excel spreadsheet containing records reflecting whether certain settings were enabled on Plaintiff Asif Kumandan's account, which was produced in discovery at GOOG-ASST-03047471.

9.	Attached hereto as **Exhibit 7** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-03047340.

10.	Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff Asif Kumandan's Responses and Objections to Defendants' First Set of Interrogatories dated October 26, 2020.

11.	Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-03041951.

12.	Attached hereto as **Exhibit 10** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00026645.

13.	Attached hereto as **Exhibit 11** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00000035.

14.	Attached hereto as **Exhibit 12** is a true and correct copy of the "Manage audio recordings in your Web & App Activity" webpage from Google's Help Center, captured September 1, 2020, and stored by the Internet Archive WayBack Machine, which I last accessed

---

[1] Paragraph 19 of the Declaration of Terry Tai inadvertently refers to this document as Bates "GOOG-ASST-030474904."

on February 26, 2025, from the publicly available website: https://web.archive.org/web/20200901020634/https://support.google.com/websearch/answer/6030020?co=GENIE.Platform%3DDesktop&hl=en. I have conducted an analysis of Google's records produced in this litigation, which reflect that versions of the "Manage audio recordings in your Web & App Activity" webpage from Google's Help Center that were substantially similar to the version captured by the Internet Archive WayBack Machine on September 1, 2020, and attached as Exhibit 12, were approved for publication.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-03026891. Exhibit 13 was produced in native format. For the Court's convenience, this document has been exported to PDF and reference Bates have been applied to each page.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Françoise Beaufays taken on April 22, 2022.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Asif Kumandan taken on August 4, 2022.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition of Caroline Kenny taken on April 14, 2022.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the April 14, 2014 version of the Google Terms of Service, available at https://policies.google.com/terms/archive/20140414?hl=en-US.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the October 25, 2017 version of the Google Terms of Service, available at https://policies.google.com/terms/archive/20171025?hl=en-US.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the March 31, 2020 version of the Google Terms of Service, available at https://policies.google.com/terms/archive/20200331?hl=en-US.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the January 5, 2022 version of the Google Terms of Service, available at https://policies.google.com/terms/archive/20220105?hl=en-US.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the May 22, 2024 version of the Google Terms of Service, available at https://policies.google.com/terms?hl=en-US.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the March 25, 2016 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20160325?hl=en-US.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the June 28, 2016 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20160628?hl=en-US.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the August 29, 2016 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20160829?hl=en-US.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the March 1, 2017 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20170301?hl=en-US.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the April 17, 2017 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20170417?hl=en-US.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the October 2, 2017 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20171002?hl=en-US.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the December 18, 2017 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20171218?hl=en-US.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the May 25, 2018 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20180525?hl=en-US.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the January 22, 2019 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20190122?hl=en-US.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the October 15, 2019 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20191015?hl=en-US.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the December 19, 2019 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20191219?hl=en-US.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the March 31, 2020 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20200331?hl=en-US.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the July 1, 2020 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20200701?hl=en-US.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the August 28, 2020 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20200828?hl=en-US.

38. Attached hereto as **Exhibit 36** is a true and correct copy of the September 30, 2020 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20200930?hl=en-US.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the February 4, 2021 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20210204?hl=en-US.

1  40. Attached hereto as **Exhibit 38** is a true and correct copy of the July 1, 2021 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20210701?hl=en-US.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the February 10, 2022 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20220210?hl=en-US.

42. Attached hereto as **Exhibit 40** is a true and correct copy of the October 4, 2022 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20221004?hl=en-US.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the December 15, 2022 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20221215?hl=en-US.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the July 1, 2023 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20230701?hl=en-US.

45. Attached hereto as **Exhibit 43** is a true and correct copy of the October 4, 2023 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20231004?hl=en-US.

46. Attached hereto as **Exhibit 44** is a true and correct copy of the November 15, 2023 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20231115?hl=en-US.

47. Attached hereto as **Exhibit 45** is a true and correct copy of the January 15, 2024 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20240115?hl=en-US.

48. Attached hereto as **Exhibit 46** is a true and correct copy of the February 8, 2024 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20240208?hl=en-US.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the March 4, 2024 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20240304?hl=en-US.

50. Attached hereto as **Exhibit 48** is a true and correct copy of the March 28, 2024 version of the Google Privacy Policy, available at https://policies.google.com/privacy/archive/20240328?hl=en-US.

51. Attached hereto as **Exhibit 49** is a true and correct copy of the September 16, 2024 version of the Google Privacy Policy, available at https://policies.google.com/privacy?hl=en-US.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a webpage titled "Google Hardware Limited Warranty USA and CANADA," which is publicly available at https://support.google.com/product-documentation/answer/9322027.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00250310.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00033108.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00032174.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-00003516.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document Google produced in discovery at GOOG-ASST-02992224.

58. Attached hereto as **Exhibit 56** is a demonstrative exhibit illustrating the results of the speech log data sample analysis that is described in the Declaration of Terry Tai.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 28, 2025 in Oakland, CA.

/s/ *Sunita Bali*
Sunita Bali