# Exhibit 1 to Bali Declaration in Support of Motion for Summary Judgment

# SUMMARY OF MATERIAL CHANGES TO KEY PROVISIONS OF GOOGLE'S PRIVACY POLICY

1. **Information We Collect**

| Exhibit No. | Date | Text |
|---|---|---|
| Bali Decl., Ex. 22 | 03/25/16 | **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content.<br><br>. . .<br><br>**"collect information"[1]**<br>This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more. |
| Bali Decl., Ex. 29 | 5/25/18 | **Information we collect as you use our services**<br><br>. . .<br><br>**Your activity**<br><br>We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:<br><br>. . .<br><br>• Voice and audio information when you use audio features<br><br>. . .<br><br>You can visit your Google Account to find and manage activity information that's saved in your account. |

---

[1] Clicking the "collect information" hyperlink directs to this text.

1

| Exhibit No. | Date | Text |
|---|---|---|
| Bali Decl., Ex. 39 | 2/10/22 | **Information we collect as you use our services**<br><br>. . .<br><br>**Your activity**<br><br>We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:<br><br>. . .<br><br>- Voice and audio information<br><br>. . .<br><br>You can visit your Google Account to find and manage activity information that's saved in your account.<br><br>. . .<br><br>**Voice and audio information**[2]<br>For example, you can choose whether you want Google to save an audio recording to your Google Account when you interact with Google Search, Assistant, and Maps. When your device detects an audio activation command, like "Hey Google," Google records your voice and audio plus a few seconds before the activation. Learn more[3] |

---

[2] Clicking the "Voice and audio information" hyperlink directs to this text.
[3] Clicking the "Learn more" hyperlink directs to a Help Center Article titled "Manage audio recordings in your Web & Activity," available at https://support.google.com/websearch/answer/6030020#zippy=%2Chow-audio-recordings-are-saved.

2. Sharing Information

| Exhibit No. | Date | Text |
|---|---|---|
| Bali Decl., Ex. 22 | 03/25/16 | **Information we share**<br>We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:<br><br>● **With your consent**<br>We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.<br><br>. . .<br><br>● **For external processing**<br>We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. |
| Bali Decl., Ex. 29 | 5/25/18 | **When Google shares your information**<br>We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:<br><br>. . .<br><br>**With your consent**<br>We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.<br><br>. . .<br><br>**For external processing**<br>We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support. |

| Exhibit No. | Date | Text |
|---|---|---|
| Bali Decl., Ex. 30 | 1/22/19 | **When Google shares your information**<br>We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:<br><br>. . .<br><br>**With your consent**<br>We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.<br><br>. . .<br><br>**For external processing**<br>We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support. |
| Bali Decl., Ex. 39 | 2/10/22 | **When Google shares your information**<br>We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:<br><br>. . .<br><br>**With your consent**<br>We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.<br><br>. . .<br><br>**For external processing**<br>We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service |

| Exhibit No. | Date | Text |
|---|---|---|
| | | providers to help operate our data centers, deliver our products and services, improve our internal business processes, and offer additional support to customers and users. We also use service providers to help review YouTube video content for public safety and analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies. |
| Bali Decl., Ex. 40 | 10/4/22 | **When Google shares your information**<br>We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:<br><br>. . .<br><br>**With your consent**<br>We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We also provide you with controls to review and manage third party apps and sites you have given access to data in your Google Account. We'll ask for your explicit consent to share any sensitive personal information.<br><br>. . .<br><br>**For external processing**<br>We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help operate our data centers, deliver our products and services, improve our internal business processes, and offer additional support to customers and users. We also use service providers to help review YouTube video content for public safety and analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies. |