Exhibit 3 to Bali Declaration in Support of
Motion for Summary Judgment

Filed Provisionally Under Seal