# Exhibit 6 to Bali Declaration in Support of Motion for Summary Judgment

## Filed Provisionally Under Seal