Exhibit 14 to Bali Declaration in Support of
Motion for Summary Judgment

Redacted Version
Unredacted Version Filed
Provisonally Under Seal

Page 62

1

2

3   IN THE UNITED STATES DISTRICT COURT

    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4   SAN JOSE DIVISION

5   ----------------------------x

6   IN RE GOOGLE ASSISTANT          Master Docket No.

7   PRIVACY LITIGATION              19-cv-04286-BLF

8   ----------------------------x     Volume II

9

10

11

12

13   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14          REMOTE/ORAL/WEB VIDEOCONFERENCE

15       CONTINUED VIDEOTAPED DEPOSITION OF

16              FRANCOISE BEAUFAYS

17            Friday, April 22, 2022

18               12:06 p.m. EDT

19

20

21

22   Reported by:

23   Jennifer Ocampo-Guzman, CRR, CLR

24

25

Page 87

1      Beaufays - Highly Confidential - AEO
2       person knowledgeable to testify on
3       certain topics.  And I would like you to
4       go through the topics, through each of
5       them, and tell me whether you are
6       prepared and knowledgeable to testify on
7       those, and I will tell you which ones
8       you were designated for.
9            So for topic number 3 you were
10      designated for the whole thing, all
11      subparts, A through D.
12           Can you please read through it and
13      tell me if you are knowledgeable to
14      testify on those.
15      A.   Yes.
16      Q.   How about topic number 4?
17      A.   Yes.
18      Q.   Okay, great.
19           How about topic number 5?
20      A.   Yes.
21      Q.   And for topic number 6, you were
22  designated for A through D as well as subpart
23  F as it relates to how audio data is selected
24  through a human review program.  This would
25  be on page 6, on the next page --

1      Beaufays - Highly Confidential - AEO

2      A.    Yes.

3      Q.    Okay.  And then topic 9, subparts D

4  and E?

5      A.    Yes.

6      Q.    Great.  So once we recover the

7  original deposition notice, we will upload

8  that and mark that as well, but I don't plan

9  on asking any questions.  I just wanted it to

10  be there for completeness purposes.

11             MS. BALI:  Can I just for the

12        record clarify that there have been

13        subsequent communications on the topics

14        and that this is not the full extent of

15        the parties' negotiations over the scope

16        of the topics, and that all the

17        designations are subject to the

18        objections set forth in this letter and

19        subsequent correspondence.

20             MS. FARAH:  Okay.

21      Q.    Ms. Beaufays, can you tell me in

22  your own words, what is Google Assistant?

23      A.    Google Assistant is a technology

24  that allows users to formulate questions and

25  requests, mostly by voice, and have Google

```
 1        Beaufays - Highly Confidential - AEO
 2   answer those questions and fulfill those
 3   requests to the extent that they can be
 4   answered or fulfilled.
 5        Q.   And who is Google Assistant
 6   designed to serve?
 7        A.   Users of Google Assistant.
 8        Q.   And who would that entail?
 9             MS. BALI:  Objection, vague.
10        A.   People who purchase a Google
11   Assistant device or who use Google Assistant
12   through their smartphone.
13        Q.   Do you know why Google developed
14   Google Assistant?
15        A.   To serve users.
16        Q.   Any other reasons than to serve
17   users?
18             MS. BALI:  Objection, calls for
19        speculation.
20             You can answer.
21        A.   That was the only explanation I was
22   ever given.
23        Q.   Were you employed at Google at the
24   time Google Assistant was developed?
25        A.   Yes.
```

```
 1        Beaufays - Highly Confidential - AEO
 2        Q.    And did you participate in the
 3   development of the Assistant?
 4        A.    I participated in the development
 5   of the speech recognition models that went
 6   into Assistant, not of the whole of
 7   Assistant.
 8        Q.    Okay.  And for the speech
 9   recognition part, can you tell me what your
10   responsibilities were --
11        A.    Improve --
12        Q.    Yes, go ahead.
13        A.    Improving the state of the
14   technology.
15        Q.    So the technology already existed
16   to an extent?
17        A.    Speech recognition as a technology
18   has existed for about 30 years, I would say.
19        Q.    Okay.  And there was a point in
20   time when speech recognition was going to be
21   used as part of Google Assistant?
22        A.    Yes.
23        Q.    And it was your role to work on
24   that part of speech recognition?
25        A.    I was one of the people working on
```

