# Exhibit 56 to Bali Declaration in Support of Motion for Summary Judgment

Filed Provisionally Under Seal