UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PRE-SETTLEMENT SCHEDULING CONFERENCE MINUTES**

| **Date:** 3/4/2025 | **Time:** 4:00-4:39 = 39 M | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 19-cv-04286-BLF (KAW) | **Case Name:** In re Google Assistant Privacy Litigation | |

**For Plaintiff(s):** Christian Lewis, Erin Green Comite, Andrea Farah, Joseph P. Guglielmo
**For Defendant(s):** Sunita Bali, Bobbie Wilson, Elliott Joh, Justin Potesta

**Deputy Clerk:** Karen Hom                **Court Reporter:** Not Reported

**PROCEEDINGS**

Pre-settlement scheduling conference held via Zoom Meeting.

Settlement conference, in-person, set for 4/14/2025 at 10:00 AM. Courtroom to be determined. Confidential settlement statements due 4/4/2025.

The parties are directed to review and comply with the Court's settlement conference standing order available at: www.cand.uscourts.gov/judges/westmore-kandis-a-kaw