1  Erin Green Comite (*pro hac vice*)
   Anja Rusi (*pro hac vice*)
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   156 South Main Street
3  P.O. Box 192
   Colchester, CT 06415
4  Telephone: (860) 537-5537
   ecomite@scott-scott.com
5  arusi@scott-scott.com

6  *Attorneys for Plaintiffs*

RECEIVED
MAR 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT NO. 15 FILED WITH COMITE DECLARATION ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Beth Labson Freeman |
|---|---|

1  Regarding: Exhibit 15 (Thumb Drive with Audio file) to the Declaration of Erin Green
2  Comite in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's
3  Material Should Be Sealed (Civ. L.R. 79-5(f)) (the "Motion to Seal").

4  This filing is in physical form only and is being maintained in the case file in the Clerk's
5  office. If you are participating in this case, this filing will be served in hand-copy shortly. For
6  information on retrieving this filing directly from the Court, please see the Court's main website
7  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8  This filing was not e-filed for the following reason(s):
9     1. ☐ Unable to Scan Documents
10    2. ☐ Physical Object (please describe)
11    3. ☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
12    4. ☐ Item Under Seal in Criminal Case
13    5. ☐ Conformance with Judicial Conference Privacy Policy (general Order 53)
14    6. ☐ Other (please describe):

15
16                 ***

17 I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct. Executed this 28th day of March, 2025 in Colchester, Connecticut.

19
20                 *s/Erin Green Comite*
                Erin Green Comite

By Fax

1

MANUAL FILING NOTIFICATION FOR EXHIBIT NO. 15 FILED WITH COMITE DECLARATION ISO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT    CASE NO. 19-cv-04286-BLF-SVK