1 | Erin Green Comite (*pro hac vice*)
2 | Anja Rusi (*pro hac vice*)
  | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3 | 156 South Main Street
  | P.O. Box 192
4 | Colchester, CT 06415
  | Telephone: (860) 537-5537
5 | ecomite@scott-scott.com
  | arusi@scott-scott.com
6 | *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Beth Labson Freeman |

1  Pursuant to 28 U.S.C. §1746, I, ERIN GREEN COMITE, declare as follows:

2  1. I am an attorney duly licensed to practice before all the courts of the State of Connecticut. I am admitted *pro hac vice* before this Court in the above-referenced matter. I am a partner at the law firm Scott+Scott Attorneys at Law LLP, and counsel of record for Plaintiffs Asif Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2. I submit this Declaration in support of Plaintiffs' opposition to Defendants Google LLC's and Alphabet Inc.'s ("Google") Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000125.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000168.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a chart showing the modifications in Google's privacy policies for Promise One in the Class Period.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a chart showing the modifications in Google's privacy policies for Promise Two in the Class Period.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00000141.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-02989251.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-00256167.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Google bearing Bates number GOOG-ASST-03044348.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by

DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT          CASE NO. 19-cv-04286-BLF-SVK

1  Google bearing Bates number GOOG-ASST-00217138.

2      12.    Attached hereto as **Exhibit 10** is a true and correct copy of a document produced

3  by Google bearing Bates number GOOG-ASST-00035776.

4      13.    Attached hereto as **Exhibit 11** is a true and correct copy of a document produced

5  by Google bearing Bates number GOOG-ASST-00213485.

6      14.    Attached hereto as **Exhibit 12** is a true and correct copy of a document produced

7  by Google bearing Bates number GOOG-ASST-00240063.

8      15.    Attached hereto as **Exhibit 13** is a true and correct copy of a document produced

9  by Google bearing Bates number GOOG-ASST-03044507.

10     16.    Attached hereto as **Exhibit 14** is a true and correct copy of a document produced

11 by Google bearing Bates number GOOG-ASST-03026522.

12     17.    Attached hereto as **Exhibit 15** is the Manual Filing Notification for an audio file

13 produced by Google bearing Bates number GOOG-ASST-03026523.

14     18.    Attached hereto as **Exhibit 16** is a true and correct copy of a document produced

15 by Google bearing Bates number GOOG-ASST-03045688.

16     19.    Attached hereto as **Exhibit 17** is a true and correct copy of a document produced

17 by Google bearing Bates number GOOG-ASST-00027319.

18     20.    Attached hereto as **Exhibit 18** is a true and correct copy of a document produced

19 by Google bearing Bates number GOOG-ASST-03047418.

20     21.    Attached hereto as **Exhibit 19** is a true and correct copy of a document produced

21 by Google bearing Bates number GOOG-ASST-03044728.

22     22.    Attached hereto as **Exhibit 20** is a true and correct copy of a document produced

23 by Google bearing Bates number GOOG-ASST-00221071.

24     23.    Attached hereto as **Exhibit 21** is a true and correct copy of a document produced

25 by Google bearing Bates number GOOG-ASST-00227579.

26     24.    Attached hereto as **Exhibit 22** is a true and correct copy of a document produced

27

28

1  by Google bearing Bates number GOOG-ASST-03040755.

2      25.    Attached hereto as **Exhibit 23** is a true and correct copy of a document produced

3  by Google bearing Bates number GOOG-ASST-03041788.

4      26.    Attached hereto as **Exhibit 24** is a true and correct copy of a document produced

5  by Google bearing Bates number GOOG-ASST-03045632.

6      27.    Attached hereto as **Exhibit 25** is a true and correct copy of a document produced

7  by Google bearing Bates number GOOG-ASST-00026645.

8      28.    Attached hereto as **Exhibit 26** is a true and correct copy of a document produced

9  by Google bearing Bates number GOOG-ASST-00032089.

10      29.    Attached hereto as **Exhibit 27** is a true and correct copy of a document produced

11  by Google bearing Bates number GOOG-ASST-03045589.

12      30.    Attached hereto as **Exhibit 28** is a true and correct copy of a document produced

13  by Google bearing Bates number GOOG-ASST-03045605.

