# EXHIBIT 3

Promise One: Google will not collect information if the services are not used- Collection Promise

| Pre-May 25, 2018 [No mention of voice and audio activity] ||
|---|---|
| Privacy Policy | Relevant Language |
| March 25, 2016 | Information we get from your use of our services. ***We collect information about the services <u>that you use</u> and how you use them***, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:<br>    i.    Device information<br>    ii.    Log information<br>    iii.    Location information<br>    iv.    Unique application numbers<br>    v.    Local storage<br>    vi.    Cookies and similar technologies |
| June 28, 2016 | No change in above language |
| August 29, 2016 | No change in above language |
| March 1, 2017 | No change in above language |
| April 17, 2017 | No change in above language |
| October 2, 2017 | No change in above language |
| December 18, 2017 | No change in above language |
| May 25, 2018-July 1, 2021 [added voice and audio activity] ||
| May 25, 2018 | ***We collect information*** about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:<br>…..<br>***Voice and audio information <u>when you use audio features</u>*** |
| January 22, 2019 | No change in above language |
| October 15, 2019 | No change in above language |
| December 19, 2019 | No change in above language |
| March 31, 2020 | No change in above language |
| July 1, 2020 | No change in above language |
| August 28, 2020 | No change in above language |
| September 30, 2020 | No change in above language |
| February 4, 2021 | No change in above language |
| July 1, 2021 | No change in above language |
| February 10, 2022 to December 16, 2022 [hyperlink added to voice and audio activity] ||
| February 10, 2022 | ***We collect information*** about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:<br>Voice and audio information [when you use audio features was deleted and instead Google added a hyperlink]. After clicking on the hyperlink, it takes you to a section in the privacy policy, which states:<br>Voice and audio information |

1

|  | For example, you can choose whether you want Google to save an audio recording to your Google Account *when you interact with Google Search*, Assistant, and Maps. *When your device detects an audio activation command, like "Hey Google," Google records your voice and audio plus a few seconds before the activation*. Learn more (Learn more is also hyperlinked). |
|---|---|
| October 4, 2022 | No change in the above language |
| December 15, 2022 | No change in the above language |