# EXHIBIT 32
# (UNDER SEAL)