# EXHIBIT 33
# (UNDER SEAL)