# EXHIBIT 34 (UNDER SEAL)