# EXHIBIT 36
# (UNDER SEAL)