# EXHIBIT 37 (UNDER SEAL)