# EXHIBIT 38
# (UNDER SEAL)