# EXHIBIT 39 (UNDER SEAL)