# EXHIBIT 41 (UNDER SEAL)