# EXHIBIT 42
# (UNDER SEAL)