# EXHIBIT 44 (UNDER SEAL)