# EXHIBIT 45
# (UNDER SEAL)