# EXHIBIT 46
# (UNDER SEAL)