# EXHIBIT 47

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   IN RE GOOGLE ASSISTANT PRIVACY      )
 6   LITIGATION,                         )
 7                                       ) CASE NO.
 8                                       ) 5:19-cv-04286-BLF
 9   _____)
10
11
12       -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --
13
14            REMOTE DEPOSITION OF ASIF KUMANDAN
15                      August 4, 2022
16                        --ooOoo--
17
18
19
20
21
22
23
24   JOB NO.: 5351412
25   REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

| | | |
|---|---|---|
| 1 | BY MS. BALI: | 02:53 |
| 2 | Q    Okay.  Did you look at your credit card | |
| 3 | statement for any record reflecting a purchase of this | |
| 4 | Pixel phone? | |
| 5 | A    I forget if I checked that. | 02:53 |
| 6 | Q    Okay.  Do you have any recollection of how | |
| 7 | much you might have paid for your Pixel phone? | |
| 8 | A    Not an exact number.  I do feel like I recall | |
| 9 | thinking, "Oh, wow, this is a lot of money." | |
| 10 | Q    Okay.  But you don't know how much you paid? | 02:54 |
| 11 | A    I want to say like in like the hundreds but | |
| 12 | like generally when I'm getting a cell phone, like I'm on | |
| 13 | my family plan so like maybe my brother wants a phone or | |
| 14 | my mom, so we've been making some purchases together. | |
| 15 | Q    Okay.  Do you recall whether you were the one | 02:54 |
| 16 | that paid for the device? | |
| 17 | A    I do recall paying for the device, yes. | |
| 18 | Q    Okay.  Was this purchased -- was that -- that | |
| 19 | device purchased along with other devices? | |
| 20 | A    Yes. | 02:54 |
| 21 | Q    Okay.  And did you pay for those other | |
| 22 | devices as well? | |
| 23 | A    No. | |
| 24 | Q    Okay.  Would -- do you know who would have | |
| 25 | paid for those other devices? | 02:55 |

Veritext Legal Solutions
866 299-5127

```
 1   functionality based on your -- you testing it out prior       03:09
 2   to -- prior to your purchase?
 3         A     In my initial experience with the assistant,
 4   I did like it.
 5         Q     Okay.  And what did you like about it?            03:09
 6         A     It seemed as if it was going to be a useful
 7   tool that could allow me to use my phone more easily.
 8         Q     Okay.  Okay.  Do you think you paid more for
 9   the Pixel than you otherwise would have because it
10   included the assistant?                                       03:10
11         A     I think -- and I'm speculating here.  I think
12   yes.
13         Q     Okay.  Why do you say that you're
14   speculating?
15         A     Because we're going back and trying to            03:10
16   determine motivations that I can't remember exactly what
17   spurred the decision.
18         Q     Okay.  So you -- so you can't remember all of
19   the factors that played into your decision to purchase
20   the phones; is that correct?                                  03:10
21         A     Yes.
22         Q     Okay.  Okay.  Do you recall considering
23   things like the quality of the camera?
24         A     I think that played a minor factor for me.
25         Q     Okay.  What about the battery life?              03:11
```

| | | |
|---|---|---|
| 1 | Q    Got it.  Okay.  And what it -- what is it | 03:26 |
| 2 | that you're unhappy with it, aside from the -- the | |
| 3 | hardware charging issue we talked about? | |
| 4 | A    Sometimes it appears that there's a memory | |
| 5 | issue with the phone where the memory seems to be filling | 03:26 |
| 6 | up.  And then you know, given different things I've | |
| 7 | learned, the privacy issue has been sort of something in | |
| 8 | the back of my mind so that's a factor.  It seems to be | |
| 9 | running slower now that I've had it for sometime which | |
| 10 | I -- I feel like that's a natural occurrence with phones | 03:26 |
| 11 | but it seems like that's happening pretty quickly here. | |
| 12 | Yeah. | |
| 13 | Q    Okay.  And when you say -- when you say -- I | |
| 14 | think you said, "Given the things I've learned, the | |
| 15 | privacy issue has been sort of something in the back of | 03:27 |
| 16 | my mind," what do you mean by "the things you've | |
| 17 | learned?" | |
| 18 | A    Well, it seems -- I had an expectation or | |
| 19 | understanding that I had -- I had no belief that the | |
| 20 | phone would be recording me without me knowing about it | 03:27 |
| 21 | and without me actively saying -- making a request of | |
| 22 | recording.  It seems to me that's not the case, that | |
| 23 | there at least have been some times where a recording has | |
| 24 | taken place that I -- that I did not initiate and yeah, | |
| 25 | that makes me think differently about the phone. | 03:27 |

