# EXHIBIT 48
# (UNDER SEAL)