# EXHIBIT 49
# (UNDER SEAL)