# EXHIBIT 50 (UNDER SEAL)