# EXHIBIT 51
# (UNDER SEAL)