# EXHIBIT 52
# (UNDER SEAL)