**United States District Court**
**Northern District of California**

IN RE GOOGLE ASSISTANT PRIVACY
LITIGATION

Case No. 5:19-cv-04286-BLF

**Declaration of Dr. Mary Beth Landrum, Ph.D.**

March 28, 2025

## I.      Introduction

1.      My name is MaryBeth Landrum. I have been retained by Plaintiffs' counsel to review the sampling data provided by Google[1] and declarations submitted in support of Google motion for summary judgement.

## II.      Qualifications

2.      I am a Professor of Health Care Policy with a specialty in biostatistics, in the Department of Health Care Policy at Harvard Medical School. I am also an Academic Affiliate of Greylock McKinnon Associates (GMA), a consulting and litigation support firm. I received my PhD in biostatistics from the University of Michigan in 1995 and have been employed by Harvard Medical School since 1995. I was elected as a Fellow of the American Statistical Association in 2015.

3.      During my academic career I have had extensive experience in the development and analysis of random samples. The scientific premise of sampling is that when a complete census of people or records is impractical to obtain, a random sample can provide an unbiased estimate or extrapolation of quantities of interest.

4.      I am currently compensated at a rate of $675 per hour for my time.  The compensation due to me is for the work performed and it is not contingent upon my opinions, my conclusions, or the outcome of this matter.  Attachment A contains a copy of my current curriculum vitae.

## III.      Summary of Assignment

5.      This report responds to the Declaration of Terry Tai (hereafter, "Tai Declaration"), submitted in support of Google motion for summary judgement on February 26,

2025,[2] and Defendants' production of data samples of their speech log data.  I have also been asked to review Google's sample and opine on Mr. Tai's declaration.

## IV.     Google Sample Data

6.      I have examined the sample of the speech log data that Defendants produced on December 3, 2024,[3] and Google's  produced on January 31, 2025.[4]

7.      Google's sample of speech log data consisted of 10,000 queries from each quarter between 2016Q4 and 2022Q4 (twenty-five different quarters of data), for a total of 250,000 queries. . Google has not produced a summary of total queries by device type and quarter over for the universe of data. Therefore, it is unclear if the drop in Android queries over time is consistent with the full universe of data or if this is indicative of an unrepresentative sample. Plaintiffs' counsel has requested a summary of total queries by device type and quarter. This data will provide valuable information essential to perform accurate extrapolation analyses on any subset of speech log queries, either by device type or period. To my knowledge, no such data was produced.

8.      I have also reviewed the statements in Mr. Tai's declaration about the sample.[5] I have three critiques in how Mr. Tai missuses or misrepresents the data.

9.      First, Mr. Tai implies that ██████████████████████████. When calculating the rate of queries that appear likely intended for Google, ████████████████████████████████████ by Google.

---

[2] Declaration of Terry Tai, in this matter, February 26, 2025 (hereafter Tai Declaration).

[3] GOOG-ASST-03047491 and GOOG-ASST-03047492.

[4] GOOG-ASST-03047493 and GOOG-ASST-03047494.

[5] Tai Declaration, ¶¶ 16 – 20.

However, Google only reviewed 4.2% of the sample, and so Mr. Tai is assuming the 95.8% of the sample not reviewed were all intended for Google. ██████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████.[6]

      10.    Second, Mr. Tai's review of ████████████████████ provides high-level insight into the data. Mr. Tai did not show any analyses at either the device or date level. A closer review of this data shows that the queries in █████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ███████████████████████████████████████████████████ █████████████████████████████████████████████████████████████ ████████

      11.    Along with the skewed dates included in Google's ████████████ Mr. Tai also did ████████████████████████████████████████████████. As mentioned above, █████████ ██████████████████████████████████████████████████████████████████████ █████████████████████████████████████████, Google only found ████████████ ████████████████████████████████ However, the percentage of queries that Google found to be ████████████████████████████████████████████████ in the first three quarters of data was ████████████████████████ Finally, the rate of queries that Google found to be ██████████████████████████████████████████████████████████████████████ ████████████████████ The heavily skewed sample, disproportionately focused on just seven out of twenty-five quarters of data from ██████████████████████████ model type queries obscures the inappropriate or unknown query rate for other model types and across the other periods of data.

---

[6] *See* Letter to Counsel Re PROD023, dated Dec. 2, 2024.

[7] Identified based on the Device_Model variable.

[8] Identified based on the Device_Model variable.

12. ███████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████.

13. ████████████████████████████████ there is not
sufficient data to draw two of Google's conclusions. I disagree with Google's conclusions that
██████████████████████████████████████,"[9] and ████████
████████████████████████████████"[10] As explained above, this
is inconstant with Google's own statement ████████████████████.  These
conclusions ████████████████████████████████████.


_____

Mary Beth Landrum, Ph.D.


March 28, 2025

[9] Defendants Alphabet Inc. and Google LLC's Notice of Motion and Motion for Summary Judgment: Memorandum of Points and Authorities in Support, *in this matter,* May 8, 2025, p. 5.

[10] *Ibid,* p. 15.

# ATTACHMENT A

**Recent Expert Testimony (Written and Depositions) in Past 4 Years**

*In Buncombe County, North Carolina, individually and on behalf of all those similarly situated, v. Team Health Holdings, Inc., Ameriteam Services, LLC, and HCFS Health Care Financial Services, LLC,* United States District Court Eastern District of Tennessee, Knoxville Division, 3:22-cv-00420-DCLC-DCP.

*In Lopez, et al. v. Apple Inc*., United States District Court, Northern District of California, Case No. 4:19-cv-04577-JSW.

*In United States of America and New York State ex. Rel. Mark A. Favors, v. Qin Medical P.C. and Dr. Feng Qin, M.D.,* United States District Court Southern District of New York, No. 16 Civ. 4647.

*In United States of America et al ex rel. Uri Bassan, v. Omnicare, Inc.,* United States District Court Southern District of New York, 15 Civ. 4179 (CM).

**Harvard Medical School**
**Curriculum Vitae**

**Date Prepared:**  January 16, 2025

**Name:**  Mary Beth Landrum

**Office Address:**  Harvard Medical School
180 Longwood Avenue
Department of Health Care Policy
Boston, MA 02115

**Home Address:**  130 Essex Street
Brookline, MA 02446

**Work Phone:**  (617) 432-2460

**Work Email:**  landrum@hcp.med.harvard.edu

**Place of Birth:** London, England UK

**Education**

| | | | |
|---|---|---|---|
| 1987 | B.S. | Chemical Engineering | Massachusetts Institute of Technology |
| 1992 | M.S. | Biostatistics | University of Michigan |
| 1995 | Ph.D. | Biostatistics | University of Michigan |
| | | Advisor: Mark Becker, Ph.D | |

**Postdoctoral Training**

| | | | |
|---|---|---|---|
| 1995-1998 | Postdoctoral Fellow | Department of Health Care Policy | Harvard Medical School |

**Faculty Academic Appointments**

| | | | |
|---|---|---|---|
| 1998-2005 | Assistant Professor of Health Policy | Department of Health Care Policy | Harvard Medical School |
| 2005- | Associate Professor of Health Policy | Department of Health Care Policy | Harvard Medical School |
| 2012- | Professor of Health Policy | Department of Health Care Policy | Harvard Medical School |

1

**Professional Societies**

| | | |
|---|---|---|
| **1995-** | **International Biometric Society** | |
| | 1995- | Member |
| | 2002-2003 | Program Committee |
| **1995-** | **American Statistical Association** | |
| | 1995- | Member |
| | 1995- | Member, Health Policy Statistics Section |
| | 1995- | Member, Biometrics Section |
| | 1995- | Member, Bayesian Statistics Section |
| | 2005-2007 | Treasurer, Health Policy Statistics Section |
| | 2007-2009 | Program Chair, Health Policy Statistics Section |
| | 2011-2013 | Chair, Health Policy Statistics Section |
| **2000-** | **Academy Health** | |
| | 2000- | Member |

