# Declaration of Rebbecca Reed-Arthurs (Filed Under Seal)

# EXHIBIT A
# (Filed Under Seal)

# EXHIBIT B
# (Filed Under Seal)

# EXHIBIT C
# (Filed Under Seal)

# EXHIBIT D
# (Filed Under Seal)