Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth Labson Freeman |

1. Pursuant to Civil Local Rules 7-11, 79-5(c) and 79-5(f), Plaintiffs hereby move the Court to consider whether certain portions of Plaintiffs' opposition to Defendants Google LLC's and Alphabet Inc.'s ("Google") Motion for Summary Judgment and the following materials filed as Exhibits to the Declaration of Erin Green Comite in connection with Plaintiffs' opposition to should be sealed:

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| Portions of Plaintiffs' Opposition to Google's Motion for Summary Judgment | Certain portions at pages 3-8, 11-17, 19-22, 25. Contains references to "Confidential" information pursuant to the Protective Order. |
| Portions of Declaration of Dr. Mary Beth Landrum filed in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 6:** GOOG-ASST-02989251 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 7:** GOOG-ASST-00256167 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 8:** GOOG-ASST-03044348 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 9:** GOOG-ASST-00217138 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 10:** GOOG-ASST-00035776 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 11:** GOOG-ASST-00213485 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 12:** GOOG-ASST-00240063 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 13:** GOOG-ASST-03044507 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 14:** GOOG-ASST-03026522 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 16:** GOOG-ASST-03045688 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 17:** GOOG-ASST-00027319 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 18:** GOOG-ASST-03047418 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 19:** GOOG-ASST-03044728 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 20:** GOOG-ASST-00221071 | Contains references to "Confidential" information pursuant to the Protective Order. |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    CASE NO. 19-cv-04286-BLF-SVK

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| **Exhibit 21:** GOOG-ASST-00227579 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 22:** GOOG-ASST-03040755 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 23:** GOOG-ASST-03041788 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 24:** GOOG-ASST-03045632 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 25:** GOOG-ASST-00026645 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 26:** GOOG-ASST-00032089 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 27:** GOOG-ASST-03045589 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 28:** GOOG-ASST-03045605 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 29:** GOOG-ASST-0035810 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 30:** GOOG-ASST-02986841 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 31:** GOOG-ASST-00225700 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 32:** GOOG-ASST-02981845 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 33:** GOOG-ASST-02997124 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 34:** GOOG-ASST-02990091 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 35:** GOOG-ASST-00231856 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 36:** GOOG-ASST-00004768 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 37:** GOOG-ASST-00004907 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 38:** GOOG-ASST-03040456 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 39:** GOOG-ASST-03042934 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 40:** GOOG-ASST-00001883 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 41:** GOOG-ASST-00040926 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 42:** GOOG-ASST-00227879 | Contains references to "Confidential" information pursuant to the Protective Order. |

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| **Exhibit 43:** excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 44:** excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 45:** excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 46:** excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 48:** excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 49:** excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 50:** GOOG-ASST-00027643 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 51:** GOOG-ASST-00010672 | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 52:** GOOG-ASST-00010035 | Contains references to "Confidential" information pursuant to the Protective Order. |

2.  Plaintiffs further move the Court to consider whether certain portions of the following materials filed in connection with their opposition to Google's Motion for Summary Judgment should be sealed:

| Document | Basis for Redacting/Sealing Portion of Document |
|---|---|
| Declaration of Rebbecca Reed-Arthurs ("Reed-Arthurs Decl."), Ph.D. dated March 28, 2025, in support of Plaintiffs' opposition to Google's Motion for Summary Judgment | Contains references to "Confidential" information pursuant to the Protective Order. |
| Ex. A to Reed-Arthurs Decl. | Contains references to "Confidential" information pursuant to the Protective Order. |
| Ex. B to Reed-Arthurs Decl. | Contains references to "Confidential" information pursuant to the Protective Order. |
| Ex. C to Reed-Arthurs Decl. | Contains references to "Confidential" information pursuant to the Protective Order. |
| Ex. D to Reed-Arthurs Decl. | Contains references to "Confidential" information pursuant to the Protective Order. |

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                CASE NO. 19-cv-04286-BLF-SVK

1  3. This motion is supported by the Declaration of Erin Green Comite in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rules 7-11, 79-5(c) and 79-5(f) (MacLean Decl.), dated March 28, 2025. *See* Civ. L. R. 79-5(c)(2) (stating that an administrative motion to seal must include "evidentiary support from declarations where necessary").

4. To satisfy the standard for confidential treatment, the designated materials must be "information . . . or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c)." Protective Order, §2.2. To satisfy the standard for Highly Confidential treatment, the designated materials must be "extremely sensitive 'Confidential Information or Items', disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means. Protective Order §2.8.

5. As set forth in the Comite Decl., the documents sought to be filed under seal or partially redacted contain material designated by Google pursuant to the Protective Order as "Confidential" or "Highly Confidential." *See* Comite Decl., ¶4.

6. Additionally, the Declaration of Dr. Reed-Arthurs and Exhibits thereto contain proprietary analysis and study design and survey results, which Plaintiff has designated "Confidential," as well as incorporating substantial material that Google has designated "Confidential" or "Highly Confidential." *See* Comite Decl. ¶ 5.

7. Pursuant to Civil Local Rule 79-5(f), it is the designating party's burden to provide the reasons for keeping the designated documents under seal by submitting a statement and/or declaration within seven days of this motion's filing. Plaintiffs take no position on whether the material referenced in ¶1 of this Motion should remain under seal.

8. Because Civil Local Rule 79-5(c) prohibits the sealing of a document by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civ. L.R. 7-11(a) (requiring explanation of lack of stipulation).

Dated: March 28, 2025

s/ Erin Green Comite
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    CASE NO. 19-cv-04286-BLF-SVK

|   |   |
|---|---|
| 1 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 South Main Street |
| 2 | P.O. Box 192<br>Colchester, CT 06415 |
| 3 | Telephone: (860) 537-5537<br>ecomite@scott-scott.com |
| 4 | arusi@scott-scott.com |
| 5 | Vincent Briganti (*pro hac vice*)<br>Christian Levis (*pro hac vice*) |
| 6 | Margaret MacLean (*pro hac vice*)<br>Andrea Farah (*pro hac vice*) |
| 7 | **LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100 |
| 8 | White Plains, NY 10601<br>Telephone: (914) 997-0500 |
| 9 | vbriganti@lowey.com<br>clevis@lowey.com |
| 10 | mmaclean@lowey.com<br>afarah@lowey.com |
| 11 | Joseph P. Guglielmo (*pro hac vice*) |
| 12 | Anjori Mitra (*pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 13 | The Helmsley Building<br>230 Park Avenue, 17th Floor |
| 14 | New York, NY 10169-1820<br>Telephone: (212) 223-6444 |
| 15 | jguglielmo@scott-scott.com |
| 16 | Mark N. Todzo (Bar No. 168389)<br>Patrick Carey (Bar No. 308623) |
| 17 | **LEXINGTON LAW GROUP**<br>503 Divisadero Street |
| 18 | San Francisco, CA 94117<br>Telephone: (415) 913-7800 |
| 19 | mtodzo@lexlawgroup.com<br>pcarey@lexlawgroup.com |
| 20 | *Attorneys for Plaintiffs* |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

5

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                         CASE NO. 19-cv-04286-BLF-SVK