1  Erin Green Comite (*pro hac vice*)
   Anja Rusi (*pro hac vice*)
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   156 South Main Street
3  P.O. Box 192
   Colchester, CT 06415
4  Telephone: (860) 537-5537
   ecomite@scott-scott.com
5  arusi@scott-scott.com

6  *Attorneys for Plaintiffs*

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**DECLARATION OF ERIN GREEN COMITE ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth Labson Freeman |
|---|---|

1    Pursuant to 28 U.S.C. §1746, I, ERIN GREEN COMITE, declare as follows:

2    1. I am an attorney duly licensed to practice before all the courts of the State of
3    Connecticut. I am admitted *pro hac vice* before this Court in the above-referenced matter. I am a
4    partner at the law firm Scott+Scott Attorneys at Law LLP, and counsel of record for Plaintiffs Asif
5    Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and
6    Eleeanna Galvan ("Plaintiffs"). I have personal knowledge of the facts set forth herein and, if
7    called upon as a witness, I could testify competently under oath thereto.

8    2. I submit this Declaration in support of Plaintiffs' Administrative Motion to
9    Consider Whether Another Party's Material Should Be Sealed (Civ. L.R. 79-5(f)) (the "Motion to
10   Seal").

11   3. On August 24, 2020, the Court approved a Stipulated Protective Order in this matter
12   (ECF No. 104) (the "Protective Order"). Section 12.5 of the Protective Order requires that "a Party
13   may not file in the public record in this action any Protected Material. A Party that seeks to file
14   under seal any Protected Material must comply with Civil Local Rule 79-5." Protected Material
15   includes "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL,' or as
16   'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.'"

17   4. Pursuant to the Protective Order and Civil Local Rule 79-5(f), Plaintiffs
18   conditionally filed under seal certain portions of their opposition to Defendants Google LLC's and
19   Alphabet Inc.'s ("Google") Motion for Summary Judgment and certain materials attached to the
20   Declaration of Erin Green Comite in support of Plaintiffs' ("Comite Decl."), which Google has
21   designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
22   ONLY" pursuant to the Protective Order, as set forth in the Motion to Seal.

23   5. Similarly, Plaintiffs conditionally file under seal the Declaration of Rebbecca Reed-
24   Arthurs, Ph.D. and Exhibits thereto, which contain Dr. Reed-Arthurs proprietary analysis and
25   study design and survey results, which Plaintiff has designated "CONFIDENTIAL," as well as
26   incorporate substantial material that Google has designated "CONFIDENTIAL" or "HIGHLY
27   CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order, as set forth

28

1  in the Motion to Seal.

2      6.    Plaintiffs take no position on whether the materials referenced in ¶ 4 of this
3  declaration should remain under seal.

4      ***

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. Executed this 28th day of March, 2025 in Colchester, Connecticut.

          *s/* Erin Green Comite
          Erin Green Comite