UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**ORDER STRIKING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH STANDING ORDERS**<br><br>[Re: ECF No. 501] |
|---|---|

Plaintiffs have submitted an Opposition to Defendants' Motion for Summary Judgment that fails to comply with this Court's standing orders because it contains footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F.. The Opposition to Defendants' Motion for Summary Judgment is hereby STRICKEN. Plaintiffs SHALL refile a compliant document no later than April 4, 2025.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
BETH LABSON FREEMAN
United States District Judge