# EXHIBIT 4

Promise Two: Google will only share personal information after obtaining "consent" and under "external processing"- Sharing Promise

| Pre-May 25, 2018 [No mention of "analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies"] ||
|---|---|
| Privacy Policy | Relevant Language |
| March 25, 2016 | <u>**We do not share personal information**</u> with companies, organizations and individuals outside of Google unless one of the following circumstances applies:<br><br>**With your consent**<br>We will share personal information with companies, organizations or individuals outside of Google <u>**when we have your consent to do so**</u>. We require opt-in consent for the sharing of any sensitive personal information.<br><br>**For external processing**<br>We provide personal information to our affiliates[1] or other <u>**trusted businesses**</u> or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. |
| June 28, 2016 | No change in above language |
| August 29, 2016 | No change in above language |
| March 1, 2017 | No change in above language |
| April 17, 2017 | No change in above language |
| October 2, 2017 | No change in above language |
| December 18, 2017 | No change in above language |
| May 25, 2018-July 1, 2021 [slight change in language] ||
| May 25, 2018 | <u>**We do not share your personal information**</u> with companies, organizations, or individuals outside of Google except in the following cases:<br><br>**With your consent**<br><u>**We'll share personal information outside of Google when we have your consent**</u>. For example, if you use Google Home to request a ride from a ride-sharing service, <u>**we'll get your permission before sharing your address with that service**</u>. We'll ask for your explicit consent to share any sensitive personal information.<br><br>**For external processing**<br>We provide personal information to our affiliates and other <u>**trusted businesses**</u> or persons to process it for us, based on our instructions |

---

[1] Defined as "An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU."

| | |
|---|---|
| | and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support. |
| January 22, 2019 | Minor changes in the consent exception:<br><br>***We'll share personal information outside of Google when we have your consent***. For example, if you use Google Home to make a reservation through a booking service, ***we'll get your permission before sharing your name or phone number with the restaurant***. ***We'll ask for your explicit consent to share any sensitive personal information***. |
| October 15, 2019 | No change in above language |
| December 19, 2019 | No change in above language |
| March 31, 2020 | No change in above language |
| July 1, 2020 | No change in above language |
| August 28, 2020 | No change in above language |
| September 30, 2020 | No change in above language |
| February 4, 2021 | No change in above language |
| July 1, 2021 | No change in above language |
| colspan=2: February 10, 2022 to December 16, 2022 [added to "analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies" under external processing] |
| February 10, 2022 | <u>**We do not share your personal information**</u> with companies, organizations, or individuals outside of Google except in the following cases:<br><br>**With your consent**<br><u>**We'll share personal information outside of Google when we have your consent**</u>. For example, if you use Google Home to make a reservation through a booking service, <u>**we'll get your permission before sharing your name or phone number with the restaurant**</u>. We'll ask for your explicit consent to share any sensitive personal information.<br><br>**For external processing**<br>We provide personal information to our affiliates and other <u>**trusted businesses**</u> or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help operate our data centers, deliver our products and services, improve our internal business processes, and offer additional support to customers and users. ***We also use service providers to help review YouTube video content for public safety and analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies.*** |

| | |
|---|---|
| October 4, 2022 | Minor changes in consent exception:<br><br>We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We also provide you with controls to review and manage third party apps and sites you have given access to data in your Google Account. We'll ask for your explicit consent to share any sensitive personal information. |
| December 15, 2022 | No change in the above language |