# EXHIBIT 47

```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                         SAN JOSE DIVISION
4
5    IN RE GOOGLE ASSISTANT PRIVACY      )
6    LITIGATION,                         )
7                                        ) CASE NO.
8                                        ) 5:19-cv-04286-BLF
9    _____)
10
11
12       -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --
13
14             REMOTE DEPOSITION OF ASIF KUMANDAN
15                        August 4, 2022
16                          --ooOoo--
17
18
19
20
21
22
23
24   JOB NO.: 5351412
25   REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423
```

Page 1

| | | |
|---|---|---|
| 1 | BY MS. BALI: | 02:53 |
| 2 | Q    Okay.  Did you look at your credit card | |
| 3 | statement for any record reflecting a purchase of this | |
| 4 | Pixel phone? | |
| 5 | A    I forget if I checked that. | 02:53 |
| 6 | Q    Okay.  Do you have any recollection of how | |
| 7 | much you might have paid for your Pixel phone? | |
| 8 | A    Not an exact number.  I do feel like I recall | |
| 9 | thinking, "Oh, wow, this is a lot of money." | |
| 10 | Q    Okay.  But you don't know how much you paid? | 02:54 |
| 11 | A    I want to say like in like the hundreds but | |
| 12 | like generally when I'm getting a cell phone, like I'm on | |
| 13 | my family plan so like maybe my brother wants a phone or | |
| 14 | my mom, so we've been making some purchases together. | |
| 15 | Q    Okay.  Do you recall whether you were the one | 02:54 |
| 16 | that paid for the device? | |
| 17 | A    I do recall paying for the device, yes. | |
| 18 | Q    Okay.  Was this purchased -- was that -- that | |
| 19 | device purchased along with other devices? | |
| 20 | A    Yes. | 02:54 |
| 21 | Q    Okay.  And did you pay for those other | |
| 22 | devices as well? | |
| 23 | A    No. | |
| 24 | Q    Okay.  Would -- do you know who would have | |
| 25 | paid for those other devices? | 02:55 |

| | | |
|---|---|---|
| 1 | functionality based on your -- you testing it out prior | 03:09 |
| 2 | to -- prior to your purchase? | |
| 3 |     A   In my initial experience with the assistant, | |
| 4 | I did like it. | |
| 5 |     Q   Okay.  And what did you like about it? | 03:09 |
| 6 |     A   It seemed as if it was going to be a useful | |
| 7 | tool that could allow me to use my phone more easily. | |
| 8 |     Q   Okay.  Okay.  Do you think you paid more for | |
| 9 | the Pixel than you otherwise would have because it | |
| 10 | included the assistant? | 03:10 |
| 11 |     A   I think -- and I'm speculating here.  I think | |
| 12 | yes. | |
| 13 |     Q   Okay.  Why do you say that you're | |
| 14 | speculating? | |
| 15 |     A   Because we're going back and trying to | 03:10 |
| 16 | determine motivations that I can't remember exactly what | |
| 17 | spurred the decision. | |
| 18 |     Q   Okay.  So you -- so you can't remember all of | |
| 19 | the factors that played into your decision to purchase | |
| 20 | the phones; is that correct? | 03:10 |
| 21 |     A   Yes. | |
| 22 |     Q   Okay.  Okay.  Do you recall considering | |
| 23 | things like the quality of the camera? | |
| 24 |     A   I think that played a minor factor for me. | |
| 25 |     Q   Okay.  What about the battery life? | 03:11 |

