Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth Labson Freeman |

1. Pursuant to Civil Local Rules 7-11, 79-5(c), and 79-5(f), Plaintiffs hereby submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Plaintiffs respectfully request the Court to consider whether certain materials that Plaintiffs have filed provisionally under seal in support of Plaintiffs' Opposition to Defendants Google LLC's and Alphabet Inc.'s ("Google") Motion for Summary Judgment ("Opposition") and that Google has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order as Modified by the Court, ECF No. 104, should remain under seal.

2. Specifically, Plaintiffs ask the Court to consider whether portions of Plaintiffs' Opposition, the following Exhibits to the Declaration of Erin Green Comite filed in support of Plaintiffs' Opposition, and the Declaration of Dr. Mary Beth Landrum filed in support of Plaintiffs' Opposition should be sealed:

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow highlighted portions at pages 3-8, 11-16, 19-22, 24-25. | Contains references to "Confidential" and "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| Declaration of Dr. Mary Beth Landrum filed in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow highlighted portions | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 6:** GOOG-ASST-02989251 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 7:** GOOG-ASST-00256167 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 8:** GOOG-ASST-03044348 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 9:** GOOG-ASST-00217138 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                CASE NO. 19-cv-04286-BLF-SVK

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
|  |  | Only" information pursuant to the Protective Order. |
| **Exhibit 10:** GOOG-ASST-00035776 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 11:** GOOG-ASST-00213485 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 12:** GOOG-ASST-00240063 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 13:** GOOG-ASST-03044507 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 14:** GOOG-ASST-03026522 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 16:** GOOG-ASST-03045688 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 17:** GOOG-ASST-00027319 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 18:** GOOG-ASST-03047418 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 19:** GOOG-ASST-03044728 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 20:** GOOG-ASST-00221071 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 21:** GOOG-ASST-00227579 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED          CASE NO. 19-cv-04286-BLF-SVK

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| **Exhibit 22:** GOOG-ASST-03040755 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 23:** GOOG-ASST-03041788 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 24:** GOOG-ASST-03045632 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 25:** GOOG-ASST-00026645 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 26:** GOOG-ASST-00032089 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 27:** GOOG-ASST-03045589 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 28:** GOOG-ASST-03045605 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 29:** GOOG-ASST-0035810 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 30:** GOOG-ASST-02986841 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 31:** GOOG-ASST-00225700 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 32:** GOOG-ASST-02981845 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 33:** GOOG-ASST-02997124 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 34:** GOOG-ASST-02990091 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 35:** GOOG-ASST-00231856 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes |

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                     CASE NO. 19-cv-04286-BLF-SVK

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
|  |  | Only" information pursuant to the Protective Order. |
| **Exhibit 36:** GOOG-ASST-00004768 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 37:** GOOG-ASST-00004907 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 38:** GOOG-ASST-03040456 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 39:** GOOG-ASST-03042934 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 40:** GOOG-ASST-00001883 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 41:** GOOG-ASST-00040926 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 42:** GOOG-ASST-00227879 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 43:** excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 44:** excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 45:** excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 46:** excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 48:** excerpts of the deposition transcript of | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes |

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                     CASE NO. 19-cv-04286-BLF-SVK

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| Hailey Crowel, dated July 21, 2022 | | Only" information pursuant to the Protective Order. |
| **Exhibit 49:** excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 50:** GOOG-ASST-00027643 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 51:** GOOG-ASST-00010672 | All, subject to proof provided by Google | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 52:** GOOG-ASST-00010035 | All, subject to proof provided by Google | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |

3.      Plaintiffs further move the Court to consider whether certain portions of the following materials filed in connection with their opposition to Google's Motion for Summary Judgment should be sealed:

| Document | Portion to Seal | Basis for Sealing Document |
|---|---|---|
| Declaration of Rebbecca Reed-Arthurs, Ph.D. ("Reed-Arthurs Declaration") | All and subject to proof provided by Google | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. A to Reed-Arthurs Declaration | All and subject to proof provided by Google | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. B to Reed-Arthurs Declaration | All and subject to proof provided by Google | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. C to Reed-Arthurs Declaration | All and subject to proof provided by Google | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. D to Reed-Arthurs Declaration | All and subject to proof provided by Google | Contains references to "Highly Confidential" information pursuant to the Protective Order. |

4.      This motion is supported by the Declaration of Erin Green Comite in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Local Rules 7-11, 79-5(c), and 79-5(f) ("Comite Decl."), dated April 2, 2025. *See* Civ. L. R. 79-5(c)(2) (stating that an administrative motion to seal must include "evidentiary support

5

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    CASE NO. 19-cv-04286-BLF-SVK

1  from declarations where necessary").

