Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**DECLARATION OF ERIN GREEN COMITE ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth Labson Freeman |
|---|---|

1    Pursuant to 28 U.S.C. §1746, I, ERIN GREEN COMITE, declare as follows:

2    1.    I am an attorney duly licensed to practice before all the courts of the State of
3    Connecticut. I am admitted *pro hac vice* before this Court in the above-referenced matter. I am a
4    partner at the law firm Scott+Scott Attorneys at Law LLP, and counsel of record for Plaintiffs Asif
5    Kumandan, Melissa Spurr, Melissa Spurr as guardian of B.S., a minor, Lourdes Galvan, and
6    Eleeanna Galvan ("Plaintiffs"). I have personal knowledge of the facts set forth herein and, if
7    called upon as a witness, I could testify competently under oath thereto.

8    2.    I submit this Declaration in support of Plaintiffs' Administrative Motion to
9    Consider Whether Another Party's Material Should Be Sealed (Civ. L.R. 79-5(f)) (the "Motion to
10   Seal").

11   3.    On August 24, 2020, the Court approved a Stipulated Protective Order in this matter
12   (ECF No. 104) (the "Protective Order"). Section 12.5 of the Protective Order requires that "a Party
13   may not file in the public record in this action any Protected Material. A Party that seeks to file
14   under seal any Protected Material must comply with Civil Local Rule 79-5." Protected Material
15   includes "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL,' or as
16   'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.'"

17   4.    Pursuant to the Protective Order and Civil Local Rule 79-5(f), Plaintiffs
18   conditionally filed under seal or partially redacted certain portions of Plaintiffs' Opposition to
19   Defendants Google LLC's and Alphabet Inc.'s ("Google") Motion for Summary Judgment, certain
20   materials attached as Exhibits to the Declaration of Erin Green Comite filed in support of Plaintiffs'
21   Opposition, and the Declaration of Dr. Mary Beth Landrum filed in support of Plaintiffs'
22   Opposition.  These documents contain material that Google has designated as "CONFIDENTIAL"
23   or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order,
24   as set forth in the Motion to Seal.

25   5.    Similarly, Plaintiffs conditionally file under seal the Declaration of Rebbecca Reed-
26   Arthurs, Ph.D. and Exhibits A-D thereto, which contain Dr. Reed-Arthurs proprietary analysis,
27   study design, and survey results, which Plaintiffs have designated "HIGHLY CONFIDENTIAL,"
28

1

DECLARATION OF ERIN GREEN COMITE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                                    CASE NO. 19-cv-04286-BLF-SVK

1  as well as incorporate substantial material that Google may consider "CONFIDENTIAL" or
2  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order,
3  as set forth in the Motion to Seal.
4      6.      Plaintiffs take no position on whether the materials referenced in ¶ 4 of this
5  declaration should remain under seal.

***

7  I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed this 2nd day of April, 2025 in Colchester, Connecticut.

*s/ Erin Green Comite*
Erin Green Comite