Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Docket No.: 19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth Labson Freeman |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rules 7-11 and 79-5(f) and all other papers submitted in response thereto, determines that good cause exists to seal the following documents:

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow highlighted portions at pages 3-8, 11-16, 19-22, 24-25. | Contains references to "Confidential" and "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| Declaration of Dr. Mary Beth Landrum filed in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow highlighted portions | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 6:** GOOG-ASST-02989251 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 7:** GOOG-ASST-00256167 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 8:** GOOG-ASST-03044348 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 9:** GOOG-ASST-00217138 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 10:** GOOG-ASST-00035776 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 11:** GOOG-ASST-00213485 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 12:** GOOG-ASST-00240063 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| **Exhibit 13:** GOOG-ASST-03044507 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 14:** GOOG-ASST-03026522 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 16:** GOOG-ASST-03045688 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 17:** GOOG-ASST-00027319 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 18:** GOOG-ASST-03047418 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 19:** GOOG-ASST-03044728 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 20:** GOOG-ASST-00221071 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 21:** GOOG-ASST-00227579 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 22:** GOOG-ASST-03040755 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 23:** GOOG-ASST-03041788 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 24:** GOOG-ASST-03045632 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 25:** GOOG-ASST-00026645 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 26:** GOOG-ASST-00032089 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| **Exhibit 27:** GOOG-ASST-03045589 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 28:** GOOG-ASST-03045605 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 29:** GOOG-ASST-0035810 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 30:** GOOG-ASST-02986841 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 31:** GOOG-ASST-00225700 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 32:** GOOG-ASST-02981845 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 33:** GOOG-ASST-02997124 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 34:** GOOG-ASST-02990091 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 35:** GOOG-ASST-00231856 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 36:** GOOG-ASST-00004768 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 37:** GOOG-ASST-00004907 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 38:** GOOG-ASST-03040456 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 39:** GOOG-ASST-03042934 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 40:** GOOG-ASST-00001883 | All | Contains references to "Highly Confidential – Attorneys' Eyes |

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| | | Only" information pursuant to the Protective Order. |
| **Exhibit 41:** GOOG-ASST-00040926 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 42:** GOOG-ASST-00227879 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 43:** excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 44:** excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 45:** excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 46:** excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 48:** excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 49:** excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 50:** GOOG-ASST-00027643 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| **Exhibit 51:** GOOG-ASST-00010672 | All | Contains references to "Confidential" information pursuant to the Protective Order. |
| **Exhibit 52:** GOOG-ASST-00010035 | All | Contains references to "Highly Confidential – Attorneys' Eyes Only" information pursuant to the Protective Order. |
| Declaration of Rebbecca Reed-Arthurs, Ph.D. ("Reed-Arthurs Declaration") | All | Contains references to "Highly Confidential" information pursuant to the Protective Order. |

| Document | Portion(s) to Redact / Seal | Basis for Redacting / Sealing Document |
|---|---|---|
| Ex. A to Reed-Arthurs Declaration | All | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. B to Reed-Arthurs Declaration | All | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. C to Reed-Arthurs Declaration | All | Contains references to "Highly Confidential" information pursuant to the Protective Order. |
| Ex. D to Reed-Arthurs Declaration | All | Contains references to "Highly Confidential" information pursuant to the Protective Order. |

Dated:_____     _____
                                  HONORABLE BETH LABSON FREEMAN
                                  UNITED STATES DISTRICT COURT JUDGE