Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**DEFENDANTS' STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Google LLC and Alphabet Inc. (collectively "Google") submit this Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") as it related to certain narrowly tailored redactions to Defendants' Opposition to Google's Motion for Summary Judgment ("Opposition") and the declaration of Dr. Mary Beth Landrum ("Landrum Declaration"), as well as some or all of the Exhibits to the Declaration of Eric Green Comite in support of the Opposition ("the Exhibits"). The redacted or sealed portions of Google's Motion, the Landrum Declaration, and the Exhibits are collectively referred to as "the Sealed Materials."

The Sealed Materials contain highly confidential and competitively sensitive information consisting of specific technical information regarding the operation of Google Assistant. This Statement is supported by the Declaration of Francoise Beaufays ("Beaufays Sealing Decl.") filed concurrently. Public versions of the Opposition, the Landrum Declaration, and Exhibits, with redactions applied by Plaintiffs, have been filed. Google will promptly file redacted versions of the Sealed Material in accordance with the Court's order on the Administrative Motion.

Specifically, Google requests to seal the following:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to this Statement | Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. B to this Statement | Declaration of Dr. Mary Beth Landrum filed in support of Opposition | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-1-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. C to this Statement | Ex. 6 to Comite Decl. (GOOG-ASST-02989251) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 44 to the MacLean Decl. in the Court's Sep. 16, 2022 Order at ECF 282 at 9. Public disclosure of this information would cause harm to Google. |
| Ex. D to this Statement | Ex. 7 to Comite Decl. (GOOG-ASST-00256167) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 45 to the MacLean Decl. *See* ECF 282 at 9-10. Public disclosure of this information would cause harm to Google. |
| Ex. E to this Statement | Ex. 8 to Comite Decl. (GOOG-ASST-03044348) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. F to this Statement | Ex. 9 to Comite Decl. (GOOG-ASST-00217138) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 34 to the MacLean Decl. *See* ECF 282 at 8. Public disclosure of this information would cause harm to Google. |
| Ex. G to this Statement | Ex. 10 to Comite Decl. (GOOG-ASST-00035776) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-2-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. H to this Statement | Ex. 11 to Comite Decl. (GOOG-ASST-00213485) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. I to this Statement | Ex. 12 to Comite Decl. (GOOG-ASST-00240063) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. J to this Statement | Ex. 13 to Comite Decl. (GOOG-ASST-03044507) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. K to this Statement | Ex. 14 to Comite Decl. (GOOG-ASST-03026522) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 30 to the MacLean Decl. *See* ECF 282 at 7. Public disclosure of this information would cause harm to Google. |
| Ex. L to this Statement | Ex. 16 to Comite Decl. (GOOG-ASST-03045688) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. M to this Statement | Ex. 17 to Comite Decl. (GOOG-ASST-00027319) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-3-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. N to this Statement | Ex. 18 to Comite Decl. (GOOG-ASST-03047418) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed in the Court's Oct. 17, 2022 Order at ECF 318. *See id.* at 9. Public disclosure of this information would cause harm to Google. |
| Ex. O to this Statement | Ex. 19 to Comite Decl. (GOOG-ASST-03044728) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. P to this Statement | Ex. 20 to Comite Decl. (GOOG-ASST-00221071) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. Q to this Statement | Ex. 21 to Comite Decl. (GOOG-ASST-00227579) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. R to this Statement | Ex. 22 to Comite Decl. (GOOG-ASST-03040755) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. S to this Statement | Ex. 23 to Comite Decl. (GOOG-ASST-03041788) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-4-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. T to this Statement | Ex. 24 to Comite Decl. (GOOG-ASST-03045632) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 14 to the MacLean Decl. *See* ECF 282 at 6. Public disclosure of this information would cause harm to Google. |
| Ex. U to this Statement | Ex. 25 to Comite Decl. (GOOG-ASST-00026645) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. V to this Statement | Ex. 26 to Comite Decl. (GOOG-ASST-00032089) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. W to this Statement | Ex. 27 to Comite Decl. (GOOG-ASST-03045589) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-5-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. X to this Statement | Ex. 28 to Comite Decl. (GOOG-ASST-03045605) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. Y to this Statement | Ex. 29 to Comite Decl. (GOOG-ASST-0035810) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. Z to this Statement | Ex. 30 to Comite Decl. (GOOG-ASST-02986841) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. AA to this Statement | Ex. 31 to Comite Decl. (GOOG-ASST-00225700) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. BB to this Statement | Ex. 32 to Comite Decl. (GOOG-ASST-02981845) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. CC to this Statement | Ex. 33 to Comite Decl. (GOOG-ASST-02997124) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. DD to this Statement | Ex. 34 to Comite Decl. (GOOG-ASST-02990091) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. EE to this Statement | Ex. 35 to Comite Decl. (GOOG-ASST-00231856) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. FF to this Statement | Ex. 36 to Comite Decl. (GOOG-ASST-00004768) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. GG to this Statement | Ex. 37 to Comite Decl. (GOOG-ASST-00004907) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. HH to this Statement | Ex. 38 to Comite Decl. (GOOG-ASST-03040456) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-7-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. II to this Statement | Ex. 39 to Comite Decl. (GOOG-ASST-03042934) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. JJ to this Statement | Ex. 40 to Comite Decl. (GOOG-ASST-00001883) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. KK to this Statement | Ex. 41 to Comite Decl. (GOOG-ASST-00040926) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. LL to this Statement | Ex. 42 to Comite Decl. (GOOG-ASST-00227879) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. MM to this Statement | Ex. 43 to Comite Decl. (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. NN to this Statement | Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-8-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. OO to this Statement | Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. PP to this Statement | Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. QQ to this Statement | Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. RR to this Statement | Ex. 49 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022) | Yellow-highlighted portions. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

