| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
|   | BWilson@perkinscoie.com |
| 2 | Sunita Bali, Bar No. 274108 |
|   | SBali@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
|   | Telephone: +1.415.344.7000 |
| 5 | Facsimile:  +1.415.344.7050 |
| 6 | Erin K. Earl (*pro hac vice*) |
|   | EEarl@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, Washington 98101-3099 |
|   | Telephone: 206.359.8000 |
| 9 | Facsimile: 206.359.9000 |
| 10 | Attorneys for Defendants |
|    | Alphabet Inc. and Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK |
| | **DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS' STATEMENT IN SUPPORT OF MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of sealing certain narrowly tailored redactions to Defendants' Opposition to Google's Motion for Summary Judgment ("Opposition") and the declaration of Dr. Mary Beth Landrum ("Landrum Declaration"), as well as some or all of the Exhibits to the Declaration of Eric Green Comite in support of the Opposition ("the Exhibits"). The redacted or sealed portions of Google's Motion, the Landrum Declaration, and the Exhibits are collectively referred to as "the Sealed Materials." Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed redactions of the Sealed Materials are narrowly tailored to discrete, sealable portions of the Opposition, the Landrum Declaration and those of the Exhibits that are susceptible to redactions. Google also moves to seal the entirety of the Exhibits that are not susceptible to redaction because they consist exclusively of highly sensitive proprietary and commercial information, public disclosure of which would cause competitive harm to Google.

3. Specifically, Google requests to seal the following:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to the Statement filed concurrently | Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. B to the Statement filed concurrently | Declaration of Dr. Mary Beth Landrum filed in support of Opposition | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. C to the Statement filed concurrently | Ex. 6 to Comite Decl. (GOOG-ASST-02989251) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This document has already been sealed as Ex. 44 to the MacLean Decl. in the Court's Sep. 16, 2022 Order at ECF 282 at 9. Public disclosure of this information would cause harm to Google. |
| Ex. D to the Statement filed concurrently | Ex. 7 to Comite Decl. (GOOG-ASST-00256167) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant.<br>This document has already been sealed as Ex. 45 to the MacLean Decl. *See* ECF 282 at 9-10. Public disclosure of this information would cause harm to Google. |
| Ex. E to the Statement filed concurrently | Ex. 8 to Comite Decl. (GOOG-ASST-03044348) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. F to the Statement filed concurrently | Ex. 9 to Comite Decl. (GOOG-ASST-00217138) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This document has already been sealed as Ex. 34 to the MacLean Decl. *See* ECF 282 at 8. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. G to the Statement filed concurrently | Ex. 10 to Comite Decl. (GOOG-ASST-00035776) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. H to the Statement filed concurrently | Ex. 11 to Comite Decl. (GOOG-ASST-00213485) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. I to the Statement filed concurrently | Ex. 12 to Comite Decl. (GOOG-ASST-00240063) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. J to the Statement filed concurrently | Ex. 13 to Comite Decl. (GOOG-ASST-03044507) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. K to the Statement filed concurrently | Ex. 14 to Comite Decl. (GOOG-ASST-03026522) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This document has already been sealed as Ex. 30 to the MacLean Decl. *See* ECF 282 at 7. Public disclosure of this information would cause harm to Google. |
| Ex. L to the Statement filed concurrently | Ex. 16 to Comite Decl. (GOOG-ASST-03045688) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. M to the Statement filed concurrently | Ex. 17 to Comite Decl. (GOOG-ASST-00027319) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. N to the Statement filed concurrently | Ex. 18 to Comite Decl. (GOOG-ASST-03047418) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This document has already been sealed in the Court's Oct. 17, 2022 Order at ECF 318. *See id*. at 9. Public disclosure of this information would cause harm to Google. |
| Ex. O to the Statement filed concurrently | Ex. 19 to Comite Decl. (GOOG-ASST-03044728) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. P to the Statement filed concurrently | Ex. 20 to Comite Decl. (GOOG-ASST-00221071) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. Q to the Statement filed concurrently | Ex. 21 to Comite Decl. (GOOG-ASST-00227579) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. R to the Statement filed concurrently | Ex. 22 to Comite Decl. (GOOG-ASST-03040755) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. S to the Statement filed concurrently | Ex. 23 to Comite Decl. (GOOG-ASST-03041788) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. T to the Statement filed concurrently | Ex. 24 to Comite Decl. (GOOG-ASST-03045632) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. This document has already been sealed as Ex. 14 to the MacLean Decl. *See* ECF 282 at 6. Public disclosure of this information would cause harm to Google. |
| Ex. U to the Statement filed concurrently | Ex. 25 to Comite Decl. (GOOG-ASST-00026645) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. V to the Statement filed concurrently | Ex. 26 to Comite Decl. (GOOG-ASST-00032089) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. W to the Statement filed concurrently | Ex. 27 to Comite Decl. (GOOG-ASST-03045589) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. X to the Statement filed concurrently | Ex. 28 to Comite Decl. (GOOG-ASST-03045605) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. Y to the Statement filed concurrently | Ex. 29 to Comite Decl. (GOOG-ASST-0035810) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. Z to the Statement filed concurrently | Ex. 30 to Comite Decl. (GOOG-ASST-02986841) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. AA to the Statement filed concurrently | Ex. 31 to Comite Decl. (GOOG-ASST-00225700) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. BB to the Statement filed concurrently | Ex. 32 to Comite Decl. (GOOG-ASST-02981845) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. CC to the Statement filed concurrently | Ex. 33 to Comite Decl. (GOOG-ASST-02997124) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. DD to the Statement filed concurrently | Ex. 34 to Comite Decl. (GOOG-ASST-02990091) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. EE to the Statement filed concurrently | Ex. 35 to Comite Decl. (GOOG-ASST-00231856) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. FF to the Statement filed concurrently | Ex. 36 to Comite Decl. (GOOG-ASST-00004768) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. GG to the Statement filed concurrently | Ex. 37 to Comite Decl. (GOOG-ASST-00004907) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

