Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

On April 2, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF 506, "Administrative Motion") in connection with their Opposition to Google LLC and Alphabet Inc.'s Motion for Summary Judgment.

After considering the papers and all other matters presented to this Court regarding the Administrative Motion, and for compelling reasons appearing, the Court orders that the documents listed below be filed under seal:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|------------------------------------------------|
| Ex. A to the Statement | Plaintiffs' Opposition to Google's Motion for Summary Judgment | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. B to this Statement | Declaration of Dr. Mary Beth Landrum filed in support of Opposition | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. C to this Statement | Ex. 6 to Comite Decl. (GOOG-ASST-02989251) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 44 to the MacLean Decl. in the Court's Sep. 16, 2022 Order at ECF 282 at 9. Public disclosure of this information would cause harm to Google. |
| Ex. D to this Statement | Ex. 7 to Comite Decl. (GOOG-ASST-00256167) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 45 to the MacLean Decl. *See* ECF 282 at 9-10. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|-------------------------------------------------|
| Ex. E to this Statement | Ex. 8 to Comite Decl. (GOOG-ASST-03044348) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. F to this Statement | Ex. 9 to Comite Decl. (GOOG-ASST-00217138) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 34 to the MacLean Decl. *See* ECF 282 at 8. Public disclosure of this information would cause harm to Google. |
| Ex. G to this Statement | Ex. 10 to Comite Decl. (GOOG-ASST-00035776) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. H to this Statement | Ex. 11 to Comite Decl. (GOOG-ASST-00213485) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. I to this Statement | Ex. 12 to Comite Decl. (GOOG-ASST-00240063) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. J to this Statement | Ex. 13 to Comite Decl. (GOOG-ASST-03044507) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|------------------------------------------------|
| Ex. K to this Statement | Ex. 14 to Comite Decl. (GOOG-ASST-03026522) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 30 to the MacLean Decl. *See* ECF 282 at 7. Public disclosure of this information would cause harm to Google. |
| Ex. L to this Statement | Ex. 16 to Comite Decl. (GOOG-ASST-03045688) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. M to this Statement | Ex. 17 to Comite Decl. (GOOG-ASST-00027319) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. N to this Statement | Ex. 18 to Comite Decl. (GOOG-ASST-03047418) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed in the Court's Oct. 17, 2022 Order at ECF 318. *See id.* at 9. Public disclosure of this information would cause harm to Google. |
| Ex. O to this Statement | Ex. 19 to Comite Decl. (GOOG-ASST-03044728) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|--------------------------------------------------|
| Ex. P to this Statement | Ex. 20 to Comite Decl. (GOOG-ASST-00221071) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. Q to this Statement | Ex. 21 to Comite Decl. (GOOG-ASST-00227579) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. R to this Statement | Ex. 22 to Comite Decl. (GOOG-ASST-03040755) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. S to this Statement | Ex. 23 to Comite Decl. (GOOG-ASST-03041788) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. T to this Statement | Ex. 24 to Comite Decl. (GOOG-ASST-03045632) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. This document has already been sealed as Ex. 14 to the MacLean Decl. *See* ECF 282 at 6. Public disclosure of this information would cause harm to Google. |

-4-

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|------------------------------------------------|
| Ex. U to this Statement | Ex. 25 to Comite Decl. (GOOG-ASST-00026645) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. V to this Statement | Ex. 26 to Comite Decl. (GOOG-ASST-00032089) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. W to this Statement | Ex. 27 to Comite Decl. (GOOG-ASST-03045589) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. X to this Statement | Ex. 28 to Comite Decl. (GOOG-ASST-03045605) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. Y to this Statement | Ex. 29 to Comite Decl. (GOOG-ASST-0035810) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. Z to this Statement | Ex. 30 to Comite Decl. (GOOG-ASST-02986841) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. AA to this Statement | Ex. 31 to Comite Decl. (GOOG-ASST-00225700) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. BB to this Statement | Ex. 32 to Comite Decl. (GOOG-ASST-02981845) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. CC to this Statement | Ex. 33 to Comite Decl. (GOOG-ASST-02997124) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. DD to this Statement | Ex. 34 to Comite Decl. (GOOG-ASST-02990091) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. EE to this Statement | Ex. 35 to Comite Decl. (GOOG-ASST-00231856) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|------------------------------------------------|
| Ex. FF to this Statement | Ex. 36 to Comite Decl. (GOOG-ASST-00004768) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. GG to this Statement | Ex. 37 to Comite Decl. (GOOG-ASST-00004907) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. HH to this Statement | Ex. 38 to Comite Decl. (GOOG-ASST-03040456) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. II to this Statement | Ex. 39 to Comite Decl. (GOOG-ASST-03042934) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. JJ to this Statement | Ex. 40 to Comite Decl. (GOOG-ASST-00001883) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. KK to this Statement | Ex. 41 to Comite Decl. (GOOG-ASST-00040926) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. LL to this Statement | Ex. 42 to Comite Decl. (GOOG-ASST-00227879) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. MM to this Statement | Ex. 43 to Comite Decl. (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. NN to this Statement | Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. OO to this Statement | Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. PP to this Statement | Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. QQ to this Statement | Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. RR to this Statement | Ex. 49 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated August 10, 2022) | Yellow-highlighted portions. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. SS to this Statement | Ex. 50 to Comite Decl. (GOOG-ASST-00027643) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. TT to this Statement | Ex. 51 to Comite Decl. (GOOG-ASST-00010672) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---------|----------|-------------------|--------------------------------------------------|
| Ex. UU to this Statement | Ex. 52 to Comite Decl. (GOOG-ASST-00010035) | Entire exhibit. | (1) Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant; (2) business opportunities and risks of Google Assistant; and (3) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

**IT IS SO ORDERED.**

DATED: _____, 2025                    _____

Hon. Beth Labson Freeman
United States District Judge

CASE NO. 5:19-CV-04286-BLF-SVK
[PROPOSED] ORDER