Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK |
| | **DEFENDANTS' STATEMENT REGARDING MARCH 28, 2025, ORDER (ECF 499)** |

1    Pursuant this Court's March 23, 2025, Order Granting Defendants' Administrative Motion

2    to File Under Seal; and Granting in Part and Denying in Part Defendants' Administrative Motion

3    to Consider Whether Plaintiffs' Material Should Be Sealed (ECF 499, "the Order"), Defendants

4    Google LLC and Alphabet Inc. (collectively "Google") herewith file updated redacted versions of

5    the two documents required to be filed in the Order at 8, specifically:

6    Exhibit A to this Statement: Excerpts to the deposition transcript of Asif Kumandan,

7    originally filed at ECF 495-2; and

8    Exhibit B to this Statement: Defendant's Motion for Summary Judgment, originally filed

9    at ECF 494-3.

10

11    Dated: April 10, 2025                     **PERKINS COIE LLP**

12

13                                            By:    */s/ Sunita Bali*
                                                   Bobbie J. Wilson, Bar No. 148317
14                                                 Sunita Bali, Bar No. 274108
                                                   Erin Earl (*pro hac vice*)
15
                                                   Attorneys for Defendants
16                                                 Alphabet Inc. and Google LLC

17

18

19

20

21

22

23

24

25

26

27

28