Exhibit A

Exhibit 15 to Bali Declaration in Support of
Motion for Summary Judgment

Filed Provisionally Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5  IN RE GOOGLE ASSISTANT PRIVACY     )

6  LITIGATION,                  )

7                             ) CASE NO.

8                             ) 5:19-cv-04286-BLF

9  _____)

10

11

12    -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --

13

14        REMOTE DEPOSITION OF ASIF KUMANDAN

15             August 4, 2022

16             --ooOoo--

17

18

19

20

21

22

23

24  JOB NO.: 5351412

25  REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423

                               Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    on any other type of device other than a mobile phone?        02:40

 2         A     Not that I know of.

 3         Q     Okay.  Have you always had Pixel phones at

 4    least say for the last five years?

 5         A     For the last five years, I believe that my       02:41

 6    phone has always been some version of a Pixel.

 7         Q     Do you remember the last phone you had that

 8    was not a Pixel?

 9         A     I can't recall now, no.

10         Q     You don't recall having another phone that      02:41

11    was not a Pixel?

12         A     Like I certainly had some phone prior to the

13    Pixel.  I just can't remember what it was now.  I know

14    that it was an Android phone.  All my snort phones have

15    been Android phones but I don't know -- I can't think of   02:42

16    what it was.

17         Q     Do you know how long you've been using Google

18    Pixels?

19         A     For years.  I don't know how many years.

20         Q     Can you provide an estimate?                    02:42

21         A     It'd be like a guess in the -- a guess in the

22    dark.

23         Q     Okay.  I don't want you to guess in the dark

24    but if you can -- for example, do you remember if you've

25    had a Pixel since this lawsuit was filed in 2019?          02:42
```

Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      A      Yes, I believe I've had a version of a Pixel      02:42

2   phone for the last five years.

3      Q      Okay.  Do you know if you had a Pixel phone

4   in 2016?

5      A      I'm guessing that I did.                          02:43

6      Q      Okay.  And you think you've had a Pixel phone

7   since then, at least since 2016?

8      A      Yes.

9      Q      Okay.  And can you give me your understanding

10  of how users can activate the Google Assistant?           02:43

11     A      Yes.  I think there are multiple ways that

12  you can activate the Google Assistant.

13     Q      Okay.

14     A      From my understanding.  I think one method is

15  a voice activation by saying its catch phrase of sorts    02:43

16  and I think there's a physical way to do it on the phone

17  as well.  I don't know that I could describe exactly what

18  it is but I feel like you press a button of some sort and

19  that would trigger the assistant as well.

20     Q      Okay.  But you can't -- you can't recall the     02:44

21  specific -- the other activation methods in detail; is

22  that correct?

23     MS. FARAH:  Objection.  Form.

24     THE WITNESS:  Yeah, not -- not exactly.

25   ///                                                       02:44

Page 62

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   BY MS. BALI:                                           02:44

 2        Q    Okay.  Do you know if the assistant can be

 3   activated by squeezing your device?

 4        A    I think I've heard this before.  I don't know

 5   it for sure but that sounds sort of like recognizable.   02:44

 6        Q    Okay.  Have you ever done it?

 7        A    I don't know, actually.

 8        Q    Okay.  Do you know if the assistant can be

 9   activated by long pressing the home button?

10        A    I believe that I was aware of that.  I know    02:45

11   that there was some -- something you could press on the

12   phone that activated it.

13        Q    Okay.  Okay.  But you don't know it's the --

14   if it's long pressing the home button, is that your

15   testimony?                                               02:45

16        A    I believe what you're saying is correct.

17        Q    Okay.  Okay.  Let's talk a little bit about

18   your Pixel devices.  Going back to, I guess the one you

19   were using around 2016, did you purchase that Pixel

20   phone?                                                   02:45

21        A    What would be the other option?

22        Q    Somebody could have given it to you.

23        A    Okay.  I just wanted to get clarity on the

24   question.  I did purchase the phone.

25        Q    You did purchase the phone, okay.  Do you --   02:46
```

Veritext Legal Solutions
866 299-5127

1    do you recall what model of Pixel you were using at that    02:46

2    time?

3         A    I don't recall what the first Pixel I had

4    was.

5         Q    Okay.  Do you recall when you purchased that    02:46

6    Pixel?

7         A    Not exactly, not at this time.

8         Q    Okay.  Okay.  And what made you purchase a

9    Pixel?

10        A    Multiple things.  I thought it was a -- I    02:46

11   think I read some reviews.  They seemed to be pretty

12   good.  As someone who'd used Android phones for sometime,

13   the Pixel phones are sort of unique within Android

14   because the hardware and software is made by the same

15   company, I believe, which is -- generally, I think people    02:47

16   feel good about that.

17        Q    Okay.  And did you like your Pixel phone?

18        A    Yeah, I -- I thought it was all right.

19        Q    Okay.  And what'd you like about it?

20        A    I'm oddly proud of the fact that I've never    02:47

21   had an Iphone and the Pixel sort of allows that statement

22   to be true.

23        Q    Yeah, okay.  What about the functionality of

24   the phone?  What did you like about sort of using the

25   phone?    02:47

Page 64

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          A      I thought the phone did everything I needed.    02:47
 2     I don't think that I'm like a phone power user, so I'm
 3     not the most savvy with, you know, all the different apps
 4     and different things that people use.  So this phone
 5     simply got the job done for me and my purposes.           02:48
 6          Q      Okay.  Do you recall where you purchased that
 7     phone from?
 8          A      No, I don't know exactly.  I imagine -- I've
 9     been living in Brooklyn for years, that it took place in
10     Brooklyn somewhere.                                        02:48
11          Q      Okay.  Do you think you purchased it from a
12     store?
13          A      Yes.
14          Q      Okay.  Do you have any recollection of what
15     type of store it was?                                      02:48
16          A      I can only say generally that I've made
17     purchases most of the time from my provider which has
18     been Verizon for sometime.  So I don't know this for sure
19     but my guess is that it was a Verizon store.
20          Q      Okay.  And was Verizon your provider back in   02:48
21     2016 or, you know, around the time period that you were
22     using this phone?
23          A      I believe that it was.
24          Q      Okay.  And have you tried to look for the
25     receipt that you -- reflecting your purchase of that       02:49
```

Page 65

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    phone?                                               02:49

 2         A    I think in the past, I have tried to look

 3    that up just to see if I have it and I don't know that I

 4    was successful in -- in finding it.

 5         Q    Okay.  Did you look for it in connection with   02:49

 6    this case?

 7         A    I think I might have.  I wanted to just get

 8    some dates straight but I -- I actually forget in terms

 9    of how that went.  I forget if I even found anything.

10         Q    Okay.  Did you ask Verizon for a copy of your   02:49

11    receipt in connection with the case?

12         A    I don't think I asked Verizon but I believe

13    when I was looking around on the Verizon website, I

14    didn't see that as an option as something that could be

15    requested.                                            02:50

16         Q    Okay.  But did you ever contact Verizon to

17    ask anybody at Verizon whether they could provide a copy

18    of your receipt?

19         A    No.  What -- well, I was on, what, the line

20    with Verizon customer support and I recall they were     02:50

21    giving me some difficulty about being able to access

22    things -- access information tied to a particular Verizon

23    branch so I feel like I was trying to get this

24    information but then sort of ran into an issue.

25         Q    Okay.  Are you -- is your testimony that you    02:50
```

Page 66

1    called -- asked Verizon specifically about obtaining a        02:51

2    copy of this receipt or are you talking about some other

3    information?

4         MS. FARAH:  Objection.  Form.

5         THE WITNESS:  The receipt.                              02:51

6    BY MS. BALI:

7         Q    So you called Verizon and asked them if they

8    can help you obtain a copy of the receipt for the

9    purchase of your Pixel phone; is that correct?

10        MS. FARAH:  Objection.  Form.                           02:51

11        THE WITNESS:  I think -- sorry.  I think what I did

12   was I think I contacted their customer support some other

13   way.  I don't think I called them.  I think they have

14   like a chat bot or something.

15   BY MS. BALI:                                                 02:51

16        Q    Okay.  And you asked the chat bot about

17   obtaining a copy of this receipt, is that your testimony?

18        MS. FARAH:  Objection.  Form.

19        THE WITNESS:  I believe that I did make this

20   request.                                                     02:51

21   BY MS. BALI:

22        Q    Okay.  And do you know when that would have

23   taken place?

