UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SETTLEMENT CONFERENCE MINUTES

| | | |
|---|---|---|
| **Date:** 04/14/2025 | **Time:** 10:00AM - 4:26PM | **Judge:** Kandis A. Westmore |
| **Case No.:** 19-cv-04286-BLF | **Case Name:** In re Google Assistant Privacy Litigation | |

**For Plaintiff(s):** Margaret C. MacLean; Erin Green Comite; Andrea Farah; Mark N. Todzo

**For Defendant(s):** Sunita Bali; Justin Potesta; Erin Earl; Elliott Joh; Makesha Patterson; Bobbie Wilson

**Deputy Clerk:** Dianna Shoblo          **Court Reporter:** Not Reported

PROCEEDINGS

Settlement Conference was held in person in Courtroom 5, 2nd Floor, in Oakland.

Progress towards a resolution was made. Parties did not reach a settlement.