| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| 2 | BWilson@perkinscoie.com<br>Sunita Bali, Bar No. 274108 |
| 3 | SBali@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 6 | Erin K. Earl (*pro hac vice*) |
| 7 | EEarl@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 9 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |
| 10 | Attorneys for Defendants<br>Alphabet Inc. and Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Françoise Beaufays, declare as follows:

1. I am a Distinguished Research Scientist at Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of Defendants' Administrative Motion to File Under Seal ("Administrative Motion") seeking to seal certain narrowly tailored redactions to Google's Reply in Support of its Motion for Summary Judgment ("Reply") and the declarations of Françoise Beaufays and Jonathan Borck, PhD, in support thereof ("the Declarations"), as well as some or all of the Exhibits to the Declaration of Sunita Bali in support of the Reply ("the Exhibits"). The redacted or sealed portions of Google's Reply, the Declarations, and the Exhibits are collectively referred to as "the Sealed Materials." Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed redactions of the Sealed Materials are narrowly tailored to discrete, sealable portions of the Opposition, the Declarations and those of the Exhibits that are susceptible to redactions. Google also moves to seal the entirety of the Exhibits that are not susceptible to redaction because they consist exclusively of highly sensitive proprietary and commercial information, public disclosure of which would cause competitive harm to Google.

3. Specifically, Google requests to seal the following:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to this Administrative Motion | Reply to Google's Motion for Summary Judgment | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. |
| Ex. B to this Administrative Motion | Declaration of Françoise Beaufays in support of the Reply | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. C to this Administrative Motion | Ex. 2 to Bali Decl. (Defendants Alphabet Inc. and Google LLC's Supplemental Responses to Plaintiffs' Interrogatory Nos. 5 and 10, served July 24, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. This document has already been sealed pursuant to the Court's October 17, 2022 Order. *See id.* at Exhibit AV. Public disclosure of this information would cause harm to Google. |
| Ex. D to this Administrative Motion | Ex. 3 to Bali Decl. (Excerpts of July 21, 2022 Deposition of Hailey Crowell) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. This document has already been sealed pursuant to the Court's October 17, 2022 Order. *See id.* at Exhibit BK. Public disclosure of this information would cause harm to Google. |
| Ex. E to this Administrative Motion | Declaration of Jonathan Borck, PhD, in support of the Reply | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

4. True and correct copies of the Sealed Materials, with Google's proposed redactions highlighted in yellow in compliance with Section V of this Court's Standing Order re: Civil Cases, are concurrently filed provisionally under seal as Exhibits A-E to Defendants' Administrative Motion.

5. The Sealed Materials contain highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant, business opportunities and risks of Google Assistant, and details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants and other artificial intelligence applications, including

-3-

1  generative artificial intelligence applications, direct insight into sensitive, confidential aspects of
2  Google's development of the Google Assistant.
3
4      I declare under penalty of perjury that the foregoing is true and correct.
5      Executed on April 18, 2025, in Mountain View, CA.

   _____
   Françoise Beaufays