| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
|  | BWilson@perkinscoie.com |
| 2 | Sunita Bali, Bar No. 274108 |
|  | SBali@perkinscoie.com |
| 3 | Elliott Joh, Bar No. 264927 |
|  | EJoh@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|  | 505 Howard Street, Suite 1000 |
| 5 | San Francisco, California 94105 |
|  | Telephone: +1.415.344.7000 |
| 6 | Facsimile:  +1.415.344.7050 |
| 7 | Erin K. Earl (pro hac vice) |
|  | EEarl@perkinscoie.com |
| 8 | PERKINS COIE LLP |
|  | 1201 Third Avenue, Suite 4900 |
| 9 | Seattle, Washington 98101-3099 |
|  | Telephone: +1.206.359.8000 |
| 10 | Facsimile: +1.206.359.9000 |
| 11 | Justin Potesta, Bar No. 314133 |
|  | JPotesta@perkinscoie.com |
| 12 | PERKINS COIE LLP |
|  | 405 Colorado Street, Suite 1700 |
| 13 | Austin, TX 78701 |
|  | Telephone: +1.737.256.6100 |
| 14 | Facsimile: +1.737.256.6300 |
| 15 | Attorneys for Defendants |
|  | ALPHABET INC. and GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On April 18, 2025, Defendants filed an Administrative Motion to File Under Seal ("Administrative Motion") in connection with their Reply in support of Google LLC and Alphabet Inc.'s Motion for Summary Judgment.

After considering the papers and all other matters presented to this Court regarding the Administrative Motion, and for compelling reasons appearing, the Court orders that the documents listed below be filed under seal:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to this Administrative Motion | The Reply to Google's Motion for Summary Judgment | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5.<br><br>Public disclosure of this information would cause harm to Google. |
| Ex. B to this Administrative Motion | Declaration of Françoise Beaufays in support of the Reply | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. C to this Administrative Motion | Ex. 2 to Bali Decl. (Defendants Alphabet Inc. and Google LLC's Supplemental Responses to Plaintiffs' Interrogatory Nos. 5 and 10, served July 24, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5.<br><br>This document has already been sealed pursuant to the Court's October 17, 2022 Order (ECF 318). *See id.* at Exhibit AV. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. D to this Administrative Motion | Ex. 3 to Bali Decl. (Excerpts of July 21, 2022 Deposition of Hailey Crowell) | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5.<br><br>This document has already been sealed pursuant to the Court's October 17, 2022 Order (ECF 318). *See id.* at Exhibit BK. Public disclosure of this information would cause harm to Google. |
| Ex. E to this Administrative Motion | Declaration of Jonathan Borck, PhD, in support of the Reply | Entire exhibit. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. |

**IT IS SO ORDERED.**

DATED: _____, 2025             _____
                                                                                Hon. Beth Labson Freeman
                                                                                United States District Judge