1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  Elliott Joh, Bar No. 264927
   EJoh@perkinscoie.com
4  PERKINS COIE LLP
   505 Howard Street, Suite 1000
5  San Francisco, California 94105
   Telephone: +1.415.344.7000
6  Facsimile:  +1.415.344.7050

7  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
8  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
9  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
10 Facsimile: +1.206.359.9000

11 Justin Potesta, Bar No. 314133
   JPotesta@perkinscoie.com
12 PERKINS COIE LLP
   405 Colorado Street, Suite 1700
13 Austin, TX 78701
   Telephone: +1.737.256.6100
14 Facsimile: +1.737.256.6300

15 Attorneys for Defendants
   ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED** |

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Google LLC ("Google") and Alphabet Inc. (collectively, "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Defendants have designated the Declaration of Rebbecca Reed-Arthurs, Ph.D., submitted in support of their Opposition of Google's Motion for Summary Judgment ("Reed-Arthurs Declaration," sealed version at ECF 506-50) HIGHLY CONFIDENTIAL under the Protective Order in this action.

3. The Declaration of Rene Befurt, Ph.D. submitted in support of Google's Reply in Support of Defendants' Motion for Summary Judgment refers to and responds to material in the Reed-Arthurs Declaration. As a result, Defendants are filing the Declaration of Rene Befurt, Ph.D. provisionally under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2025, in Oakland, California

                                                /s/ Sunita Bali
                                                Sunita Bali