1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  Elliott Joh, Bar No. 264927
   EJoh@perkinscoie.com
4  PERKINS COIE LLP
   505 Howard Street, Suite 1000
5  San Francisco, California 94105
   Telephone: +1.415.344.7000
6  Facsimile:  +1.415.344.7050

7  Erin K. Earl (pro hac vice)
   EEarl@perkinscoie.com
8  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
9  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
10 Facsimile: +1.206.359.9000

11 Justin Potesta, Bar No. 314133
   JPotesta@perkinscoie.com
12 PERKINS COIE LLP
   405 Colorado Street, Suite 1700
13 Austin, TX 78701
   Telephone: +1.737.256.6100
14 Facsimile: +1.737.256.6300

15 Attorneys for Defendants
   ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE SEALED** |

1    Defendants Google LLC and Alphabet Inc. ("Google") filed an Administrative Motion to
2    Consider Whether Plaintiffs' Materials Should Be Sealed ("Administrative Motion") in
3    connection with their Reply in Support of Defendants' Motion for Summary Judgment, filed
4    April 18, 2025.

5    After considering the papers and all other matters presented to this Court regarding the
6    Administrative Motion, and for compelling reasons appearing, the Court orders that the
7    documents listed below be filed under seal:

| Exhibit or ECF No. | Document | Portions to Seal | Reasons for Sealing |
|---|---|---|---|
| Exhibit A to this Administrative Motion. | Declaration of Rene Befurt in support of the Reply | [As established by Plaintiffs] | |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge