Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No. 5:19-cv-04286-BLF<br><br>**SUPPLEMENTAL DECLARATION OF SUNITA BALI IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Google LLC ("Google") and Alphabet Inc. (collectively, "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Rule 26(a)(1)(A) Initial Disclosures dated April 24, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants Alphabet Inc. and Google LLC's Supplemental Responses to Plaintiffs' Interrogatory Nos. 5 and 10, served July 24, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the July 21, 2022 Deposition of Hailey Crowel.

5. I have reviewed the Declaration of Erin Green Comite in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment. *See* Dkt. 501-1. Ms. Comite states, "Plaintiffs disclosed their experts as per the Federal Rules of Civil Procedure and in conformance with the Court's scheduling order." *Id.* ¶ 55. The expert disclosure deadline was July 15, 2022. *See* Dkts. 161, 205. My office has no record of Plaintiffs disclosing the identity of any expert witnesses who may present evidence at trial, or any written reports containing the information required by Fed. R. Civ. P. 26(a)(2)(B), on or before July 15, 2022. Plaintiffs did provide notice on December 29, 2021, of their intent to disclose Google's "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY" materials to their experts pursuant to Paragraph 7.4(a) of the Stipulated Protective Order, Dkt. 100, but did not identify in that communication which, if any, may present evidence at trial or what their opinions might be. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' December 29, 2021, correspondence. Plaintiffs also filed reports from Dr. Reed-Arthurs and Dr. Torres with Plaintiffs' Motion for Class Certification and their reply in support, which were served on my office when that briefing was filed. *See generally* Dkt. 222-2, Exs. 57-58 (filed July 18, 2022); Dkt. 303-1, Exs. 29, 34, 38, 39 (filed Oct. 3, 2022). These reports relate to class certification issues and do not contain the information required by

-2-

Fed. R. Civ. P. 26(a)(2)(B). These are the only expert reports from Dr. Reed-Arthurs and Dr. Torres that my office has a record of receiving from Plaintiffs, until the declaration submitted by Dr. Reed-Arthurs in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment. *See* Dkt. 502-50.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 18, 2025, in Oakland, California

/s/ *Sunita Bali*
Sunita Bali