# EXHIBIT 4

LOWEY DANNENBERG

December 29, 2021

**VIA EMAIL:**

Sunita Bali
Bobbie Wilson
Samuel Wilson
Erin Earl
Perkins Coie LLP
505 Howard Street
Suite 1000
San Francisco, CA 94105-3204

**RE: Letter Pursuant to Section 7.4 of the Stipulated Protective Order, ECF No. 104,**
*In re Google Assistant Privacy Litigation*, **Case No. 5:19-cv-04286-BLF**

Dear Counsel,

Pursuant to Section 7.4 of the Stipulated Protective Order ("Protective Order"), entered by the Court on August 24, 2020 (ECF No. 104), Plaintiffs hereby give notice of their anticipated disclosure of "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" material to the experts listed below along with general categories of documents to be disclosed.

The categories of materials to be disclosed are:

1)      documents pertaining to consumer privacy preferences, attitudes, expectations, and behaviors, as well as consumers' understanding of Google's privacy-related practices as they pertain to Google Assistant;

2)      documents pertaining to the valuation of Google Assistant and products or services incorporating Google Assistant;

3)      documents pertaining to the value of user data, including audio recordings, collected through Google Assistant and any incentive programs or other initiatives intended to motivate Google Assistant users to consent to the collection of or provide their data to Google;

4)      documents depicting Google Assistant's design and functionality, including the transfer of data to Google;

5)      documents showing the occurrence of false accepts, including any data showing the prevalence, frequency, and rates of false accepts, any other metric Google utilized to assess the occurrence of false accepts, and Google's response;

The identities of the experts Plaintiffs intend on retaining are:



1) Rebbecca Reed-Arthurs, a resident of Emeryville, California;

2) Fernando Torres, a resident of San Diego, California; and

3) Matthew Curtin, a resident of Columbus, Ohio.

The resumes of these experts are attached hereto as Exhibits A, B, and C, respectively.

Very truly yours,

*/s/ Andrea Farah*
Andrea Farah

Cc:    Christian Levis (via email)
       Radhika Gupta (via email)
       John Jasnoch (via email)
       Mark Todzo (via email)
       Eric Somers (via email)

# EXHIBIT A

Curriculum Vitae



**REBBECCA REED-ARTHURS**
BERKELEY RESEARCH GROUP, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Direct: (510) 550-7141
rreed-arthurs@thinkBRG.com

## EDUCATION

Ph.D., Economics                                 University of California, Davis, 2012
    Fields: Industrial Organization & Public Economics
M.A., Economics                                  University of California, Davis, 2007
B.A. *High Honors*, Economics and Political Science      University of California, Berkeley, 2003

## PRESENT POSITION

**Berkeley Research Group, LLC**
    *Director:* 2017 – Present

## PREVIOUS POSITIONS

**Berkeley Research Group, LLC**
    *Associate Director:* 2015 - 2016
    *Senior Managing Economist:* 2014
    *Managing Economist:* 2011 - 2013
    *Independent Consultant:* 2010

**University of California, Davis**
    *Teaching Assistant and Research Assistant:* 2006 – 2011

**NERA Economic Consulting,**
    *Various Positions:* 2003 - 2006

## PUBLICATIONS, RESEARCH, AND PRESENTATIONS

### Publications, Consulting, and White Papers

Reed-Arthurs, R., Akemann, M., and Teece, D.J., "Resolving Bargaining Range Indeterminacy in Patent Damages after VirnetX," *Research in Law and Economics*, <u>The Law and Economics of Patent Damages, Antitrust, and Legal Process,</u> Volume 29 (2021).



Akemann, M., Reed-Arthurs, R. and Zona, J.D., "Conjoint Analysis: Applications in Antitrust Litigation" Handbook of Marketing Analytics, edited by Natalie Mizik and Dominique M. Hanssens, Edward Elgar Publishing, Inc., 2018

Reed-Arthurs, R., Sheffrin, S., "Public Attitudes towards Redistribution through Taxation," in Building Trust In Taxation, Intersentia, 2017

Patel, A., Akemann, M., Reed-Arthurs, R., "IP valuation in the digital economy," *Intellectual Asset Management Magazine*, July 2014.

"The Impact of Bad Faith Lawsuits on Consumers in Florida and Nationwide - Update," W. G. Hamm, J. Kim, and R. Reed-Arthurs, February 1, 2013.

"The Impact of Bad Faith Lawsuits on Consumers in Florida and Nationwide," W. G. Hamm, J. Kim, and R. Reed-Arthurs, September 15, 2010.

Reed-Arthurs, R., Sheffrin, S. "Windows into Public Attitudes towards Redistribution," *Proceedings of the 102 National Tax Association Annual Conference, 2009*

**Working Papers**

"Inhospitable Pricing: An Empirical Test of Price Collusion under Cyclical Demand and Capacity Constraints in the Market for Hotel Rooms"

"Toxins, Test Scores and Texas:  Identification and Quantification of Environmental Externalities"

"Infant Health and Water Pollution: Quantifying Bias Induced by Economic Activity through a Natural Experiment"

**Invited Panels or Presentations**

"The Value of Marketing Analytics in Litigation," *Theory & Practice in Marketing Conference,* 2018

"Calculating IP Damages," *BRG Brownbag Lecture Series,* 2012

 "Public Attitudes Towards Taxation: Research and Policy Implications," *102 National Tax Association Annual Conference,* 2009

## PROFESSIONAL AFFLIIATIONS AND ACTIVITIES

Member, American Economic Association:  2014 – Present

Board of Editors, BRG Review

**BRG**
Berkeley Research Group

**EXPERT REPORTS, DECLARATIONS, AND TESTIMONY**

_Wi-LAN Inc. v. Kyocera, (2:13-cv-202-JRG),_ U.S. District Court, Eastern District of Texas.  Expert Report (August 2015); Supplemental Expert Report (October 2015); Deposition Testimony (September 2015).

_Wi-LAN Inc. v. Vizio, Inc., (15-788-LPS-CJB),_ U.S. District Court, District of Delaware.  Expert Declaration (June 2018); Deposition Testimony (September 2018).

_Wi-LAN Inc. v. Sharp Electronics Corporation, (15-379-LPS-CJB),_ U.S. District Court, District of Delaware. Expert Declaration (June 2018); Deposition Testimony (September 2018).

_International Technologies & Systems Corp. v. Samsung Electronics et. al.,_ (8:17-cv-01748-DOC-JDE), U.S. District Court, Central District of California – Southern Division. Expert Report (May 2019); Deposition Testimony (June 2019); Rebuttal Report (August 2019)

_Bunnett & Co., and Energy Feeds International v. JD Heiskell Holdings et al.,_ (3:17-cv-01475-RS), United States District Court, Northern District of California.  Expert Report (July 2019)

_Direct Action Everywhere SF Bay Area v. Diestel Turkey Ranch,_ (RG17847475), Superior Court of the State of California, County of Alameda. Trial Testimony (December 2019)

_Super Interconnect Technologies LLC v. Google, LLC,_ (2:18-cv-463), U.S. District Court, Eastern District of Texas.  Expert Report (January 2020)

_Optis Wireless, Optis Cellular, Unwired Planet, and PanOptis v. Apple, Inc., (2:19-cv-66-JTR),_ United States District Court, Eastern District of Texas, Marshall Division. Expert Report (May 2020); Deposition Testimony (June 2020); Trial Testimony (August 2020); Trial Testimony (August 2021)

_Clear Imaging Research, LLC v. Samsung Electronics Co. Ltd et. al.,_ (2:19-cv-326), United States District Court, Eastern District of Texas, Marshall Division.  Expert Report (November 2020); Deposition Testimony (January 2021)

_IPA Technologies Inc., v. Amazon.com Inc. and Amazon Digital Services, LLC.,_ (1:16-cv-01266-RGA), U.S. District Court for the District of Delaware. Expert Report (February 2021); Reply Report (May 2021); Deposition Testimony (May 2021)

**SELECTED EXPERIENCE**

**Intellectual Property**
- Engaged as an expert to calculate reasonable royalty damages in disputes about wireless communications technology, social networking apps, and memory components.
- Engaged as a consulting expert on matters related to the calculation of expected values at various points in a theoretical decision tree.



- Provided support for the calculation of lost profits and/or reasonable royalty damages in industries including: smartphones, televisions, wired and wireless communications, and food products.
- Assisted in the evaluation of fair, reasonable, and non-discriminatory rates for standards essential patent portfolios.
- Provided patent licensing and negotiation support related to telecommunication patents and broadcast patents, including conducting onsite information gathering, engaging in extensive model building, assisting in the development of royalty rate and royalty base negotiating positions, and participating in the licensing negotiations.

**Survey and Sampling**
- Engaged as expert to design, implement, and analyze surveys to assess consumer willingness to pay for patented features.
- Engaged as an expert to analyze and evaluate a survey performed by another expert in a matter related to false and misleading advertising.
- Assisted in the design, implementation, and analysis of surveys to assess consumer willingness to pay for various features of smartphones, televisions, electronic devices, and wireless connectivity.
- Supported experts in determination of reasonable royalty related damages, including interfacing with survey and technical experts, coordinating implementation and analysis of surveys, and use of surveys results in damages calculations.
- Critiqued methodology and design of surveys used in the context of litigation.
- Assisted in the design, implementation, and analysis of an economic experiment designed to measure the time needed to perform an internet task.

**Taxation, Regulation, and Public Policy**
- Developed a series of statistical models used to determine appropriate arms-length interest rates and financial services fees to be used in a chain of intra-company international loans.
- Designed an econometric analysis assessing the impact of third party bad-faith lawsuits on automobile insurance premiums. Coauthored a report summarizing and interpreting this analysis.
- Performed an extensive review of existing academic literature and the estimated the impact that a local tax on sweetened beverages would have on small businesses and consumers.
- Assisted in the evaluation of the fiscal and macro-economic impacts of a proposed corporate "tax holiday."

**Antitrust Liability and Damages**
- Analyzed market structure, market power, and barriers to entry in the bulk gasoline and fuel oil transportation industries.
- Assisted in the economic analysis of damages related to the abuse of market power in the food additives industry. Assisted in the design and implementation of a representative survey to assess consumer preferences.
- Interacted directly with internal and external counsel and client representatives of a multi-national Fortune 500 company to understand a complex supply chain and construct a database of purchases affected by a price conspiracy.



- Analyzed market structure and market power in the Australian dairy industry.

**Complex Commercial Damages**
- Engaged as an expert to evaluate lost profit damages and unjust enrichment in a dispute related to agricultural products.

# EXHIBIT B

**IPmetrics®**
Intellectual Property Consulting

**FERNANDO TORRES, MSc**
**CHIEF ECONOMIST**



Fernando Torres is an intellectual property economist with nearly 30 years of work experience in economics, financial analysis, and business management in the U.S. and Mexico. He is a member and Chief Economist at IPmetrics LLC, an IP consulting firm specializing in the strategic analysis, valuation, and expert witness assessment of the full spectrum of intangible assets.

Since 2004, Mr. Torres has applied his economics, finance and business experience, as well as skills in quantitative techniques, to the analysis and valuation of intangible assets, including valuation for transactional and litigation purposes (bankruptcy and infringement cases). Prior to joining IPmetrics, Mr. Torres served as Senior Economist at CONSOR® Intellectual Asset Management.

During recent years, Mr. Torres has undertaken projects involving the valuation and/or the assessment of infringement damages regarding copyrights, trademarks, patents, trade secrets, rights of publicity, and other intellectual assets in such industries as commercial agriculture, auto parts, apparel and footwear, retail, pharmaceuticals, entertainment, telecommunications, social media, as well as non-profit organizations, among others.

Mr. Torres regularly presents on topics related to intangible asset valuation in a variety of venues, many of which qualify for CLE credit. During the past few years, Mr. Torres has been an instructor for the course "Valuing Intangible Assets for Litigation," which is part of the requirements of the Certified Forensic Financial Analyst designation issued by the National Association of Certified Valuation Analysts (NACVA).

Mr. Torres has been active in the area of the copyrights, privacy and rights of publicity infringement issues, encompassing from the unlicensed use of celebrity images to class action lawsuits involving the major social networking and web services companies.

Mr. Torres is also the editor and author of the online "Patent Value Guide" and his perspectives on the value of patents and other intellectual property assets have been cited in the media, including Managing Intellectual Property, The New York Times, Forbes.com, Business News Network, Business Valuation Resources, and The Democrat & Chronicle.

Mr. Torres is a member of the National Association of Forensic Economics, and of the Western Economics Association International, among others. His career has spanned from academia, to branches of government, to private industry and consulting.

He first earned a B.A. in Economics from the Metropolitan University in Mexico City (1980), and went on to earn a Graduate Diploma in Economics from the University of East Anglia (U. K., 1981), and a Master of Science Degree specializing in Econometrics from the University of London, England (1982).

Prior to specializing in IP, his career centered on financial analysis and management in the private sector, having been both a brand development consultant and an entrepreneur in several business ventures, mainly in the software development and health care industries. During the 1980s, Mr. Torres was Professor of Economics at the Metropolitan University in Mexico City, teaching Economic Policy, Economic Growth, Microeconomics, and Quantitative Methods. Mr. Torres was later a financial consultant (NASD Series 7, 63, 65) for half a dozen years with AXA Advisors LLC.

## PROFESSIONAL ASSOCIATIONS

- National Association of Forensic Economics
- Western Economics Association International
- American Economic Association
- International Trademark Association

## PUBLICATIONS

- "Options Approach to Licensing Royalties" in: LinkedIn.com, September 3, 2019.

- "IP Value in Bankruptcy" in LinkedIn.com, August 27, 2019.

- "Why only some patents are valuable" in: IPmetrics Blog, (May 13, 2015).

- "General Principle I – Lack of Intrinsic Value" in: PatentValueGuide.com, (February 11, 2013).

- "General Principle II – Patent Use is Key to Value" in: PatentValueGuide.com, (February 8, 2013).

- "Conceptual Patent Value Framework" in: PatentValueGuide.com, (January 31, 2013).

- "The Impact of Reorganization on Trademark Values," in: IP Management and Valuation Reporter, March 2012, BVR, Portland, OR.

- "Fundamental Principles of Patent Value," in: IP Management and Valuation Reporter, January 2012, BVR, Portland, OR.

- "Key Factors of Infringement Damages Apportionment in the Java & Android Case" in: IPmetrics Blog, (December 8, 2011).

- Book Chapter: "Valuation, Monetization, and Disposition in Bankruptcy" in *IP Operations and Implementation for the 21st Century Corporation,* John Wiley and Sons, Inc. (November, 2011).

- "Have Patent Litigation Damages Awards Been Worth It?" in: IPmetrics Blog, (April 29, 2011).

Case 5:19-cv-04286-BLF    Document 514-5    Filed 04/18/25    Page 13 of 68

**IP**metrics
Intellectual Property Consulting

Fernando Torres
Qualifications and Experience
Page 3

- "Celebrity Advertising and Endorsement" in: <u>IPmetrics Blog</u>, (March 2, 2011).

- "The Patent to Trademark Value Transition: Nespresso" <u>IPmetrics Blog</u>, (February 3, 2011).

- "The Liquidation Value of IP" in: <u>IPmetrics Blog</u>, (January 26, 2011).

- "An Econometric Model of Trademark Values" in: <u>IPmetrics Blog</u>, (January 25, 2011).

- Chapter 15: "Copyrights" in <u>Wiley Guide to Fair Value Under IFRS</u>, John Wiley and Sons, Inc. (May, 2010).

