| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| 2 | BWilson@perkinscoie.com<br>Sunita Bali, Bar No. 274108 |
| 3 | SBali@perkinscoie.com<br>Elliot Joh, Bar No. 264927 |
| 4 | EJoh@perkinscoie.com<br>PERKINS COIE LLP |
| 5 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 6 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 7 | Erin K. Earl (*pro hac vice*) |
| 8 | EEarl@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 10 | Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000 |
| 11 | Justin Potesta, Bar No. 314133 |
| 12 | JPotesta@perkinscoie.com<br>PERKINS COIE LLP |
| 13 | 405 Colorado Street, Suite 1700<br>Austin, TX 78701 |
| 14 | Telephone: +1.737.256.6100<br>Facsimile: +737.256.6300 |
| 15 | Attorneys for Defendants |
| 16 | ALPHABET INC. and GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No. 5:19-cv-04286-BLF<br><br>**SUPPLEMENTAL DECLARATION OF JAMES FLYNN IN SUPPORT OF DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, James Flynn, declare as follows:

1. I am a Consent and Transparency Product Manager on the Core team at Google LLC ("Google"). Prior to that, I was a Product Manager for Speech where I worked on issues related to Assistant until early 2024. My job responsibilities included guiding and managing engineering and technical resources to deliver improved Google Speech products. I assumed many of the job responsibilities previously performed by Nino Tasca, Director, Product Management for Speech. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I have reviewed the document produced by Google at GOOG-ASST-00240063, which is an internal slide deck entitled "VAA Opt-in and Earplug v1," and which I understand was attached as Exhibit 12 to the Declaration of Erin Green Comite in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment. Page 4 of that document, GOOG-ASST-00240066, appears to depict part of certain screens referred to as the activity controls omniconsent, which was displayed to users between approximately 2018 and 2020, when those users were setting up certain mobile devices and smart speakers. If a user had not already enabled Web & App Activity (WAA), Device Information, and Voice & Audio Activity (VAA), then during device setup the activity controls omniconsent would display any non-enabled settings and allow users to enable all such settings at one time by clicking "Turn On." These settings have always been optional, including when presented to users through the omniconsent screens. If a user clicks "No Thanks," these settings will not be enabled, and the user may proceed with device setup.

3. The document produced at GOOG-ASST-00240066 does not show the full description of the settings displayed to users as part of the activity controls omniconsent. The language shown is only a first line summary of each setting. If the user clicked on the downward arrow next to each setting name, additional information would be displayed to the user regarding that setting. For example, if a user clicked on the arrow next to "Voice & Audio Activity," the text would expand and the complete VAA consent language—identical to the VAA consent

-1-

-2-

1  language displayed in other locations, including the account settings page—would be displayed to
2  the user.
3      4.    Although the activity controls omniconsent allowed users to enable three settings
4  at once, a user could always enable or disable each setting individually in their account settings.
5      I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.
7      Executed on April 16, 2025 in Cambridge, MA.

Signed by:

JAMES FLYNN