1   Bobbie J. Wilson, Bar No. 148317
    BWilson@perkinscoie.com
2   Sunita Bali, Bar No. 274108
    SBali@perkinscoie.com
3   Elliott Joh, Bar No. 264927
    EJoh@perkinscoie.com
4   PERKINS COIE LLP
    505 Howard Street, Suite 1000
5   San Francisco, California 94105
    Telephone: +1.415.344.7000
6   Facsimile:  +1.415.344.7050

7   Erin K. Earl (*pro hac vice*)
    EEarl@perkinscoie.com
8   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
9   Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
10  Facsimile: +1.206.359.9000

11  Justin Potesta, Bar No. 314133
    JPotesta@perkinscoie.com
12  PERKINS COIE LLP
    405 Colorado Street, Suite 1700
13  Austin, TX 78701
    Telephone: +1.737.256.6100
14  Facsimile: +1.737.256.6300

15  Attorneys for Defendants
    ALPHABET INC. and GOOGLE LLC
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                   SAN JOSE DIVISION

20

21  IN RE GOOGLE ASSISTANT PRIVACY          Case No. 5:19-cv-04286-BLF
    LITIGATION.
22                                           **SUPPLEMENTAL DECLARATION OF**
                                             **FRANÇOISE BEAUFAYS IN SUPPORT**
23                                           **OF DEFENDANTS ALPHABET INC. AND**
                                             **GOOGLE LLC'S REPLY IN SUPPORT**
24                                           **OF MOTION FOR SUMMARY**
                                             **JUDGMENT**
25

26

27

28

I, Françoise Beaufays, declare as follows:

1.      I am a Distinguished Research Scientist at Google DeepMind, and before October 2024, at Defendant Google LLC ("Google"). My job responsibilities include leading a team working on Speech Recognition and Audio technologies used in Google products. My areas of scientific expertise cover deep learning, sequence-to-sequence modeling, language modeling and other technologies related to natural language processing, as well as privacy-preserving modeling techniques. I am familiar with the operation and development of Google's on-device machine learning systems used for Google Assistant, and with the operation of Google Assistant.

2.      As explained in Paragraph 7 of the February 26, 2025 Declaration of Terry Tai, the number of audio recording files associated with a single user utterance, and the names of those files, will indicate whether the utterance was captured because of manual activation or hotword activation.

3.      In addition to Speech logs, Google produced audio recording files associated with Plaintiff Kumandan's Google Account. The audio recording file produced as GOOG-ASST-03026523 (which I understand was Exhibit 15 to the Declaration of Erin Green Comite in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment) has the file name

4.      The redacted and pseudonymized random sample of Speech log data referenced in Paragraph 14 of the February 26, 2025 Declaration of Terry Tai (i.e., the "Produced Sample" that I understand was produced as GOOG-ASST-03047491) was identified by (1) randomly selecting a day from each quarter between May 18, 2016 and December 16, 2022; and (2) randomly selecting 10,000 hotword-initiated queries, if available, that were made on Google Assistant Enabled Devices manufactured by Google for each such randomly-selected day.

5.    Google's practices relating to logging information in Speech logs varied by device and over time. For example. ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _April 17, 2025_ in Mountain View, CA.

Signed by:

*Françoise Beaufays*

252f5ca816c21aa9

FRANÇOISE BEAUFAYS