| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| | BWilson@perkinscoie.com |
| 2 | Sunita Bali, Bar No. 274108 |
| | SBali@perkinscoie.com |
| 3 | Elliott Joh, Bar No. 264927 |
| | EJoh@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 5 | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| 6 | Facsimile:  +1.415.344.7050 |
| 7 | Erin K. Earl (*pro hac vice*) |
| | EEarl@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 9 | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| 10 | Facsimile: +1.206.359.9000 |
| 11 | Justin Potesta, Bar No. 314133 |
| | JPotesta@perkinscoie.com |
| 12 | PERKINS COIE LLP |
| | 405 Colorado Street, Suite 1700 |
| 13 | Austin, TX 78701 |
| | Telephone: +1.737.256.6100 |
| 14 | Facsimile: +1.737.256.6300 |
| 15 | Attorneys for Defendants |
| | ALPHABET INC. and GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION. | Case No. 5:19-cv-04286-BLF |
| | **DECLARATION OF RENE BEFURT, PH.D.** |
| | **HIGHLY CONFIDENTIAL – AEO** |