UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE ASSISTAN ,

        Plaintiff(s),

   v.

        Defendant(s).

Case No. 5:19-cv-04286-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Edward Kirksey Wood, Jr.__ an active member in good standing of the bar of __Alabama, Florida and Washington D__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs Lourdes Galvan and Ell__ in the above-entitled action. My local co-counsel in this case is __Hal D. Cunningham__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __243048__.

| | |
|---|---|
| P. O. Box 382434, Birmingham, AL 35238 | 600 West Broadway, Suite 3300, San Diego, |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 205-612-0243 | 619-233-4565 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kirk@woodlawfirmllc.com | hcunningham@scott-scott.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __WOO046; 0831__

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __-0-__ times in the 12 months preceding this application.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 1, 2025_____                    /s/ Edward Kirksey Wood, Jr._____
                                                 APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Edward Kirksey Wood, Jr._ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___May 1, 2025_____

_____
UNITED STATES DISTRICT JUDGE

**Alabama State Bar**



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Edward Kirksey Wood, Jr.** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that **Edward Kirksey Wood, Jr.** was admitted to the Alabama State Bar on September 28, 1987.*

*I further certify that said **Edward Kirksey Wood, Jr.** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2025.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on April 29, 2025.*

Terri B. Lovell, Secretary





# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida     )

County of Leon     )          In Re:  0831816
                                              Edward Kirksey Wood Jr.
                                              Wood Law Firm, LLC
                                              PO Box 382434
                                              Birmingham, AL 35238-2434

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 29, 1989**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  1st  day of **May, 2025**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-342801