1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
3  Elliott Joh, Bar No. 264927
4  EJoh@perkinscoie.com
   PERKINS COIE LLP
5  505 Howard Street, Suite 1000
   San Francisco, California 94105
6  Telephone: +1.415.344.7000
7  Facsimile:  +1.415.344.7050

8  Erin K. Earl (*pro hac vice*)
   EEarl@perkinscoie.com
9  PERKINS COIE LLP
10 1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
11 Telephone: +1.206.359.8000
   Facsimile: +1.206.359.9000

12
13 Justin Potesta, Bar No. 314133
   JPotesta@perkinscoie.com
14 PERKINS COIE LLP
   405 Colorado Street, Suite 1700
15 Austin, TX 78701
   Telephone: +1.737.256.6100
16 Facsimile: +1.737.256.6300

17 Attorneys for Defendants
   ALPHABET INC. and GOOGLE LLC
18
19 [Additional counsel on signature pages.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. Beth Labson Freeman |

Pursuant to Civil Local Rules 7-7(b) and 7-11, Plaintiffs Asif Kumandan, Melissa Spurr, and Melissa Spur, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Defendants" and along with Plaintiffs, "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. On February 28, 2025, Defendants filed a Motion for Summary Judgment. *See* Dkt. 496. Plaintiffs filed an Opposition to the Motion for Summary Judgment on April 2, 2025, and Defendants filed a Reply on April 18, 2025. *See* Dkts. 505, 514.

2. The hearing on Defendant's Motion for Summary Judgment is currently set for May 8, 2025, at 9:00 a.m. *See* Dkt. 496.

3. On February 24, 2025, the Court referred this case to Magistrate Judge Kandis A. Westmore for a settlement conference. *See* Dkt. 488.

4. On April 14, 2025, the Parties participated in a settlement conference before Judge Westmore and made significant progress towards an agreement on certain key terms of a settlement that would fully and finally resolve the claims asserted by Plaintiffs and the Purchaser Class. However, the Parties were unable to reach an agreement on certain issues that overlap with similar claims simultaneously being pursued by certain individuals in arbitration.

5. Accordingly, a further settlement conference has been scheduled before Judge Westmore with Labaton Keller Sucharow LLP ("Labaton"), counsel for certain individuals in arbitration. The soonest available date where Google, Labaton, and Judge Westmore are available is May 14, 2025—6 days after the currently scheduled summary judgment hearing.

6. Class Counsel also plan to participate in the May 14, 2025 settlement conference.

7. The Parties understand from the Court's comments at the February 13, 2025 hearing that there may be a narrow window of "maybe a week" within which the summary judgment hearing can be moved without impacting the September 2025 trial date. Feb. 13, 2025 Hr'g Tr. at 19:5.

8. Accordingly, in the interest of judicial efficiency and to maintain the status quo while the Parties attempt to resolve this Action, the Parties stipulate to and jointly request a short

1

1  continuance of the May 8, 2025 hearing on Defendants' Motion for Summary Judgment provided
2  that the Court's schedule can accommodate granting such a continuance without also continuing
3  the September 22, 2025 trial date. *See* June 22, 2023 Clerk's Notice Resetting Trial Dates. For the
4  avoidance of doubt, to the extent the Court can only continue the May 8, 2025 summary judgment
5  hearing if it also continues the trial, Plaintiffs do not wish to continue the hearing and request that
6  the hearing proceed on May 8 as scheduled.

7  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 5, 2025 | **PERKINS COIE LLP** |
| 2 | | By: /s/ *Sunita Bali* |
| 3 | | Bobbie J. Wilson, Bar No. 148317 |
| 4 | | BWilson@perkinscoie.com |
| | | Sunita Bali, Bar No. 274108 |
| 5 | | SBali@perkinscoie.com |
| | | Elliott Joh, Bar No. 264927 |
| 6 | | EJoh@perkinscoie.com |
| 7 | | PERKINS COIE LLP |
| | | 505 Howard Street, Suite 1000 |
| 8 | | San Francisco, California 94105 |
| | | Telephone: +1.415.344.7000 |
| 9 | | Facsimile:  +1.415.344.7050 |
| 10 | | Erin K. Earl (*pro hac vice*) |
| 11 | | EEarl@perkinscoie.com |
| | | PERKINS COIE LLP |
| 12 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, Washington 98101-3099 |
| 13 | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |
| 14 | | |
| 15 | | Justin Potesta, Bar No. 314133 |
| | | JPotesta@perkinscoie.com |
| 16 | | PERKINS COIE LLP |
| | | 405 Colorado Street, Suite 1700 |
| 17 | | Austin, TX 78701 |
| | | Telephone: +1.737.256.6100 |
| 18 | | Facsimile: +1.737.256.6300 |
| 19 | | |
| | | Attorneys for Defendants |
| 20 | | ALPHABET INC. and GOOGLE LLC |

3

CASE NO. 5:19-CV-04286-BLF
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON MSJ

| | | |
|---|---|---|
| 1 | DATED: May 5, 2025 | By: */s/ Margaret MacLean* |
| 2 | | Vincent Briganti (*pro hac vice*) |
| 3 | | Christian Levis (*pro hac vice*) |
| | | Margaret MacLean (*pro hac vice*) |
| 4 | | Andrea Farah (*pro hac vice*) |
| | | LOWEY DANNENBERG, P.C. |
| 5 | | 44 South Broadway, Suite 1100 |
| | | White Plains, NY 10601 |
| 6 | | Telephone: (914) 997-0500 |
| 7 | | Facsimile: (914) 997-0035 |
| | | vbriganti@lowey.com |
| 8 | | clevis@lowey.com |
| | | mmaclean@lowey.com |
| 9 | | afarah@lowey.com |
| 10 | | Erin Green Comite (*pro hac vice*) |
| 11 | | Anja Rusi (*pro hac vice*) |
| | | SCOTT+SCOTT LLP |
| 12 | | 156 South Main Street P.O. Box 192 |
| | | Colchester, CT 06415 |
| 13 | | Telephone: (860) 537-5537 |
| | | ecomite@scott-scott.com |
| 14 | | arusi@scott-scott.com |
| 15 | | Attorneys for Plaintiffs |

4

CASE NO. 5:19-CV-04286-BLF
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON MSJ

# ATTESTATION

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

<u>/s/ Sunita Bali</u><br>
Sunita Bali

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The Court, having reviewed the Parties' Stipulation to Continue Hearing on Motion for Summary Judgment, hereby GRANTS the jointly requested continuance. The hearing on Defendants' Motion for Summary Judgment, Dkt. 496, is hereby CONTINUED to _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE