UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF KUMANDAN, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC, et al.,<br><br>           Defendants. | Case No. 19-cv-04286-BLF (KAW)<br><br>**CLERK'S NOTICE SETTING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Further Settlement Conference is set for **May 14, 2025**, **at 1:00 P.M.** before Magistrate Judge Kandis A. Westmore via Zoom Videoconference only. The Zoom information will be sent in a separate email. Updated confidential settlement statements, due by **12:00pm on May 9, 2025,** should be emailed to KAWSettlement@cand.uscourts.gov.

The parties are directed to review and comply with the Court's settlement conference standing order available at www.cand.uscourts.gov/judges/westmore-kandis-a-kaw.

Dated: May 6, 2025

                                           Mark B. Busby
                                           Clerk, United States District Court

                                           Cindy C. Fan, Deputy Clerk to the
                                           Honorable KANDIS A. WESTMORE
                                           510-637-3525