# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**ORDER RESETTING HEARING ON GOOGLE'S MOTION FOR SUMMARY JUDGMENT FROM MAY 15, 2025 AT 9:00 A.M. TO MAY 29, 2025 AT 9:00 A.M.** |

The hearing on Defendants' Motion for Summary Judgment, Dkt. No. 496, is hereby RESET from May 15, 2025 at 9:00 a.m. to May 29, 2025 at 9:00 a.m., to be conducted in person in Courtroom 1 at the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, California, 95113.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
BETH LABSON FREEMAN
United States District Judge