UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### SETTLEMENT CONFERENCE MINUTES

| | | |
|---|---|---|
| **Date:** May 14, 2025 | **Time:** 1:06 PM - 5:22 PM | **Judge:** Kandis A. Westmore |
| **Case No.:** 19-cv-04286-BLF | **Case Name:** In re Google Assistant Privacy Litigation v. | |

| Interested Parties/ Arbitration Claimants: | Defendants: Alphabet Inc. and Google LLC | Plaintiff Class |
|---|---|---|
| Jonathan Waisnor with Labaton Keller Sucharow LLP | Makesha Patterson, Google's Representative | Margaret MacLean with Lowey Dannenberg, P.C. |
| Brandon Heitmann with Labaton Keller Sucharow LLP | Sunita Bali with Perkins Coie LLP | Erin Green Comite with Scott & Scott, LLP |
| Stephen Kenny with Labaton Keller Sucharow LLP | Ms. Bobbie Wilson with Perkins Coie LLP | Mark Todzo with Lexington Law Group |
| Mark Reich with Levi & Korsinsky LLC | Erin Earl with Perkins Coie LLP | Andrea Farah with Lowey Dannenberg, P.C. |
| Faiz Sait with Levi & Korsinsky LLC | Elliott Joh with Perkins Coie LLP | |
| | Justin Potesta with Perkins Coie LLP | |
| | Anna Thompson-Lanners with Perkins Coie LLP | |

**Deputy Clerk:** Cindy C. Fan     **Court Reporter:** NA

### PROCEEDINGS

Settlement Conference Held via Zoom Meeting. Negotiations will continue via email exchanges.