Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

[Additional counsel on signature pages.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND STAY CASE DEADLINES**<br><br>Judge:      Hon. Beth Labson Freeman |

1    Pursuant to Civil Local Rules 7-7(b) and 7-11, Plaintiffs Asif Kumandan, Melissa Spurr,

2    and Melissa Spur, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs")

3    and Defendants Google LLC and Alphabet Inc. ("Defendants" and along with Plaintiffs,

4    "Parties"), by and through their attorneys of record, hereby stipulate as follows:

5    1.    On February 28, 2025, Defendants filed a Motion for Summary Judgment. *See*

6    Dkt. 496. Plaintiffs filed an Opposition to the Motion for Summary Judgment on April 2, 2025,

7    and Defendants filed a Reply on April 18, 2025. *See* Dkts. 505, 514.

8    2.    The hearing on Defendant's Motion for Summary Judgment is currently set for

9    May 29, 2025. *See* Dkt. 520.

10    3.    On February 24, 2025, the Court referred this case to Magistrate Judge Kandis A.

11    Westmore for a settlement conference. *See* Dkt. 488.

12    4.    On April 14 and May 14, 2025, the Parties participated in settlement conferences

13    before Judge Westmore.

14    5.    The Parties have made substantial progress regarding a potential settlement that

15    would fully and finally resolve the claims asserted by Plaintiffs and the Purchaser Class, but

16    require additional time to finalize the terms of an agreement.

17    6.    The Parties therefore stipulate to and jointly request that the Court continue the

18    hearing on Defendants' Motion for Summary Judgment and stay all case deadlines for 60 days,

19    through July 28, 2025, to allow time for the Parties to finalize a settlement.

20    7.    The Parties jointly propose, subject to the Court's approval, that the Court set a

21    deadline of July 28, 2025, for the Parties to file either (a) a notice of settlement and proposed

22    schedule for preliminary settlement approval; or (b) a joint status report updating the Court on the

23    status of settlement discussions.

24    **IT IS SO STIPULATED.**

25

26

27

28

DATED: May 29, 2025

**PERKINS COIE LLP**

By:    /s/ Sunita Bali

Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

1

DATED: May 29, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    /s/ Margaret MacLean
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
SCOTT+SCOTT LLP
156 South Main Street P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Attorneys for Plaintiffs

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document was obtained from the other signatories.

_/s/ Sunita Bali_
Sunita Bali

1

2

**[PROPOSED] ORDER**

   The Court, having reviewed the Parties' Stipulation to Continue Hearing on Motion for Summary Judgment and Stay Case Deadlines, hereby GRANTS the Stipulation. The hearing on Defendants' Motion for Summary Judgment, Dkt. 496, is hereby CONTINUED to _____. All other case deadlines are hereby STAYED for 60 days through July 28, 2025. The Parties are hereby ORDERED to file either a notice of settlement with a proposed schedule for preliminary settlement approval or a joint status report updating the Court on the status of settlement discussions by July 28, 2025.

3

4

5

6

7

8

9

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11

12

Dated: _____, 2025

13
                                        _____
                                        HON. BETH LABSON FREEMAN
                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28