Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

[Additional counsel on signature pages.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND STAY CASE DEADLINES**<br><br>Judge:     Hon. Beth Labson Freeman |

1   Pursuant to Civil Local Rules 7-7(b) and 7-11, Plaintiffs Asif Kumandan, Melissa Spurr,
2   and Melissa Spur, as guardian of B.S., a minor, Lourdes Galvan, Eleeanna Galvan ("Plaintiffs")
3   and Defendants Google LLC and Alphabet Inc. ("Defendants" and along with Plaintiffs,
4   "Parties"), by and through their attorneys of record, hereby stipulate as follows:

5   1.  On February 28, 2025, Defendants filed a Motion for Summary Judgment. *See*
6   Dkt. 496. Plaintiffs filed an Opposition to the Motion for Summary Judgment on April 2, 2025,
7   and Defendants filed a Reply on April 18, 2025. *See* Dkts. 505, 514.

8   2.  The hearing on Defendant's Motion for Summary Judgment is currently set for
9   May 29, 2025. *See* Dkt. 520.

10  3.  On February 24, 2025, the Court referred this case to Magistrate Judge Kandis A.
11  Westmore for a settlement conference. *See* Dkt. 488.

12  4.  On April 14 and May 14, 2025, the Parties participated in settlement conferences
13  before Judge Westmore.

14  5.  The Parties have made substantial progress regarding a potential settlement that
15  would fully and finally resolve the claims asserted by Plaintiffs and the Purchaser Class, but
16  require additional time to finalize the terms of an agreement.

17  6.  The Parties therefore stipulate to and jointly request that the Court continue the
18  hearing on Defendants' Motion for Summary Judgment and stay all case deadlines for 60 days,
19  through July 28, 2025, to allow time for the Parties to finalize a settlement.

20  7.  The Parties jointly propose, subject to the Court's approval, that the Court set a
21  deadline of July 28, 2025, for the Parties to file either (a) a notice of settlement and proposed
22  schedule for preliminary settlement approval; or (b) a joint status report updating the Court on the
23  status of settlement discussions.

24  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 29, 2025 | **PERKINS COIE LLP** |
| 2 | | By: /s/ *Sunita Bali* |
| 3 | | Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com |
| 4 | | Sunita Bali, Bar No. 274108
SBali@perkinscoie.com |
| 5 | | Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com |
| 6 | | PERKINS COIE LLP
505 Howard Street, Suite 1000 |
| 7 | | San Francisco, California 94105
Telephone: +1.415.344.7000 |
| 8 | | Facsimile: +1.415.344.7050 |
| 9 | | Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com |
| 10 | | PERKINS COIE LLP
1201 Third Avenue, Suite 4900 |
| 11 | | Seattle, Washington 98101-3099
Telephone: +1.206.359.8000 |
| 12 | | Facsimile: +1.206.359.9000 |
| 13 | | Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com |
| 14 | | PERKINS COIE LLP
405 Colorado Street, Suite 1700 |
| 15 | | Austin, TX 78701
Telephone: +1.737.256.6100 |
| 16 | | Facsimile: +1.737.256.6300 |
| 17 | | Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED: May 29, 2025 | By:    */s/ Margaret MacLean*<br>Vincent Briganti (*pro hac vice*)<br>Christian Levis (*pro hac vice*)<br>Margaret MacLean (*pro hac vice*)<br>Andrea Farah (*pro hac vice*)<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>vbriganti@lowey.com<br>clevis@lowey.com<br>mmaclean@lowey.com<br>afarah@lowey.com<br><br>Erin Green Comite (*pro hac vice*)<br>Anja Rusi (*pro hac vice*)<br>SCOTT+SCOTT LLP<br>156 South Main Street P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>ecomite@scott-scott.com<br>arusi@scott-scott.com<br><br>Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Stipulation to Continue Hearing on Motion for Summary Judgment and Stay Case Deadlines, hereby GRANTS the Stipulation. The hearing on Defendants' Motion for Summary Judgment, Dkt. 496, is hereby CONTINUED to August 14, 2025. All other case deadlines are hereby STAYED for 60 days through July 28, 2025. The Parties are hereby ORDERED to file either a notice of settlement with a proposed schedule for preliminary settlement approval or a joint status report updating the Court on the status of settlement discussions by July 28, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 30, 2025

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE