Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY ALESANDRA GRECO |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT Alesandra Greco is no longer counsel in this matter and
4  is hereby withdrawn as counsel for plaintiffs in the above-captioned action. Lowey Dannenberg P.C.,
5  through the undersigned counsel of record, continues to serve as counsel for plaintiffs.

Dated: June 4, 2025

*/s/ Andrea Farah*
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing Notice of Withdrawal of Attorney Alesandra Greco using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/Andrea Farah
Andrea Farah