|   |   |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
|   | BWilson@perkinscoie.com |
| 2 | Sunita Bali, Bar No. 274108 |
|   | SBali@perkinscoie.com |
| 3 | Elliott Joh, Bar No. 264927 |
|   | EJoh@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 5 | San Francisco, California 94105 |
|   | Telephone: +1.415.344.7000 |
| 6 | Facsimile:  +1.415.344.7050 |
|   |   |
| 7 | Erin K. Earl (pro hac vice) |
|   | EEarl@perkinscoie.com |
| 8 | PERKINS COIE LLP |
|   | 1301 Second Avenue, Suite 4200 |
| 9 | Seattle, Washington 98101-3804 |
|   | Telephone: +1.206.359.8000 |
| 10 | Facsimile: +1.206.359.9000 |
|   |   |
| 11 | Justin Potesta, Bar No. 314133 |
|   | JPotesta@perkinscoie.com |
| 12 | PERKINS COIE LLP |
|   | 405 Colorado Street, Suite 1700 |
| 13 | Austin, TX 78701 |
|   | Telephone: +1.737.256.6100 |
| 14 | Facsimile: +1.737.256.6300 |
|   |   |
| 15 | Attorneys for Defendants |
|   | ALPHABET INC. and GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| | **NOTICE OF CHANGE OF ADDRESS** |
| | Judge: Hon. Beth Labson Freeman |

///

1  PLEASE TAKE NOTICE that the Seattle office address for Perkins Coie LLP and Erin K.
2  Earl has changed to the following:

**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's local telephone and facsimile numbers remain the same: (206) 359-8000 (telephone) and (206) 359-9000 (facsimile).

DATED: July 28, 2025

**PERKINS COIE LLP**

By: /s/ Erin Earl
  Bobbie J. Wilson, Bar No. 148317
  Sunita Bali, Bar No. 274108
  Elliott Joh, Bar No. 264927
  Erin Earl (*pro hac vice*)
  Justin Potesta, Bar No. 314133

Attorneys for Defendants
Alphabet Inc. and Google LLC

## CERTIFICATE OF SERVICE

I, June Starr, declare:

I am a citizen of the United States and employed by the firm of Perkins Coie LLP in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. On July 28, 2025, I caused to be served a true copy of the following documents

- **NOTICE OF CHANGE OF ADDRESS**

upon counsel as listed below via electronic mail:

vbriganti@lowey.com; agreco@lowey.com; afiorilla@lowey.com; afarah@lowey.com; arusi@scott-scott.com; amitra@scott-scott.com; clevis@lowey.com; ecomite@scott-scott.com; hcunningham@scott-scott.com; jjasnoch@scott-scott.com; jguglielmo@scott-scott.com; mmaclean@lowey.com; pcarey@lexlawgroup.com; rgupta@lowey.com; mtodzo@lexlawgroup.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2025.

                                                */s/ June Starr*
                                                June Starr