Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

Bobbie J. Wilson (SBN 148317)
BWilson@perkinscoie.com
Sunita Bali (SBN 274108)
SBali@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:19-cv-04286-BLF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Beth Labson Freeman |

|   |   |
|---|---|
| 1 | Pursuant to the Court's May 30, 2025 Order Granting Stipulation to Continue Hearing on Motion for Summary Judgment and to Stay Case Deadlines (ECF No. 524), the Parties report that they are continuing to negotiate the non-monetary terms of the settlement.  The Parties jointly request that the Court continue the August 14, 2025 hearing on Defendants' Motion for Summary Judgment to October 16, 2025, or the soonest date thereafter on which the Court is available, and extend the stay of all other case deadlines by an additional 60 days.  The Parties further propose that the Court set a deadline of September 26, 2025, for the Parties to file either (a) a notice of settlement and proposed schedule for preliminary settlement approval, or (b) a joint status report updating the Court on the status of settlement discussions. |

DATED: July 28, 2025

By:   */s/ Erin Green Comite*
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

DATED: July 28, 2025

By:   */s/ Sunita Bali*
Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
**PERKINS COIE LLP**

| | |
|---|---|
| 1 | 505 Howard Street, Suite 1000 |
| 2 | San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile: +1.415.344.7050 |
| 3 | |
| 4 | Erin K. Earl (*pro hac vice*)<br>EEarl@perkinscoie.com<br>**PERKINS COIE LLP** |
| 5 | 1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3099 |
| 6 | Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000 |
| 7 | |
| 8 | Justin Potesta, Bar No. 314133<br>JPotesta@perkinscoie.com<br>**PERKINS COIE LLP** |
| 9 | 405 Colorado Street, Suite 1700<br>Austin, TX 78701 |
| 10 | Telephone: +1.737.256.6100<br>Facsimile: +1.737.256.6300 |

*Attorneys for Defendants*
*ALPHABET INC. and GOOGLE LLC*

*The filer of this document attests that each of the other signatories has concurred to the filing of the document.*

## CERTIFICATE OF SERVICE

I, Erin Green Comite, certify that on July 28, 2025, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

*/s/ Erin Green Comite*
Erin Green Comite