**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**ORDER TERMINATING MOTION FOR SUMMARY JUDGMENT; AND DIRECTING NOTICE OF SETTLEMENT OR STATUS UPDATE ON OR BEFORE SEPTEMBER 26, 2025** |

The Court has received the Parties' Joint Status Report, Dkt. No. 529, which reports that the Parties continue to negotiate the terms of the settlement of this action. In light of the Parties' ongoing settlement discussions, the Court TERMINATES Defendants Alphabet Inc. and Google LLC's (collectively, "Google") Motion for Summary Judgment WITHOUT PREJUDICE to Google re-noticing the motion should the Parties determine that it is necessary to proceed with a hearing. The Court will reserve November 20, 2025 for a hearing on this motion. Should the Parties wish to proceed with a hearing on that date, Google need only file a notice of motion on or before October 20, 2025. It is not necessary to re-file the memorandum of points and authorities or other supporting materials.

In addition, pursuant to the Parties' request, the Court EXTENDS the stay of all other case deadlines by an additional sixty (60) days, and DIRECTS that Parties to file on or before September 26, 2025 either (a) a notice of settlement and proposed schedule for preliminary settlement approval, or (b) a joint status report updating the Court on the status of settlement discussions.

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
BETH LABSON FREEMAN
United States District Judge