# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No. 5:19-cv-04286-BLF

**ORDER VACATING TRIAL DATES**

Case deadlines in this matter are presently stayed, *see* Dkt. Nos. 524, 530, and the hearing date reserved for Defendants' motion for summary judgment falls after the date on which trial was scheduled to conclude, *see* Dkt. Nos. 396, 530. Accordingly, the Court hereby VACATES the currently scheduled trial and final pretrial conference dates. Should the Parties determine that proceeding to trial will be necessary, they may jointly request a Case Management Conference to set a new trial schedule.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
BETH LABSON FREEMAN
United States District Judge