| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| 2 | BWilson@perkinscoie.com<br>Sunita Bali, Bar No. 274108 |
| 3 | SBali@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| 6 | Erin K. Earl (*pro hac vice*) |
| 7 | EEarl@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 9 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |
| 10 | Attorneys for Defendants<br>Alphabet Inc. and Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**DECLARATION OF FRANÇOISE BEAUFAYS IN SUPPORT OF DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Françoise Beaufays, declare as follows:

1. I am a Senior Director of Research for Defendant Google LLC ("Google"). Under Civil L.R. 79-5(f)(3), I submit this declaration in support of Defendants' Renewed Administrative Motion to File Under Seal ("Administrative Motion") concerning certain narrowly tailored redactions to documents submitted in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment ("Opposition") and Google's Reply in Support of its Motion for Summary Judgment ("Reply") that are the subject of the Court's July 22, 2025, Order Regarding Administrative Motions to Seal Re: Dkt. Nos. 502, 506, 509, 512, 513 ("Order," Dkt. No. 527). The redacted portions of these documents are collectively referred to as "the Sealed Materials." Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As detailed in Paragraph 3 below, Google's proposed redactions of the Sealed Materials are narrowly tailored to discrete redactions of the documents.

3. Specifically, Google requests to seal the following:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to this Administrative Motion | Dkt. 509-41, Ex. 43 to Comite Decl. in Support of the Opposition ("Comite Decl.") (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. <br><br> Public disclosure of this information would cause harm to Google. |
| Ex. B to this Administrative Motion | Dkt. 509-42, Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. <br><br> Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. C to this Administrative Motion | Dkt. 509-43, Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant.<br><br>Public disclosure of this information would cause harm to Google. |
| Ex. D to this Administrative Motion | Dkt. 509-44, Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant.<br><br>Public disclosure of this information would cause harm to Google. |
| Ex. E to this Administrative Motion | Dkt. 509-45, Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant.<br><br>Public disclosure of this information would cause harm to Google. |
| Ex. F to this Administrative Motion | Dkt. 512-6, Ex. 3 to Bali Decl. in Support of the Reply<br><br>(Excerpts of July 21, 2022 Deposition of Hailey Crowell) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant.<br><br>Public disclosure of this information would cause harm to Google. |
| Ex. G to this Administrative Motion | Dkt. 512-7, Declaration of Jonathan Borck, PhD, in support of the Reply | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. Public disclosure of this information would cause harm to Google. |

1      4.    True and correct copies of the Sealed Materials, with Google's proposed redactions highlighted in yellow in compliance with Section V of this Court's Standing Order re: Civil Cases, are concurrently filed provisionally under seal as Exhibits A-G to this Administrative Motion. Redacted versions of the documents listed in Paragraph 3 above, with the Sealed Materials redacted, will also be filed concurrently in the public docket.

    5.    The Sealed Materials contain highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant, business opportunities and risks of Google Assistant, and details of Google's understanding of the profits or losses associated with Google Assistant. Google derives substantial competitive benefit from maintaining the confidentiality of this information. Google does not disclose this information to its competitors, customers, or the general public. Indeed, public disclosure of this information would result in significant competitive harm to Google by giving third parties, including other companies that make virtual assistants and other artificial intelligence applications, including generative artificial intelligence applications, direct insight into sensitive, confidential aspects of Google's development of the Google Assistant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2025, in Mountain View, CA.

DocuSigned by:

*Françoise Beaufays*

2E456B12FC7740D... Françoise Beaufays