Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   On August 5, 2025, Defendants filed a Renewed Administrative Motion to File Under Seal ("Administrative Motion") concerning certain narrowly tailored redactions to documents submitted in support of Plaintiffs' Opposition to Google's Motion for Summary Judgment ("Opposition") and Google's Reply in Support of its Motion for Summary Judgment ("Reply") that are the subject of the Court's July 22, 2025, Order Regarding Administrative Motions to Seal Re: Dkt. Nos. 502, 506, 509, 512, 513 ("Order," Dkt. No. 527).

After considering the papers and all other matters presented to this Court regarding the Administrative Motion, and for compelling reasons appearing, the Court orders that the documents listed below be filed under seal:

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. A to this Administrative Motion | Dkt. 509-41, Ex. 43 to Comite Decl. in Support of the Opposition ("Comite Decl.") (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. B to this Administrative Motion | Dkt. 509-42, Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. C to this Administrative Motion | Dkt. 509-43, Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

| Ex. No. | Document | Text to be Sealed | Basis for Redacting/Sealing Portion of Document |
|---|---|---|---|
| Ex. D to this Administrative Motion | Dkt. 509-44, Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. E to this Administrative Motion | Dkt. 509-45, Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. F to this Administrative Motion | Dkt. 512-6, Ex. 3 to Bali Decl. in Support of the Reply (Excerpts of July 21, 2022 Deposition of Hailey Crowel) | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding (1) business opportunities and risks of Google Assistant; and (2) details of Google's understanding of the profits or losses associated with Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |
| Ex. G to this Administrative Motion | Dkt. 512-7, Declaration of Jonathan Borck, PhD, in support of the Reply | Yellow-highlighted portions. | Highly confidential and competitively sensitive specific technical information regarding the operation of Google Assistant. *See* Beaufays Sealing Decl. ¶¶ 3-5. Public disclosure of this information would cause harm to Google. |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge