Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF-SVK<br><br>**NOTICE OF COMPLIANCE WITH ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RE: DKT. NOS. 502, 506, 509, 512, 513 (Dkt. 527)** |

1   Pursuant to the Court's July 22, 2025, Order Regarding Administrative Motions to Seal
2   Re: Dkt. Nos. 502, 506, 509, 512, 513 ("Order," Dkt. No. 527), Defendants give notice that they
3   are filing updated redacted versions of the documents that are subject to their Renewed
4   Administrative Motion to Seal, filed concurrently, with redactions reflecting the sealing requests
5   in the Administrative Motion or, in the case of Exhibits H and I, entirely in the public docket after
6   confirmation that Plaintiffs do not object to their public filing. These documents are:

| Ex. No. | Document |
| --- | --- |
| Ex. A to this Notice | Dkt. 509-41, Ex. 43 to Comite Decl. in Support of Opposition ("Comite Decl.") (excerpts of the deposition transcript of Francoise Beaufays, dated April 22, 2022) |
| Ex. B to this Notice | Dkt. 509-42, Ex. 44 to Comite Decl. (excerpts of the deposition transcript of Bryan Horling, dated June 13, 2022) |
| Ex. C to this Notice | Dkt. 509-43, Ex. 45 to Comite Decl. (excerpts of the deposition transcript of Caroline Kenny, dated April 14, 2022) |
| Ex. D to this Notice | Dkt. 509-44, Ex. 46 to Comite Decl. (excerpts of the deposition transcript of Nino Tasca, dated May 3, 2022) |
| Ex. E to this Notice | Dkt. 509-45, Ex. 48 to Comite Decl. (excerpts of the deposition transcript of Hailey Crowel, dated July 21, 2022) |
| Ex. F to this Notice | Dkt. 512-6, Ex. 3 to Bali Decl. (Excerpts of July 21, 2022 Deposition of Hailey Crowel) |
| Ex. G to this Notice | Dkt. 512-7, Declaration of Jonathan Borck, PhD, in support of the Reply |
| Ex. H to this Notice | Dkt. 513-3, Declaration of Rene Befurt, PhD, in support of the Reply |
| Ex. I to this Notice | Dkt. 506-50, Declaration of Rebbecca Reed-Arthurs, PhD, in Support of Opposition |

///

///

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 5, 2025 | **PERKINS COIE LLP** |
| 3 | | By: ___/s/ Sunita Bali___ |
| 4 | | Bobbie J. Wilson, Bar No. 148317 |
| | | Sunita Bali, Bar No. 274108 |
| 5 | | Elliott Joh, Bar No. 264927 |
| | | Erin Earl (*pro hac vice*) |
| 6 | | Justin Potesta, Bar No. 314133 |
| 7 | | Attorneys for Defendants |
| | | Alphabet Inc. and Google LLC |

(Lines 8–28 blank)