# EXHIBIT B

Redacted version of Ex. 43 to Comite Decl. (excerpts of Francoise Beaufays Tr., April 22, 2022)

Dkt. 509-41

Page 62

```
 1
 2
 3   IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN JOSE DIVISION
 5   ------------------------------x
 6   IN RE GOOGLE ASSISTANT            Master Docket No.
 7   PRIVACY LITIGATION                19-cv-04286-BLF
 8   ------------------------------x   Volume II
 9
10
11
12
13   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
14          REMOTE/ORAL/WEB VIDEOCONFERENCE
15        CONTINUED VIDEOTAPED DEPOSITION OF
16               FRANCOISE BEAUFAYS
17             Friday, April 22, 2022
18                 12:06 p.m. EDT
19
20
21
22   Reported by:
23   Jennifer Ocampo-Guzman, CRR, CLR
24
25
```

```
 1      Beaufays - Highly Confidential - AEO
 2   but you would speak it very fast, "probly,"
 3   the speech recognition engine would spell it
 4   out P-R-O-B-L-Y.  And by virtue of people
 5   speaking probably often in a fast manner, in
 6   a co-articulated manner, the word was often
 7   transcribed by the speech recognition system
 8   as probly, as opposed to probably.  And so
 9   that error was a common error that couldn't
10   be fixed by providing the speech recognition
11   training with examples of someone saying
12   probably, but having it spelled correctly
13   with the three syllables.
14              So errors like that that come from
15   the fact that people pronounce things in a
16   way that may be slightly different from the
17   spelling, may become predominant in a system,
18   if the system is not provided with data that
19   is hand-annotated, hand-transcribed that
20   teaches the system to not make that mistake
21   again.
22
```



```
                                              Page 177
 1       Beaufays - Highly Confidential - AEO
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11       Q.   Can you think of any other data?
12            MS. BALI:  Objection, asked and
13       answered.
14       A.   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21       Q.   Okay.  Is that a name of a
22   location?
23       A.   No.  I'm trying to say that it is
24   saved in a storage system that is designed
25   for that type of data.
```

Page 178

1    Beaufays - Highly Confidential - AEO
2      Q.    And what is that storage system
3    called?
4      A.    ███████████ █ █ █████ ███ ██ ███
      ██ ███
         ██ ███ ██ ████ ██ █████
         ███ █████ ██ ██ █████ ██ █████
         ██ ██ ██ ████
         ██ ██ ██ ████ ██ ████ ████
         ███ ██ ██ █████ ██
         ██ ███ ██ ██ ████ ██ █████ █
         ████████ ██ ██ ██████
         ██ █ ███ ██ ██ █████ ██ ████
         ██ ██ ██ █████ ██ █████ █
         █████ ██ ██ █ █████ ██ ██ ██ █
         █████████ ████ ██████ ██ ████████
         █████████
18           MS. BALI:  Objection, vague, and
19      calls for speculation.
20      ██ █████ █ ████ ████ ██ ██
    █████ ██ █████ ██ ██ ██ ████ ████
    █ █████ ████ ██ ████████ ████ ██
    █ ███. █████████ ██ ████ ████ ██ ██
    ██ ██ █████ █████ █ █ ██████ █████
    █ ██ █████ ████ ██████

Page 238

1       Beaufays - Highly Confidential - AEO
2    server hotword model, but the server hotword
3    model itself may be incorrect because it's
4    just a model, it's not the truth.
5         Q.   Okay.  So when that happens, the
6    result is --
7         A.   The false accept.
8         Q.   It's a false accept in a sense that
9    an audio is logged and recorded when both the
10   device and the server hotword were incorrect,
11   right?
12             MS. BALI:  Objection, lacks
13        foundation.
14        A.   So it is a false accept only to the
15   extent that this is an audio that doesn't
16   come from a user coin addressing the
17   Assistant.
18        Q.   Right, it's not intended for
19   Google, in other words, right?
20        A.   If it wasn't intended for Google
21   and both levels of hotword detection fail,
22   then that audio is a false accept.
23        Q.   So that audio is logged while it's
24   not intended for Google, right?
25        A.   Correct.

212-279-9424                    www.veritext.com                    212-490-3430

Beaufays - Highly Confidential - AEO



Page 267

1    Beaufays - Highly Confidential - AEO



Page 268

1     Beaufays - Highly Confidential - AEO
3          MS. BALI:  Objection, vague.

Page 279

1        Beaufays - Highly Confidential - AEO



Page 280

1      Beaufays - Highly Confidential - AEO



Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

1      Beaufays - Highly Confidential - AEO



Page 282

1   Beaufays - Highly Confidential - AEO
2   [REDACTED]
3   [REDACTED]
4   [REDACTED]
5   [REDACTED]
6   [REDACTED]
7   [REDACTED]
8   [REDACTED]
9   [REDACTED]
10  [REDACTED]
11  [REDACTED]
12  [REDACTED]
13  [REDACTED]
14      Q.   Can you give me an example?
15      A.   An example of a machine learning
16  model?
17      Q.   Yes.
18      A.   A speech recognition model would be
19  such an example.
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]

1    Beaufays - Highly Confidential - AEO

