# EXHIBIT B

# Redacted version of Ex. 44 to Comite Decl. (excerpts of Bryan Horling Tr., June 13, 2022)

# Dkt. 509-42

ATTORNEYS' EYES ONLY

Page 1

1     UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA
3     SAN JOSE DIVISION
4
5  _____
                                    )
6  IN RE GOOGLE ASSISTANT PRIVACY   ) Master Docket No.:
   LITIGATION                       ) 19-cv-04286-BLF
7  _____ )
8
9
10
11
12        ** ATTORNEYS' EYES ONLY **
13    VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14         DEPOSITION OF BRYAN HORLING
15
16         Monday, June 13, 2022
17   Remotely Testifying from Belmont, Massachusetts
18
19
20
21
22
23  Reported By:
24  Hanna Kim, CLR, CSR No. 13083
25

ATTORNEYS' EYES ONLY

Page 85

```
 1    ██████████████████████████████████████████
 2    ██████████████████████
 3         ████████████████████████████████
 4    ████████████████████████████████████████
 5    ████████████████████████
 6       █  ██████████████████████████████████████
 7    ██████████████
 8       █    ████████████
 9       █    ███
10  █  █  ██████████████████████████████████████
11    ██████████████████████████████████████████
12    ██████████████████████████
13       █    ██
14       █    ██████████████████████████████████
15    ██████████████████████████████████████
16    ████████████████████████████████████
17       █    ██████████████████████████████
```

18       Q.    Do you believe it's possible to quantify
19   false accepts in Google Assistant without the use of
20   human reviewers?
21       A.    I'm not sure.
22       Q.    Do you believe it is possible to quantify
23   the number of false accepts in Google Assistant
24   accurately without the use of human reviewers?
25       A.    I'm not sure.