# EXHIBIT C

# Redacted version of Ex. 45 to Comite Decl. (excerpts of Caroline Kenny Tr., Apr. 14, 2022)

# Dkt. 509-43

Page 1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN JOSE DIVISION
 5   ------------------------------x
 6   IN RE GOOGLE ASSISTANT    Master Docket No.
 7   PRIVACY LITIGATION        19-cv-04286-BLF
 8   ------------------------------x
 9
10
11
12   **HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**
13
14         REMOTE/ORAL/WEB VIDEOCONFERENCE
15     VIDEOTAPED DEPOSITION OF CAROLINE KENNY
16              Thursday, April 14, 2022
17                   9:04 a.m. EST
18
19
20
21   Reported by:
22   Erica Ruggieri, CSR, RPR, CLR
23
24
25
```

```
                                              Page 208
 1      KENNY - HIGHLY CONFIDENTIAL - AEO
 2  management.
 3        Q.   Okay.  ████████████ █
    ████ ██ ████ ██████ ██ ██████
    ██████ █████ ██ ████████
    █ ██ █████ ██ ██ ██████████
    █ ████ ██ ████ ██ ██ ██████
    █ ██ ████ ████████ █ █
    █ █████ ██ ███████ ██ ██
    █ ████ █ ██ ██████ ██ ████████
    █ ██████ █ ██ ██ ██ █████
    █ █████
    █ ██ █████ ██████ █ ████ █
    █ ████ █████ ████ █ █████████ █
    █ ██████ █████ ██ ████ ████
    █ ████ ██ ██ ██ ██ ███████ ████
    █ ██ █████
18        Q.   And besides those are you
19  aware of any others?
20        A.   No.
21        Q.   Okay.  I just want to show
22  you another document.  This document
23  is Goog-Assist 00250310.
24             (Kenny Exhibit 15, Quality
25        Validation Short Instruction -
```