# EXHIBIT D

Redacted version of Ex. 46 to Comite Decl. (excerpts of Nino Tasca Tr., May 3, 2022)

Dkt. 509-44

Page 1

1
2  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
   Master Docket No. 19-cv-04286-BLF
4
   - - - - - - - - - - - - - - - - - -x
5                                      :
                                       :
6  IN RE GOOGLE ASSISTANT PRIVACY      :
   LITIGATION                          :
7                                      :
                                       :
8  - - - - - - - - - - - - - - - - - -x
9
                              May 3, 2022
10                            12:02 p.m.
                              San Francisco, CA
11
12
13
14
15
16     ***CONFIDENTIAL - ATTORNEYS' EYES ONLY***
17
18
19
20          VIDEOTAPED VIRTUAL REMOTE DEPOSITION
21  UPON ORAL EXAMINATION OF NINO TASCA, held at the
22  above-mentioned time and place, before Randi
23  Friedman, a Registered Professional Reporter,
24  within and for the State of New York.
25

1        N. Tasca - Attorneys' Eyes Only
2    A    No.
3    Q    ████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████
     █   ██
     █   ████████████████████████
     ██████████████
     █   ███   ████████████████████
████████████████████████████████████
████████████████████████  ████████
████████████████████████  ██████
████████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████
████████████████████████████  ████
████████████████████████████████ █
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████
24   Q    Okay.  But it's at least, in part,
25  built on Speech; correct?

```
                                                      Page 38
 1            N. Tasca - Attorneys' Eyes Only
 2                 MS. WILSON:  Objection, vague.
 3                 THE WITNESS:  I can confirm that
 4        speech APIs are used as part of this
 5        technology deck, yes.
 6   BY MR. LEVIS:
 7        Q    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓  ▓   ▓
10        Q    A little bit further up in that same
11   section, do you see there's a mention of 27
12   different partners at Google?
13        A    Yes.
14        Q    What are those partners?
15        A    So the way I'm using "partner" here,
16   is a Google-facing product and implementation.
17   You'll see I listed a few sub-bullet points below
18   leading with each partner name; Google Assistant,
19   Google Cloud, YouTube, GSuite, Pixel, Android.
20   So I listed six.  I don't have exact recollection
21   of this number, but I think we can surmise there
22   are 21 other partners that similarly use Google
23   Speech.
24        Q    Okay.  That's helpful.  Let's see.
25   These -- each of these six partners are built on
```