# EXHIBIT E
# Redacted version of Ex. 48 to Comite Decl. (excerpts of Hailey Crowel Tr., July 21, 2022) Dkt. 509-45

ATTORNEYS EYES ONLY

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4
5                                  )
                                   )
6   IN RE GOOGLE ASSISTANT PRIVACY ) Master Docket No.
                                   ) 19-cv-04286-BLF
7   LITIGATION                     )
                                   )
8
9
10
11
12          *** ATTORNEYS' EYES ONLY ***
13      VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14            DEPOSITION OF HAILEY CROWEL
15
16
              Thursday, July 21, 2022
17
    Remotely Testifying from San Francisco, California
18
19
20
21
22
23
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25

Page 38

1    A.  I do.
2    Q.  And it says, "Assistant Handoff to
3  Search."
4        Do you see that?
5    A.  I do.
6    Q.  And then it says, "Annual Revenue Or Cost
7  Savings."
8        Do you see that?
9    A.  I do.
10   Q.  ███████████████████████████████
███████████████████████████████████████████
███████████████████
    █  ████████████
    █  ██████████████████████████████
██████████████████████████████
██████████████████████████████████████
████████████
    █  ██████████████  ████████████████
██████████████████████████████████████
████████████
██████████████████████████████████
██████████████████████████████████
24       So in the case of Assistant Handoff to
25  Search, if a user performs a query via the

1  Assistant and the query is responded to -- or is
2  complex, we will hand off that query to Search;
3  and if a consumer clicks on an ad within that
4  Search page, [redacted]





Page 92

ATTORNEYS EYES ONLY



Page 93

Page 107

1  ████████████████
2         MR. JASNOCH: Objection. Form.
3         THE WITNESS: ██████████████████
   ████████████████████████████
   ██████████████████████████████
   ████████  ████████████████████
   ██████████████
8  BY MS. EARL:
9      Q.  And so what does that tell you about the
10 profitability of Assistant during this time
11 period?
12        MR. JASNOCH: Objection to form.
13 ████████████  ██████████████
   ████████████████████████████████
   ██████████████████████████████████
   ████████████████████
   ██████████████████████
   ████████████████████████
   ██████████████████████
20 BY MS. EARL:
21     Q.  And during -- during your testimony
22 today, we've discussed various sources of revenue
23 to Google that could be tangentially related to
24 the Assistant; correct?
25     A.  Correct.