# EXHIBIT F

Redacted version of Ex. 3 to Bali Decl.
(excerpts of Hailey Crowel Tr., July 21, 2022)

Dkt. 512-6

ATTORNEYS EYES ONLY

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5                                    )

                                     )

6   IN RE GOOGLE ASSISTANT PRIVACY ) Master Docket No.

                                     ) 19-cv-04286-BLF

7   LITIGATION                       )

                                     )

8

9

10

11

12            *** ATTORNEYS' EYES ONLY ***

13         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14              DEPOSITION OF HAILEY CROWEL

15

16

              Thursday, July 21, 2022

17

    Remotely Testifying from San Francisco, California

18

19

20

21

22

23

24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR

25

ATTORNEYS EYES ONLY

                                                    Page 2

1               IN THE UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5

                                        )

6                                       )

    IN RE GOOGLE ASSISTANT PRIVACY ) Master Docket No.

7                                       ) 19-cv-04286-BLF

    LITIGATION                          )

8                                       )

9

10

11

12

13                  *** ATTORNEYS' EYES ONLY ***

14

15

16

17

18

19       Remote Video Deposition of HAILEY CROWEL,

20    commencing at 10:07 a.m., taken on behalf of

21    Plaintiffs, PDT, Thursday, July 21, 2022, before

22    Renee Harris, CSR No. 14168, New Jersey CRR

23    No. 30XI00241200, Registered Professional

24    Reporter.

25

ATTORNEYS EYES ONLY

Page 26

1      A.  Yes, I do.

2      Q.  And have you seen these interrogatory

3  responses before?

4      A.  Yes.

5      Q.  Okay.  If you would go to page -- page 5

6  of the document.  Let me know when you're there.

7      A.  Yes, I'm there.

8      Q.  There is a response No. 5, response to

9  Interrogatory No. 5, and then a supplemental

10  response to Interrogatory No. 5.

11          Do you see that?

12      A.  Yes, I do.

13      Q.  Why did Google make supplemental

14  responses?

15          MS. EARL:  Objection.  Calls for

16      privileged information.

17          If you can testify as to your

18      understanding without disclosing any

19      information that may have been conveyed to

20      you by counsel, you may answer the question.

21          THE WITNESS:  My understanding is it was

22      clarification.

23  BY MR. JASNOCH:

24      Q.  Okay.  Going to the bottom of the

25  original response, it states, "Based on the

ATTORNEYS EYES ONLY

Page 27

1    foregoing objections, Google will not respond to

2    this interrogatory."

3              Do you see that?  Page 5 --

4        A.   Yes.

5        Q.   -- page 5?

6        A.   Yes, I see that.  Thank you.

7        Q.   So there's a non-response originally, and

8    then a supplemental response; is that fair to say?

9        A.   Yes, that's my understanding from looking

10   at this document.

11       Q.   Going on to page 6.

12       A.   Okay.

13       Q.   It states -- it states on lines 8 to 9,

14   ███████████████████████████████████████████

     ████████████████████████████████████████████████

     ████  ████████████████████

17             Do you see that?

18       A.   I do see that.

19       Q.   And is that an accurate sentence?

20       A.   Yes.

21          ███  ██████████████████████████████████

     ███████████████████████████████████████████

     ███  █████████████

     ███    ███  █████████████

25       Q.   And same page, you see that there is an

ATTORNEYS EYES ONLY

Page 28

1  Interrogatory No. 10 related to third-party

2  vendors, a response, and then a supplemental

3  response on the next page.

4        Do you see that?

5     A.  Yes, I do.

6     Q.  And do you have personal knowledge of the

7  third-party vendors and subcontractors?

8     A.  Knowledge of them in what way?

9     Q.  Knowledge of them sufficient to identify

10  them in these interrogatory responses?

11     A.  I'm familiar with all of the names

12  associated here because my team is responsible for

13  approving purchase requisitions related to these

14  companies.

15     Q.  Okay.  ████████████████████████████

████ ███████████████████████████████████████

████ ██████████████████████

████       ███  ████

19     Q.  Going to -- did you author this response?

20     A.  No.

21     Q.  Excuse me.  Let me just -- let me just be

22  more precise.

23        Did you author the supplemental response

24  to Interrogatory No. 5?

