1  Vincent Briganti (*pro hac vice*)
   Christian Levis (*pro hac vice*)
2  Margaret MacLean (*pro hac vice*)
   Andrea Farah (*pro hac vice*)
3  **LOWEY DANNENBERG, P.C.**
   44 South Broadway, Suite 1100
4  White Plains, NY 10601
   Telephone: (914) 997-0500
5  Facsimile: (914) 997-0035
6  vbriganti@lowey.com
   clevis@lowey.com
7  mmaclean@lowey.com
   afarah@lowey.com
8
9  *Attorneys for Plaintiffs*

10 [Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
|---|---|
| This Document Relates to: <br> ALL ACTIONS | **JOINT STATUS REPORT** <br><br> Judge: Hon. Beth Labson Freeman |

1   Pursuant to the Court's July 28, 2025 Order Terminating Motion for Summary Judgment;
2   and Directing Notice of Settlement or Status Update on or before September 26, 2025 (ECF No.
3   530), Plaintiffs and Defendants Alphabet Inc. and Google LLC (collectively, "Google" and with
4   Plaintiffs, the "Parties") report that they will be executing a Binding Settlement Term Sheet and
5   Plaintiffs have commenced drafting a Stipulation and Settlement Agreement, which the Parties will
6   continue negotiating in the coming weeks.

7   The Parties jointly request that the Court vacate the October 20, 2025 deadline for Google
8   to re-notice its Motion for Summary Judgment and continue the November 20, 2025 hearing date
9   reserved for Google's Motion for Summary Judgment to January 22, 2026, or the soonest date
10  thereafter on which the Court is available.  The Parties propose that the Court set the deadline for
11  Google to re-notice its Motion for Summary Judgment thirty (30) days before the hearing date that
12  the Court sets.  The Parties also propose that the Court extend the stay of all other case deadlines
13  by an additional sixty (60) days. The Parties further propose that the Court set a deadline of
14  November 25, 2025, for the Parties to file either (a) a notice of settlement and proposed schedule
15  for preliminary settlement approval, or (b) a joint status report updating the Court on the status of
16  settlement discussions.

DATED:  September 26, 2025

By:___*/s/ Christian Levis*___
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

| | |
|---|---|
| | *Attorneys for Plaintiffs* |
| DATED: September 26, 2025 | **PERKINS COIE LLP** |
| | By: /s/ *Sunita Bali* |
| | Bobbie J. Wilson, Bar No. 148317<br>BWilson@perkinscoie.com<br>Sunita Bali, Bar No. 274108<br>SBali@perkinscoie.com<br>Elliott Joh, Bar No. 264927<br>EJoh@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br>Facsimile:  +1.415.344.7050 |
| | Erin K. Earl (*pro hac vice*)<br>EEarl@perkinscoie.com<br>PERKINS COIE LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000 |
| | Justin Potesta, Bar No. 314133<br>JPotesta@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street, Suite 1700<br>Austin, TX 78701<br>Telephone: +1.737.256.6100<br>Facsimile: +1.737.256.6300 |
| | Attorneys for Defendants<br>ALPHABET INC. and GOOGLE LLC |

*The filer of this document attests that each of the other signatories has concurred to the filing of the document.*