# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING NOTICE OF SETTLEMENT OR STATUS UPDATE ON OR BEFORE NOVEMBER 25, 2025** |

The Court has received the Parties' Joint Status Report, ECF No. 536, which reports that the Parties continue to negotiate the terms of the settlement of this action. In light of the Parties' ongoing settlement discussions and pursuant to the Parties' requests, the Court hereby (1) VACATES the October 20, 2025 deadline for Google to re-notice its Motion for Summary Judgment, (2) CONTINUES the November 20, 2025 hearing date reserved for Google's Motion for Summary Judgment to February 12, 2026, (3) SETS January 13, 2026 as the deadline for Google to re-notice its Motion for Summary Judgment, (4) EXTENDS the stay of all other case deadlines by an additional sixty days, until November 25, 2025, and (5) SETS a deadline of November 25, 2025 for the Parties to file either (a) a notice of settlement and proposed schedule for preliminary settlement approval, or (b) a joint status report updating the Court on the status of settlement discussions.

**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
BETH LABSON FREEMAN
United States District Judge