# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF <br><br> **ORDER REQUIRING INFORMATION FROM PLAINITFFS' COUNSEL AND LABATON KELLER SUCHAROW LLP** |

The Court is in receipt of the attached communication. The Court REQUIRES Plaintiffs' Counsel and Labaton Keller Sucharow LLP to each report to the Court what action, if any, the Court should take in response to this communication. Plaintiffs' Counsel and Labaton Keller Sucharow LLP SHALL each provide this advisement to the Court on or before **December 8, 2025.**

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
BETH LABSON FREEMAN
United States District Judge