Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Erin K. Earl (*pro hac vice*)
EEarl@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:19-cv-04286-BLF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Beth Labson Freeman |

1   Pursuant to the Court's September 26, 2025, Order Directing Notice of Settlement or Status Update on or Before November 25, 2025 (ECF No. 537), Plaintiffs and Defendants Alphabet Inc. and Google LLC (collectively, "Google" and with Plaintiffs, the "Parties") report that they executed a binding term sheet regarding this settlement on October 2, 2025. The Parties are in the process of negotiating a long-form settlement agreement, as well as issues related to the notice plan and forthcoming motion for preliminary approval.

To allow the Parties sufficient time to complete their negotiations and finalize the long-form settlement agreement, and in light of the intervening holidays in November and December, the Parties jointly request that the Court (1) vacate the January 13, 2026 deadline for Google to re-notice its Motion for Summary Judgment, (2) continue the February 12, 2026, hearing date reserved for Google's Motion for Summary Judgment to April 10, 2026, or the soonest date thereafter on which the Court is available, (3) extend the stay of all other case deadlines in this case by an additional 60 days, and (4) set a deadline of January 23, 2026, for the Plaintiffs to file a motion for preliminary approval of the class action settlement.

DATED:  November 25, 2025

By:   /s/Erin Green Comite
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

| | |
|---|---|
| | *Attorneys for Plaintiffs* |
| DATED: November 25, 2025 | **PERKINS COIE LLP** |
| | By: */s/Bobbie J. Wilson* |
| | Bobbie J. Wilson, Bar No. 148317 |
| | BWilson@perkinscoie.com |
| | Sunita Bali, Bar No. 274108 |
| | SBali@perkinscoie.com |
| | Elliott Joh, Bar No. 264927 |
| | EJoh@perkinscoie.com |
| | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| | Facsimile: +1.415.344.7050 |
| | |
| | Erin K. Earl (*pro hac vice*) |
| | EEarl@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1301 Second Avenue, Suite 4200 |
| | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| | Facsimile: +1.206.359.9000 |
| | |
| | Justin Potesta, Bar No. 314133 |
| | JPotesta@perkinscoie.com |
| | PERKINS COIE LLP |
| | 405 Colorado Street, Suite 1700 |
| | Austin, TX 78701 |
| | Telephone: +1.737.256.6100 |
| | Facsimile: +1.737.256.6300 |
| | |
| | Attorneys for Defendants |
| | ALPHABET INC. and GOOGLE LLC |

*The filer of this document attests that each of the other signatories has concurred to the filing of the document.*

## CERTIFICATE OF SERVICE

I, Erin Green Comite, certify that on November 25, 2025, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

/s/ *Erin Green Comite*
Erin Green Comite