# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT ON OR BEFORE JANUARY 23, 2026** |

The Court has received the Parties' Joint Status Report, ECF No. 539, which reports that the Parties have "executed a binding term sheet" and "are in the process of negotiating a long-form settlement agreement, as well as issues related to the notice plan and forthcoming motion for preliminary approval."

In light of the Parties' ongoing settlement discussions and pursuant to the Parties' requests, the Court hereby (1) VACATES the January 13, 2026 deadline for Google to re-notice its Motion for Summary Judgment, (2) CONTINUES the February 12, 2026 hearing date reserved for Google's Motion for Summary Judgment to April 9, 2026, (3) SETS March 5, 2026 as the deadline for Google to re-notice its Motion for Summary Judgment, (4) EXTENDS the stay of all other case deadlines by an additional 60 days, until January 25, 2026, and (5) SETS a deadline of January 23, 2026 for Plaintiffs to file a motion for preliminary approval of the class action settlement.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
BETH LABSON FREEMAN
United States District Judge