Jonathan D. Waisnor (SBN 345801)
jwaisnor@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Labaton Arbitration Claimants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-CV-04286-BLF-SVK<br><br>**LABATON KELLER SUCHAROW LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    Pursuant to the Standing Order Re Civil Cases before Judge Beth Labson Freeman and Civil Local Rule 7-5, 7-11, 79-5(c), Labaton Keller Sucharow LLP ("Labaton") respectfully submit this Administrative Motion to File Under Seal ("Motion to Seal") the Exhibit to the Court's Order Requesting Additional Information as well as portions of a letter ("Labaton's Letter"). Specifically, the Motion to Seal asks the Court to consider whether the Exhibit to the Court's Order Requesting Additional Information as well as portions of Labaton's Letter should be sealed because they refer to confidential and privileged settlement discussions and communications. This Statement is supported by the Declaration of Jonathan D. Waisnor ("Waisnor's Sealing Decl.") filed concurrently.

As the court is aware, Labaton represents tens of thousands of Google Assistant users ("Labaton Arbitration Claimants" or "Claimants") who have noticed or initiated private arbitration claims regarding their Google Assistant Enabled Devices. The Exhibit to the Court's Order Requesting Additional Information and Labaton's Letter contains highly confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. Public versions of the documents subject to the Order, with the sealed materials redacted, are being filed concurrently with this Administrative Motion.

Specifically, Claimants request to seal the following:

| ECF or Ex. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 538-1 | Exhibit to Court's Order Requesting Additional Information | Entire Document | Contains confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. *See* Waisnor Sealing Decl. at ¶ 4. Public disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims |

1

| | | | |
|---|---|---|---|
| | | | per the terms of those discussions and agreements. |
| 542 | Labaton's Letter | Highlighted Portions at pages 1-2 | Contains confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. *See* Waisnor Sealing Decl. at ¶ 4. Public disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims. |

## LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). However, courts will permit certain documents to be sealed. Typically, "a showing of good cause will suffice to justify sealing material attached to non-dispositive motions." *See Prosurance Grp., Inc. v. Liberty Mutual Grp., Inc.,* 2011 WL 704456, at *1 (N.D. Cal. Feb. 18, 2011).

## ARGUMENT

Good cause, identified in the table above and in the Waisnor Sealing Declaration, exists for sealing the Exhibit to the Court's Order Requesting Additional Information and Labaton's Letter. As the court is aware, Labaton represents tens of thousands of Google Assistant users ("Labaton Arbitration Claimants" or "Claimants") who have noticed or initiated private arbitration claims regarding their Google Assistant Enabled Devices. On November 24, 2025, after the Court received an inquiry from one of those Claimants, the Court issued an order requesting additional information from Labaton. The Court requested what action, if any, the Court should take in response and filed

the Exhibit to the Court's Order Requesting Additional Information. Labaton's Letter addresses the Court's requests. However, portions of the Exhibit to the Court's Order Requesting Additional Information and Labaton's Letter refer and relates to confidential and private settlement discussions regarding Labaton Arbitration Claimants' claims. Public disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims per the terms of those settlement discussions and agreements. *See Prosurance Group, Inc.,* 2011 WL 704456, at *1 (finding that "to the extent the documents discuss or disclose the terms of the [settlement] Agreement, good cause exists to permit filing under seal."); *Phillips ex rel. Estates of Byrd v. General Motors Corp.,* 307 F.3d 1206, 1212 (9th Cir. 2002) (noting that courts have granted protective orders to protect confidential settlement agreements). Labaton has conferred with Google and Class Counsel and note they do not oppose this Motion to Seal. *See* Waisnor Sealing Decl. at ¶ 5.

## **CONCLUSION**

For the reasons identified above, there are compelling reasons for the Exhibit to the Court's Order Requesting Additional Information and Labaton's Letter to be sealed. Claimants respectfully request that the Court grant the Motion to Seal.

Dated: December 8, 2025                                     Respectfully submitted,

                                                By:    */s/ Jonathan Waisnor*
                                                       Jonathan D. Waisnor
                                                       **LABATON KELLER SUCHAROW LLP**
                                                       140 Broadway, 34th Fl.
                                                       New York, NY 10005
                                                       Tel: (212) 907-0700
                                                       Fax: (212) 818-0477
                                                       jwaisnor@labaton.com