Jonathan D. Waisnor (SBN 345801)
jwaisnor@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Labaton Arbitration Claimants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-CV-04286-BLF-SVK<br><br>**DECLARATION OF JONATHAN D. WAISNOR IN SUPPORT OF LABATON KELLER SUCHAROW LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, JONATHAN D. WAISNOR, declares as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a partner with the firm Labaton Keller Sucharow LLP ("Labaton").  As the court is aware, Labaton represents tens of thousands of Google Assistant users ("Labaton Arbitration Claimants" or "Claimants") who have noticed or initiated private arbitration claims regarding their Google Assistant enabled Devices.

2. I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this Action, and if called upon to do so, could competently testify as follows.

3. Pursuant to the Standing Order Re Civil Cases before Judge Beth Labson Freeman and Civil Local Rule 7-5, 7-11, 79-5(c), I respectfully submit this Declaration in Support of Labaton's Administrative Motion Seal ("Motion to Seal"), which requests that the Exhibit to the Court's Order Requesting Additional Information as well as portions of a letter response ("Labaton's Letter") be sealed because they refer to confidential and privileged settlement discussions and communications.

4. Pursuant to Civil Local Rule 79-5(d) and 79-5(e), the following table identifies Exhibit A to the Court's Order Requesting Additional Information filed on November 24th and the portions of Labaton's Letter filed on December 8th, which Labaton respectfully submits should remain under seal on the basis that it refers and relates to confidential settlement discussions.

| ECF or Ex. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
| --- | --- | --- | --- |
| 538-1 | Exhibit to Court's Order Requesting Additional Information | Entire Document | Contains confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. Public disclosure of this information would cause harm to other Labaton Arbitration |

1
DECLARATION OF JONATHAN D. WAISNOR IN SUPPORT OF LABATON'S ADMINISTRATIVE MOTION TO SEAL
Case No. 19-CV-04286-BLF-SVK

| | | | |
|---|---|---|---|
| | | | Claimants' claims per the terms of those discussions and agreements. |
| 542 | Labaton's Letter | Highlighted Portions at pages 1-2 | Contains confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. Public disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims per the terms of those discussions and agreements. |

5. Labaton has conferred with Google and Class Counsel and note they do not oppose the Motion to Seal.

I declare that the foregoing is true under penalty of perjury under the laws of the state of New York and the laws of the United States.

Executed this 8th day of December, 2025 in Brooklyn, New York.

/s/ *Jonathan D. Waisnor*
Jonathan D. Waisnor