1  Jonathan D. Waisnor (SBN 345801)
   jwaisnor@labaton.com
2  **LABATON KELLER SUCHAROW LLP**
3  140 Broadway, 34th Floor
   New York, NY 10005
4  Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
5
6  *Counsel for Labaton Arbitration Claimants*

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                           SAN JOSE DIVISION

10 | IN RE GOOGLE ASSISTANT PRIVACY | Case No. 19-CV-04286-BLF-SVK |
11 | LITIGATION |  |
12 |  | **[PROPOSED] ORDER REGARDING LABATON KELLER SUCHAROW LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On December 8, 2025, Labaton Keller Sucharow LLP ("Labaton") filed an Administrative Motion to File Under Seal ("Motion to Seal") the Exhibit to the Court's Order Requesting Additional Information as well as portions of a letter response to the Court's Order Requesting Additional Information ("Labaton's Letter"). After considering the papers and all other matters presented to this Court regarding the Motion to Seal, and for compelling reasons appearing, the Court orders that the documents listed below be filed under seal:

| ECF or Ex. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 538-1 | Exhibit to Court's Order Requesting Additional Information | Entire Document | Contains confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims. *See* Waisnor Sealing Decl. at ¶ 4. Public disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims per the terms of those discussions and agreements. |
| 542 | Labaton's Letter | Highlighted Portions at pages 1-2 | Contains confidential and privileged information relating to confidential and private settlement discussions that relate to Labaton Arbitration Claimants' claims. *See* Waisnor Sealing Decl. at ¶ 4. Public |

1

[PROPOSED] ORDER REGARDING LABATON KELLER SUCHAROW LLP'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 19-CV-04286-BLF-SVK

| | | | disclosure of this information would cause harm to other Labaton Arbitration Claimants' claims. |
|---|---|---|---|

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge