**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER IN RESPONSE TO INFORMATION FROM PLAINITFFS' COUNSEL AND LABATON KELLER SUCHAROW LLP** |

On November 24, 2025, the Court ordered Class Counsel and Labaton Keller Sucharow LLP ("Labaton") to each report to the Court what action, if any, the Court should take in response to a letter received by the Court in connection with arbitration proceedings. ECF No. 538.

Class Counsel requested that the Court order Labaton "to modify its description of the arbitration proceedings in subsequent communications to arbitration claimants by clearly referring to the arbitration proceeding as 'Google Assistant Privacy Arbitration' to avoid further confusion." ECF No. 541. Class Counsel further explained that while it will ensure that any settlement-related notices in this action are clearly distinguished from the arbitration claimants' settlements, Class Counsel otherwise lacks sufficient information to evaluate whether additional remedial measures are warranted. *Id.*

For its part, Labaton requests that the Court take no remedial action. ECF No. 542. To begin, Labaton submits that the at-issue letter relates directly to Labaton's representation of the letter's author in connection with his private arbitration claims, so any issues described therein are not within the scope of this Court's jurisdiction. *Id.* at 1. Moreover, Labaton asserts that its communications with claimants "clearly refer[] to arbitration proceedings as arbitration proceedings and inform[] Claimants that they are not participating in class action proceedings."

*Id.* at 2. Still, Labaton represents that moving forward, it will edit the subject line of its communications to clearly indicate that the communication relates to the arbitration. *Id.* Labaton submits that there is no corrective action for the Court to take. *Id.* at 3.

The Court appreciates Class Counsel's concern about potential confusion among potential claimants and finds that this concern is adequately addressed by Labaton's proposed change in email subject line. Accordingly, the Court finds that it need not take further action.

**IT IS SO ORDERED.**

Dated: December 11, 2025

_____
BETH LABSON FREEMAN
United States District Judge

2