**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER REGARDING RECENT CORRESPONDENCE** |

The Court is in receipt of the attached communication and places it on the docket so that all Counsel may be advised. The document will be filed provisionally under seal. The Parties SHALL submit a joint request for any proposed redactions to the attachment before it is filed on the public docket, or a statement that no redactions are requested, by **December 22, 2025**. If the Parties request redactions, they shall submit two versions of the proposed redacted attachment with their joint request (both under seal), one with proposed redactions highlighted and one with proposed redactions applied.

**IT IS SO ORDERED.**

Dated: December 15, 2025

_____
BETH LABSON FREEMAN
United States District Judge