1  Jonathan D. Waisnor (SBN 345801)
   jwaisnor@labaton.com
2  **LABATON KELLER SUCHAROW LLP**
3  140 Broadway, 34th Floor
   New York, NY 10005
4  Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
5
   *Counsel for Labaton Arbitration Claimants*
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-CV-04286-BLF-SVK<br><br>**JOINT REQUEST FOR PROPOSED REDACTIONS** |
|---|---|

1 | Pursuant to the Court's December 15, 2025 Order Regarding Recent Correspondence (ECF No. 545, the "Order"), Labaton Keller Sucharow LLP ("Labaton") respectfully requests that the Exhibit (ECF No. 545-1) to the Court's Order be redacted in its entirety before it is filed on the public docket. These redactions are necessary because the Exhibit refers to confidential and privileged settlement discussions and communications, which the Court has already determined there is good cause to seal. (ECF No. 546, the "Sealing Order"). Counsel for Google and for Plaintiffs have confirmed that they do not object to this request.

As the court is aware, Labaton represents tens of thousands of Google Assistant users ("Labaton Arbitration Claimants" or "Claimants") who have noticed or initiated private arbitration claims regarding their Google Assistant Enabled Devices. The Exhibit to the Court's Order contains highly confidential and privileged information relating to confidential settlement discussions that relate to Labaton Arbitration Claimants' claims, including partially repeating *verbatim* the contents of another document previously sealed in its entirety by the Court. Those portions of the Exhibit which are not included *verbatim* in the previously sealed document deal with the same subjects, including confidential and privileged information relating to settlement negotiations. Public disclosure of the Exhibit would cause harm to other Labaton Arbitration Claimants' claims per the terms of those discussions and agreements. Accordingly, Labaton requests that ECF No. 545-1 be sealed or redacted in its entirety before being filed on the public docket.

### **LEGAL STANDARD**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). However, courts will permit certain documents to be sealed. Typically, "a showing of good cause will suffice to justify sealing material attached to non-dispositive motions." *See Prosurance Grp., Inc. v. Liberty Mutual Grp., Inc.*, 2011 WL 704456, at *1 (N.D. Cal. Feb. 18, 2011).

**ARGUMENT**

Good cause exists to seal the Exhibit in its entirety. As set forth above and in Labaton's prior Administrative Motion to File Under seal, and as confirmed by this Court's Sealing Order, Public disclosure of the Exhibit would cause harm to other Labaton Arbitration Claimants' claims per the terms of those settlement discussions and agreements. *See Prosurance Group, Inc.,* 2011 WL 704456, at *1 (finding that "to the extent the documents discuss or disclose the terms of the [settlement] Agreement, good cause exists to permit filing under seal."); *Phillips ex rel. Estates of Byrd v. General Motors Corp.,* 307 F.3d 1206, 1212 (9th Cir. 2002) (noting that courts have granted protective orders to protect confidential settlement agreements). Labaton has conferred with Google and Class Counsel and note they do not oppose this request.

For the reasons identified above, Claimants respectfully request that the Exhibit be sealed or redacted in its entirety.

Dated: December 22, 2025                              Respectfully submitted,

                                        By:    */s/ Jonathan Waisnor*
                                               Jonathan D. Waisnor
                                               **LABATON KELLER SUCHAROW LLP**
                                               140 Broadway, 34th Fl.
                                               New York, NY 10005
                                               Tel: (212) 907-0700
                                               Fax: (212) 818-0477
                                               jwaisnor@labaton.com