# EXHIBIT 2

*In re Google Assistant Privacy Litigation*, 5:19-cv-04286-BLF (N.D. Cal.)

**CHART OF SELECTED COMPARABLE CASE OUTCOMES**

| **Case Name** | *Facebook, Inc. Internet Tracking Litig.*, No. 5:12-md-2314 (N.D. Cal.) | *TikTok, Inc. Consumer Privacy Litig.*, No. 1:20-cv-04699 (N.D. Ill.) | *In re Zoom Video Commc'ns, Inc. Privacy Litig.*, 3:20-cv-02155 (N.D. Cal.) | *In re Apple Inc. Device Performance Litig.*, No. 5:18-md-2827 (N.D. Cal.) | *In re MacBook Keyboard Litig.*, No. 5:18-CV-02813 (N.D. Cal.) | *Fraley v. Facebook, Inc.*, No. 3:11-cv-1726 (N.D. Cal.) | *Lopez v. Apple, Inc.*, No. 4:19-cv-04577, (N.D. Cal.) | *Katz-Lacabe v. Oracle America, Inc.*, No. 3:22-CV-04792 (N.D. Cal.) |
|---|---|---|---|---|---|---|---|---|
| **Claims Released** | SCA; Breach of contract; Implied covenant of good faith and fair dealing (claims remaining post-appeal) | Illinois BIPA; Computer Fraud and Abuse Act; CDAFA; CA Constitutional right to privacy; UCL; CA FAL; Video Privacy Protection Act; Intrusion upon seclusion; Unjust enrichment / Restitution | Invasion of privacy; Breach of implied contract; Breach of the implied covenant of good faith and fair dealing; Unjust enrichment; UCL, CLRA. | UCL; CLRA | CLRA; State consumer protection laws | UCL; Cal. Civ. Code § 3344 | Wiretap Act; CIPA § 632; Intrusion upon seclusion; CA Constitutional right to privacy; Breach of contract | CA Constitutional right to privacy; Intrusion upon seclusion; CIPA; FL Security of Commc'ns Act; Unjust enrichment |
| **Settlement Fund** | $90 M | $92 M | $85 M | $310-500 M | $50 M | $20 M | $95 M | $115 M |

1

| **Case Name** | *Facebook, Inc. Internet Tracking Litig.*, No. 5:12-md-2314 (N.D. Cal.) | *TikTok, Inc. Consumer Privacy Litig.*, No. 1:20-cv-04699 (N.D. Ill.) | *In re Zoom Video Commc'ns, Inc. Privacy Litig.*, 3:20-cv-02155 (N.D. Cal.) | *In re Apple Inc. Device Performance Litig.*, No. 5:18-md-2827 (N.D. Cal.) | *In re MacBook Keyboard Litig.*, No. 5:18-CV-02813 (N.D. Cal.) | *Fraley v. Facebook, Inc.*, No. 3:11-cv-1726 (N.D. Cal.) | *Lopez v. Apple, Inc.*, No. 4:19-cv-04577, (N.D. Cal.) | *Katz-Lacabe v. Oracle America, Inc.*, No. 3:22-CV-04792 (N.D. Cal.) |
|---|---|---|---|---|---|---|---|---|
| **Injunctive Relief** | Sequester and delete data | Delete certain data; improved disclosures relating to data deletion | Better business practices to safeguard consumer data | N/A | N/A | Provide adequate disclosures and tools to opt out minors | Permanently delete individual Siri audio recordings prior to Oct. 2019; publish clearer disclosures relating to opt-into "Improve Siri" | Cease collecting data and implement audit program to review customers' compliance w/ contractual consumer privacy obligations |
| **Class Size** | 124 M | 89 M | 150 M | 106 M | 15 M | 150 M | 85.2 M | 220 M |
| **Notice Method** | Email, digital advertisement, social media, paid search | Email, media campaign, settlement website, social media, paid search, direct message in-app | Email, mail, media campaign, settlement website, toll-free number | Email, mail, settlement website | Email, mail, settlement website, toll-free telephone number | Email, newspaper notice, press release, settlement website | Email, settlement website, toll-free telephone number | Email, media campaign, press release, settlement website, toll-free number |
| **Number and Percentage of Claim Forms Submitted** | 1.26% | Nationwide class: 1.4% IL subclass: 13% | 1% | 2.37% | Group 1: 100% (no claim form required) Group 2 & 3: 11% | 0.41% | 2.57% | 1.47% |
| **Average Recovery Per Class Member** | $39.21 | Est. $27.19 for nationwide class; $163.13 for IL subclass | 15% of amount paid to Zoom and $15 for non subscribers | $25 | Group 1: $300-395 Group 2: $125 Group 3: $50 | $15 | $8.02 per device up to 5 devices | Est. $25 |

2

| Case Name | *Facebook, Inc. Internet Tracking Litig.*, No. 5:12-md-2314 (N.D. Cal.) | *TikTok, Inc. Consumer Privacy Litig.*, No. 1:20-cv-04699 (N.D. Ill.) | *In re Zoom Video Commc'ns, Inc. Privacy Litig.*, 3:20-cv-02155 (N.D. Cal.) | *In re Apple Inc. Device Performance Litig.*, No. 5:18-md-2827 (N.D. Cal.) | *In re MacBook Keyboard Litig.*, No. 5:18-CV-02813 (N.D. Cal.) | *Fraley v. Facebook, Inc.*, No. 3:11-cv-1726 (N.D. Cal.) | *Lopez v. Apple, Inc.*, No. 4:19-cv-04577, (N.D. Cal.) | *Katz-Lacabe v. Oracle America, Inc.*, No. 3:22-CV-04792 (N.D. Cal.) |
|---|---|---|---|---|---|---|---|---|
| **Administrative Costs** | $2.35 M | $3.3 M | $2,833,000 | Up to $12.75 M | Up to $1.4 M | $935,828.21 | Est. $3.1 M | Up to $4.8 M |
| **Attorneys' Fees, Expenses, and Service Awards** | Fees: $26.1 M<br><br>Expenses: $393,000<br><br>Service Awards: $5,000 for each of the 4 federal plaintiffs and $3,000 for each of the 3 state court plaintiffs | Fees: $29.3M<br><br>Expenses: $789,900<br><br>Service Awards: $2,500 (for each of the 35 named plaintiffs) | Fees: $21.25 M<br><br>Expenses: $130,842.24<br><br>Service Awards: $5,000 per class rep. | Fees: $80.6 M<br><br>Expenses: $995,244.93<br><br>Service Awards: $3,500 (for each of the 9 deposed named plaintiffs); $1,500 (for each of the 123 non-deposed named plaintiffs) | Fees: $15 M<br><br>Expenses: $1,559,090.75<br><br>Service Awards: $5,000 (for each of the 12 named plaintiffs) | Fees: 25% of the settlement funds after deduction of admin expense, costs, incentive awards<br><br>Expenses: $236,591.08<br><br>Service Awards: $1,500 (for each of the 3 named plaintiffs) | Fees: $28.5 M<br><br>Expenses: $916,125.83<br><br>Service Awards: $10,000 (for each of the 3 named plaintiffs) | Fees: 28.75 M<br><br>Expenses: $211,350.52<br><br>Service Awards: 10,000 (for each of the 2 named plaintiffs) |
| **Total Exposure if Plaintiffs Prevailed on Every Claim** | Conservative est. of $900 M | Unknown | Unknown | Est. $570 M | Est. $178 M - $569 M | Unknown | Unknown | Unknown |

3