# EXHIBIT 5

## MISSION STATEMENT

Lexington Law Group, LLP is a public interest law firm specializing in consumer protection, antitrust, and environmental litigation. We bring creativity and tenacity to plaintiffs' public interest litigation in a manner that yields superb results for our clients and the general public. Our cases have resulted in the recovery of millions of dollars for the benefit of consumers and the removal of toxic chemicals from thousands of everyday products.

Our firm is made up of committed people who are passionate about our work. We represent aggrieved individuals, non-profit organizations, and public entities. We are dedicated to our clients and the public interest goals that we set for each case. Our exceptional grasp of complex legal issues enables us to obtain extraordinary results for our clients.

We are aggressive litigators who fight for our clients at every turn, yet we are also professional in our approach and treat all parties with respect. Our goal is to hold corporations accountable and to use the law to forge creative solutions to difficult problems for the benefit of our clients and society.

## CASES AND RESULTS

The following is a representative list of some of our successes:

•   <u>Paypal Arbitrary Hold and Reserve Account Practices</u>: Co-Lead Counsel in class action case against Paypal, the world's largest payment processing service, alleging placement of unauthorized holds on sellers' accounts. Settlement required Paypal to remedy deficiencies in account hold practices, provide class members with a means of resolving the hold disputes as well as millions of dollars in interest paid to Class Members for unauthorized holds.

•   <u>Out-of-Network UCR Rates Litigation</u>: Named interim Class Counsel in antitrust case against WellPoint alleging conspiracy to artificially reduce reimbursements on "out of network" claims by policy holders through the use of the fraudulent Ingenix database. (*In Re WellPoint Out-of-Network UCR Rates Litigation, MDL 2074*).

•   <u>Fake Organic Cosmetic Products Litigation</u>: Class counsel in cases involving misrepresentation of non-organic cosmetic products as organic. (*Brown, et al. v. Hain Celestial Group*, CV-11-03082 LB (N.D. CA); *Golloher, et al. v. Todd Christopher International*, RG 12 653621 (Alameda Sup. Ct.)). Cases resulted in mutli-million dollar class recoveries and agreements to stop violations of the California Organic Products Act.

•   <u>Fake "Naturals" Cosmetic Litigation</u>: Class counsel in case involving false and misleading representations that certain Neutrogena cosmetic products are natural. (*Stephenson, et al. v. Neutrogena Corp.*, C 12-00426 JCS).

•       <u>Lead in Jewelry</u>: Environmental enforcement action co-litigated with the California Attorney General that has thus far resulted in commitments by hundreds of major retailers, importers and manufacturers of costume jewelry to significantly reduce the levels of lead in their jewelry. This case also lead directly to California's landmark lead in jewelry statute, which was itself a precursor to passage of the federal Consumer Product Safety Improvement Act. (*State of California v. Burlington Coat Factory, et al.*).

•       <u>Peer-to-Peer (P2P) Interference</u>: Named Class Counsel in class action against Comcast for alleged breach of contract and false advertising arising from interference with subscribers' use of peer-to-peer file sharing applications. Obtained $16 million settlement for the class. (*In re: Comcast Peer-to-Peer (P2P) Transmission Contract Litigation*).

•       <u>Blue Shield Mid-Year Cost Increases</u>: Named Class Counsel in class action alleging breach of contract and false advertising case challenging health insurer Blue Shield of California's mid-year unilateral increase to deductibles and other calendar year costs. Obtained $2.7 million settlement for the class. (*Dervaes v. Blue Shield of California*).

•       <u>Chase Bank Debt Collection Practices</u>: Named Class Counsel in class action against Chase Bank alleging violations of Federal Debt Collection Practices Act and California's Rosenthal Fair Debt Collection Practices Act in connection with Chase's credit card collection activities. (*Gardner v. Chase Bank USA, N.A.*).

•       <u>Greenwashing of Consumer Products</u>: Counsel for non-profit group in private attorney general action resulting in Consent Judgments entered against more than 30 manufacturers and re-sellers requiring compliance with California's marketing and labeling requirements for cosmetic products. Examples of brands which have agreed to Court-ordered compliance with these requirements include Alterna, Aubrey, Beauty Without Cruelty, Blum Naturals, Boots, Curls, Derma E, Episencial, Kiss My Face, Morrocco Method, Nature's Baby, Organic Root Stimulator, Out of Africa, Pacifica, Palmer's, Parnevu, Peter Lamas, Pure & Basic, Shea Moisture, Simply Organic, Suki and Tints of Nature. *(Center for Environmental Health v. Advantage Research et al.)*.

•       <u>False Advertising of Anti-Aging Products</u>: Successfully prosecuted consumer protection action against maker of multi-million dollar "snake oil" product line falsely advertised as anti-aging cancer cure. (*Center for Environmental Health v. Almon Glenn Braswell*).

