# EXHIBIT 6

# FIRM RESUME

**Wood Law Firm, LLC**
E. Kirk Wood – Owner/Managing Partner
P.O. Box 382434; Birmingham, AL 35238
Phone: (205) 612-0243; Fax:  866-747-3905
kirk@woodlawfirmllc.com

**EDUCATION:**
BS, University of Alabama 1976; MS, Troy University 1984; JD, Cumberland School of Law 1987, Associate Editor, Cumberland Law Review

**LICENSED:**
Alabama, Florida and District of Columbia

**INSTRUCTION:**
Adjunct Professor of Law, University of Alabama, 1992

**MILITARY**
US Army 1976- 1984

**ADMITTED:**
Supreme Court of Alabama; Supreme Court of Florida; US District Court for the Northern District of Alabama; US District Court for the Middle District of Alabama; US District Court for the Southern District of Alabama; US District Court for the Northern District of Florida; US District Court for the Middle District of Florida; Minnesota District Court; Missouri Eastern District Court; New York Southern District Court; US Court of Appeals for the Eleventh Circuit; US Court of Appeals for the Fourth Circuit; US Court of Appeals for the Ninth Circuit; US Court of Appeals for the Second Circuit; US Court of Appeals for the Sixth Circuit; US Court of Appeals for the Third Circuit; United States Supreme Court; District of Columbia

**MEMBER:**
American Bar Association; Alabama Bar Association; Florida Bar Association; Birmingham Bar Association; Federal Bar Association; District of Columbia Bar Association

The Wood Law Firm has over 30 years of mass tort and class action litigation experience.  Mr. Wood has served in leadership positions in various successful Multidistrict and state court joint complex matters.  Significant favorable client results have been obtained in Hawai'i bad faith insurance matters, California wildfires, consumer class actions and multidistrict antitrust litigation.

**CURRENT MULTI DISTRICT AND CLASS LITIGATION MATTERS:**

*In re:  Blue Cross Blue Shield Antitrust Litigation (Plaintiffs Local Facilitating Counsel; Plaintiffs Steering Committee)*
*In re:  Generic Pharmaceuticals Pricing Antitrust Litigation*
*In re: Amiodarone Drug Litigation (Lead Counsel)*
*In re: Woolsey, Thomas, Dixie and Palisades Fire Litigation*
*In re: Google Assistant and Apple Privacy Litigation*
*In re: TikTok, Inc. Consumer Privacy Litigation*

**RECENT REPRESENTATIVE MULTI DISTRICT AND CLASS LITIGATION MATTERS:**
**(All of which are now closed):**

*In re: TJX Retail Security Breach Litigation (*Plaintiffs' Steering Committee)
*In re: Vioxx Products Liability Litigation*
*In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Heparin Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Total Body Formula Products Liability Litigation* (Co-Lead and Liaison Counsel; Plaintiffs Executive Committee)
*In re: Puerto Rico Cabotage Antitrust Litigation* (Plaintiffs Steering Committee)
*In re: Countrywide Security Breach Litigation* (Plaintiffs Steering Committee)
*In re: Hydroxycut Marketing and Sales Practices Litigation*
*In re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation*
*Denise Howerton, et al. vs. Cargill, Inc. (Truvia)*
*In re: Zappos.com, Inc., Customer Data Security Breach Litigation*
*In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*
*In re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*
*In re: Community Health Systems, Inc., Customer Security Data Breach Litigation* (Plaintiffs' Steering Committee)
*In re: Local TV Advertising Antitrust Litigation*
*In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation.*