**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:     March 19, 2026<br>Time:     9:00 A.M. PT<br>Dept.:    Courtroom 1-5th Floor<br>Judge:   Honorable Beth Labson Freeman |

I, Erin Green Comite, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Connecticut and admitted to practice *pro hac vice* in this matter before this Court. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP and counsel of record for Plaintiffs and the proposed Settlement Classes in the above-captioned action.[1]

2. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

3. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal.

4. In connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion") (ECF No. 549), Plaintiffs are filing the

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement ("Settlement Agreement"), attached as Exhibit 1 to the Joint Declaration of Christian Levis and Erin Green Comite in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Joint Declaration").

1. Settlement Agreement as Exhibit A to the Declaration of Erin Green Comite in Support of Plaintiffs' Administrative Motion to Seal.  A public version of the Settlement Agreement, which is Exhibit 1 to the Preliminary Approval Joint Motion, has been filed on the docket with the Termination Threshold redacted.  ECF No. 549-2.

5. The Termination Threshold provides information that, if made publicly available, could cause injury to Plaintiffs and Defendants.  Specifically, the Termination Threshold states the threshold number of opt-out exclusions necessary to potentially trigger the withdrawal or termination of the settlement by Defendants.  If made publicly available, third parties may utilize that information to enact a mass opt out campaign to gain undue leverage over Plaintiffs or Defendants.

6. There is no less restrictive alternative to redacting the Termination Threshold that would prevent third parties from utilizing the information contained therein for improper purposes if revealed publicly.

7. Pursuant to Civil Local Rule 79-5(e)(2), Plaintiffs submit as **Exhibit A** to this Declaration a complete unredacted chambers copy of the Settlement Agreement lodged under seal.  The Termination Threshold is stated at ¶11.4 in the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on January 23, 2026, in Colchester, CT.

Dated:  January 23, 2026            By: */s/ Erin Green Comite*
                                        Erin Green Comite