**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No.: 19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

AND NOW, upon consideration of Plaintiffs' Administrative Motion to Seal, filed January 23, 2026, and all responses and replies thereto,

IT IS HEREBY ORDERED that:

Plaintiffs' Administrative Motion to Seal is GRANTED. The following materials shall be sealed:

| Document | Portion to be Sealed |
|---|---|
| Settlement Agreement | Redacted words in ¶11.4 |

**IT IS SO ORDERED.**

DATED: _____     _____
                                         The Honorable Beth Labson Freeman
                                         United States District Court Judge