UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF<br><br>**ORDER TERMINATING APRIL 9, 2026 RESERVED SUMMARY JUDGMENT HEARING DATE** |

On November 25, 2025, the Court, among other things, reserved April 9, 2026 as the hearing date in the event that Google re-noticed its Motion for Summary Judgment. ECF No. 540. Plaintiffs have now filed a motion for preliminary approval of the class action settlement. ECF No. 549. In light of the proposed settlement, the Court hereby TERMINATES the reserved summary judgment hearing date.

**IT IS SO ORDERED.**

Dated: January 26, 2026

_____
BETH LABSON FREEMAN
United States District Judge