Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
EEarl@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
JPotesta@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| | **DECLARATION OF SUNITA BALI REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715(b)** |

I, Sunita Bali, declare as follows:

1.    I am a partner with the law firm of Perkins Coie LLP, and counsel of record for defendants Google LLC ("Google") and Alphabet Inc. (collectively, "Defendants") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2.    I submit this declaration to update the Court regarding Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") in the above captioned matter.

3.    On January 23, 2026, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Motion") (ECF 549).

4.    On January 30 and February 2, 2026, acting under my direction and supervision, Perkins Coie LLP served notices on behalf of Defendants pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(a) & (b), consisting of a cover letter and accompanying documents, regarding the settlement reached in this case (the "CAFA Notice").

5.    A true and correct copy of the form cover letter sent as part of the CAFA Notice is attached hereto as **Exhibit 1**.

6.    The CAFA Notice also included a flash drive containing electronic copies of all documents and information required by CAFA, including: (i) the original Complaint filed on July 25, 2019 (ECF 1); (ii) the Consolidated Amended Complaint filed on October 25, 2019 (ECF 48); (iii) the Second Amended Complaint filed on June 5, 2020 (ECF 86); (iv) the Third Amended Complaint filed on November 9, 2020 (ECF 118); (v) the operative Fourth Amended Complaint filed on August 2, 2021 (ECF 141); (vi) Plaintiffs' Motion for Preliminary Approval (ECF 549); (vii) the Joint Declaration of Christian Levis and Erin Green Comite in support of the Motion for Preliminary Approval (ECF 549-1); (viii) the Stipulation and Agreement of Settlement (with exhibits) (549-2), including the proposed notices to the class with information about the settlement and their right to request exclusion (ECF 529-2 at 57–60 [Email Notice]; *id.* at 62; [Reminder Notice]; *id.* at 64–80 [Long Form Notice]).

CASE NO. 5:19-CV-04286-BLF
DECL. OF SUNITA BALI REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715(b)

7. The CAFA Notice was sent by USPS Certified Mail to the U.S. Attorney General and the 56 Attorneys General for all U.S. states and territories. Attached hereto as **Exhibit 2** is the list of names and addresses of the government officials upon whom the CAFA Notice was mailed. The CAFA Notice was also sent by email to the Attorneys General for Connecticut, West Virginia, and Nevada, pursuant to the instructions on their websites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2026, in Oakland, California

/s/ *Sunita Bali*
Sunita Bali

-2-