# Exhibit 1

**Perkins Coie**

Perkins Coie LLP          T. +1.415.344.7000
505 Howard Street        F. +1.415.344.7050
Suite 1000               perkinscoie.com
San Francisco, CA 94105-3204

February 2, 2026

Sunita Bali
SBali@perkinscoie.com
D.  +1.415.344.7065
F.  +1.415.344.7265

**VIA CERTIFIED MAIL**

The United States Attorney General and
All State Attorneys General
Identified on the Attached Service List

**Re:**   **Notice of Proposed Class Action Settlement**
**Case:** *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286-BLF
**Court:** United States District Court for the Northern District of California

Dear Sir or Madam:

On behalf of Alphabet Inc. and Google LLC ("Settling Defendants"), defendants in the above-referenced action, Perkins Coie LLP hereby provides your office with this notice under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715. This notice is to advise you of a proposed class action settlement between Plaintiffs Asif Kumandan, Melissa Spurr, individually and as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Settling Plaintiffs") and Settling Defendants in the above-referenced action.  Please take notice of the following items of information, which are provided to you pursuant to 28 U.S.C. § 1715(b).

Settling Plaintiffs filed a motion with the United States District Court for the Northern District of California on January 23, 2026, requesting preliminary approval of the proposed settlement (ECF 549) ("Motion for Preliminary Approval").  As of this date, the Court has not granted preliminary approval of the proposed settlement, but a hearing on Plaintiffs' motion has been scheduled for March 19, 2026, at 9:00 a.m.

Each of the requirements of notice pursuant to 28 U.S.C. § 1715(b)(1) – (8) is addressed below. All referenced attachments are provided on the enclosed USB drive.

1.  Plaintiffs filed the operative Fourth Amended Complaint on August 2, 2021 (ECF 141). Plaintiffs filed the Third Amended Complaint on November 9, 2020 (ECF 118), the Second Amended Complaint on June 5, 2020 (ECF 86), the Consolidated Amended Complaint on October 25, 2019 (ECF 48), and the original Complaint on July 25, 2019 (ECF 1). The publicly available version of the operative Fourth Amended Complaint and the prior versions of the complaint are provided as Attachments 1–5 on the enclosed USB drive. *See* 28 U.S.C. § 1715(b)(1).

2.  The Court has scheduled a hearing on the Motion for Preliminary Approval for 9:00 a.m. on March 19, 2026, at the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113, in Courtroom 1 - 5th Floor. The

January 30, 2026
Page 2

hearing seeking final approval of the proposed settlement has not yet been set by the Court. *See* 28 U.S.C. § 1715(b)(2).

3. Proposed class notices have been submitted to the Court in connection with Settling Plaintiffs' Motion for Preliminary Approval (ECF 549), the Joint Declaration of Christian Levis and Erin Green Comite in support of the Motion for Preliminary Approval (ECF 549-1), and the exhibits attached thereto (ECF 549-2). The proposed notices to the class with information about the settlement and their right to request exclusion are attached as Exhibits A-C to the Settlement Agreement (ECF 529-2 at 57–60 [Email Notice]; *id.* at 62 [Reminder Notice]; *id.* at 64–80 [Long Form Notice] ). The class notices will be subject to judicial review and approval. *See* 28 U.S.C. § 1715(b)(3).  The motion and joint declaration (with relevant exhibits) are provided as Attachments 6–7 on the enclosed USB drive.

4. The Settlement Agreement (ECF 549-2), executed on January 22, 2026, including all accompanying exhibits, is provided as Attachment 8 on the enclosed USB drive. *See* 28 U.S.C. § 1715(b)(4).

5. There are no contemporaneous agreements between counsel for Settling Plaintiffs and counsel for Settling Defendants in conjunction with the proposed settlement other than the Settlement Agreement. *See* 28 U.S.C. § 1715(b)(5).

6. At this time, no final judgment or notice of dismissal with prejudice has been entered in the Action. *See* 28 U.S.C. § 1715(b)(6).

7. It is not feasible at this time to include a list containing names of Settlement Class Members that reside in each State or to provide a reasonable estimate of the number of class members residing in each State or the estimated proportionate share of the claims of such members to the entire settlement, including because Google's records do not enable it to identify all Settlement Class Members or their states of residence. *See* 28 U.S.C. § 1715(b)(7).

8. There are currently no written judicial opinions relating to the materials described in items (3) through (6) above. *See* 28 U.S.C. § 1715(b)(8).

The foregoing information is provided based upon what is currently available to date and the status of the proceedings at the time of the submission of this notice and is also available via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.


Sincerely,

Sunita Bali