# Exhibit 2

| Office | Name | Address | City | State | Zip | E-Delivery Address |
|---|---|---|---|---|---|---|
| United States Attorney General | Pam Bondi | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 | |
| Office of the Alabama Attorney General | Steve Marshall | 501 Washington Avenue | Montgomery | AL | 36104 | |
| Office of the Alaska Attorney General | Treg Taylor | 1031 West 4th Avenue, Suite 200 | Anchorage | AK | 99501-1994 | |
| Office of the American Samoa Attorney General | Gwen Tauiliili-Langkilde | American Samoa Gov't, Exec. Ofc. Bldg, Utulei, P.O. Box 7 | Pago Pago | AS | 96799 | |
| Office of the Arizona Attorney General | Kris Mayes | 2005 N Central Ave. | Phoenix | AZ | 85004-1592 | |
| Office of the Arkansas Attorney General | Tim Griffin | 323 Center St., Ste. 200 | Little Rock | AR | 72201-2610 | |
| Office of the California Attorney General | Rob Bonta | 1300 I St., Ste. 1740 | Sacramento | CA | 95814 | |
| Office of the Colorado Attorney General | Phil Weiser | 1300 Broadway, 10th Floor | Denver | CO | 80203 | |
| Office of the Connecticut Attorney General | William Tong | 165 Capitol Ave. | Hartford | CT | 06106 | AG.CAFA@CT.GOV |
| Office of the Delaware Attorney General | Kathy Jennings | 820 N. French St. | Wilmington | DE | 19801 | |
| Office of the District of Columbia Attorney General | Brian Schwalb | 400 6th Street, NW | Washington | DC | 20001 | |
| Office of the Florida Attorney General | James Uthmeier | The Capitol, PL-01 | Tallahassee | FL | 32399-1050 | |
| Office of the Georgia Attorney General | Chris Carr | 40 Capitol Square, SW | Atlanta | GA | 30334-1300 | |
| Office of the Hawaii Attorney General | Anne E. Lopez | 425 Queen St. | Honolulu | HI | 96813 | |

| Office | Name | Address | City | State | Zip | E-Delivery Address |
|---|---|---|---|---|---|---|
| Office of the Idaho Attorney General | Raúl Labrador | 700 W. Jefferson St., Suite 210, P.O. Box 83720 | Boise | ID | 83720-1000 | |
| Office of the Illinois Attorney General | Kwame Raoul | 100 W. Randolph St. | Chicago | IL | 60601 | |
| Office of the Indiana Attorney General | Todd Rokita | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 | |
| Office of the Iowa Attorney General | Brenna Bird | 1305 E. Walnut St. | Des Moines | IA | 50319 | |
| Office of the Kansas Attorney General | Kris W. Kobach | 120 S.W. 10th Ave, 2nd Fl | Topeka | KS | 66612-1597 | |
| Office of the Kentucky Attorney General | Russell Coleman | 700 Capitol Avenue, Capitol Building, Ste. 118 | Frankfort | KY | 40601-3449 | |
| Office of the Louisiana Attorney General | Liz Murrill | PO Box 94005 | Baton Rouge | LA | 70804-4095 | |
| Office of the Maine Attorney General | Aaron Frey | 6 State House Station | Augusta | ME | 04333 | |
| Office of the Maryland Attorney General | Anthony G. Brown | 200 St. Paul Place | Baltimore | MD | 21202-2202 | |
| Office of the Massachusetts Attorney General | Andrea Joy Campbell | 1 Ashburton Place, | Boston | MA | 02108-1698 | |
| Office of the Michigan Attorney General | Dana Nessel | G. Mennen Williams Building P.O. Box 30212, 525 W Ottawa St. | Lansing | MI | 48909-0212 | |
| Office of the Minnesota Attorney General | Keith Ellison | 445 Minnesota St., Ste. 1400 | St. Paul | MN | 55101 | |

