Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| This Document Relates to: | **NOTICE OF AMENDED PRELIMINARY APPROVAL ORDER** |
| ALL ACTIONS | Judge:  Hon. Beth Labson Freeman |

Plaintiffs respectfully give notice to the Court of a scrivener's error in the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") entered March 19, 2026 (ECF No. 553) and request that the Court enter the amended order that is filed herewith. Specifically, in finalizing the forms of notice for distribution to the Settlement Class, the parties identified an inconsistency in the definition of the term "Household" in the Stipulation and Agreement of Settlement ("Settlement Agreement") and the Preliminary Approval Order. *Compare* Settlement Agreement, ECF No. 549-2 ¶1.25 ("'Household' is a group of individuals sharing a common abode") *with* Preliminary Approval Order, ECF No. 553 ¶9 n.3 ("'Household' is individuals sharing a common abode as part of a single family unit of a User."). The parties intend for the definition of Household in the Settlement Agreement to control. Plaintiffs therefore have corrected the definition of Household in the attached proposed amended order, adopting the definition of the term in the Settlement Agreement, without changing the dates in the settlement schedule that are based off of the entry of the Preliminary Approval Order. Accordingly, Plaintiffs respectfully request that the Court enter the attached proposed amended order.

DATED:  April 16, 2026

By:    */s/Erin Green Comite*
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

NOTICE OF AMENDED PRELIMINARY APPROVAL ORDER        CASE NO. 5:19-CV-04286-BLF

**CERTIFICATE OF SERVICE**

I, Erin Green Comite, certify that on April 16, 2026, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

/s/ *Erin Green Comite*
Erin Green Comite