FILED

JUN 09 2026   CH

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OBJECTION TO CLASS ACTION SETTLEMENT

**Date:** Tuesday, 6/2/2026
**TO:** Clerk of the Court
United States District Court for the Northern District of California
280 South 1st St., San Jose, CA 95113
**RE: Objection to Proposed Settlement**
**Case Name:** *In re Google Assistant Privacy Litigation*
**Case Number:** No. 4:19-cv-04286

## 1. Objector Information

- **Full Name:** Joy Thomas
- **Address:** 6016 70th Ave N, Brooklyn Park, MN 55429
- **Telephone Number:** 612-433-3441 / 612-208-8858
- **Email Address:** livingtv802@gmail.com

*Select **one** of the following options regarding legal representation:*

- [ X ] I am representing myself (*pro se*) in this matter and do not have a lawyer.
- [ ] I am represented by counsel. My lawyer's details are: N/A

## 2. Proof of Class Membership

I am a member of the Settlement Class(es) based on the following information:

- **Unique ID:** DRMH6LJC
- **Associated Email Account:** livingtv802@gmail.com / joy@jmichandco.com
- **Additional Proof (if any):** I still own it, it is in my possession

## 3. Scope of Objection

This objection applies to: *(Check **one** box)*

- [X ] Only me personally.
- [ ] Part of the Settlement Classes.
- [ X ] All members of the Settlement Classes. *(Change this if your objection only applies to you)*

## 4. Grounds for Objection

I hereby object to the proposed Settlement, Plan of Allocation, and/or the request for attorneys' fees and expenses and service awards for the following reasons:

**Specific Reasons:** IP (intellectual property and the right of privacy). Nothing on my phone, any phone, should pick up any information and share it with anyone. Phones shouldn't be used for that. The government shouldn't be either, I would argue. We all know the government is made up of people with agendas good and not so good for all humanity, right?! There is too much violating of rights happening in this country and it is ridiculous and disrespectful. As a judge, how do you feel about this? If it pisses you off then you and I are of the same mind, respectfully. If it doesn't bother you, I guess you should skip the rest. I received a separate notice about

another class action suit this very same day.  Copy and paste.  Violate us, send us a notice to reply in a short time if we even get the notice in time and give us a penny for taking and violating us.  Do what you will.  I am tired of this system and the bull.

## 5. Supporting Documents and Evidence

In support of this objection, I have attached the following documents and evidence:
- Notice emailed to livingtv802@gmail.com

## 6. Prior Objections (Past 5 Years)

*Select **one** of the following options:*
- [ X ] Neither I nor my lawyer (if applicable) have filed any objections to any class action settlements within the past five years.
- [ ] I or my lawyer have filed objections in the following cases within the past five years:

## 7. Intent to Appear at the Final Approval Hearing

*Select **one** of the following options:*
- [ X ] I **do not** intend to speak at the Final Approval Hearing.
- [ ] I (and/or my lawyer) **do intend** to speak at the Final Approval Hearing.

*If you intend to speak, complete the following:*
- **Witnesses I may call to testify:** None
- **Exhibits I intend to introduce:** None

## 8. Signature and Verification

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

**SIGNATURE REQUIREMENT NOTE:** *Per the Court's rules, you must sign this letter **personally and in physical ink**. Electronic signatures (such as DocuSign) are invalid.*

**Objector's Signature (In Ink):** _____

**Date:** ___6 / 2 / 2026___

 Gmail

**Joy Thomas <livingtv802@gmail.com>**

## Google Assistant Privacy Litigation Settlement
1 message

**Google Assistant Class Action Administrator** <help@mg.abdataclassactionmail.com>          Tue, Jun 2, 2026 at 12:10 PM
Reply-To: info@googleassistantprivacylitigation.com
To: livingtv802@gmail.com

To read this email in a browser click here
Para leer este correo electrónico en un navegador, haga clic aquí

Share This Settlement

---

### Google Assistant Privacy Litigation Settlement

Did you purchase a Google-Made Device or were your communications recorded by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor?

You could be eligible for money from a $68 million class action Settlement

**Learn More**

**File a Claim**

A COURT DIRECTED THIS NOTICE

Case 5:19-cv-04286-BLF Document 561 Filed 06/09/26 Page 4 of 8

Unique ID: DRMH6LJC
PIN: 7Q3LLM

You may qualify to get a payment from a Settlement with Defendants Google LLC and Alphabet Inc. ("Google") in a class action lawsuit. The lawsuit claims Google violated the law and its own privacy policies with respect to the operation of Google Assistant. Google denies all of the allegations made in the lawsuit and that it did anything improper or unlawful. The Court has not made any determination as to who is right or whether Google did anything wrong. The United States District Court for the Northern District of California approved this notice.

