TWO OUNCE USA

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN 09 2026

RECEIVED

Clerk of Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

US 6,732,494 B1

Joy Thomas
6016 70th Ave N
Minneapolis, MN 55429

U.S. MARSHALS SERVICE

JUN 09 2026

INSPECTED BY