Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF |
| This Document Relates to: | **PLAINTIFFS' NOTICE OF FILING OF OBJECTION** |
| ALL ACTIONS | COMPLAINT FILED: July 25, 2019 |
| | Date: October 1, 2026 |
| | Time: 9:00 A.M. PT |
| | Dept.: Courtroom 1-5th Floor |
| | Judge: Honorable Beth Labson Freeman |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, by and through undersigned Class Counsel, hereby file with the Court the objection to the proposed class action settlement (the "Settlement") (*see* ECF Nos. 549, 549-2, 560) attached hereto as **Exhibit A**, and respectfully state as follows:

Class counsel received by United States Mail, a document captioned *Formal Objection to Proposed Class Action Settlement; Motion to Stay Final Approval; and Notice of Pendency of Related Individual Fraud Action* (the "Objection"), submitted by Joshua Keith Kirkley, who identifies himself therein as a member of the Settlement Class. A true and correct copy of the Objection as received, together with the envelope in which it was transmitted, is attached hereto as **Exhibit A**. The Objection bears the caption and case number of an unrelated matter, Case No. 5:20-cv-03664-BLF, rather than the above-captioned action, Case No. 5:19-cv-04286-BLF. By reason of that error, the Objection has not been entered upon the docket in this action.

In order that the Objection be made part of the record and available for the Court's consideration in connection with the Final Approval Hearing presently scheduled for October 1, 2026 (ECF No. 560), Class Counsel hereby submit the Objection as **Exhibit A** hereto.

DATED: June 22, 2026

By: /s/Erin Green Comite
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com

clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Erin Green Comite, certify that on June 22, 2026, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

/s/ *Erin Green Comite*
Erin Green Comite