FILED

JUN 22 2026   c H

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

Case No. 4:19-cv-04286

CLASS MEMBER OBJECTION TO REQUESTED ATTORNEYS' FEES, EXPENSES, AND
SERVICE AWARDS

OBJECTOR INFORMATION

Full Name: MELICK COOK

Address:
925 W. Peoria Avenue, Apt. 24
Phoenix, Arizona 85029

Telephone:
623-688-2690

Email:
m.cook041994@gmail.com

Proof of Settlement Class Membership:
Reference No. 12033REF48075

I respectfully submit this objection as a Settlement Class Member in the above-captioned action.

I do not object to the proposed Settlement itself. However, I object to the requested attorneys'
fees, litigation expenses, and service awards to the extent that such requests may be excessive,
disproportionate, or inadequately supported, thereby reducing the funds available for distribution
to Settlement Class Members.

The Settlement materials further state that Class Counsel intends to seek:

- Attorneys' fees of approximately $22,666,667;

- Litigation expenses of up to $1,600,000; and

- Service awards of up to $10,000 for each named Plaintiff.

As a Settlement Class Member, I recognize and appreciate the work performed by Class Counsel in prosecuting this litigation and achieving a proposed settlement.

Nevertheless, the Court has an independent duty under Rule 23 of the Federal Rules of Civil Procedure to ensure that all attorneys' fees, litigation expenses, and service awards are fair, reasonable, adequately documented, and justified.

The requested attorneys' fees, expenses, and service awards will be paid from the Settlement Fund before distributions are made to Settlement Class Members. Consequently, every dollar awarded in fees, expenses, or service awards is a dollar that is unavailable for distribution to the Settlement Class.

Accordingly, I respectfully request that the Court carefully scrutinize:

1. The requested attorneys' fee award of approximately $22,666,667;
2. The requested litigation expenses of up to $1,600,000;
3. The requested service awards of up to $10,000 for each named Plaintiff;
4. Whether each requested amount is fully documented, necessary, and reasonable under the circumstances; and
5. Whether reducing any excessive fee, expense, or service-award request would increase the amount available for distribution to Settlement Class Members.

This objection applies to all Settlement Class Members because the requested attorneys' fees, expenses, and service awards are proposed to be paid from the common Settlement Fund and therefore directly affect the recovery available to every Settlement Class Member.

II. REQUESTED RELIEF

I respectfully request that the Court:

A. Carefully review and scrutinize the requested attorneys' fees, litigation expenses, and service awards;

B. Reduce any attorneys' fee award that exceeds a reasonable and adequately supported amount;

C. Reduce or deny any litigation expenses that are not sufficiently documented or justified;

D. Reduce any service award that is disproportionate to the interests of the Settlement Class as a whole;

E. Maximize the amount of Settlement Funds distributed directly to Settlement Class Members; and

F. Grant such other and further relief as the Court deems just and proper.

## III. SCOPE OF OBJECTION

☐ This objection applies only to me.

☐ This objection applies to a portion of the Settlement Classes.

☒ This objection applies to all Settlement Class Members.

## IV. PRIOR OBJECTIONS FILED WITHIN THE LAST FIVE YEARS

None.

## V. APPEARANCE AT FINAL APPROVAL HEARING

☒ I intend to appear personally.

☐ I do not presently intend to appear.

☐ My attorney intends to appear.

## VI. WITNESSES

None.

## VII. EXHIBITS

None

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 06/15/2026

MELICK COOK

Objector

(Signature Required in Ink)