Sunita Bali (Bar No. 274108)
Sunita.Bali@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Tel.: (415) 471-3460
E-mail: Sunita.Bali@arnoldporter.com

Attorney for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND E-MAIL DESIGNATION** |

NOTICE OF CHANGE OF FIRM AFFILIATION                    Case No. 5:19-CV-04286-BLF

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective July 7, 2026, Sunita Bali, counsel of record for defendant Google LLC in the above-captioned matter, is no longer affiliated with Perkins Coie LLP and has joined the law firm of Arnold & Porter Kaye Scholer LLP.

**Sunita Bali's new address, telephone and e-mail are:**

Sunita Bali
**Arnold & Porter Kaye Scholer LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Phone: (415) 471-3460
E-mail: Sunita.Bali@arnoldporter.com

Dated: July 9, 2026

By: */s/Sunita Bali*
**Sunita Bali**
CA Bar No. 274108
Arnold & Porter Kaye Scholer LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
E-mail: Sunita.Bali@arnoldporter.com

*Attorney for Defendant*
Google LLC

- 2 -
NOTICE OF CHANGE OF FIRM AFFILIATION                Case No. 5:19-CV-04286-BLF

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: July 9, 2026

By:  /s/Sunita Bali
**Sunita Bali**
CA Bar No. 274108
Arnold & Porter Kaye Scholer LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
E-mail: Sunita.Bali@arnoldporter.com

*Attorney for Defendant*
Google LLC

NOTICE OF CHANGE OF FIRM AFFILIATION                Case No. 5:19-CV-04286-BLF