Bobbie J. Wilson, Bar No. 148317
Bobbie.Wilson@ashurstperkins.com
Elliott Joh, Bar No. 264927
Elliott.Joh@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Erin K. Earl (pro hac vice)
Erin.Earl@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
Justin.Potesta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 5:19-cv-04286-BLF<br><br>**NOTICE OF LAW FIRM NAME CHANGE** |

TO THE CLERK AND PLAINTIFFS:

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email address as follows:

Bobbie J. Wilson, Bar No. 148317
Bobbie.Wilson@ashurstperkins.com
Elliott Joh, Bar No. 264927
Elliott.Joh@ashurstperkins.com
ASHURST PERKINS COIE US LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:     +1.415.344.7000
Facsimile:      +1.415.344.7050

Erin K. Earl (pro hac vice)
Erin.Earl@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Justin Potesta, Bar No. 314133
Justin.Potesta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

DATED:  July 22, 2026               **ASHURST PERKINS COIE US LLP**


By: */s/ Elliott Joh*
        Bobbie J. Wilson
        Elliott Joh
        Erin K. Earl (pro hac vice)
        Justin Potesta

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

-1-