**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF DARYL F. SCOTT OF SCOTT+SCOTT ATTORNEYS AT LAW LLP IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:   October 1, 2026<br>Time:   9:00 a.m. PT<br>Dept.:   Courtroom 1-5th Floor<br>Judge:   Honorable Beth Labson Freeman |

I, Daryl F. Scott, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner at Scott+Scott Attorneys at Law LLP ("Scott+Scott"), which is counsel of record for Plaintiffs Asif Kumandan, Melissa Spurr, individually and as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. At all times relevant hereto, Scott+Scott attorneys have served as counsel for Plaintiffs and the proposed Settlement Classes for purposes of the Settlement in the above-captioned action (the "Action"). Unless otherwise defined, capitalized terms herein have the same meaning as in the Stipulation and Agreement of Settlement. ECF No. 549-2 ("Settlement Agreement").

3. The statements herein are true to the best of my personal knowledge, information, and belief based upon the books and records of Scott+Scott and information received from my firm's attorneys and staff.

4. The schedules attached as **Exhibit A** and **Exhibit B** summarize the hours and lodestar of Scott+Scott from inception of this Action to June 30, 2026, including a breakdown of the hours by category of work. The total hours were determined by examining contemporaneous daily time records regularly prepared and maintained by my firm. Lodestar calculations for the time incurred are based on the firm's current hourly rates and were prepared based upon daily time records maintained by attorneys and professional support staff at the firm. Lodestar figures do not include charges for expense items. Scott+Scott time records have been reviewed to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time expended in this litigation. As a result of this review, certain reductions were made to time and lodestar either in the exercise of billing judgment or to conform with my firm's practice. Time spent by attorneys and staff who worked fewer than 20 hours on the case has been omitted from the lodestar calculation.

1

5.    The time set forth in this Declaration does not include the hours Scott+Scott will spend after June 30, 2026, including briefing final approval of the Settlement, communicating with Settlement Class members, preparing for and attending the Final Approval Hearing on October 1, 2026, and administering the Settlement, assuming it is approved by the Court.

6.    The hourly rates for the attorneys and other professional support staff at my firm are the same as the usual and customary hourly rates used for their services in other contingent class action litigation.  Scott+Scott has grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust, and consumer-focused class actions in both the United States and Europe.  Today, Scott+Scott is comprised of 12 office locations worldwide, with its largest offices in New York and San Diego, California, which allows the firm to keep current on federal and California state law developments concerning attorneys' fees.  Accordingly, Scott+Scott is familiar with the prevailing California market rates for leading attorneys in complex class action litigation addressing important issues.

7.    Scott+Scott periodically establishes hourly rates for the firm's billing personnel based on several factors, including prevailing market rates for attorneys and law firms in California that have comparable skill, experience, and qualifications.  Scott+Scott's hourly rates applied here are fully commensurate with the hourly rates of prominent firms, and as such, are reasonable for each professional who performed work in this litigation.

8.    Scott+Scott's billing rates have been approved by California federal courts as well as in other federal courts across the country in contingent-fee class action litigation.  *See, e.g.*, *Russo v. Walgreen Co.*, 2026 WL 878331, at *22 (N.D. Ill. Mar. 30, 2026) (approving fee award with Scott+Scott's rates ranging from $400 and $1420); *Lopez v. Apple, Inc.*, No. 4:19-cv-04577, ECF No. 426 (N.D. Cal. Oct. 14, 2025) (approving fee award with Scott+Scott's rates ranging from $415 and $1,420); *Barrett v. Apple Inc.*, 2025 WL 1002786, at *3 (N.D. Cal. Apr. 3, 2025) (approving Scott+Scott attorney hourly rates between $500 and $1,545); *In Re: Robinhood Outage Litig.*, No. 3:20-cv-01626-JD, ECF No. 203 (N.D. Cal. July 28, 2023) (approving attorneys' fees, including Scott+Scott partner rates between $995 and $1,295, associate / of counsel rates between

