# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>**DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS**<br><br>COMPLAINT FILED: July 25, 2019<br><br>Date:    October 1, 2026<br>Time:    9:00 a.m. PT<br>Dept.:   Courtroom 1-5th Floor<br>Judge:   Honorable Beth Labson Freeman |

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS
CASE NO. 5:19-CV-04286

I, Mark Todzo, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney duly licensed to practice before the courts of the state of California and admitted to practice before all the federal courts in California including before this Court. I am a partner at Lexington Law Group, LLP (the "Firm" or "LLG"), which is counsel of record for Plaintiffs Asif Kumandan, Melissa Spurr, individually and as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs").  I submit this declaration in support of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards ("Fee and Expense Application") filed concurrently herewith.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Unless otherwise defined, capitalized terms herein have the same meaning as in the Stipulation and Agreement of Settlement.  ECF No. 549-2.

3.      The statements herein are true to the best of my personal knowledge, information, and belief based upon the books and records of the Firm and information received from the Firm's attorneys and staff.

4.      The schedules attached as **Exhibit A** and **Exhibit B** summarize the hours and lodestar of the Firm from inception of this Action to June 30, 2026, including a breakdown of the hours by category of work.  The total hours were determined by examining contemporaneous daily time records regularly prepared and maintained by my firm.  Lodestar calculations for the time incurred are based on the firm's current hourly rates and were prepared based upon daily time records maintained by attorneys and professional support staff at the firm.  Lodestar figures do not include charges for expense items.  The Firm's time records have been reviewed to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time expended in this litigation.  As a result of this review, certain reductions were made to time and lodestar either in the exercise of billing judgment or to conform with my firm's practice.  Time spent by attorneys and staff who worked fewer than 20 hours on the case has been omitted from the lodestar calculation.

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS
CASE NO. 5:19-cv-04286

5. The hourly rates for the attorneys and other professional support staff at the Firm are the same as the usual and customary hourly rates used for their services in other contingent class action litigation. The Firm is a public interest law firm specializing in complex consumer class actions and environmental litigation. As counsel for Plaintiffs, the Firm was able to prosecute this case so effectively and efficiently by virtue of its attorneys' considerable experience in this area of the law. LLG keeps detailed time records and maintains complete documentation of all the attorneys' fees and costs that the Firm has incurred in pursuing this case. The time records are kept contemporaneously with time delineated by timekeeper to the tenth of an hour. These detailed time records are kept by LLG according to its usual timekeeping practices, which are designed to ensure that its time records are detailed, accurate, and complete. All new billing employees are trained on the Firm's timekeeping procedures

6. The Firm periodically establishes hourly rates for the Firm's billing personnel based on several factors, including prevailing market rates for attorneys and law firms in California that have comparable skill, experience, and qualifications. The Firm's hourly rates applied here are fully commensurate with the hourly rates of prominent firms, and as such, are reasonable for each professional who performed work in this litigation.

7. The Firm's billing rates have been approved by California federal courts as well as in other federal courts across the country in contingent-fee class action litigation. *See, e.g.*, *Lopez v. Apple, Inc.*, No. 4:19-cv-04577, (N.D. Cal. Oct. 16, 2025), ECF No. 426 (approving fee award with the Firm's then current hourly rates); *Center for Environmental Health v. Quemetco, Inc.*, Case No. 19STCV02668 (Super Ct. Los Angeles County), Tentative Ruling Re: Supplemental Briefing Re: Motion for Approval and Entry of Consent Judgment (entered May, 22, 2023); *Smith v. Keurig Green Mountain, Inc.*, Case No. 18-CV-06690-HSG, 2023 WL 2250264 (N.D. Cal. Feb. 27, 2023); *Ambrose v. Kroger Co.*, Case No. 20-cv-04009-EMC (N.D. Cal. 2021); *Brown v. Hain Celestial Group, Inc.*, 2016 U.S. Dist. LEXIS 20118 (N.D. Cal.); *Center for Environmental Health v. Nutraceutical Corp.*, Case No. A148208, 2018 WL 3032254 (Cal. Ct. App. June 19, 2018); *Golloher v. Todd Christopher International, Inc. dba Vogue International*, Case No. 12-cv-06002

2

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS'
COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR
SERVICE AWARDS
CASE NO. 5:19-cv-04286

RS (N.D. Cal. 2014), Order and Final Judgment Approving Class Action Settlement, Awarding Attorneys' Fees and Expenses, and Awarding Class Representative Service Awards (entered April 25, 2014). For personnel no longer employed by the Firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment. The total lodestar does not include charges for expense items.

