**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Master Docket No.: 5:19-cv-04286-BLF |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF LOURDES GALVAN IN SUPPORT OF MOTION FOR: (A) ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS; AND (B) FINAL APPROVAL**<br><br>COMPLAINT FILED: July 25, 2019<br>Date:    October 1, 2026<br>Time:    9:00 a.m. PT<br>Dept.:    Courtroom 1-5th Floor<br>Judge:  Honorable Beth Labson Freeman |

I, Lourdes Galvan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am one of the Named Plaintiffs and Class Representatives in this Action. I respectfully submit this Declaration in support of: (a) the Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards, filed herewith; and (b) Plaintiffs' forthcoming Motion for Final Approval. I have personal knowledge of all the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2.      Unless otherwise defined, capitalized terms in this Declaration have the same meaning as set forth in the Stipulation and Agreement of Settlement ("Settlement Agreement"). ECF No. 549-2.

3.      On July 30, 2019, I filed a Complaint in this Action and chose to serve as a class representative because I believe that privacy is an important right and Google's alleged unlawful and intentional recording of individuals' confidential communications without their consent is a violation of those individuals' privacy rights.

4.      I am not aware of any conflict of interest that I could have with any other Class Member, and I am willing and able to continue as a Class Representative.

5.      At all times during this litigation, I have endeavored to fully discharge my obligations as a Class Representative. To that end, I have: (1) routinely communicated with attorneys at the Wood Law Firm and Scott+Scott Attorneys at Law LLP ("Scott+Scott") concerning this Action; (2) remained fully informed about case developments; (3) routinely reviewed the various pleadings filed in this Action; (4) searched for and produced documents; (5) responded to Google's document requests and interrogatories; (6) prepared for and sat for a deposition; and (7) conferred with my attorneys to understand and approve the terms of the Settlement. I agreed to the terms set forth in the Settlement Agreement, subject to the Court's approval.

6.      Over the span of more than six years, I have faithfully and diligently discharged my duties as a Class Representative, and I have worked closely with my attorneys to ensure the

efficient and effective prosecution of the Action. In doing so, I have expended valuable effort and time.

7.      For example, I extensively discussed with attorneys at Wood Law Firm and Scott+Scott the personal and sensitive nature of the privacy violations that I believe occurred and had conversations with Wood Law Firm and Scott+Scott to understand the responsibilities that I would have as a representative of the proposed class. I reviewed the draft complaint and provided edits to the allegations that related to my experience before the complaint was filed. Throughout the litigation, I maintained contact with the Wood Law Firm to stay up to date regarding the progress of the litigation.

8.      During the discovery phase of the litigation, I worked with Wood Law Firm and Scott+Scott to provide written responses to Google's discovery requests and interrogatories. I reviewed Google's First and Second Set of Requests for Production of Documents ("RFPs") and conferred with my attorneys to understand these RFPs. I spent several hours searching for and providing documents to my attorneys and ultimately produced several documents responsive to Google's RFPs. I also reviewed Google's First and Second Set of Interrogatories ("Interrogatories") and met with my attorneys to discuss and respond to these Interrogatories. I then reviewed the draft responses to the Interrogatories to ensure the accuracy of the responses.

9.      On August 4, 2022, I was deposed for approximately 5 hours. In advance of the deposition, I met with Scott+Scott attorneys for several hours and also independently prepared to provide testimony. This preparation involved a substantial investment of time and effort. I also reviewed the entire transcript of my deposition to ensure the accuracy of the transcription.

10.     As the litigation progressed, I continued to engage with my attorneys and otherwise assisted in representing the interests of the other Class Members throughout the settlement process.

11.     Based on the considerable time and effort I spent in protecting the Settlement Classes' interests in this Action, I support this application for a service award of $10,000.

12.     I have reviewed the Settlement and believe that the terms are fair, reasonable and

DECLARATION OF LOURDES GALVAN IN SUPPORT OF MOTION FOR: (A) ATTORNEYS' FEES AND EXPENSES AND
PLAINTIFFS' APPLICATION FOR SERVICE AWARDS; AND (B) FINAL APPROVAL
CASE NO. 5:19-cv-04286-BLF

in the best interest of the Class Members.

13.     I understand that Plaintiffs' Counsel have invested considerable time and effort prosecuting this Action on my and the Settlement Classes' behalf. This includes advancing hundreds of thousands of dollars in expenses and spending thousands of hours over years of hard-fought litigation, with no guarantee of recovery or payment. I therefore support this application for reimbursement of attorneys' fees and expenses in an amount approved by the Court that is fair and reasonable and accounts for the uncertainty of the recovery and the considerable time and effort spent by Plaintiffs' Counsel in prosecuting this Action.

14.     I remain ready, willing, and able to continue to represent the interests of the Settlement Classes throughout the Settlement approval process.

***

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on July 15, 2026, in _Covina_, California.

_____
Lourdes Galvan

DECLARATION OF LOURDES GALVAN IN SUPPORT OF MOTION FOR: (A) ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS; AND (B) FINAL APPROVAL
CASE NO. 5:19-cv-04286-BLF