**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No.: 19-cv-04286-BLF<br><br>**DECLARATION OF ROCHELLE J. TEICHMILLER ON IMPLEMENTATION OF NOTICE PLAN** |

I, Rochelle J. Teichmiller, declare as follows:

1. I am a Project Manager in the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I submit this declaration at the request of Class Counsel in connection with the above-captioned action (the "Action"). This Declaration is based upon my personal knowledge and information provided by Plaintiffs' Counsel, and A.B. Data staff members.

2. The Court previously approved A.B. Data to act as Notice Administrator in this case and to provide notice to members of the certified Purchaser Class in this Action. (Dkt. No. 423).

3. The *Declaration of Justin Parks of A.B. Data in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement*, filed on January 23, 2026 (Dkt. No. 549-8) ("Parks Declaration"), described the proposed notification plan ("Notice Plan") to provide notice to the Settlement Classes about the Settlement. The Court approved the Notice Plan and appointed A.B. Data as Claims Administrator on March 19, 2026 (Dkt. No. 553).

4. This Declaration describes the implementation of the Notice Plan. The Notice Plan included direct notice and paid and earned media notice.

## DIRECT NOTICE

5. As described in the Parks Declaration, Defendants Google LLC and Alphabet Inc. (collectively, "Google") provided a list of approximately 183 million email addresses for potential Settlement Class Members (the "Direct Notice List") to A.B. Data on April 9, 2026. On that same

day, Google also provided a list of email addresses to which direct notice should not be sent because they are associated with individuals represented by separate counsel, including the 69,504 individuals who were previously excluded from the Purchaser Class at the request of their counsel (as noted in Dkt. No. 440 ¶ 13) (the "Represented List"). A.B. Data removed the emails on the Represented List from the Direct Notice List.

6. Prior to emailing, A.B. Data performed several tasks to maximize deliverability. These tasks included analyzing the email list to ensure the recipient email addresses were valid and that no duplicate email addresses were present in the data. This process reduced the list to 173,814,291 valid email addresses. Upon sending the email, A.B. Data also incorporated best practices, such as excluding words or phrases known to trigger SPAM or junk filters, did not include email attachments, and sent the emails in tranches over a period of time to increase the likelihood the emails would be successfully delivered.

7. From May 7, 2026, through June 25, 2026, A.B. Data sent a notice, formatted as an email ("Email Notice") to 173,814,291 valid email addresses on the updated Direct Notice List. Of the Email Notices that were sent, 171,652,966 (or 98.76%) were delivered and 2,087,696 (or 1.20%) were undeliverable. A true and correct copy of the Email Notice is attached hereto as **Exhibit A.**

8. Between July 8, 2026, and August 13, 2026, A.B. Data sent a reminder notice, formatted as an email ("Reminder Email Notice") to each of the valid email addresses on the Direct Notice List from which A.B. Data had not received a claim or a request for exclusion as of June 25, 2026. As of the date of this declaration, 161,879,329 Reminder Email Notices were sent. Of these, 160,429,625 were delivered, which reflects a ninety-nine percent (99 %) successful delivery rate. A true and correct copy of the Reminder Email Notice is attached as **Exhibit B**.

## <u>PAID MEDIA</u>

9. A.B. Data implemented a paid media (targeted digital and social media) plan to provide supplemental notice to Settlement Class Members.

10. From May 7, 2026, through June 6, 2026, digital banner and social media advertising appeared on various websites and social media via MSN Microsoft Network, Yahoo!,

Facebook, Instagram, and other programmatic platforms. Targeted digital and social media advertising was also employed to programmatically reach users. This advertising delivered 175,735,324 gross impressions,[1] exceeding the 172,500,000 planned gross impressions, as detailed in the Parks Declaration. It also generated over 472,680 clicks to the case-specific website.

11.    The case-specific Facebook page, www.facebook.com/googleprivacyassistantlitigation, was created to serve as a landing page for the Facebook and Instagram newsfeed advertisements. The Facebook page provided users with access to news articles and other information related to the litigation.

12.    A.B. Data purchased sponsored search listings to appear from May 7, 2026, through June 6, 2026, on Microsoft Bing, Yahoo!, and/or other search partners. When a person used a specific target phrase and/or keyword in a search engine to search for information, the link to the case-specific website may have appeared near the top of the search result pages.

