PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

RECEIVED
SEP 01 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cted delivery date specified for domestic use.
estic shipments include $100 of insurance (restrictions apply).*
S Tracking® service included for domestic and many international destinations.
ed international insurance.**
n used internationally, a customs declaration form is required.

ce does not cover certain items. For details regarding claims exclusions see the
c Mail Manual at *http://pe.usps.com.*
ternational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

ACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH
how2recycle.info

P

US POSTAGE IMI 841160827233223 2000393597
$12.90
SSK
PM

08/27/26 Mailed from 85032 028W2311275

PRIORITY MAIL®

NATHANIEL SMITH
1623 W DION DR
PHOENIX AZ 85086-2966

1 lb 5.20 oz
RDC 03

SCHEDULED DELIVERY DAY: 08/31/26

C060

SHIP TO:
CLERK OF CT
USDC NORTHERN DIST OF CA
RM 2112
280 S 1ST ST
SAN JOSE CA 95113-3008

USPS TRACKING® NUMBER

9505 5066 4501 6239 0906 03

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.