June 23, 2026

FILED

SEP 04 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To whom it may concern:

I object to the Fee Application presented by these attorneys.

My full name:

Darlene Abbatecola

110 Edgebrook Est Circle

Frankfort, NY 13340

315-939-3766

Case#
3:21-md-02981JD
4:19-cv-04286

**Who are Class Counsel?** The Court has appointed the following lawyers as Class Counsel to represent Class Members.

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York, NY 10001

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars, Suite 1400
Los Angeles, CA 90067

Thank you,
Darlene [signature]

Darlene Abbatecola
110 Edgebrook Est Circle
Frankfort, NY 13340

Dear Darlene Abbatecola ,

Please add a case number so The Court my file the document.

Thank you,

Makaela Hudcovic

Makaela Hudcovic

Thank You!

Ms. Darlene Abbatecola
110 Edgebrook Estates Cir
Frankfort, NY 13340-3619

SYRACUSE NY 130
SEP 2026 AM 2 L

Freedom 250 usa forever

RECEIVED
SEP 04 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Bldg
450 Golden Gate Ave
San Francisco, CA 94102

94102-348999