Samuel B. Goldstone
5365 Rod ct. #101
Las Vegas, NV 89122

9589 0710 5270 3937 1319 29

Retail

UNITED STATES POSTAL SERVICE

RDC 99

95113

U.S. POS
FCM LG
LAS VEG
AUG 27,

$7.5

S232 Y50

RECEIVED
SEP 10 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

N2

6-31

Clerk of the Court
United States District Court
for the Northern District of California
280 South 1st street
San Jose, CA 95113

ECTED
SEP 01 2026
HALS SERVICE