Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:19-cv-04286-BLF<br><br>**PLAINTIFFS' NOTICE OF OBJECTION**<br><br>Judge: Hon. Beth Labson Freeman |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, by and through undersigned counsel, hereby file with the Court an objection to the proposed class action settlement (the "Settlement") (ECF Nos. 549, 549-2, 567), attached hereto as **Exhibit A**, and respectfully state as follows:

On or about September 4, 2026, Class Counsel received by email a document captioned *Objection to Settlement* (the "Objection"), submitted by Heidi Davonne Brown, who identifies herself as a member of the Settlement Classes. With the Objection, Ms. Brown included Objection Exhibits 1 through 4 and six completed Claim Forms (collectively, with the Objection, the "Objection Materials").

The Court's Amended Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") directed Settlement Class Members who seek to object to submit their objections to the Clerk of Court (ECF No. 560 ¶30), and this District's Procedural Guidance for Class Action Settlements likewise directs that written objections be sent "only to the court," where "[a]ll objections will be scanned into the electronic case docket . . . ." N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval ¶5. Ms. Brown instead transmitted her Objection to Class Counsel by email, and therefore, it does not appear on the docket in this action. To make the Objection part of the record and available for the Court's consideration in connection with Plaintiffs' motion for final approval of the Settlement (ECF No. 567) and the Final Approval Hearing scheduled for October 1, 2026 (ECF No. 560 ¶2), Class Counsel hereby submit the Objection Materials as **Exhibit A**.

The Objection Materials contain Ms. Brown's telephone number, mailing addresses, and email addresses, the personal contact information of three non-party employees of the American Red Cross, Ms. Brown's complete state driving record, and the education records of her two children. Concurrently herewith, Plaintiffs file Plaintiffs' Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5(c), seeking leave to redact that information from the public record. Accordingly, a redacted, public version of the Objection Materials is attached hereto as **Exhibit A**. A complete, unredacted version of the Objection Materials is provisionally

lodged under seal as Exhibit 1 to the Declaration of Erin Green Comite in Support of Plaintiffs' Administrative Motion to File Under Seal, filed concurrently herewith.

Plaintiffs will address the substance of the Objection in their response to objections to be filed September 17, 2026. Further, Class Counsel has forwarded the Claim Forms submitted with the Objection to the Claims Administrator for consideration in due course in the claims administration process.

Dated: September 17, 2026

Respectfully Submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/Erin Green Comite
Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com
arusi@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035 vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Tel.: 415-913-7800

Fax: 415-759-4112
mtodzo@lexlawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Erin Green Comite, certify that on September 17, 2026, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

/s/ *Erin Green Comite*
Erin Green Comite