# EXHIBIT A

Monday August 24, 2026

Objection to Settlement

Re: In Re Google Assistant Privacy Litigation, No. 4:19-cv-04286

Claimant: Heidi Davonne Brown,

REDACTED

Heidi Brown does not have a lawyer, or legal counsel.

The Case Number: 4:19-cv-04286

The reasons for my objection are as follows.

1. Claimant has, have, and has multiple açcounts associated with multiple devices.
2. Claimant(s) devices post purchase were assigned to multiple rooms, bedrooms, areas, and spaces of home(s), apartment(s), or other dwellings claimant and children resided.
3. Claimant(s) has little to no information regarding original serial numbers, as the devices were purchases made at Walmart Superstores Online Shopping portals.
    a. Walmart Superstores online Shopping are synchronized to previously owned Google, Gmail Accounts.
    b. Warranties, Return Policies, and device information have been unretrievable due to the lack of access to previously owned Gmail accounts.
4. Purchases made at Best Buy Stores, original paper receipts have been displaced, lost, and irretrievable.
5. Claimant children were minors at time purchase, and use of devices.
6. Claimant children are unaware of right to settlement.
7. Claimant object on behalf of minor children.

Plan for Allocation

Claimant(s) will remain in the settlement as indicated per *Notice of Proposed Class Action Settlement; United States District Court for the Northern District of California; A Court Authorized this Notice. This is not a solicitation from a Lawyer. You are not being Sued.* No. 29 What is the difference between objecting and asking to be excluded?

Claimant(s) would like to attend a Hearing and should speak in court about the fairness of the Settlement, October 1, 2026, as indicted per Summary of Your Legal Rights and Options.

Financial Plan of Allocation is unspecified currently. Claimant remains uncertain whether the regaining of access to accounts associated with devices are likely, potentially enabling an accurate and more precise assessment of losses and damages accrued.

Claimant(s) have no current legal counsel. Thee request for attorney fees and expenses and service awards as outlined in *Objecting to the Settlement No. 27 How do I tell the court if I do not like the Settlement?* Is currently not applicable.

A list of Cases in which I, Heidi Brown has filed an objection within the last five years does not apply to Heidi Brown.

STATEMENT OF WHETHER I, Heidi Davonne Brown intend to speak at the Final Approval Hearing:

I Heidi Davonne Brown plan to speak at the Final Approval Hearing October 1st , 2026 at 0900, located at the United States District Court northern District of California, 280 South 1st Street San Jose California 95113.

WITNESSES Include (unconfirmed)

1. I'dich Alisha Faye Brown
2. I'vonne Carlton Lamont Brown
3. Heidi Davonne Brown

Exhibits:

1. Gmail email containing Google Device information, post purchase.
2. American Red Cross Email disclosing previously owned Google Gmail account.
3. Driver license Record of Residences.
4. Children school record.

04/9 08/25/2024

Heidi Davonne Brown

REDACTED

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

***A court authorized this Notice. This is not a solicitation from a lawyer. You are not being sued.***

---

# If, between May 18, 2016 and March 19, 2026, (a) you purchased a Google-Made Device, or (b) your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor, you may be entitled to payment from a class action Settlement.

- There is a Settlement in a class action lawsuit that claims Defendants Google LLC and Alphabet Inc. ("Google") violated the law and its own privacy policies with respect to the operation of Google Assistant. Google denies all of the allegations made in the lawsuit and that it did anything improper or unlawful.

- Generally, you are included in the Settlement if, between May 18, 2016 and March 19, 2026, (a) you purchased a Google-Made Device, or (b) your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to a third-party review vendor.[1] (*See* Questions 6-7 about who is and is not included.) If you qualify, you may be able to get money from this Settlement.

- You may have seen a previous notice that the Court certified a class of Google-Made Device purchasers ("Purchaser Class"). While Google-Made Device purchasers are included in this Settlement, the class period was extended to March 19, 2026, and the Settlement includes an additional Privacy Settlement Class. Please review this Notice carefully to determine whether you are part of one or both of the Settlement Classes and to understand your rights.

- A $68,000,000 Settlement Fund will pay money to Settlement Class Members, notice and administration costs, escrow fees, taxes and tax expenses, Court-approved attorneys' fees and expenses, and Court-approved service awards to the named Plaintiffs.

- **Your legal rights are affected whether you act or don't act. Please read this Notice carefully.**

---

[1] The terms of the Settlement are in the Stipulation and Agreement of Settlement, dated January 22, 2026, which can be viewed at www.GoogleAssistantPrivacyLitigation.com. All capitalized terms not defined in this Notice have the same meanings as in the Agreement.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| **Option** | **Explanation** | **Deadline** |
| Stay in the Settlement Class(es), Submit a Claim Form, and Receive a Payment | You must submit a valid Claim Form to receive a payment. This is the only way to get a payment. You will give up your rights to sue Google on your own for the claims in the lawsuit. | **August 27, 2026** |
| Rejoin the Settlement Classes (only for individuals who opted out of the litigation by the September 9, 2024 deadline) | If you previously opted out from this litigation by the deadline of September 9, 2024, based on the notice of the certified Purchaser Class, you remain opted out of this Settlement unless you take steps to opt back in, such as by filing a Claim Form. | **August 27, 2026** |
| Exclude Yourself | Get no payment.<br><br>This is the only option that allows you to keep your right to be part of any other lawsuit against Google about the claims in this lawsuit.<br><br>If you previously opted out from this litigation by the deadline of September 9, 2024, based on the notice of the certified Purchaser Class, you remain opted out of this Settlement and do not need to opt out again. | **August 27, 2026** |
| Object to the Settlement | You can write to the Court about why you like or do not like the Settlement. | **August 27, 2026** |
| Attend a Hearing | Ask to speak in Court about the fairness of the Settlement. | **October 1, 2026** |
| Do Nothing | Get no payment. Give up your rights to sue Google about the claims in this lawsuit. | |

