Erin Green Comite (*pro hac vice*)
Anja Rusi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
ecomite@scott-scott.com
arusi@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:19-cv-04286-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Beth Labson Freeman |

AND NOW, upon consideration of Plaintiffs' Administrative Motion to File Under Seal, filed September 17, 2026, the Declaration of Erin Green Comite in support thereof, and all responses and replies thereto,

IT IS HEREBY ORDERED that:

Plaintiffs' Administrative Motion to File Under Seal is GRANTED. The following materials, filed under seal as **Exhibit 1** to the Motion to Seal, shall be maintained under seal, and the corresponding portions of **Exhibit A** to Plaintiffs' Notice of Filing of Objection (ECF No. 572) shall remain redacted in the public record:

| **Document** | **Portion to Be Sealed** |
|---|---|
| Objection to Settlement | Pages 1-2: Ms. Brown's telephone number, mailing address, and email address |
| Exhibits 1 and 2 to the Objection | Ms. Brown's email addresses; the email addresses and cellular telephone number of the American Red Cross employees |
| Exhibit 3 to the Objection | Pages 2 through 7 |
| Exhibit 4 to the Objection | The exhibit in its entirety, replaced in the public version by a slip sheet reading "EXHIBIT FILED UNDER SEAL" |
| Claim Forms (six) | Ms. Brown's telephone number, mailing addresses, and email addresses |

**IT IS SO ORDERED.**

DATED:________________________

________________________________
The Honorable Beth Labson Freeman
United States District Court Judge