**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

This Document Relates to:

ALL ACTIONS.

Case No.: 19-cv-04286-BLF

**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER**

I, Rochelle J. Teichmiller, declare as follows:

1. I am a Senior Project Manager in the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I submit this declaration at the request of Class Counsel in connection with the above-captioned action (the "Action"). This Declaration is based upon my personal knowledge and information provided by Plaintiffs' Counsel and A.B. Data staff members.

2. A.B. Data previously completed the Court-approved Notice Plan to provide notice to members of the certified Purchaser Class in this Action (Dkt. No. 423) and subsequently was appointed by the Court as the Notice and Claims Administrator for the Settlement. (Dkt. No. 560.) My previous declaration, *Declaration of Rochelle J. Teichmiller on Implementation of Notice Plan* (Dkt. No. 567-1), dated August 13, 2026, described the implementation of the Notice Plan with respect to the Settlement.

3. This Declaration provides the Court with updated information regarding the reminder notice, exclusion requests, objections, claims administration, and administration costs.

## REMINDER NOTICE

4. As discussed in my previous declaration, between July 8, 2026, and August 13, 2026, A.B. Data sent a reminder notice, formatted as an email (the "Reminder Email Notice"), to each of the valid email addresses on the Direct Notice List from which A.B. Data had not received

a claim or a request for exclusion as of June 25, 2026. My previous declaration, executed on the morning of August 13, 2026, reported that 161,879,329 Reminder Email Notices had been sent as of that time. The Reminder Email campaign concluded later that same day. In total, A.B. Data sent 171,525,949 Reminder Email Notices, of which 169,944,753 were delivered, reflecting a ninety-nine percent (99%) successful delivery rate. A true and correct copy of the Reminder Email Notice is attached as Exhibit B to my previous declaration.

5. Throughout this Notice campaign, A.B. Data employed industry-standard practices to maximize delivery of the Notices and the Reminder Email Notices to recipients' inboxes. These included sending the notices from an authenticated sending domain with valid forward and reverse DNS (PTR) records, transmitting them over encrypted (TLS) connections, formatting them in compliance with the Internet Message Format standard (RFC 5322), and screening the send list through an email address validation vendor to remove invalid or risky addresses before the campaign began. A.B. Data also used a warmup schedule that gradually increased sending volume to build IP reputation, and, because the vast majority of the notices were sent to Gmail addresses, we applied a more conservative day-over-day growth rate for Gmail addresses than for non-Gmail addresses. These practices complied with Google's sender guidelines for Gmail,[1] which, effective February 1, 2024, require senders to use SPF or DKIM authentication, maintain valid PTR records, use TLS connections, keep spam rates reported in Google Postmaster Tools below 0.1% and avoid ever reaching a spam rate of 0.3% or higher, and format messages per RFC 5322 (with additional DMARC and authentication requirements for senders of 5,000 or more messages per day). A.B. Data monitored the campaign throughout, achieving a ninety-nine percent (99%) successful delivery rate.

**WEBSITE**

6. A.B. Data continues to maintain the dedicated case-specific website (www.GoogleAssistantPrivacyLitigation.com) (the "Settlement Website"). The Settlement

[1] *See* Gmail Help, Email Sender Guidelines, https://support.google.com/mail/answer/81126?hl=en.

Website is available in both English and Spanish. As of September 17, 2026, there have been approximately 3,617,527 visits by 3,152,244 unique visitors to the website.

**TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS**

7. A.B. Data continues to maintain the case-specific toll-free telephone number, 1-877-411-4704, with an automated interactive voice response ("IVR") system to address callers' questions and provide additional information about the Settlement. As of September 17, 2026, there have been 4,997 calls to the toll-free telephone number.

8. As of September 17, 2026, the case-specific email address established by A.B. Data has received and responded to 5,465 emails.

