**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE GOOGLE ASSISTANT PRIVACY LITIGATION

This Document Relates to:

ALL ACTIONS.

Case No.: 19-cv-04286-BLF

**SECOND SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER**

I, Rochelle J. Teichmiller, declare as follows:

1. I am a Senior Project Manager in the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I submit this second supplemental declaration ("Declaration") at the request of Class Counsel in connection with the above-captioned action (the "Action"). This Declaration is based upon my personal knowledge and information provided by Plaintiffs' Counsel and A.B. Data staff members.

2. I submit this Declaration as an update to my prior supplemental declaration, *Supplemental Declaration of Rochelle J. Teichmiller on Implementation of Notice Plan* (Dkt. No. 547-1), dated September 17, 2026.

3. On September 21, 2026, A.B. Data received one additional request for exclusion via United States Postal Service ("USPS"), postmarked August 27, 2026. The Preliminary Approval Order and Class Notice required that exclusion requests be postmarked on or before August 27, 2026. Accordingly, A.B. Data has concluded that this exclusion request is timely.

4. Receipt of this exclusion request increases the total number of valid, timely exclusion requests to 217, and there remain two invalid exclusion requests. An updated exclusion list is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this 30th day of September 2026.

Rochelle J. Teichmiller

# EXHIBIT A

***In re Google Assistant Privacy Litigation*** **, No. 4:19-cv-04286**

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| Exclusion | Name | City | State | Postmark |
|---|---|---|---|---|
| 1 | F. AMINI | FULLERTON | CA | 5/11/26 |
| 2 | P. HARTMAN | HOMELAND | CA | 5/13/26 |
| 3 | B. BARNHILL | MISSION VIEJO | CA | 5/15/26 |
| 4 | R. HASHBARGER | MARYSVILLE | OH | 5/16/26 |
| 5 | D. SMITH | HUNTINGTON BEACH | CA | 5/18/26 |
| 6 | M. TUKE | SAN DIEGO | CA | 7/9/26 |
| 7 | L. VERDUZCO | DOWNEY | CA | 7/10/26 |
| 8 | J. WANG | ELMHURST | IL | 7/11/26 |
| 9 | C. ROCCIA | LAS VEGAS | NV | 7/11/26 |
| 10 | C. MORA | BELL | CA | 7/11/26 |
| 11 | J. FOLLOWAY | CEDAR PARK | TX | 7/14/26 |
| 12 | D. EVANS | LAKE MARY | FL | 7/14/26 |
| 13 | T. SANDERS | DILLON | SC | 7/15/26 |
| 14 | P. CURRY | MARIETTA | GA | 7/12/26 |
| 15 | W. DOYLE | RANCHO SANTA FE | CA | 7/13/26 |
| 16 | R. LONON | POUGHKEEPSIE | NY | 7/23/26 |
| 17 | S. FERNANDEZ-GOMEZ | SUNNYVALE | CA | 7/23/26 |
| 18 | T. WHITE | PENSACOLA | FL | 7/22/26 |
| 19 | C. HEDIN | MELFORT | ND | 7/23/26 |
| 20 | R. THOMAS | FALLS CHURCH | VA | 5/19/26 |
| 21 | L. LIVINGSTON | PALO ALTO | CA | 5/20/26 |
| 22 | C. GARLICK | LAKE MARY | FL | 5/20/26 |
| 23 | A. MONTGOMERY | CHICO | CA | 6/5/26 |
| 24 | K. LI | SAN DIEGO | CA | 6/6/26 |
| 25 | L. SCHULZ | OSHKOSH | WI | 7/15/26 |
| 26 | G. BUTTERWORTH | VANCOUVER | WA | 7/17/26 |
| 27 | P. HERRERA | LANCASTER | CA | 7/17/26 |
| 28 | B. CHE | LAS VEGAS | NV | 7/18/26 |
| 29 | A. RAMOS | LACEY | WA | 7/19/26 |
| 30 | J. KLAASSEN | SEATTLE | WA | 7/20/26 |
| 31 | B. STRUMLAUF | RANCHO SANTA MARGARITA | CA | 7/20/26 |
| 32 | S. HOWEY | GLENDORA | CA | 7/21/26 |
| 33 | K. TAYLOR | ST ANNE | IL | 7/20/26 |
| 34 | H. LINDSEY | CONWAY | AR | 7/20/26 |
| 35 | C. CERVANTES | SELMA | CA | 5/21/26 |
| 36 | D. MAJHOR | STOCKTON | CA | 5/21/26 |
| 37 | D. TRINH | LOS ANGELES | CA | 5/22/26 |
| 38 | J. POLLOCK | EAST PALO ALTO | CA | 5/22/26 |
| 39 | J. REINERT | FAIRFAX | CA | 5/23/26 |
| 40 | N. KISLYUK | BALTIMORE | MD | 5/23/26 |
| 41 | J. CONTI | BERKELEY | CA | 6/7/26 |
| 42 | M. PEARSON | CHARLOTTE COURT HOUSE | VA | 5/24/26 |
| 43 | K. KIM | HOUSTON | TX | 5/25/26 |

