United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ASIF KUMANDAN, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No. 19-cv-04286-BLF

**ORDER RE OCTOBER 1, 2026 HEARING**

Objector Nathaniel Smith requested permission to appear and speak remotely at the Final Approval Hearing on October 1, 2026. *See* ECF No. 569 at 26. The Court GRANTS Mr. Smith's request.

**IT IS SO ORDERED.**

Dated: September 30, 2026

BETH LABSON FREEMAN
United States District Judge