UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASIF KUMANDAN, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No.19-cv-04286-BLF

**ORDER DIRECTING PLAINTIFF TO FILE COMBINED TIMESHEETS FOR ATTORNEY'S FEES**

On October 1, 2026, the Court held a hearing on Plaintiffs' fees motion and motion for final approval of the class action settlement. *See* ECF No. 579 ("Tr."). As discussed on the record, the Court requested a reformatted version of the timekeeper charts aggregating the various charts submitted by different firms into one chart. Tr. at 14:19–22. The Court directs Plaintiffs to file that combined chart for attorney's fees by October 14, 2026.

**IT IS SO ORDERED.**

Dated: October 7, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California