United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASIF KUMANDAN, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No.19-cv-04286-BLF

**ORDER DIRECTING PLAINTIFF TO FILE COMBINED TIMESHEETS FOR ATTORNEY'S FEES**

On October 1, 2026, the Court held a hearing on Plaintiffs' fees motion and motion for final approval of the class action settlement. *See* ECF No. 579 ("Tr."). As discussed on the record, the Court requested a reformatted version of the timekeeper charts aggregating the various charts submitted by different firms into one chart. Tr. at 14:19–22. The Court directs Plaintiffs to file that combined chart for attorney's fees by October 14, 2026.

**IT IS SO ORDERED.**

Dated: October 7, 2026

BETH LABSON FREEMAN
United States District Judge