Page 95

```
 1        Beaufays - Highly Confidential - AEO
 2    separate budget for work that is done or
 3    associated with the Assistant?
 4        A.   I don't know how they do budgeting.
 5        Q.   Do you know if there are separate
 6    sets of legal rules and compliance rules that
 7    pertain exclusively to the Assistant?
 8        A.   Not that I know.  Never heard of
 9    that.
10        Q.   You never heard of policies or
11    legal rules that specifically pertain to the
12    Assistant?
13        A.   I don't know what you mean by legal
14    rules that pertain to the Assistant.
15        Q.   So does Google have its own
16    policies or protocols that are exclusively
17    dealing with the Assistant, to the exclusion
18    of other products?
19             MS. BALI:  Objection, vague.
20        A.   I cannot think of any.
21        Q.   Do you know if Google maintains
22    separate facilities specifically dedicated to
23    work on the Assistant?
24             MS. BALI:  Objection, vague.
25        A.   Not that I know.  It's possible
```

1     Beaufays - Highly Confidential - AEO
2  that there are places where UX is designed,
3  but I have no familiarity with that.
4        Q.   Has the Assistant always been
5  considered to be a distinct product?
6        A.   I think so.
7        Q.   And what type of devices is Google
8  Assistant available on?
9        A.   Many different types.
10       Q.   Do they fall into several
11 categories?
12       A.   To some extent.
13       Q.   Okay.  What are those categories
14 that you can think of?
15       A.   Smartphones, phones that are not
16 smartphones.  So feature phones.
17       Q.   Okay.
18       A.   Smart displays, smart speakers,
19 wearable devices, devices that can -- devices
20 that connect to appliances.  I'm sure I don't
21 know them all.
22       Q.   And has the availability of Google
23 Assistant changed over time?
24       A.   Yes.
25       Q.   Does Google know when the Assistant

Page 97

1        Beaufays - Highly Confidential - AEO

2   became available on each type of device?

3              MS. BALI:  Objection, calls for

4        speculation.

5        A.   I don't know.  I'm not working on

6   devices.

7        Q.   Okay.  Would you expect Google to

8   be able to determine when Google Assistant

9   became available on a certain type of device?

10             MS. BALI:  Objection, calls for

11        speculation.

12        A.   I would imagine.

13        Q.   What are some of the tasks that

14   Google Assistant can perform?

15        A.   It can answer a broad search, such

16   as what is the weather tomorrow in San

17   Francisco.  It can fulfill certain actions,

18   such as set the timer for 12 minutes.  It can

19   do other things such as be connected to

20   appliances and turn on the light, those type

21   of things.

22        Q.   Is the correct term for these type

23   of requests a query?

24        A.   The query would be -- it depends

25   how you define a query.

1      Beaufays - Highly Confidential - AEO

2         Q.   Okay.  What do you understand by

3    that word?

4         A.   To me -- to me a query is a search

5    query, therefore, I would hesitate to call a

6    request for action a query; but I could

7    imagine how you would want to use that term

8    more generically to include those as well.

9         Q.   Okay.  Is there a better term?  I'm

10   trying to, you know, come up with a term so

11   that we speak the same language, so to speak.

12        A.   We can use the word "query," if you

13   want to define it that way.  I cannot think

14   of a broader term.

15        Q.   Okay.  Great.

16             So if you could please turn to

17   page 3 of the same document that you had up.