14      31.    Attached hereto as **Exhibit 29** is a true and correct copy of a document produced

15  by Google bearing Bates number GOOG-ASST-0035810.

16      32.    Attached hereto as **Exhibit 30** is a true and correct copy of a document produced

17  by Google bearing Bates number GOOG-ASST-02986841.

18      33.    Attached hereto as **Exhibit 31** is a true and correct copy of a document produced

19  by Google bearing Bates number GOOG-ASST-00225700.

20      34.    Attached hereto as **Exhibit 32** is a true and correct copy of a document produced

21  by Google bearing Bates number GOOG-ASST-02981845.

22      35.    Attached hereto as **Exhibit 33** is a true and correct copy of a document produced

23  by Google bearing Bates number GOOG-ASST-02997124.

24      36.    Attached hereto as **Exhibit 34** is a true and correct copy of a document produced

25  by Google bearing Bates number GOOG-ASST-02990091.

26      37.    Attached hereto as **Exhibit 35** is a true and correct copy of a document produced

27

28

DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT     CASE NO. 19-cv-04286-BLF-SVK

1 by Google bearing Bates number GOOG-ASST-00231856.

2     38.    Attached hereto as **Exhibit 36** is a true and correct copy of a document produced
3 by Google bearing Bates number GOOG-ASST-00004768.

4     39.    Attached hereto as **Exhibit 37** is a true and correct copy of a document produced
5 by Google bearing Bates number GOOG-ASST-00004907.

6     40.    Attached hereto as **Exhibit 38** is a true and correct copy of a document produced
7 by Google bearing Bates number GOOG-ASST-03040456.

8     41.    Attached hereto as **Exhibit 39** is a true and correct copy of a document produced
9 by Google bearing Bates number GOOG-ASST-03042934.

10     42.    Attached hereto as **Exhibit 40** is a true and correct copy of a document produced
11 by Google bearing Bates number GOOG-ASST-00001883.

12     43.    Attached hereto as **Exhibit 41** is a true and correct copy of a document produced
13 by Google bearing Bates number GOOG-ASST-00040926.

14     44.    Attached hereto as **Exhibit 42** is a true and correct copy of a document produced
15 by Google bearing Bates number GOOG-ASST-00227879.

16     45.    Attached hereto as **Exhibit 43** is a true and correct copy of Volume II excerpts of
17 the deposition transcript of Francoise Beaufays, dated April 22, 2022.

18     46.    Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of the
19 deposition transcript of Bryan Horling, dated June 13, 2022.

20     47.    Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of the
21 deposition transcript of Caroline Kenny, dated April 14, 2022.

22     48.    Attached hereto as **Exhibit 46** is a true and correct copy of excerpts of the
23 deposition transcript of Nino Tasca, dated May 3, 2022.

24     49.    Attached hereto as **Exhibit 47** is a true and correct copy of excerpts of the
25 deposition transcript of Asif Kumandan, dated August 4, 2022.

26     50.    Attached hereto as **Exhibit 48** is a true and correct copy of Volume I excerpts of
27
28

DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT    CASE NO. 19-cv-04286-BLF-SVK

1  the deposition transcript of Hailey Crowel, dated July 21, 2022.

2  51.  Attached hereto as **Exhibit 49** is a true and correct copy of Volume II excerpts of
3  the deposition transcript of Hailey Crowel, dated August 10, 2022.

4  52.  Attached hereto as **Exhibit 50** is a true and correct copy of a document produced
5  by Google bearing Bates number GOOG-ASST-00027643.

6  53.  Attached hereto as **Exhibit 51** is a true and correct copy of a document produced
7  by Google bearing Bates number GOOG-ASST-00010672.

8  54.  Attached hereto as **Exhibit 52** is a true and correct copy of a document produced
9  by Google bearing Bates number GOOG-ASST-00010035.

10 55.  Plaintiffs disclosed their experts as per the Federal Rules of Civil Procedure and in
11 conformance with the Court's scheduling order.

\*\*\*

13 I declare under penalty of perjury under the laws of the United States of America that the
14 foregoing is true and correct. Executed this 28th day of March, 2025 in Colchester, Connecticut.

*s/ Erin Green Comite*
Erin Green Comite