Veritext Legal Solutions
866 299-5127

```
 1    you consented to your phone -- the Google Assistant on       03:38

 2    your phone being activated by the hot word?

 3           MS. FARAH:  Same objection.

 4           THE WITNESS:  I can't recall if I consented to

 5    that.  I feel like I generally only consent to the things    03:38

 6    that I feel like are necessary to proceed to allow myself

 7    to have access and I'm not sure if that was one of the --

 8    of those items.  It may have been.  I just don't recall.

 9    BY MS. BALI:

10        Q    Okay.  So you can't recall whether or not you       03:39

11    consented to that; is that right?

12        A    Yes.

13        Q    Okay.  Do you know if your phone currently

14    responds if you say the hot word?

15        A    I think I attempted to deactivate this at           03:39

16    some time so my understanding -- I have to check the

17    phone -- was that it would not respond but I know there

18    are multiple ways to activate the phone or activate the

19    assistant.  So I don't know if I prevented every manner

20    of activating the assistant.                                 03:39

21        Q    Okay.  But just speaking about the activating

22    it by saying the hot word right now, do you know if your

23    phone currently -- do you know if the Google Assistant on

24    your phone currently activates if you say the hot word?

25        A    I'm not sure because I think I attempted to         03:40
```

Page 101

```
 1    disable that but I don't know if I was successful in that      03:40
 2    attempt.
 3         Q    Okay.  And when did you try to disable that?
 4         A    Sometime ago.  I forget exactly when.
 5         Q    Can you provide a rough estimate of when that        03:40
 6    was?
 7         A    Many months ago.
 8         Q    Like six months ago?  Or a year ago?
 9         MS. FARAH:  Objection to form.
10         THE WITNESS:  Maybe -- maybe a year ago.                  03:40
11    BY MS. BALI:
12         Q    Okay.  And do you recall what you did to try
13    to disable that functionality?
14         A    I recall going into the settings and sort of
15    playing around with it and trying things out.                  03:40
16         Q    Okay.  Anything else beyond what we just
17    talked about?
18         A    Not that I recall, no.
19         Q    Okay.  So you think approximately a year ago
20    you went into your settings and tried to disable the hot       03:41
21    word functionality on your Pixel phone?
22         MS. FARAH:  Objection.  Form.
23         THE WITNESS:  Yes.
24    BY MS. BALI:
25         Q    That's correct?                                      03:41
```

Page 102

| | | |
|---|---|---|
| 1 | A     I think that depends on how you define | 07:00 |
| 2 | "harm." | |
| 3 | Q     How would you define harm? | |
| 4 | A     Well, in one regard, if you looked at a | |
| 5 | really small scale and -- and you think was I harmed in | 07:00 |
| 6 | that I lost money or my family member or somebody was | |
| 7 | hurt?  No, I -- I didn't have some immediate harm in that | |
| 8 | regard.  But when I think of more grander schemes toward | |
| 9 | harm, I think that -- I believe I had a level of privacy | |
| 10 | in using this device and that sort of trust was broken | 07:00 |
| 11 | and what were to happen with the information?  I don't | |
| 12 | know that I can speak to that.  But I know that it was | |
| 13 | not a good feeling for me and sort of changed the way | |
| 14 | that I view these products. | |
| 15 | Q     When you say you're not sure what -- let me | 07:01 |
| 16 | make sure I got your language right.  When you -- you say | |
| 17 | that you're not sure what -- what were to happen with | |
| 18 | this information?  Did I understand that right?  What did | |
| 19 | you mean by that? | |
| 20 | A     Meaning this recording that was taken without | 07:01 |
| 21 | me knowing it and I imagine it's one of many, many | |
| 22 | recordings taken across whoever it may be, I don't know | |
| 23 | what happens with this information or how it gets used | |
| 24 | but I know that this was not something that I believe | |
| 25 | that I signed up for, yeah. | 07:02 |

Veritext Legal Solutions
866 299-5127

```
 1        A    What's this document?  Twenty-nine pages?  So      07:56
 2   yeah, I mean, I -- I feel like I might have seen it in
 3   the past.  You know, I couldn't -- yes.
 4        Q    Do you have a specific memory of reading this
 5   document before?                                              07:57
 6        A    I'm guessing that I had to sign off on it to
 7   proceed, so --
 8        Q    But my question's a little different.  I'm
 9   asking if you have a specific memory of reading this
10   document.                                                     07:57
11        A    As wonderful as the language is in this
12   document, I don't know how memorable it is so I don't
13   know that I have a very specific memory about reviewing
14   this 29-page document.
15        Q    Okay.  Do you see the language that starts          07:57
16   with "your activity?"
17        A    Yes.
18        Q    And do you see where it says, "We collect
19   information about -- about your activity in our services
20   which we use to do things like recommend a YouTube video      07:57
21   you might like.  The activity information we collect may
22   include," and then it includes several bullet points.
23        A    Yes, I see that.
24        Q    Okay.  Do you see the bullet point that says,
25   "Voice and audio information when you use audio               07:58
```