**Honors and Prizes**

| | | |
|---|---|---|
| 1990 | Regents Fellowship (full tuition and stipend) | University of Michigan |
| 1991 | Dow Chemical Student Prize for performance as a first-year student | Department of Biostatistics, University of Michigan |
| 1992 | Dow Chemical Student Prize for performance on Ph.D. qualifying examination | Department of Biostatistics, University of Michigan |
| 1994 | Rackham Predoctoral Fellowship (full tuition and stipend) | University of Michigan |
| 1995 | Student Travel Award to the Spring Meeting | Eastern North American Region of the International Biometric |
| 2015 | Fellow | American Statistical Association |

**Editorial Activities**

| | | |
|---|---|---|
| 1998- | Ad-Hoc Reviewer | Science |
| 1999- | Ad-Hoc Reviewer | Journal of Health Services Research and Policy |
| 2000- | Ad-Hoc Reviewer | Journal of Clinical Outcomes Management |
| 2000- | Ad-Hoc Reviewer | Journal of the American Medical Association |
| 2000- | Ad-Hoc Reviewer | Health Services and Outcomes Research Methodology |
| 2001- | Ad-Hoc Reviewer | Medical Care |
| 2001- | Ad-Hoc Reviewer | Journal of Health Economics |
| 2002- | Ad-Hoc Reviewer | Statistics in Medicine |
| 2002- | Ad-Hoc Reviewer | International Journal for Quality in Health Care |
| 2002- | Ad-Hoc Reviewer | American Journal of Medicine |
| 2003- | Ad-Hoc Reviewer | Quality of Life Research |
| 2004- | Ad-Hoc Reviewer | Journal of the American Statistical Association |
| 2004- | Ad-Hoc Reviewer | Health Affairs |
| 2005- | Ad-Hoc Reviewer | American Journal of Epidemiology |
| 2005- | Ad-Hoc Reviewer | Inquiry |
| 2008- | Ad-Hoc Reviewer | American Journal of Public Health |
| 2000-2008 | Ad-Hoc Reviewer | Health Services Research |

| 2009- | Editorial Board Member | Health Services Research |
|---|---|---|
| 2022-2024 | Senior Associate Editor | Health Services Research |
| 2008- | Biostatistical Reviewer | Circulation: Cardiovascular Quality and Outcomes |
| 2010- | Biostatistical Reviewer | Journal of Clinical Oncology |
| 2011- | Biostatistical Reviewer | Circulation |
| 2013- | Associate Editor | Statistics and Public Policy |
| 2018- | Editorial Board Member | Journal of National Cancer Institute |

## Report of Scholarship

**Peer reviewed publications in print or other media**

**Research Investigations**

1. Ayanian JZ, **Landrum MB**, Normand SL, Guadagnoli E, McNeil BJ. Rating the appropriateness of coronary angiography--do practicing physicians agree with an expert panel and with each other? N Engl J Med. 1998 Jun 25;338(26):1896-904. doi: 10.1056/NEJM199806253382608. PMID: 9637811.

2. **Landrum MB**, Normand SL. Applying Bayesian ideas to the development of medical guidelines. Stat Med. 1999 Jan 30;18(2):117-37. doi: 10.1002/(sici)1097-0258(19990130)18:2<117::aid-sim8>3.0.co;2-7. PMID: 10028134.

3. **Landrum MB**, McNeil BJ, Silva L, Normand SL. Understanding variability in physician ratings of the appropriateness of coronary angiography after acute myocardial infarction. J Clin Epidemiol. 1999 Apr;52(4):309-19. doi: 10.1016/s0895-4356(98)00166-8. PMID: 10235171.

4. **Landrum MB**, Bronskill S, Normand SL. Analytic methods for constructing cross-sectional profiles of health care providers. Health Serv Outcomes Res Methodol. 2000;1:23-48. doi: 10.1023/A:1010093701870

5. Guadagnoli E, **Landrum MB**, Peterson EA, Gahart MT, Ryan TJ, McNeil BJ. Appropriateness of coronary angiography after myocardial infarction among Medicare beneficiaries. N Engl J Med. 2000 Nov 16;343(20):1460-6. doi: 10.1056/NEJM200011163432006. PMID: 11078772.

6. **Landrum MB**, Becker MP. A multiple imputation strategy for incomplete longitudinal data. Stat Med. 2001 Sep 15-30;20(17-18):2741-60. doi: 10.1002/sim.740. PMID: 11523080.

7. **Landrum MB**, Ayanian JZ. Causal effect of ambulatory specialty care on mortality following myocardial infarction: A comparison of propensity score and instrumental variable analyses. Health Serv Outcomes Res Methodol. 2001;2:221-245. doi: 10.1023/A:1020367111374.

8. Normand ST, **Landrum MB**, Guadagnoli E, Ayanian JZ, Ryan TJ, Cleary PD, McNeil BJ. Validating recommendations for coronary angiography following acute myocardial infarction in the elderly: a matched analysis using propensity scores. J Clin Epidemiol. 2001 Apr;54(4):387-98. doi: 10.1016/s0895-4356(00)00321-8. PMID: 11297888.

9. Guadagnoli E, **Landrum MB**, Normand SL, Ayanian JZ, Garg P, Hauptman PJ, Ryan TJ, McNeil BJ. Impact of underuse, overuse, and discretionary use on geographic variation in the use of coronary angiography after acute myocardial infarction. Med Care. 2001 May;39(5):446-58. doi: 10.1097/00005650-200105000-00005. PMID: 11317093.

10. Keating NL, Weeks JC, **Landrum MB**, Borbas C, Guadagnoli E. Discussion of treatment options for early-stage breast cancer: effect of provider specialty on type of surgery and satisfaction. Med Care. 2001 Jul;39(7):681-91. doi: 10.1097/00005650-200107000-00005. PMID: 11458133.

11. Seddon ME, Ayanian JZ, **Landrum MB**, Cleary PD, Peterson EA, Gahart MT, McNeil BJ. Quality of ambulatory care after myocardial infarction among Medicare patients by type of insurance and region. Am J Med. 2001 Jul;111(1):24-32. doi: 10.1016/s0002-9343(01)00741-0. PMID: 11448657.

12. Gurwitz JH, Guadagnoli E, **Landrum MB**, Silliman RA, Wolf R, Weeks JC. The treating physician as active gatekeeper in the recruitment of research subjects. Med Care. 2001 Dec;39(12):1339-44. doi: 10.1097/00005650-200112000-00009. PMID: 11717575.

13. Cutler DM, Gruber J, Hartman RS, **Landrum MB**, Newhouse JP, Rosenthal MB. The economic impacts of the tobacco settlement. J Policy Anal Manage. 2002 Winter;21(1):1-19. doi: 10.1002/pam.1037. PMID: 11887906.

14. Ayanian JZ, Landon BE, **Landrum MB**, Grana JR, McNeil BJ. Use of cholesterol-lowering therapy and related beliefs among middle-aged adults after myocardial infarction. J Gen Intern Med. 2002 Feb;17(2):95-102. doi: 10.1046/j.1525-1497.2002.10438.x. PMID: 11841524; PMCID: PMC1495008.

15. Keating NL, Guadagnoli E, **Landrum MB**, Borbas C, Weeks JC. Treatment decision making in early-stage breast cancer: should surgeons match patients' desired level of involvement? J Clin Oncol. 2002 Mar 15;20(6):1473-9. doi: 10.1200/JCO.2002.20.6.1473. PMID: 11896094.

16. Bronskill SE, Normand SL, **Landrum MB**, Rosenheck RA. Longitudinal profiles of health care providers. Stat Med. 2002 Apr 30;21(8):1067-88. doi: 10.1002/sim.1060. PMID: 11933034.

17. Ayanian JZ, **Landrum MB**, McNeil BJ. Use of cholesterol-lowering therapy by elderly adults after myocardial infarction. Arch Intern Med. 2002 May 13;162(9):1013-9. doi: 10.1001/archinte.162.9.1013. PMID: 11996611.

18. Silliman RA, Guadagnoli E, Rakowski W, **Landrum MB**, Lash TL, Wolf R, Fink A, Ganz PA, Gurwitz J, Borbas C, Mor V. Adjuvant tamoxifen prescription in women 65 years and older with primary breast cancer. J Clin Oncol. 2002 Jun 1;20(11):2680-8. doi: 10.1200/JCO.2002.08.137. PMID: 12039930.