Page 80

| | | |
|---|---|---|
| 1 | Q    Got it.  Okay.  And what it -- what is it | 03:26 |
| 2 | that you're unhappy with it, aside from the -- the | |
| 3 | hardware charging issue we talked about? | |
| 4 | A    Sometimes it appears that there's a memory | |
| 5 | issue with the phone where the memory seems to be filling | 03:26 |
| 6 | up.  And then you know, given different things I've | |
| 7 | learned, the privacy issue has been sort of something in | |
| 8 | the back of my mind so that's a factor.  It seems to be | |
| 9 | running slower now that I've had it for sometime which | |
| 10 | I -- I feel like that's a natural occurrence with phones | 03:26 |
| 11 | but it seems like that's happening pretty quickly here. | |
| 12 | Yeah. | |
| 13 | Q    Okay.  And when you say -- when you say -- I | |
| 14 | think you said, "Given the things I've learned, the | |
| 15 | privacy issue has been sort of something in the back of | 03:27 |
| 16 | my mind," what do you mean by "the things you've | |
| 17 | learned?" | |
| 18 | A    Well, it seems -- I had an expectation or | |
| 19 | understanding that I had -- I had no belief that the | |
| 20 | phone would be recording me without me knowing about it | 03:27 |
| 21 | and without me actively saying -- making a request of | |
| 22 | recording.  It seems to me that's not the case, that | |
| 23 | there at least have been some times where a recording has | |
| 24 | taken place that I -- that I did not initiate and yeah, | |
| 25 | that makes me think differently about the phone. | 03:27 |

```
1    you consented to your phone -- the Google Assistant on         03:38
2    your phone being activated by the hot word?
3           MS. FARAH:  Same objection.
4           THE WITNESS:  I can't recall if I consented to
5    that.  I feel like I generally only consent to the things      03:38
6    that I feel like are necessary to proceed to allow myself
7    to have access and I'm not sure if that was one of the --
8    of those items.  It may have been.  I just don't recall.
9    BY MS. BALI:
10          Q    Okay.  So you can't recall whether or not you      03:39
11   consented to that; is that right?
12          A    Yes.
13          Q    Okay.  Do you know if your phone currently
14   responds if you say the hot word?
15          A    I think I attempted to deactivate this at          03:39
16   some time so my understanding -- I have to check the
17   phone -- was that it would not respond but I know there
18   are multiple ways to activate the phone or activate the
19   assistant.  So I don't know if I prevented every manner
20   of activating the assistant.                                   03:39
21          Q    Okay.  But just speaking about the activating
22   it by saying the hot word right now, do you know if your
23   phone currently -- do you know if the Google Assistant on
24   your phone currently activates if you say the hot word?
25          A    I'm not sure because I think I attempted to        03:40
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | disable that but I don't know if I was successful in that | 03:40 |
| 2 | attempt. | |
| 3 | Q    Okay.  And when did you try to disable that? | |
| 4 | A    Sometime ago.  I forget exactly when. | |
| 5 | Q    Can you provide a rough estimate of when that | 03:40 |
| 6 | was? | |
| 7 | A    Many months ago. | |
| 8 | Q    Like six months ago?  Or a year ago? | |
| 9 | MS. FARAH:  Objection to form. | |
| 10 | THE WITNESS:  Maybe -- maybe a year ago. | 03:40 |
| 11 | BY MS. BALI: | |
| 12 | Q    Okay.  And do you recall what you did to try | |
| 13 | to disable that functionality? | |
| 14 | A    I recall going into the settings and sort of | |
| 15 | playing around with it and trying things out. | 03:40 |
| 16 | Q    Okay.  Anything else beyond what we just | |
| 17 | talked about? | |
| 18 | A    Not that I recall, no. | |
| 19 | Q    Okay.  So you think approximately a year ago | |
| 20 | you went into your settings and tried to disable the hot | 03:41 |
| 21 | word functionality on your Pixel phone? | |
| 22 | MS. FARAH:  Objection.  Form. | |
| 23 | THE WITNESS:  Yes. | |
| 24 | BY MS. BALI: | |
| 25 | Q    That's correct? | 03:41 |

| | | |
|---|---|---|
| 1 | A    I think that depends on how you define | 07:00 |
| 2 | "harm." | |
| 3 | Q    How would you define harm? | |
| 4 | A    Well, in one regard, if you looked at a | |
| 5 | really small scale and -- and you think was I harmed in | 07:00 |
| 6 | that I lost money or my family member or somebody was | |
| 7 | hurt?  No, I -- I didn't have some immediate harm in that | |
| 8 | regard.  But when I think of more grander schemes toward | |
| 9 | harm, I think that -- I believe I had a level of privacy | |
| 10 | in using this device and that sort of trust was broken | 07:00 |
| 11 | and what were to happen with the information?  I don't | |
| 12 | know that I can speak to that.  But I know that it was | |
| 13 | not a good feeling for me and sort of changed the way | |
| 14 | that I view these products. | |
| 15 | Q    When you say you're not sure what -- let me | 07:01 |
| 16 | make sure I got your language right.  When you -- you say | |
| 17 | that you're not sure what -- what were to happen with | |
| 18 | this information?  Did I understand that right?  What did | |
| 19 | you mean by that? | |
| 20 | A    Meaning this recording that was taken without | 07:01 |
| 21 | me knowing it and I imagine it's one of many, many | |
| 22 | recordings taken across whoever it may be, I don't know | |
| 23 | what happens with this information or how it gets used | |
| 24 | but I know that this was not something that I believe | |
| 25 | that I signed up for, yeah. | 07:02 |

```
 1        A    What's this document?  Twenty-nine pages?  So      07:56
 2   yeah, I mean, I -- I feel like I might have seen it in
 3   the past.  You know, I couldn't -- yes.
 4        Q    Do you have a specific memory of reading this
 5   document before?                                              07:57
 6        A    I'm guessing that I had to sign off on it to
 7   proceed, so --
 8        Q    But my question's a little different.  I'm
 9   asking if you have a specific memory of reading this
10   document.                                                     07:57
11        A    As wonderful as the language is in this
12   document, I don't know how memorable it is so I don't
13   know that I have a very specific memory about reviewing
14   this 29-page document.
15        Q    Okay.  Do you see the language that starts          07:57
16   with "your activity?"
17        A    Yes.
18        Q    And do you see where it says, "We collect
19   information about -- about your activity in our services
20   which we use to do things like recommend a YouTube video      07:57
21   you might like.  The activity information we collect may
22   include," and then it includes several bullet points.
23        A    Yes, I see that.
24        Q    Okay.  Do you see the bullet point that says,
25   "Voice and audio information when you use audio               07:58
```

Page 199

```
 1   features?"                                               07:58

 2        A    I see it, yes.

 3        Q    Okay.  What do you understand that to mean?

 4        A    Well, off the bat, "we collect information,"

 5   pretty vague phrasing.  Wouldn't it be like -- especially  07:58

 6   if I feel like you're getting at, we record what you're

 7   doing?  Like we collect information and we record what

 8   you said.  I mean, I feel like one phrasing is much more

 9   specific than another there.  So I mean, I think I get

10   the purpose of why you're showing this to me, if that      07:58

11   is --

12        Q    I'm not asking -- I mean, I'm just asking you

13   a really simple question which is just what do you

14   understand this language to mean?