2  5. To satisfy the standard for confidential treatment, the designated materials must be
3  "information . . . or tangible things that qualify for protection under Federal Rule of Civil Procedure
4  26(c)." Protective Order, §2.2. To satisfy the standard for Highly Confidential treatment, the
5  designated materials must be "extremely sensitive 'Confidential Information or Items', disclosure
6  of which to another Party or Non-Party would create a substantial risk of serious harm that could
7  not be avoided by less restrictive means. Protective Order §2.8.

8  6. As set forth in the Comite Decl., the documents sought to be filed under seal or
9  partially redacted (*see* ¶ 2, *supra*) contain material designated by Google pursuant to the Protective
10 Order as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." *See* Comite Decl., ¶ 4.
11 Furthermore, Google may consider the documents identified at ¶ 3, *supra*, to be materials that
12 contain "Confidential" or "Highly Confidential" information. *See* Comite Decl., ¶ 5.

13 7. Pursuant to Civil Local Rule 79-5(f), it is the designating party's burden to provide
14 the reasons for keeping the designated documents under seal by submitting a statement and/or
15 declaration within seven days of this motion's filing. Plaintiffs take no position on whether the
16 material referenced in ¶ 2, *supra*, of this Motion should remain under seal.

17 8. Because Civil Local Rule 79-5(c) prohibits the sealing of a document by agreement
18 of the parties, the parties are unable to enter into such a stipulation. *See* Civ. L.R. 7-11(a) (requiring
19 explanation of lack of stipulation).

20 9. "Historically, courts have recognized a 'general right to inspect and copy public
21 records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty.*
22 *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc*., 435
23 U.S. 589, 597 & n.7 (1978)). Consequently, filings that are "more than tangentially related to the
24 merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for*
25 *Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). "In general,
26 compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing
27 court records exist when such court files might . . . become a vehicle for improper purposes, such
28

6
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                                        CASE NO. 19-cv-04286-BLF-SVK

as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Algarin v. Maybelline, LLC*, No. 12CV3000 AJB DHB, 2014 WL 690410, at *2 (S.D. Cal. Feb. 21, 2014) (internal quotation marks omitted). Courts have found that a party has demonstrated compelling reasons warranting sealing where "confidential business material, marketing strategies, product development plans could result in improper use by business competitors seeking to replicate [the company's] business practices and circumvent the time and resources necessary in developing their own practices and strategies." *Id.* at *3.

10.  Compelling reason exists to seal the Reed-Arthurs Declaration and Exhibits A-D thereto (*see* ¶ 3, *supra*) because they contain proprietary analysis, study design, and survey results of Dr. Reed-Arthurs, which Plaintiffs have designated "Highly Confidential," and because the materials also refer to information that reflect confidential and highly sensitive proprietary and commercial information about Google Assistant and Google's operations that Google may consider "Confidential" or "Highly Confidential." *See* Comite Decl., ¶¶ 4-5. The Court previously sealed Dr. Reed-Arthurs' prior declaration in support of class certification. *See* ECF No. 282 at 11 (sealing Ex. 58). *See also Fed. Trade Comm'n v. DirecTV, Inc.*, No. 15CV01129HSGMEJ, 2016 WL 7386133, at *2 (N.D. Cal. Dec. 21, 2016) (sealing expert's survey-related information pertaining to defendant's business).

Dated: April 2, 2025

*s/ Erin Green Comite*
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500

7

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED          CASE NO. 19-cv-04286-BLF-SVK

vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Joseph P. Guglielmo (*pro hac vice*)
Anjori Mitra (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
jguglielmo@scott-scott.com

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*

8

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED        CASE NO. 19-cv-04286-BLF-SVK