-9-

CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. SS to this Statement | Ex. 50 to Comite Decl. (GOOG-ASST-00027643) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. TT to this Statement | Ex. 51 to Comite Decl. (GOOG-ASST-00010672) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. UU to this Statement | Ex. 52 to Comite Decl. (GOOG-ASST-00010035) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

## LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id*. (quoting *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp*.,

-10-
CASE NO. 5:19-CV-04286-BLF-SVK
DEFENDANTS' STATEMENT ON ADMIN. MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

809 F.3d 1092, 1099 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–79. This stricter "compelling reasons" standard applies to sealing of documents filed with motions for summary judgment. *Laatz v. Zazzle, Inc.*, 2025 WL 405702, at *2 (N.D. Cal. Feb. 5, 2025) (Freeman, J.).

**ARGUMENT**

Several compelling reasons, identified for each document in the table above and in the Beaufays Sealing Declaration, exist for sealing the Sealed Materials.

*First*, information about the operation of Google Assistant is sealable would, if disclosed, be a source of non-public "specific technical details" that competitors might use to harm Google's competitive standing. *See, e.g.*, *Unicorn Energy GmbH v. Tesla Inc.*, 2024 WL 1589477, at *2 (N.D. Cal. Apr. 10, 2024) (Freeman, J.) (sealing competitively sensitive "specific technical details regarding" movant's products filed in connection with motion for summary judgment); *accord, e.g.*, *Finjan, Inc. v. Proofpoint, Inc.*, 2016 WL 7911651, at *1 (N.D. Cal. Apr. 6, 2016) (finding "technical operation of [defendant's] products" sealable under "compelling reasons" standard); *Space Data Corp. v. Alphabet Inc.*, 2018 WL 10455199, at *2 (N.D. Cal. Feb. 27, 2018) (Freeman, J.) ("*Space Data*") (sealing "technical, business planning and financial information, disclosure of which could cause economic harm to Space Data and provide an unfair advantage to competitors" under compelling reasons standard).

*Second*, details of business opportunities and risks are sealable because they inform Google's decisionmaking process and business environment and therefore constitute "technical, business planning and financial information, disclosure of which could cause economic harm to [Google] and provide an unfair advantage to competitors." *Space Data*, 2018 WL 10455199, at *2.

*Third*, Google's understanding of the profits or losses associated with Google Assistant is sealable because it is "sensitive, confidential financial information, the disclosure of which would cause competitive and business harm to [Google] because a competitor might use it to, for example, gain insight into [Google's] margins, commercial strategies, and internal operating procedures." *City of Birmingham Relief & Ret. Sys. v. Hastings*, 2019 WL 3815720, at *1 (N.D.

Cal. Mar. 4, 2019), *redacted opinion issued*, 2019 WL 3815722 (N.D. Cal. Feb. 13, 2019) (Freeman, J.) (applying compelling reasons standard); *see also*, *e.g.*, *Space Data*, 2018 WL 10455199, at *2.

For the reasons identified above, there are compelling reasons for the Sealed Materials to be sealed. Google respectfully requests that the Court grant the Administrative Motion.

Dated: April 9, 2025

**PERKINS COIE LLP**

By: */s/ Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
Sunita Bali, Bar No. 274108
Erin Earl (*pro hac vice*)

Attorneys for Defendants
Alphabet Inc. and Google LLC