-7-

CASE NO. 5:19-CV-04286-BLF-SVK
BEAUFAYS DECL. ISO SEALING

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. HH to the Statement filed concurrently | Ex. 38 to Comite Decl. (GOOG-ASST-03040456) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. II to the Statement filed concurrently | Ex. 39 to Comite Decl. (GOOG-ASST-03042934) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. JJ to the Statement filed concurrently | Ex. 40 to Comite Decl. (GOOG-ASST-00001883) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. KK to the Statement filed concurrently | Ex. 41 to Comite Decl. (GOOG-ASST-00040926) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. LL to the Statement filed concurrently | Ex. 42 to Comite Decl. (GOOG-ASST-00227879) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. MM to the Statement filed concurrently | Ex. 43 to Comite Decl. (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. NN to the Statement filed concurrently | Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. OO to the Statement filed concurrently | Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. PP to the Statement filed concurrently | Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. QQ to the Statement filed concurrently | Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. RR to the Statement filed concurrently | Ex. 49 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022) | Yellow-highlighted portions. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. SS to the Statement filed concurrently | Ex. 50 to Comite Decl. (GOOG-ASST-00027643) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. TT to the Statement filed concurrently | Ex. 51 to Comite Decl. (GOOG-ASST-00010672) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |
| Ex. UU to the Statement filed concurrently | Ex. 52 to Comite Decl. (GOOG-ASST-00010035) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. Public disclosure of this information would cause harm to Google. |

4. True and correct copies of the Sealed Materials, with Google's proposed redactions highlighted in yellow in compliance with Section V of this Court's Standing Order re: Civil Cases, are concurrently filed provisionally under seal as Exhibits A-UU to Defendants' Statement in Support of Motion to Consider Whether Another Party's Material Should Be Sealed.

5. The Sealed Materials contain highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant, business opportunities and risks of Google Assistant, and details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other

companies that make virtual assistants and other artificial intelligence applications, including generative artificial intelligence applications, direct insight into sensitive, confidential aspects of Google's development of the Google Assistant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2025, in Mountain View, CA.

_Françoise Beaufays_
Françoise Beaufays