24        A    This would have been some years ago now.

25        Q    Can you provide an estimate of when that was?     02:52

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     Let's say four years ago.                    02:52

 2        Q     Okay.  And were you able to obtain anything

 3   as a result?

 4        A     I don't think so.  I -- from what I recall, I

 5   feel like there was some issues, either they were asking    02:52

 6   for more information or not really understanding what I

 7   wanted to the point where I was just like okay, I'm not

 8   going to ask for this anymore.

 9        Q     Okay.  Did you ever look -- search your

10   e-mail for any receipts reflecting this purchase of your    02:52

11   Pixel phone?

12        A     I recall doing a -- that sort of search but I

13   couldn't initially find it.  Not to say I didn't have it.

14   I just couldn't find it.

15        Q     Okay.  Do you recall looking for a paper        02:52

16   receipt?

17        A     Yes, but I don't really keep much of that on

18   hand, so I didn't think that that would be a fruitful

19   endeavor.

20        Q     So you didn't spend much time looking for it?   02:53

21        MS. FARAH:  Objection.  Form.

22        THE WITNESS:  No, I think I spent time but I also

23   recognize what I kept versus didn't keep and so I felt

24   confident that this wouldn't lead to me finding anything.

25        ///                                                   02:53
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MS. BALI:                                              02:53

 2        Q    Okay.  Did you look at your credit card

 3    statement for any record reflecting a purchase of this

 4    Pixel phone?

 5        A    I forget if I checked that.                      02:53

 6        Q    Okay.  Do you have any recollection of how

 7    much you might have paid for your Pixel phone?

 8        A    Not an exact number.  I do feel like I recall

 9    thinking, "Oh, wow, this is a lot of money."

10        Q    Okay.  But you don't know how much you paid?    02:54

11        A    I want to say like in like the hundreds but

12    like generally when I'm getting a cell phone, like I'm on

13    my family plan so like maybe my brother wants a phone or

14    my mom, so we've been making some purchases together.

15        Q    Okay.  Do you recall whether you were the one   02:54

16    that paid for the device?

17        A    I do recall paying for the device, yes.

18        Q    Okay.  Was this purchased -- was that -- that

19    device purchased along with other devices?

20        A    Yes.                                             02:54

21        Q    Okay.  And did you pay for those other

22    devices as well?

23        A    No.

24        Q    Okay.  Would -- do you know who would have

25    paid for those other devices?                            02:55
```

Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         A      So it -- it depends on, you know, which        02:55

 2    family member was getting a phone so, you know, if my

 3    brother was getting a phone, I imagine either my brother

 4    or my mother or father would be paying for it.  But -- so

 5    I -- I can't say for certain but yeah, it depends on who   02:55

 6    was getting the phone.

 7         Q      Do you know who was getting another -- a

 8    phone at the time that you purchased this Pixel phone?

 9         A      I can't remember because we're going back

10    years now and we've bought phones together multiple times  02:55

11    so it's sort of hazy in terms of what happened on that

12    particular purchase, who else was buying besides me.

13         Q      Okay.  So you don't remember who else

14    purchased a device at that time; is that correct?

15         A      Yeah, I can't say I remember the details       02:55

16    around -- besides the fact that a phone was purchased by

17    me.

18         Q      Okay.  And you also can't remember how much

19    you paid for it?

20         MS. FARAH:  Objection.  Form.                         02:56

21         THE WITNESS:  I do not remember the amount that I

22    paid for the phone, no.

23    BY MS. BALI:

24         Q      Okay.  And do you know whether there were any

25    promotions that -- that were being offered that would      02:56
```

Page 70

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    give you a discount on the phone?                          02:56

2        A    I'm not sure, actually.

3        Q    Okay.  But it's possible that you could have

4    gotten some sort of discount on the phone at the time of

5    purchase; is that right?                                   02:56

6        MS. FARAH:  Objection.  Objection.  Form.

7        THE WITNESS:  I -- I guess there's a possibility,

8    yes.

9    BY MS. BALI:

10       Q    Okay.  Okay.  I think you testified that you    02:56

11   had done some research and looked at some reviews prior

12   to -- to deciding to purchase a Pixel phone; is that

13   right?

14       A    That is right.

15       Q    Do you recall what you specifically looked     02:56

16   at?

17       A    I think I was looking at sites that were tied

18   to Android products and people reviewing those and folks

19   who were interested in bashing Apple.  I liked reading

20   those reviews and -- yeah, I think I just read sort of    02:57

21   like general reviews of like some of the best phones that

22   were out at the time.

23       Q    Okay.  Do you remember what website

24   specifically you looked at?

25       A    I can't recall.  I think I just was, you        02:57

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    know, Googling things and whatever came up, I clicked on,    02:57

2    so I think it was various websites.

3        Q    Okay.  Do you recall whether you looked at

4    anything on Google's website?

5        A    I imagine that Google played a role within    02:57

6    the search for the information.

7        Q    I mean, do you have specific recollection of

8    looking at anything on Google's website?

9        A    Not specific recollection of that.  I -- I

10   think that that happened but I can't tell you oh, I    02:58

11   remember specifically when I looked this up and, you

12   know, what I saw or anything like that.

13       Q    You can't -- you don't recall looking at any

14   specific Google website; is that right?

15       MS. FARAH:  Objection.  Form.    02:58

16       THE WITNESS:  I don't recall that that -- exactly

17   when that occurred.

18   BY MS. BALI:

19       Q    I'm not asking about when.  I'm asking about

20   if.  So do you recall looking at any specific Google    02:58

21   website prior to making your --

22       A    Okay.  Can I say --

23       MS. FARAH:  Objection.  Excuse me.  Give me a

24   little bit of time, Asif.

25       THE WITNESS:  I'm sorry.    02:58

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    anything about the Google Assistant?                    03:08

2         A    Yes.

3         Q    Okay.  And do you recall what those

4    advertisements said about the Google Assistant?

5         A    Yes.  They generally demonstrated the         03:08

6    functionality of the -- of this service and -- and how it

7    worked for folks.

8         Q    Okay.  Do you remember anything more specific

9    than that?

10        A    No, I think that's my general recollection of   03:08

11   that.

12        Q    Okay.  Were there any other advertisements

13   that you looked at prior to making your purchase, aside

14   from these t.v. commercials?

15        A    No, not that I recall.                         03:08

16        Q    Okay.  Had you used the Google Assistant

17   before you purchased this Pixel phone?

18        A    Maybe in a store.  You know, in testing out

19   phones, I might have used it prior to the purchase.

20        Q    Okay.  Do you recall specifically or are you   03:09

21   just --

22        A    I believe -- I believe that happened but I

23   couldn't give you like a date or it happened in this

24   store at this time.

25        Q    Okay.  But you did like -- did you like the    03:09

                                              Page 79

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    functionality based on your -- you testing it out prior       03:09

 2    to -- prior to your purchase?

 3         A    In my initial experience with the assistant,

 4    I did like it.

 5         Q    Okay.  And what did you like about it?            03:09

 6         A    It seemed as if it was going to be a useful

 7    tool that could allow me to use my phone more easily.

 8         Q    Okay.  Okay.  Do you think you paid more for

 9    the Pixel than you otherwise would have because it

10    included the assistant?                                     03:10

11         A    I think -- and I'm speculating here.  I think

12    yes.

13         Q    Okay.  Why do you say that you're

14    speculating?

15         A    Because we're going back and trying to           03:10

16    determine motivations that I can't remember exactly what

17    spurred the decision.

18         Q    Okay.  So you -- so you can't remember all of

19    the factors that played into your decision to purchase

20    the phones; is that correct?                                03:10

21         A    Yes.

22         Q    Okay.  Okay.  Do you recall considering

23    things like the quality of the camera?

24         A    I think that played a minor factor for me.

25         Q    Okay.  What about the battery life?             03:11
```

Page 80

```
1        A    Also, that seemed like a medium level factor.    03:11

2        Q    Okay.  What about the quality of the display?

3        A    Also a medium factor.

4        Q    Okay.  What about the operating speed?

5        A    I thought that was something that I care          03:11

6   about.

7        Q    Okay.  And were you generally happy with

8   your -- with the performance of the Pixel that you

9   purchased?