- "The Road to Asia," Feature Article (co-author) in: <u>World Trademark Review</u>, No. 23, February/March 2010, pp. 19-22.

- "Trademark Values in Corporate Restructuring" (July 2007). <u>Social Sciences Research Network</u>: http://ssrn.com/abstract=1014741

- "Establishing Licensing Rates Through Options"  (September,  2006) <u>Social Sciences Research       Network</u>:       http://ssrn.com/abstract=1014743       and       in: http://formulatorres.blogspot.com/2006_05_01_archive.html

- Book Chapter: "Ch. 9:  Recent developments in Patent Valuation" in: Practicing Law Institute, <u>Patent Law Institute 2007: The Impact of Recent Developments on Your Practice</u>, PLI Course Handbook (March 19, 2007).

- "Establishing Licensing Rates through Options," in: <u>ipFrontline</u>, September 12, 2006 (http://www.ipfrontline.com/depts/article.asp?id=12586&deptid=3).


**SPEECHES AND PRESENTATIONS**

- "Topics on Technology & Innovation" Session Chair, Western Economics Association International 82nd Annual Conference – San Diego, CA; June 2017

- "Discussion: Benchmarking Against Industry Data Over Time," Western Conference of the National Association of Forensic Economics; San Diego, CA; June 2017

- "Bitcoin: What it is and what it can be." presentation, La Jolla, CA, June 29, 2016

- "Valuing Intangibles: From Search to Valuation" CPE webinar, Business Valuation Resources Inc., April 2016.

- "What is a Brand Worth?" MCLE webinar, The State Bar of California, Trademark Interest Group, March 2015.

- "Intellectual Property Valuation Techniques," MCLE presentation for Pillsbury Winthrop Shaw Pittman, San Diego, CA, August 2014.

- "10 Common Mistakes in IP Valuation/Damages", CLE presentation to Jeffer Mangels Butler & Mitchell LLP, Los Angeles, CA, July 2014.

- "Intellectual Property Valuation Techniques," MCLE presentation, San Diego, CA, April 2013

- "Intellectual Property Valuation and Monetization," a seminar for the Special American Business Internship Training (SABIT) Intellectual Property Rights program, U.S. Department of Commerce. March 2013.

- "Valuing IP in the Context of Bankruptcy," webinar for the Certified Patent Valuation Analyst curriculum, Business Development Academy. October, 2011.

- "Recent Developments in Intellectual Property Economic Damages," Presentation at the Annual Conference of the National Association of Forensic Economics. June, 2011.

- "Valuing the Intangible: Where to Start?" CLE presentation to Sheppard Mullin Richter & Hampton, LLP. December, 2009.

- "Defending and Enforcing Your Technology." Panelist at: Foley's Emerging Technologies Conference: Navigating a New World – San Diego, CA (Foley & Lardner LLP); September 2009.

- "Intellectual Property Valuation, Monetization and Disposition in Bankruptcy" – CLE presentation at the Spring Trademark Program of the NY Intellectual Property Law Association – New York, NY; June 2009.

- "Damages Valuation and Expert Witnesses" (co-presenter) – CLE presentations to:
  - Gibson, Dunn & Crutcher LLP – Irvine, CA (June, 2008)
  - Arent Fox, LLP — Washington, DC  (April, 2008)
  - Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.  – Washington, DC (April, 2008)

- "Valuing Intangible Assets for Litigation" (Instructor) – National Association of Certified Valuation Analysts (NACVA) – Fort Lauderdale, FL; December 2007

- "Valuing Intangible Assets for Litigation" (Instructor) – National Association of Certified Valuation Analysts (NACVA) – Philadelphia, PA; October 2007

- "Trademark Values in Corporate Restructuring" – Paper Presenter – Western Economics Association International 82nd Annual Conference – Seattle, WA; July, 2007

- "Entrepreneurship and Innovation" (Session Chair) – Western Economics Association International 82nd Annual Conference – Seattle, WA; July, 2007

- "Alternative Focuses for 'But For' Scenario Specification in Commercial Litigation" (Discussant) – National Association of Forensic Economics, Western Conference – Seattle, WA; June 2007

- "Patent Values in the Evolving I.P. Market" – Practicing Law Institute – Hot Topic Briefing Teleconference; May 2007 (CLE Presentation)

- "Key Issues in Intellectual Property Due Diligence" – Due Diligence Symposium 2007 – ACG – Iselin, NJ; April 2007

- "Life Sciences IP Due Diligence" – American Conference Institute – San Francisco, CA; January 2007



- "Developments in Patent Valuation" – Practicing Law Institute – San Francisco, CA; January 2007 (CLE Presentation)

- "Collins & Aikman Europe and Other Cross-Border Asset Sales: A Tale of Two Venues" – American Bankruptcy Institute, Winter Leadership Meeting – Phoenix, AZ; December 2006

- "Valuing Intangible Assets for Litigation" (Instructor) – National Association of Certified Valuation Analysts (NACVA) – San Diego, CA; December 2006.

Fernando Torres
Qualifications and Experience
Page 6

## LITIGATION-RELATED EXPERIENCE

*(July 2005 to date)*

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| July 2005 | *Lawrence Peter Berra aka Yogi Berra v. Turner Broadcasting System, Inc.* | 05-cv-02233<br>05/600339 | Supreme Court of the State of New York, County of New York | *Settled* | *Rights of Publicity* | *Davidoff Malito & Hutcher* | Expert report re: rights of publicity damages |
| July 2005 – Sept. 2005 | *Fleetwood Enterprises, Inc., and Fleetwood Folding Trailers, Inc., v. The Coleman Company, Inc., and Coleman Holdings, Inc.* | 03 DV 2029 | US District Court, Sedgwick County, Kansas | *Settled* | *Trademark* | *Klenda, Mitchell, Austerman & Zuercher, LLC.* | Expert report re: licensing customs and practices. |
| July 2005 – Oct. 2005 | *Jimmy Dean v. Sara Lee Corporation* | 5-04-0039 | US District Court, Northern District of Texas, Lubbock Division | *Settled* | *Trademark*<br>*Contract* | *Vinson & Elkins, LLP* | Expert report re: personal brand valuation |
| June – Aug. 2005 | *Cache La Poudre Feeds, Llc v. Land O' Lakes, Inc., et al.* | .04-D-329 CBS | US District Court, District of Colorado | *Settled* | *Trademark* | *Dorsey and Whitney LLP* | Expert rebuttal report re: reverse confusion damages |
| Aug. 2005 | *Precision Replacement Parts Corp. v. Auto Glass Components, Inc.* | 04-CV-566L | US District Court, Western District of Washington at Seattle | *Settled* | *Trademark* | *Shuttleworth & Ingersoll* | Expert rebuttal report re:<br><br>Alleged trademark infringement damages |
| Aug.– Oct. 2005 | *Kevin Trudeau et al. v. George Lanoue, et al.* | 04C-7165 | US District Court, Northern District of Illinois, Eastern Division | *Settled* | *Trademark*<br>*Domain Names* | *Winston and Strawn, LLP* | Expert report on intellectual property damages |
| Sept. 2005 – Feb. 2006 | *Collins & Aikman Corporation, et al.* | 05-55927 | US Bankruptcy Court, Eastern District Of Michigan, Southern Division | *Liqui-dated* | *Patent Value* | *Kirkland & Ellis, LLP* | Valuation Report For The Debtor In Possession Regarding European Patent Sale |



Fernando Torres
Qualifications and Experience
Page 7

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| January – April 2006 | *Richard Bach and Russell Munson v.* **Forever Living Products U.S., et al.** | 05-0970 | US District Court, Western District of Washington at Seattle | *Settled* | *Trademark Copyright* | *Perkins Coie, LLP* | Expert report re: to valuation of damages for the infringement of trademarks and copyrights |
| April 2006 | *Digital Envoy Inc. v.* **GOOGLE Inc.** | 04-01497 | U.S. District Court of the Northern District of California, San Jose Division | *Settled* | *Trade Secrets* | *Wilson Sonsini Goodrich & Rosati* | Expert consulting re: breach of non-disclosure agreement and trade secret misappropriation |
| July – November 2006 | **El Comandante Management Company, LLC., et al.** | 04-10938 ESL | US Bankruptcy Court District of Puerto Rico | *Ch.11 Reorg. Confirmed.* | *Trademark Intangible Asset Fair Value* | *Anderson, Kill & Olick* | Expert valuation & opinion reports re: Intellectual property and Liquidating trust value. |
| *2006-2008* | **Interstate Bakeries Corp., et al.** | 04-45814 | US Bankruptcy Court, Western District Of Missouri, Kansas City Division | *Ch. 11 Reorg. Confirmed* | *Trademark* | *Miller Buckfire & Co.* | Expert Trademark Valuation Reports |
| October 2006 | **MTS Inc. (dba Tower Records), et al.** | 06-10886 | US Bankruptcy Court, District Of Delaware | *Ch 11 Liquidated* | *Trademark Contract* | *McGuire Woods, LLP* | Valuation Of The Trademark and Other Intangible Property. |
| August - October 2007 | *Adjustment Of Rates And Terms For Preexisting Subscription Services and Satellite Digital Audio Radio Services. (***XM Radio, Sirius Satellite***)* | 2006-1 CRB DSTRA | Copyright Royalty Board, Library Of Congress, Washington, D.C. | *Rates Set* | *Copyright Trademark* | *Wiley Rein,LLP Weil, Gotshal & Manges, LLP* | Expert Rebuttal Report Re: Apportionment of Compensation For Brand, Endorsement And Exclusivity Value Components. |

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| January 2007 – May 2008 | *Louis Vuitton Malletier* v. *Dooney & Bourke, Inc.* | 04 - 2990 | US District Court, Southern District Of New York | *Closed* | *Trademark* | *Arent Fox, LLP Mintz Levin, LLP Sheppard Mullin, LLP* | Expert Report Regarding Trademark Infringement And Dilution Damages |
| April 2006 – October 2007 | *Aronchick / Inkine* v. *Wolf Block, et al.* | 0712 | Court Of Common Pleas, Philadelphia County, PA | *Settled* | *Patent Value Licensing Customs & Practices* | *White & Williams* | Expert Report & Rebuttal Report Re: Customs And Practices / Economic Damages - Lost Patent Royalties due to malpractice |
| November 2007 | *A. Flores And P. Wong* v. *ASI Computer Technologies, Inc.* | 06-00135 | U.S. District Court, Southern District Of Texas | *Closed* | *Trademark Contract* | *Notzon & Maddox* | Expert Trademark Valuation Report |
| October – November 2007 | *Verizon, Inc. and Verizon Wireless, Inc.* v. *Oversee.net, et al.* | 07-1732 | U.S. District Court, Central District Of California | *Settled* | *Trademark Domain Name* | *Quinn Emanuel* | Expert Rebuttal Report of Intellectual Property Damages |
| November 2007 – January 2009 | *Gerd Petrik* v. *Abbott Laboratories and Abbott GmbH & Co. KG* | *Arbitration* | Int. C. of C. - International Court Of Arbitration Paris, France | *Closed* | *Trademark Contract* | *Pestalozzi Lachenal Patry (Switzer-land)* | Expert Trademark Valuation Report |
| February – March 2008 | *Big Fish Games, Inc.* v. *IWin, Inc., et al.* | C07-0718 Jcc | US District Court, Western District Of Washington | *Settled* | *Trade Secrets* | *Perkins Coie, LLP* | Consulting Re: Valuation Of Trade Secret Misap-propriation |
| January – 2008 | *Warner Bros. Entertainment. Inc., et al.* v. *Dave Grossman Creations, Inc., et al.* | 4:06-Cv-00546 | US District Court, Eastern District Of Missouri, Eastern Division | *Closed* | *Copyright* | *Collen IP* | Expert Report Re: Copyright Damages Assessment |



Fernando Torres
Qualifications and Experience
Page 9

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| June – 2008 | *Spanski Enterprises, Inc. et al. v Telewizja Polska, S.A., et al.* | *07 Civ 930* | US District Court, Southern District of New York | *Settled* | *Contract,Copyright* | *Loeb & Loeb, LLP* | Expert Rebuttal Report, Deposition |
| July - 2008 | *Rodney D. Tow, Chapter 7 Trustee For Cyrus II, L.P., Et Al. v. Schumann Rafizadeh, et al.* | *05-39857-H1-7* Adv. Pro. NO. 07-03301 | US Bank-ruptcy Court Southern District Of Texas | *Settled* | *Adversary Proceeding – Use of Estate Funds* | *Munsch, Hardt, Kopf & Harr, P.C.* | Expert Report Re: Intellectual Property Investment Valuation |
| October, 2008 | *The OCUC of Adamson Apparel, Inc., V. Aris Industries, Inc., Et Al* | *04-30799* | US Bankruptcy Court, Central District, California | *Settled* | *Adversary Proceeding* | *Pachulski, Stang, Ziehl & Jones LLP* | Expert Report Re: Trademark License Valuation |
| March - 2009 | *Société Des Bains De Mer Et Du Cercle Des Etrangers à Monaco vs. PlayShare Plc, Grand Monaco Ltd., Gamshare (UK) Ltd., Lucan Toh, Maxwell Wright, Hillstead, Ltd.* | *07- CV - 4802* | US District Court , Southern District of New York | *Closed* | *Trademark Infringe-ment* | *Quinn Emmanuel* | Expert Report Re: Trademark Infringe–ment and Cyber-squatting Damages |
| April - 2009 | *Shipson, LLC and Victor Dahan vs. Joe's Jeans, Inc., et al.* | *BC383616* | Superior Court Of The State Of California (Los Angeles County) | *Closed* | *Contract* | *Mark V. Asourian, Esq. APC* | Expert Declaration : Customer Database Value |
| April – 2009 | *Woody Allen v. American Apparel, Inc.* | *08 CV - 3179* | United States District Court Southern District of New York | *Settled* | Rights of Publicity, False Endorse-ment | *Loeb & Loeb, LLP* | Expert Report on Damages |
| April – 2009 | *Ironwood Capital Ltd v. Ironwood Capital Management, et al.* | *07 CV - 1624* | United States District Court District of Connecticut | *Closed* | Trademark Infringement, False Endorse-ment | *Harris Beach, PLLC* | Expert Report on Damages |