25     A.  I provided input.

```
 1        Q.  You provided input.
 2             But did you -- did you author the
 3   response?
 4             MS. EARL:  Objection to the extent it
 5        calls for attorney-client privileged
 6        information or attorney-client work product.
 7        You may answer the question of specifically
 8        whether you authored the response.
 9             THE WITNESS:  I did not directly author
10        the response.
11    BY MR. JASNOCH:
12        Q.  And what input did you provide to the
13   response?
14             MS. EARL:  Objection.  Calls for
15        attorney-client privileged information.  I
16        instruct the witness not to answer.
17             THE WITNESS:  I won't answer.
18    BY MR. JASNOCH:
19        Q.  What investigation -- scratch that.
20             Going to page 8, I guess it's page --
21   page 8 of the document, the verification.
22             Do you see that?
23        A.  Yes.
24        Q.  And is that your DocuSign there?
25        A.  Yes.
```

ATTORNEYS EYES ONLY

Page 37



10      Q.   Okay.   Do you know if those analyses have

11   been produced in this litigation?

12      A.   No.

ATTORNEYS EYES ONLY

Page 38

1      A.  I do.

2      Q.  And it says, "Assistant Handoff to

3  Search."

4          Do you see that?

5      A.  I do.

6      Q.  And then it says, ███████████████████

7      ███████

8          Do you see that?

9      A.  I do.

10     Q.  ████████████████████████████

███████████████████████████████████████

███████████████████████

███   ████████████████

███   ████████████████████████

███████████████████████████████

███████████████████████████████

███   ██████████████

███   ████   ████████████████   ████████████████

███████████████████████████████

███   █████████████

███      ███████████████████████

███████████████████████████████

███████████████████████████████

24          So in the case of Assistant Handoff to

25  Search, if a user performs a query via the

ATTORNEYS EYES ONLY

Page 39

1    Assistant and the query is responded to -- or is

2    complex, we will hand off that query to Search;

3    and if a consumer clicks on an ad within that

4    Search page, ███████████████████████████████

██████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

ATTORNEYS EYES ONLY

Page  40



ATTORNEYS EYES ONLY

Page 68



ATTORNEYS EYES ONLY

Page 69



Page 70

8        MS. EARL:  Objection.  Lacks foundation.

9        THE WITNESS:  Insomuch as we work within

10       revenue finance to produce that figure, I

11       assume, but I do not know that there is some

12       way for them to query the data warehouse to

13       pull that.

14    BY MR. JASNOCH:

15       Q.  Going to the document ending in 39, or

16    the page ending in 39.

17       A.

22       Q.  What does this comment mean?

23       A.  I mean, it was really --

24        MS. EARL:  Objection -- sorry.

25       Objection.  Lacks foundation.  Calls for

ATTORNEYS EYES ONLY

**Page 98**

1    the Column D, the various ███ ███ ███ do you

2    know what those letters and numbers refer to?

3         █ ████████████████

█ ████████████████████

█ ████████████████████

█ ████████

█        ███████████████

█ ██████████████████

█ ██████████████████████

█ ████████████

█      █ ██████████████

█ ███████████

█      █ ████ ████████████████

█ ████████████████████

█ ██████████████████

█        ██████████████████

█ ████ ████████████████████

█ ██████

19        Q.  Okay.  Understood.

20             If you go to the very last tab of the

21    document, "Legacy Nest Data."

22        A.  Okay.

23        Q.  What is Nest Labs, Inc.?

24        A.  So at some point Google acquired Nest

25    Labs, which produces things like the Nest

ATTORNEYS EYES ONLY

Page 99

1   Thermostat.  For a while it was a separate entity

2   underneath the Alphabet umbrella.  It might have

3   even been called an "other bet," but at some point

4   we merged Nest Labs into the broader Google

5   devices and services product area.

6           MR. JASNOCH:  Okay.  I think we might be

7       done for the day.  If we can just take a

8       short five-minute break and come back on, I

9       think we can wrap up.

10          THE VIDEOGRAPHER:  Going off the record

11      at 1:29 p.m.

12          (Short break taken.)

13          THE VIDEOGRAPHER:  Going back on the

14      record at 1:38 p.m.