•       <u>Lead in Diaper Rash Ointment</u>: Class action and private attorney general case that forced more than twenty-five major manufacturers and retailers of diaper rash ointment to reformulate their products to eliminate actionable levels of lead. Defendants included Bristol-Myers Squibb Co., Johnson & Johnson Consumer Companies, Inc., Pfizer, Inc., Schering-Plough HealthCare Products, Inc., and Warner-Lambert Company. (*Center for Environmental Health v. Bristol-Myers Squibb Co., et al., and Kenneth Johnson et al. v. Bristol-Myers Squibb Co., et al.*).

•       <u>US Airways Lap Child Litigation</u>: Recovered refunds in a successful consumer class action case alleging that US Airways charged for "lap-children" in breach of its contract of carriage. (*Robins v. US Airways, Inc.*).

- <u>Microsoft Technical Support Litigation</u>: Class action consumer case against Microsoft forcing Microsoft to abandon its unilateral decision to discontinue free technical support for Office 2000 software products. (*Jones v. Microsoft Corporation*).

- <u>Automobile Credit Truth-In-Lending Violations</u>: Plaintiffs' Liaison Counsel in a large multi-party coordinated proceeding against hundreds of automobile dealerships alleging violations of the Truth in Lending Act that resulted in injunctions requiring disclosure of previously undisclosed lease and finance terms in automobile advertising. (*In Re Automobile Advertising Cases*).

- <u>Nursing Home Staffing Litigation</u>: Class action and private attorney general lawsuits against dozens of skilled nursing facilities that resulted in agreements to increase minimum staffing levels as required by California law. (*Foundation Aiding the Elderly v. Covenant Care, et al.*).

- <u>Health Risks From Kava Kava</u>: Represented class of consumers of Kava Kava dietary supplements against more than thirty-five defendants in case about failure to disclose the risk of liver disease from the products. (*In Re: Kava Kava Litigation*).

- <u>Second Hand Smoke</u>: Represented the City of San Jose and a private plaintiff in suit against major tobacco companies regarding failure to warn about second hand smoke in violation of California law. (*In Re Tobacco Cases II*).

- <u>Tobacco Advertising</u>: Represented non-profit group in case against outdoor advertising company defendants alleging violations of California's STAKE Act, which prohibits tobacco advertising within 1,000 feet of public schools, that resulted in the removal of hundreds of tobacco billboards located near schools in California. (*Center For Environmental Health v. Eller Media Corporation, et al.*).

## PARTNERS BACKGROUND AND EXPERIENCE

**Partner, Mark N. Todzo** has devoted his practice of law to the representation of plaintiffs in antitrust, consumer and environmental protection litigation for over twenty-five years. In that time, he has represented aggrieved individuals, nonprofit organizations and public entities in litigation that has curbed abusive and illegal corporate practices. Mr. Todzo's varied work has, among other things, helped to remove toxic chemicals from the environment, increased staffing in nursing homes, reformed deceptive advertising practices, and recovered millions of dollars for the benefit of consumers. Mr. Todzo has argued cases in state and federal trial courts as well as courts of appeal and the California Supreme Court.

Mr. Todzo has served as class counsel in numerous class action lawsuits as well as liaison counsel in complex coordinated actions. He was recently lead counsel in a MDL case against Comcast on behalf of a class of subscribers who were blocked from using peer-to-peer file sharing programs. Mr. Todzo is currently representing classes of individuals in a variety of different cases, including an antitrust class action against Blue Shield seeking to recover increased health care payments for out of network charges.

Mr. Todzo joined the Lexington Law Group in 1998 and is a principal of the firm. Mr. Todzo received his law degree from Hastings College of the Law in 1993 and received a A.B. from Duke University in 1986.

**Partner, Patrick Carey** began his work with Lexington Law Group as a part-time file clerk and office assistant while he was in undergrad. He later jumped at the opportunity to return to LLG after completing his undergraduate degree and began his fulltime career at LLG after graduation as a products investigator and "jack of all trades" handling numerous other tasks around the office. He quickly gained additional responsibilities, becoming a legal assistant and office manager, and he held the head legal assistant and, at times, office manager position until leaving for law school.

Mr. Carey rejoined LLG as a partner in January 2023. Prior to rejoining LLG, he gained invaluable legal experience externing for the Honorable Joseph C. Spero in the Northern District of California and as an associate at Covington and Burling. At Covington, Mr. Carey represented clients in the technology, sports and entertainment, financial services, and consumer products sectors, in government investigations and complex commercial litigation and class action matters spanning a variety of subject areas such as contract, privacy, consumer protection, fraud, unfair competition, antitrust, and intellectual property. Mr. Carey also briefly worked at Pillsbury, Winthrop, Shaw, and Pittman handling a wide variety of matters before he was presented with the opportunity to return to LLG.

Mr. Carey earned his J.D. from the University of California Berkley School of Law, and a B.A. in English from the University of California Berkeley. While in law school, Patrick was an Articles Editor with the California Law Review and received awards for his work in multiple classes.