| Office | Name | Address | City | State | Zip | E-Delivery Address |
|---|---|---|---|---|---|---|
| Office of the Mississippi Attorney General | Lynn Fitch | Department of Justice, PO Box 220 | Jackson | MS | 39205 | |
| Office of the Missouri Attorney General | Andrew Bailey | 207 W. High St. | Jefferson City | MO | 65102 | |
| Office of the Montana Attorney General | Austin Knudsen | 215 N. Sanders St., 3rd Floor | Helena | MT | 59620-1401 | |
| Office of the Nebraska Attorney General | Mike Hilgers | 2115 State Capitol, PO Box 98920 | Lincoln | NE | 68509-8920 | |
| Office of the Nevada Attorney General | Aaron Ford | 100 N. Carson St | Carson City | NV | 89701 | NVAGCAFAnotices@ag.nv.gov |
| Office of the New Hampshire Attorney General | John Formella | 1 Granite Place South | Concord | NH | 03301-6397 | |
| Office of the New Jersey Attorney General | Matthew J. Platkin | 25 Market St. | Trenton | NJ | 08611 | |
| Office of the New Mexico Attorney General | Raúl Torrez | 408 Galisteo St. | Santa Fe | NM | 87501 | |
| Office of the New York Attorney General | Letitia A. James | Dept. of Law – The Capitol, 2nd Fl. | Albany | NY | 12224 | |
| Office of the North Carolina Attorney General | Jeff Jackson | 114 W. Edenton St. | Raleigh | NC | 27603 | |
| Office of the North Dakota Attorney General | Drew Wrigley | 600 E. Boulevard Ave., Dept. 125 | Bismark | ND | 58505 | |
| Office of the Northern Mariana Islands Attorney General | Edward E. Manibusan | Caller Box 10007 | Saipan | MP | 96950-8907 | |
| Office of the Ohio Attorney General | Dave Yost | 30 E. Broad St., 14th Floor | Columbus | OH | 43215 | |
| Office of the Oklahoma Attorney General | Gentner Drummond | 313 NE 21st Street | Oklahoma City | OK | 73105 | |

| Office | Name | Address | City | State | Zip | E-Delivery Address |
|---|---|---|---|---|---|---|
| Office of the Oregon Attorney General | Dan Rayfield | 1162 Court St. NE | Salem | OR | 97301-4096 | |
| Office of the Pennsylvania Attorney General | Dave Sunday | 16th Floor, Strawberry Square | Harrisburg | PA | 17120 | |
| Office of the Rhode Island Attorney General | Peter Neronha | 150 S. Main St. | Providence | RI | 02903 | |
| Office of the South Carolina Attorney General | Alan Wilson | PO Box 11549 | Columbia | SC | 29211-1549 | |
| Office of the South Dakota Attorney General | Marty J. Jackley | 1302 East Highway 14, Suite 1 | Pierre | SD | 57501-8501 | |
| Office of the Tennessee Attorney General | Jonathan Skrmetti | 500 Charlotte Ave., PO Box 20207 | Nashville | TN | 37202-0207 | |
| Office of the Texas Attorney General | Ken Paxton | PO Box 12548 | Austin | TX | 78711-2548 | |
| Office of the Utah Attorney General | Derek Brown | 350 North State Street, Suite 230 | Salt Lake City | UT | 84114-2320 | |
| Office of the Vermont Attorney General | Charity R. Clark | 109 State St. | Montpelier | VT | 05609-1001 | |
| Office of the Virginia Attorney General | Jason S. Miyares | 202 North Ninth Street | Richmond | VA | 23219 | |
| Office of the Washington Attorney General | Nick Brown | 1125 Washington Street SE, PO Box 40100 | Olympia | WA | 98504-0100 | |
| Office of the West Virginia Attorney General | J.B. McCuskey | State Capitol Complex, Bldg. 1, Rm E-26, 1900 Kanawha Blvd. E. | Charleston | WV | 25305 | CAFAnotice@wvago.gov |

| Office | Name | Address | City | State | Zip | E-Delivery Address |
|---|---|---|---|---|---|---|
| Office of the Wisconsin Attorney General | Josh Kaul | PO Box 7857 | Madison | WI | 53707-7857 | |
| Office of the Wyoming Attorney General | Bridget Hill | 2424 Pioneer Avenue, 3rd Floor | Cheyenne | WY | 82002 | |
| Office of the Puerto Rico Attorney General | Stephen Muldrow | 350 Carlos Chardón Street, Suite 1291 | San Juan | PR | 00918 | |
| Office of the Guam Attorney General | Douglas B. Moylan | 590 S. Marine Corps Dr, Ste. 901 | Tamuning | Guam | 96913 | |
| Office of the Virgin Islands Attorney General | Gordon C. Rhea | 3438 Krondprindsens Gade GERS Building, 2nd Floor | St. Thomas | VI | 00802 | |