**PLEASE REVIEW THE LONG-FORM NOTICE LOCATED ON THE SETTLEMENT WEBSITE, WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM, FOR MORE DETAILED INFORMATION ABOUT THE SETTLEMENT.**

## Am I included in the Settlement?

**_You are a member of the Purchaser Settlement Class_ if you** are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016, and March 19, 2026.

**_You are a member of the Privacy Settlement Class_ if you** are a User of Google Assistant or were a member of a User's Household between May 18, 2016, and March 19, 2026, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

- "Users" are individuals who reside in the United States or its territories whose Google accounts were associated with at least one Google Assistant Enabled Device during the Class Period;

- "Household" is a group of individuals sharing a common abode;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded;

- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google either directly or through third-party retailers, including Google's own smart home speakers (Google Home, Home Mini, and Home Max); smart displays (Google Nest Hub and Nest Hub Max); and Pixel smartphones;

- "False Accept" is an instance where a Google Assistant Enabled Device records and transmits audio data to Google's servers because a Hot Word was detected although a Hot Word was not spoken; and

- "Hot Word" is a word or phrase (such as "OK Google" or "Hey Google") which can be used to activate Google Assistant on certain Google Assistant Enabled Devices.

Certain people are excluded from the Settlement Classes. The list of excluded individuals is available **HERE**.

If you are a member of one or both of the Settlement Classes, then you are eligible under the terms of the Settlement to submit a Claim Form to receive a payment if the Court approves the Settlement and it becomes final. You are not necessarily a member of either or both Settlement Classes simply because you received this notice; you could be a member of one (or none) of the Settlement Classes. Please read each definition carefully and refer to the additional information on the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, to determine whether you are a member of either or both Settlement Classes.

## What does the Settlement provide?

If you are a member of one or both of the Settlement Classes, then you are eligible under the terms of the Settlement to submit a Claim Form to receive a payment if the Court approves the Settlement and it becomes final.

You are not necessarily a member of either or both Settlement Classes simply because you received this notice; you could be a member of one (or none) of the Settlement Classes. Please read each definition carefully and refer to the additional information on the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, to determine whether you are a member of either or both Settlement Classes.

## What are the expected payments?

At this time, it is unknown how much each Settlement Class Member who files a valid claim will receive. Money will be paid proportionally to eligible Settlement Class Members according to the proposed Plan of Allocation, which can be found **HERE**.

## How do I file a Claim?

To receive a payment, you must complete and timely submit a valid Claim Form by August 27, 2026. You may complete and submit an electronic Claim Form online at the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, or by mail to the address on the Claim Form postmarked by August 27, 2026. You can get a Claim Form at the Settlement Website or by calling 1-877-411-4704.

**FILE NOW**

Claim Forms should be submitted individually by each Settling Class Member and not a third party, except for parents/guardians submitting a Claim Form on behalf of a minor Settling Class Member. Claim Forms submitted *en masse* will be rejected. The Claim Form requires that you confirm or update your current contact information and confirm under oath that you are a member of one of both of the Settlement Classes.

If you do not complete and submit a valid Claim Form, you will not receive a payment.

## What are my rights?

If you are included in the Settlement and you do nothing, your rights will be affected, and you won't get a payment. If you previously timely submitted a request for exclusion from the previously certified purchaser class, you remain opted out of this Settlement unless you choose to opt back in, such as by filing a Claim Form by **August 27, 2026**. If you want to keep your right to sue or continue to sue Google for the claims in this case and don't want to be legally bound by the Court's decisions, and you did not exclude yourself from the previously certified purchaser class by the deadline of **September 9, 2024**, you must exclude yourself from the Settlement by **August 27, 2026**. If you stay in the Settlement (i.e., do not exclude yourself), you may object to it, the Plan of Allocation, or the request for attorneys' fees and expenses and service awards by **August 27, 2026**. A copy of Class Counsel's Motion for an Attorneys' Fees and Expense Award and for Plaintiffs' Service Awards will be available at **www. GoogleAssistantPrivacyLitigation.com** within three business days after filing the motion with the Court on **July 23, 2026**.

The Court will hold a Final Approval Hearing on **October 1, 2026**, to consider if it will approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, expenses up to $1,600,000, and service awards up to $10,000 for each named Plaintiff. The hearing will be held on **October 1, 2026, at 9:00 a.m. PT**, at the United States District Court for the Northern District of California, San Jose Courthouse, 280 South 1st Street, Courtroom 1 – 5th Floor, San Jose, CA 95113.

You may ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing – at your own cost – **but you do not have to do so**.

**PLEASE REVIEW THE LONG-FORM NOTICE**
**LOCATED ON THE SETTLEMENT WEBSITE,**
**www.GoogleAssistantPrivacyLitigation.com**,
for more detailed information about the Settlement,
or you may contact the Claims Administrator with any questions:

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217
info@GoogleAssistantPrivacyLitigation.com
Toll-free: 1-877-411-4704

**FILE A CLAIM**

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT.

BY ORDER OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

If you'd like to unsubscribe click here.