$695 and $750, and paralegal rate of $395, and specifically finding that plaintiffs' counsel "applied their customary professional rates" and that "the rates billed are consistent with rates that have been awarded in this District"); *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949-VC, ECF No. 274 (N.D. Cal. Jan. 25, 2023) (approving fee award with Scott+Scott's rates ranging from $795 to $1,395 for partners or senior counsel, $595 to $750 for associates, and roughly $395 for paralegals); *Steamship Trade Ass'n of Balt. – Int'l Longshoremen's Ass'n Pension Fund v. Olo Inc.*, No. 1:22-cv-08228, ECF No. 128 (S.D.N.Y. Jun. 11, 2024) (approving fee award with Scott+Scott's rates ranging from $1,150 to $1,975 for partners or senior counsel, $525 to $675 for associates, and roughly $435 for paralegals); *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, 2018 WL 5839691, at *5 (S.D.N.Y. Nov. 8, 2018) (approving partner rates, including for Scott+Scott, of $630 to $1,375, and associate rates of $325 to $625), *aff'd sub nom. Kornell v. Haverhill Ret. Sys.*, 790 F. App'x 296 (2d Cir. 2019). The firm's rates are set based on periodic analysis of rates used by firms performing comparable work both on the plaintiff and defense side. For personnel no longer employed by Scott+Scott, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment with the firm.

9. The services Scott+Scott performed include, but are not limited to, the following:

- Factual Investigation: investigated allegations in the initial and amended complaints, including multiple interviews with the Galvan Plaintiffs regarding their respective experiences with Google Assistant.

- Pleadings & Pre-Answer Briefing: researched, drafted, and revised the initial complaints and the consolidated and amended pleadings, through the Fourth Amended Consolidated Class Action Complaint, and researched the viability of various statutory and common law privacy claims; drafted and revised oppositions to Google's motions to dismiss; and performed extensive research related to the foregoing briefs.

- Discovery & Depositions of Google: drafted and revised electronically stored information ("ESI") protocol and protective order; revised search terms relating to Google's production of documents; spent hundreds of hours meeting and conferring

3

with Google and writing letters to Google regarding discovery disputes; researched and drafted numerous joint discovery dispute letters and supplemental discovery-related briefing requested by the Court and attended several hearings before Magistrate Judge van Keulen; reviewed document production and prepared issue memoranda; reviewed documents for purposes of identifying deposition exhibits; and prepared for and took or attended approximately twelve depositions of Google witnesses.

- Discovery & Depositions of Plaintiffs:  reviewed, analyzed, and drafted objections and responses to the document requests and interrogatories that Google served on Plaintiffs; held discussions with the Galvan Plaintiffs regarding their respective responses to the document requests and interrogatories; met with the Galvan Plaintiffs to conduct forensic ESI document collection; reviewed and produced the Galvan Plaintiffs' documents responsive to Google's document requests; met with the Galvan Plaintiffs to prepare for their respective depositions; and attended and defended Plaintiffs at their depositions.

- Google's Third-Party Discovery: reviewed, analyzed, and drafted objections and responses to the subpoena that Google served on Plaintiff Lourdes Galvan's spouse Frank Aguiar; held discussions with the Frank Aguiar regarding his responses to the subpoena; reviewed and produced Frank Aguiar's audio files responsive to Google's subpoena; met with Frank Aguiar to prepare for his deposition; and attended and defended Frank Aguiar at his deposition.

- Plaintiffs' Third-Party Discovery:  held meet and confers with certain subpoena recipients to negotiate the scope of the production of documents in response to the subpoenas; reviewed documents produced by third parties; prepared for and deposed a third-party witness; and researched and drafted oppositions to a motion to quash subpoena, motion for relief from non-dispositive pretrial order, and motion for reconsideration.

- Class Certification and Class-Related Briefing:  conducted legal research regarding the

4

viability of certification of Wiretap Act, Stored Communication Act ("SCA"), privacy, breach of contract and UCL claims; reviewed documents to identify evidence in support of class certification; drafted the motion for class certification and the reply in support thereof, which the Court granted in part; conferred with experts and revised expert reports; deposed Google's two experts; worked with the notice administrator to plan and disseminate class notice; and drafted the class notice and motion for approval of class notice plan.  Plaintiffs also opposed Google's motion to compel arbitration and motion to clarify the class definition, each of which the Court denied.

- Summary Judgment:  researched, drafted, and revised Plaintiffs' opposition to Google's motion for summary judgment and supporting declarations; researched to identify exhibits to support opposition to motion for summary judgment; and conferred with experts and revised expert reports.  Google's motion was terminated upon the parties' Settlement.