8.      The services the Firm performed include, but are not limited to, the following:

- Factual Investigation:  investigated allegations in the initial and amended complaints, including interviews with the Plaintiffs regarding their respective experiences with Google Assistant.

- Pleadings & Pre-Answer Briefing: researched, drafted, and revised the initial complaints and the consolidated and amended pleadings, through the Fourth Amended Consolidated Class Action Complaint, and researched the viability of various statutory and common law privacy claims; drafted and revised oppositions to Google's four motions to dismiss and several stipulations to modify the case management schedule; and performed extensive research related to the foregoing briefs and stipulations.

- Class Certification and Class-Related Briefing:  conducted legal research regarding the viability of certification the breach of contract and UCL claims.

- Summary Judgment:   researched, drafted, and revised Plaintiffs' opposition to Google's motion for summary judgment, primarily related to the breach of contract and UCL claims.

- Mediation & Settlement:  reviewed and edited three separate mediation statements that deeply analyzed the strengths and weaknesses of the case and calculated class-wide damages for each claim; participated in three of the four in-person, all-day mediation sessions with three different mediators; held several follow-up sessions with Magistrate Judge Westmore and Google to negotiate the terms of the Settlement; reviewed, analyzed, and edited the Settlement Agreement and its exhibits; conferred with Plaintiffs regarding the Settlement Agreement's provisions; and drafted the motion for

3

preliminary approval.

9.      The primary attorneys from LLG working on this matter are myself, my partner Patrick Carey, and associates Meredyth Merrow, and Mary Haley Ousley.  I graduated from Hastings College of the Law (now UC Law San Francisco) in 1993 and was admitted to the California Bar in 1993.  I have been practicing law for over thirty years.  Since joining LLG in 1998, my practice has been devoted exclusively to representing plaintiffs in environmental and consumer protection litigation.  I have participated in a number of published California appellate decisions, including *Dowhal v. Smithkline Beecham Consumer Healthcare, et al.*, 32 Cal.4th 910 (2004); *People v. Cotter & Company*, 53 Cal.App.4th 1373 (1997); and *As You Sow v. Crawford Laboratories, Inc.*, 50 Cal.App.4th 1859 (1996).  I have served as class counsel in a number of cases in this district, including: *Brown v. Hain Celestial Group, Inc.,* 3:11-CV-03082-LB, 2016, *Golloher v. Todd Christopher International, Inc. dba Vogue International*, Case No. 12-cv-06002 RS (N.D. Cal. April 25, 2014, as well as in cases in other jurisdictions such as *In re: Comcast Corporation Peer-to-Peer (P2p) Transmission Contract Litigation*, MDL No. 1992, Case No. 2:08-MD-1992-LDD (E.D. Penn. 2010).  I have also spoken at numerous panel discussions and conferences regarding environmental law.  My current hourly rate is $995 an hour.

10.      My partner Patrick Carey graduated from Berkeley Law in 2015 and was admitted to the California bar in 2016.  Before joining LLG as a partner in January 2023, Mr. Carey was an associate at Covington & Burling, where he represented clients in the technology, sports and entertainment, financial services, and consumer products sectors in a variety of matters including government investigations, complex commercial litigations, and class actions.  Mr. Carey also briefly worked at Pillsbury, Winthrop, Shaw, and Pittman handling a wide variety of cases.  Mr. Carey's billing rate is $855 an hour.

11.      LLG associate attorney Meredyth Merrow graduated from UC Law San Francisco (formerly Hastings College of the Law) with an Environmental Law concentration in 2019 and was admitted to the California bar that same year. Ms. Merrow has practiced law at LLG since September 2019, exclusively representing plaintiffs in environmental and consumer protection

4

cases. She has spoken at numerous conferences regarding Proposition 65 and environmental law. Ms. Merrow's current billing rate is $725 an hour.

12. Former LLG associate Mary Haley Ousley graduated from Hastings College of the Law (now UC Law San Francisco) in 2020. Ms. Ousley was approved to practice law in California as a provisionally licensed lawyer in November 2020 and was admitted to the bar in January 2021. Prior to joining LLG, Ms. Ousley worked for a private law firm in Santa Cruz representing public agencies in the bay area. She joined LLG in May 2022, representing plaintiffs in environmental and consumer protection cases. Ms. Ousley left the firm in April 2026. Ms. Ousley's billing rate was $550 an hour.