13.    The digital and social media ads included images appropriate for this case and an embedded link to the case-specific website, www.GoogleAssistantPrivacyLitigation.com. Samples of these digital banner ads as they appeared are attached hereto as **Exhibit C**.

## EARNED MEDIA

14.    On May 7, 2026, A.B. Data distributed a news release through PR Newswire's US1 Newsline and shared information about the case with its followers on X. The press release was picked up by 426 online publications and viewed more than 4,400 times. The press release is attached hereto as **Exhibit D**.

## DUE PROCESS & DELIVERY

15.    The Notice Plan reached more than 75.2% of the target audience, satisfying the requirements of Rule 23 of the Federal Rules of Civil Procedure. This reach is similar to those that courts have approved previously and is within the range recommended and considered reasonable by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and*

---

[1] Gross (targeted) impressions are the duplicated sum of audiences of all media vehicles containing the notice.

| DECLARATION OF ROCHELLE J. TEICHMILLER | 3 | Case No. 19-cv-04286-BLF |

*Plain Language Guide.*[2]

## WEBSITE

16.    On May 7, 2026, A.B. Data updated the dedicated case-specific website (www.GoogleAssistantPrivacyLitigation.com). The website provides, among other things, downloadable versions of the Email Notice and long form Notice (in English and Spanish) and Claim Form, frequently asked questions, a detailed summary of the Settlement's terms, information about Settlement Class Members' rights and options, functionality for Settlement Class Members to submit their claims or exclude themselves online, all relevant documents, important dates and deadlines, and any pertinent updates concerning the litigation or Settlement process. Also available on the Settlement Website are Plaintiffs' Counsel's Notice of Motion and Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards, Memorandum of Points and Authorities in Support Thereof, and the Joint Declaration of Erin Green Comite and Christian Levis in Support of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards. (Dkt. Nos. 566 and 566-1 through 566-10). The Settlement Website is available in both English and Spanish. As of August 13, 2026, there have been approximately 5,778,169 visits by 2,149,348 unique visitors to the website. The English version of the Claim Form that is available on the Settlement Website is attached hereto as **Exhibit E**.

## TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS

17.    On May 7, 2026, A.B. Data updated the case-specific toll-free telephone number, 1-877-411-4704, with an automated interactive voice response ("IVR") system to address callers' questions and provide additional information about the Settlement. As of August 13, 2026, there have been 3,020 calls to the toll-free telephone number.

18.    As of August 13, 2026, the case-specific email address established by A.B. Data has received and responded to 4,242 emails.

---

[2] The *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* states: "The lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70-95%."

DECLARATION OF ROCHELLE J. TEICHMILLER                    4                    Case No. 19-cv-04286-BLF

**EXCLUSION REQUESTS**

19.    The deadline for Settlement Class Members to request exclusion is August 27, 2026. As of August 13, 2026, A.B. Data received 167 exclusion requests. A.B. Data reviewed the 167 exclusion requests to determine their validity, because any individuals (a) whose claims in this matter have been fully adjudicated on the merits or otherwise released in connection with arbitration demands against Google or otherwise or (b) who previously opted out of the Purchaser Class (Dkt. No. 440) and had not elected to rejoin the Settlement Class, are not Settlement Class Members. Out of the 167 exclusions, 6 individuals were identified as matching the list(s) that counsel for arbitration claimants provided to A.B. Data identifying individuals whose claims in this matter have been released. One individual was found who had previously opted out of the Purchaser Class and had not elected to rejoin the Settlement Class. In addition, we have identified one individual who has appeared to provide fake information and whose exclusion request is therefore deemed to be invalid as well as 18 duplicate submissions. Accordingly, as of August 13, 2026, A.B. Data has received 143 valid exclusions. A list of individuals who validly requested exclusion will be filed with the Court after the August 27, 2026, exclusion deadline.

**OBJECTIONS**

20.    The deadline for Settlement Class Members to object to the Settlement is August 27, 2026. As of August 13, 2026, A.B. Data has not received any (misdirected) objections.