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made only if the Court approves the Settlement and after any appeals are resolved. Please be patient.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** 5
1. Why did I get this Notice? 5
2. What is this lawsuit about? 5
3. What are Google-Made Devices and Google Assistant Enabled Devices? 5
4. What is a class action? 6
5. Why is there a Settlement? 6

**WHO IS IN THE SETTLEMENT?** 6
6. Who is in the Settlement? 6
7. Who is not included? 7
8. What should I do if I am still not sure whether I am included? 7

**THE SETTLEMENT BENEFITS** 8
9. What does the Settlement provide? 8
10. How much will my payment be? 8
11. What happens if there are funds remaining after distribution? 9
12. What am I giving up if I stay in the Settlement? 9

**HOW TO GET A PAYMENT** 9
13. How can I get a payment? 9
14. How do Settlement Class Members who are minors (under the age of 18) file a claim? 10
15. When will I get my payment? 10
16. How can I verify or update my contact information? 10
17. Can I file a claim if I excluded myself previously? 10

**THE LAWYERS REPRESENTING YOU** 10
18. Do I have a lawyer in the case? 10
19. Should I get my own lawyer? 11
20. How will the lawyers be paid? 11

**EXCLUDING YOURSELF FROM THE SETTLEMENT** 11
21. How do I get out of the Settlement? 11
22. If I exclude myself from the Settlement, can I still get a payment? 12
23. If I don't exclude myself, can I sue Google for the same thing later? 12
24. What happens if I opt out? 12
25. If I excluded myself earlier, do I need to exclude myself again? 12
26. How do I cancel my previous opt-out request? 12

**OBJECTING TO THE SETTLEMENT** 13
27. How do I tell the Court if I do not like the Settlement? 13
28. If I object to the Settlement, can I still file a claim? 14
29. What is the difference between objecting and asking to be excluded? 14

**THE COURT'S FINAL APPROVAL HEARING** **14**
30. When and where will the Court decide whether to approve the Settlement? 14
31. Do I have to come to the Final Approval Hearing? 15
32. May I speak at the Final Approval Hearing? 15
**IF YOU DO NOTHING** **15**
33. What happens if I do nothing at all? 15
**GETTING MORE INFORMATION** **15**
34. Are more details about the Settlement available? 15
35. How do I get more information? 16

## BASIC INFORMATION

### 1. Why did I get this Notice?

The Court authorized this Notice because you have a right to know about a proposed Settlement, and your rights and options, before the Court decides whether to approve the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights. It also describes the available benefits, who is eligible to receive them, and how to get them. Your legal rights are affected whether you act or not.

Judge Beth Labson Freeman, of the United States District Court for the Northern District of California, is in charge of this case and will decide whether to approve the Settlement. This lawsuit is known as *In re Google Assistant Privacy Litigation*, No. 4:19-cv-04286. The people who sued are called the "Plaintiffs." Google is the "Defendant."

If you have questions, you can visit the website **www.GoogleAssistantPrivacyLitigation.com**, call toll-free 1-877-411-4704, or write to the Claims Administrator at the address below for more information.

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217
info@GoogleAssistantPrivacyLitigation.com

### 2. What is this lawsuit about?

The lawsuit alleges that Google Assistant can activate and record communications even when a user does not intentionally trigger Google Assistant with a Hot Word, like "Okay Google," or manually activate Google Assistant on their device. Plaintiffs refer to such instances as "False Accepts" and allege that Google wrongfully collects, uses, and discloses user audio recordings from False Accepts, including to improve the speech recognition abilities of Google Assistant. Plaintiffs claim Google's conduct violates individuals' privacy rights, constitutes a breach of the privacy assurances that Google makes to users in its Privacy Policy, and is an unlawful practice. Google denies all of Plaintiffs' allegations. The Court has not made any determination as to who is right or whether Google did anything wrong.

This Notice is only a summary. More detail is provided in the Settlement Agreement, available at **www.GoogleAssistantPrivacyLitigation.com**.

### 3. What are Google-Made Devices and Google Assistant Enabled Devices?

Google-Made Devices are devices manufactured and sold by Google either directly or through third-party retailers that come with Google Assistant pre-installed or on which Google Assistant can be downloaded, including Google's smart home speakers (Google Home, Home Mini, and Home Max); smart displays (Google Nest Hub and Google Nest Hub Max); and Pixel smartphones.

Google Assistant Enabled Devices include both Google-Made Devices and non-Google made devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded, such as smartphones, smart speakers, smart displays, or smart TVs with a microphone. Household devices, such as thermostats, vacuums, humidifiers, and other electronic tools and devices that are not equipped with a microphone or that do not have Google Assistant pre-installed and do not have the capability of having a Google Assistant application downloaded onto them are not considered Google Assistant Enabled Devices.

4. **What is a class action?**

In a class action, one or more people called "class representatives" sue on behalf of themselves and other people who have similar claims. These people together are a "class" or "class members." One court decides the issues for all class members, except for those people who exclude themselves from the class.

In this case, Asif Kumandan is the class representative for the Purchaser Settlement Class and Asif Kumandan, Melissa Spurr, Lourdes Galvan, and Eleeanna Galvan are the class representatives for the Privacy Settlement Class. (*See* Question 6.)

5. **Why is there a Settlement?**

The Court did not decide in favor of the Plaintiffs or Google. Instead, both sides agreed to a Settlement. That way, both sides avoid the costs and risks of a trial, and the Settlement Class Members will receive the benefits described in this Notice, whereas they might otherwise get nothing. The proposed Settlement does not mean that any law was broken or that Google did anything wrong. The class representatives and their attorneys think the Settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

6. **Who is in the Settlement?**

You are included in this Settlement and are a Settlement Class Member if you are a member of one or both of the following Settlement Classes:

- You are a member of the *Purchaser Settlement Class* if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

- You are a member of the *Privacy Settlement Class* if you are a User of Google Assistant or were a member of a User's Household between May 18, 2016 and March 19, 2026, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

  - "Users" are individuals who reside in the United States or its territories whose Google accounts were associated with at least one Google Assistant Enabled Device during the Class Period;
  - "Household" is a group of individuals sharing a common abode;

- "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded;
- "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google either directly or through third-party retailers, including Google's own smart home speakers (Google Home, Home Mini, and Home Max); smart displays (Google Nest Hub and Nest Hub Max); and its Pixel smartphones;
- "False Accept" is an instance where a Google Assistant Enabled Device records and transmits audio data to Google's servers because a Hot Word was detected although a Hot Word was not spoken; and
- "Hot Word" is a word or phrase (such as "OK Google" or "Hey Google") which can be used to activate Google Assistant on certain Google Assistant Enabled Devices.