**EXCLUSION REQUESTS**

9. The deadline for Settlement Class Members to request exclusion was August 27, 2026. A.B. Data has received 253 total timely exclusion requests. A.B. Data reviewed all exclusion requests to determine their validity, as described in my previous declaration. Of these exclusion requests, 8 individuals matched the lists provided to A.B. Data by counsel for the arbitration claimants as identifying individuals whose claims in this matter have been released, as described in Paragraph 19 of my prior declaration (Dkt. 567-1) and are thus excluded from the definitions of the Settlement Classes. One individual had previously opted out of the Purchaser Class (Dkt. No. 440) and had not elected to rejoin the Settlement Classes. In addition, A.B. Data identified two individuals who appear to have provided fictitious information and whose exclusion requests are therefore deemed to be invalid. There were also 27 duplicate submissions.

10. Therefore, as of September 17, 2026, A.B. Data has received 216 valid exclusions. A report on the exclusion requests is attached as Exhibit A.

**OBJECTIONS**

11. The deadline for Settlement Class Members to object to the Settlement was August 27, 2026. As of September 17, 2026, A.B. Data has not received any objections; however, A.B. Data is aware that Settlement Class Members have filed objections directly with the Court pursuant to the instructions in the long-form Notice.

**REPORT ON CLAIMS**

12. Settlement Class Members are required to complete and submit a properly executed Claim Form, either by mail or online through the case-specific website, to determine their eligibility to receive payment from the Settlement Fund. The deadline for Settlement Class Members to submit Claims in this matter was August 27, 2026.

13. As of September 17, 2026, A.B. Data has received 1,536,964 Claims, of which 1,494,467 were submitted on or before the August 27, 2026, deadline, and 40,804 claims were submitted after the August 27, 2026, claim filing deadline. Paragraph 21.b of the Court's *Amended Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* (Dkt. No. 560) grants A.B. Data discretion to accept late claims "so long as the distribution of the Net Settlement Fund to Authorized Claimants is not materially delayed." Accordingly, A.B. Data presently anticipates accepting late claims for processing at least through one week following the Final Approval Hearing.

14. In a preliminary review of the claims for this Declaration, conducted prior to final validation, A.B. Data estimates that approximately 85% of the 1,536,964 claimants provided at least one serial number or IMEI. The Claims with documentation or at least one serial number or IMEI contain on average 1.35 devices per Claim by members of the Purchaser Settlement Class. These figures are preliminary, reflect the Claims as submitted, and are subject to change upon completion of A.B. Data's final validation of Claims, including the resolution of duplicate, incomplete, and potentially fraudulent submissions.

15. A.B. Data preliminarily estimates that the per-point payout will range from approximately $8.00 to approximately $20.00.[2] Even at the low end of this range, an Authorized Purchaser Class Member with one device would receive approximately $32.00 and an Authorized Privacy Class Member would receive approximately $8.00.

---

[2] This assumes a $40,000,000 Net Settlement Amount is fully available for distribution to Authorized Claimants. These numbers may fluctuate based upon further processing and fraud review and are subject to change. Any additional fees, expenses, or other deductions would reduce these figures proportionally.

16. Given the current level of claim participation, an Alternative Minimum Payment is not necessary.

17. A.B. Data is currently reviewing and processing Claims. The actual number of valid Claims will not be determined until the claims process is complete. A.B. Data will provide the Court with an updated report regarding the outcome of claims administration once the review process is complete.

18. As technology advances and becomes less expensive, fraudulent claim filing has become easier. In the current technology climate, with artificial intelligence ("AI") and machine learning readily accessible, fraudulent claim filing has become a business model. The methodology these fraudulent actors utilize, including valid data from data breaches and synthetic data, enables bad actors to submit millions of fraudulent claims.

19. High-profile consumer settlements similar to this one - with low barriers for unknown parties to receive a settlement payment - are ripe targets for fraudulent actors and commonly involve large-scale technological fraud ("programmatic fraud"). Class action settlements, most notably those where proof of purchase is not required and where individual class members cannot be identified, are especially vulnerable to the rising threat of fraudulent filers.[3] For example, a pure checkbox form, only requiring an attestation, allows organized fraud rings and automated "bot" operations to submit fraudulent claims by the thousands or millions, siphoning the fund away from the legitimate class members it exists to compensate. These concerns are especially important in cases that do not have a closed settlement class and where a large volume of claims is anticipated. Therefore, it is critical to minimize the potentially high costs to settlement classes.