| | | | | |
|---|---|---|---|---|
| 44 | R. PIETSCH | SAN DIEGO | CA | 6/12/26 |
| 45 | L. HAMERA | OAKLAND | CA | 6/12/26 |
| 46 | D. HAYMOND | CENTRALIA | WA | 5/26/26 |
| 47 | M. PICANCO | LEBANON | NH | 5/27/26 |
| 48 | P. TULLMANN | MILLBRAE | CA | 5/27/26 |
| 49 | K. COLLETTE | COLORADO SPRINGS | CO | 5/28/26 |
| 50 | J. WORKMAN | CORVALLIS | OR | 5/28/26 |
| 51 | J. AVILA | ARCADIA | CA | 6/8/26 |
| 52 | B. LEMMON | SAN DIEGO | CA | 6/8/26 |
| 53 | M. MCIVER | SAN DIEGO | CA | 5/28/26 |
| 54 | J. WATERMAN | PETALUMA | CA | 6/9/26 |
| 55 | S. VEMULA | SAN FRANCISCO | CA | 5/29/26 |
| 56 | R. SPARLIN | LEWISTON | ME | 5/30/26 |
| 57 | A. LONG | FRASER | MI | 6/3/26 |
| 58 | S. BHARDWAJ | EAST BRUNSWICK | NJ | 5/31/26 |
| 59 | T. HAUGLAND | AIEA | HI | 5/28/26 |
| 60 | J. SEEK | EAST BETHEL | MN | 6/14/26 |
| 61 | J. LAWSON | SAN JOSE | CA | 5/31/26 |
| 62 | M. AUSSIEKER | FAIR OAKS | CA | 6/1/26 |
| 63 | L. MACHADO | SHARPSBURG | GA | 6/14/26 |
| 64 | T. LUGO | ANAHEIM | CA | 6/14/26 |
| 65 | C. MCMULLEN | PITTSBURGH | PA | 6/14/26 |
| 66 | A. PLOTKIN | LAKEWOOD | CO | 6/14/26 |
| 67 | C. STILLMAN | GLENDALE | CA | 6/15/26 |
| 68 | C. REBERT | SUNNYVALE | CA | 6/1/26 |
| 69 | J. VARGAS | SANTA CRUZ | CA | 6/1/26 |
| 70 | P. WILLIAMS | SAN JOSE | CA | 6/2/26 |
| 71 | J. GRACIA | PACIFICA | CA | 6/2/26 |
| 72 | V. RAO | SAN JOSE | CA | 6/2/26 |
| 73 | S. VANNATTA | HUDSON | WI | 6/3/26 |
| 74 | B. DALY | SAN DIEGO | CA | 6/9/26 |
| 75 | M. MERCADAL | LOS ANGELES | CA | 6/9/26 |
| 76 | E. ALVAREZ | TURLOCK | CA | 6/4/26 |
| 77 | V. CALERO | VALLEJO | CA | 6/4/26 |
| 78 | N. TIEP | LOS ANGELES | CA | 6/5/26 |
| 79 | R. SANTOS-CARRILLO | BRONX | NY | 6/10/26 |
| 80 | A. DIAZ | CORNING | CA | 6/11/26 |
| 81 | M. IBARBURU | DORAL | FL | 6/16/26 |
| 82 | N. BENDER | LOS ANGELES | CA | 6/16/26 |
| 83 | J. NGUYEN | FOUNTAIN VALLEY | CA | 6/16/26 |
| 84 | M. SCHNEIDER | RALEIGH | NC | 6/16/26 |
| 85 | J. WIGGINS | ROSEBURG | OR | 5/8/26 |
| 86 | J. ALICEA | SAN FRANCISCO | CA | 6/12/26 |
| 87 | B. MITCHELL | HUNTERSVILLE | NC | 6/12/26 |