18        A.   Yes.

19        Q.   And do you see what looks like a

20   schematic consisting of six steps?

21        A.   I do see the schematic.  I cannot

22   read the text of the steps.

23        Q.   Can you try to Zoom in so that you

24   can?

25        A.   Yes, I see the Zoom in button.  Let

Page 99

1    Beaufays - Highly Confidential - AEO

2  me try.

3        Q.    Even if you Zoom in, it's still

4  blurry, because the font is microscopic.

5        A.    It is very blurry, but I think I

6  can decipher it, yes.

7        Q.    Okay.  I would like to -- I would

8  like you to walk me through the schematics,

9  step by step, to make me understand what the

10  document is actually showing.

11        A.    Sure.

12        Q.    ███ ██ █████ ██ ███ █████

███ █████ ████ ██ █ ██████ ██ ████████ █

███ █████████ █ ███████ ██ █ ████████ █

████ ████ ██ █ ███ ████ ███ ██████ █

███████ ████████

          ███ ██ ████

              ██ █ ████

          █ █████

          ███ ██ ███ █████ ██ ███ ████ █

███ ████ █████ ██ ███ ████████ █████ ████

█████ █ ███ █████ ██ █ ████ ██ ████ █

███ █████ ██ █████

          ██ ███ ██ ████ ██ ██ ███ ███ █

          ██ ███ ██ ████ █ ██ ██ █████████

███ ██████ ██ ████ █████ ██ ███ █████ ████



Page 100

1          Beaufays - Highly Confidential - AEO

6               MS. BALI:   Objection, vague.

7          A.

Page 101

1        Beaufays - Highly Confidential - AEO

2    ████████    ████████    █████  ██  ████████  ██

     █   ████████  ██  ██  ████  ██  ████  ████

     █   ████████  ████  ██ ██  █████████  ████

     █   ████  ████  ██  ██  ███  ██

     █      ██  ████  ██ ██  ████  ████████  ████

     █   ████  ████  ████████  ██  ███

8             MS. FARAH:   I'm sorry.

9        Q.   ██  ██  ████████  ████████  ██

     █   ████  ████  ████████  ████  ██  ██  █

     █   ████  ██  ████  ████  ██  ██  ████████

     █   ████

13            MS. BALI:   Objection, vague.

14       A.   ██  ████  ██  ████  ██ ██  ██

     █   ████████  ████  ██████  ██ ██  ████ █

     █   ████  ██  ██  ████████  ██  ████████

     █   ████  ████  ████████  ██  ██ █

     █   ████  ████████  ██  ██  ████████  ████

     █   ████  ██  ████████  ████  █

     █   ████  ████  ██ ██  ██  ██  ████

     █   ██  ██  ████  ████  ████  ██  ████

     █      ██  ████  ████  ██  ██  ██  ████

     █   ██ ██  ████  ████  ████  ████  ██ █

     █   ████  ████  ████  ████  ████  ██

     █   ████  ██ ██  ████  ████

Page 102

1      Beaufays - Highly Confidential - AEO

2          MS. BALI:  Objection, vague.

3      A.  ████ ██████████ ████ ██ ██████████ ████

██ █████████████ ██ █ ██████ █████ ██ ██ ██ ██

██ ██ █ █████████████ ████ ████████ ████ █ █████████ ██

██ ████████ █████ █████ ██ ██████████ ████ █ ███████

██ ██████

██ ██ ██████ █████████ █████ ██████ █████ ██

██ ████████████████████ ██ █████████ █████ ██ █

██ ██████

██ ██ █ ████ █████████ ████ █ █████████ ██

██ ██████ ████████ ████ ██ ██ █

██ █████████████ ██ ███████ ████████ ██████████ ██

14     ████████ ██ ██ ██████

██ ██ ████ █ ██████ █████████ ████ ██

██ ████ █ ██ ██ ██

██ ██████████ █████ ██████ ██████ ████

██ ██████████ ██ ██████████ ████ █████████ ████████ ██

██ ██████████ ████ ██████████ █████████████ ██

██ █ ██ ████████ █████ ██████ █ ██████████ ██

██ █ █ ████████

22         MS. BALI:  Objection.  Objection,

23     vague.