Page 199

| | | |
|---|---|---|
| 1 | features?" | 07:58 |
| 2 | A    I see it, yes. | |
| 3 | Q    Okay.  What do you understand that to mean? | |
| 4 | A    Well, off the bat, "we collect information," | |
| 5 | pretty vague phrasing.  Wouldn't it be like -- especially | 07:58 |
| 6 | if I feel like you're getting at, we record what you're | |
| 7 | doing?  Like we collect information and we record what | |
| 8 | you said.  I mean, I feel like one phrasing is much more | |
| 9 | specific than another there.  So I mean, I think I get | |
| 10 | the purpose of why you're showing this to me, if that | 07:58 |
| 11 | is -- | |
| 12 | Q    I'm not asking -- I mean, I'm just asking you | |
| 13 | a really simple question which is just what do you | |
| 14 | understand this language to mean? | |
| 15 | A    We collect your -- we collect the information | 07:58 |
| 16 | about your activity in our services, okay.  We gather | |
| 17 | information about you and here, we may collect | |
| 18 | information when you're doing these different activities. | |
| 19 | Q    Okay. | |
| 20 | A    I think what -- as I read this, what seems | 07:59 |
| 21 | sort of vague to me is what does that mean, "we collect | |
| 22 | information?"  I don't know if there's other parts in the | |
| 23 | document where they specify, "We collect information | |
| 24 | means when you're using our voice and audio information | |
| 25 | that means we are recording what you're saying."  So I | 07:59 |

```
 1   would say that I -- we collect information seems -- yeah,      07:59
 2   I feel like what does "we collect" mean?  That seems kind
 3   of vague to me.
 4        Q    So are you saying you don't know what this
 5   language means?                                                 07:59
 6        A    I'm saying I think that the language is -- I
 7   don't think it's very specific.
 8        Q    Okay.  Do you interpret this language to mean
 9   that the Google Assistant will never activate in error?
10        MS. FARAH:  Objection.  Form.                              08:00
11        THE WITNESS:  I -- I don't think of this language
12   as speaking to whether it'll activate, like based on
13   error or not error.  I don't think about that when I look
14   at this passage.
15   BY MS. BALI:                                                    08:00
16        Q    Okay.  Do you -- do you interpret this
17   passage to say that Google will not collect information
18   about your interactions with the assistant unless you
19   intend to activate it?
20        MS. FARAH:  Objection.  Form.                              08:00
21        THE WITNESS:  Could you rephrase that?  That just
22   felt -- there's a lot going on.
23   BY MS. BALI:
24        Q    Yeah, sure.  I'll rephrase it.  Do you
25   interpret this language to constitute a promise that the       08:00
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Okay.  Did you know, again, that Google | 08:22 |
| 2 | Assistant was listening to you at that time? | |
| 3 | MS. BALI:  Objection.  Vague.  Lacks foundation. | |
| 4 | THE WITNESS:  So I was not aware of that, no. | |
| 5 | BY MS. FARAH: | 08:22 |
| 6 | Q    Okay.  And did you know Google Assistant was | |
| 7 | recording those conversations? | |
| 8 | A    I was not aware of that, no. | |
| 9 | Q    Did you know that Google was storing those | |
| 10 | conversations? | 08:22 |
| 11 | A    I was unaware of that. | |
| 12 | Q    Were any of those conversations intended for | |
| 13 | Google? | |
| 14 | A    From what I recall, they were not intended | |
| 15 | for Google. | 08:22 |
| 16 | Q    And what was your expectation as to who were | |
| 17 | the parties to those conversations? | |
| 18 | A    My expectation was only the folks that I was | |
| 19 | speaking directly with at the time. | |
| 20 | Q    Was Google invited to those conversations? | 08:23 |
| 21 | MS. BALI:  Objection.  Vague.  Lacks foundation. | |
| 22 | BY MS. FARAH: | |
| 23 | Q    You can go ahead and answer. | |
| 24 | A    No, they were not invited to those | |
| 25 | conversations. | 08:23 |

| | | |
|---|---|---|
| 1 | Q    And counsel also turned your attention to the | 08:24 |
| 2 | statement, "We don't make any warranties about the | |
| 3 | content or features of the services, including their | |
| 4 | accuracy, reliability, availability." | |
| 5 | Do you see that? | 08:25 |
| 6 | A    Yes. | |
| 7 | Q    Did the statements inform you of the fact | |
| 8 | that Google Assistant could spontaneously trigger when | |
| 9 | you did not intend for it to do that? | |
| 10 | A    No. | 08:25 |
| 11 | Q    And did it -- did this language inform you of | |
| 12 | the fact that Google Assistant would record your | |
| 13 | conversations when you did not intentionally invoke it? | |
| 14 | A    No, this language doesn't speak to that. | |
| 15 | Q    And did this language inform you of the fact | 08:25 |
| 16 | that the recording was stored by Google? | |
| 17 | A    No, that language does not. | |
| 18 | Q    And did it inform you of the fact that Google | |
| 19 | might use those recordings for targeted advertising? | |
| 20 | A    No. | 08:26 |
| 21 | Q    As to the audio recordings that I just asked | |
| 22 | you about, looking at this language, would any of your | |
| 23 | answers to the previous questions change in light of this | |
| 24 | language? | |
| 25 | MS. BALI:  Objection.  Vague.  I don't know what | 08:26 |