19. Garg PP, **Landrum MB**, Normand SL, Ayanian JZ, Hauptman PJ, Ryan TJ, McNeil BJ, Guadagnoli E. Understanding individual and small area variation in the underuse of coronary angiography following acute myocardial infarction. Med Care. 2002 Jul;40(7):614-26. doi: 10.1097/00005650-200207000-00008. PMID: 12142777.

20. Ayanian JZ, **Landrum MB**, Guadagnoli E, Gaccione P. Specialty of ambulatory care physicians and mortality among elderly patients after myocardial infarction. N Engl J Med. 2002 Nov 21;347(21):1678-86. doi: 10.1056/NEJMsa020080. PMID: 12444183.

21. **Landrum MB**, Normand ST, and Rosenheck RA. Ranking of related multivariate means: Monitoring psychiatric care in the Department of Veterans Affairs J Am Stat Assoc. 2003;98:7-16. doi: 10.1198/016214503388619049

22. Ganz PA, Guadagnoli E, **Landrum MB**, Lash TL, Rakowski W, Silliman RA. Breast cancer in older women: quality of life and psychosocial adjustment in the 15 months after diagnosis. J Clin Oncol. 2003 Nov 1;21(21):4027-33. doi: 10.1200/JCO.2003.08.097. PMID: 14581426.

4

23. Keating NL, **Landrum MB**, Landon BE, Ayanian JZ, Borbas C, Guadagnoli E. Measuring the quality of diabetes care using administrative data: is there bias? Health Serv Res. 2003 Dec;38(6 Pt 1):1529-45. doi: 10.1111/j.1475-6773.2003.00191.x. PMID: 14727786; PMCID: PMC1360962.

24. Keating NL, **Landrum MB**, Ayanian JZ, Winer EP, Guadagnoli E. Consultation with a medical oncologist before surgery and type of surgery among elderly women with early-stage breast cancer. J Clin Oncol. 2003 Dec 15;21(24):4532-9. doi: 10.1200/JCO.2003.05.131. PMID: 14673040.

25. Persell SD, Keating NL, **Landrum MB**, Landon BE, Ayanian JZ, Borbas C, Guadagnoli E. Relationship of diabetes-specific knowledge to self-management activities, ambulatory quality of care, and metabolic outcomes. Prev Med. 2004 Oct;39(4):746-52. doi: 10.1016/j.ypmed.2004.02.045. PMID: 15351541.

26. Keating, NL, **Landrum MB**, Landon BE, Ayanian JZ, Borbas C, Wolf R, Guadagnoli E. The influence of physicians' practice characteristics and satisfaction on quality of care among patients with diabetes. Med Care. 2004 Sep;42(9):829-39. doi: 10.1097/01.mlr.0000135829.73795.a7. PMID: 15319608.

27. Earle CC, Neville BA, **Landrum MB**, Ayanian JZ, Block SD, Weeks JC. Trends in the aggressiveness of cancer care near the end of life. J Clin Oncol. 2004 Jan 15;22(2):315-21. doi: 10.1200/JCO.2004.08.136. PMID: 14722041.

28. Landon BE, Wilson, IB, McInnes K, **Landrum MB**, Hirchhorn L, Marsden PV, Gustafson D, Cleary PD. The impact of a quality improvement collaborative on the outcome of care of patients with HIV infection: The EQHIV study. Ann Intern Med. 2004 Jun 1;140(11):887-96. doi: 10.7326/0003-4819-140-11-200406010-00010. PMID: 15172903.

29. Meara E, **Landrum MB**, Ayanian JZ, McNeil BJ, Guadagnoli E. Effect of market share of managed care on appropriate use of coronary angiography among traditional Medicare beneficiaries. Inquiry. 2004 Summer;41(2):144-58. doi: 10.5034/inquiryjrnl_41.2.144. PMID: 15449430.

30. **Landrum MB**, Guadagnoli E, Zummo R, Chin D, McNeil, BJ. Care following acute myocardial infarction in the Veterans Administration Medical Centers: A comparison with Medicare. Health Serv Res. 2004 Dec;39(6 Pt 1):1773-92. doi: 10.1111/j.1475-6773.2004.00317.x. PMID: 15533186; PMCID: PMC1361097.

31. Keating NL, **Landrum MB**, Ayanian JZ, Winer E, Guadagnoli E. The association of ambulatory care with breast cancer stage at diagnosis among Medicare beneficiaries. J Gen Intern Med. 2005 Jan;20(1):38-44. doi: 10.1111/j.1525-1497.2004.40079.x. PMID: 15693926; PMCID: PMC1490029.

32. Keating NL, **Landrum MB**, Meara ER, Ganz P, Guadagnoli E. Do increases in the market share of managed care influence quality of care in the fee-for-service sector? J Natl Cancer Inst. 2005 Feb 16;97(4):257-64. doi: 10.1093/jnci/dji044. PMID: 15713960.

33. Landon BE, Wilson IB, McInnes K, **Landrum MB**, Hirschhorn LR, Marsden PV, Cleary PD. Physician specialization and the quality of care for human immunodeficiency virus infection. Arch Intern Med. 2005 May 23;165(10):1133-9. doi: 10.1001/archinte.165.10.1133. PMID: 15911726.

34. Earle CC, Neville BA, **Landrum MB**, Souza JM, Weeks JC, Block SD, Grunfeld E, Ayanian JZ. Evaluating claims-based indicators of the intensity of end-of-life cancer care. Int J Qual Health Care. 2005 Dec;17(6):505-9. doi: 10.1093/intqhc/mzi061. PMID: 15985505.

35. Keating NL, Norredam M, **Landrum MB**, Huskamp H, Meara ER. Physical and mental health status of older long-term cancer survivors. J Am Geriatr Soc. 2005 Dec;53(12):2145-52. doi: 10.1111/j.1532-5415.2005.00507.x. PMID: 16398900.

36. Keating, NL, **Landrum, MB**, Guadagnoli, E Winer, EP Ayanian, JZ. Factors related to underuse of surveillance mammography among breast cancer survivors. J Clin Oncol. 2006 Jan 1;24(1):85-94. doi: 10.1200/JCO.2005.02.4174. PMID: 16382117.

37. Keating NL, **Landrum MB**, Meara E, Ganz PA, Guadagnoli E. Managed care market share and primary treatment for cancer. Health Serv Res. 2006 Feb;41(1):9-22. doi: 10.1111/j.1475-6773.2005.00463.x. PMID: 16430598; PMCID: PMC1681535.

38. Krumholz HM, Anderson JL, Brooks NH, Fesmire FM, Lambrew CT, **Landrum MB**, Weaver WD, Whyte J, Bonow RO, Bennett SJ, Burke G, Eagle KA, Linderbaum J, Masoudi FA, Normand SL, Piña IL, Radford MJ, Rumsfeld JS, Ritchie JL, Spertus JA; American College of Cardiology/American Heart Association Task Force on Performance Measures; Writing Committee to Develop Performance Measures on ST-Elevation and Non-ST-Elevation Myocardial Infarction. ACC/AHA clinical performance measures for adults with ST-elevation and non-ST-elevation myocardial infarction: a report of the American College of Cardiology/American Heart Association Task Force on Performance Measures. Circulation. 2006 Feb 7;113(5):732-61. doi: 10.1161/CIRCULATIONAHA.106.172860. PMID: 16391153.

39. Keating NL, **Landrum MB**, Guadagnoli E, Winer EP, Ayanian JZ. Surveillance testing among survivors of early-state breast cancer. J Clin Oncol. 2007 Mar 20;25(9):1074-81. doi: 10.1200/JCO.2006.08.6876. PMID: 17369571.

40. Keating NL, **Landrum MB**, Landon BE, Ayanian JZ, Borbas C, Guadagnoli E. The influence of cost containment strategies and physicians' financial arrangements on patients' trust and satisfaction. J Ambul Care Manage. 2007 Apr-Jun;30(2):92-104. doi: 10.1097/01.JAC.0000264597.27253.a2. PMID: 17495676.

41. Busch AB, Huskamp HA, **Landrum MB**. Quality of care in a Medicaid population with bipolar I disorder. Psychiatr Serv. 2007 Jun;58(6):848-54. doi: 10.1176/ps.2007.58.6.848. PMID: 17535947.