15        A    We collect your -- we collect the information    07:58

16   about your activity in our services, okay.  We gather

17   information about you and here, we may collect

18   information when you're doing these different activities.

19        Q    Okay.

20        A    I think what -- as I read this, what seems       07:59

21   sort of vague to me is what does that mean, "we collect

22   information?"  I don't know if there's other parts in the

23   document where they specify, "We collect information

24   means when you're using our voice and audio information

25   that means we are recording what you're saying."  So I     07:59
```

Page 200

```
 1    would say that I -- we collect information seems -- yeah,      07:59

 2    I feel like what does "we collect" mean?  That seems kind

 3    of vague to me.

 4        Q    So are you saying you don't know what this

 5    language means?                                                07:59

 6        A    I'm saying I think that the language is -- I

 7    don't think it's very specific.

 8        Q    Okay.  Do you interpret this language to mean

 9    that the Google Assistant will never activate in error?

10        MS. FARAH:  Objection.  Form.                              08:00

11        THE WITNESS:  I -- I don't think of this language

12    as speaking to whether it'll activate, like based on

13    error or not error.  I don't think about that when I look

14    at this passage.

15    BY MS. BALI:                                                   08:00

16        Q    Okay.  Do you -- do you interpret this

17    passage to say that Google will not collect information

18    about your interactions with the assistant unless you

19    intend to activate it?

20        MS. FARAH:  Objection.  Form.                              08:00

21        THE WITNESS:  Could you rephrase that?  That just

22    felt -- there's a lot going on.

23    BY MS. BALI:

24        Q    Yeah, sure.  I'll rephrase it.  Do you

25    interpret this language to constitute a promise that the      08:00
```

| | | |
|---|---|---|
| 1 | Q    Okay.  Did you know, again, that Google | 08:22 |
| 2 | Assistant was listening to you at that time? | |
| 3 |     MS. BALI:  Objection.  Vague.  Lacks foundation. | |
| 4 |     THE WITNESS:  So I was not aware of that, no. | |
| 5 | BY MS. FARAH: | 08:22 |
| 6 | Q    Okay.  And did you know Google Assistant was | |
| 7 | recording those conversations? | |
| 8 | A    I was not aware of that, no. | |
| 9 | Q    Did you know that Google was storing those | |
| 10 | conversations? | 08:22 |
| 11 | A    I was unaware of that. | |
| 12 | Q    Were any of those conversations intended for | |
| 13 | Google? | |
| 14 | A    From what I recall, they were not intended | |
| 15 | for Google. | 08:22 |
| 16 | Q    And what was your expectation as to who were | |
| 17 | the parties to those conversations? | |
| 18 | A    My expectation was only the folks that I was | |
| 19 | speaking directly with at the time. | |
| 20 | Q    Was Google invited to those conversations? | 08:23 |
| 21 |     MS. BALI:  Objection.  Vague.  Lacks foundation. | |
| 22 | BY MS. FARAH: | |
| 23 | Q    You can go ahead and answer. | |
| 24 | A    No, they were not invited to those | |
| 25 | conversations. | 08:23 |

Page 215

| | | |
|---|---|---|
| 1 | Q    And counsel also turned your attention to the | 08:24 |
| 2 | statement, "We don't make any warranties about the | |
| 3 | content or features of the services, including their | |
| 4 | accuracy, reliability, availability." | |
| 5 | Do you see that? | 08:25 |
| 6 | A    Yes. | |
| 7 | Q    Did the statements inform you of the fact | |
| 8 | that Google Assistant could spontaneously trigger when | |
| 9 | you did not intend for it to do that? | |
| 10 | A    No. | 08:25 |
| 11 | Q    And did it -- did this language inform you of | |
| 12 | the fact that Google Assistant would record your | |
| 13 | conversations when you did not intentionally invoke it? | |
| 14 | A    No, this language doesn't speak to that. | |
| 15 | Q    And did this language inform you of the fact | 08:25 |
| 16 | that the recording was stored by Google? | |
| 17 | A    No, that language does not. | |
| 18 | Q    And did it inform you of the fact that Google | |
| 19 | might use those recordings for targeted advertising? | |
| 20 | A    No. | 08:26 |
| 21 | Q    As to the audio recordings that I just asked | |
| 22 | you about, looking at this language, would any of your | |
| 23 | answers to the previous questions change in light of this | |
| 24 | language? | |
| 25 | MS. BALI:  Objection.  Vague.  I don't know what | 08:26 |

Page 217