10       A    Yes.                                               03:11

11       Q    Okay.  And we talked about, you know, sort of

12  things you may have seen after you'd purchased the device

13  and when you were, you know, opening the box and setting

14  them up.  Do you -- do you recall what information you

15  may have received in the box with your Pixel phone?        03:12

16       MS. FARAH:  Objection.  Form.

17       THE WITNESS:  I don't recall the specifics of what

18  I received.

19  BY MS. BALI:

20       Q    Okay.  Do you recall reading any of it?          03:12

21       A    Yes.  I'm sure that the materials that were

22  provided with the phone that I reviewed that.

23       Q    Okay.  Do you remember doing that or are you

24  just assuming that you probably did?

25       MS. FARAH:  Objection to form.                         03:12
```

Page 81

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         MS. FARAH:  Okay.  He was in the middle of        03:14

 2    answering.  If you could let him finish, that would be

 3    nice.

 4         THE WITNESS:  So the question is, how long I've had

 5    this current phone?                                    03:14

 6    BY MS. BALI:

 7         Q    Yeah.  Well, not the current phone that

 8    you're using.  I think the questions that I was asking

 9    you previously was about the Pixel phone that you were

10    using around 2016.                                     03:14

11         A    Yes.

12         Q    Right.

13         A    Yeah.

14         Q    And so I'm asking how long you kept that

15    phone, that -- that -- that initial Pixel phone?       03:14

16         A    I would say approximately a couple of years.

17         Q    Okay.  Do you know around what year you got

18    rid of that phone?

19         A    I don't know exactly, no.

20         Q    Okay.  Do you remember what you did with that 03:14

21    phone when you got -- when you got a new phone?

22         MS. FARAH:  Objection.  Form.

23         THE WITNESS:  So I -- actually, I think that I got

24    a new phone in 2021.

25    ///                                                    03:15
```

Page 83

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MS. BALI:                                           03:15

 2         Q    Okay.

 3         A    I don't know what I did with my previous

 4    phone, though.

 5         Q    Do you remember whether you traded that phone  03:15

 6    in?

 7         A    I -- that may have happened.  I forget.

 8         Q    Okay.  Do you recall whether you got some

 9    credit towards your new phone as a result of that trade

10    in?                                                    03:15

11         A    I believe that to be the case but I forget

12    exactly when this happened from my last phone or the

13    previous phone.

14         Q    Okay.  Okay.  And what -- what -- do you know

15    what model the phone that you purchased in 2021 was?    03:15

16         A    I forget exactly.

17         Q    Was it another Pixel?

18         A    Yes.

19         Q    Okay.  But you don't remember what version;

20    is that correct?                                       03:15

21         A    Yeah, I forget the number -- like the number

22    and I think they're up to 6 now so I forget exactly which

23    one I was having at the time or getting.

24         Q    Okay.  But that was your second Pixel phone;

25    is that right?                                         03:16
```

Page 84

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        A     I think so.                                      03:16

2        Q     Okay.  So do you remember how much you paid

3    for that Pixel phone that you purchased in 2021?

4        A     I feel like it was in the triple digits but I

5    don't know exactly how much it was.                        03:16

6        Q     Okay.  Did you look for any receipts that you

7    may have received at the time that you purchased that

8    Pixel phone?

9        A     I -- I believe I looked for some receipts but

10   I don't know -- I don't know that I was able to find       03:16

11   anything.

12       Q     Okay.  What did you do to look for them?

13       A     Well, I -- I have a box of receipts for

14   different things so I looked through that.  I didn't see

15   it in that pile.                                           03:17

16       Q     Okay.  Did you search your e-mail for the

17   receipt?

18       A     I think I checked my e-mail and I don't

19   recall seeing anything, yeah.

20       Q     Okay.  Did you look at your credit card        03:17

21   statement to see how much you paid for the device?

22       A     I believe that I did, yes.

23       Q     Okay.  And were you able to find your

24   purchase?

25       A     I don't know that I was, actually.             03:17

Page 85

```
 1        Q    Is it possible that you didn't purchase this    03:17

 2   device?

 3        A    No, I think I did.  I just think that with so

 4   many purchases and going back, it's just difficult for me

 5   to find evidence of this particular purchase.             03:17

 6        Q    Is it because you had a difficult time

 7   narrowing down the time period or was it something else?

 8        MS. FARAH:  Objection to form.

 9        THE WITNESS:  I forget exactly what gave me

10   difficulty.  I just felt like I was running into some     03:18

11   issue and I thought, "Okay, this is more difficult than I

12   perceived it to be."

13   BY MS. BALI:

14        Q    Okay.  But you don't recall what the issue

15   was that you ran into?                                    03:18

16        A    Yeah.

17        Q    Okay.  Did you purchase the device from

18   Verizon?

19        A    I believe so, yes.

20        Q    Okay.  Do you recall whether you purchased it  03:18

21   at -- at a physical store?

22        A    I believe that it was at a physical store,

23   yes.

24        Q    Okay.  Did you reach out to Verizon to

25   request information about this purchase in connection     03:18
```

Page 86

1    with discovery in this case?                           03:18

2         A    I recall trying to reach out to Verizon but

3    like their response being full strange, not easy to work

4    with.

5         Q    And what do you mean by that?                03:19

6         A    In that I thought I was making a pretty clear

7    request and I feel like they were giving me the runaround

8    a little bit.

9         Q    Okay.  Do you recall them telling you that

10   they did not have any information related to this        03:19

11   purchase?

12        A    It seemed --

13        MS. FARAH:  Objection to form.

14        THE WITNESS:  Oh, sorry.

15             It seemed to me that they were just making e   03:19

16   it difficult.  I don't know if they actually had the

17   information or not but that they were having me sort of

18   jump through hoops to get the information which I -- I

19   thought would be sort of easily identifiable on their

20   end.                                                    03:19

21   BY MS. BALI:

22        Q    Do you recall what specific hoops they were

23   asking to you jump through?

24        A    I think it was just additional requests.

25        Q    Like what?                                   03:19

                                                    Page 87

```
 1        A     Like from further information, things that I     03:19
 2   think were difficult for me to provide at the time.
 3        Q     Do you recall what type of information it was
 4   that they were asking for that was difficult for you to
 5   provide?                                                     03:19
 6        A     I think they wanted like -- I'm not exactly
 7   sure but I feel like they wanted some followup
 8   verification information, other things that I felt like
 9   were sort of unnecessary.  I had information to
10   demonstrate that I was the one who purchased this phone      03:20
11   and this was -- I was a part of the account, yeah.
12        Q     Oh, so information related to verifying your
13   identity?
14        A     I think that was one piece of it.
15        Q     Okay.  And that was information that was          03:20
16   difficult for you to provide?
17        A     That part I think I handled.  Sorry.  That
18   part I think I handled.  I -- I -- I recall -- I forget
19   exactly what it was but I remember thinking, "Y'all are
20   making it difficult for me to get this information."         03:20
21        Q     Okay.  So you -- you just stopped pursuing it
22   after that?
23        A     Yeah, I think I had like a couple of reach
24   outs and then I was like, "It seems to me that you don't
25   want me to have this information."                           03:20
```

Page 88

1      Q      Okay.  But you can't recall specifically what      03:20

2  it was they were asking for that was difficult to

3  provide?

4      A      Yeah, we're going kind of back now.  I may be

5  able to look it up, but I -- I can't off the top of my      03:21

6  mind speak to that.

7      Q      Okay.  And this was last year, right, in

8  2021?

9      A      I believe so.

10      Q      Oh, I'm sorry.  Let me -- let me correct      03:21

11  myself.  I think the purchase was in 2021 but do you

12  recall when it was that you were taking steps to obtain

13  this information from Verizon?

14      A      I forget now.

15      Q      Okay.  Do you know if it was in the last six      03:21

16  months?

17      A      I -- I thought it was before that but I don't

18  know for sure.

19      Q      Okay.  So you can't recall specifically when

20  you tried to obtain this information from Verizon?      03:21

21      A      That -- that's correct.

22      Q      Okay.  And you can't recall what it was they

23  were asking for from you that made it difficult to obtain

24  this information from Verizon, correct?

25      MS. FARAH:  Objection.  Form.      03:22

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  Not specifically.              03:22

 2    BY MS. BALI:

 3          Q     Okay.  Okay.  So how do you like your -- is

 4    it that phone that you purchased in 2021 the same phone

 5    that you're currently using?                        03:22

 6          A     Yes, I have the same phone that I purchased

 7    last year.

 8          Q     Okay.  And what made you purchase another

 9    Pixel phone?

10          A     There were a few reasons.              03:22

11          Q     Okay.

12          A     One being comfortable with the product since

13    I've been using Pixel phones for so long at this point.

14          Q     Okay.  And is it safe to say that you like

15    the Pixel phone and the -- and the functionality that it  03:22

16    provides?

17          A     I would say that the Pixel gets the job done

18    for me.

19          Q     Okay.  So you're happy with your purchase?

20          MS. FARAH:  Objection.  Form.                03:23

21          THE WITNESS:  I think it depends on the day.

22    BY MS. BALI:

23          Q     Okay.  Okay.  How about today?  Are you happy

24    with your -- your Pixel phone today?

25          A     Yeah, actually, most recently I have not been  03:23
```

Page 90

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    that happy with the phone --                                  03:23

2         Q    Okay.

3         A    -- due to a hardware issue.  I feel like it's

4    hard to charge the phone now.  Like I stick the charger

5    in and like it doesn't identify that it should be        03:23

6    charging so now I'm finding I'm spending too much time

7    sort of jimmying this charger to make it work.  So most

8    recently, I'm not that happy with things.