Fernando Torres
Qualifications and Experience
Page 10

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| May - 2009 | *Korea Radio USA, Inc. d/b/a RADIO KOREA, vs.* *NY METRO RADIO KOREA, Inc. d/b/a NY RADIO KOREA, et al.* | 07-7418 ODW | United States District Court Central District of California | *Closed* | *Trademark & Contract* | *Karacter Law and Jay Hong, Esq.* | Declaration on trademark infringement damages. |
| July - 2009 | *Curtis J. Jackson III, p/k/a 50 Cent, v. Taco Bell Corp.* | 08-06545 NRB | United States District Court Southern District of New York | *Settled* | Rights of Publicity, False Endorse-ment | *Patterson Belknap Webb & Tyler, LLP* | Expert Rebuttal Report and Opinion on Damages |
| August - 2009 | *Gen. C.E. Yeager v. Cingular Wireless LLC, et al* | 07-02517 FCD GGH | United States District Court Eastern District of California | *Closed* | Rights of Publicity, False Endorse-ment | *Mennemeier Glassman & Stroud LLP* | Expert Rebuttal Report and Opinion on Damages |
| April - 2010 | *Credit Solutions LLC v. KVIS LLC* | No. 33-145-00373-09 | American Arbitration Association – (St. Peters-burgh, Fla.) | *Closed* | Unfair Competition Claims and trade secret misappro-priation | *Karla Gonzalez-Acosta, Esq.* | Damages Expert Report, Deposition and Arbitration Testimony |
| December – 2010 | *In Re: McConnell and Gregg* | 07D005483 | Superior Court of the State of California – County of Orange | *Closed* | Value of Estate Assets | *Hughes & Sullivan, PPC* | Patent Value Court Testimony |
| November 2010 – March 2011 | *Miller International, Inc. v. Clinch Gear, Inc., et al.* | 10-CV-01167WDM | United States District Court for the District Of Colorado | *Settled* | Trademark Infringement | *Quinn Emmanuel* | Expert report on likelihood of trademark confusion |
| June – Nov 2011 | *Gen. C.E. Yeager v. Aviat Aircraft inc. & S. Horne* | 10-CV-2055 | United States District Court Eastern District of California | *Closed* | Rights of Publicity, False Endorse-ment | *Wilson Elser Moskowitz Edelman & Dicker LLP* | Expert Rebuttal Report and Opinion on Damages |
| June 2011 | *Hebrew University of Jerusalem v. General Motors LLC* | 10-CV-3790 | United States District Court Central District of California | *Closed* | Rights of Publicity, False Endorse-ment | *Arent Fox* | Expert Damages Report, Deposition |
| June 2011 – Sept. 2011 | *Laserfiche v. SAP AG, et al.* | 10-CV-7843 | United States District Court Central District of California | *Settled* | Trademark Infringe-ment. | *Law Offices of R. Weiss, Buchwalter Nemer,& MaceikoIP* | Expert Damages Report – Rebuttal, Deposition |



Fernando Torres
Qualifications and Experience
Page 11

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| May – July 2011 | *Yellow Pages Photos, Inc.* **v. User-Friendly Phone Book, LLC, et al.** | 10-CV-00436 | United States District Court<br><br>Middle District of Florida | *Closed* | *Copyrights Advertising* | *David M. Snyder, PA* | Expert Damages Rebuttal Report |
| February 2012 | **The Int'l. Aloe Science Council Inc.** V. Fruit of the Earth, Inc. | *11-CV-2255* | United States District Court<br><br>District of Maryland | *Settled* | Trademark Infringement. | *Kane Kessler, P.C.* | Expert Rebuttal Report on Damages, Depositions |
| March 2012 | **A. Fraley, et al** v. Facebook, Inc. | *11-CV-1726* | United States District Court<br><br>Northern District of California | *Settled* | Rights of Publicity<br><br>Class Action | *The Arns Law Firm* | Expert Declarations in Support of Motion for Class Certification, Value of Injunctive Relief, Deposition |
| April – May 2012 | **Estate of Michael Jackson, et al**, v. Howard Mann, et al. | *11-CV-0584* | United States District Court<br><br>Central District of California | *Settled* | Rights of Publicity | *Katten Muchin Resenman*<br><br>*Kinsella Weitzman Iser Kump & Aldisert* | Expert Damages Report |
| June – July 2012 | *Bruce Lee Enterprises v.* **A.V.E.L.A., Inc. Urban Outfitters, Inc., Target Corporation, and Leo Valencia** | *10-CV-2333* | United States District Court<br><br>Southern District of New York | *Settled* | Rights of Publicity | *Melissa W. Woo-Allen* | Expert Damages Rebuttal Report |
| Aug – Sept 2012 | *Essy Ghavamedinni v.* **AEG Facilities, et al.** | *11-CV-568* | United States District Court<br><br>Southern District of California | *Settled* | Copyright / Rights of Publicity | *Seyfarth Shaw LLP* | Damages Expert Consulting |
| Aug 2012– | **J.A. Fry/Fox Network Systems** *vs Aztec Doberman Pinscher Club of San Diego* | *11–1329 BTM* | United States District Court<br><br>Southern District of California | *Settled* | Copyright | *Hamilton & McInnis* | Damages Expert Report |



Fernando Torres
Qualifications and Experience
Page 12

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| Oct – Dec 2012 | *Rock and Roll Religion, Inc. and Defiance USA Inc.* vs *CELS Enterprises, Inc.* and *R.Goldman* | 09-cv-05258 | United States District Court<br><br>Central District of California | *Settled* | Trade-mark | *The Taillieu Law Firm* | Likelihood of Confusion Expert Report |
| Nov – Dec 2012 | *BSH Home Appliances Corp.* v. The Julia Child Foundation for Gastronomy and the Culinary Arts | 12-cv-11590 | United States District Court<br><br>District of Massachu–setts | *Settled* | Rights of Publicity | *Miller Barondess, LLP* | Expert Damages Report |
| June-July 2013 | *ITC Textiles v. JC Penney & Bluprint* | 12-02975 | United States District Court<br><br>Central District of California | *Settled* | Copyright | *Ezra Brutzkus Gubner LLP* | Expert Damages Report |
| July-August 2013 | *Raul Lizalde, VEBS Inc.* v. *Advanced Planning Services, Inc.,* et al. | 10-0834 | United States District Court<br><br>Southern District of California | *Settled* | Copyright | *Ward & Hagen LLP* | Preliminary Expert Damages Report |
| August 2013 | *Jude Law v. Paloform Inc.* | SC120354 | Superior Court of the State of California (Los Angeles) | *Closed* | Rights of Publicity | *Wilson Elser Moskowitz Edelman & Dicker LLP* | Preliminary Expert Damages Report, Arbitration |
| September - November 2013 | *Scidera, Inc.* v. *Newsham Choice Genetics, LLC* | AAA 16-174-00582-12 | American Arbitration Association | *Closed* | Contract, Database | *Neymaster Goode, PC* | Expert Damages Rebuttal Report, Deposition, Arbitration |
| October 2013 | *Americeuticals* et al V. Bella Medical Products et al | 13-CV-283 | United States District Court<br><br>Central District of California | *Closed* | Trademark Infringement | *Hamrick & Evans, LLP* | Expert Damages Report |
| November 2013 | *Imagenetix, Inc.* v. *Frutarom USA, Inc.* | 12-CV-02823 | United States District Court<br><br>Southern District of California | *Closed* | Breach of License/ Contract | *Duane Morris LLP* | Expert Rebuttal Report on Damages |
| December 2013 | *Soft Serve, Inc. d/b/a/ SPRINKLES* v. Sprinkles Cupcakes, LLC | 13-CV-01782 | U.S. District Court for the District of Columbia | *Settled* | Trademark Infringement | *Wiley Rein LLP* | Expert Damages Report |



IPmetrics
Intellectual Property Consulting

Fernando Torres
Qualifications and Experience
Page 13

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| February 2014 | *Lambert Corp. v. LBJC, Inc.et al.* | 13-CV-0778 | United States District Court<br><br>Central District of California | *Settled* | Copyright & Trademark Infringement | *Ezra Brutzkus Gubner LLP* | Expert Damages Report, Deposition |
| April 2014 | *S. Mattocks* v. Black Entertainment Television LLC | 13-CV-61582 | United States District Court<br><br>Southern District of Florida | *Closed* | Intangible Asset Fair Market Value | *Tripp Scott PA* | Declaration, Expert Damages Report, Deposition |
| June- July 2014 | *AVELA, Inc.* v. The Estate of Marilyn Monroe, LLC | 12-CV-4828 | United States District Court<br><br>Southern District of New York | *Pending* | Trademark Infringement | Technology Litigation Center | Rebuttal Expert Damages Report |
| *July – Aug. 2014* | *Tierra Intelectual Borinquen, Inc. v. Toshiba Corporation.* | 13-cv-47 | United States District Court<br><br>Eastern District of Texas | *Settled* | Patent Infringement | Ferraiuoli, LLC | Expert Damages Report, Deposition |
| Aug. 2014-Aug. 2015 | *S. Abu-Lughod v. S. Calis, Tocali, Inc., ASCII Media, Inc., et al.* | 13-cv-2792 | United States District Court<br><br>Central District of California | *Closed* | Contract, Software IP value | Kalbian Hagerty LLP | Expert Rebuttal Reports, Depositions, Trial testimony |
| *Feb – Mar 2015* | *S. Nerayoff* vs. *L. Rokhsar* | 203157-2012 | Supreme Court Of The State Of New York | *Closed* | Value of Patent Assets | Baker & Hostetler LLP | Expert Declaration on Patent Value, Trial testimony |
| *Jan. - May 2015* | In Re Google, Inc., *Privacy Policy Litigation*. | 12-cv-1382 | United States District Court<br><br>Northern District of California | *Closed* | Breach of Contract Class Action | Grant & Eisenhofer P.A. | Expert Report on Privacy Damages, Deposition |
| *March – April 2015* | *We Rock The Spectrum Kid's Gym LLC* vs. *KidZone LLC et al* | 14-cv-3888 | United States District Court<br><br>Central District of California | *Settled* | Trademark Infringement | *Ezra Brutzkus Gubner LLP* | Expert Damages Report |
| *May 2015* | *FPAP LLC et al* vs. Fabian Perez, DeMontfort Fine Art Ltd., et al. | 15-cv-01847 | United States District Court<br><br>Central District of California | *Settled* | Copyright Infringement, Breach of Contract | *Rome & Assoc. APC* | Expert Damages Report |
| *June 2015* | Bausch & Lomb Inc. v. *Faezeh Mona Sarfarazi, M.D.* | 09-cv-6041 | United States District Court<br><br>Western District of New York | *Settled* | Breach of Contract, Patent | *Napoli Bern Ripka Shkolnik, LLP* | Expert Damages Report, Deposition |

**IPmetrics**
Intellectual Property Consulting

Fernando Torres
Qualifications and Experience
Page 14

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| *July 2015* | ***POM Wonderful v. Pur Beverages*** | 13-cv-6917 | United States District Court Central District of California | *Closed* | Trademark Infringement | *Roll Law Group PC* | Declaration ISM for PI |
| *Jul – Dec 2015* | ***Campbell et al. v. Facebook, Inc.*** | 13-05996 | United States District Court Northern District of California | *Settled* | Privacy Rights Class Action | Lieff Cabraser Heimann & Bernstein, LLP | Expert Report on Privacy Damages, Deposition |
| *Nov 2015 – Feb 2016* | ***Gerawan Farming, Inc. v. Townsend & Townsend & Crew LLP*** | 10 CECG 03427 | Superior Court of the State of California (Fresno) | *Settled* | Trademark FMV value damages | Rummonds Thornton Lapcevic, LLP | Expert Report on Damages, Deposition |
| Apr 2016 – Oct 2017 | **Lawn Managers, Inc.** v Progressive Lawn Managers, Inc.. | 16-CV-00144 | United States District Court Eastern District of Missouri | *Closed* | Trademark Infringement | Law Offices of Norah J. Ryan | Expert Damages Report, Deposition, Trial |
| Apr – Oct 2016 | **NAFC et al. v** Narconon Int'l., et al. | 14-cv-00187 | United States District Court Eastern District of Oklahoma | *Settled* | Trademark and Certification Mark Infringement | Keesling Law Group, PLLC | Expert Damages Report, Deposition |
| May-Jul 2017 | **DKC & DKC Knits** v Buffalo Int., et al. | 16-cv-419 | United States District Court Northern District of New York | *Settled* | Copyright Infringement | Quainton Law, PLLC | Expert Damages Report |
| Aug -- Sep 2017 | **S. Butler and P. Butler v.** Chadeayne, LLC et. al. | 1722-CC01228 | Circ. Ct. Of St. Louis County, Missouri | *Settled* | Legal Malpractice (Patent) | Dowd & Dowd, PC | Damages Expert Report |
| Jan – Mar 2018 | **C. Gainer v.** Ketchum Group dba Outdoor Technology | 17-cv-672 | United States District Court Central District of California | *Settled* | Copyright Infringement | The Kneafsey Firm, Inc. | Expert Damages Report |
| August – Sept. 2018 | ***Atelier Fashion Company, Inc.*** *V.* *Amiri And Associates, Et Al.* | 18-cv-02308 | United States District Court Central District of California | *Settled* | Trademark Infringement | Miller Barondess, LLP | Expert Damages Report |
| Sept – Dec 2018 | ***Xat.com*** v. Hosting services, Inc. | 16-cv-00092 | United States District Court District of Utah | *Closed* | Contract / data breach / lost profits | Stoel Rives LLP | Expert Damages Report |
| June 2016 - Sept 2019 | ***Direct Sound Headphones, LLC v.*** Kevin Klug | 16SL-CC0486 | Circ. Ct. Of St. Louis County, Missouri | *Settled* | Legal Malpractice (Trademark) | The Simon Law Firm, PC / Dowd & Dowd, PC | Expert Damages Report, Deposition |



Fernando Torres
Qualifications and Experience
Page 15

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| March – May 2019 | *TEETER-TOTTER, LLC v.* Palm Bay International, Inc. | 17-Cv-06609 | US District Court for the Northern District of California | *Settled* | Trademark Infringement | Dickenson, Peatman & Fogarty LLP | Expert Damages Report |
| May – July 2019 | *JK Products LLC v.* Lathrop & Gage LLP, JL Johnson Esq. | 1731-CC01189 | Circuit Court of Greene County State of Missouri | *Settled* | Legal Malpractice (Patent) | The Simon Law Firm, PC / Dowd & Dowd, PC | Expert Damages Report |
| May – July 2019 | *Evolve Technologies v* CWS Inc. | 18-cv-00671 | US District Court for the Southern District of California | *Settled* | Patent Infringement | Patterson + Sheridan LLP | Expert Damages Report |
| July – Aug 2019 | *Happy Place, Inc. v.* Hofesh, LLC, et al. | 18-cv-06915 | US District Court for the Central District of California | *Settled* | Trademark Infringement | Pessah Law Group | Mediation Expert Damages Report |
| Sept. 2019 | *Triumphant Gold Ltd.* in: Re: Rooftop Group International. Pte. Ltd. | 19-31443-HDH11 | US Bankruptcy Court for the Northern District of Texas | *Settled* | IP Valuation | Hedrick Kring, PLLC | Declaration in Support of Opposition of Sale |
| Nov-Dec. 2019 | *JaM Cellars, Inc.* vs. The Wine Group LLC | 19-cv-1878 | US District Court for the Northern District of California | *Settled* | Trademark Infringement | Dickenson, Peatman & Fogarty LLP | Expert Damages Report |
| Oct 2019 – February 2020 | *Hotel Airport International et al* v. Best Western International Inc | 19-cv-01393 | US District Court for the District of Arizona | *Settled* | Trademark Infringement | Godreau & Gonzalez Law, LLC | Expert Damages Report, Deposition |
| Dec. 2019 – March 2020 | *The Coin-Tainer Company LLC* v. Pap-R Products Co. et al. | 19-cv-00234 | United States District Court Southern District of Illinois | *Pending* | Trademark Infringement & Breach of Contract | Trepanier MacGillis Battina P.A. | Expert Damages Report, Deposition |
| Aug – Dec 2020 | Kitsch LLC, vs. *DEEJAYZOO, LLC* | 19-cv-02556 | US District Court for the Central District of California | *Pending* | Utility, Design Patents; Trademark Infringement | Jayaram Law, Inc. | Expert Damages Report, Deposition |
| April – Dec. 2020 | *RG Golf Warehouse Inc.* vs. The Golf Warehouse, Inc. | 19-CV-0585 | US District Court for the District of Minnesota | *Pending* | Breach of Contract | Trepanier MacGillis Battina P.A. | Expert Damages Report |
| Dec 2020 – March 2021 | **Snik LLC,** vs Samsung Electronics, et al. | 19-cv-387 | US District Court for the Eastern District of Texas | Settled | Patent Infringement | Kyle Harris LLP | Expert Damages Report |

IPmetrics
Intellectual Property Consulting

Fernando Torres
Qualifications and Experience
Page 16

| Date Range | Parties | Case No. | Court | Status | Nature | Hired by | Involvement |
|---|---|---|---|---|---|---|---|
| March – April 2021 | L.A. Oliver vs **Meow Wolf et al.** | 20-cv-00237 | US District Court for the District of New Mexico | *Pending* | Copyright Infringement & Breach of Contract | Bardacke Allison LLP | Expert Damages Report |

# EXHIBIT C

# INTERHACK

Interhack
5 E Long St 9th Fl
Columbus, OH 43215

VOX +1 614 545 HACK
FAX +1 614 545 0076
WEB http://web.interhack.com/

# C. Matthew Curtin

COMPUTER EXPERT with wide experience in Cybersecurity and Forensic Computing. Experienced expert witness in civil, criminal, administrative, and military proceedings, from the perspective of those bringing and defending actions. Founder of Interhack Corporation. Author of technical books and research papers used by universities and standards bodies, and frequent lecturer on cybersecurity and electronic evidence.