15          MR. JASNOCH:  Ms. Crowel, I have no

16      further questions but would reserve the

17      remainder of my time subject to any follow-up

18      questions if your counsel has anything to

19      ask.

20          MS. EARL:  Just -- just a few.

21                      EXAMINATION

22    BY MS. EARL:

23      Q.  Ms. Crowel, can you please open Exhibit 7

24   and let me know when you have it available.

25      A.  Okay.  Let me re-open the downloaded

ATTORNEYS EYES ONLY

**Page 100**

1    version.

2            Okay.  I have it open.

3        Q.  Thank you.  Can you turn to the tab named

4    "x-fn pnl 2020 - ACTUAL"?

5        A.  Yes.  I am there.

6        Q.  Okay.

ATTORNEYS EYES ONLY

**Page 101**



1           MR. JASNOCH:  Object to form.

22           MR. JASNOCH:  Objection to form.

ATTORNEYS EYES ONLY

**Page 102**



1 ▆▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆

▆ ▆▆▆▆

8  **BY MS. EARL:**

9      **Q.** ▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆▆

▆ ▆▆▆

▆ ▆ ▆▆

13        **MR. JASNOCH:  Object to form.  Leading.**

14    ▆▆▆ ▆▆ ▆▆▆

▆ ▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆

17  **BY MS. EARL:**

18      **Q.** ▆▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆

▆ ▆

▆ ▆ ▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆▆

▆ ▆▆▆▆▆

▆ ▆▆▆▆▆▆

▆ ▆▆▆▆▆▆▆▆▆

ATTORNEYS EYES ONLY

**Page 103**



20          MR. JASNOCH:  Objection to form.

21          THE WITNESS:  Yes, I think that's a

22     logical conclusion.

23   BY MS. EARL:

24     Q.  Okay.  Can we take a look at Exhibit 6,

25     please.

ATTORNEYS EYES ONLY

**Page 104**



1    A.  Okay.

2    Q.  Can you turn to the page ending 5668.

3    A.

ATTORNEYS EYES ONLY

**Page 105**



1

5          MR. JASNOCH:  Objection to form.

6          THE WITNESS:

24          Q.  Okay.  Can we turn to Exhibit 3, and then

25     can we turn to the page ending 09?

ATTORNEYS EYES ONLY

Page 106

1    A.  And this is the mid-year update; correct?

2    Q.  Correct.

3    A.  Okay.  Page 9, you said.

4    Q.  Not page 9, sorry.  The Bates number

5    ending 560.

6    A.  560.  Oh, you may have to redirect me.

7    So Exhibit 3, ███████████████████████

█    ███████████████████████  Is that the right file?

9    Q.  No, sorry.  Exhibit 0003, ████████████

██    ██████████████████████████

11    A.  Apologies.  Okay.  Yep.  Got it.  And

12    ending in?

13    Q.  Ending in 5609.

14    A.  Okay.  Apologies.  Yeah.

15    Q.  What is this slide?

16    A.  ████████████████████████████

██    ██████████████████████████████████

██    ████████████████████████████████

██    ██████████████████████████████████

██    ████████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████████████

██    █████████

██    ███  ██████████████████████████

██    ██████████████████████████████████

ATTORNEYS EYES ONLY

Page 107

1    ████████████████

2            MR. JASNOCH:  Objection.  Form.

3            THE WITNESS: ███████████████████

     ██    ██████████████████████████

     ██    ███████████████████████████

     ██    ████████████  ████████████████

     ██    █████████████████

8    BY MS. EARL:

9        Q.  And so what does that tell you about the

10   profitability of Assistant during this time

11   period?

12           MR. JASNOCH:  Objection to form.

13           THE WITNESS: ███████████████████

     ██    ███████████████████████████

     ██    ███████████████████████████████

     ██    ██████████████████

     ██    ██████████████████████

     ██    ███████████████████████████

     ██    ██████████████████

20   BY MS. EARL:

21       Q.  And during -- during your testimony

22   today, we've discussed various sources of revenue

23   to Google that could be tangentially related to

24   the Assistant; correct?