- Mediation & Settlement:  drafted three separate mediation statements that deeply analyzed the strengths and weaknesses of the case and calculated class-wide damages for each claim; participated in four in-person, all-day mediation sessions with three different mediators; held several follow-up sessions with Magistrate Judge Westmore and Google to negotiate the terms of the Settlement; reviewed, analyzed, and edited the Settlement Agreement and its exhibits; conferred with Plaintiffs regarding the Settlement Agreement's provisions; and drafted the motion for preliminary approval.

10. Over the course of the litigation, Scott+Scott assigned a team of attorneys to work on the Action, diligently ensuring that assignments were handled by attorneys with the appropriate level of experience and minimizing duplication of efforts.  The following are the primary attorneys assigned to work on the Action, with their year of graduation from law school and the general subject matter of the tasks each performed in this case:[1]

---

[1]    Additional attorneys listed in Exhibits A & B provided strategy and assignment specific discovery, legal research, and briefing support.

5

- **Partners**:
  - <u>Joseph P. Guglielmo (1996)</u>: supervising partner who provided oversight of day-to-day partners and associates and assisted in strategy sessions, complex discovery issues, financial-related deposition, and settlement negotiations.
  - <u>Erin Green Comite (2002)</u>: day-to-day partner on the case, starting in 2022 to the present, who spearheaded the identification and analysis of Google's numerous discovery deficiencies and irregularities; led meet and confers with Google regarding discovery disputes; supervised associate legal research, drafting, and discovery efforts; edited discovery dispute letters, joint discovery briefs, reply in support of motion for class certification, and oppositions to Google's motion for summary judgment, motion to clarify class definition, and motion to compel arbitration; worked with damages expert and revised expert report; prepared for and deposed Google's damages expert; drafted and revised mediation statements; attended mediation and negotiated settlement terms; drafted and revised Settlement Agreement; and revised motion for preliminary approval.
  - <u>John T. Jasnoch (2011)</u>: day-to-day partner on the case, from case inception to August 2022, who supervised associate research and drafting of sections of Plaintiffs' oppositions to Google's motions to dismiss and presented oral argument at the motion to dismiss hearings on these issues; supervised associate research and amendment of the pleadings; deposed Google finance-related witness two times; drafted and revised RFPs; negotiated ESI protocol and protective order; interviewed the Galvan Plaintiffs regarding their experiences with Google Assistant for purposes of adding allegations to the complaint; coordinated discovery efforts related to the Galvan Plaintiffs; communicated and met with the Galvan Plaintiffs and Frank Aguiar to prepare them for their respective depositions; defended the respective depositions of the Galvan

6

Plaintiffs and Frank Aguiar; revised draft subpoenas to third parties and led negotiations with certain third party subpoena recipients; and reviewed associate research and drafting of opposition to motion to quash subpoena, motion for reconsideration, and motion for relief from non-dispositive order by a third party.

- **Associates**:
  - o <u>Hal Cunningham (2006) (Aug. 2019-July 2022)</u>:   researched and drafted sections of motion to dismiss opposition briefs and amended pleadings; and organized and assisted in numerous discovery-based projects, including responding to discovery requests directed to Plaintiffs, collecting and producing documents from Plaintiffs, and managing the initial set up of the document review and various document review assignments.
  - o <u>Stephanie Hackett (2005) (Aug. 2019-Dec. 2020)</u>:   researched and drafted sections of the motion to dismiss opposition brief; and drafted objections and responses to RFPs and interrogatories to Plaintiffs.
  - o <u>Sean Russell (2016) (Sept. 2021-Apr. 2022; May-Sept. 2023)</u>:   performed second-level, intensive document review analysis and factual research to assist with identifying hot documents for depositions and drafting class certification brief; performed class certification legal research; assisted in working with experts; and held meet and confers with third parties regarding the scope of document productions.
  - o <u>Alex Outwater (2008) (Apr.-Oct. 2022)</u>:   assisted with third-party discovery efforts, including meeting and conferring and reviewing documents produced; drafted responses to RFPs and interrogatories to the Galvan Plaintiffs, managed document collection efforts with the Galvan Plaintiffs; assisted in preparing the Galvan Plaintiffs and Frank Aguiar for their depositions; drafted deposition outlines, identified exhibits, and prepared partners for depositions, including