13. The total time for which the Firm is requesting an award of legal fees is **759.9** hours. The total loadstar value of these professional services is **$645,426.**

14. Attached as **Exhibit C** is a schedule of the Firm's expenses reasonably incurred in connection with this litigation for which reimbursement is requested. The Firm incurred these unreimbursed expenses to cover the costs of filing, service of process, couriers, legal research in electronic databases such as PACER, Westlaw, and LexisNexis, photocopies telephone and facsimile charges, and work-related transportation. Expense items are billed separately, and such charges are not duplicated in the firm's current billing rates. Further, expense items do not contain any general overhead costs, and do not contain a surcharge over the amount paid to the corresponding vendor(s).

15. As detailed and categorized in the schedule attached as **Exhibit C**, the Firm incurred a total of **$6,636.64** in expenses since the inception of the Action. The schedule is based upon expense records recorded in the Firm's books and records.

16. These litigation expenses were reasonably and necessarily incurred in the prosecution of the Action, and therefore, this application for reimbursement of litigation expenses should be approved.

***

5

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed on July 23, 2026, in San Francisco, California.

_____
Mark N. Todzo

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS
CASE NO. 5:19-cv-04286

**EXHIBIT A**
**LODESTAR SUMMARY – INCEPTION THROUGH JUNE 30, 2026**
**LEXINGTON LAW GROUP, LLP**

| PROFESSIONAL | ROLE | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES |
|---|---|---|---|---|
| Mark Todzo | P | $995 | 514.1 | $511,529 |
| Meredyth Merrow | A | $725 | 57.7 | $41,832.50 |
| Mary Haley Ousley | A | $550 | 25.7 | $14,135 |
| Patrick Carey | P | $855 | 34.7 | $29,688.50 |
| Eric Somers | P | $850 | 21.0 | $17,850 |
| Alexis Pearson | SA | $350 | 46.4 | $16,240 |
| Owen Suter | PL | $235 | 60.3 | $14,170.50 |
| **Total** | | | **759.9** | **$645,426** |

Partner (P)
Of Counsel (OC)
Associate (A)
Staff Attorney (SA)
Paralegal (PL)
Other (O)

7

**EXHIBIT B**

**HOURS BY CATEGORY – INCEPTION THROUGH JUNE 30, 2026**
**LEXINGTON LAW GROUP, LLP**

| Attorneys | (1) | (2) | (3) | (4) | (5) | (6) | Total Hours |
|---|---|---|---|---|---|---|---|
| | | | **Hours by Category** | | | | |
| M. Todzo | 2.2 | 3.2 | 188.2 | 90.1 | 190.8 | 39.6 | 514.1 |
| P. Carey | 0 | 0 | 3.5 | 20.1 | 11.1 | 0 | 34.7 |
| M. Merrow | 0 | 0 | 36.3 | 0.5 | 16.7 | 4.2 | 57.7 |
| E. Somers | 2.6 | 0 | 10.4 | 1.8 | 5.9 | 0.3 | 21.0 |
| M. Ousley | 0 | 0 | 20.1 | 0 | 5.6 | 0 | 25.7 |
| A. Pearson | 6.8 | 0 | 25.1 | 0 | 12.6 | 1.9 | 46.4 |
| **Non-Attorneys** | **(1)** | **(2)** | **(3)** | **(4)** | **(5)** | **(6)** | **Total Hours** |
| O. Sutter | 0 | 0 | 12.9 | 0.5 | 40.9 | 6.0 | 60.1 |
| **TOTAL:** | **11.6** | **3.2** | **296.5** | **113.0** | **283.6** | **52.0** | **759.9** |

Key:
    (1) Case Development
    (2) Experts
    (3) Pleadings and Law and Motion
    (4) Settlement
    (5) Case Management and Litigation Strategy
    (6) Factual Discovery
    (7) Trial, Trial Preparation, and Post-Trial Proceedings (no time was billed to this category)
    (8) Appellate Work (no time was billed to this category)

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS'
COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR
SERVICE AWARDS
CASE NO. 5:19-cv-04286

**EXHIBIT C**
**EXPENSES BY CATEGORY – INCEPTION THROUGH JUNE 30, 2026**
**LEXINGTON LAW GROUP, LLP**

| EXPENSE CATEGORIES | AMOUNT |
|---|---|
| Legal Research (Lexis, Westlaw) | $756.69 |
| In-House Copying | $494.41 |
| Postage, Mailing, FedEx, UPS, Fares & Messengers | $317.06 |
| Conferences, Meetings, Telephone & Telecopier | $2,249.22 |
| Service and Filing Fees | $2,707.56 |
| Computer Research, Databases & Docket | $111.70 |
| **TOTAL** | **$6,636.64** |

DECLARATION OF MARK TODZO OF LEXINGTON LAW GROUP, LLP IN SUPPORT OF PLAINTIFFS'
COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR
SERVICE AWARDS
CASE NO. 5:19-cv-04286