**INITIAL CLAIMS ADMINISTRATION**

21.    A.B. Data is also providing claims administration services.

22.    Settlement Class Members are required to complete and submit a properly executed Claim Form, either by mail or online through the case-specific website, to determine their eligibility to receive payment from the Settlement Fund. The deadline for Settlement Class Members to file Claims in this matter is August 27, 2026.

23.    As described in the Parks Declaration, A.B. Data is reviewing and processing Claims as they are received. However, this process will not be complete until the claim filing deadline has passed and all Claims have been submitted.

24.     As of August 13, 2026, A.B. Data has received 859,969 Claims, of which 859,252 were submitted online and 717 were submitted by mail. The actual number of valid claims will not be determined until the claims process is complete. A.B. Data will provide the Court with an updated report regarding claims administration after the claim filing deadline.

25.     Based on current claim participation, an Alternative Minimum Payment is not expected to be necessary, but A.B. Data will continue to evaluate the issue and provide an update following the close of the Claims Period if circumstances change.

## ADMINISTRATION COSTS

26.     As of August 13, 2026, A.B. Data has incurred fees and costs associated with disseminating Notice and claims administration in the amount of $480,848.94. The fees and costs incurred are currently below the estimated total notice and administration costs of $1,700,000 stated in the Parks Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August 2026.

Rochelle J. Teichmiller

# EXHIBIT A

Outlook

[Draft] Test - Google Assistant Class Action Settlement

| | |
|---|---|
| **From** | Google Assistant Class Action Administrator <help@mg.abdataclassactionmail.com> |
| **Draft saved** | Wed 4/29/2026 10:32 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To read this email in a browser click here

www.GoogleAssistantPrivacyLitigation.com

Share This Email



## $68 Million Google-Made Device Settlement

Did you purchase a Google-Made Device or your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor?

You could be eligible for money
from a $68 million class action Settlement

**Learn More**

A COURT DIRECTED THIS NOTICE

You may qualify to get a payment from a Settlement with Defendants Google LLC and Alphabet Inc. ("Google") in a class action lawsuit. The lawsuit claims Google violated the law and its own privacy policies with respect to the operation of Google Assistant. Google denies all of the allegations made in the lawsuit and that it did anything improper or unlawful. The Court has not made any determination as to who is right or whether Google did anything wrong. The United States District Court for the Northern District of California approved this notice.

**PLEASE REVIEW THE LONG-FORM NOTICE LOCATED ON THE SETTLEMENT WEBSITE,
WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM,
FOR MORE DETAILED INFORMATION ABOUT THE SETTLEMENT.**

### Am I Included in the Settlement?

***You are a member of the Purchaser Settlement Class if you*** are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016, and March 19, 2026.

***You are a member of the Privacy Settlement Class if you*** are a User of Google Assistant or were a member of a User's Household between May 18, 2016, and March 19, 2026, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

- "Users" are individuals who reside in the United States or its territories whose Google accounts were associated with at least one Google Assistant Enabled Device during the Class Period;

- "Household" is a group of individuals sharing a common abode;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded;

- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google either directly or through third-party retailers, including Google's own smart home speakers (Google Home, Home Mini, and Home Max); smart displays (Google Nest Hub and Nest Hub Max); and Pixel smartphones;

- "False Accept" is an instance where a Google Assistant Enabled Device records and transmits audio data to Google's servers because a Hot Word was detected although a Hot Word was not spoken; and

- "Hot Word" is a word or phrase (such as "OK Google" or "Hey Google") which can be used to activate Google Assistant on certain Google Assistant Enabled Devices.

Certain people are excluded from the Settlement Classes. The list of excluded individuals is available **HERE** .

If you are a member of one or both of the Settlement Classes, then you are eligible under the terms of the Settlement to submit a Claim Form to receive a payment if the Court approves the Settlement and it becomes final. You are not necessarily a member of either or both Settlement Classes simply because you received this notice; you could be a member of one (or none) of the Settlement Classes. Please read each definition carefully and refer to the additional information on the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, to determine whether you are a member of either or both Settlement Classes.

### What does the Settlement provide?

If you are a member of one or both of the Settlement Classes, then you are eligible under the terms of the Settlement to submit a Claim Form to receive a payment if the Court approves the Settlement and it becomes final.