7. **Who is not included?**

You are not included in this Settlement if you are:

- Any judge or magistrate presiding over this lawsuit, or any members of their families or staff;
- Google, Google's subsidiaries, successors, predecessors, and any entity in which Google or its parent has a controlling interest, and their current or former employees, officers, and directors;
- A person who properly executes and files a timely Request for Exclusion from the Settlement Classes (*see* Question 21);
- A person whose claims in this matter have been finally adjudicated on the merits or otherwise released;
- Any individual who previously opted out of the certified Purchaser Class, as identified at ECF No. 440-4, unless you choose to rejoin the Settlement Classes (*see* Question 26);
- Any individual who, no later than **August 27, 2026,** both (A) file or serve a written arbitration demand, or provide written notice to Google of their intent to pursue arbitration against Google relating to the Released Claims, and (B) execute an individual release of their claims;
- Any legal representatives, successors, and assigns of any excluded persons; and
- Plaintiffs' Counsel and Defendants' Counsel.

8. **What should I do if I am still not sure whether I am included?**

If you are still not sure whether you are included in the Settlement or have any other questions, you can visit the website **www.GoogleAssistantPrivacyLitigation.com**, call toll-free 1-877-411-4704, or write to the Claims Administrator at the address below for more information.

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217
info@GoogleAssistantPrivacyLitigation.com

## THE SETTLEMENT BENEFITS

### 9. What does the Settlement provide?

If the Settlement is approved and becomes final, money will be provided to eligible Settlement Class Members. Google will pay $68 million into a Settlement Fund. The Settlement Fund will be used to pay:

- Notice and administration costs;
- Escrow fees;
- Taxes (and tax expenses);
- Attorneys' fees and expenses authorized by the Court;
- Service awards for each named Plaintiff authorized by the Court; and
- Timely and valid Claims made by eligible Settlement Class Members.

The Settlement Agreement, available at **www.GoogleAssistantPrivacyLitigation.com**, has more information.

### 10. How much will my payment be?

At this time, it is unknown how much each Settlement Class Member who files a timely and valid claim will receive.

The Net Settlement Fund (that is, the Settlement fund minus notice and administration costs, escrow fees, taxes and taxes expenses, and any Court-approved attorneys' fees and expenses and service awards to the named Plaintiffs) will be used to pay eligible Settlement Class Members based on a Plan of Allocation. The Plan of Allocation has been filed with the Court and is available for review at **www.GoogleAssistantPrivacyLitigation.com**.

The Net Settlement Fund will be divided proportionally among members of the Purchaser Settlement Class and Privacy Settlement Class who file timely and valid Claim Forms based on the number of points allocated per timely and valid Claim Form. Claimants who are members of the Purchaser Settlement Class will be assigned four (4) points for every eligible Google-Made Device included in their Claim, up to a cap of three (3) Google-Made Devices. Claimants who are members of the Privacy Settlement Class will be assigned one (1) point.

Money will be paid proportionally based on the total number of points for each Claimant.

Each Settlement Class Member must submit an individual Claim, except that parents or legal guardians must submit a Claim Form for a member of the Settlement Classes who is under the age of 18 as of **August 27, 2026**.

The final payment amounts will not be known until the Claims Administrator determines the total number of eligible Claimants and the total number of points reflected by their Claim Forms.

11. **What happens if there are funds remaining after distribution?**

If there are any funds remaining after all Settlement distributions are made, to the extent feasible, the Claims Administrator will send a second distribution to Authorized Claimants who cashed their initial distribution from the Net Settlement Fund. If it is not feasible to distribute the remaining funds among such Authorized Claimants, the remaining funds will be distributed to a non-profit organization approved by the Court. No remaining funds will be returned to Google.

12. **What am I giving up if I stay in the Settlement?**

Unless you exclude yourself (or excluded yourself from the previously certified purchaser class and do not elect to rejoin the Settlement Classes) (*see* Questions 21-26), you cannot sue, continue to sue, or be part of any other legal proceeding against Google about the claims in this lawsuit. All of the Court's decisions will bind you. The "Releases" section in the Settlement Agreement describes the legal claims that you give up if you remain in the Settlement.

The Settlement Agreement can be viewed at **www.GoogleAssistantPrivacyLitigation.com**.

If you have any questions, you can talk to the lawyers listed in Question 18 for free, or you can talk to your own lawyer if you have questions about what this means.

## HOW TO GET A PAYMENT

13. **How can I get a payment?**

To ask for a payment, you must complete and submit a valid Claim Form by **August 27, 2026**. You can get a Claim Form at **www.GoogleAssistantPrivacyLitigation.com** or by calling 1-877-411-4704.

If you received an email about this Settlement that included a Unique ID and PIN number, you should use these codes when you submit your Claim Form. If you did not receive an email and do not have a Unique ID and PIN number, you can still submit a Claim Form if you are a Settlement Class Member.

You must submit your Claim Form online at **www.GoogleAssistantPrivacyLitigation.com** or by mail postmarked no later than **August 27, 2026**. Claims submitted by mail should be sent to:

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217

Each Claim Form must be personally signed under penalty of perjury and must be supported by the information or documents specified in the instructions contained in the Claim Form or otherwise given by the Claims Administrator. The bulk submission of Claim Forms by any claims aggregator or person or entity who claims to be an assignee of rights associated with any of the claims that were or could have been alleged in the Action will not be permitted.