20. One method to help mitigate fraud is to include documentation requirements as part of the claim process. In this matter, Class Members are required to provide proof of purchase and the associated serial number or International Mobile Equipment Identity ("IMEI") number with their Claim Forms. This type of proof is reasonable to ask Class Members to provide, as they are

[3] *See* Scammers flood US class action settlements with fraudulent claims: https://www.reuters.com/legal/us-class-action-settlements-flooded-with-fraudulent-claims-by-scammers-2024-05-02/.

likely to have retained or have access to this information, while it adds an additional barrier for fraudulent actors. Proof of purchase and serial number provide different data points to verify that a claim is valid. Proof of purchase establishes that the Class Member made a qualifying purchase. The serial number/IMEI device identifier ties each claim to a specific, eligible device. Together, this combined information can be used to screen and detect duplicate and fabricated device claims that a single identifier cannot.

21. As discussed in the *Declaration of Justin Parks of A.B. Data in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement*, filed on January 23, 2026 (Dkt. No. 549-8) ("Parks Declaration"), A.B. Data also employed a number of fraud prevention techniques to try to prevent and identify claims filed from suspicious locations, by repeat or bad actors, and/or by Internet "bots" attempting to defraud the claims process. In addition, A.B. Data has engaged Covalynt LLC ("Covalynt") to assist with fraud detection. A.B. Data is incorporating Covalynt's recommendations for valid and invalid claim determinations based on fraud markers in the review process.

## ADMINISTRATION COSTS

22. As of September 17, 2026, A.B. Data has incurred fees and costs associated with disseminating Notice and claims administration in the amount of $685,323.41. A.B. Data estimates that a total of $805,279.00 is required to complete the claims administration and initial distribution and an estimated $350,000 to complete a second distribution of unclaimed payments,[4] for a total of $1,840,602.41. This estimated total remains less than 10% more than the previously estimated total notice and administration costs of $1,700,000, which only estimated costs through the initial distribution phase.

[4] This estimate is based on assumptions regarding the rate at which payments from the initial distribution are claimed and the payment methods selected, which may increase or decrease the total costs of completing a second distribution if actual claims or payment method selections fall outside the scope of the estimate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17 day of September, 2026.

Rochelle J. Teichmiller

# EXHIBIT A

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Exclusion List**

| Exclusion | Name | City | State | Postmark |
|---|---|---|---|---|
| 1 | F. AMINI | FULLERTON | CA | 5/11/26 |
| 2 | P. HARTMAN | HOMELAND | CA | 5/13/26 |
| 3 | B. BARNHILL | MISSION VIEJO | CA | 5/15/26 |
| 4 | R. HASHBARGER | MARYSVILLE | OH | 5/16/26 |
| 5 | D. SMITH | HUNTINGTON BEACH | CA | 5/18/26 |
| 6 | M. TUKE | SAN DIEGO | CA | 7/9/26 |
| 7 | L. VERDUZCO | DOWNEY | CA | 7/10/26 |
| 8 | J. WANG | ELMHURST | IL | 7/11/26 |
| 9 | C. ROCCIA | LAS VEGAS | NV | 7/11/26 |
| 10 | C. MORA | BELL | CA | 7/11/26 |
| 11 | J. FOLLOWAY | CEDAR PARK | TX | 7/14/26 |
| 12 | D. EVANS | LAKE MARY | FL | 7/14/26 |
| 13 | T. SANDERS | DILLON | SC | 7/15/26 |
| 14 | P. CURRY | MARIETTA | GA | 7/12/26 |
| 15 | W. DOYLE | RANCHO SANTA FE | CA | 7/13/26 |
| 16 | R. LONON | POUGHKEEPSIE | NY | 7/23/26 |
| 17 | S. FERNANDEZ-GOMEZ | SUNNYVALE | CA | 7/23/26 |
| 18 | T. WHITE | PENSACOLA | FL | 7/22/26 |
| 19 | C. HEDIN | MELFORT | ND | 7/23/26 |
| 20 | R. THOMAS | FALLS CHURCH | VA | 5/19/26 |
| 21 | L. LIVINGSTON | PALO ALTO | CA | 5/20/26 |
| 22 | C. GARLICK | LAKE MARY | FL | 5/20/26 |
| 23 | A. MONTGOMERY | CHICO | CA | 6/5/26 |
| 24 | K. LI | SAN DIEGO | CA | 6/6/26 |
| 25 | L. SCHULZ | OSHKOSH | WI | 7/15/26 |
| 26 | G. BUTTERWORTH | VANCOUVER | WA | 7/17/26 |
| 27 | P. HERRERA | LANCASTER | CA | 7/17/26 |
| 28 | B. CHE | LAS VEGAS | NV | 7/18/26 |
| 29 | A. RAMOS | LACEY | WA | 7/19/26 |
| 30 | J. KLAASSEN | SEATTLE | WA | 7/20/26 |
| 31 | B. STRUMLAUF | RANCHO SANTA MARGARITA | CA | 7/20/26 |
| 32 | S. HOWEY | GLENDORA | CA | 7/21/26 |
| 33 | K. TAYLOR | ST ANNE | IL | 7/20/26 |
| 34 | H. LINDSEY | CONWAY | AR | 7/20/26 |
| 35 | C. CERVANTES | SELMA | CA | 5/21/26 |
| 36 | D. MAJHOR | STOCKTON | CA | 5/21/26 |
| 37 | D. TRINH | LOS ANGELES | CA | 5/22/26 |
| 38 | J. POLLOCK | EAST PALO ALTO | CA | 5/22/26 |
| 39 | J. REINERT | FAIRFAX | CA | 5/23/26 |
| 40 | N. KISLYUK | BALTIMORE | MD | 5/23/26 |
| 41 | J. CONTI | BERKELEY | CA | 6/7/26 |
| 42 | M. PEARSON | CHARLOTTE COURT HOUSE | VA | 5/24/26 |