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 88 | H. NEELY | NEW ORLEANS | LA | 6/12/26 |
| 89 | J. MENDOZA | STOCKTON | CA | 6/12/26 |
| 90 | B. EISEN | CANYON COUNTRY | CA | 6/12/26 |
| 91 | H. CHEN | IRVINE | CA | 6/19/26 |
| 92 | C. CHUNG | LAKE FOREST | CA | 6/20/26 |
| 93 | L. SMITH | GREENWOOD | IN | 6/20/26 |
| 94 | R. KULZ | LOS ANGELES | CA | 6/20/26 |
| 95 | C. VANLANDINGHAM | LOS OSOS | CA | 6/17/26 |
| 96 | D. VELEZ | SANTA CLARA | CA | 6/17/26 |
| 97 | M. YANG | MODESTO | CA | 6/20/26 |
| 98 | W. HAWTHORNE | GRANADA HILLS | CA | 6/21/26 |
| 99 | M. BOLGER | WARMINSTER | PA | 6/21/26 |
| 100 | A. CANO | PASADENA | CA | 6/17/26 |
| 101 | K. CHRISTIAN | VAN NUYS | CA | 6/17/26 |
| 102 | F. PAULINO | DALY CITY | CA | 6/19/26 |
| 103 | S. NEWMAN | BIG RAPIDS | MI | 6/22/26 |
| 104 | D. HEBERT | UNION | MO | 6/22/26 |
| 105 | J. HALSEY | CHICAGO | IL | 6/22/26 |
| 106 | T. MAYORGA | HESPERIA | CA | 6/22/26 |
| 107 | B. O'BERRY | LANSING | MI | 6/22/26 |
| 108 | T. NOURSE | REDWOOD CITY | CA | 6/22/26 |
| 109 | R. EARL | TEMPE | AZ | 6/23/26 |
| 110 | C. HILL | WENATCHEE | WA | 6/23/26 |
| 111 | R. MORRIS | PLEASANT HILL | MO | 6/24/26 |
| 112 | H. HOLBROOK | EAGAN | MN | 6/24/26 |
| 113 | M. SEVERSON | CARLSBAD | CA | 6/25/26 |
| 114 | D. MCFARLAND | RANCHO CUCAMONGA | CA | 6/25/26 |
| 115 | N. JOHNSON | PORTLAND | OR | 7/24/26 |
| 116 | P. LUPCKE | MARIETTA | GA | 7/25/26 |
| 117 | R. RIVERA | DORCHESTER | MA | 6/25/26 |
| 118 | I. FONTANEZ | COROZAL | PR | 6/26/26 |
| 119 | S. ADAMES | SANTO DOMINGO | PR | 6/27/26 |
| 120 | H. IORGA | SACRAMENTO | CA | 6/28/26 |
| 121 | J. CHARLES | BROOKLYN | NY | 6/29/26 |
| 122 | A. GANESH | SAN JOSE | CA | 6/29/26 |
| 123 | W. ZHAO | NEW YORK | NY | 6/29/26 |
| 124 | R. FRANCE | NORTHRIDGE | CA | 6/29/26 |
| 125 | C. LEE | FULLERTON | CA | 6/29/26 |
| 126 | E. HOOD | DEMING | NM | 6/29/26 |
| 127 | S. COUTARD | KISSIMMEE | FL | 6/30/26 |
| 128 | C. PICOTTE | BROOKLYN PARK | MN | 6/30/26 |
| 129 | G. CARMAN | NAPA | CA | 7/1/26 |
| 130 | L. SANGAILA | KENNETH CITY | FL | 7/13/26 |
| 131 | C. GARLEB | WESTERVILLE | OH | 7/2/26 |