24     A.  ████ ██ ████ ██ ██ ██ ██ ██ ██ █

██ ████████ ██████ █████ ████ █████ ██████ ██████ ██

Page 103



Beaufays - Highly Confidential - AEO

Page 104

1      Beaufays - Highly Confidential - AEO

2      ███████   █ ██████   ███████   ████

3      Q.    Okay.  All right.  When you look at

4      the second step of the schematics on the

5      ███████   ████████████   █

6      A.    Yes.

7      Q.    -- it says, "██████  █ █  ████████

   █  ██████   ████  ███████   ███████   ██████   ███████

   █  ██████████████

10     A.    Yes.

11     Q.    ██████  ██████  █████  ██████  ████████  ███████

Page 105

1    Beaufays - Highly Confidential - AEO

2    ██ ███ ██ ████ █████ █ ███████ ███ ██

     █ █████

4        Q.    And what type of sounds does it

5    process?

6        A.    Any sound that comes to the

7    microphone.

8        Q.    So that includes human speech or

9    nonhuman speech sounds?

10       A.    Yes, yes.

11        ██  ██ ██ ████ ████ ████ ███ █████

██  █████ ████ ██████

13        MS. BALI:    Objection, vague.    Calls

14     for speculation.

15        ██  █ ██ ███ ████ ███ █████ ███ █

██  █████ ████ ██ ████ ███ ████ █████ ██

██  ████ ██ ████

██  ██ ██ ████ ███ ████ ███ ███ █ █ ████

██  ██████ ██ ████

██  ██ ██ ████ █████ ████ ████ ██ █ ███

██  ████ ██ █ █████ ████ ███ ███ ███ █ ██ █

██  ████ ████ ████ ████ ███ █ ███ █ ████

██  ██████ ██ ████ ████

██  ██ ██ ████ ███ ████ ███ ████ ███ ████

1    Beaufays - Highly Confidential - AEO
2    server hotword model, but the server hotword
3    model itself may be incorrect because it's
4    just a model, it's not the truth.
5        Q.    Okay.  So when that happens, the
6    result is --
7        A.    The false accept.
8        Q.    It's a false accept in a sense that
9    an audio is logged and recorded when both the
10   device and the server hotword were incorrect,
11   right?
12             MS. BALI:  Objection, lacks
13        foundation.
14       A.    So it is a false accept only to the
15   extent that this is an audio that doesn't
16   come from a user coin addressing the
17   Assistant.
18       Q.    Right, it's not intended for
19   Google, in other words, right?
20       A.    If it wasn't intended for Google
21   and both levels of hotword detection fail,
22   then that audio is a false accept.
23       Q.    So that audio is logged while it's
24   not intended for Google, right?
25       A.    Correct.

Page 239

1          Beaufays - Highly Confidential - AEO

2          Q.



Page 240

1    Beaufays - Highly Confidential - AEO

2    [REDACTED]

[REDACTED]

20    Q.    Right.

21         MS. FARAH:  Okay.  Let's look at

22    one more Document, 240036.

23    Q.    I'm sorry, Ms. Beaufays.  I have a

24    few other questions regarding the one before,

25    if we could go back to it.