42. Huskamp HA, Deverka PA, **Landrum MB**, Epstein RS, McGuigan KA. The effect of three-tier formulary adoption on medication continuation and spending among elderly retirees. Health Serv Res. 2007 Oct;42(5):1926-42. doi: 10.1111/j.1475-6773.2007.00722.x. PMID: 17850526; PMCID: PMC2254563.

43. Hasnain-Wynia R, Baker DW, Nerenz D, Feinglass J, Beal AC, **Landrum MB**, Behal R, Weissman JS. Disparities in Health Care Driven by Where Minority Patient Seek Care: Examination of the Hospital Quality Alliance Measures. Arch Intern Med. 2007 Jun 25;167(12):1233-9. doi: 10.1001/archinte.167.12.1233. Erratum in: Arch Intern Med. 2007 Oct 22;167(19):2147. PMID: 17592095.

44. Rosenthal MB, **Landrum MB**, Meara E, Huskamp HA, Conti RM, Keating NL. Using performance data to identify preferred hospitals. Health Serv Res. 2007 Dec;42(6 Pt 1):2109-19; discussion 2294-323. doi: 10.1111/j.1475-6773.2007.00744.x. PMID: 17995555; PMCID: PMC2151404.

45. Keating NL, **Landrum MB**, Guadagnoli E, Winer EP, Ayanian JZ. Care in the months before death and hospice enrollment among women with advanced breast cancer. J Gen Intern Med. 2008 Jan;23(1):11-8. doi: 10.1007/s11606-007-0422-y. PMID: 17939006; PMCID: PMC2173914.

46. **Landrum MB**, Meara E, Chandra A, Guadagnoli E, Keating NL. Is spending more always wasteful? The appropriateness of care and outcomes among colorectal cancer patients. Health Aff (Millwood). 2008 Jan-Feb;27(1):159-68. doi: 10.1377/hlthaff.27.1.159. PMID: 18180491.

47. Keating NL, **Landrum MB**, Klabunde CN, Fletcher RH, Rogers SO, Doucette WR, Tisnado D, Clauser S, Kahn KL. Adjuvant chemotherapy for stage III colon cancer: do physicians agree about the importance of patient age and comorbidity? J Clin Oncol. 2008 May 20;26(15):2532-7. doi: 10.1200/JCO.2007.15.9434. PMID: 18487570.

48. Earle CC, **Landrum MB**, Souza JM, Neville BA, Weeks JC, Ayanian JZ. Review series (Quality): The aggressiveness of cancer care near the end of life: Is it a quality of care issue? J Clin Oncol. 2008 Aug 10;26(23):3860-6. doi: 10.1200/JCO.2007.15.8253. Erratum in: J Clin Oncol. 2010 Jul 1;28(19):3205. Erratum in: J Clin Oncol. 2011 Nov 20;29(33):4472. PMID: 18688053; PMCID: PMC2654813.

49. Lee IH, Hayman JA, **Landrum MB**, Tepper J, Tao ML, Goodman KA, Keating NL. Treatment recommendations for locally advanced, non-small-cell lung cancer: the influence of physician and patient factors. Int J Radiat Oncol Biol Phys. 2009 Aug 1;74(5):1376-84. doi: 10.1016/j.ijrobp.2008.10.066. PMID: 19409730; PMCID: PMC3121096.

50. Vogeli C, Kang R, **Landrum MB**, Hasnain-Wynia R, Weissman JS. Quality of care provided to individual patients in US hospitals: results from an analysis of national Hospital Quality Alliance data. Med Care. 2009 May;47(5):591-9. doi: 10.1097/MLR.0b013e31819432cd. PMID: 19365292.

51. Norredam M, Meara E, **Landrum MB**, Huskamp HA, Keating NL. Financial status, employment, and insurance among older cancer survivors. J Gen Intern Med. 2009 Nov;24 Suppl 2(Suppl 2):S438-45. doi: 10.1007/s11606-009-1034-5. PMID: 19838847; PMCID: PMC2763157.

52. Keating NL, **Landrum MB**, Lamont EB, Earle CC, Bozeman SR, McNeil BJ. End-of-life care for older cancer patients in the Veterans Health Administration versus the private sector. Cancer. 2010 Aug 1;116(15):3732-9. doi: 10.1002/cncr.25077. PMID: 20564065.

53. Oh WK, **Landrum MB**, Lamont EB, McNeil BJ, Keating NL. Does oral antiandrogen use before luteinizing hormone-releasing hormone therapy in patients with metastatic prostate cancer prevent clinical consequences of a testosterone flare? Urology. 2010 Mar;75(3):642-7. doi: 10.1016/j.urology.2009.08.008. PMID: 19962733.

54. Lamont EB, **Landrum MB**, Keating NL, Archar L, Lan L, Strauss GM, Lilenbaum R, Niell HB, Maurer LH, Kosty JP, Antonius AM, Clamon GH, Elias AD, McClay EF, Vokes EE and McNeil BJ for the Cancer and Leukemia Group B. Differences in clinical trial patients attributes and outcomes according to enrollment setting. J Clin Oncol. 2010 Jan 10;28(2):215-21. doi: 10.1200/JCO.2008.21.3652. PMID: 19933919; PMCID: PMC2815711.

55. Hasnain-Wynia R, Kang R, **Landrum MB**, Vogeli C, Baker DW, Weissman JS. Racial and ethnic disparities within and between hospitals for inpatient quality of care: An examination of patient-level hospital quality alliance measures. J Health Care Poor Underserved. 2010 May;21(2):629-48. doi: 10.1353/hpu.0.0281. PMID: 20453362.

56. Keating NL, **Landrum MB**, Rogers SO, Baum SK, Virnig BA, Huskamp HA, Earle CC, Kahn KL. Physician factors associated with discussions of end-of-life care. Cancer. 2010 Feb 15;116(4):998-1006. doi: 10.1002/cncr.24761. PMID: 20066693; PMCID: PMC2819541.

57. Rogers SR, Gray SW, **Landrum MB**, Klabunde CN, Fletcher RH, Kahn, KL, Clauser S, Tisnado D, Doucette W, Keating NL. Variations in surgeon treatment recommendations for lobectomy in early-stage non small cell lung cancer by patient age and comorbidity. Ann Surg Oncol. 2010 Jun;17(6):1581-8. doi: 10.1245/s10434-010-0946-y. PMID: 20162461; PMCID: PMC3334325.

58. He Y, Zaslavsky AM, **Landrum MB**, Harrington DP, Catalano P.  Multiple imputation for a large-scale complex survey: a practical guide. Stat Methods Med Res. 2010 Dec;19(6):653-70. doi: 10.1177/0962280208101273. PMID: 19654173; PMCID: PMC2891890.

59. Keating NL, **Landrum MB**, Arora NK, Malin JL, Ganz PA, van Ryn M, Weeks JC.  Cancer patients' role in treatment decisions:  Do characteristics of the decision influence roles? J Clin Oncol. 2010 Oct 1;28(28):4364-70. doi: 10.1200/JCO.2009.26.8870. PMID: 20713872; PMCID: PMC2954135.

60. Keating NL, **Landrum MB**, Brooks JM, Chrischilles EA, Winer EP, Wright K, Volya R.  Outcomes following local therapy for early-stage breast cancer in non-trial populations. Breast Cancer Res Treat. 2011 Feb;125(3):803-13. doi: 10.1007/s10549-010-0865-4. PMID: 20376555; PMCID: PMC2924956.

61. Keating NL, **Landrum MB**, Lamont EB, Bozeman SR, Krasnow SH, Shulman L, Brown J, Earle CC, Oh W, Rabin M, McNeil BJ.  Quality of care for older cancer patients in the Veterans Health Administration versus the private sector.  Ann Intern Med. 2011 Jun 7;154(11):727-36. doi: 10.7326/0003-4819-154-11-201106070-00004. PMID: 21646556.

62. Lamont EB, **Landrum MB**, Keating NL, Bozeman SR, McNeil BJ.  Evaluating colorectal cancer care in the Veterans Health Administration:  How good are the data? J Geriatr Oncol. 2011;2(3):187-193. doi: 10.1016/j.jgo.2011.02.001.