9         Q    Okay.  Have you contacted Google about that

10   issue or -- or -- well, have you contacted Google about  03:23

11   that issue?

12        A    Not as of yet.  I wanted to see if, you know,

13   this was a temporary thing that if I had a different

14   charger, maybe that would fix the issue.

15        Q    Okay.                                          03:24

16        A    And that -- I guess I wanted to give it more

17   time before I went and -- and found some other

18   resolution.

19        Q    Okay.  Does that mean you also have not

20   contacted Verizon about the issue?                       03:24

21        A    About the charger issue?

22        Q    Correct.

23        A    Not as of yet, no.

24        Q    Okay.  Have you tried to submit a warranty

25   claim with respect to that issue?                        03:24

Page 91

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    BY MS. BALI:                                                    03:33

2        Q    Okay.  Did you take any steps to preserve

3    that information in connection with this litigation?

4        MS. FARAH:  Objection.  Form.

5        THE WITNESS:  Did I take any steps to preserve the    03:34

6    information that I came across when I was first

7    activating phone --

8    BY MS. BALI:

9        Q    Correct.

10       A    -- tied to the Google Assistant?              03:34

11       Q    Correct.

12       A    I don't know that I took any steps with that

13    information or that I had the ability to take any steps

14    with that information.

15       Q    I mean, for example, you know, taking screen    03:34

16    shots of the screens that were displayed during the setup

17    is process.  Did you take any screen shots of any screens

18    that were displayed to you during the setup process?

19       MS. FARAH:  Objection.  Form.

20       THE WITNESS:  I don't recall taking any screen      03:34

21    shots of the setup.

22    BY MS. BALI:

23       Q    Okay.  But the setup happened after you filed

24    the case, correct?

25       MS. FARAH:  Objection.  Form.                       03:34

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I don't know.                    03:35

 2    BY MS. BALI:

 3          Q     Okay.  Well, this phone was purchased in

 4    2021, correct?

 5          A     Okay.                                    03:35

 6          Q     And I think the lawsuit was filed in 2019.

 7    Does that sound right to you?

 8          A     That does.

 9          Q     Okay.  So when you were setting up this phone

10    in 2021, and -- and you know, in going through the setup  03:35

11    process, you didn't think of preserving any of the

12    screens that were displayed to you related to the Google

13    Assistant?

14          MS. FARAH:  Objection.  Form.

15          THE WITNESS:  I think the question was getting at  03:35

16    what I was thinking about at the time and I can't speak

17    to that.

18    BY MS. BALI:

19          Q     Well, I can rephrase.  I mean, did you -- did

20    you -- did you take any steps to preserve any of the     03:35

21    screens that were displayed to you during the setup

22    process?

23          MS. FARAH:  Objection.  Form.

24          THE WITNESS:  Not that I recall.

25     ///                                                 03:35
```

Page 98

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   BY MS. BALI:                                              03:36

 2        Q    Okay.  And do you recall specifically what

 3   screens you saw that were related to the Google

 4   Assistant?

 5        MS. FARAH:  Objection.  Form.                        03:36

 6        THE WITNESS:  At this time, I don't recall exactly.

 7   Like I imagine that there were some screens tied to

 8   Google -- the Google Assistant but I couldn't speak to

 9   right now what they said or what they looked like.

10   BY MS. BALI:                                              03:36

11        Q    Okay.  Do you recall seeing a screen that

12   required -- that -- let me -- let me rephrase.

13             Did you -- do you recall seeing a screen that

14   asked you to consent to your phone being activated by the

15   hot word?                                                 03:37

16        MS. FARAH:  Objection.  Form.

17        THE WITNESS:  Did you say "the hot word?"

18   BY MS. BALI:

19        Q    Yeah.  So I can -- I can -- I can rephrase.

20   I mean, I think we -- we spoke previously and you         03:37

21   testified that the Google Assistant can be activated by I

22   think you called it a catch phrase.

23        A    Um-hum.

24        Q    Does that sound familiar?

25        A    Yes.                                            03:37
```

Page 99

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          Q      I think another word for that is a hot word.    03:37

2     Does that sound right?

3          A      That makes sense, yes.

4          Q      Okay.  Okay.  So I'm just going to use the

5     phrase hot word but I mean -- I think we mean the same    03:37

6     thing, the -- the -- the phrase that you say to activate

7     the assistant by voice.

8          A      Okay.  Understood.

9          Q      Okay.  Do you recall seeing any screens

10    during the setup process of your Pixel phone that you're   03:37

11    currently using that asked you whether you consent to the

12    Google Assistant on your phone being activated by the hot

13    word?

14         MS. FARAH:  Objection.  Form.

15         THE WITNESS:  I vaguely recall something along    03:38

16    those lines.

17    BY MS. BALI:

18         Q      Okay.  And do you recall whether you

19    consented to that?

20         MS. FARAH:  Same objection.    03:38

21         THE WITNESS:  I imagine what I did because I can't

22    remember this exactly is I pressed whatever I needed to

23    to proceed with the phone activation.

24    BY MS. BALI:

25         Q      Okay.  Do you -- but do you recall whether    03:38
```

Page 100

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    you consented to your phone -- the Google Assistant on        03:38

 2    your phone being activated by the hot word?

 3          MS. FARAH:  Same objection.

 4          THE WITNESS:  I can't recall if I consented to

 5    that.  I feel like I generally only consent to the things     03:38

 6    that I feel like are necessary to proceed to allow myself

 7    to have access and I'm not sure if that was one of the --

 8    of those items.  It may have been.  I just don't recall.

 9    BY MS. BALI:

10          Q     Okay.  So you can't recall whether or not you     03:39

11    consented to that; is that right?

12          A     Yes.

13          Q     Okay.  Do you know if your phone currently

14    responds if you say the hot word?

15          A     I think I attempted to deactivate this at         03:39

16    some time so my understanding -- I have to check the

17    phone -- was that it would not respond but I know there

18    are multiple ways to activate the phone or activate the

19    assistant.  So I don't know if I prevented every manner

20    of activating the assistant.                                  03:39

21          Q     Okay.  But just speaking about the activating

22    it by saying the hot word right now, do you know if your

23    phone currently -- do you know if the Google Assistant on

24    your phone currently activates if you say the hot word?

25          A     I'm not sure because I think I attempted to       03:40
```

Page 101

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    disable that but I don't know if I was successful in that    03:40

2    attempt.

3         Q     Okay.  And when did you try to disable that?

4         A     Sometime ago.  I forget exactly when.

5         Q     Can you provide a rough estimate of when that    03:40

6    was?

7         A     Many months ago.

8         Q     Like six months ago?  Or a year ago?

9         MS. FARAH:  Objection to form.

10        THE WITNESS:  Maybe -- maybe a year ago.    03:40

11   BY MS. BALI:

12        Q     Okay.  And do you recall what you did to try

13   to disable that functionality?

14        A     I recall going into the settings and sort of

15   playing around with it and trying things out.    03:40

16        Q     Okay.  Anything else beyond what we just

17   talked about?

18        A     Not that I recall, no.

19        Q     Okay.  So you think approximately a year ago

20   you went into your settings and tried to disable the hot    03:41

21   word functionality on your Pixel phone?