*Interhack Corporation*                                    2000–Present
Leader of Cybersecurity and Forensic Computing practices.

*The Ohio State University*                                    1998–2014
2012–14. Sr. Lecturer, Department of Computer Science and Engineering. *Programming in Lisp*.
1998–2012. Lecturer, Department of Computer Science and Engineering. *Programming in Lisp* and *Operating Systems Laboratory I*.

## Areas of Expertise

Information Assurance; Electronic Evidence; Electronic Discovery; Cryptography; Programming Languages; Internet

## Selected Publications

*Using Science to Combat Data Loss: Analyzing Breaches by Type and Industry. I/S: A Journal of Law and Policy for the Information Society*, Volume 4, Issue 3, Winter 2008–09. With Lee T. Ayres.

*Brute Force: Cracking the Data Encryption Standard*
Copernicus Books, 2005. First-hand account of helping to lead the project that first defeated DES in a public contest.

*Developing Trust: Online Privacy and Security*
Apress, 2001. Discussion of privacy as an aspect of data security. Cited by NIST in SP 800-44.

## Professional Membership and Certifications

InfraGard Members Alliance. Certified Information Systems Security Professional (CISSP).

*Applications of Expertise*

Data Breach and Incident Response
Led assessment teams used to assess data breach incidents for counsel to government agencies, universities, and corporations.

Enterprise Data Encryption
Advised use of enterprise-wide cryptographic controls, including development of standards to ensure interoperability among products and across platforms.

*St. Joseph Health System Medical Information Cases*, Superior Court of the State of California, County of Orange, Judicial Council Coordinated Proceeding No. 4716                                    2013–16
For Plaintiff's counsel I assessed data and testimony related to a data breach, specifying publication of sensitive information.

*State of Ohio v. Clay Hooper*, Court of Common Pleas of Perry County, Ohio, Case No. 14-CR-0037    2014–15
For defense counsel I analyzed the State's forensic computer examination reports and underlying electronic evidence, authored a report, and testified at trial. The trial ended in acquittal on all charges.

*State of Ohio v. Michael McVey*, Court of Common Pleas, Jefferson County, Ohio, Case No.: 13-CR-228    2014–15
For defense, opined on reports offered by the State and underlying electronic evidence in the prosecution of a school administrator. Provided affidavits and expert reports before all charges were dismissed by the State.

*Pharmatrak, Inc. Privacy Litigation*. U.S. Court of Appeals, First Circuit, 329 F.3d 9, 2003.
Led analysis of Pharmatrak's systems for plaintiffs' counsel. Analysis used by the court to clarify "protected content" under ECPA on the Web.

*H&H Industries, Inc. v. Erik S. Miller*, United States District Court, Southern District of Ohio, Eastern Division, Case No. 2:13-cv-907    2013–14
For plaintiff's counsel I examined computer systems and data to locate confidential information.



Interhack
5 E Long St 9th Fl
Columbus, OH 43215

VOX +1 614 545 HACK
FAX +1 614 545 0076
WEB http://web.interhack.com/

# C. Matthew Curtin

## Summary of Expertise

### Computer Science in Adjudication

Active as a forensic computer scientist since early 2000. Experience includes routine electronic discovery, litigation consulting, and work as an expert witness in civil, criminal, and administrative actions. Frequently deliver CLE and CJE credit seminars to attorneys and judges on the use of electronic information in adjudication.

### Cybersecurity

Consultant to complex information security projects involving incident response, regulatory compliance, and analysis of security program and control effectiveness. Responsible for design and implementation of early Internet and Web security systems.

### Operating Systems

Extensive experience in systems implementation, drawing upon theory and practice of operating systems. Applications include customization to optimize function, user experience, security, and performance. Experience teaching operating systems implementation at the university level.

### Programming Languages

Broad experience in many languages including Lisp, Perl, Java, C, various languages for UNIX systems, data processing, text markup, and more. Fifteen years' experience teaching use of programming languages at university level.

### Protocols

Expert in many widely-used Internet protocols, including development of systems using a variety of networking protocols, and participation in standards-setting workgroups.

## *Experience*

**Interhack Corporation**  Founder, CEO                                      1997–Present
    Founded and built firm from self-funded research group to
for-profit consulting firm with practice areas in cybersecurity
and computer expert services. Some highlights include:

- Analysis of Data Loss Incidents                                            *Research*
  Coäuthored original research showing how data loss
  incidents take place broadly and per industry.

- High-Profile Incident Response and Security Assessment                      *Consulting*
  Led external assessment teams for a data loss incident
  at the Ohio Administrative Knowledge System (OAKS), a
  large-scale ERP system for the entire State government.

- Enterprise Data Encryption                                                  *Consulting*
  Provided technical expertise to multibillion-dollar re-
  tailer developing cryptographic controls for the protec-
  tion of cardholder and other sensitive information.

- Sony "Rootkit" Digital Rights Management                           *Litigation Consulting*
  Served as technical consultant to plaintiff's counsel in
  civil proceedings over the 2005 DRM released on Sony
  Music CDs.

- Pharmatrak Privacy Litigation                                         *Expert Testimony*
  Assessed Web traffic analysis system for civil privacy
  litigation and provided opinion used by the U.S. Court
  of Appeals for the First Circuit to establish precedent
  on the application of Federal wiretap statutes to Web
  technology.

**The Ohio State University, Department of Computer Science and Engineering**     1998–2014

- Sr. Lecturer                                                                2013–14
  Taught the CSE 4254 semester-long course "Program-
  ming in Lisp," giving students with experience pro-
  gramming an understanding of the Common Lisp
  programming language.

- Lecturer                                                                    1999–2012
  Taught the CSE 459.31 course "Programming in Lisp,"
  intended to give students a basic understanding and
  familiarity with the Common Lisp programming lan-
  guage.
  Taught the CIS 662 course "Operating Systems Labo-
  ratory," a course on the design and implementation of
  operating systems, where students build their own op-
  erating systems code. For graduate students and majors
  focusing in operating systems.

- Senior Systems Developer/Engineer                                    1998–2000
  Lead department software development efforts, main-
  tain open source software, and provide technical assis-
  tance throughout the department in systems, software,
  and documentation. Instituted department software
  development process. Provide technical and career
  mentoring to other staff members.
- Original Faculty Advisor of student groups Buckeye
  Privacy Coalition and Open Source Club.

**Megasoft Online** Chief Scientist                                    1996–1998

Provided technical leadership to Megasoft's development,
engineering, and Information Systems groups in areas rang-
ing from system and network security to design, implemen-
tation, and management of distributed software.

Led research efforts that improved the *Web Transporter* prod-
uct's scalability, reliability, and security. Developed new
cryptographic protocol to allow HTTP caches to work nor-
mally without sacrificing the security of encrypted links.
Also designed and led the implementation of the LDAP direc-
tory interface for *Web Transporter*.

**Fahlgren Inc.** Chief Hacker                                         1996

Acted as technical resource for Interactive Design Group
and Information Systems. Worked with Web site design
group, providing expertise in Web site design, and technical
issues related to site management and engineering. Also
responsible for design and implementation of Fahlgren's
Internet firewall.

**AT&T Bell Laboratories** Contractor                                  1995–1996

Worked with the Internet gateway group responsible for
providing Internet connectivity to AT&T throughout the en-
tire world, providing expertise in the areas of security, large
scale system administration, and Internet software devel-
opment. Led efforts to redesign and implement the third
generation of the AT&T firewall and automate the handling of
work for att.com postmaster functions. Consulted to other
business units in need of such expertise.

Largely responsible for the security of some of the most
busy sites on the Web, including AT&T, Disney, and others.

**Transamerica Real Estate Tax Service** Ohio Division Data Processing Supervisor    1993–1995

Responsible for oversight of entire Ohio Division data pro-
cessing operation, including management of DP and data

entry staff. Also served as a technical resource and systems
software developer for the corporate internal software devel-
opment group.

## Books and Chapters for Books

- *Brute Force: Cracking the Data Encryption Standard* (Copernicus Books, 2005)

  Discussion of first public brute force crack of a message
  encrypted with the (then) U.S. Government standard for
  data encryption, DES, a 1997 project led by Rocke Verser,
  Matt Curtin, and Justin Dolske.

- *Developing Trust: Online Privacy and Security* (Apress, 2001)

  Discussion of privacy as an aspect of data security, case
  studies, and guidance for application developers to build
  systems that are more trustworthy, protecting privacy by
  design instead of only by policy.

- *The CPA's Guide to Information Security* (For AICPA by Kent Information Services, 1998)

  Authored a chapter on secure networking and contributed
  technical material for a chapter on cryptography.

- *UNIX Unleashed, Internet Edition* (SAMS, 1997)

  Authored chapters 17 and 19 in part, covering development
  of secure Web-based software using the Common Gateway
  Interface and the Perl programming language.

## Refereed Papers and Formal Conference Work

- *Standardizing Breach Incident Reporting: Introduction of a Key for Hierarchical Classification*

  Work-in-Progress paper in *Proceedings of the Systematic Ap-
  proaches to Digital Forensic Engineering*, 2010. Coäuthored
  with Lee T. Ayres and Thomas A. Ng.

- *Using Science to Combat Data Loss: Analyzing Breaches by Type and Industry*

  In *I/S: A Journal of Law and Policy for the Information Society*,
  Volume 4, Issue 3, Winter 2008–09. Presentation of taxonomy
  to classify data loss incidents and study identifying the
  relationships between data loss types and industries.

- INFOSEC Forum VII General Chair, May 2005

  Leading effort to present the seventh central Ohio INFOSEC
  Forum, with specific focus on developing more rigorous
  program content and broadening draw to state-wide.

- INFOSEC Forum VI General Chair, November 2004

  Leading effort to present the sixth central Ohio INFOSEC Forum, with specific focus on developing more rigorous program content and broadening draw to state-wide.

- PrivacyCon 2003 Program Committee

  Member of program committee for The Ohio State University Technology Policy Group (TPG) conference on privacy issues.

- LISA 2001 Program Committee (Reader)

  Participated in review, commentary, and publication recommendation process for USENIX Large Installation System Administration conference (2001).

- *Pelendur: Steward of the Sysadmin*

  In the Proceedings of LISA 2000. Overview of the design and implementation of the system for managing user accounts and department workflow developed at Ohio State's CIS department starting in 1998.

- *Shibboleth: Private Mailing List Manager*

  In the Proceedings of the 9th USENIX Security Symposium. Description of a system for managing private and secure mailing lists in insecure environments.

## Expert Testimony

- *United State of America v. Dennis Lee Coffman*, U.S. District Court for the Northern District of Ohio, Eastern Division, Case No. 1:19 CR 27                                                          2020–21

  After conducting a forensic examination of electronic evidence from Internet file transfers and mobile device extractions, I prepared a report and testified at a hearing.

- *Mary E. Stief v. James R. Anderson*, Lake County, Ohio Court of Common Pleas, Case No. 16-CV-000635                                                          2016–20

  I led the forensic data extraction and analysis of devices, consulted on electronic evidence, issued reports, and testified at trial.

- *Noel Williams v. National Association for the Advancement of Colored People, et al.*, Franklin County, Ohio Court of Common Pleas, Case No. 14CV009504                                                          2019–Present

  I examined electronic documents, issued a report, and was deposed regarding electronic document formats and email in connection with questions of document authenticity.

- *United State of America v. David Soward*, U.S. District Court Eastern District of Kentucky (Covington), Case No. 2:20-cr-00003                                              2020–Present

  I made an appearance (by video) at an evidentiary hearing after evaluating evidentiary data and offering expert opinion regarding data formats as containers.

- *State of Ohio v. Louis H. Clegg Jr.*, Delaware Court of Common Pleas, Case No. 19 CR I 12 0809                                              2019–Present

  I evaluated electronic evidence, submitted report and testified at a hearing on behalf of the defense.

- *United States of America v. Phillip Durachinsky*, U.S. District Court for the Northern District of Ohio, Eastern Division, Case No. 1:18-CR-22                                              2018–Present

  I evaluated electronic evidence, submitted a report, and testifed at a hearing on behalf of the defense. The Government alleges that the Defendant was the author of the *Fruitfly* malware; my analysis to date has been in connection with the state of a machine discovered by law enforcement agents and the government's assessment of the device leading up to the grant of a search warrant.

- *United States of America v. Jason H. Mackey*, U.S. District Court Southern Distrinct of Ohio (Dayton), Case No. 3:17-CR-00085                                              2018–Present

  On behalf of the defense, I evaluated documentation regarding handling of collection, presentation, and storage of electronic communications and records. To date, I have submitted a report and testified at a hearing.

- *State of Ohio v. William Lee Hicks*, Franklin County Court of Common Pleas, Case No. 17CR003130 2018

  I assessed documentation regarding the handling of electronic evidence, filed a report, and testified at trial.

- *United States of America v. Kenneth Ray Evans*, United States District Court, Northern District of Ohio, Eastern Division, Case No. 1:17CR279                                              2017

  I assessed documentation regarding the handling of electronic evidence, made a declaration, and testified at a hearing.

- *Flextronics International USA, Inc. v. SDS-IC, Ltd, et al.*, United States District Court Northeastern District of Illinois Eastern Division, Case No. 1:15-cv-04904                                              2016–17

  I submitted a report, have been deposed, and testified at a hearing.

- *Ologie, LLC v. One Sixty Over Ninety, LLC et al.*, Court of Common Pleas, Franklin County, Ohio, Case No. 16CV008442                                              2016–Present

I submitted an affidavit, have been deposed, and testified at
a hearing.

- *Cassandra M. Carley v. Thomas J. Carley*, Court of Common Pleas, Franklin County, Ohio, Case No.
  14DR001650                                                                                              2015–Present

  I prepared an expert report and testified in trial.

- *Alig, et. al. v. Quicken Loans Inc et. al.*, Circuit Court of Ohio County, West Virginia, Civil Action Nos.
  428 & 430                                                                                                2015–Present

  I addressed questions of computability of data in a matter
  involving the use of electronic business records in an affi-
  davit, and gave a deposition.

- *DRFP, LLC v. The Republica Bolivariana de Venezuela*, U.S. District Court, Southern District of Ohio,
  Case No. 2:04-cv-00793-EAS-TPK                                                                           2015–Present

  I assessed an email dataset and supplied an affidavit re-
  garding the suitability of the source for particular types of
  analysis.