25       A.  Correct.

ATTORNEYS EYES ONLY



**Page 108**

1    Q.

4        MR. JASNOCH:   Objection to form.

5        THE WITNESS:

ATTORNEYS EYES ONLY

Page 109

███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

4          MR. JASNOCH:  Objection to form.

5      ████████████    ██████████████████████

██      ███████████████████

7    BY MS. EARL:

8      Q.  Thank you.

9          We've talked about three documents that

10   reflect -- we've talked -- we've seen this table,

11   or a similar version of it in Exhibit 7, Exhibit 6

12   and Exhibit 3; correct?

13      A.  Yes.

14          MR. JASNOCH:  Objection to form.

15   BY MS. EARL:

16      Q.  ██████████████████████████████

██   ███████████████████████████████████

██   █████████████

19          MR. JASNOCH:  Objection to form.

20      ████████████    ████    ██████████████

██      ██████████████████████████████

██      ████████████████████

23   BY MS. EARL:

24      Q.  ████████████████████████████████

██   ███████████████████████████████████████████

ATTORNEYS EYES ONLY

**Page 110**

1 ███████████

2　　　　　MR. JASNOCH:  Objection to form.

3　 BY MS. EARL:

4　　　 Q.  Sorry.  Strike that.  Let me -- let me

5　ask a better question.

6 ████████████████████████

█ ███████████████████████

█ ████████████████

9　　　　　MR. JASNOCH:  Objection to form.

10　　　　　THE WITNESS:  ██████████████

█ ██████████████████████████

█ ███████████████████████

█ ████████████████

█ ███████████████████

█ ██████████████████████

█ ██████████████████████

17　 BY MS. EARL:

18　　　 Q.  Okay.  ██████████████

█ █████████████████████████

█ █████████████████████

█ ███　████

█ ███ ███████████████████

█ █████████████████████████████

█ ████████████

25　　　　　MS. EARL:  Objection to form.

ATTORNEYS EYES ONLY

**Page 111**

1          THE WITNESS:  That is correct.

2     BY MS. EARL:

3          Q. ███████████      ████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████

    ███      ████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

          ███████████████████████████████████

███████████      ████████████████████████

███████████████████████████████████████

███   █████   █████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████

19          MR. JASNOCH:  Objection to form.

20          THE WITNESS:  ██████████████████████

    ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

      █████████████████████████████████

    ██████████████████████████████████████████

ATTORNEYS EYES ONLY

**Page 112**



1

2

3    BY MS. EARL:

4

5

6

7            MR. JASNOCH:   Objection to form.

8            THE WITNESS:   Correct.

9    BY MS. EARL:

10            Q.

11

12

13

14

15

16

17

18

19

20

21            MR. JASNOCH:   Objection to form.

22            THE WITNESS:

23

24

25

ATTORNEYS EYES ONLY

Page 113

1 ███████████████████████████████

██ ████████████████████████████

██ ███████████████████████████████

██ █████████

5 BY MS. EARL:

6     Q.   ████████████████████████

██ ██████████████████████████

██ ████████████████████████████████

██ ██████████████████████

10        MR. JASNOCH:  Objection.  Form.

11        THE WITNESS:  ██████████   ██████████

██    █████████████   █████████████████

██ █████████████████████████

██ ██████████████████████████

██ █████████

16        MS. EARL:  All right.  I think -- I think

17    we might be done.  Can we take a quick break

18    so I can review my notes?

19        MR. JASNOCH:  Sure.

20        THE VIDEOGRAPHER:  Going off the record

21    at 1:57 p.m.

22        (Short break taken.)

23        THE VIDEOGRAPHER:  Going back on the

24    record at 2:00 p.m.

25        MS. EARL:  Nothing further from me.

ATTORNEYS EYES ONLY

Page 114

1          Thank you, Ms. Crowel.

2               MR. JASNOCH:  Nothing further from me.

3          Thank you, Ms. Crowel.

4               THE WITNESS:  You're welcome.

5               MS. EARL:  We will designate the

6          transcript at AEO.

7               THE VIDEOGRAPHER:  Thanks.  Renee,

8          Counsel, is it okay to conclude?

9               Okay.  Thanks.  We are off the record at

10         2:01 p.m., and this concludes today's

11         testimony given by Hailey Crowel.  The total

12         number of media used was three and will be

13         retained by Veritext Legal Solutions.  Thank

14         you.

15              (TIME NOTED:  2:01 p.m.)

16

17

18

19

20

21

22

23

24

25