7

depositions of Google's expert witnesses; deposed three Google witnesses; researched and briefed several discovery disputes, including oppositions to third party's motion to quash, motion for relief from non-dispositive order, and motion for reconsideration.

o Carey Alexander (2013) (June-Dec. 2022): prepared for and deposed one of Google's expert witnesses.

o Joe Cleemann (2010) (Oct.-Dec. 2023): researched and drafted motion for approval of class notice plan.

o Anja Rusi (2016) (Aug. 2022-present): researched expert issues; performed settlement-related legal research in preparation for mediations; assisted in researching and drafting opposition to motion for summary judgment; assisted in trial preparation efforts; and managed communications with Settlement Class Members.

o Anjori Mitra (2016 (New Zealand); 2019 (NY)) (Sept. 2024-Mar. 2026): researched and drafted sections of the opposition to motion for summary judgment; organized trial preparation efforts; and researched and drafted motion for preliminary approval.

- **Staff Attorneys**: Victoria Burke, Melanie Porter, and Brandon Zapf are highly qualified, experienced attorneys who performed second-level document review, identified deposition exhibits and evidence for Plaintiffs' motion for class certification, and drafted issue memoranda in support of class certification.

11. The total time for which my firm is requesting an award of legal fees is **5,994.40** hours. The total lodestar value of these professional services is **$6,507,316.00**.

12. Attached as **Exhibit C** is a schedule of Scott+Scott's expenses reasonably incurred in connection with this litigation for which reimbursement is requested. My firm incurred these unreimbursed expenses to cover filing and *pro hac vice* fees, photocopying, mailing costs, telephone charges, legal research in electronic databases and PACER, travel-related expenses to

8

attend multiple mediations and court hearings, and part of the cost of distributing notice to the certified Purchaser Class following class certification.[2]  Expense items are billed separately, and such charges are not duplicated in the firm's current billing rates.  Further, expense items do not contain any general overhead costs, and do not contain a surcharge over the amount paid to the corresponding vendor(s).

13.    As detailed and categorized in the schedule attached as **Exhibit C**, Scott+Scott incurred a total of **$94,413.12** in expenses since the inception of the Action.  The schedule is based upon expense records recorded in Scott+Scott books and records.  These books and records are prepared from expense vouchers, check records, receipts, and other source materials.  This amount does not include Scott+Scott's contributions to the litigation fund, shown in **Exhibit D**.

14.    To facilitate the sharing of expenses, Class Counsel contributed to a litigation fund administered by my firm.  **Exhibit D** sets forth common expenses paid or incurred by the litigation fund, which was fully funded by Class Counsel, totaling **$491,775.06**.  These unreimbursed expenses include the costs of service of process, depositions and transcripts, bank fees, expert fees, the cost of distributing notice to the certified Purchaser Class following class certification, and mediation fees.

15.    These litigation expenses were reasonably and necessarily incurred in the prosecution of the Action, and therefore, this application for reimbursement of litigation expenses should be approved.

*** 

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed on July 23, 2026, in Richmond, Virginia.

_____
Daryl F. Scott

---

[2]    Most of the cost of class notice was paid out of the litigation fund, but Scott+Scott directly paid several invoices from A.B. Data, Ltd.

9

DECLARATION OF DARYL F. SCOTT OF SCOTT+SCOTT ATTORNEYS AT LAW LLP IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS
CASE NO. 5:19-CV-04286