You are not necessarily a member of either or both Settlement Classes simply because you received this notice; you could be a member of one (or none) of the Settlement Classes. Please read each definition carefully and refer to the additional information on the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, to determine whether you are a member of either or both Settlement Classes.

### What are the expected payments?

At this time, it is unknown how much each Settlement Class Member who files a valid claim will receive. Money will be paid proportionally to eligible Settlement Class Members according to the proposed Plan of Allocation, which can be found **HERE**.

**HOW DO I FILE A CLAIM?**

**FILE NOW**

To receive a payment, you must complete and timely submit a valid Claim Form by August 27, 2026. You may complete and submit an electronic Claim Form online at the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, or by mail to the address on the Claim Form postmarked by August 27, 2026. You can get a Claim Form at the Settlement Website or by calling 1-877-411-4704.

Claim Forms should be submitted individually by each Settling Class Member and not a third party, except for parents/guardians submitting a Claim Form on behalf of a minor Settling Class Member. Claim Forms submitted *en masse* will be rejected. The Claim Form requires that you confirm or update your current contact information and confirm under oath that you are a member of one of both of the Settlement Classes.

If you do not complete and submit a valid Claim Form, you will not receive a payment.

**What are my rights?**

If you are included in the Settlement and you do nothing, your rights will be affected, and you won't get a payment. If you previously timely submitted a request for exclusion from the previously certified purchaser class, you remain opted out of this Settlement unless you choose to opt back in, such as by filing a Claim Form by **August 27, 2026**. If you want to keep your right to sue or continue to sue Google for the claims in this case and don't want to be legally bound by the Court's decisions, and you did not exclude yourself from the previously certified purchaser class by the deadline of **September 9, 2024**, you must exclude yourself from the Settlement by **August 27, 2026**. If you stay in the Settlement (i.e., do not exclude yourself), you may object to it, the Plan of Allocation, or the request for attorneys' fees and expenses and service awards by **August 27, 2026**. A copy of Class Counsel's Motion for an Attorneys' Fees and Expense Award and for Plaintiffs' Service Awards will be available at www.GoogleAssistantPrivacyLitigation.com within three business days after filing the motion with the Court on **July 23, 2026**.

The Court will hold a Final Approval Hearing on **October 1, 2026**, to consider if it will approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, expenses up to $1,600,000, and service awards up to $10,000 for each named Plaintiff. The hearing will be held on **October 1, 2026, at 9:00 a.m. PT**, at the United States District Court for the Northern District of California, San Jose Courthouse, 280 South 1st Street, Courtroom 1 – 5th Floor, San Jose, CA 95113.

You may ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing – at your own cost – **but you do not have to do so**.

**PLEASE REVIEW THE LONG-FORM NOTICE**
**LOCATED ON THE SETTLEMENT WEBSITE,**
**www.GoogleAssistantPrivacyLitigation.com**,
for more detailed information about the Settlement,
or you may contact the Claims Administrator with any questions:

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217
info@GoogleAssistantPrivacyLitigation.com
Toll-free: 1-877-411-4704

**FILE A CLAIM**

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT.

BY ORDER OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

If you'd like to unsubscribe click here.

# EXHIBIT B

To read this email in a browser, **click here**

Para leer este correo electrónico en un navegador, **haqa clic aq**

Share This Settlement

## REMINDER    Google Assistant Class Action Settlement

If, between May 18, 2016 and March 19, 2026, (a) you purchased a Google-Made Device that uses Google Assistant, or (b) your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor, you could be entitled to payment from a class action settlement.

**A COURT DIRECTED THIS NOTICE.**

**FILE A CLAIM  >>**

Unique ID: «Notice ID»
PIN: «Confirmation Code»

We previously sent you an email because records show you may be eligible for a payment from a settlement with Defendants Google LLC and Alphabet Inc. ("Google").

## To get money from this settlement, you must file a claim.

**FILE NOW**

If you already filed your claim, you do not need to take any action.

The deadline to file a claim is **August 27, 2026**.

Go to **www.GoogleAssistantPrivacyLitigation.com to file a claim online**.

You can also file a claim by mail.