14. **How do Settlement Class Members who are minors (under the age of 18) file a claim?**

If a Settlement Class Member is a minor, their Claim must be submitted and signed by their parent or legal guardian. A minor is defined as a person who is under the age of 18 as of **August 27, 2026**.

15. **When will I get my payment?**

Authorized Claimants will receive their payments if the Court grants final approval to the Settlement and after any appeals are resolved. If there are appeals, resolving them can take time. Please be patient.

16. **How can I verify or update my contact information?**

If you change your mailing address or email address after you submit a Claim Form, it is your responsibility to give your updated contact information to the Claims Administrator. You can tell the Claims Administrator about changes to your contact information by calling 1-877-411-4704, emailing info@GoogleAssistantPrivacyLitigation.com, or writing to:

Google Assistant Privacy Settlement
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217

17. **Can I file a claim if I excluded myself previously?**

It depends. If you excluded yourself from the previously certified purchaser class but now wish to file a claim as part of this Settlement, you must rejoin the Settlement Classes. If you do not rejoin the Settlement Classes, you are not included and cannot file a claim in this Settlement.

To rejoin the Settlement Classes, please submit a Claim Form as directed in Question 13. Submission of a Claim Form will withdraw your prior request for exclusion and cause you to rejoin the Settlement Classes.

## THE LAWYERS REPRESENTING YOU

18. **Do I have a lawyer in the case?**

Yes. The Court has appointed lawyers to represent you and the other Settlement Class Members. These lawyers are called Class Counsel. The following lawyers are lead counsel in representing the Settlement Classes:

| | |
|---|---|
| Erin Green Comite<br>Scott+Scott Attorneys at Law LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 | Christian Levis<br>Lowey Dannenberg<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601 |

You will not be charged for contacting these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

19. **Should I get my own lawyer?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf. You may, however, hire your own lawyer to represent you if you wish. For example, you can ask your own lawyer to appear in Court if you want someone other than Class Counsel to speak for you. You may also appear for yourself without a lawyer. If you hire your own lawyer, you will have to pay for that lawyer on your own.

20. **How will the lawyers be paid?**

Plaintiffs' Counsel will ask the Court for an award of attorneys' fees of up to one-third of the Settlement Fund, expenses of up to $1,600,000, and up to $10,000 in service awards for each class representative for their work on behalf of the Settlement Classes. The Court will determine these amounts. Any attorneys' fees, expenses, notice and administration costs, and service awards approved by the Court will be paid out of the Settlement Fund.

A copy of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and for Plaintiffs' Service Awards will be available at **www.GoogleAssistantPrivacyLitigation.com** within three business days after filing the motion with the Court on **July 23, 2026**.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from the Settlement and you want to keep your right, if any, to sue Google on your own about the claims in this lawsuit, then you must take steps to get out of the Settlement. This is called excluding yourself from – or "opting out" of – the Settlement.

21. **How do I get out of the Settlement?**

To exclude yourself from the Settlement, you must send a request in writing by First-Class U.S. Mail, or electronically via the exclusion request portal on the Settlement Website.

Your Request for Exclusion must include:

- Your full name, address, telephone number, and email address;
- The case name and number: *In re Google Assistant Privacy Litigation*, No. 4:19-cv-04286;
- Information or proof that shows that you are member of one or both of the Settlement Classes (*e.g.*, the unique ID from your email notice or the email address associated with your or your Household member's Google Assistant Enabled Devices);
- A statement that you would like to "opt out" or be excluded from the Settlement Classes; and
- Your handwritten signature in ink or signature submitted through the exclusion request portal on the Settlement Website and the date of your signature. Electronic signatures (including DocuSign signatures) will not be considered a personal signature and will be deemed invalid, except those submitted through the exclusion request portal on the Settlement Website. You must personally sign and date your Request for Exclusion; your lawyer (if applicable) may not sign on your behalf. However, a parent or legal guardian is allowed to sign on behalf of a minor who is opting out.

Your Request for Exclusion must either be submitted electronically via the exclusion request portal on the Settlement Website no later than **August 27, 2026**, or be postmarked no later than **August 27, 2026**, and sent via First-Class U.S. Mail to:

Google Assistant Privacy Settlement
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Each Request for Exclusion must be submitted individually. Requests for Exclusion on behalf of groups, including "mass" or "class" opt outs, will not be permitted. Any Settlement Class Member who does not submit a timely and valid written request for exclusion will be bound by all Court proceedings, orders, and judgments, whether or not he, she, or it timely submits a Claim Form.

22. **If I exclude myself from the Settlement, can I still get a payment?**

No. You will not get a payment if you exclude yourself.

23. **If I don't exclude myself, can I sue Google for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue Google for the claims this Settlement resolves. You must exclude yourself from the Settlement if you want to try to pursue your own lawsuit.

24. **What happens if I opt out?**

If you opt out of the Settlement or previously excluded yourself from the certified Purchaser Class and do not rejoin the Settlement Classes, you will not have any rights as a Settlement Class Member under this Settlement. You will not get a payment from the Settlement and will not be bound by any further orders or judgments in this case. Also, you will keep the right, if any, to sue Google on your own for claims in this lawsuit at your own expense.

If a Settlement Class Member who did not previously exclude themselves from the certified Purchaser Class submits both a Claim Form and a timely Request for Exclusion, the Settlement Class Member will be excluded from the Settlement and their Claim Form will be void and invalid, unless they ask to cancel their exclusion request.

25. **If I excluded myself earlier, do I need to exclude myself again?**

No. If you submitted a timely request to exclude yourself from the certified Purchaser Class in 2024, you will continue to be excluded from this Settlement unless you rejoin one or both of the Settlement Classes by submitting a valid and timely Claim Form.