**Exclusion List**

| | | | | |
|---|---|---|---|---|
| 43 | K. KIM | HOUSTON | TX | 5/25/26 |
| 44 | R. PIETSCH | SAN DIEGO | CA | 6/12/26 |
| 45 | L. HAMERA | OAKLAND | CA | 6/12/26 |
| 46 | D. HAYMOND | CENTRALIA | WA | 5/26/26 |
| 47 | M. PICANCO | LEBANON | NH | 5/27/26 |
| 48 | P. TULLMANN | MILLBRAE | CA | 5/27/26 |
| 49 | K. COLLETTE | COLORADO SPRINGS | CO | 5/28/26 |
| 50 | J. WORKMAN | CORVALLIS | OR | 5/28/26 |
| 51 | J. AVILA | ARCADIA | CA | 6/8/26 |
| 52 | B. LEMMON | SAN DIEGO | CA | 6/8/26 |
| 53 | M. MCIVER | SAN DIEGO | CA | 5/28/26 |
| 54 | J. WATERMAN | PETALUMA | CA | 6/9/26 |
| 55 | S. VEMULA | SAN FRANCISCO | CA | 5/29/26 |
| 56 | R. SPARLIN | LEWISTON | ME | 5/30/26 |
| 57 | A. LONG | FRASER | MI | 6/3/26 |
| 58 | S. BHARDWAJ | EAST BRUNSWICK | NJ | 5/31/26 |
| 59 | T. HAUGLAND | AIEA | HI | 5/28/26 |
| 60 | J. SEEK | EAST BETHEL | MN | 6/14/26 |
| 61 | J. LAWSON | SAN JOSE | CA | 5/31/26 |
| 62 | M. AUSSIEKER | FAIR OAKS | CA | 6/1/26 |
| 63 | L. MACHADO | SHARPSBURG | GA | 6/14/26 |
| 64 | T. LUGO | ANAHEIM | CA | 6/14/26 |
| 65 | C. MCMULLEN | PITTSBURGH | PA | 6/14/26 |
| 66 | A. PLOTKIN | LAKEWOOD | CO | 6/14/26 |
| 67 | C. STILLMAN | GLENDALE | CA | 6/15/26 |
| 68 | C. REBERT | SUNNYVALE | CA | 6/1/26 |
| 69 | J. VARGAS | SANTA CRUZ | CA | 6/1/26 |
| 70 | P. WILLIAMS | SAN JOSE | CA | 6/2/26 |
| 71 | J. GRACIA | PACIFICA | CA | 6/2/26 |
| 72 | V. RAO | SAN JOSE | CA | 6/2/26 |
| 73 | S. VANNATTA | HUDSON | WI | 6/3/26 |
| 74 | B. DALY | SAN DIEGO | CA | 6/9/26 |
| 75 | M. MERCADAL | LOS ANGELES | CA | 6/9/26 |
| 76 | E. ALVAREZ | TURLOCK | CA | 6/4/26 |
| 77 | V. CALERO | VALLEJO | CA | 6/4/26 |
| 78 | N. TIEP | LOS ANGELES | CA | 6/5/26 |
| 79 | R. SANTOS-CARRILLO | BRONX | NY | 6/10/26 |
| 80 | A. DIAZ | CORNING | CA | 6/11/26 |
| 81 | M. IBARBURU | DORAL | FL | 6/16/26 |
| 82 | N. BENDER | LOS ANGELES | CA | 6/16/26 |
| 83 | J. NGUYEN | FOUNTAIN VALLEY | CA | 6/16/26 |
| 84 | M. SCHNEIDER | RALEIGH | NC | 6/16/26 |
| 85 | J. WIGGINS | ROSEBURG | OR | 5/8/26 |