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 132 | N. FARRELL | OAKLAND | CA | 7/2/26 |
| 133 | J. KELLEY | LOS ANGELES | CA | 7/6/26 |
| 134 | J. BEELER | SUNNYVALE | CA | 7/26/26 |
| 135 | T. MALLY | BURBANK | CA | 7/27/26 |
| 136 | A. PARSONS | MECHANICSVILLE | VA | 6/17/26 |
| 137 | D. MUMIN | OMAHA | NE | 7/14/26 |
| 138 | R. ESQ | SMITHTOWN | NY | 8/6/26 |
| 139 | Z. LEVY | APEX | NC | 8/5/26 |
| 140 | A. CHAN | SAN DIEGO | CA | 8/5/26 |
| 141 | Y. HUANG | SANTA CLARA | CA | 8/2/26 |
| 142 | P. LII | MOUNTAIN VIEW | CA | 8/5/26 |
| 143 | M. MESTER | CHICAGO | IL | 8/11/26 |
| 144 | K. DAWBER | LEHI | UT | 8/13/26 |
| 145 | C. GAUGER | WASHINGTON | NC | 8/17/26 |
| 146 | D. LEMLER | BROWNWOOD | TX | 8/20/26 |
| 147 | D. XIE | SNOHOMISH | WA | 7/29/26 |
| 148 | D. VALENTINE | ALEXANDRIA | VA | 7/29/26 |
| 149 | D. COTE | ENFIELD | CT | 7/29/26 |
| 150 | M. MAI | RALEIGH | NC | 7/29/26 |
| 151 | W. SIQUEIRA | CARAPICUIBA | BRAZIL | 7/31/26 |
| 152 | K. HONGPANICH | CARSON | CA | 7/31/26 |
| 153 | M. KRZYKOWSKI | ROCHESTER | NY | 7/31/26 |
| 154 | S. OTTO | THOUSAND OAKS | CA | 8/1/26 |
| 155 | E. MAGNO | DANBURY | CT | 8/3/26 |
| 156 | S. STUBBS | EUGENE | OR | 8/3/26 |
| 157 | N. SAUER | CALABASAS | CA | 8/3/26 |
| 158 | N. LEE | ARCADIA | CA | 8/3/26 |
| 159 | W. JOHNSON | ATANTA | GA | 8/4/26 |
| 160 | R. PRIMIANI | CHARLESTON | SC | 8/5/26 |
| 161 | R. BASTIEN | HEMPSTEAD | NY | 8/5/26 |
| 162 | R. CLARKE-IANIERO | PALM SPRINGS | CA | 8/6/26 |
| 163 | E. WINSLOW | MILWAUKEE | WI | 8/8/26 |
| 164 | A. SEGURA | CORONA | CA | 8/9/26 |
| 165 | A. CLOSE | GERMANTOWN | MD | 8/9/26 |
| 166 | B. DEUTSCH | NEW YORK | NY | 8/9/26 |
| 167 | K. CHENG | FOSTER CITY | CA | 8/10/26 |
| 168 | M. JOHNSON | COLORADO SPRINGS | CO | 8/11/26 |
| 169 | A. POSS | SAN ANTONIO | TX | 8/11/26 |
| 170 | D. DUCAT | HUNTINGTON BEACH | CA | 8/12/26 |
| 171 | K. JOHNSON | MINEOLA | IA | 8/12/26 |
| 172 | A. DU | EL MONTE | CA | 8/12/26 |
| 173 | R. GLASSER | GERMANTOWN | MD | 8/12/26 |
| 174 | I. FOUST | COLUMBUS | OH | 8/12/26 |
| 175 | A. ZIER | MISSION | KS | 8/13/26 |