Page 241

1        Beaufays - Highly Confidential - AEO

2              MS. BALI:  Is this 845?

3              MS. FARAH:  Yes.

4              MS. BALI:  Okay.  Thank you.

5        Q.   And do you see it again?

6        A.   Yes.

7        Q.   ████████  ██████  ██████  █████████  ██  █████

Page 245

1        Beaufays - Highly Confidential - AEO

2    ████ ████ ████ ██ ████ ██ ████

     ██      ██   ████

     ██      ██   ████ ████ ████ ████

     ██   ████ ████ ████ ██ ████ ██

     ██   ████ ████ ██ ████ ██ ████ ████

     ██   ████ ████

     ██      ██   ████

     ██      ██   ████ ████ ████ ████ ██

     ██   ████ ████ ████ ████

     ██      ██ ██ ████ ████ ████ ████ ████

     ██      ██   ████ ████ ████ ██

     ██   ████ ████ ████ ████ ████ ████

     ██   ████ ██ ████ ██ ████ ██ ████

15           MS. BALI:   Objection, calls for

16       speculation, mischaracterizes the

17       document.

18      ██   ████ ████ ██ ████ ██ ██ ████

     ██ ████ ████ ████ ████ ████ ██ ████

     ██ ██ ████ ██ ████ ████ ████

     ██ ████ ██ ████ ████ ████ ████ ██ ██

     ██ ████ ████ ████ ████ ██

     ██ ████ ██ ██ ██ ████ ████ ████

     ██      ██   ████ ████ ████ ██ ████

     ██ ████ ██ ████ ██ ████ ██ ████

Page 246

1    Beaufays - Highly Confidential - AEO

2    ███████ ████ ████ ████ ██ █ ██████

█    ███████ █████ ███ █████ █ █ █████

█    ██████

5          MS. BALI:  Objection, vague,

6    mischaracterizes the witness' testimony.

7    A.  ██████ █████ ██ ███ ████

█    ███████ ███ █ ████ ████ ████ ████ ███

█    █████ █████ █ █ █████ █████ ████ █ ██ █

█    ██████ ██ █████ ███ ██ █████ █████

█    █████ █ ████ ███ ████ █ ██ ████ ███

█    ██ ████ ████ █ ████ █████ ███ ██████

█    ████ ██ ███ ████████

14          MS. FARAH:  Can we quickly look at

15    29555.

16          (Beaufays-V2 Exhibit 0019, E-mail

17    dated 9/12/19, Bates No.

18    GOOG-ASST-00029555, marked for

19    identification, this date.)

20          MS. FARAH:  Do you see the

21    document?

22          MS. BALI:  It hasn't loaded for me

23    yet.  One second.

24          Okay, I have it.

25          THE WITNESS:  I have it too.

Page 247

1      Beaufays - Highly Confidential - AEO

2          Q.    Do you see an e-mail on Tuesday,

3      September 10, 2019 at 11:54 from Sven

4      Mueller?

5          A.    Yes.

17              Are you part of "assistant-discuss"

18     group?

19          A.    If this -- if you found this in my

20     files, then that means that I am part of

21     "assistant-discuss."    It is not a group that

22     I look at.

23          Q.    Do you know what's the subject

24     matter that "assistant-discuss" deals with as

25     a group?

1

2                    C E R T I F I C A T E

3          STATE OF NEW JERSEY    )

                                  : ss.

4          COUNTY OF MIDDLESEX    )

5                    I, Jennifer Ocampo-Guzman, a

6          Certified Realtime Shorthand Reporter and

7          Notary Public within and for the State of New

8          Jersey, do hereby certify:

9                    That FRANCOISE BEAUFAYS, the

10         witness whose deposition is hereinbefore set

11         forth, was duly sworn, via remote/oral/web

12         videoconference due to the COVID-19

13         Pandemic, and that such deposition is a true

14         record of the testimony given by the

15         witness.

16                    I further certify that I am not

17         related to any of the parties to this action

18         by blood or marriage, and that I am in no

19         way interested in the outcome of this

20         matter.

21                    IN WITNESS WHEREOF, I have

22         hereunto set my hand this 28th day of April

23         2022.

24         *J. Ocampo-Guzman*

           _____

25                    JENNIFER OCAMPO-GUZMAN, CRR, CLR