63. Saito AM, **Landrum MB**, Neville BA, Ayanian JZ, Weeks JC, Earle CC.  Hospice care and survival among elderly patients with lung cancer. J Palliat Med. 2011 Aug;14(8):929-39. doi: 10.1089/jpm.2010.0522. PMID: 21767153; PMCID: PMC3146748.

64. Saito AM, **Landrum MB**, Neville BA, Ayanian JZ, Earle CC.  The effect on survival of continuing chemotherapy to near death.  BMC Palliat Care. 2011 Sep 21;10:14. doi: 10.1186/1472-684X-10-14. PMID: 21936940; PMCID: PMC3184269.

65. Gibson TB, **Landrum MB**, Batata A, Fendrick AM, Wang S, Chernew ME.  Regional variance in medication adherence.  Forum for Health Economics & Policy, vol. 14, no. 1, 2011, pp. 20112011. https://doi.org/10.2202/1558-9544.1249.

66. Gray SW, **Landrum MB**, Lamont EB, McNeil BJ, Jaklitsch MT, Keating NL. Improved outcomes associated with higher surgery rates for older patients with early stage non-small cell lung cancer. Cancer. 2012 Mar 1;118(5):1404-11. doi: 10.1002/cncr.26363. PMID: 21800285; PMCID: PMC3208066.

67. Kouri EM, **Landrum MB**, Lamont EB, Bozeman S, McNeil BJ, Keating NL.  Location of cancer surgery for older veterans with cancer. Health Serv Res. 2012 Apr;47(2):783-93. doi: 10.1111/j.1475-6773.2011.01327.x. PMID: 22092115; PMCID: PMC3419889.

68. Nambudiri VE, **Landrum MB**, Lamont EB, McNeil BJ, Bozeman SR, Keating NL.  Understanding variation in primary prostate cancer treatment within the Veterans Health Administration. Urology. 2012 Mar;79(3):537-45. doi: 10.1016/j.urology.2011.11.013. PMID: 22245306.

69. **Landrum MB**, Keating NL, Lamont EB, Bozeman SR, Krasnow SH, Shulman L, Brown JR, Earle CC, Rabin M, McNeil BJ.  Survival of Older Cancer Patients in the Veterans Health Administration versus Fee for Service Medicare. J Clin Oncol. 2012 Apr 1;30(10):1072-9. doi: 10.1200/JCO.2011.35.6758. PMID: 22393093; PMCID: PMC3341151.

8

70. **Landrum MB**, Keating NL, Lamont EB, Bozeman SR, McNeil BN.  Reasons for underuse of recommended therapies for colorectal and lung cancer in the Veterans Health Administration. Cancer. 2012 Jul 1;118(13):3345-55. doi: 10.1002/cncr.26628. PMID: 22072536.

71. Weissman JS, Hasnain-Wynia R, Weinick RM, Kang R, Vogeli C, Iezzoni L, **Landrum MB.**  Pay-for-performance programs to reduce racial/ethnic disparities:  What might different designs achieve? J Health Care Poor Underserved. 2012 Feb;23(1):144-60. doi: 10.1353/hpu.2012.0030. PMID: 22643468..

72. Keating NL, **Landrum MB**, Lamont EB, Bozeman SR, McNeil BJ.  Area-level variations in cancer care and outcomes. Med Care. 2012 May;50(5):366-73. doi: 10.1097/MLR.0b013e31824d74c0. PMID: 22437623.

73. Song Z, Safran DB, Landrum BE, **Landrum MB**, He Y, Mechanic RE, Day MP, Chernew ME.  The 'alternative quality contract' based on a global budget, lowered medical spending and improved quality. Health Aff (Millwood). 2012 Aug;31(8):1885-94. doi: 10.1377/hlthaff.2012.0327. PMID: 22786651; PMCID: PMC3548447..

74. Afendulis C, **Landrum MB**, Chernew MC. The impact of the Affordable Care Act of Medicare Advantage plan availability and enrollment. Health Serv Res. 2012 Dec;47(6):2339-52. doi: 10.1111/j.1475-6773.2012.01426.x. PMID: 22578065; PMCID: PMC3419768.

75. Brooks JM, Chrischilles EA, **Landrum MB**, Wright KB, Fang G, Winer EP, Keating NL.  Survival implications associated with variation in mastectomy rates for early-stage breast cancer.  Int J Surg Oncol. 2012;2012:127854. doi: 10.1155/2012/127854. PMID: 22928097; PMCID: PMC3423912.

76. Fung V, Price M, Busch AB, **Landrum MB**, Fireman B, Nierenberg A, Dow WH, Hui R, Frank R, Newhouse JP, Hsu J.  Adverse clinical events among Medicare beneficiaries using antipsychotics drugs:  Linking health insurance benefits and clinical needs. Med Care. 2013 Jul;51(7):614-21. doi: 10.1097/MLR.0b013e31829019c5. PMID: 23752219; PMCID: PMC3687515.

77. Song Z, **Landrum MB**, Chernew MC. Competitive bidding in Medicare: who benefits from competition? Am J Manag Care. 2012 Sep;18(9):546-52. PMID: 23009305; PMCID: PMC3519284.

78. Li F, Zaslavsky AM, **Landrum MB**. Propensity score weighting with multilevel data. Stat Med. 2013 Aug 30;32(19):3373-87. doi: 10.1002/sim.5786. PMID: 23526267; PMCID: PMC3710526.

79. Keating NL, **Landrum MB**, Lamont EB, Bozeman SR, Shulman LN, McNeil BJ.  Tumor boards and the quality of cancer care. J Natl Cancer Inst. 2013 Jan 16;105(2):113-21. doi: 10.1093/jnci/djs502. PMID: 23274388; PMCID: PMC4481638.

80. Catalano PC, Ayanian JZ, Weeks JC, Kahn KL, **Landrum MB**, Zaslavsky AM, Lee J, Pendergast J, Harrington DP.  Representativeness of participants in the Cancer Care Outcomes Research and Outcomes (CanCORS) Consortium relative to the Surveillance, Epidemiology and End Results (SEER) program.  Med Care. 2013 Feb;51(2):e9-15. doi: 10.1097/MLR.0b013e318222a711. PMID: 22406968; PMCID: PMC3654676.

81. Song Z, **Landrum MB**, Chernew ME.  Competitive bidding in Medicare Advantage:  effect of benchmark changes on plan bids.  J Health Econ. 2013 Dec;32(6):1301-12. doi: 10.1016/j.jhealeco.2013.09.004. PMID: 24308881; PMCID: PMC3893317.

82. Fung V, Price M, Busch AB, **Landrum MB**, Fireman B, Nierenberg A, Dow WH, Hui R, Frank R, Newhouse JP, Hsu J.  Adverse clinical events among Medicare beneficiaries using antipsychotic drugs: linking health insurance benefits and clinical needs. Med Care. 2013 Jul;51(7):614-21. doi: 10.1097/MLR.0b013e31829019c5. PMID: 23752219; PMCID: PMC3687515.

83. Liu P-H, **Landrum MB**, Weeks JC, He Y, Huskamp HA, Kahn KL, Mack JW, Keating NL. Physicians' propensity to discuss prognosis is associated with prognosis awareness of patients with metastatic lung or colorectal cancer. J Palliat Med. 2014 Jun;17(6):673-82. doi: 10.1089/jpm.2013.0460. PMID: 24742212; PMCID: PMC4038989.

84. McKellar MR, Naimer S. **Landrum MB**, Gibson TB, Chandra A, Chernew M.  Insurer market structure and variation in commercial health care spending.  Health Serv Res. 2014 Jun;49(3):878-92. doi: 10.1111/1475-6773.12131. PMID: 24303879; PMCID: PMC4231576..

85. Samuel CA, **Landrum MB**, McNeil BJ, Bozeman SR, Williams CD, Keating NK.  Racial disparities in cancer caner in the Veterans Affairs health care system and the role of site of care.  Am J Public Health. 2014 Sep;104 Suppl 4(Suppl 4):S562-71. doi: 10.2105/AJPH.2014.302079. PMID: 25100422; PMCID: PMC4151900.