22        MS. FARAH:  Objection.  Form.

23        THE WITNESS:  Yes.

24   BY MS. BALI:

25        Q     That's correct?    03:41

                                            Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A     Yes.                                           03:41

2        Q     Okay.  And do you know whether that was

3   successful or not?

4        A     I'm not sure.

5        Q     Okay.  Do you have any recollection of your    03:41

6   -- of the Google Assistant on your Pixel phone activating

7   in response to the hot word over the last year?

8        A     I don't recall.  I know that I don't use the

9   hot word and I don't use that functionality so I would

10  lean towards that not happening but I can't say for sure   03:41

11  that that didn't happen, you know, over the course of the

12  entire year.

13       Q     Okay.  So when you purchased your current

14  Pixel phone, was the Google Assistant a factor in your

15  purchase decision?                                         03:42

16       A     For my current phone?

17       Q     Correct.

18       A     I think it was a factor but I'm not sure how

19  much of a factor it was.

20       Q     And was it a benefit or -- or a detriment?      03:42

21  In other words, was it a positive factor or a negative

22  factor?

23       A     Somehow I think it was both.

24       Q     Okay.  Can you elaborate?

25       A     Well, I like to try new features and use new    03:43
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   features and this had been advertised as something that      03:43

 2   was helpful, but knowing that there might be some issues

 3   of potentially being recorded when I didn't think that

 4   would be taking place, that made me think, "Okay,

 5   actually do I want any parts of the Google Assistant?"       03:43

 6        Q    Right.  But I think you previously testified

 7   that you stopped using the Google Assistant, right,

 8   shortly after you purchased your first Pixel device; is

 9   that correct?

10        A    Yes.                                               03:43

11        Q    Okay.  So then at the time that you purchased      03:43

12   your current Pixel device, you had already stopped using

13   the Google Assistant, correct?

14        A    Correct.

15        Q    Okay.  So it wasn't really a new feature to        03:44

16   you anymore, was it?

17        MS. FARAH:  Objection.  Form.

18        THE WITNESS:  The issue to me was not that it was a

19   new feature or not.  The issue -- I think the original

20   question was about whether this was a factor or not in       03:44

21   purchasing this new phone and the idea that I'm getting

22   at is it was a part of the phone, whether I was going to

23   be using it or not.

24   BY MS. BALI:

25        Q    Right.  But --                                    03:44
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     Whether I turned it off or not.              03:44

 2        Q     Right, but I think you testified that it --

 3   when I asked you if it was a factor and I asked you to

 4   tell me if it was a positive or a negative factor, I

 5   think that one of the things that you characterized as a    03:44

 6   positive factor was that it was a new feature.  And so I

 7   just want to understand if it was really new to you at

 8   the time because you had already had a Pixel phone and,

 9   you know, the assistant had already been on that phone.

10        A     Okay.  I can respond to that.  I'd say that     03:45

11   maybe not a new feature at that point but a feature that

12   it felt to me that Google continued to highlight and let

13   folks be aware of, yes.

14        Q     Was it something that you planned to use?

15        MS. FARAH:  Objection.  Form.                        03:45

16        THE WITNESS:  With the new phone?

17   BY MS. BALI:

18        Q     Correct.

19        A     My feeling was I was potentially open to it

20   but I was on the fence.                                    03:45

21        Q     Okay.  Can you tell me what you mean by that?

22        A     Well, in seeing the advertising in different

23   things, I thought although I haven't had the best

24   experience with this assistant, maybe I can use it in the

25   future.  But I'm not sure actually.  So that's what I      03:46
```

Page 105

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1       A    I don't recall that, no.                          03:47

2       Q    Okay.  Do you know what voice match is?

3       A    I'm not sure that I do.

4       Q    Okay.  Do you know if voice match is enabled

5  on your device?                                             03:48

6       A    I'm not sure if it is.

7       Q    Okay.  Do you have a Google account?

8       A    Meaning like a general, like a -- they're

9  referring to like a Gmail account, like Google Suite?

10      Q    Just a Google account.                            03:48

11      A    Yes, I believe I do.

12      Q    Okay.  And do you know how many Google

13  accounts you have?

14      A    My current employer uses Google and the

15  Google Suite, you know, for work e-mail.  Would that       03:49

16  count as a separate account?

17      Q    I think it would.  It's -- it sounds like a

18  work account.

19      A    Okay.  If that's case, then I have a private

20  account or a personal account and I have a work account    03:49

21  and previous employers I've had, I've also used Google in

22  a similar way and I had accounts with those employers but

23  I imagine those get deactivated, you know, after you

24  leave.  So with that assumption, I believe that I have

25  two Google accounts.                                       03:49

                                                    Page 107

1    Q    Okay.  And the two being your personal Google    03:49

2  account and your work Google account?

3    A    Correct.

4    Q    Okay.  And what is your personal Google

5  account e-mail address associated?    03:50

6    A    It's my --

7    Q    I need to rephrase because that was kind of

8  backwards.  What is the e-mail address associated with

9  your personal Google account?

10    A    Okay.  It is ██████████████.    03:50

11    Q    Okay.  And what is the e-mail address

12  associated with your work Google account?

13    A    It's ████████████████

14    Q    Okay.  So I'm just going to ask you some

15  questions about your personal Google account.  Do you    03:50

16  recall when you created that account?

17    A    Not exactly but I can say that it was -- it's

18  been over ten years.

19    Q    Okay.  And is it safe to say that your work

20  Google account was created when you started working at    03:51

21  Codecademy?

22    A    That's safe to say.

23    Q    Okay.  Do you ever use that account for any

24  personal activity?

25    A    No.    03:51

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q     And -- and just -- just by that I mean, you      03:51

 2   know, to communicate with friends or, you know, conduct

 3   personal Gmail searches -- or sorry, Google searches,

 4   that sort of thing?

 5        MS. FARAH:  Objection to form.                         03:51

 6        THE WITNESS:  No, I -- I don't think I do.

 7   BY MS. BALI:

 8        Q     Okay.  Have you ever used your work account

 9   to interact with the assistant?

10        A     Not that I recall, no.                           03:51

11        Q     Okay.  Is your work account connected to your

12   Pixel phone?

13        A     Yes, it is.

14        Q     Okay.  Is your personal account also

15   connected to your Pixel phone?                              03:52

16        A     Yes.

17        Q     Okay.  When you created your personal Google

18   account, do you recall reading Google's Terms of Service?

19        A     So this happened many years ago, so I -- like

20   I think that happened but I -- I don't really remember      03:52

21   it.

22        Q     Okay.  You -- yeah, I think you said it was

23   over ten years ago that you created this account.  So are

24   you saying you don't remember whether you read Google's

25   Terms of Service at that time?                              03:53
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     I believe that I did but I cannot give you      03:53

 2   details about what happened there.

 3        Q     Okay.  Do you have a specific memory of

 4   reading Google's Terms of Service when you set up your

 5   Google account?                                            03:53

 6        A     Now that I think about it, I feel like there

 7   are some glimpses of a memory there in terms of --

 8        Q     Okay.

 9        A     -- setting it up.

10        Q     Okay.  And do you have any reason to believe    03:53

11   that you did not agree to Google's Terms of Service at

12   the time that you created your Google account?

13        A     I -- my understanding is that you cannot

14   proceed using the product without accepting to the terms,

15   accepting the terms.  So my guess is that I did that in    03:54

16   order to proceed.

17        Q     Okay.  And do you recall reading Google's

18   privacy policy when you set up your Google account?

19        A     Vaguely.

20        Q     Okay.  Okay.  Are you familiar with the web     03:54

21   and app activity setting?

22        A     With the -- I'm sorry.  Can you say that

23   again?

24        Q     Yeah.  Are you familiar with the Google

25   setting called web and app activity?                       03:54
```

Page 110

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     I don't know that I am.                      03:54

 2        Q     Okay.  Have you ever heard of that setting

 3   before?

 4        A     It sounds familiar but I'm not sure what

 5   exactly that is.                                        03:54

 6        Q     Okay.  Do you know if that setting is enabled

 7   on your account?

 8        A     I don't know for sure, no.

 9        Q     Okay.  Have you ever gone into your Google

10   account settings to review what settings you have       03:55

11   enabled?

12        A     Over the years, I'm sure I've reviewed the

13   settings, yes.