- *Aitheras Aviation Group, LLC v. Mark Rauchfleisch*, Common Pleas Court of Cuyahoga County, Ohio,
  Case No. CV-14-829910                                                                                    2015–Present

  I attested to the process of cloud email preservation and
  generation of a random sample set on behalf of the Plaintiff
  in the form of an affidavit.

- *In re Google, Inc. Privacy Policy Litigation*, United States District Court, Northern District of Califor-
  nia, San Jose Division, Case No. 12-CV-01382 PSG                                                         2014–Present

  I analyzed system design for privacy implications on behalf
  of Plaintiff's counsel. I have submitted a report and been
  deposed in this matter.

- *State of Ohio v. Clay Hooper*, Court of Common Pleas of Perry County, Ohio, Case No. 14-CR-0037
  2014–15

  For defense counsel I analyzed the State's reports of forensic
  computer examination, performed independent analysis,
  authored a report, and testified at trial. The trial ended in
  acquittal on all charges.

- *Meadowbrook, Inc. v. Kyle Biddinger, et al.*, United States District Court, Southern District of Ohio,
  Eastern Division, Case No. 1:14-cv-01374                                                                 2014–15

  On behalf of Plaintiff's counsel, I examined computer data
  and completed a report of forensic analysis.

- *State of Ohio v. Charles E. Thomas*, Court of Common Pleas of Franklin County, Ohio, Case No.: 14
  CR 004625                                                                                                2014–15

  Addressed questions regarding operation of peer-to-peer
  software *μTorrent* and relevant computer terminology in the
  form of an affidavit.

- *State of Ohio v. Michael McVey*, Court of Common Pleas, Jefferson County, Ohio, Case No.: 13-CR-228                                                                                              2014–15

  Evaluated reports offered by the State and data in relevant items in the prosecution of the superintendent of Steubenville City Schools. Provided affidavits and expert reports before all charges were dismissed by the State.

- *Shayne E. Thomas v. Lynn O. Radabaugh, et. al.*, Common Pleas Court of Seneca, Ohio, Case No.: 13CV0230                                                                                              2014

  Assessed availability of electronically stored information in an electronic discovery dispute.

- *St. Joseph Health System Medical Information Cases*, Superior Court of the State of California, County of Orange, Judicial Council Coordinated Proceeding No. 4716                                     2013–16

  For Plaintiff's counsel I assessed data and testimony in connection with a data breach. I have offered a Declaration in the matter and have been deposed.

- *Champion Foodservice, LLC v. Vista Food Exchange, Inc., et al.*, United States District Court, Northern District of Ohio, Eastern Division, Case No. 1:13-CV-1195                                     2014–17

  For defense counsel I analyzed computer data and submitted several reports, was deposed, and appeared at a trial to the bench.

- *Douglas Lowe, et al. v. Allstate Property & Casualty Insurance Company, et al.*, Court of Common Pleas, Washington County, Ohio, Case No. 13 OT 13                                                   2013–14

  On behalf of plaintiff's counsel I examined a mobile phone and gave a deposition regarding its data and interpretation.

- *State of Ohio v. Brandt Cook*, Municipal Court, Delaware, Ohio, Case No. 13CRB01400                  2014

  Engaged by counsel for the defendant, I examined images from a mobile phone and appeared at a hearing to address questions from counsel and the Court on the interpretation of electronic image data.

- *State of Ohio v. Michael E. Thomas*, Court of Common Pleas, Hancock County, Ohio, Case No. 2012 CR 286                                                                                               2013–14

  I examined a digital video recorder (DVR) unit connected to electronic video evidence and directed the effort to extract video from the broken storage device. I submitted an affidavit and testified at trial.

- *Paracap Group LLC, et al. v. Charles Crowley, et al.*, FINRA Dispute Resolution, FINRA-DR ARB. NO. 13-00584                                                                                          2013–14

  For Complainant's counsel I analyzed computer systems to locate confidential information. I drafted a report in the matter and presented at an arbitration hearing.

- *Sue A. Farley et al. v. Complete General Construction Co., et al.*, Court of Common Pleas of Franklin County, Ohio 12 CV 012394    2014

  For Plaintiff's counsel I analyzed a mobile phone and related records regarding activity during a period of time critical to the litigation. I submitted a letter stating findings and was deposed.

- *Flairsoft LTD., v. Yogesh Khandelwal, et al.*, Court of Common Pleas of Delaware County, Ohio, 11-CV-H-09-1107    2013–16

  For defense counsel I have analyzed the record regarding computer data and source code, and submitted affidavits. I have also submitted a report.

- *H&H Industries, Inc. v. Erik S. Miller*, United States District Court, Southern District of Ohio, Eastern Division, Case No. 2:13-cv-907    2013–14

  For plaintiff's counsel I examined computer systems and data to locate confidential information. To date I have submitted reports, been deposed, and appeared at hearings.

- *Robert A. Brown, et al. v. Tellermate Holdings Ltd., et al.*, United States District Court for the Southern District of Ohio, Eastern Division, Case No. 2:11-cv-1122    2013–15

  For plaintiff's counsel I assessed the ability to conduct electronic discovery of a cloud-based customer relationship management (CRM) system. To date I have completed reports and appeared in hearings.

- *Juana Curry and William Moore, et al, v. AvMed, Inc., d/b/a AvMed*, United States District Court For the Southern District of Florida, Case No. 10-cv-24513-JLK    2013

  For plaintiff's counsel I determined costs associated with the selection and deployment of appropriate cryptographic controls to protect medical information.

- *Leland Small, et al. v. BOKF, N.A.*, United States District Court for the District of Colorado, Civil Action No. 13-cv-01125-REB-MJW    2013–Present

  For plaintiff's counsel I assessed testimony regarding the type and availability of records, executed a declaration regarding the computability of a formula, and provided testimony in a deposition.

- *State of Ohio v. Matthew Fielding*, Court of Common Pleas, Franklin County, Ohio, Case No. 12 CR 2800    2012–13

  I examined computer data on behalf of the defendant, provided a written report, and testified at trial.

- *Momentive Specialty Chemicals, Inc., v. Ricky Alexander*, United States District Court for the Southern District of Ohio, Eastern Division, Case No. 2:13-cv-275    2013

For plaintiff's counsel I assessed computer data and submitted documentation of my analysis.

- *State of Ohio v. James F. Morrison*, Court of Common Pleas, Delaware County, Ohio, Case No. 11CR-I-06-0302    2010–12

  I examined computer data on behalf of the defendant, and provided an affidavit and testimony at the sentencing hearing.

- *Edward Haines, and Nyeta Haines, his wife v. Ann S. Mercer, M.D., Ann Shukri Mercer, M.D., P.A.*, State of New Mexico, County of Dona Ana, Third Judicial District, Case No. CV-2010-2273    2012

  For plaintiffs' counsel I have presented options to the Court for analysis of an electronic medical record.

- *Coast to Coast Health Care Services, Inc. v. Dawn Meyerhoffer and David G. Lovell, M.D. and Critical Access Solutions, Inc. and Daybreak Village, LLC and Tapestry Hospice, LLC*, United States District Court for the Southern District of Ohio Eastern Division, Case No. 10-cv-00734    2012–13

  For plaintiff's counsel I analyzed computer data and submitted a report of my findings.

- *State of Ohio v. Stephen P. Harris*, State of Ohio, Warren County Common Pleas Court Criminal Division, Case No. 11CF27938    2011–12

  For defense counsel I analyzed data and presented a report.

- *United States of America v. Matthew Howard Saffel*, United States District Court for the Southern District of Ohio, Eastern Division, Case No. 2:10-cr-00238    2010–11

  For defense counsel I assessed data and provided an affidavit entered at the sentencing hearing.

- *State of Ohio v. Christopher J. Renkes*, Court of Common Pleas, Delaware County, Ohio, 10CR-I-04-0235    2011

  I examined computer data on behalf of the defendant, provided a report, and appeared at trial.

- *State Farm Fire & Casualty Company v. Joseph Martin Radcliff, Coastal Property Management LLC, a/k/a CPM Construction of Indiana, Jacob Charles Piper, Reginald Rex Thoman, Eric M. Dieckman, Matthew P. Seaver, Ryan M. Murphy, and Michael Henderson*, State of Indiana, Hamilton County In the Hamilton Superior Court No. 1    2011

  On behalf of the plaintiff, I analyzed electronic data from a mobile device and provided an expert report. I have been deposed in the matter.

- *Peoples Bank, National Association v. Robert Daniel Coffill, Jr.*, Court of Common Pleas, Fairfield County, Ohio    2010

  On behalf of the plaintiff, I analyzed electronic information and provided an affidavit regarding key findings.

- *The Estate of John Hiotis, by and through Maria Hiotis v. 2600 Highlands Boulevard, North, LLC A/K/A 2600 Highlands Boulevard, North, LLC D/B/A/ Bay Tree Rehabilitation and Nursing Center; Florida Holdings III, LLC; Florida Administrative Services, LLC; Harborside Healthcare Corporation; Harborside Aadministrative Services, LLC; Sharon Harris; Samuel Politz; Alan Cooper A/K/A Alan Peter Cooper; Dennis Deshong; Daniel Frenden A/K/A Daniel L. Frended; Myra Marcum A/K/A Myra Joyce Marcum (as to Bay Tree Rehabilitation & Nursing Center)*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 08-2042-CI; Division 8                                        2010–11

  On behalf of defense counsel, I reviewed discovery documents, discussed data management practices with staff, and submitted an affidavit.

- *John W. Ferron v. MetaReward, Inc., et al.*, United States District Court for the Southern District of Ohio, Eastern Division, Civil Action Nos. 2:09-cv-430, 2:09-cv-440, 2:09-cv-512, 2:09-cv-513, 2:09-cv-520                                        2009–10

  For defense counsel I consulted on ESI and computer technology. I submitted an affidavit for the Court.

- *Robert Schmidt v. AT&T, Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV 2009 6887885                                        2010

  For intervenors' counsel I submitted an affidavit as to my work in the matter of *Ford, Dunne, Bell, and Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, described below.

- *In re Mark A. Williams*, Ohio Department of Education Administrative Procedure                                        2009

  For respondent's counsel I assessed computer data presented as evidence by complainant, presented a report, and testified at a hearing.

- *Gail Ford, Carrie A. Dunne, John E. Bell, and Patricia A. Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Circuit Court of St. Louis County (Missouri) Cause No. 06CC-003325, Division No. 6                                        2008–12

  For plaintiff's counsel I assessed computer data connected to the billing and delivery of broadband Digital Subscriber Line service. I have submitted an affidavit in the matter.

- *New York Stock Exchange Specialists Litigation*, U.S. District Court, Southern District of New York, 405 F. Supp. 2d 281                                        2007–15

  On behalf of plaintiff's counsel, I led the team that developed software to analyze New York Stock Exchange trading data to identify trades according to specifications of market experts. To date I have submitted two expert reports and have been deposed.

- *The Estate of Elizabeth Kiricenkov, by and through Rita K. Browning and George J. Kiricenkov, Co-Executors de son Tort v. Seminole Properties; Freedom Square Developments; American Retirement Corporation;*

INTERHACK PROPRIETARY: PUBLIC/5/7

*A.R.C. Management Corporation; ARC Management, LLC; Robert G. Roskamp; Frank Herold; (as to Freedom Square Nursing Center)*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 05-008209-CI, Division 011.     2009

On behalf of plaintiff's counsel, I reviewed discovery documents and submitted an affidavit.

- *Doe v. Doe* (Confidential)     2007–09

  For plaintiff's counsel, I performed an analysis of Web sites and computer data for evidence of the mishandling of information. I submitted a report, was deposed, and testified at a pre-trial hearing. Case dismissed in favor of plaintiff.

- *Estate of Marjorie C. Belcamino, by and through Bank of America, N.A. as personal representative v. Labarc, L.P., et al. (As to Homewood Residence at Freedom Plaza)*, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County (Florida), Case No. 06-CA-009706, Division A.     2009

  On behalf of defense counsel, I reviewed discovery documents and submitted an affidavit.

- *United States v. Thomas Ballato*, U.S. District Court, Southern Ohio, 3:06CR192     2008

  For defense counsel I assessed evidence brought by the government and submitted an expert report.

- *John W. Ferron v. Search Cactus, LLC, et al.*, United States District Court for the Southern District of Ohio, Eastern Division, Civil Action No. 2:06-cv-327     2008

  For defense counsel I consulted on ESI and computer technology. I submitted two declarations for the Court.

- *Jesse Land, II, Paula Land and the Land Companies of Kentucky, LLC v. Farmers State Bank and Harvey Hensley, Owsley Circuit Court [Kentucky], Civil Action No. 05-CI-216*     2008

  For defense counsel, I led analysis of computer data for consistency with proffered testimony of parties to the litigation. I submitted two expert reports.

- *Chornyak & Associates Ltd. v. Richard D. Nadler, Everhart Financial Group, Inc. and R. Scott Everhart*, Franklin County [Ohio] Court of Common Pleas, 05 CV 011942     2005–08

  Submitted reports on forensic analysis of a computer system to determine recent activity, conducted electronic discovery of defendants' systems, reported findings in writing, and provided testimony at trial.

- *City of Cuyahoga Falls v. Jamil T. Kazoun*, Cuyahoga Falls [Ohio] Municipal Court, 2007CRB00200     2007

  Performed analysis of computer data and testified at trial regarding findings.

- *Justin Bunnell, et al. v. Motion Picture Association of America*     2007

Performed computer system analysis and submitted an expert report on behalf of the Bunnell parties and was consequently deposed. Technical issues at hand involved the analysis of email systems and networking.

- *State of Ohio v. Justin Blaney*                                            2006

Analyzed state's evidence around the issue of electronic contraband on behalf of the defendant. That analysis included examination of digital photograph data and operating system data. I provided an expert report and in-court testimony in a pre-trial hearing on the admissibility of certain digital evidence.

- *Frank E. Bellamy, Sr. v. Robert G. Montgomery, et al*                      2005

Led the forensic analysis of computer system and rendered opinion regarding the system's rôle in the creation of a printed message. The analysis included reconstruction of data intentionally "wiped" to destroy evidence.

- *Pharmatrak Privacy Litigation*, United States Court of Appeals, First Circuit. 329 F.3d 9    2001–03

Led electronic discovery and forensic data analysis for plaintiff's counsel of Pharmatrak's systems to determine whether and how personal information was intercepted by a third party. Opinion used by the Court to establish precedent on the application of the Electronic Communications Privacy Act (ECPA) to Web technology.

- *RIAA v. MP3Board.com*                                                      2001

Provided a technical expert report on behalf of MP3Board.com, an Internet search engine in its defense against the Recording Industry Association of America and was cross-examined by RIAA counsel.

- *Avenue A Privacy Litigation*                                               2001

Performed technical analysis of Avenue A electronic advertising systems and provided an expert report on behalf of plaintiff in this early online privacy litigation.

## Presentations

**Message Handling in Emergencies** 2020 Amateur Radio Emergency Communications Conference, February 29–March 1, 2020                     Gainesville, Florida

Presentation teaching manual third-party message handling by radio.

**Getting Government and Hams to Work Together: Black Swan Success**
2020 Amateur Radio Emergency Communications Conference, February 29–March 1, 2020

Gainesville, Florida

Discussion of using government and volunteer forces to serve communication needs in disasters, presented through the lens of realistic and progressive training.