## EXHIBIT A

### LODESTAR SUMMARY – INCEPTION THROUGH JUNE 30, 2026
### SCOTT+SCOTT ATTORNEYS AT LAW LLP

| Professional | Year | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|---|
| Carey Alexander | 2013 | P | $900 | 114.00 | $102,600.00 |
| Chris Burke | 2001 | P | $1,395 | 25.30 | $35,293.50 |
| Daryl Scott | 1985 | P | $1,960 | 39.00 | $76,440.00 |
| David Scott | 1989 | P | $3,000 | 64.70 | $194,100.00 |
| Erin Comite | 2002 | P | $1,210 | 1621.70 | $1,962,257.00 |
| Hal Cunningham | 2006 | P | $1,195 | 193.90 | $231,710.50 |
| Joseph Guglielmo | 1996 | P | $1,465 | 716.20 | $1,049,233.00 |
| John Jasnoch | 2011 | P | $1,185 | 860.70 | $1,019,929.50 |
| Kristen Anderson | 2006 | OC | $1,135 | 29.40 | $33,369.00 |
| Anja Rusi | 2016 | A | $810 | 487.00 | $394,470.00 |
| Alex Outwater | 2008 | A | $875 | 369.80 | $323,575.00 |
| Anjori Mitra | 2016 | A | $910 | 179.90 | $163,709.00 |
| Ethan Binder | 2020 | A | $720 | 45.80 | $32,976.00 |
| Joseph Cleemann | 2010 | A | $820 | 57.00 | $46,740.00 |
| Mollie Chadwick | 2019 | A | $770 | 21.00 | $16,170.00 |
| Sean Russell | 2016 | A | $910 | 348.50 | $317,135.00 |
| Stephanie Hackett | 2005 | A | $750 | 282.00 | $211,500.00 |
| Brandon Zapf | 2008 | SA | $720 | 35.70 | $25,704.00 |
| Melanie Porter | 2007 | SA | $720 | 56.50 | $40,680.00 |
| Victoria Burke | 2011 | SA | $720 | 111.50 | $80,280.00 |
| Allen West | | PL | $450 | 20.50 | $9,225.00 |
| Amy Weas | | PL | $395 | 22.10 | $8,729.50 |
| General Paralegal | | PL | $450 | 64.10 | $28,845.00 |
| Ellen DeWan | | PL | $450 | 28.80 | $12,960.00 |
| Kimberly Jager | | PL | $450 | 199.30 | $89,685.00 |
| **TOTAL** | | | | **5,994.40** | **$6,507,316.00** |

Partner (P)
Of Counsel (OC)
Associate (A)
Staff Attorney (SA)
Paralegal (PL)
Other (O)

EXHIBIT B

**Firm Name: Scott+Scott Attorneys at Law LLP**
**Reporting Period Inception through June 2026**

**Categories: 1**. Investigation & Factual Research for Initial and Amended Complaints; 2. Initial & Amended Complaint Drafting and Motion to Dismiss Briefing; 3. Document Review; 4**.** Depositions ((incl. prep); **5**. Other Discovery (incl. motion Practice); 6. Class Cert & Post-Class Cert Motions (Motions to Clarify Class Definition, Invalidate Arbitration Opt Outs, Compel Arbitration); 7. Summary Judgment; 8. Litigation Strategy & Analysis; 9. Mediation, Settlement & Settlement Administration; 10. Trial (incl. prep); 11. Client Communication; 12. Expert Discovery