For more information or to file a claim:

**www.GoogleAssistantPrivacyLitigation.com**
**1-877-411-4704**

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT C

# Edgewood - Google Assistant Privacy #54690

Flight Dates: 05/07/2026 – 06/06/2026



**GoogleDevice-160x600 | Display | Desktop**

## Landing page





2026  Zeta Global Corp.  All Rights Reserved.  ZetaGlobal.com

**GoogleDevice-728x90 | Display | Tablet**

**Landing page**



**GoogleDevice-300x600 | Display | Desktop**

## Landing page





2026  Zeta Global Corp.  All Rights Reserved.  ZetaGlobal.com

**GoogleDevice-320x50 | Display | Mobile**

**Landing page**





## GoogleDevice-300x250 | Display | Desktop

## Landing page





2026  Zeta Global Corp.  All Rights Reserved.  ZetaGlobal.com



# Thank You

# EXHIBIT D

# Scott+Scott Attorneys at Law LLP and Lowey Dannenberg, P.C. Announce a Class Action Settlement For Individuals Who Purchased a Google-Made Assistant Device or Whose Communications Were Recorded or Otherwise Obtained by Google Assistant As a Result of a False Accept or Disclosed To a Third-Party Vendor, Between May 18, 2016 and March 19, 2026

NEWS PROVIDED BY
**Scott+Scott Attorneys at Law LLP and Lowey Dannenberg, P.C.**
May 07, 2026, 15:00 ET

WHITE PLAINS, N.Y., May 7, 2026 /PRNewswire/ -- The following statement is being issued by Scott+Scott Attorneys at Law LLP and Lowey Dannenberg, P.C. regarding the class action Settlement reached in *In re Google Assistant Privacy Litigation*, pending in the U.S. District Court for the Northern District of California.

If, between May 18, 2016, and March 19, 2026, (a) you purchased a Google-Made Device, or (b) your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor, you could be entitled to payment from a class action Settlement.

You may qualify to get a payment from a Settlement with Defendants Google LLC and Alphabet Inc. ("Google") in a class action lawsuit. The lawsuit claims Google violated the law and its own privacy policies with respect to the operation of Google Assistant. Google denies all of the allegations made in the lawsuit and that it did anything improper or unlawful. The Court has not made any determination as to who is right or whether Google did anything wrong.  The United States District Court for the Northern District of California approved this notice.

**PLEASE REVIEW THE LONG-FORM NOTICE LOCATED ON THE SETTLEMENT WEBSITE, WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM, FOR MORE DETAILED INFORMATION ABOUT THE SETTLEMENT.**

- **What does the Settlement provide?**

Google has agreed to pay $68,000,000 into a Settlement Fund. The Net Settlement Fund (that is, the Settlement Fund minus notice and administration costs, escrow fees, taxes, tax expenses, and any Court-approved attorneys' fees and expenses and service awards to Plaintiffs) will be used to pay Settlement Class Members who submit a valid and timely Claim Form.

- **How do I file a claim?**

**To receive a payment, you must complete and timely submit a valid Claim Form by August 27, 2026**. You may complete and submit an electronic Claim Form online at the Settlement Website, **www.GoogleAssistantPrivacyLitigation.com**, or by mail to the address on the Claim Form **postmarked by August 27, 2026**. You can get a Claim Form at the Settlement Website or by calling 1-877-411-4704.

If you do not complete and submit a valid Claim Form, you will not receive a payment.

- **What are my rights?**

If you are included in the Settlement and you do nothing, your rights will be affected, and you won't get a payment. If you previously timely submitted a request for exclusion from the previously certified purchaser class, you remain opted out of this Settlement unless you choose to opt back in, such as by filing a Claim Form by **August 27, 2026**. If you want to keep your right to sue or continue to sue Google for the claims in this case and don't want to be legally bound by the Court's decisions, and you did not exclude yourself from the previously certified purchaser class by the deadline of September 9, 2024, you must exclude yourself from the Settlement by **August 27, 2026**. If you stay in the Settlement (*i.e.*, do not exclude yourself), you may object to it, the Plan of Allocation, or the request for attorneys' fees and expenses and service awards by **August 27, 2026**. A copy of Class Counsel's Motion for an Attorneys' Fees and Expense Award and for Plaintiffs' Service Awards will be available at **www.GoogleAssistantPrivacyLitigation.com** within three business days after filing the motion with the Court on **July 23, 2026**.