26. **How do I cancel my previous opt-out request?**

If you excluded yourself from the certified Purchaser Class in 2024 but want to rejoin one or both of the Settlement Classes now, you can cancel your previous opt-out (or exclusion) request. To do so, you may submit a valid and timely Claim Form by **August 27, 2026**, in accordance with the instructions in Question 13.

## OBJECTING TO THE SETTLEMENT

### 27. How do I tell the Court if I do not like the Settlement?

If you are a Settlement Class Member, you have a right to object to or comment on any part of the proposed Settlement, Plan of Allocation, and/or the request for attorneys' fees and expenses and service awards. The Court will consider your views. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court does not approve the Settlement, no Settlement payments will be made, and the lawsuit will continue. If that is what you want to happen, you must object.

To object, you must send a letter to the Court saying that you object to the proposed Settlement in *In re Google Assistant Privacy Litigation,* No. 4:19-cv-04286.

Your objection letter must include:

- Your full name, address, telephone number, and email address;
- If you have a lawyer, your lawyer's full name, address, telephone number, and email address;
- The case name and number: *In re Google Assistant Privacy Litigation,* No. 4:19-cv-04286;
- Information or proof that shows that you are included in one or both of the Settlement Classes (*e.g.*, the unique ID from your email notice or the email address associated with your or your Household member's Google Assistant Enabled Device);
- The reasons you object to the proposed Settlement, Plan of Allocation, and/or the request for attorneys' fees and expenses and service awards;
- Any documents or evidence that you think supports your objection;
- A statement saying if your objection applies only to you, part of the Settlement Classes, or all Settlement Classes;
- A list of all cases in which you or your lawyer filed an objection within the past five years;
- A statement of whether you and/or your lawyer intend to speak at the Final Approval Hearing;
- The identity of any witnesses you may call to testify at the Final Approval Hearing and all exhibits you intend to introduce at the Final Approval Hearing; and
- Your signature in ink and the date of your signature (electronic signatures, including but not limited to DocuSign, will not be considered personal signature and will be deemed invalid). You must personally sign and date your objection; your lawyer (if applicable) may not solely sign on your behalf. However, a parent or legal guardian is allowed to sign on behalf of a minor who is objecting.

If you are approved to file electronically through the Court's CM/ECF system, you can file the objection electronically at https://ecf.cand.uscourts.gov/. Otherwise, you can file the objection in person at any location of the United States District Court for the Northern District of California, or mail the objection by First-Class U.S. Mail, so that it is submitted electronically or postmarked no later than **August 27, 2026**, to the following address:

| **Court** |
| --- |
| Clerk of Court<br>United States District Court<br>Northern District of California<br>280 South 1st Street<br>San Jose, CA 95113 |

28. **If I object to the Settlement, can I still file a claim?**

Yes. If you are a Settlement Class Member, you may file a claim even if you object to, or comment on, the Settlement.

29. **What is the difference between objecting and asking to be excluded?**

Objecting is simply telling the Court that you do not like something about the Settlement. You can only object if you stay in the Settlement Classes. If you object to the Settlement, you can still submit a Claim Form as a Settlement Class Member.

Excluding yourself is telling the Court that you do not want to be a part of the Settlement. If you exclude yourself, you cannot receive a payment from the Settlement. If you exclude yourself, you cannot object to the Settlement, because it no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

30. **When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing on **October 1, 2026**, at **9:00 a.m. PT** at the United States District Court for the Northern District of California, San Jose Courthouse, 280 South 1st Street, Courtroom 1 – 5th Floor, San Jose, CA 95113.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them and listen to Settlement Class Members who have asked to speak at the hearing.

The Court may also decide whether and how much to award in attorneys' fees and expenses and service awards to the class representatives. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

The Court may reschedule the Final Approval Hearing or change any of the deadlines described in this Notice. The Final Approval Hearing may be moved to a different date or time and may change without additional notice.

Be sure to check the website, **www.GoogleAssistantPrivacyLitigation.com**, for updates. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

31. **Do I have to come to the Final Approval Hearing?**

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you send an objection, you do not have to come to the Final Approval Hearing to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

32. **May I speak at the Final Approval Hearing?**

Yes. You may ask the Court for permission to speak at the Final Approval Hearing, either in person or through your own lawyer. If you appear through your own lawyer, you are responsible for hiring and paying that lawyer.

To do so, you (or your lawyer) must submit to the Court a notice that you intend to appear at the Final Approval Hearing in *In re Google Assistant Privacy Litigation,* No. 4:19-cv-04286. If you (or your lawyer) intends to object to the Settlement at the Final Approval Hearing, you must follow the instructions in Question 27. If not, your notice of intent to appear should still include your full name, address, telephone number, email address, and signature, and if you have a lawyer, your lawyer's full name, address, telephone number, and email address. Your notice of intention to appear must be postmarked no later than **August 27, 2026,** and sent to the Court's address listed in Question 27 or submitted through the Court's CM/ECF (if you are approved to do so) by 11:59 p.m. Pacific Time on **August 27, 2026.**

## IF YOU DO NOTHING

33. **What happens if I do nothing at all?**

If you are a Settlement Class Member and you do nothing, you will not get any money from the Settlement. You will be bound by the Court's decisions and the Settlement. You will give up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Google for claims in this lawsuit. To receive a payment, you must complete and submit a Claim Form by **August 27, 2026** (*see* Question 13).

If you timely submitted a request for exclusion from the certified Purchaser Class in 2024, you will continue to be excluded from this Settlement unless you rejoin one or both of the Settlement Classes, which you may do by submitting a valid and timely Claim Form by **August 27, 2026.**

## GETTING MORE INFORMATION

34. **Are more details about the Settlement available?**

Yes. This Notice is only a summary. More details are in the Settlement Agreement and other case documents, available at **www.GoogleAssistantPrivacyLitigation.com.**

You may also be able to get a copy of the Settlement Agreement and other Court documents by accessing the docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the Office of the Clerk,

United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE ABOUT THIS SETTLEMENT.