**Exclusion List**

| | | | | |
|---|---|---|---|---|
| 86 | J. ALICEA | SAN FRANCISCO | CA | 6/12/26 |
| 87 | B. MITCHELL | HUNTERSVILLE | NC | 6/12/26 |
| 88 | H. NEELY | NEW ORLEANS | LA | 6/12/26 |
| 89 | J. MENDOZA | STOCKTON | CA | 6/12/26 |
| 90 | B. EISEN | CANYON COUNTRY | CA | 6/12/26 |
| 91 | H. CHEN | IRVINE | CA | 6/19/26 |
| 92 | C. CHUNG | LAKE FOREST | CA | 6/20/26 |
| 93 | L. SMITH | GREENWOOD | IN | 6/20/26 |
| 94 | R. KULZ | LOS ANGELES | CA | 6/20/26 |
| 95 | C. VANLANDINGHAM | LOS OSOS | CA | 6/17/26 |
| 96 | D. VELEZ | SANTA CLARA | CA | 6/17/26 |
| 97 | M. YANG | MODESTO | CA | 6/20/26 |
| 98 | W. HAWTHORNE | GRANADA HILLS | CA | 6/21/26 |
| 99 | M. BOLGER | WARMINSTER | PA | 6/21/26 |
| 100 | A. CANO | PASADENA | CA | 6/17/26 |
| 101 | K. CHRISTIAN | VAN NUYS | CA | 6/17/26 |
| 102 | F. PAULINO | DALY CITY | CA | 6/19/26 |
| 103 | S. NEWMAN | BIG RAPIDS | MI | 6/22/26 |
| 104 | D. HEBERT | UNION | MO | 6/22/26 |
| 105 | J. HALSEY | CHICAGO | IL | 6/22/26 |
| 106 | T. MAYORGA | HESPERIA | CA | 6/22/26 |
| 107 | B. O'BERRY | LANSING | MI | 6/22/26 |
| 108 | T. NOURSE | REDWOOD CITY | CA | 6/22/26 |
| 109 | R. EARL | TEMPE | AZ | 6/23/26 |
| 110 | C. HILL | WENATCHEE | WA | 6/23/26 |
| 111 | R. MORRIS | PLEASANT HILL | MO | 6/24/26 |
| 112 | H. HOLBROOK | EAGAN | MN | 6/24/26 |
| 113 | M. SEVERSON | CARLSBAD | CA | 6/25/26 |
| 114 | D. MCFARLAND | RANCHO CUCAMONGA | CA | 6/25/26 |
| 115 | N. JOHNSON | PORTLAND | OR | 7/24/26 |
| 116 | P. LUPCKE | MARIETTA | GA | 7/25/26 |
| 117 | R. RIVERA | DORCHESTER | MA | 6/25/26 |
| 118 | I. FONTANEZ | COROZAL | PR | 6/26/26 |
| 119 | S. ADAMES | SANTO DOMINGO | PR | 6/27/26 |
| 120 | H. IORGA | SACRAMENTO | CA | 6/28/26 |
| 121 | J. CHARLES | BROOKLYN | NY | 6/29/26 |
| 122 | A. GANESH | SAN JOSE | CA | 6/29/26 |
| 123 | W. ZHAO | NEW YORK | NY | 6/29/26 |
| 124 | R. FRANCE | NORTHRIDGE | CA | 6/29/26 |
| 125 | C. LEE | FULLERTON | CA | 6/29/26 |
| 126 | E. HOOD | DEMING | NM | 6/29/26 |
| 127 | S. COUTARD | KISSIMMEE | FL | 6/30/26 |
| 128 | C. PICOTTE | BROOKLYN PARK | MN | 6/30/26 |