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 176 | D. GARRITY | FRAMINGHAM | MA | 8/13/26 |
| 177 | J. POWERS | CLEVELAND | TN | 8/13/26 |
| 178 | N. RODRIGUEZ | SEATTLE | WA | 8/14/26 |
| 179 | J. FLORES | LODI | NJ | 8/15/26 |
| 180 | R. VONGSALY | SMYRNA | TN | 8/15/26 |
| 181 | M. OLIVEIRA | NEW BEDFORD | MA | 8/15/26 |
| 182 | A. KATZ | BALTIMORE | MD | 8/16/26 |
| 183 | P. HU | HAPPY VALLEY | OR | 8/16/26 |
| 184 | B. GAUGER | WASHINGTON | NC | 8/17/26 |
| 185 | A. IEDI | KAHRAMANMARAS | GU | 8/17/26 |
| 186 | M. LEAR | FRESNO | CA | 8/18/26 |
| 187 | L. RARO | DAVAO CITY | KS | 8/18/26 |
| 188 | T. JOHNSON | HENRICO | VA | 8/20/26 |
| 189 | C. GASTON | NORTH HOLLYWOOD | CA | 8/21/26 |
| 190 | J. BROWNLEE | JEFFERSONVILLE | IN | 8/21/26 |
| 191 | A. DOWLING | YPSILANTI | MI | 8/22/26 |
| 192 | K. KHOWAJA | CHICAGO | IL | 8/25/26 |
| 193 | K. KHOWAJA | PARK RIDGE | IL | 8/25/26 |
| 194 | G. MATA | SAN DIEGO | CA | 8/25/26 |
| 195 | T. YANG | TOWNSHIP OF TAYLORSVILLE | NC | 8/26/26 |
| 196 | S. RYAN | INDIANAPOLIS | IN | 8/26/26 |
| 197 | E. BECNEL | LOMBARD | IL | 8/26/26 |
| 198 | T. HICKS | ROANOKE | VA | 8/26/26 |
| 199 | E. KREIDER | HELOTES | TX | 8/26/26 |
| 200 | D. DAUZART | RANDOLPH | VT | 8/26/26 |
| 201 | D. DIAZ | WHITTIER | CA | 8/26/26 |
| 202 | A. PARRISH | JACKSONVILLE | FL | 8/26/26 |
| 203 | S. JOHNSON | BUCKLEY | WA | 8/26/26 |
| 204 | T. ROBERTSON | ZEPHYRHILLS | FL | 8/26/26 |
| 205 | D. HILES | INDEPENDENCE | KY | 8/27/26 |
| 206 | M. HILES | INDEPENDENCE | KY | 8/27/26 |
| 207 | S. SABENS | MERRIMACK | NH | 8/27/26 |
| 208 | F. PETTENGILL | SPRING HILL | FL | 8/27/26 |
| 209 | K. TAFT | MCQUEENEY | TX | 8/27/26 |
| 210 | J. COBB | GOODRICH | MI | 8/27/26 |
| 211 | E. ONEILL | NOBLESVILLE | IN | 8/27/26 |
| 212 | N. DAVIS | LOS ALTOS | CA | 8/27/26 |
| 213 | T. EDMUNDSON | WASHINGTON | DC | 8/27/26 |
| 214 | H. CORSON | NEW ORLEANS | LA | 8/27/26 |
| 215 | K. WILLIAMS | MCDONOUGH | GA | 8/27/26 |
| 216 | J. LUCBAN | RODRIGUEZ RIZAL | PHL | 8/27/26 |
| 217 | M. CIMENSKI | ANDOVER | MN | 8/27/26 |