86. Lamont EB, Zaslavsky AM, Subramanian SV, Meilleur AE, He Y, **Landrum MB**. Elderly breast and colorectal cancer patients' clinical course: patient and contextual influences. Med Care. 2014 Sep;52(9):809-17. doi: 10.1097/MLR.0000000000000180. PMID: 25119954; PMCID: PMC4159676.

87. He Y, **Landrum MB**, Zaslavsky AM. Combining information from two data sources with misreporting and incompleteness to assess hospice-use among cancer patients: a multiple imputation approach.  Stat Med. 2014 Sep 20;33(21):3710-24. doi: 10.1002/sim.6173. PMID: 24804628; PMCID: PMC4125445.

88. McWilliams JM, Dalton JB, **Landrum MB**, Frakt AB, Pizer SD, Keating NL.  Geographic variation in cancer-related imaging:  Veterans Affairs health care system versus Medicare.  Ann Intern Med. 2014 Dec 2;161(11):794-802. doi: 10.7326/M14-0650. PMID: 25437407; PMCID: PMC4251705.

89. Samuel CA, Zaslavsky AM, **Landrum MB**, Lorenz KA, Keating NL.  Developing and evaluating composite measures of cancer care quality.  Med Care. 2015 Jan;53(1):54-64. doi: 10.1097/MLR.0000000000000257. PMID: 25373407

90. Kehl KL, **Landrum MB**, Kahn KL, Gray SW, Chen AB, Keating KL.  Tumor board participation among physicians caring for patients with lung or colorectal cancer. J Oncol Pract. 2015 May;11(3):e267-78. doi: 10.1200/JOP.2015.003673. PMID: 25922221; PMCID: PMC4438111.

91. Romanus D, Cardarella S, Cutler D, **Landrum** MB, Lindeman NI, Gazelle GS.  Cost-Effectiveness of multiplexed predictive biomarker screening in non-small cell lung cancer J Thorac Oncol. 2015 Apr;10(4):586-94. doi: 10.1097/JTO.0000000000000474. PMID: 25590606; PMCID: PMC4395466.

92. Hobbs GS, **Landrum MB**, Arora NK, Ganz PA, van Ryn M, Weeks JC, Mack JW, Keating NL.  The role of families in decisions regarding cancer treatments.  Cancer. 2015 Apr 1;121(7):1079-87. doi: 10.1002/cncr.29064. PMID: 25708952; PMCID: PMC4368490.

93. Frank MB, Hsu J, **Landrum MB**, Chernew ME.  The impact of a tiered network on hospital choice. Health Serv Res. 2015 Oct;50(5):1628-48. doi: 10.1111/1475-6773.12291. PMID: 25752219; PMCID: PMC4600365.

94. Kehl KL, **Landrum MB**, Arora NK, Ganz P, van Ryn M, Mack JW, Keating NL. Association of actual and preferred decision roles with patient-reported quality of care: Shared decision Making in cancer care. JAMA Oncol. 2015 Apr;1(1):50-8. doi: 10.1001/jamaoncol.2014.112. PMID: 26182303; PMCID: PMC4937185.

95. Chien AT, Kuhlthau KA, Toomey SL, Quinn JA, Houtrow AJ, Kuo DZ, Okumura MJ, Van Cleave JM, Johnson CK, Mahoney LL, Martin J, **Landrum MB**, Schuster MA. Development of the

Children with Disabilities Algorithm. Pediatrics. 2015 Oct;136(4):e871-8. doi: 10.1542/peds.2015-0228. PMID: 26416938.

96. Fung V, Price M, Busch AB, **Landrum MB**, Fireman B, Nierenberg AA, Newhouse JP, Hsu J. The introduction of generic risperidone in Medicare Part D.  Am J Manag Care. 2016 Jan;22(1):41-8. PMID: 26799124; PMCID: PMC4915110.

97. Wright AA, Keating NL, Ayanian JZ, Chrischilles EA, Kahn KL, Ritchis DC, Weeks JC, Earle CC, **Landrum MB**.  Family perspectives on aggressive cancer care near the end of life.  JAMA. 2016 Jan 19;315(3):284-92. doi: 10.1001/jama.2015.18604. PMID: 26784776; PMCID: PMC4919118.

98. Rosenthal MB, **Landrum MB**, Robbins JA, Schneider EC.  Pay for performance in Medicaid: Evidence from three natural experiments.  Health Serv Res. 2016 Aug;51(4):1444-66. doi: 10.1111/1475-6773.12426. PMID: 26708000; PMCID: PMC4946046.

99. Tisanado D, Malin J, Kahn K, **Landrum MB,** Fletcher R, Klabunde C, Clauser S, Rogers SO, Keating NL.  Variations in oncologist recommendations for chemotherapy for stage IV lung cancer:  What is the role of performance status? J Oncol Pract. 2016 Jul;12(7):653-62. doi: 10.1200/JOP.2015.008425. PMID: 27271507; PMCID: PMC4957251.

100. Keating NL, **Landrum MB**, Huskamp HA, Kouri EM, Prigerson HG, Schrag D, Maciejewski PK, Hornbrook MC, Haggstrom DA.  Dartmouth atlas area-level estimates of end-of-life expenditures: how well do they reflect expenditures for prospectively identified advanced lung cancer patients? Health Serv Res. 2016 Aug;51(4):1584-94. doi: 10.1111/1475-6773.12440. PMID: 26799913; PMCID: PMC4946029.

101. McKellar MR, **Landrum MB**, Gibson TB, Landon BE, Fendrick AM, Chernew ME.  Geographic variation in quality of care for commercially insured patients.  Health Serv Res. 2017 Apr;52(2):849-862. doi: 10.1111/1475-6773.12501. PMID: 27140721; PMCID: PMC5346491.

102. Jena AB, Huang J, Fireman B, Fung V, Gazelle S, **Landrum MB**, Chernew ME, Newhouse JP, Hsu J.  Screening mammography for free:  impact of eliminating cost sharing on cancer screening rates.  Health Serv Res. 2017 Feb;52(1):191-206. doi: 10.1111/1475-6773.12486. PMID: 26990550; PMCID: PMC5264125.

103. Chien AT, Kuhlthau KA, Toomey SL, Quinn JA, Okumura MJ, Huo DZ, Houtrow AJ, Cleave JV, **Landrum MB**, Janj J, Jammey I, Furdyna MJ, Schuster MA. Quality of primary care for children with disabilities enrolled in Medicaid.  Acad Pediatr. 2017 May-Jun;17(4):443-449. doi: 10.1016/j.acap.2016.10.015. PMID: 28286057

104. Sinaiko AD, **Landrum MB**, Meyers DJ, Alidina S, Maeng DD, Friedberg MW, Kern LM, Edwards AM, Flieger SP, Houck PR, Peele P, Reid RJ, McGraves-Lloyd K, Finison K, Rosenthal MB.  Synthesis of research on patient-centered medical homes brings systematic differences into relief.  Health Aff (Millwood). 2017 Mar 1;36(3):500-508. doi: 10.1377/hlthaff.2016.1235. PMID: 28264952; PMCID: PMC5555150.

105. Afendulis CC, Hatfield LA, Landon BE, Gruber J, **Landrum MB**, Mechanic RE, Zinner DE, Chernew ME.  Early impact of CareFirst's patient-centered medical home with strong financial incentives. Health Aff (Millwood). 2017 Mar 1;36(3):468-475. doi: 10.1377/hlthaff.2016.1321. PMID: 28264948.

106. Sinaiko AD, **Landrum MB**, Chernew ME. Enrollment in a health plan with a tiered provider network decreased medical spending by 5 percent.  Health Aff (Millwood). 2017 May 1;36(5):870-875. doi: 10.1377/hlthaff.2016.1087. PMID: 28461354.

107. Bergquist SL, Brooks GA, Keating NL, **Landrum MB**, Rose S. Classifying lung cancer severity with ensemble machine learning in health care claims data. Proc Mach Learn Res. 2017 Aug;68:25-38. PMID: 30542673; PMCID: PMC6287925.