14        Q     Do you recall the last time that you did

15   that?                                                   03:55

16        A     No, I don't.

17        Q     Okay.  Do you know what sorts of settings are

18   included in your Google account settings?

19        A     I'm not exactly sure.

20        Q     Okay.  Do you recall changing any of those    03:55

21   settings?

22        A     I think there's certain things I believe that

23   I've updated that I wanted but I'm not exactly sure like

24   which one of those settings have been updated versus not.

25        Q     Okay.  So you don't have -- you don't have a   03:56
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    This marks the beginning of media unit number 3 and we    04:21

2    are back on the record.

3    BY MS. BALI:

4        Q    Hi, Mr. Kumandan.  I just wanted to follow up

5    on one question that I asked you before we went on break.    04:21

6    I think you testified that approximately a year ago you

7    went into your Google settings and tried to disable the

8    hot word functionality on your Pixel phone; is that

9    right?

10       A    Yes.    04:21

11       Q    Okay.  Did you ever try to do that at any

12    prior point in time?

13       A    I don't know if I did.  I feel like I might

14    have looked into it but I don't know how far I got.

15       Q    Okay.  Do you know if you ever successfully    04:21

16    disabled that setting at a prior point in time?

17       A    I'm not sure if I was successful in my

18    efforts.

19       Q    Okay.  Do you know if you tried but were

20    unsuccessful?    04:21

21       A    I think that I tried and I may have been

22    unsuccessful.

23       Q    Okay.  Did you contact Google to try to

24    resolve the issue?

25       A    I don't think that I did.    04:22

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      Q      Did you contact Verizon to try to resolve the      04:22

2   issue?

3      A      No, I don't think I did.

4      Q      Did you take any other steps to try to ensure

5   that the hot word functionality was disabled on your      04:22

6   Pixel device?

7      A      I think I just did my own research on the

8   matter and then just moved on.

9      Q      Okay.  And what kind of research did you do?

10      A      Googling things.      04:22

11      Q      Like what?

12      A      Like how do you go about doing this, you

13   know, tied to this phone?

14      Q      Okay.  And did you follow the instructions

15   that you found?      04:23

16      A      I think I started reading the instructions

17   and then I just moved on.  I said, "I've had enough of

18   this."

19      Q      Okay.  Do you recall whether the instructions

20   that you were reading were on Google's website?      04:23

21      A      I'm not sure.  I -- I forget what I -- where

22   I was reading this info.

23      Q      Okay.  And you're not sure whether your

24   attempt to disable the setting was successful; is that

25   correct?      04:23

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A     That's right.  I'm not sure.  I'm not sure | 04:23 |
| 2 | how it played out, yeah. | |
| 3 | Q     Okay.  Are you aware that there's a setting | |
| 4 | connected to the Google Assistant that allows you to | |
| 5 | control how sensitive the Google Assistant is to the hot | 04:23 |
| 6 | word? | |
| 7 | A     I don't think I was aware of that.  I don't | |
| 8 | think I was, no. | |
| 9 | Q     Okay.  Have you ever -- have you ever seen | |
| 10 | that setting in your Google settings -- | 04:24 |
| 11 | A     I have to review the settings to see if it's | |
| 12 | familiar but off the top of my head, I don't -- I can't | |
| 13 | say. | |
| 14 | Q     So you -- is it fair to say that you don't | |
| 15 | have a recollection of seeing that setting? | 04:24 |
| 16 | A     Yeah, I'm not sure about it. | |
| 17 | Q     Okay.  Have you ever looked for ways to limit | |
| 18 | the Google Assistant recording you when you did not | |
| 19 | intend it to? | |
| 20 | A     I'm sorry.  Can you say that again?  Did I | 04:24 |
| 21 | look to -- | |
| 22 | Q     Sure.  Have you ever -- have you ever looked | |
| 23 | for ways to avoid the Google Assistant recording you when | |
| 24 | you did not intend it to? | |
| 25 | MS. FARAH:  Objection.  Form. | 04:24 |

Page 117

1          THE WITNESS:  I don't know if I looked that up.          04:24

2     BY MS. BALI:

3          Q     Okay.  Have you ever looked at your settings

4     menu to see if there were any settings that you can

5     change to avoid the Google Assistant recording you when          04:25

6     you did not intend it to?

7          A     No, I don't think I did.

8          Q     Okay.  Okay.  Are you aware that you have

9     some claims in this lawsuit against Google based on

10     Google's alleged use of your assistant queries to target          04:25

11     advertising to you?

12          MS. FARAH:  Objection.  Form.

13          THE WITNESS:  I believe I'm aware of what you're

14     talking about.

15     BY MS. BALI:          04:25

16          Q     Okay.  And what -- what are you -- what's

17     your understanding of your claims with respect to the

18     targeted advertising?

19          A     That there was a situation that I let -- that

20     I believe led to targeted advertising that I --          04:26

21          Q     Okay.

22          A     -- that I didn't --

23          Q     Sorry.  I didn't mean to cut you off.  I

24     thought you were done.  Go ahead and finish.

25          A     Yeah, there's a situation that took place          04:26

Page 118

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    it?                                                          04:48

2         A    Like how it determines that the hot word is

3    actually being stated?

4         Q    Correct.

5         A    I don't.                                           04:48

6         Q    Okay.  Do you understand that the assistant

7    has to listen to the sounds around it in order to

8    determine if the hot word is -- is being spoken?

9         MS. FARAH:  Objection.  Form.

10        THE WITNESS:  I think it makes sense to me the          04:48

11   concept that in order for the assistant to ever pick up

12   the hot word, it needs to be listening.

13   BY MS. BALI:

14        Q    Okay.  Then do you agree that there may be

15   instances where the assistant might misinterpret other      04:49

16   words or sounds as a hot word when the user has not

17   actually spoken the hot word?

18        A    Like is it possible that the assistant thinks

19   that a hot word was said when it wasn't?

20        Q    Not that -- sure, sure.                            04:49

21        A    I could -- I can imagine that happening, yes.

22        Q    Okay.  And -- I mean, do you agree that it's

23   reasonable to expect that to happen in some instances

24   when you're dealing with a technology like this?

25        MS. FARAH:  Objection.  Form.                           04:49

                                               Page 132

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          THE WITNESS:  I don't know.                     04:50

2     BY MS. BALI:

3          Q     Do you expect the technology to work

4     perfectly every time?

5          MS. FARAH:  Objection.  Form.                   04:50

6          THE WITNESS:  Maybe not perfectly every time.

7     BY MS. BALI:

8          Q     Okay.  So do you have a sense of what you

9     think is a reasonable rate of error for technology like

10    this?                                                04:50

11         A     I think -- I think it depends on the type of

12    error and what would flow from the error taking place.

13         Q     Okay.  Can you explain that in more detail,

14    please.