**Antennas—Emergency Antennas in HF and VHF/UHF Service**
2020 Amateur Radio Emergency Communications Conference, February 29–March 1, 2020

Gainesville, Florida

Presentation of field-expedient antenna types for emergency communication applications.

**Coding for Community**  CBusStudentHack, January 29, 2020.

Columbus, Ohio

Discussion of development of systems resistant to attack at the "Security Our Community" themed event held for high school students by Franklin University.

**Emerging Threats**  Central Ohio chapter of ASIS, January 16, 2020.

Columbus, Ohio

Briefing for security practitioners on *multimode* attacks using converging physical and electronic infrastructure.

**How Businesses Can Protect Themselves**  Central Ohio Better Business Bureau, October 17, 2019.

Columbus, Ohio

Panel presentation on protection of businesses with technical, business, and legal tools available.

**Demystifying the IT Network**  Material Handling and Logistics Conference, September 9, 2019.

Park City, Utah

Discussion of security principles, applications to supply chain security, and frameworks to support such efforts.

**Using Cell Phone Data to Defend Your Client**  Ohio Association of Criminal Defense Lawyers, August 23, 2019.

Dayton, Ohio

Discussion of electronic information available from mobile devices and proper assessment and presentation of data.

**A House Without Foundation**  Bowling Green State University, July 27, 2019.

Bowling Green, Ohio

Discussion with computer science students and faculty on the use of electronic evidence and rigor in forensic data analysis.

**Fourth- and Fifth-Amendment Issues Related to Electronic Devices**
Thomas J. Moyer American Inn of Court, May 8, 2019.

Columbus, Ohio

INTERHACK PROPRIETARY: PUBLIC/5/7

Presentation on the acquisition, analysis, and presentation of electronic evidence, including the training given to law enforcement officers are given for presentation.

**Detection and Defense: The Use of Modern Technology in Victimization**
"Break The Silence" Community Legal Aid Seminar March 21, 2019.                                                     Kent, Ohio

Presentation of electronic technology available to predators, countermeasures, and other defenses available to would-be victims.

**Small Business Cyber Vulnerability** Whitehall Chamber of Commerce March 4, 2019.                                  Whitehall, Ohio

Discussion of managing risks unique to small business.

**Data As Evidence: Analysis of Logs for Litigation** FloCon 2019, January 9, 2019.                                  New Orleans, Louisiana

Presentation of challenges unique to data analytics in adjudication at Software Engineering Institute conference.

**Ohio Data Protection Act SB 220** InfraGard Central Ohio Members Alliance, November 28, 2018.                     Columbus, Ohio

Panel discussion with attorneys on provisions of the Ohio Data Protection Act and strategies for operating cybersecurity programs that also provide legal protection.

**Privacy vs. Convenience: A Twenty Year Retrospective of the Internet Privacy Project**
Information Assurance Forum, October 31, 2018.                                                                       Findlay, Ohio

A look at current issues in online privacy and security and assessment against research started twenty years earlier.

**Assumed Breach Testing** Information Security Summit, October 26, 2018.                                            Cleveland, Ohio

Copresentation with M. B. O'Connor on operation of security programs that start with the assumption that systems are compromised.

**Cyber Security Panel Discussion** , October 24, 2018.                                                              Columbus, Ohio

Panel discussion with representatives from law enforcement and insurance carriers on the protection of digital assets.

**Open Source Code in Forensic Data Analysis** Open Source Club at The Ohio State University, February 25, 2016.    Columbus, Ohio

Presentation of the topic of forensic data analysis, the use and development of tools whose implementation is transparent.

**Strategic Information Security**  Columbus Chapter of ASIS International, November 19, 2015.

Columbus, Ohio

Presentation on development and management of security programs that rationally balance risk and cost.

**Careers in Cybersecurity and Forensic Computing**  WeAreIT Student Conference, November 13, 2015.

Piqua, Ohio

Pair of presentations on career options to middle and high school girls interested in science and technology careers.

**Interpretation and Presentation of Electronic Evidence in Criminal Proceedings** , October 23, 2015.

Cleveland, Ohio

Presentation covering proper acquisition of electronic evidence to avoid side-effects and spoliation of evidence, reconciliation of filesystem timestamps, and interpretation of forensic artifacts identified by forensic data examiners. Includes examples of how attorneys may (with or without intent) misrepesent the meaning of artifacts and go beyond the science.

**Incident Response Planning That's Battle Tested, Client Approved** ILTACon 2015, August 31, 2015.

Las Vegas, Nevada

Panel discussion on development of incident response plans that cover the range of issues.

**Incident Response**  ILTA LegalSec, June 9, 2015.

Baltimore, Maryland

Presentation on the threats unique to law firms, as well as strategies and tactics to protect sensitive information.

**Charges Dismissed: How Experts May Undermine Your Forensic Evidence** Ohio High Tech Criminal Investigation Association[1] May 20, 2015.

[1] Cambridge, Ohio

Presentation to law enforcement officers and data examiners on techniques used by experts to identify deviance of the government's presentation of evidence and the meaning, failures to account for bias, and proffered conclusions lacking support. Concluded with techniques to avoid hazards in analysis and presentation of electronic evidence.

**Crypto War II: Protecting the Infrastructure**  Central Ohio Chapter of ISSA, April 15, 2015.

Columbus, Ohio

Consideration of restrictions on domestic use of strong cryptography proposed by FBI Director James Comey and President Obama.

**Computer Forensics: Trade Secret Theft Case Study** Lawyers' Club of Cincinnati, March 19, 2015.

Cincinnati, Ohio

Copresentation with attorney M. Curran on information that can be recovered through forensic data analysis and how it can be used to establish facts needed for legal argumentation.

**Crypto War II: Weakening the Infrastructure** Central Ohio Chapter of the InfraGard Members Alliance, February 10, 2015.

Columbus, Ohio

Closed presentation to FBI and partner infrastructure protection practitioners regarding domestic use of cryptography and dangerous consequences of imposing restrictions advocated by the FBI Director and the President of the United States.

**Computer-Aided Theft** Central Ohio Association of Criminal Defense Lawyers, December 2014.

Columbus, Ohio

Presentation for attorneys on the use of electronic evidence, including on the differences between reasonable inference and a reasonable degree of scientific certainty.

**What To Do When (Not If) Data Breaches Occur** ILTA LegalSec Summit, June 11, 2014.

Chicago, Illinois

Panel presentation walking through the process of detection and response to a data breach.

**Stopping Trade Secret Theft** Infosec Summit, May 5, 2014.

Columbus, Ohio

Case study of one Ohio company concerned about its trade secrets going to a competitor by way of a former employee. Forensic analysis in the context of an expedited legal proceeding helped to identify critical information that contradicted the former employee's statements to attorneys, testimony in deposition, and testimony in a hearing. Ultimately the court imposed a noncompete upon the ex-employee.

**Cracking the Data Encryption Standard** Open Source Club at The Ohio State University, April 24, 2014.

Columbus, Ohio

Presented the design and implementation of a large-scale computing capability to break a message encrypted with the U.S. Government standard for Data Encryption.

**When Cryptography is Outlawed** Philosophy 1337, Guest lecture in the Department of Philosophy at The Ohio State University, April 8, 2014.

Columbus, Ohio

Discussed surveillance of citizens, access and use of cryptography as a countermeasure in the context of the mid-1990s

"Crypto Wars," as seen retrospectively after revelations of NSA's domestic surveillance programs.

**Putting the Science in Computer Science: Applications from Boardrooms to Courtrooms**
Frankin University, March 26, 2014.                                    Columbus, Ohio

Showed the application of computer science to important problems in management and dispute resolution for students in the Choose Ohio First scholarship program.

**Cracking the Code** Hawken Middle School, January 30, 2014.          Cleveland, Ohio

Discussed the development and operation of a large-scale distributed computing system from idle cycles of computers to find the key needed to read an encrypted message.

**Big Data Panel Discussion** Columbus Chapter of the International Legal Technology Association, November 7, 2013.             Columbus, Ohio

Discussed issues with "big data" in the context of litigation with litigation support professionals as part of a panel.

**Mobile Devices: Evidentiary Gold Mine or Empty Mine Shaft?**
Columbus Chapter of (ISC)$^2$, October 14, 2013.                       Columbus, Ohio

Presented uses and applications of data recovered from mobile devices in the context of adjudication at a training event for information security professionals.

**Putting the Science in Computer Science** Keynote Talk, Midwest Consortium for Computing Sciences in Colleges Conference, September 20, 2013.                                              Findlay, Ohio

Showed the application of computer science to important problems in management and dispute resolution for students and instructors of computer science.

**Data Analysis to Find Fraud** Ohio Association of Student Financial Aid Administrators, Spring Conference, May 7, 2013.             Columbus, Ohio

Discussed the issue of fraud particularly in connection with student loans and how data analysis can help to identify fraud more effectively and at lower cost.

**Building and Maintaining Incident Response Capability** Central Ohio INFOSEC Summit, May 3, 2013.                                 Columbus, Ohio

Copresented with Keith Fricke how an organization can respond effectively to information security incidents. Showed the factors leading to success in the development and maintenance of those programs.

**ESI in Employment Litigation**  Ohio Management Lawyers' Association, April 19, 2013.

Columbus, Ohio

Showed methods to address the management and use of electronically stored information in employment and labor disputes, including strategies to make electronic discovery in litigation more cost-effective.

**Integrity in Digital Evidence: Rendering Judgment on an Electronic Record**
Central Ohio Association of Criminal Defense Lawyers, February 27, 2013.

Columbus, Ohio

Discussed adversarial data analysis to identify weak and missing foundation in arguments made to the court presumably upon the basis of scientific analysis, as well as common scientific errors committed by investigators of digital evidence.

**Cracking the Data Encryption Standard**  Telecommunications Systems Management Association, February 26, 2013.

Athens, Ohio

Presented the design and implementation of a large-scale computing capability to break a message encrypted with the U.S. Government standard for Data Encryption.

**Discovery in the Cloud**  Ohio Bar Association CLE, December 13, 2012.

Columbus, Ohio

Copresented with attorney Mason Evans on the topic of conducting electronic discovery of Internet "cloud" services and use of the data in litigation.

**Case Study in Incident Response**  Northern Ohio Chapter of InfraGard, December 7, 2012.

Cleveland, Ohio

Gave an inside look at identification and response to a security incident, showing lessons learned and how organizations can be better prepared to ensure effective incident response capability.

**Applications of Open Source Software**  OpenSource Club at The Ohio State University, November 8, 2012.

Columbus, Ohio

Showed students how "open source" software—where source code is available—has applications beyond the word of hobbyist. Identified where expert analysis with detailed discussion of method benefits from the use of open source software.

**Information Security in Law Firms**  Ohio Chapter of the International Legal Technology Association, November 8, 2012.

Columbus, Ohio

Participated in a panel discussion of information security and the specific issues that arise for law firms, highlighting critical concerns and strategies for addressing them.

**Case Study in Incident Response**  Central Ohio Chapter of the Information Systems Security Association, October 12, 2012.

Columbus, Ohio

Gave an inside look at identification and response to a security incident, showing lessons learned and how organizations can be better prepared to ensure effective incident response capability.

**Maintaining Security During a Crisis**  Contingency Planners of Ohio Annual Conference, October 15, 2012.

Columbus, Ohio

Copresented with Shawn Sines on how an organization in crisis adopting emergency modes of operation can maintain information security standards to avoid exacerbating a high-risk event.

**Sucessfully Handling Data Breaches**  State of Ohio Cyber-Security Awareness Event, October 2, 2012.

Columbus, Ohio

Showed how data breach events can be handled successfully to ensure that disruption to the organization is no greater than necessary and that those affected can have their concerns addressed.

**Compromise in the Cloud**  Central Ohio Information Systems Security Association, April 18, 2012.

Columbus, Ohio

Offered a case study on responding to an information security incident surrounding the compromise of a cloud-based service. Included discussion of challenges and opportunities in forensic analysis of remote systems.

**Careers in Information Assurance**  University of Findlay, April 13, 2012.

Findlay, Ohio

Discussed career options within the field of information assurance, including paths in and playing to strengths to advance.

**Electronic Medical Records and Off Site Interface**  OSHRM Winter Conference, March 9, 2012.

Columbus, Ohio

Copresented with attorney Greg Krabacher on the functional and liability concerns of medical records for the Ohio Society for Human Resource Management State Council winter conference. Included discussion of original format records compared to those produced by applications.

**Incident Response**  Central Ohio Association of Corporate Council, February 28, 2012.

Columbus, Ohio

> Discussed how organizations can prepare for and execute well during a security incident to contain and to limit the impact of an incident. Part of a data breach seminar.

**Analyzing ESI in Litigation**  Central Ohio Association for Justice, January 17, 2012.

Columbus, Ohio

> Showed attorneys how use of a computer expert offered new insights into electronic medical records at the basis of adjudication arising from claims of medical malpractice and related concerns.

**Defending Your Agency on the Internet and in the Courtroom**  Cyber Security Symposium, State of Ohio, October 5, 2011.

Columbus, Ohio

> Discussed security incidents in the context of the legal systems of chief information officers of agencies of the State of Ohio.

**Drilling to Perfect Data Incident Response**  Ohio Network for Healthcare Information Assurance, September 22, 2011.

Columbus, Ohio

> Showed how organizations can prepare for unplanned high-impact events such as security incidents for information assurance professionals in the healthcare industry.

**Defensible Forensic Collection**  Ohio Chapter of International Legal Technology Association, September 12, 2011.

Columbus, Ohio

> Presented to legal support professionals the elements of a defensible acquisition of data to be used for forensic analysis, showing both procedural and technical issues to address.

**Integrity in Digital Evidence**  Ohio Judicial College, September 9, 2011.

Columbus, Ohio

> Showed the use and interpretation of digital evidence for the annual conference of the Ohio Judicial College, focusing on how trial judges can identify gaps in foundation.

**Drilling to Perfect E-Discovery**  Technology First Seminar, June 8, 2011.

Dayton, Ohio

> Discussed the process of electronic discovery and the demands of the courts to ensure a good record, and how to use full-scale exercises to ensure effective capability.

**Cloud Computing: Navigating the Legal Fog**  Ohio State Bar Association Annual Meeting, May 5, 2011.

Columbus, Ohio

Copresented with attorney Alan Wernick on the issues raised by cloud computing and how to address them. Moderated by attorney Karen Hockstad.

**Persuasively Rebutting Opposing Experts' Opinions**  SEAK National Expert Witness Conference, April 15, 2011.

Naples, Florida

Discussed how rebuttal testimony can be presented persuasively to experts in a wide variety of disciplines.

**Electronic Health Records**  American Bar Association Business Law Section Spring Meeting, April 14, 2011.

Boston, Massachusetts

Participated in a panel discussion with attorneys looking at various aspects of electronic health records. Focused presentation on the nature of electronic information and how expectations may now be at odds with reality.

**Making Best Use of Experts**  Guest Lecture, Case Western Reserve University School of Law, March 28, 2011.

Cleveland, Ohio

Discussed the use of experts with law students focused on criminal defense issues.

**Health Care Incident Response**  HIMSS11 Conference, February 22, 2011.

Orlando, Florida

Presented how to address response to security incidents in the context of healthcare at the HIMSS annual conference.

**Data Breach: Staying Out of the Headlines**  Breakfast Club, Fisher College of Business at The Ohio State University, February 5, 2010.

Columbus, Ohio

Presented results of five-year study of reported data breaches and discussed implications for business leaders and information security practitioners.