| Name | Status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Current Hourly | Total Hours This Period | Lodestar This Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carey Alexander | P | | | | | | 20.10 | | | | | | 93.90 | $900 | 114.00 | $102,600.00 |
| Chris Burke | P | | | | | | | | 25.30 | | | | | $1,395 | 25.30 | $35,293.50 |
| Daryl Scott | P | | | | | | | | 39.00 | | | | | $1,960 | 39.00 | $76,440.00 |
| David Scott | P | | | | | | | | 1.40 | 63.30 | | | | $3,000 | 64.70 | $194,100.00 |
| Erin Comite | P | | 169.80 | | 1.00 | 43.70 | 247.20 | 267.20 | 2.70 | 808.30 | | | 81.80 | $1,210 | 1621.70 | $1,962,257.00 |
| Hal Cunningham | P | | 69.10 | | 14.20 | 81.70 | | | | 5.10 | | 22.90 | 0.90 | $1,195 | 193.90 | $231,710.50 |
| Joseph Guglielmo | P | 11.20 | 132.30 | | 3.80 | 31.40 | 102.30 | 25.50 | 3.50 | 343.60 | | 7.60 | 55.00 | $1,465 | 716.20 | $1,049,233.00 |
| John Jasnoch | P | | 504.00 | | 30.60 | 207.00 | 41.70 | 4.10 | 4.80 | | | 16.40 | 52.10 | $1,185 | 860.70 | $1,019,929.50 |
| Kristen Anderson | OC | | | | | | | | | 29.40 | | | | $1,135 | 29.40 | $33,369.00 |
| Anja Rusi | A | | | | | | 99.10 | 250.90 | | 119.00 | | | 18.00 | $810 | 487.00 | $394,470.00 |
| Alex Outwater | A | | 0.50 | | 191.80 | 102.00 | 9.70 | 41.70 | | | | 9.80 | 14.30 | $875 | 369.80 | $323,575.00 |
| Anjori Mitra | A | | | | | | 11.30 | 99.70 | | 68.90 | | | | $910 | 179.90 | $163,709.00 |
| Ethan Binder | A | | | | | | 15.30 | | | 30.50 | | | | $720 | 45.80 | $32,976.00 |
| Joseph Cleemann | A | | | | | | 57.00 | | | | | | | $820 | 57.00 | $46,740.00 |
| Mollie Chadwick | A | | | | 21.00 | | | | | | | | | $770 | 21.00 | $16,170.00 |
| Sean Russell | A | | 4.90 | 122.20 | 10.00 | 50.40 | 150.60 | | | 0.80 | | | 9.60 | $910 | 348.50 | $317,135.00 |
| Stephanie Hackett | A | 55.00 | 206.00 | | | 21.00 | | | | | | | | $750 | 282.00 | $211,500.00 |
| Brandon Zapf | SA | | 35.70 | | | | | | | | | | | $720 | 35.70 | $25,704.00 |
| Melanie Porter | SA | | 2.30 | | 54.20 | | | | | | | | | $720 | 56.50 | $40,680.00 |
| Victoria Burke | SA | | | 58.00 | 53.50 | | | | | | | | | $720 | 111.50 | $80,280.00 |
| Allen West | PL | | | | | | 19.10 | | | 1.40 | | | | $450 | 20.50 | $9,225.00 |
| Amy Weas | PL | | 22.10 | | | | | | | | | | | $395 | 22.10 | $8,729.50 |
| General Paralegal | PL | | | | 5.60 | | 29.40 | | | 25.30 | | 0.50 | 3.30 | $450 | 64.10 | $28,845.00 |
| Ellen DeWan | PL | | 19.30 | | 2.00 | | | | | 7.50 | | | | $450 | 28.80 | $12,960.00 |
| Kimberly Jager | PL | | 130.30 | | | 11.00 | 31.50 | 26.50 | | | | | | $450 | 199.30 | $89,685.00 |
| **TOTALS** | | **66.20** | **1296.30** | **180.20** | **380.10** | **555.80** | **834.30** | **715.60** | **76.70** | **1503.10** | **0.00** | **57.20** | **328.90** | | **5,994.40** | **$6,507,316.00** |

Partner (P)
Of Counsel (OC)
Associate (A)
Paralegal (PL)
Other (O)
Staff Attorney (SA)

**EXHIBIT C**

**EXPENSE SUMMARY**
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

| EXPENSE CATEGORIES | AMOUNT |
|---|---|
| Travel - Airfare, Lodging, Meals, Taxi | $36,146.54 |
| Computer Research, Databases & Docket | $14,983.81 |
| Class Notice Administration Fees/A.B. Data, Ltd. | $24,599.99 |
| In-House Copying | $14,077.50 |
| Postage, Mailing, FedEx, UPS & Messengers | $186.91 |
| Service, Filing & Other Fees | $4,160.95 |
| Telephone, Facsimile & Case-Specific Supplies | $257.42 |
| **TOTAL** | **$94,413.12** |

**EXHIBIT D**

**EXPENSE SUMMARY
LITIGATION FUND**

| EXPENSES | AMOUNT |
|---|---|
| Bank Fees | $770.00 |
| Expert/East Bay Dispute Advisory | $316,483.10 |
| Expert/IP Metrics | $18,562.50 |
| Mediation/Randall W. Wulff | $11,500.00 |
| Mediation/JAMS | $18,500.00 |
| Mediator Travel-Related Costs | $2,497.40 |
| Class Notice Administration/A.B. Data, Ltd. | $86,602.31 |
| Service of Process | $310.00 |
| Transcripts/Veritext (deferred billing) | $36,549.75 |
| **TOTAL** | **$491,775.06** |

| FIRM CONTRIBUTIONS | AMOUNT |
|---|---|
| Scott+Scott Contributions | $262,906.00 |
| Lowey Dannenberg Contributions | $192,500.00 |
| **TOTAL** | **$455,406.00** |