The Court will hold a Final Approval Hearing on **October 1, 2026**, to consider if it will approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, expenses up to $1,600,000, and service awards up to $10,000 for each named Plaintiff. The hearing will be held

on **October 1, 2026**, at **9:00 a.m. PT**, at the United States District Court for the Northern District of California, San Jose Courthouse, 280 South 1ˢᵗ Street, Courtroom 1 – 5th Floor, San Jose, CA 95113.

You may ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing – at your own cost – **but you do not have to do so**.

PLEASE REVIEW THE LONG-FORM NOTICE LOCATED ON THE SETTLEMENT WEBSITE, **www.GoogleAssistantPrivacyLitigation.com**, for more detailed information about the Settlement.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.**

SOURCE Scott+Scott Attorneys at Law LLP and Lowey Dannenberg, P.C.



# EXHIBIT E

# GOOGLE ASSISTANT PRIVACY SETTLEMENT

# CLAIM FORM

## INSTRUCTIONS

This Claim Form should be filled out and submitted online or by mail if you received a notice of class action settlement and/or you believe you are a Settlement Class Member. **PLEASE REVIEW THE LONG-FORM NOTICE LOCATED ON THE SETTLEMENT WEBSITE**, **www.GoogleAssistantPrivacyLitigation.com,** for more detailed information about the settlement.

**You are a Settlement Class Member if you are a member of one or both of the following Settlement Classes:**

You are a member of the ***Purchaser Settlement Class*** if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You are a member of the ***Privacy Settlement Class*** if you are a User of Google Assistant or were a member of a User's Household between May 18, 2016 and March 19, 2026, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

- "Users" are individuals who reside in the United States or its territories whose Google accounts were associated with at least one Google Assistant Enabled Device during the Class Period;

- "Household" is a group of individuals sharing a common abode;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded;

- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google either directly or through third-party retailers, including Google's own smart home speakers (Google Home, Home Mini, and Home Max); smart displays (Google Nest Hub and Nest Hub Max); and its Pixel smartphones;

- "False Accept" is an instance where a Google Assistant Enabled Device records and transmits audio data to Google's servers because a Hot Word was detected although a Hot Word was not spoken; and

- "Hot Word" is a word or phrase (such as "OK Google" or "Hey Google") which can be used to activate Google Assistant on certain Google Assistant Enabled Devices.

**To be eligible for payment, you must submit a valid Claim no later than August 27, 2026.**

**How Do I Fill Out and Submit This Claim Form?**

If you believe you are eligible and would like to submit a Claim, you have two options: (1) complete and submit the online Claim Form at **www.GoogleAssistantPrivacyLitigation.com** or (2) complete a paper Claim Form and send it by First-Class Mail to:

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217

**QUESTIONS?  CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

**QUESTIONS?  CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

## <u>CLAIMANT INFORMATION</u>

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor.  To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME\***

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS\***                **APT**

**CITY\***            **STATE\***         **ZIP\***

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED\***       **APT**

**CITY\***            **STATE\***         **ZIP\***

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER\***

(      )        - 

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS\***

**VERIFY EMAIL ADDRESS\***

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

**QUESTIONS?  CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

# CLAIM

**Purchaser Settlement Class:**

☐    Check this box if you would like to file a claim as part of the *Purchaser Settlement Class*.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period <u>up to a maximum of three (3) Google-Made Devices</u>. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☐    Check this box if you would like to file a claim as part of the *Privacy Settlement Class*.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☐    User

☐    Household Member

**QUESTIONS?  CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
|  |  |  |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim.  Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:**          **9-digit Routing Number:**          **Account Number:**
☐ Checking     ☐ Savings

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process.  If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☐      I attest that I (or my minor child) reside in the United States or its territories.

☐      I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☐      I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☐      I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

**QUESTIONS?  CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

☐     I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☐     I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☐     I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☐     I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following)**:

☐ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;
**OR**
☐ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☐     I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF.  I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

 

_____       _____

**Signature (for minors, Signature of Parent/Guardian)\***       **Date\***