35. **How do I get more information?**

The website, **www.GoogleAssistantPrivacyLitigation.com**, has answers to questions about the Settlement and other information to help you determine whether you are eligible for a payment. You also may contact the Claims Administrator by writing to Google Assistant Privacy Settlement, c/o A.B. Data, Ltd., P.O. Box 170500, Milwaukee, WI 53217, emailing info@GoogleAssistantPrivacyLitigation.com, or calling the toll-free number 1-877-411-4704.

Class Counsel can be reached using the following contact information:

| | |
|---|---|
| Erin Green Comite<br>Scott+Scott Attorneys at Law LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile: (212) 223-6334<br>googleprivacysettlement@scott-scott.com | Christian Levis<br>Lowey Dannenberg, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 733-7205<br>Facsimile: (914) 997-0035<br>googleprivacysettlement@lowey.com |

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

Exhibit 1

Gmail

Heidi Brown REDACTED

## Heidi, welcome to your new Nest Mini

1 message

Google Nest <googlenest-welcome@google.com> Sat, Feb 18, 2023 at 10:55 AM
Reply-To: googlenest-noreply@google.com
To: REDACTED

## Small, mighty, and here to help.

Life at home is about to get a whole lot easier. Start with "Hey Google," then let your Nest Mini know how it can help.

## Hear it first.

[illegible] oogle hardware product[illegible] and related features, services, and offers. [illegible] help improve [illegible] hardware products and related services

[illegible]



## Your music, hands-free.

Use your voice to play, pause, and turn up the tunes. Nest Mini can play your favorite podcasts, news, and radio stations with just a few words.[1]

"Hey Google, play some jazz music"

Learn more

## A new way to tackle your day.

Ask your Google Assistant to manage your calendar, set timers and alarms, and make shopping lists when your hands are full.[2]

"Hey Google, what's on my calendar tomorrow?"

Learn more





## You have questions.
## Google has answers.

Get answers to whatever you're curious about, from translating a phrase to tomorrow's weather, and everything in between.

"Hey Google, what should I make for dinner?"

Learn more

## Nest Mini quick tips.

- What Nest Mini can do for you
- Create calendar events & ask about your schedule
- Play and control music
- Get daily weather updates, quotes, & more
- Set alarms, timers, & reminders
- Control smart home devices



## Helpful hint.

Hang your Nest Mini on a wall to free up counter space. Flip it over and you'll see where to place the hook.



... family, built ... you do more.

... works even better together.

To discover more, just ask,

**"Hey Google, what can you do?"**

Discover more Get answers

**Was this email helpful?**

---

[1]Subscriptions may be required for certain content.

[2]Voice Match requires additional setup and enrollment, and supports up to six users. When using Voice Match, keep in mind that a voice similar to yours, or a recording of your voice, could result in Google incorrectly recognizing someone else as you.

**© 2023 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043**

This informational email was sent to REDACTED because you activated a new Google device or service.


Home - My Tech Community C
Devices Google Home
Ask Gemini
home.google.com/u/0/home/1-8c7fba4f0313ed9d6f8ac3174767256d4b8209ceeb4fa7a5e4b03ff5ca01d8ad/devices
Moonlyght
Try Google Home Premium
Cameras
Devices
Automations
Devices
Kitchen
Living Room
Kitchen
Family Room speaker
Living Room
11:30 AM
8/25/2026

Gmail Exhibit 2 Heidi Brown <REDACTED

## Welcome Back to the American Red Cross – Next Steps for Reengagement

4 messages

**Gorman, Keri** REDACTED Wed, Jul 15, 2026 at 3:28 PM
To: REDACTED REDACTED
Cc: "Bennett, Colleen" REDACTED, "Miller, Sherri" REDACTED

Hello Heidi,

Thank you for your interest in becoming involved with the American Red Cross again! We are grateful for your continued commitment to supporting our mission and are excited to help you reconnect with volunteer opportunities locally.

We were able to locate a volunteer profile for you in our Volunteer Connection system under the name **Heidi Tharbs** using the email address REDACTED

Because there has been a lapse in activity on the account, you will need to log in to Volunteer Connection using the email address currently on file and complete a few application steps. This process helps ensure that your profile information is current and allows us to verify that we have a recent background check on file before reactivating your volunteer status.

You can access Volunteer Connection here: Volunteer Connection

I would also like to introduce you to Colleen Bennett, who is copied on this email. Colleen is a Recruitment Specialist serving the Indianapolis area and would be happy to assist you with any questions regarding available volunteer positions and placement opportunities. She can help you identify opportunities that best match your interests and availability.

We appreciate your desire to continue serving with the American Red Cross and look forward to welcoming you back to our volunteer community!

Kindly,

**Keri Gorman**

Volunteer Services Senior Engagement Specialist
American Red Cross – Indiana Region
REDACTED

Indiana Bureau of Motor Vehicles
myBMV Exhibit 3

Need some help?
Toll Free: 888-692-6841

Indianapolis, IN 46204

myBMV Home | Plates And Registrations | Vehicle Titles | Licenses And ID Cards | Driver Records | Suspension & Reinstatement | my Information | Driver Training

Sign Out

- View Your Driver Record
- Official Driver Record
- Pay Reinstatement Fees Online
- Renew Your License, Permit or ID Card
- Add MotorCycle Endorsement
- View Your Recent Driver Notices
- Track Your Recent Renewals
- Replace Your License, Permit or ID Card
- Surrender Driving Credential to Obtain ID Card
- Schedule Driving Test
- Your Renewal Date
- CDL Self-Certify Driver Type
- Proceed to Checkout

## my Driver Records

Welcome, HEIDI DAVONNE BROWNI

REDACTED

REDACTED

[redacted]

REDACTED

REDACTED

[redacted]

REDACTED

REDACTED

# BROWN OBJECTION EXHIBIT 4

# Exhibit Filed Under Seal

# CLAIM FORMS

## CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

Heidi Brown

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

[redacted]

**CITY*** **STATE*** **ZIP***

[redacted]