**Exclusion List**

| | | | | |
|---|---|---|---|---|
| 129 | G. CARMAN | NAPA | CA | 7/1/26 |
| 130 | L. SANGAILA | KENNETH CITY | FL | 7/13/26 |
| 131 | C. GARLEB | WESTERVILLE | OH | 7/2/26 |
| 132 | N. FARRELL | OAKLAND | CA | 7/2/26 |
| 133 | J. KELLEY | LOS ANGELES | CA | 7/6/26 |
| 134 | J. BEELER | SUNNYVALE | CA | 7/26/26 |
| 135 | T. MALLY | BURBANK | CA | 7/27/26 |
| 136 | A. PARSONS | MECHANICSVILLE | VA | 6/17/26 |
| 137 | D. MUMIN | OMAHA | NE | 7/14/26 |
| 138 | R. ESQ | SMITHTOWN | NY | 8/6/26 |
| 139 | Z. LEVY | APEX | NC | 8/5/26 |
| 140 | A. CHAN | SAN DIEGO | CA | 8/5/26 |
| 141 | Y. HUANG | SANTA CLARA | CA | 8/2/26 |
| 142 | P. LII | MOUNTAIN VIEW | CA | 8/5/26 |
| 143 | M. MESTER | CHICAGO | IL | 8/11/26 |
| 144 | K. DAWBER | LEHI | UT | 8/13/26 |
| 145 | C. GAUGER | WASHINGTON | NC | 8/17/26 |
| 146 | D. LEMLER | BROWNWOOD | TX | 8/20/26 |
| 147 | D. XIE | SNOHOMISH | WA | 7/29/26 |
| 148 | D. VALENTINE | ALEXANDRIA | VA | 7/29/26 |
| 149 | D. COTE | ENFIELD | CT | 7/29/26 |
| 150 | M. MAI | RALEIGH | NC | 7/29/26 |
| 151 | W. SIQUEIRA | CARAPICUIBA | BRAZIL | 7/31/26 |
| 152 | K. HONGPANICH | CARSON | CA | 7/31/26 |
| 153 | M. KRZYKOWSKI | ROCHESTER | NY | 7/31/26 |
| 154 | S. OTTO | THOUSAND OAKS | CA | 8/1/26 |
| 155 | E. MAGNO | DANBURY | CT | 8/3/26 |
| 156 | S. STUBBS | EUGENE | OR | 8/3/26 |
| 157 | N. SAUER | CALABASAS | CA | 8/3/26 |
| 158 | N. LEE | ARCADIA | CA | 8/3/26 |
| 159 | W. JOHNSON | ATANTA | GA | 8/4/26 |
| 160 | R. PRIMIANI | CHARLESTON | SC | 8/5/26 |
| 161 | R. BASTIEN | HEMPSTEAD | NY | 8/5/26 |
| 162 | R. CLARKE-IANIERO | PALM SPRINGS | CA | 8/6/26 |
| 163 | E. WINSLOW | MILWAUKEE | WI | 8/8/26 |
| 164 | A. SEGURA | CORONA | CA | 8/9/26 |
| 165 | A. CLOSE | GERMANTOWN | MD | 8/9/26 |
| 166 | B. DEUTSCH | NEW YORK | NY | 8/9/26 |
| 167 | K. CHENG | FOSTER CITY | CA | 8/10/26 |
| 168 | M. JOHNSON | COLORADO SPRINGS | CO | 8/11/26 |
| 169 | A. POSS | SAN ANTONIO | TX | 8/11/26 |
| 170 | D. DUCAT | HUNTINGTON BEACH | CA | 8/12/26 |
| 171 | K. JOHNSON | MINEOLA | IA | 8/12/26 |