108. Rokicki S, Cohen J, Fink G, Salomon JA, **Landrum MB**.  Inference with difference-in-differences with a small number of groups:  A review, simulation study, and empirical application using SHARE data.  Med Care. 2018 Jan;56(1):97-105. doi: 10.1097/MLR.0000000000000830. PMID: 29112050.

109. Chernew ME, **Landrum MB**.  Targeted supplemental data collection – Addressing the quality-measurement conundrum.  N Engl J Med. 2018 Mar 15;378(11):979-981. doi: 10.1056/NEJMp1713834. PMID: 29539286

110. Keating NL, Huskamp HA, Kouri E, Schrag D, Hornbrook MC, Haggstrom DA, **Landrum MB**. Factors contributing to geographic variation in end-of-life expenditures for cancer patients. Health Aff (Millwood). 2018 Jul;37(7):1136-1143. doi: 10.1377/hlthaff.2018.0015. PMID: 29985699; PMCID: PMC6059805.

111. McDowell A, Nguyen CA, Chernew ME, Tran KN, McWilliams JM, Landon BE, **Landrum MB.** Comparison of approaches for aggregating quality measures in population-based payment models. Health Serv Res. 2018 Dec;53(6):4477-4490. doi: 10.1111/1475-6773.13031. PMID: 30136284; PMCID: PMC6232509.

112. Sinaiko AD, Chien AT, Hasset MJ, Kakani P, Rodin D, Meyers DJ, Fraile B, Rosenthal MB, **Landrum MB.**  What drives variation in spending for breast cancer patients within geographic regions?  Health Serv Res. 2019 Feb;54(1):97-105. doi: 10.1111/1475-6773.13068. PMID: 30318592; PMCID: PMC6338302.

113. Nguyen CA, Gilstrap LG, Chernew ME, McWilliams JM, Landon BE, **Landrum MB**. Social risk adjustment of quality measures for diabetes and cardiovascular disease in a commercially insured US population.  JAMA Netw Open. 2019 Mar 1;2(3):e190838. doi: 10.1001/jamanetworkopen.2019.0838. Erratum in: JAMA Netw Open. 2019 May 3;2(5):e194723. PMID: 30924891; PMCID: PMC6450315.

114. Newhouse JP, **Landrum MB**, Price M, McWilliams JM, Hsu J, McGuire TG.  The comparative advantage of Medicare Advantage.  Am J Health Econ. 2019 Spring;5(2):281-301. PMID: 31032383; PMCID: PMC6481953.

115. Brooks GA, Bergquist SL, **Landrum MB**, Rose S, Keating NL.  Classifying stage IV lung cancer from health care claims: A comparison of multiple analytic approaches.  JCO Clin Cancer Inform. 2019 May;3:1-19. doi: 10.1200/CCI.18.00156. PMID: 31070985; PMCID: PMC6873980

116. Brooks GA, Jhatakia S, Tripp A, **Landrum MB,** Christian TJ, Newes-Adeyi G, Cafardi S, Hassol A, Simon C, Keating NL.  Early findings from the Oncology Care Model evaluation.  J Oncol Pract. 2019 Oct;15(10):e888-e896. doi: 10.1200/JOP.19.00265. PMID: 31393807.

117. Gilstrap LG, Chernew ME, Nguyen CA, Alam S, Bai B, McWilliams JM, Landon BE, **Landrum MB**. Association between clinical practice group adherence to quality measures and adverse outcomes among adult patients with diabetes. JAMA Netw Open. 2019 Aug 2;2(8):e199139. doi: 10.1001/jamanetworkopen.2019.9139. PMID: 31411713; PMCID: PMC6694385.

118. Gondi S, Wright AA, **Landrum MB**, Zubizarreta J, Chernew ME, Keating NL. Multimodality cancer care and implications for episode-based payments in cancer. Am J Manag Care. 2019 Nov;25(11):537-538. PMID: 31747230.

119. Kyle MA, McWilliams JM, **Landrum MB**, Landon BE, Trompke P, Nyweide DJ, Chernew ME. Spending variation among ACOs in the Medicare Shared Savings Program. Am J Manag Care. 2020 Apr;26(4):170-175. doi: 10.37765/ajmc.2020.42834. PMID: 32270984.

120. Rodin D, Chien AT, Ellimoottil C, Nguyen PL, Kakani P, Mossanen M, **Landrum MB**, Sinaiko AD. Physician and facility drivers of spending variation in locoregional prostate cancer. Cancer. 2020 Apr 15;126(8):1622-1631. doi: 10.1002/cncr.32719. PMID: 31977081.

121. Yang J, **Landrum MB**, Zhou L, Busch AB. Disparities in outpatient visits for mental health and/or substance use disorders during the COVID surge and parital reopening in Massachusetts. Gen Hosp Psychiatry. 2020 Nov-Dec;67:100-106. doi: 10.1016/j.genhosppsych.2020.09.004. PMID: 33091782; PMCID: PMC7550185.

122. Christian TJ, Hassol A, Brooks GA, Gu Q, Kim S, **Landrum MB**, Keating NL. How do claims-based measures of end-of-life care compare to family ratings of care quality? J Am Geriatr Soc. 2021 Apr;69(4):900-907. doi: 10.1111/jgs.16905. PMID: 33165965.

123. Gondi S, Wright AA, **Landrum MB**, Meneades L, Zubizarreta J, Chernew ME, Keating NL. Assessment of patient attribution to care from medical oncologists, surgeons, or radiation oncologists after newly diagnosed cancer. JAMA Netw Open. 2021 May 3;4(5):e218055. doi: 10.1001/jamanetworkopen.2021.8055. PMID: 33970260; PMCID: PMC8111479.

124. Nguyen CA, Gilstrap LG, Chernew ME, McWilliams JM, Landon BE, **Landrum MB**. Using consistently low performance to identify low-quality physician groups. JAMA Netw Open. 2021 Jul 1;4(7):e2117954. doi: 10.1001/jamanetworkopen.2021.17954. PMID: 34319356; PMCID: PMC8319756.

125. Keating NL, Cleveland JLF, Wright AA, Brooks GA, Meneades L, Riedel L, Zubizarreta JR, **Landrum MB**. Evaluation of reliability and correlations of quality measures in cancer care. JAMA Netw Open. 2021 Mar 1;4(3):e212474. doi: 10.1001/jamanetworkopen.2021.2474. PMID: 33749769; PMCID: PMC7985722.

126. Keating NL, Jhatakia S, Brooks GA, Tripp AS, Cintina I, **Landrum MB**, Zheng Q, Christian TJ, Glass R, Hsu VD, Kummet CM, Woodman S, Simon C, Hassol A. Oncology Care Model evaluation team. Association of participation in the Oncology Care Model with Medicare payments, utilization, care delivery, and quality outcomes. JAMA. 2021 Nov 9;326(18):1829-1839. doi: 10.1001/jama.2021.17642. PMID: 34751709; PMCID: PMC8579232.

127. Chernew ME, Carichner J, Impreso J, McWilliams JM, McGuire TG, Alam S, Landon BE, **Landrum MB**. Coding-driven changes in measured risk in accountable care organizations. Health Aff (Millwood). 2021 Dec;40(12):1909-1917. doi: 10.1377/hlthaff.2021.00361. PMID: 34871077.

128. Keating NL, Brooks GA, **Landrum MB**, Liu PH, Wolf R, Riedel LE, Kapadia NS, Jhatakia S, Tripp A, Simon C, Hsu VD, Kummett CM, Hassol A. The Oncology Care Model and adherence to oral cancer drugs: a difference-in-differences analysis. J Natl Cancer Inst. 2022 Jun 13;114(6):871-877. doi: 10.1093/jnci/djac026. PMID: 35134972; PMCID: PMC9194623.

129. Kapadia NS, Brooks GA, **Landrum MB**, Riedel L, Liu PH, Hassol A, Tripp AS, Jhatakia S, Kummet CM, Keating NL. Association of the Oncology Care Model with value-based changes in use of radiation therapy. Int J Radiat Oncol Biol Phys. 2022 Sep 1;114(1):39-46. doi: 10.1016/j.ijrobp.2022.01.044. PMID: 35150787.