15         A     So I -- I can imagine with the voice command  04:51

16    that there could be two types of errors.  One type where

17    it's getting false positives where people are not saying

18    the hot word and it's thinking the hot word is being

19    said.  The other type of error is where people are saying

20    the hot word but it's not picking up the hot word.     04:51

21         Q     Okay.

22         A     Now what my expectation would be is that a

23    focus here would be to ensure that there were very

24    minimal false positives where folks in the regular course

25    of their conversation are just saying their everyday    04:52
```

Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | conversation and the hot word being triggered. | 04:52 |
| 2 | Q    Okay.  And what do you think qualifies as | |
| 3 | minimal? | |
| 4 | A    I don't know.  I feel like there is folks | |
| 5 | much smarter than me and have a lot more information | 04:52 |
| 6 | about that entire world that can speak to what would | |
| 7 | constitute minimal versus not. | |
| 8 | Q    Right.  Well, I'm asking you just based on | |
| 9 | your own expectation.  What do you think is reasonable? | |
| 10 | A    I -- I don't know that I could say a number, | 04:52 |
| 11 | yeah. | |
| 12 | MS. BALI:  Okay.  All right.  I'm going to do one | |
| 13 | exhibit and then I think we're going to take our break. | |
| 14 | Let me figure out how to do this. | |
| 15 | (Whereupon Defendant's Exhibit 1 was | 04:53 |
| 16 | marked for identification by the Court | |
| 17 | Reporter.) | |
| 18 | MS. BALI:  Okay.  Now you should be able to refresh | |
| 19 | the folder and see the exhibit in your folder. | |
| 20 | THE WITNESS:  All right.  I'm going to look for it | 04:53 |
| 21 | now. | |
| 22 | (A pause in the proceedings.) | |
| 23 | THE WITNESS:  Okay.  I think I see Exhibit 001-2000 | |
| 24 | -- | |
| 25 | /// | 04:54 |

Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MS. BALI:                                          06:57

 2         Q    Okay.  Okay.  And is that -- is that Amazon

 3    Alexa the only other virtual assistant that you have

 4    used?

 5         A    I think so, yeah.                           06:57

 6         Q    Okay.

 7              (A pause in the proceedings.)

 8    BY MS. BALI:

 9         Q    Okay.  Do you have any plans to get a new

10    phone any time soon?                                  06:59

11         MS. FARAH:  Objection.  Form.

12         THE WITNESS:  I don't know.

13    BY MS. BALI:

14         Q    No current plans, is that fair?

15         A    Yeah, I -- I don't think I considered at this  06:59

16    time getting a new phone.

17         Q    Okay.  Would you consider purchasing another

18    Pixel phone?

19         A    Potentially.

20         Q    Okay.  So previously, we testified -- you    06:59

21    testified that the assistant recorded you without your

22    knowledge, correct?

23         A    That's right.

24         Q    Do you think that you were harmed by the --

25    as a result of those recordings?                      07:00
```

Page 181

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     I think that depends on how you define        07:00

 2   "harm."

 3        Q     How would you define harm?

 4        A     Well, in one regard, if you looked at a

 5   really small scale and -- and you think was I harmed in   07:00

 6   that I lost money or my family member or somebody was

 7   hurt?  No, I -- I didn't have some immediate harm in that

 8   regard.  But when I think of more grander schemes toward

 9   harm, I think that -- I believe I had a level of privacy

10   in using this device and that sort of trust was broken    07:00

11   and what were to happen with the information?  I don't

12   know that I can speak to that.  But I know that it was

13   not a good feeling for me and sort of changed the way

14   that I view these products.

15        Q     When you say you're not sure what -- let me     07:01

16   make sure I got your language right.  When you -- you say

17   that you're not sure what -- what were to happen with

18   this information?  Did I understand that right?  What did

19   you mean by that?

20        A     Meaning this recording that was taken without   07:01

21   me knowing it and I imagine it's one of many, many

22   recordings taken across whoever it may be, I don't know

23   what happens with this information or how it gets used

24   but I know that this was not something that I believe

25   that I signed up for, yeah.                                07:02
```

1      Q      Okay.  Do you have any -- any theory about        07:02

2   what Google does with this information?

3          MS. FARAH:  Objection.  Form.

4          THE WITNESS:  I -- you know, the general theories

5   sort of exist out in the world about companies collecting    07:02

6   a bunch of information about the folks using their

7   products and then using that information for their own

8   personal gain in a variety of different ways, targeting

9   those individuals with advertisements that they think

10  might appeal to them or maybe even taking the information     07:02

11  and selling it to some other parties.  I -- I'm -- I

12  can't say for sure what, if anything, Google does with

13  the information.

14  BY MS. BALI:

15     Q      Okay.  Do you have any reason to believe that      07:03

16  Google targeted advertising to you, based on any of the

17  recordings that we listened to?

18         MS. FARAH:  Objection.  Form.

19         THE WITNESS:  Well, are you referring to all the --

20  the exhibits that we listened to?                            07:03

21  BY MS. BALI:

22     Q      Correct.  All of the audio recordings that we

23  listened to during this deposition.

24     A      I don't know that I got any targeted ads from

25  that, not that I can recall.  Not to say that it didn't       07:03

                                              Page 183

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    happen.  It may have happened.                          07:03

2        Q    Okay.  Do you have any reason to believe that

3    any of those audio recordings were disclosed to any third

4    party?

5        MS. FARAH:  Objection.  Form.                        07:04

6        THE WITNESS:  I'm not sure.

7    BY MS. BALI:

8        Q    Do you have any reason to believe that any of

9    those audio recordings were sold to any third parties?

10       MS. FARAH:  Same objection.                          07:04

11       THE WITNESS:  I'm not sure.

12   BY MS. BALI:

13       Q    Okay.  Do you have any reason to believe that

14   Google made money as a result of those audio recordings?

15       MS. FARAH:  Same objection.                          07:04

16       THE WITNESS:  I don't know.

17       MS. BALI:  Okay.  Let's take a -- a quick five

18   minute break, if that's okay.

19       THE WITNESS:  Okay.

20       MS. BALI:  Thanks.                                   07:05

21       THE VIDEOGRAPHER:  Just a second.  Okay.  The time

22   is now 7:05 p.m.  This marks the end of media number 5.

23   We're off the record.

24            (Whereupon a recess was held from 7:05

25              p.m. to 7:33 p.m.)                            07:06

                                                    Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          THE VIDEOGRAPHER:  Okay.  The time is now 7:33 p.m.     07:33

 2   This marks the beginning of media number 6 and we're back

 3   on the record.

 4   BY MS. BALI:

 5          Q     All right.  Hi, Mr. Kumandan.                     07:33

 6          A     Hello.

 7          Q     Okay.  So I just wanted to -- to clarify with

 8   you a couple of points regarding your purchase of the --

 9   of your second Pixel device and -- and make sure I

10   understand the timing.  If you don't mind reopening        07:33

11   Exhibit 2.

12          A     Okay.  I believe I'm looking at Exhibit 2.

13          Q     Okay.  And can you turn to page 5 where it

14   has your response to interrogatory number 1.

15          A     All right.  Scrolling down to page -- okay.     07:34

16   Okay.

17          Q     Okay.  So I think in your earlier testimony,

18   you testified that you purchased your current Pixel

19   device in 2021; is that right?

20          A     Is that what I said?  2021?                      07:34

21          Q     That's what I have, but -- but tell me if I

22   have it wrong or -- or you misspoke.

23          A     I -- I know that I purchased it during the

24   pandemic and I think -- I would have to confirm that.  I

25   know that I've -- I've -- this new phone, I haven't had     07:34
```

Page 185

1    it for that long.  I think it was 2021 but I need to          07:34

2    confirm that.

3         Q     Okay.  So do you see your response here says

4    that "prior to July 2020, plaintiff owned and used Google

5    Pixel phone.  Plaintiff is unable to locate the serial          07:35

6    number or another unique identifier for his Google Pixel

7    phone.  Plaintiff currently owns and uses Google Pixel 4

8    phone," and then it provides the MEID number.

9         A     Um-hum.

10        Q     Do you see that?  Okay.                              07:35

11              Did you -- is -- is -- do -- is this

12   statement accurate?

13        A     I would trust this statement over my memory

14   so if what this statement is saying that I got a new

15   phone in July 2020 as opposed to getting it in 2021, then      07:35

16   I would go with that.  I -- I -- I gotta say I forget

17   exactly when I got this new phone but I know it happened

18   during the pandemic.  I can remember that so in the last

19   couple of years.

20        Q     Okay.  Do you think -- do you read this             07:36

21   statement to say that you got a new phone in July 2020?

22        A     I'm not sure, actually.  It doesn't seem that

23   clear to me, the statement.

24        Q     Yeah.  I -- I tend to agree with you.

25        MS. FARAH:  Is there a question?                          07:36

                                                    Page 186

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   BY MS. BALI:                                              07:36

 2        Q    Do you recall when you purchased your phone

 3   if it was July 2020?

 4        A    I -- I don't know now.  I -- I'd have to look

 5   that one up.  I can't say for certain.  I thought it was  07:36

 6   2021 but I need to confirm that.

 7        Q    Okay.  Did you have another device in between

 8   your original Google Pixel phone and the current Pixel

 9   phone that you have now?

10        A    No, I went from one Pixel to another.           07:36

11        Q    Okay.  And was there any period of time where

12   you did not have a phone?

13        A    No, I don't think so.

14        Q    Okay.  Do you recall whether you read

15   Google's privacy policy before you purchased the second   07:37

16   Pixel phone?

17        A    Oh, I don't recall.

18        Q    Okay.  And I think you previously testified

19   that you learned that Google was recording you without

20   your knowledge; is that right?  At some point you learned  07:37

21   that?