**Compliance in Privacy and Data Security: How to Avoid Liability**  Columbus Bar Association, December 14, 2009.

Columbus, Ohio

Copresented CLE seminar with Benita Kahn, Esq. on the intersection of law and technology of information security and privacy.

**Using Science to Combat Data Loss**  Information Security Compliance and Risk Management Institute, University of Washington, September 16, 2009.

Seattle, Washington

Presented recent research using statistical analysis of breach data at seminar entitled "The Changing Environment of Information Security: Dealing with New Technologies, New Threats, and New Laws."

**The New Age Toolset**  CIO Solutions Gallery, Fisher College of Business, The Ohio State University, August 12, 2009

    Columbus, Ohio

Part of program "Security Summit: Challenges to Our Future State of Readiness," discussing the rôle of scientific analysis of data in the management of corporate information technology.

**The State of Data Loss**  IT Leadership Academy Value Studio 16, Florida State College at Jacksonville, August 6, 2009

    Jacksonville, Florida

Part of program "The State of . . . : Where Are We Today, and Where Are We Going?" Discussed how and where data loss events occur, and how to prioritize defensive resources.

**Incident Handling: Sensitive Data Breach**  Columbus CIO Forum, July 23, 2009

    Columbus, Ohio

Part of panel discussion on information security for area chief information officers.

**Hands-On Incident Response Testing**  RSA Conference, April 21, 2009

    San Francisco, California

Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

**Using Science to Battle Data Loss**  Multiple presentations of state breach notification laws and analysis of subsequently-available breach data.

American Bar Association Information Security Committee Meeting, July 29, 2009

    Chicago, Illinois

RSA Conference, April 23, 2009

    San Francisco, California

**Computer Science Education: Industry View**  Franklin University, April 17, 2009

    Columbus, Ohio

Part of panel discussion on the state of computer science education, its value and relevance to future careers in computer science and information technology.

**Implications of Litigation in Virtualization**  CIO Solutions Gallery, April 1, 2009

    Columbus, Ohio

Discussed issues arising from litigation on a panel discussion on virtualization of computing infrastructure. Part of program "Advancing Your Competitiveness in a Recessive Economy."

**Uses and Limits of Forensic Data Analysis**  Ohio Investigators Association, March 25, 2009

    Columbus, Ohio

Led discussion of applications of forensic analysis of computer data, including case studies in criminal and civil matters.

**Discovery Beyond Documents** Defense Research Institute Medical Liability and Health Care Seminar, March 12, 2009

Lake Buena Vista, Florida

Presented a case study of computer database analysis in wrongful death litigation and methods to prepare for litigation involving electronic information.

**Asking the Right Questions: Forensic Analysis of Data** Alternatively entitled, "How to Make BlackBerry Data Hearsay." Multiple presentations of recent research work on forensic analysis of mobile phones, with a focus on BlackBerry devices.

Central Ohio InfraGard Members Alliance, January 28, 2009

Columbus, Ohio

Cleveland InfraGard Members Alliance, December 12, 2008

**The Next Twenty-Five Years: Applications of Computer Science**    Cleveland, Ohio
Franklin University TechConnect, January 26, 2009

Columbus, Ohio

Addressed the widely-held belief that information technology is changing so rapidly as to make technical education models obsolete.

**Using Information to Focus Resources** "When, Why, and How to use Computer Experts." Columbus Bar Association, December 9, 2008 and December 9, 2009.

Columbus, Ohio

CLE program on the use of computer experts in litigation.

**E-Discovery and the Issues Related to Storage of Information**
Delaware CIO Forum, December 5, 2008

Delaware, Ohio

Presented case studies on how electronically stored information (ESI) has come into scope of public records requests and litigation.

**Electronic Evidence in Criminal Defense** Columbus Bar Association, November 20, 2008

Columbus, Ohio

Discussed issues of data analysis unique to criminal defense attorneys, including critical analysis of law enforcement reports, and the use of experts for rebuttal or to prepare for cross-examination.

**Electronic Discovery—Cleveland Clinic's Mock Exercise (Panel)**
Cisco Systems Cleveland CSO Roundtable, November 18, 2008

Richfield, Ohio

Discussed three years' of incident response drills at the Cleveland Clinic Health System to prepare for security incidents and litigation events. Copresented with CCHS Chief

Information Security Officer Mark Dill and CCHS East Data Security Administrator Keith Fricke.

**When to Hire a Computer Expert Witness** Columbus Bar Association, November 14, 2008

Columbus, Ohio

CLE presentation on finding, retaining, and effectively using computer expert witnesses in litigation.

**Hands-On Incident Response Testing** Contingency Planners of Ohio Annual Conference, September 30, 2008

Lewis Center, Ohio

Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

**Expert Witness Appearance (Mock Trial)** ASTAR 2008 National Judge's Science School (JSS), Advanced Forensic Technologies, September 25, 2008

Columbus, Ohio

Acted as an expert witness discussing computer technology and findings from analysis of computer data relating to a computer intrusion in a mock trial.

**Building a Successful Organization** Capital Square Rotary Club, July 15, 2008

Columbus, Ohio

Discussed observations from experience in developing organizations that succeed in advancing their objectives and growing beyond the individual capabilities of the founders.

**Hands-On Incident Response Testing** Ohio Regional Information Security Conference, March 18, 2008

Dayton, Ohio

Copresented incident response drills with Keith Fricke of the Cleveland Clinic Health System.

**A Taxonomy of Recent Data Losses** Central Ohio ISSA, February 20, 2008

Columbus, Ohio

Copresented data loss incident research colleague Lee Ayres to a local group of information security practitioners.

**Tech101: Electrons Are the New Paper** Revised edition of earlier lectures on use of electronic information in adjudication.

**July 14, 2008** CLE presentation for Dayton Bar Association

Dayton, Ohio

**July 5, 2008** CJE presentation for Wisconsin Appellate Court Specialty Seminar

Pewaukee, Wisconsin

**May 28, 2008** CLE presentation for Lake County (Ohio) Bar Association

Painesville, Ohio

**April 24, 2008** CLE presentation for Columbus (Ohio) Bar Association, marketed as "Paper As Obsolete: What Every Lawyer Should Know about Information Technology and E-Discovery"

Columbus, Ohio

**January 16, 2008** One-hour CLE presentation for Warren County (Ohio) Bar Association

Lebanon, Ohio

**November 28, 2007** Three-hour CLE presentation for Columbus (Ohio) Bar Association

Columbus, Ohio

**Confessions of a Plaintiff's Expert** Toledo InfraGard Members Alliance, December 7, 2007

Toledo, Ohio

**Identity Management, Fraud, and Forensics in the 21st Century** CIOhio 2007, November 15, 2007

Columbus, Ohio

Discussed forensic computer analysis and its rôle in addressing misappropriation of intellectual property.

**Evolution of Backup Technology** 3X Seminar, November 13, 2007

Columbus, Ohio

Keynote presentation for 3X product launch, showing history of data backup and disaster recovery technology, challenges facing today's IT managers, and solutions for the future.

**Intrusion Detection and Prevention Technology and Strategy** CIO Circle, November 7, 2007

Cincinnati, Ohio

Discussion of evolution of technology for intrusion detection and prevention systems (IDPS), its relationship with other security technologies, and limits of IDPS.

**Beyond Tabletop: Hands-on Incident Response Training** Information Security Summit, November 2, 2007

Independence, Ohio

Presentation on security incident response drills as training exercises at the Cleveland Clinic Health System, with Keith Fricke of CCHS East Region.

**The Rôle of Security in Clinical Informatics** Keynote presentation for the Central and Southern Ohio Chapter of HIMSS, November 2, 2007

Columbus, Ohio

Discussed how information security in clinical information systems supports good patient care.

**Handling Electronic Information** Ohio State Bar Association Midwest Labor Law Conference, October 26, 2007

Columbus, Ohio

Panel discussion with Susan Hastings from Squire, Sanders, and Dempsey LLP and Pam Krivda of the Krivda Law Offices.

**Consultant Residue** Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007

> Findlay, Ohio

Case study discussing the impact of data being brought into an ERP installation by a consultant from a previous ERP installation in the consultant's practice.

**The Cost of Misappropriation** Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007

> Findlay, Ohio

Case study involving the analysis of systems to identify information from employees' former employers and elimination of the data.

**Why Information Assurance?** Max M. Fisher College of Business at the Ohio State University, October 11, 2007

> Columbus, Ohio

Lecture for visiting Chinese IT Executives on how an information assurance program supports enterprise risk management.

**TechTalk: Breach Notification** Central Ohio chapter of ISSA and TechColumbus, July 26, 2007

> Columbus, Ohio

Discussion on data breach notification trends, strategies, and technologies.

**Computer Technology in Adjudication** Advanced Science and Technology Adjudication Resources (ASTAR) Conference, June 29, 2007

> Columbus, Ohio

Lecture for regional judges' conference. Discussed electronic data storage and related issues for judges from eleven states.

**Tech101: How Computers and Data Work** Ohio State Bar Association (OSBA) Annual Convention, May 18, 2007

> Cincinnati, Ohio

Discussion of the use of computers and electronic data in civil litigation in the context of new Federal Rules for Civil Procedure on electronic discovery.

**Addressing the Needs of Technology Education** itWORKS.OHIO Annual Conference, organized by the Ohio Department of Education, April 19, 2007

> Columbus, Ohio

Part of panel discussion regarding technology jobs of the future and how the education system can prepare students for them.

**Forensic Computing: The Intersection of Law and Technology** Center of Science and Industry (COSI), March 26, 2007; October 30, 2007.

> Columbus, Ohio

Discussion of forensic computing for high school students across the country, delivered over the Internet with H.323 link from Columbus.

**Careers in Forensic Computing**  Columbus State Community College, November 17, 2006

Columbus, Ohio

Demonstration and lecture on computer science in a legal context for statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Careers in Cryptography**  Edison Community College, October 6, 2006; November 16, 2007

Piqua, Ohio

Demonstration and lecture on cryptography and its applications for pilot of statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Careers in Forensic Computing**  Edison Community College, October 6, 2006; November 16, 2007

Piqua, Ohio

Demonstration and lecture on computer science in a legal context for pilot of statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Cryptographic Protection of Data Warehouses**  Web presentation for NCR Teradata customers, August 3, 2006

Columbus, Ohio

Discussion of the protection of Enterprise Data Warehouse systems with cryptography.

**Electrons are the New Paper**  Keynote Lecture, ASTAR Conference, May 19, 2006

Columbus, Ohio

Keynote lecture for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**Computer Forensics: A Case Study of Data Analysis in a Criminal Trial**  ASTAR Conference, May 19, 2006

Columbus, Ohio

Discussion of work in recent criminal defense as a case study for data analysis gone awry by investigators and overzealous prosecutors for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**How the Internet and Cyberspace Works**  Presentation on fundamentals of Internet architecture and critical issues for analysis of data in legal proceedings. Presented to a variety of audiences.

**May 18, 2006**  ASTAR (Advanced Science and Technology Adjudication Resources) Conference,

Columbus, Ohio

**May 17, 2006** INFOSEC Forum VIII, Central Ohio ISSA  Columbus, Ohio

**April 25, 2006** itWORKS.OHIO Information Technology Educators Conference  Columbus, Ohio

**April 21, 2006** Colorado Bar Association  Denver, Colorado

**March 27, 2006** Greater Dayton IT Alliance Legal IT Peer Group  Dayton, Ohio

**March 14, 2006** Greater Dayton IT Alliance D-RISC  Dayton, Ohio

**Implications of Digital Rights Management** The Privacy Foundation at the Sturm College of Law at the University of Denver, February 10, 2006  Denver, Colorado

Discussion of Digital Rights Management systems including the XCP ("rootkit") system shipped on some Sony CDs in 2005.

**Identity Theft** Central Ohio ISSA, January 18, 2006  Columbus, Ohio

Panel discussion including other members of the Central Ohio ISSA on identity theft and related fraud, presented by TechColumbus and Platform Lab in Columbus.

**Cryptographic Key Management** Cedarville University Guest Lecture, September 8, 2005  Columbus, Ohio

Guest lecture for course on models for key management, including both centralized Public Key Infrastructure (PKI) and the decentralized PGP "web of trust" model.

**Tales of a Forensic Computist** Central Ohio InfraGard Members Alliance, August 2, 2005  Columbus, Ohio

Presentation giving personal experience on becoming a litigation consultant and expert witness as well as some recent casework.

**Compliance in the Courtroom** Security And Technology Online (SATO) Web conference, April 28, 2005  Columbus, Ohio

Part of panel discussing the intersection of law and technology. Specifically discussed the Pharmatrak Privacy Litigation and how the court used and interpreted data.

**Observing hidden surveillance structures** Computers, Freedom and Privacy (CFP 2005) conference, April 14, 2005  Seattle, Washington

Panel discussion themed "Panopticon." Discussed Web architecture and the side-effects of relevant protocols, database designs, and practices that affect the privacy of unsuspecting users.

**Thinking About the Box**  Keynote talk for itWORKS.OHIO conference, April 5, 2005

Columbus, Ohio

Keynote for teachers of technology programs in secondary and vocational schools throughout the state of Ohio. Discussed requirements for an educational system that prepared students for successful careers in technology.

**The Fall of the Data Encryption Standard**  Greater Dayton IT Alliance, March 15, 2005

Dayton, Ohio

Discussion of the DESCHALL Project that broke a message encrypted with the Data Encryption Standard for the first time in 1997 and its impact on cryptographic policy in the United States.

**The Business Case for Security**  Eastern Ohio Health Information Management Association, February 26, 2005

Independence, Ohio

Discussed how to balance business objectives and risks in light of the HIPAA Security Rule.

**Electronic Discovery**  Columbus Bar Association Technology Committee, January 19, 2005

Columbus, Ohio

Discussion of electronic evidence and e-discovery issues.

**HIPAA Security: Making HIM Work**  Ohio Health Information Management Association (OHIMA) fall Seminar, November 12, 2004

Columbus, Ohio

Discussion of how the HIPAA Security Rule affects health information management (HIM), along with strategies for achieving compliance.

**Wireless Security**  Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Technical discussion of the IEEE 802.11 wireless networking standards and securing information in wireless networks.

**The Rise and Fall of the Data Encryption Standard**  Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Presentation on the history of standardized encryption, exhaustive key-search attacks in general, and the ultimate defeat of the U.S. Government standard for data encryption, DES.

**Intrusion Detection Technology**  Security And Technology Online (SATO) Web Conference, October 28, 2004

Findlay, Ohio

Considered strategies and tactics for identification and management of security events.

**Privacy in a Digital World** Privacy Foundation at the Sturm College of Law at the University of Denver October 22, 2004

Discussion of how electronic infrastructures affect individual privacy.

Denver, Colorado

**Strengthening Anti-Spam Defenses with Message Authentication** eWEEK's Anti-Spam eSeminar, September 20, 2004

Focused on the use of authentication mechanisms in present and possible future Internet email architectures.

Columbus, Ohio

**Spying on Spyware** Central Ohio ISSA, July 21, 2004

Presentation on identifying and managing spyware: dissecting how it works, motivations behind its creation, and discussion of my work in *In re Pharmatrak Privacy Litigation* and how that has affected the legal standing of spyware.

Columbus, Ohio

**Security is Economics!** Security Work Group of the Infrastructure & Interoperability Subcommittee of the Supreme Court of Ohio Advisory Committee on Technology and the Courts, July 20, 2004

A high-level introduction to information security for the first meeting of the work group.