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED*** **APT**

[redacted]

**CITY*** **STATE*** **ZIP***

[redacted]

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

[redacted]

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

[redacted]

**VERIFY EMAIL ADDRESS***

[redacted]

If y[redacted] account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

HEIDI DAVONNE THARPS

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

[redacted]

## CLAIM

**Purchaser Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| **Total Claimed** | | **Google-Made Device Model Name** | **Serial Number or IMEI Number** | **Proof of Purchase** |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | GOOGLE HOME | N/A | N/A |
| | 2. | GOOGLE HOME MINI | N/A | N/A |
| | 3. | GOOGLE NEST | N/A | N/A |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☑ User

☐ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| GOOGLE SPEAKER | GOOGLE HOME | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings **9-digit Routing Number:** ______ **Account Number:** ______

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following)**:

☑ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

**OR**

☐ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☐ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature] 08/21/2026 @ 1630

**Signature (for minors, Signature of Parent/Guardian)*** **Date***

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

# CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

HEIDI MALONE

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)** (NOEWALDS)

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED*** **APT**

**CITY*** **STATE*** **ZIP***

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

REDACTED

**VERIFY EMAIL ADDRESS***

REDACTED

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

REDACTED

**QUESTIONS? CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

HEIDI DAVONNE MALONE

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

REDACTED

## CLAIM

**Purchaser Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | GOOGLE HOME MINI | N/A | N/A |
| | 2. | GOOGLE NEST | N/A | N/A |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☑ User

☐ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| SMART SPEAKER | GOOGLE NEST | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings

**9-digit Routing Number:**

**Account Number:**

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following):**

☑ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

**OR**

☐ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☑ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature] ______________________________ 08/21/2026 @ 1630

**Signature (for minors, Signature of Parent/Guardian)*** **Date***

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

# CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

Heidi Thaeros

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED*** **APT**

**CITY*** **STATE*** **ZIP***

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

REDACTED

**VERIFY EMAIL ADDRESS***

REDACTED

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

| |
|---|
| HEIDI THACKS |

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

| |
|---|
| [redacted] |

## CLAIM

**Purchaser Settlement Class:**

☐ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | GOOGLE HOME | N/A | N/A |
| | 2. | GOOGLE NEST | N/A | N/A |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☑ User

☐ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| Smart speaker | Google Home Mini | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings

**9-digit Routing Number:**

**Account Number:**

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following):**

☑ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

**OR**

☐ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☑ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature]

**Signature (for minors, Signature of Parent/Guardian)***

08/21/2026 @ 1630

**Date***

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

# CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

Heidi Brown

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED*** **APT**

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

REDACTED

**VERIFY EMAIL ADDRESS***

REDACTED

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

HEIDI DAVONNE BROWN

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

[redacted]

## CLAIM

**Purchaser Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | GOOGLE HOME | N/A | N/A |
| | 2. | GOOGLE NEST | N/A | N/A |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☑ User

☐ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| Smart Speaker | Google Home Mini | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings

**9-digit Routing Number:**

**Account Number:**

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following)**:

- ☑ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

  **OR**

- ☐ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☑ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature] 08/21/2026 @ 1630

**Signature (for minors, Signature of Parent/Guardian)*** **Date***

Your Claim Form must be **submitted online, or postmarked, by August 27, 2026**. Please read and follow the instructions carefully. Make sure you include all the required information. If you do not provide complete and accurate information, your claim may be delayed or rejected.

**Communications about settlement payments will be digitally sent to you via email or mobile phone text.** Please provide a current, valid email address and mobile phone number on your Claim Form. If your contact information changes after you submit your Claim Form, you must tell the Claims Administrator. Otherwise, you may not get your Settlement payment. The Claims Administrator will send you an email and/or mobile phone text when your Settlement payment is available. The email and/or mobile phone text will give you several digital payment options, such as PayPal, Venmo, Zelle, or ACH, to get your Settlement payment.

## CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

Ivonne Brown

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

Heidi Brown

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**STREET ADDRESS AT TIME YOUR CLAIMS WERE INCURRED*** **APT**

multiple

**CITY*** **STATE*** **ZIP***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

REDACTED

**VERIFY EMAIL ADDRESS***

REDACTED

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

multiple

**QUESTIONS? CALL 1-877-411-4704 OR VISIT WWW.GOOGLEASSISTANTPRIVACYLITIGATION.COM.**

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

Heidi Davonne Brown

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

multiple

## CLAIM

**Purchaser Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | Google Home | N/A | N/A |
| | 2. | Google Nest | N/A | N/A |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☐ User

☑ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| Smart Speaker Assistant | Google Home | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings

**9-digit Routing Number:** ________

**Account Number:** ________

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class,** please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following)**:

☐ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

**OR**

☑ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☑ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature]
**Signature (for minors, Signature of Parent/Guardian)***

08/25/2026 @ 1020
**Date***

# CLAIMANT INFORMATION

Please enter your (or if you are filing out the Claim Form for a minor, the Settlement Class Member's) information in the chart below.

If the Settlement Class Member is a minor, or person who is under the age of 18 as of March 19, 2026, a parent or legal guardian must fill out, sign, and submit this Claim Form on behalf of the minor. To submit a claim on behalf of yourself and one or more minors, you must submit a separate Claim Form for each person.

**SETTLEMENT CLASS MEMBER NAME***

Ibieh Brown

*FIRST NAME, LAST NAME*

**PARENT/GUARDIAN NAME (FOR MINORS)**

Heidi Brown

*FIRST NAME, LAST NAME*

**CURRENT STREET ADDRESS*** **APT**

unknown

**CITY*** **STATE*** **ZIP***

REDACTED

REDACTED

**CITY*** **STATE*** **ZIP***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S MOBILE PHONE NUMBER***

REDACTED

**SETTLEMENT CLASS MEMBER'S OR (IF MINOR) PARENT/GUARDIAN'S CONTACT EMAIL ADDRESS***

REDACTED

**VERIFY EMAIL ADDRESS***

REDACTED

If you are a member of the Purchaser Settlement Class, provide the email address(es) for your Google account(s) associated with your purchased Google-Made Device(s) (if different from above).