**Exclusion List**

| | | | | |
|---|---|---|---|---|
| 172 | A. DU | EL MONTE | CA | 8/12/26 |
| 173 | R. GLASSER | GERMANTOWN | MD | 8/12/26 |
| 174 | I. FOUST | COLUMBUS | OH | 8/12/26 |
| 175 | A. ZIER | MISSION | KS | 8/13/26 |
| 176 | D. GARRITY | FRAMINGHAM | MA | 8/13/26 |
| 177 | J. POWERS | CLEVELAND | TN | 8/13/26 |
| 178 | N. RODRIGUEZ | SEATTLE | WA | 8/14/26 |
| 179 | J. FLORES | LODI | NJ | 8/15/26 |
| 180 | R. VONGSALY | SMYRNA | TN | 8/15/26 |
| 181 | M. OLIVEIRA | NEW BEDFORD | MA | 8/15/26 |
| 182 | A. KATZ | BALTIMORE | MD | 8/16/26 |
| 183 | P. HU | HAPPY VALLEY | OR | 8/16/26 |
| 184 | B. GAUGER | WASHINGTON | NC | 8/17/26 |
| 185 | A. IEDI | KAHRAMANMARAS | GU | 8/17/26 |
| 186 | M. LEAR | FRESNO | CA | 8/18/26 |
| 187 | L. RARO | DAVAO CITY | KS | 8/18/26 |
| 188 | T. JOHNSON | HENRICO | VA | 8/20/26 |
| 189 | C. GASTON | NORTH HOLLYWOOD | CA | 8/21/26 |
| 190 | J. BROWNLEE | JEFFERSONVILLE | IN | 8/21/26 |
| 191 | A. DOWLING | YPSILANTI | MI | 8/22/26 |
| 192 | K. KHOWAJA | CHICAGO | IL | 8/25/26 |
| 193 | K. KHOWAJA | PARK RIDGE | IL | 8/25/26 |
| 194 | G. MATA | SAN DIEGO | CA | 8/25/26 |
| 195 | T. YANG | TOWNSHIP OF TAYLORSVILLE | NC | 8/26/26 |
| 196 | S. RYAN | INDIANAPOLIS | IN | 8/26/26 |
| 197 | E. BECNEL | LOMBARD | IL | 8/26/26 |
| 198 | T. HICKS | ROANOKE | VA | 8/26/26 |
| 199 | E. KREIDER | HELOTES | TX | 8/26/26 |
| 200 | D. DAUZART | RANDOLPH | VT | 8/26/26 |
| 201 | D. DIAZ | WHITTIER | CA | 8/26/26 |
| 202 | A. PARRISH | JACKSONVILLE | FL | 8/26/26 |
| 203 | S. JOHNSON | BUCKLEY | WA | 8/26/26 |
| 204 | T. ROBERTSON | ZEPHYRHILLS | FL | 8/26/26 |
| 205 | D. HILES | INDEPENDENCE | KY | 8/27/26 |
| 206 | M. HILES | INDEPENDENCE | KY | 8/27/26 |
| 207 | S. SABENS | MERRIMACK | NH | 8/27/26 |
| 208 | F. PETTENGILL | SPRING HILL | FL | 8/27/26 |
| 209 | K. TAFT | MCQUEENEY | TX | 8/27/26 |
| 210 | J. COBB | GOODRICH | MI | 8/27/26 |
| 211 | E. ONEILL | NOBLESVILLE | IN | 8/27/26 |
| 212 | N. DAVIS | LOS ALTOS | CA | 8/27/26 |
| 213 | T. EDMUNDSON | WASHINGTON | DC | 8/27/26 |
| 214 | H. CORSON | NEW ORLEANS | LA | 8/27/26 |

**Exclusion List**

| | | | | |
|---|---|---|---|---|
| 215 | K. WILLIAMS | MCDONOUGH | GA | 8/27/26 |
| 216 | J. LUCBAN | RODRIGUEZ RIZAL | PHL | 8/28/26 |