130. Brooks GA, **Landrum MB**, Kapadia NS, Liu PH, Wolf R, Riedel LE, Hsu VD, Parekh SJ, Simon C, Hassol A, Keating NL. Impact of the Oncology Care Model on use of supportive care medications during cancer treatment. J Clin Oncol. 2022 Jun 1;40(16):1763-1771. doi: 10.1200/JCO.21.02342. PMID: 35213212.

131. Keating NL, **Landrum** MB, Samuel-Ryals C, Sinaiko AD, Wright AA, Brooks GA, Bai B, Zaslavsky AM. Measuring racial inequities in the quality of care across oncology practices in the US. Health Aff (Millwood). 2022 Apr;41(4):598-606. doi: 10.1377/hlthaff.2021.01594. PMID: 35377762.

132. Bergquist S, Brooks GA, **Landrum MB**, Keating NL, Rose S. Uncertainty in lung cancer stage for survival estimation via set-valued classification. Stat Med. 2022 Aug 30;41(19):3772-3788. doi: 10.1002/sim.9448. PMID: 35675972; PMCID: PMC9540678.

133. Cham S, **Landrum MB**, Keating NL, Armstrong J, Wright AA. Use of Germline BRCA testing in patients with ovarian cancer and commercial insurance. JAMA Netw Open. 2022 Jan 4;5(1):e2142703. doi: 10.1001/jamanetworkopen.2021.42703. PMID: 35015069; PMCID: PMC8753497.

134. Enzinger AC, Ghosh K, Keating NL, Cutler DM, **Landrum MB**, Wright AA. US trends in opioid access among patients with poor prognosis cancer near the end-of-life. J Clin Oncol. 2021 Sep 10;39(26):2948-2958. doi: 10.1200/JCO.21.00476. PMID: 34292766; PMCID: PMC8425843.

135. Carroll CE, **Landrum MB**, Wright AA, Keating NL. Adoption of innovative therapies across oncology practices-Evidence from immunotherapy. JAMA Oncol. 2023 Mar 1;9(3):324-333. doi: 10.1001/jamaoncol.2022.6296. PMID: 36602811; PMCID: PMC9857528.

136. Enzinger AC, Ghosh K, Keating NL, Cutler DM, Clark CR, Florez N, **Landrum MB**, Wright AA. Racial and ethnic disparities in opioid access and urine drug screening among older patients with poor-prognosis cancer near the end of life. J Clin Oncol. 2023 May 10;41(14):2511-2522. doi: 10.1200/JCO.22.01413. PMID: 36626695; PMCID: PMC10414726.

137. Beaulieu ND, Chernew ME, McWilliams JM, **Landrum MB**, Dalton M, Gu AY, Briskin M, Wu R, El Amrani El Idrissi Z, Machado H, Hicks AL, Cutler DM. Organization and performance of

the US health system. JAMA. 2023 Jan 24;329(4):325-335. doi: 10.1001/jama.2022.24032. PMID: 36692555.

138. Roberts TJ, Kehl KL, Brooks GA, Sholl L, Wright AA, **Landrum MB**, Keating NL. Practice-level variation in molecular testing and use of targeted therapy for patients with non-small cell lung cancer and colorectal cancer. JAMA Netw Open. 2023 Apr 3;6(4):e2310809. doi: 10.1001/jamanetworkopen.2023.10809. PMID: 37115543; PMCID: PMC10148196.

139. Wisk LE, Garvey KC, Fu C, **Landrum MB**, Beaulieu ND, Chien AT. Diabetes-focused health care utilization among adolescents and young adults with type I diabetes. Acad Pediatr. 2023 May 5:S1876-2859(23)00149-3. doi: 10.1016/j.acap.2023.05.001. PMID: 37148967.

140. Nguyen CA, Beaulieu ND, Wright AA, Cutler DM, Keating NL, **Landrum MB**. Organization of cancer specialists in US physician practices and health systems. J Clin Oncol. 2023 Jun 28:JCO2300626. doi: 10.1200/JCO.23.00626. PMID: 37379501.

141. Chien AT, Wisk LE, Beaulieu N, Houtrow AJ, Van Cleave J, Fu C, Cutler D, **Landrum MB**. Specialist use among privately insured children with disabilities. Health Serv Res. 2023 Jul 17. doi: 10.1111/1475-6773.14199. PMID: 37461185.

142. Landon BE, Lam MB, **Landrum MB**, McWilliams JM, Meneades L, Wright AA, Keating NL. Opportunities for savings in risk arrangements for oncologic care. JAMA Health Forum. 2023 Sep 1;4(9):e233124. doi: 10.1001/jamahealthforum.2023.3124. PMID: 37713209; PMCID: PMC10504611.

143. McWilliams JM, Weinreb G, **Landrum MB**, Chernew ME . Use of patient health survey data for risk adjustment to limit distortionary coding incentives in Medicare. Health Aff (Millwood). 2025 Jan;44(1):48-57. doi: 10.1377/hlthaff.2023.01351. PMID: 39761451

144. Kakani P, Navangul S, Lee Luo C, Tormohlen KN, Kanter GP, **Landrum MB**, Keating NL, Bond AM.  Use of and steering to pharmacies owned by insurers and pharmacy benefit managers in Medicare. JAMA Health Forum. 2025 Jan 3;6(1):e244874. doi: 10.1001/jamahealthforum.2024.4874. PMID: 39792403

145. McMahon MV, Okumura MJ, Toomey SL, Chan CH, D'Ambrosi GR, Gray KP, **Landrum MB**, Meara E, Chien AT. Insurance gaps at age-19 and age-26 health insurance eligibility thresholds by childhood-onset condition severity, Colorado 2014-2018. Health Serv Res. 2025 Jan 12:e14432. doi: 10.1111/1475-6773.14432. Online ahead of print. PMID: 39800925

**Non-peer reviewed scientific or medical publications/materials in print or other media**

**Reviews, Chapters, Monographs, and Editorials**
1. **Landrum MB**, Normand SL. Developing and applying medical practice guidelines following acute myocardial infarction: A case study using Bayesian probit and logit models. In: Generalized Linear Model: A Bayesian Perspective.  New York: Marcel Dekker;2000. p. 36-52. (Dey DK, Ghosh SK, Mallick BK, eds.)

2. Cutler DM, **Landrum MB**, Stewart, KA. Intensive medical care and cardiovascular disease disability reductions. In: Health in Older Ages: The Causes and Consequences of Declining Disability Among the Elderly. Chicago IL: University of Chicago;2007. (Wise DA, Cutler DM, eds.)

3. **Landrum MB**, Stewart KA, Cutler DM. Heterogeneity in the clinical pathways to disability. In: Health in Older Ages: The Causes and Consequences of Declining Disability Among the Elderly. Chicago IL: University of Chicago;2007. (Wise DA, Cutler DM, eds.)

4. Cutler DM, **Landrum MB**, Stewart, KA. How do the better educated do it? Socioeconomic status and the ability to cope with underlying impairment.  In: Developments in the Economics of Aging. Chicago, IL: University of Chicago;2007. (Wise, DA ed.)

5. Cutler DM, **Landrum MB**.  Dimensions of health in the elderly population.  In: Investigations in the Economics of Aging. Chicago, IL: University of Chicago; forthcoming. (Wise, DA ed.)

**Proceedings of meetings**

1. Cutler DM, Huckman RS, **Landrum MB**. The role of information in medical markets: An analysis of publicly reported outcomes in cardiac surgery. In: Papers and Proceedings; American Economic Review; 2004. p. 342-346.

2. Li, F, Zaslavsky, A, **Landrum, MB**. Propensity score analysis with hierarchical data. In: Proceedings of the Joint Statistical Meetings; Alexandria, VA: American Statistical Association;2007.

**Recent Expert Testimony in Past 4 Years**

*In United States of America and New York State ex. Rel. Mark A. Favors, Plaintiff, v. Qin Medical P.C. and Dr. Feng Qin, M.D., Defendants,* United States District Court Southern District of New York, No.16 Civ. 4647.

*United States of America ex rel. Uri Bassan et al v. Omnicare Inc.*, United States District Court SouthernDistrict of New York, No. 1:15-cv- 4179.