22        MS. FARAH:  Objection.  Form.

23        THE WITNESS:  Yes.

24   BY MS. BALI:

25        Q    Okay.  And I think you testified that you       07:37
```

Page 187

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q     Okay.  And this is -- this is -- just so the    07:55

 2   record is clear, this is the version that was effective

 3   December 19th, 2019.

 4              Can you scroll to page, I think it's 16 of

 5   this document.                                            07:55

 6        A     Sure thing.  All right.

 7        Q     All right.  Hold on.  Let me -- let me fix

 8   that.  Hold on.

 9        A     Okay.

10        Q     It's -- yeah, no, it's -- it's page 3,         07:56

11   actually?

12        A     Page 3, not 16.

13        Q     Not 16.  Sorry.

14        A     Okay.

15        Q     It's the -- the portion that starts with       07:56

16   "your activity."

17        A     Okay.  Let me get up to that one.  Your

18   activity, yes, I see that.

19        Q     Okay.  Have you ever read this language

20   before?                                                   07:56

21        A     I'm guessing that I've reviewed it in the

22   past.

23        Q     Does it look familiar to you?

24        A     Somewhat.

25        Q     What does that mean?                           07:56
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A     What's this document?  Twenty-nine pages?  So      07:56

 2   yeah, I mean, I -- I feel like I might have seen it in

 3   the past.  You know, I couldn't -- yes.

 4        Q     Do you have a specific memory of reading this

 5   document before?                                              07:57

 6        A     I'm guessing that I had to sign off on it to

 7   proceed, so --

 8        Q     But my question's a little different.  I'm

 9   asking if you have a specific memory of reading this

10   document.                                                     07:57

11        A     As wonderful as the language is in this

12   document, I don't know how memorable it is so I don't

13   know that I have a very specific memory about reviewing

14   this 29-page document.

15        Q     Okay.  Do you see the language that starts        07:57

16   with "your activity?"

17        A     Yes.

18        Q     And do you see where it says, "We collect

19   information about -- about your activity in our services

20   which we use to do things like recommend a YouTube video    07:57

21   you might like.  The activity information we collect may

22   include," and then it includes several bullet points.

23        A     Yes, I see that.

24        Q     Okay.  Do you see the bullet point that says,

25   "Voice and audio information when you use audio              07:58
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   features?"                                          07:58

 2         A     I see it, yes.

 3         Q     Okay.  What do you understand that to mean?

 4         A     Well, off the bat, "we collect information,"

 5   pretty vague phrasing.  Wouldn't it be like -- especially  07:58

 6   if I feel like you're getting at, we record what you're

 7   doing?  Like we collect information and we record what

 8   you said.  I mean, I feel like one phrasing is much more

 9   specific than another there.  So I mean, I think I get

10   the purpose of why you're showing this to me, if that   07:58

11   is --

12         Q     I'm not asking -- I mean, I'm just asking you

13   a really simple question which is just what do you

14   understand this language to mean?

15         A     We collect your -- we collect the information  07:58

16   about your activity in our services, okay.  We gather

17   information about you and here, we may collect

18   information when you're doing these different activities.

19         Q     Okay.

20         A     I think what -- as I read this, what seems   07:59

21   sort of vague to me is what does that mean, "we collect

22   information?"  I don't know if there's other parts in the

23   document where they specify, "We collect information

24   means when you're using our voice and audio information

25   that means we are recording what you're saying."  So I   07:59
```

Page 200

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    would say that I -- we collect information seems -- yeah,     07:59

 2    I feel like what does "we collect" mean?  That seems kind

 3    of vague to me.

 4        Q     So are you saying you don't know what this

 5    language means?                                               07:59

 6        A     I'm saying I think that the language is -- I

 7    don't think it's very specific.

 8        Q     Okay.  Do you interpret this language to mean

 9    that the Google Assistant will never activate in error?

10        MS. FARAH:  Objection.  Form.                            08:00

11        THE WITNESS:  I -- I don't think of this language

12    as speaking to whether it'll activate, like based on

13    error or not error.  I don't think about that when I look

14    at this passage.

15    BY MS. BALI:                                                  08:00

16        Q     Okay.  Do you -- do you interpret this

17    passage to say that Google will not collect information

18    about your interactions with the assistant unless you

19    intend to activate it?

20        MS. FARAH:  Objection.  Form.                            08:00

21        THE WITNESS:  Could you rephrase that?  That just

22    felt -- there's a lot going on.

23    BY MS. BALI:

24        Q     Yeah, sure.  I'll rephrase it.  Do you

25    interpret this language to constitute a promise that the     08:00
```

Page 201

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    Google Assistant will never misactivate?              08:01

 2         MS. FARAH:  Objection.  Form.

 3    BY MS. BALI:

 4         Q    And -- and collect your information?

 5         A    I don't -- when I look at this language, no,  08:01

 6    I don't think about whether it will misactivate or not.

 7         Q    Okay.  Okay.  Are you -- oh, sorry.  I wanted

 8    to ask one quick question.  You mentioned earlier in your

 9    testimony that you tweeted something to I think the --

10    maybe the Google CEO.  I'm just wondering if you can      08:01

11    provide your -- your Twitter account name that you used

12    to -- to make that tweet.

13         A    I did not tweet anything about that.  I was

14    kidding about that, about meeting Sergei and Larry.  That

15    was not -- I was highlighting there that I didn't feel    08:02

16    like I had an effective means to reach out to Google to

17    make my -- you know, my teeny complaint, so I don't know

18    if that's something we can stipulate but I was kidding.

19    I did not tweet anything to Sergei or whoever else at

20    Google.                                                   08:02

21         Q    Oh, okay.  And so -- so you were just

22    speaking in jest about your attempts -- or I guess

23    speaking in jest and you did not make any effort to

24    communicate with Google about any of this?

25         A    No, no.  I did not tweet at Google.  I did      08:02
```

Page 202

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    not e-mail Google.  I didn't make any attempts on that      08:02

 2    matter that we were talking about.

 3        Q    Okay.  Are you -- are you aware that there's

 4    been a motion to certify class filed on your behalf in

 5    this case?                                                   08:02

 6        A    I believe that I am aware of that, yes.

 7        Q    Okay.  Did you read the motion?

 8        A    I think that I did read it.  I feel like I --

 9    there was some information sent to me and I'm sure that

10    anything that was sent to me I reviewed so I --            08:03

11        Q    Do you know when the motion was filed?

12        A    Do I know when it was filed?  I couldn't give

13    you the date of it at this time.

14        Q    Do you know if it was in the last month?

15        A    I don't know when it was.                          08:03

16        Q    Do you recall reading anything related to

17    that motion in the last month?

18        A    There have been some communications in the

19    last month so it may have been but with these proceedings

20    in general going the way they have been, it's hard to say   08:03

21    what happened when.

22        Q    Yeah, I'm just talking about within the last

23    30 days.  Do you have any recollection within the last 30

24    days of reading anything related to a motion for class

25    certification?                                              08:04
```

Page 203

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1

2          I, MICHELLE MEDEL SABADO, RPR, CRR, CSR NO. 7423, IN

3     AND FOR THE STATE OF CALIFORNIA, HEREBY CERTIFY:

4          THAT PRIOR TO BEING EXAMINED, THE WITNESS NAMED IN

5     THE FOREGOING DEPOSITION WAS DULY SWORN BY ME TO TESTIFY

6     THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH;

7          THAT SAID DEPOSITION WAS TAKEN DOWN BY ME IN

8     SHORTHAND AT THE TIME AND PLACE THEREIN NAMED, AND

9     THEREAFTER REDUCED TO TYPEWRITING UNDER MY DIRECTION, AND

10    THE SAME IS A TRUE, CORRECT AND COMPLETE TRANSCRIPT OF

11    SAID PROCEEDINGS;

12         THAT IF THE FOREGOING PERTAINS TO THE ORIGINAL

13    TRANSCRIPT OF AN EXAMINATION IN A FEDERAL CASE, BEFORE

14    COMPLETION OF THE PROCEEDINGS, REVIEW OF THE TRANSCRIPT

15    { } WAS  {X} WAS NOT REQUIRED.

16         I FURTHER CERTIFY THAT I AM NOT INTERESTED IN THE

17    EVENT OF THE ACTION.

18         WITNESS MY HAND THIS 10TH DAY OF AUGUST, 2022.

19

20

21

22

23          MICHELLE MEDEL SABADO

24          RPR, CRR, CSR NO. 7423

25

Page 225