Columbus, Ohio

**Cyber & IT Workshop: Beyond Firewalls** "Protect Your Network from Intrusion," Security & Technology Online (SATO) Security Leadership Council, June 30, 2004

Panel discussion arguing for rational and strategic management of risks to information systems.

Columbus, Ohio

**Privacy & Data Governance Technology Landscape** International Association of Privacy Professionals, Privacy Futures Conference, June 10, 2004

Panel discussion on technology to enforce privacy policy and regulatory compliance.

San Francisco, California

**Planning to Fail: Continuing to Get It Wrong** Keynote lecture for Security Week at The Ohio State University, April 26, 2004

Argued that the present focus on treating security as a tactical matter is doomed to fail.

Columbus, Ohio

**Forensic Computing Process and Applications** Guest Lecture, University of Findlay, April 14, 2004

Discussion with information assurance class at the University of Findlay, covering investigative procedure, working with attorneys, handling digital evidence, and case studies.

Findlay, Ohio

**The Business Case for Security** Columbus Board of Realtors'
Tech User Forum, March 23, 2004

Columbus, Ohio

Discussed how to balance business objectives and risks, with
focus on small business.

CTC **Techtalk** "Identity Management—Strategic Security Lever
and 5x ROI?," March 17, 2004

Columbus, Ohio

Panel discussion regarding identity management from IT
and information security perspectives.

HIPAA **Security Rule Implementation** Seminar, March 9, 2004

Columbus, Ohio

A full-day seminar presented in coöperation with a practic-
ing attorney with experience in Health Care regulation and
administration. A standard-by-standard consideration of the
Security Rule, how the technology is to be understood and
integrated with policy and procedure.

**From the War Room to the Board Room** "Translating Between
Information Security and Risk Management" (Panel Mod-
erator). Central Ohio Chapter of the Information Systems
Security Association, November 5, 2003

Columbus, Ohio

Moderated a panel discussion with chief security officers
from large regional companies discussing integration of
information security into operations and translating risk
management objectives into strategy for information security
practice.

**Confessions of a Hacker** Association for Computing Machinery
Chapter at The Ohio State University, October 7, 2003

Columbus, Ohio

A discussion of computer science, the computing profession,
and career development in computing technology. Included
personal history and anecdotes for students to understand
how to manage their own career growth.

**Introduction to HIPAA Security Rule and Risk Management**
Cleveland Clinic Health System, August 7, 2003

Columbus, Ohio

Presentation and Q&A session with Security Teams cover-
ing the HIPAA Security Rule's main objectives and general
mechanisms for achieving them, followed by a more detailed
look at mechanisms for Risk Management in information
systems.

**Information Security in Health Care** Children's Hospital, June
25, 2003

Columbus, Ohio

"Brownbag lunch" with HIPAA Security Rule implementors
and stakeholders discussing INFOSEC's goals and how secu-
rity can be built into operational processes.

**Forensic Computing for Computer Professionals** Seminar, June 16–17, 2003                                                                                 Columbus, Ohio

Development and presentation of a two-day corporate training course in forensic computing. Covered handling of computer forensic investigations, filesystem and network technology. Led the course through a hands-on forensic challenge, extracting evidence from a disk image.

**Communication: The Key to Fraud Prevention** Emerging Trends in Fraud Conference, May 9, 2003.                                                          Columbus, Ohio

Considered the problems in information systems auditing, how fraud examiners, auditors, and information systems experts must establish a common vocabulary and work together to combat fraud successfully.

**Computer and Network Security** InfraGard Panel for Columbus ITEC 2002, October 29–30, 2002                                                          Columbus, Ohio

Discussion of computer security, with particular focus on corporations and what they can do to secure their infrastructures.

**Making the Case for CyberSecurity in Times of Austerity** Second Columbus INFOSEC Forum, October 23, 2002                                       Columbus, Ohio

Expert panel discussion of computer and network security: how to identify and to quantify its business value.

**Forensic Data Analysis** Northeast Ohio ISACA, October 17, 2002                   Brecksville, Ohio

Consideration of the problem of forensic analysis with electronic and computer data.

**Security Vulnerability Assessments** Privacy2002 Conference, September 25, 2002                                                                             Cleveland, Ohio

Participated in a "how-to" panel, considering of live penetration tests, how they are performed, what can be expected, and which problems they do not solve.

**Getting to Know You** Privacy2002 Conference, September 25, 2002                  Cleveland, Ohio

Discussed trends in surveillance technology, upsides and downsides for privacy and security online and offline. Covered surveillance technologies, biometrics, computer profiling, video, and wireless monitoring.

**Requirements for a Secure Infrastructure** Multiple presentations of a discussion of securing the U.S. information infrastructure against attack and proposal of set of requirements for a workable security plan.                                                         Dayton, Ohio

Columbus, Ohio

Dayton InfraGard, September 18, 2002 Columbus InfraGard, November 25, 2002

**Is Computer Security Possible?** Columbus Computer Society, May 22, 2002

Columbus, Ohio

Discussed the problem of computer security, specifically what computer security is, how privacy and security are related, typical security failures, and what can be done to improve security in computing. Argued that the best end-user defense against attack is awareness and mindset, and a demand for trustworthy systems from vendors.

**Internet Security (An Overview)** Central Ohio Craftsmen Club, April 11, 2002

Columbus, Ohio

Consideration of how technology has altered the printing industry, what business requirements are present in Internet systems, and how the issue of security can be managed proactively.

**Cryptography in Practice** Central Ohio Chapter of InfraGard, March 11, 2002

Columbus, Ohio

Discussion of cryptography, what it can and cannot do, and how it affects the ability to defend against attack and to perform forensic data analysis.

**Assessing Risk in Information Systems** Central Ohio Chapter of the Information Systems Security Association, March 6, 2002

Columbus, Ohio

Consideration of information technology, information theory, and risk management theory.

**Getting Security Right** Keynote Address at First Columbus INFOSEC Forum, February 21, 2002

Columbus, Ohio

Discussed the facets of information security, the requirements of businesses, and how INFOSEC managers can succeed.

**Privacy and Security Gotchas** Columbus Computer Society's Consulting SIG, January 9, 2002

Columbus, Ohio

Discussion of how side-effects can have unintended consequences when the technology is not fully understood.

**The Relationship Between Privacy and Security** Privacy By Design Conference, December 3, 2001

Montréal, Québec, Canada

Discussion of privacy failures in public Web-based services, based on research work of Interhack's Internet Privacy Project.

**Computer System Security** InfraGard panel at Columbus ITEC Show, October 30–31, 2001

Columbus, Ohio

Discussion of system security, particularly as it relates to resistance against widespread attack against the U.S. infrastructure.

**Auditing Computers? Are You Serious?** Central Ohio Chapter of the Information Systems Audit and Control Association, October 11, 2001

Columbus, Ohio

Consideration of requirements for system auditing and a review of current commercial technology's ability to address those requirements.

**Dodging the Security Bullet** Workshop at Privacy 2001 Conference, October 4, 2001

Cleveland, Ohio

Participated in workshop subtitled "Tools to Secure Business Data in a Competitive Environment," discussing tools and techniques available to enhance security in information systems.

**Creating Your Business' Privacy Policy** Privacy 2001 Conference, October 3, 2001

Cleveland, Ohio

Participated in workshop addressing the problems in privacy, how business needs must include consumer privacy, and how to find the define the right policy for the organization.

**CyberCrime in the Workplace** Panel in the 10th Annual Ohio Employment Law Conference, May 9, 2001

Columbus, Ohio

Discussion of the rôle of good business process specification and system design in managing risk in the workplace, especially with regard to criminal activity online.

**Internet Security: Are We Ever Going To Get It Right?** Keynote presentation at InterLab 2000 Conference,

Los Alamos, New Mexico

Keynote presentation on information security in computing technology delivered in Los Alamos and broadcast to other National Laboratories around the United States.

**Banner Advertising Networks** A detailed discussion of how Web-based banner advertising services work and how they are used to violate the privacy of unsuspecting Web users. Presented for various private clients and organizations at The Ohio State University.

New York, New York

Columbus, Ohio

## Articles

**Using Electronic Stored Information**  *Columbus Bar Lawyers Quarterly*, Spring 2008

> Article for publication of the Columbus (Ohio) Bar Association describing the fundamentals of electronic information.

**Introduction to Forensic Computing**  *Control*, May 2006

> Feature article for the journal of the Information Systems Audit and Control Association (ISACA) introducing forensic computing through three brief case studies.

**The Road to HIPAA Security Rule Compliance**  *Security, Technology & Design*, November 18, 2004

> Article written with attorney Peter M. Hazelton introducing information security practitioners to the HIPAA Security Rule.

**Security is a matter of guns and butter**  *Healthcare IT News*, November 2004

> Published interview by editor Jack Beaudoin, discussing information security strategy and the economics behind effective information security.

**New HIPAA rule requires rugged security framework**  *BusinessFirst* (Columbus), October 15, 2004

> Article written with attorney Peter M. Hazelton on the Health Insurance Portability and Accountability Act (HIPAA) Security Rule, with focus on building information security programs for regulatory compliance.

**Consumers should demand security when using Internet**  *Columbus Dispatch*, January 28, 2002

> Discussion of the problem with Internet security and how consumers can improve security.

**Hackers Lovebugs & Saboteurs: Who'll Protect Your Computers?**  *Columbus CEO*, Roundtable, November 2000

> Published discussion with five other experts, which ran as an article.

**Preserving Integrity**  *WebTechniques*, May 2000

> A discussion of secure programming practices, especially as they relate to the Web.

**On Guard**  *WebTechniques* April 2000

> Describing the essentials of Web site security to site builders.

INTERHACK PROPRIETARY: PUBLIC/5/7

**Electronic Snake Oil**  *;login:*, April 1999

> How non-cryptographers on identifying likely bad cryptography products.

**A Brute-Force Search of DES Key Space**  *;login:*, May 1998

> Described the technical workings of the DESCHALL project.

**Write Once, Run Anywhere: Why It Matters**  An essay on the importance and the achievability of the goal of having software work on any type of computer. Featured on Sun's http://java.sun.com/ Web site in January 1998.

**PreText Magazine 'Forum'**  November 1997

> Took part in a forum discussing individual consumer privacy vs. the needs of advertisers and marketers with a number of other experts in privacy, security, and marketing.

## Technical Reports

**Analysis of Compact Disc Digital Rights Management**  Interhack Technical Report. Detailed analysis of various systems intended to prevent duplication of audio CDs, including alteration of disc geometry to take advantage of differences between audio CD players and CD-ROM drives.

**Anatomy of Online Fraud: How Thieves Targeted eBay Users but Got Stopped Instead**  Interhack technical report. Analysis of an online fraud scheme, how Internet technology was used to support the scheme, how the fraud was identified, reported, and halted.

**Spector Professional Review and Commentary**  Interhack technical report. Analysis and discussion of "spyware" product Spector Professional. Discovered and documented hidden backchannel.

**Comments on Guidelines on Securing Public Web Servers**  Interhack technical report. Review and discussion of NIST draft document, *Securing Public Web Servers*. Covers Web security, drawing from such domains as information security, networking, software, and cryptography.

**PCFriendly Enables DVD Backchannels**  Interhack technical report. Analysis of popular Web-enabled DVD titles and privacy implications of "Internet" features, including discovery of surreptitious backchannel and analysis of data uploaded.

**Bank One Online Puts Customer Account Information at Risk**
Interhack technical report. Review and technical analysis of the design and implementation of an online banking application. Consideration of weaknesses, how they could be avoided, and how nonpublic customer information can be better protected.

**A Failure to Communicate: When a Privacy Seal Doesn't Help**
Interhack technical report. How a popular Internet privacy seal proprietor allowed a third party to monitor its site's visitors' activity on its Web site. Widely reported in the US media.

**Getting to Know You (Intimately): Surreptitious Privacy Invasion on the E-Commerce Web**
Interhack technical report. Discussion of the privacy ramifications of a third-party site usage analysis service and describing how four Internet retail sites' use of the system violated their privacy policies. Widely reported in nationwide print, radio, and television media.

**Siralos: Xinu for Unix**  In progress. Description of the design and implementation of a UNIX runtime library that provides XINU-style system interfaces. Used in CIS762 at Ohio State's CIS department.

**DoubleClick Opt Out Protocol Failure == Opt In**  Interhack Technical report. How a failure to follow the HTTP protocol caused a popular Internet advertising service to ignore some "opt out" requests silently.

**Opting In, By Accident**  Interhack technical report. How Netscape Communicator's handling of cookies can cause Web users who have "opted out" of advertising networks to be "opted in" again without their knowledge.

**Why Anti-Virus Software Cannot Stop the Spread of Email Worms**
Interhack technical report. Early consideration of malicious software ("malware"), analysis of the problem, and presentation of a strategy for addressing the risks.

**Creating an Environment for Reusable Software Research: A Case Study in Reusability**
Ohio State University Department of Computer Science and Engineering Technical Report OSU-CISRC-8/99-TR21. How applying the principles of reusable software to develop an environment for software research reaped a large reward.

**"What's Related"? Everything But Your Privacy**  Interhack technical report. Exposed serious potential for privacy violation in Netscape's "smart browsing," which received publication

in Privacy Forum Digest, RISKS Digest, various Web marketing conferences, and widely through the German-language parts of Europe. Cited in a number of university courses in the US and at the "Cyberspace and Privacy" Symposium at Stanford Law School.

**Firewalls FAQ** Usenet Periodic Posting. Coäuthored this official Usenet FAQ, archived around the Internet, and republished widely.

**Snake Oil FAQ** Usenet Periodic Posting. This monthly Usenet posting is widely recognized as the authoritative document on common practices among bogus cryptography products. Republished widely and used in courses at several universities.

## Memberships

- International Information Systems Security Certification Consortium ($ISC^2$).

- American Radio Relay League (ARRL). Recipient of the Allan Severson Memorial Award (2018).

- Central Ohio Traffic Net (COTN), a part of the Ohio Section of the National Traffic System. Net Manager, 2014, 2016–Present.

- Central Ohio InfraGard Members Alliance, Coördinated by Federal Bureau of Investigation. Founding member. Not current.

- FBI Cincinnati Citizens Academy Alumni Association. Not current.

## Certifications, Licenses, and Qualifications

- Certified Information Systems Security Professional (CISSP).

- SHAred RESources (SHARES) High Frequency (HF) Radio program, administered by the Department of Homeland Security's (DHS) National Coordinating Center for Communications (NCC), NNO5HD.

- Amateur Radio, KD8TTE (General Class).

- DHS Auxiliary Communications (AUXCOMM).

- American Radio Relay League (ARRL) Official Relay Station (ORS).

- American Radio Relay League (ARRL) Official Emergency Station (OES), Assistant Section Emergency Coördinator (ASEC).

- General Mobile Radio Service (GMRS), WQZE421.

- FEMA Emergency Management Institute IS 5, 26, 27, 100, 106, 120, 200, 230, 235, 240, 241, 317, 405, 700, 701, 703, 706, 800, 802, 806, 807, 809.

- Community Emergency Response Team (CERT), Franklin County, Ohio Emergency Management Agency & Homeland Security.

## *Military Service*

Ohio Military Reserve, 2016–Present. Sergeant (E5), Signal NCO. NCOIC, commo team, S-6/HHC/4CSSB. Duties include execution of signal objectives, and design and execution of signal training and exercises.

## *Languages*

English (U.S. Native) and Russian (Student).

## *Education*

Eastland Career Center, Electronic Data Processing, 1989–91. Studied data processing, including COBOL, RPG-II, BASIC, OCL, System/3$x$ operations, accounting, and business.