**EMAIL ADDRESS ASSOCIATED WITH APPLICABLE GOOGLE-MADE DEVICE (if different from previous)**

Multiple

If you are a member of the Privacy Settlement Class and you are a household member (*i.e.*, not a User), provide the name and email address associated with the Google account of the User who maintains or maintained the Google Assistant Enabled Device in your household.

**NAME OF HOUSEHOLD MEMBER ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

Heidi Brown

**EMAIL ADDRESS ASSOCIATED WITH THE APPLICABLE GOOGLE ACCOUNT**

Multiple

## CLAIM

**Purchaser Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Purchaser Settlement Class***.

You are a member of the Purchaser Settlement Class if you are a User who purchased a Google-Made Device in the United States or its territories between May 18, 2016 and March 19, 2026.

You may make a claim for each Google-Made Device you purchased in the United States or its territories during the Class Period up to a maximum of three (3) Google-Made Devices. You must provide the total number of devices claimed and the device model name, serial number or IMEI number (for a mobile device), and proof of purchase for each claimed Google-Made Device below:

| Total Claimed | | Google-Made Device Model Name | Serial Number or IMEI Number | Proof of Purchase |
|---|---|---|---|---|
| | *Example* | *Google Home* | *12345ABCDE* | *Google Store receipt* |
| | *Example* | *Google Pixel 2* | *98765432ZXA9* | *Best Buy receipt* |
| | 1. | Google Home | N/A | N/A |
| | 2. | Google Nest | N/A | N/A |
| | 3. | | | |

If you are filing a claim as part of the Purchaser Settlement Class, you must submit proof of your purchase by uploading your documents online if you are submitting your Claim on the Settlement Website, or by attaching your documents with your Claim Form if you are submitting your Claim by First-Class Mail.

**Privacy Settlement Class:**

☑ Check this box if you would like to file a claim as part of the ***Privacy Settlement Class***.

You are a member of the Privacy Settlement Class if between May 18, 2016 and March 19, 2026, you were a User of a Google Assistant Enabled Device or were a member of a User's Household, and your communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept or disclosed to any third-party review vendor.

Each User or Household Member must file their own separate claim.

Please select if you are the User or a member of the User's Household:

☑ User

☑ Household Member

You must provide the device type, model name, and serial number or IMEI number (for a mobile device) for the applicable Google Assistant Enabled Device in your Household below:

| Google Assistant Enabled Device Type | Google Assistant Enabled Device Model Name | Serial Number or IMEI Number |
|---|---|---|
| *Ex. smart speaker* | *Ex. Google Home* | *Ex. 12345ABCDE* |
| Smart Speaker | Google Home Mini | N/A |

## FORM OF PAYMENT

Please select your form of payment:

☐ ACH

By selecting ACH, I verify that the name on the account is the same name as on the claim. Please select checking or savings, and provide your routing number and account number in the boxes provided below.

**Account Type:** ☐ Checking ☐ Savings | **9-digit Routing Number:** | **Account Number:**

☐ Zelle

By selecting Zelle, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ PayPal

By selecting PayPal, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☐ Venmo

By selecting Venmo, I agree that the information necessary to receive payment from this vendor is the same as the information provided in the claim.

☑ Paper Check

By selecting Paper Check, I understand that a check will be mailed to the name and address provided in this claim.

**As part of the claims review and audit process, you may be asked to provide additional proof to substantiate your claim. You do not need to provide additional proof with your Claim Form at this time. However, the Claims Administrator may ask you to provide additional documents to prove your claim during the review process. If you are asked to provide additional proof and you do not, your claim may be rejected.**

## ATTESTATION AND CERTIFICATION

Regardless of whether you are filing this claim as a member of the **Purchaser Class or the Privacy Settlement Class**, please confirm the following by inserting a check mark in the boxes provided:

☑ I attest that I (or my minor child) reside in the United States or its territories.

☑ I (or the minor for whom I am submitting this claim) am/is a Settlement Class Member. I/They did not submit a request to exclude myself/themselves, or "opt out of," the Settlement.

☑ I (or the minor for whom I am submitting this claim) confirm my/their intent to participate in the Settlement as a member of one or both Settlement Class(es), including if applicable by revoking any prior request to exclude myself/themselves from the certified Purchaser Class.

☑ I/They agree to participate in the Settlement and be bound by the Settlement Agreement and all Court Orders in this lawsuit.

☑ I understand, agree, and consent that the Claims Administrator and Settlement Class Counsel may contact me electronically via email and/or mobile phone (message & data rates may apply).

☑ I agree to use my best efforts to provide more information related to my claim if the Claims Administrator asks me to do so.

If you are filing this claim as a member of the **Purchaser Settlement Class**, you are required to attest under penalty of perjury to each of the following statements as true.

Please confirm by inserting a check mark in the box provided:

☑ I attest that I (or my minor child) have or had a Google account that was associated with at least one Google-Made Device purchased by me (or my minor child).

If you are filing this claim as a member of the **Privacy Settlement Class**, you are required to attest under penalty of perjury that you have a good faith belief that each of the following statements is true.

Please confirm by inserting a check mark in the boxes provided:

☑ I attest that, between May 18, 2016 and March 19, 2026, I (or my minor child) **(select one of the following)**:

☐ have or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household;

**OR**

☑ was a Household member of a person that has or had a Google account that was associated with at least one Google Assistant Enabled Device in my Household.

☑ I have a good faith belief that, between May 18, 2016 and March 19, 2026, my (or my minor child's) communications were recorded or otherwise obtained by Google Assistant through the Google Assistant Enabled Device in my Household as a result of a False Accept or disclosed to any third-party review vendor.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

[signature] 08/25/26 @ 1242

**Signature (for minors, Signature of Parent/Guardian)*** **Date***