**EXHIBIT 1 – Hours by Category (ALL FIRMS) - *IN RE GOOGLE ASSISTANT PRIVACY LITIGATION*, No. 5:19-CV-04286-BLF (N.D. Cal.) - Inception through June 2026**

| Firm | Attorneys | Role | Final Year of Employment (if applicable) | Effective Billing Rate | (1) Investigation & Factual Research for Initial and Amended Complaints | (2) Initial & Amended Complaint Drafting and Motion to Dismiss Briefing | (3) Document Review | (4) Depositions (incl. prep) | (5) Other Discovery (incl. motion practice) | (6) Class Cert & Post-Class Cert Motions (Motions to Clarify Class Definition, Invalidate Arbitration Opt Outs, Compel Arbitration) | (7) Summary Judgment | (8) Litigation Strategy & Analysis | (9) Mediation, Settlement & Settlement Administration | (10) Trial (incl. prep) | (11) Client Communication | (12) Expert Work | Total Hours | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowey | Geoffrey Horn | Shareholder | | $ 1,795.00 | - | 1.2 | - | 2.0 | 9.3 | 14.9 | 0.4 | 39.3 | 71.5 | 1.6 | - | 5.0 | 145.2 | $260,634.00 |
| Lowey | Vincent Briganti | Shareholder | | $ 1,795.00 | 7.1 | 76.0 | - | 14.6 | 144.3 | 93.5 | 24.0 | 404.3 | 222.8 | - | - | - | 986.6 | $1,770,947.00 |
| Lowey | Amanda Fiorilla | Partner | | $ 1,395.00 | 3.55 | 53.95 | | 151.7 | 141.7 | 30.7 | 5.5 | 16.9 | 11.2 | - | 1.0 | 2.2 | 418.4 | $583,668.00 |
| Lowey | Amanda Fiorilla (Document Rev.) | Partner | | $ 425.00 | | | 5.1 | | | | | | | - | | | 5.1 | $2,167.50 |
| Lowey | Andrea Farah | Partner | | $ 1,395.00 | 116.6 | 624.1 | | 327.5 | 641.8 | 252.2 | 380.1 | 173.0 | 387.5 | 46.8 | 7.5 | 116.9 | 3,074.0 | $4,288,230.00 |
| Lowey | Andrea Farah (Document Rev.) | Partner | | $ 425.00 | | | 30.4 | | | | | | | - | | | 30.4 | $12,920.00 |
| Lowey | Christian Levis | Partner | | $ 1,395.00 | 5.4 | 38.3 | - | 142.6 | 244.1 | 161.6 | 110.4 | 330.4 | 93.9 | 33.5 | 5.9 | 30.1 | 1,196.2 | $1,668,699.00 |
| Lowey | Margaret MacLean | Partner | | $ 1,395.00 | - | 6.5 | - | 138.2 | 431.7 | 376.6 | 124.5 | 74.0 | 361.4 | 17.0 | - | 8.0 | 1,537.9 | $2,145,370.50 |
| Lowey | Sitso Bediako | Partner | | $ 1,395.00 | - | - | - | - | - | - | - | - | 128.0 | - | - | - | 128.0 | $178,560.00 |
| Lowey | Anthony Christina | Senior Associate | | $ 895.00 | 10.7 | 15.8 | - | - | 8.4 | - | - | - | 3.7 | - | - | - | 38.6 | $34,547.00 |
| Lowey | John D'Amico | Senior Associate | | $ 895.00 | - | - | | - | 14.4 | - | - | - | - | - | - | - | 14.4 | $12,888.00 |
| Lowey | John D'Amico (Document Rev.) | Senior Associate | | $ 425.00 | | | 633.6 | | | | | | | - | | | 633.6 | $269,280.00 |
| Lowey | Noelle Forde | Senior Associate | | $ 1,250.00 | - | - | | 132.6 | 200.7 | 297.8 | 1.1 | 67.4 | 57.5 | 0.7 | 1.2 | 9.2 | 768.2 | $960,250.00 |
| Lowey | Noelle Forde (Document Rev.) | Senior Associate | | $ 425.00 | | | 0.7 | | | | | | | - | | | 0.7 | $297.50 |
| Lowey | Alesandra Greco | Associate | 2025 | $ 675.00 | 22.0 | 5.0 | | 109.65 | 183.2 | 251.45 | 105.9 | 49.05 | 15.9 | - | - | 15.9 | 758.1 | $511,683.75 |
| Lowey | Alesandra Greco (Document Rev.) | Associate | 2025 | $ 425.00 | | | 262.15 | | | | | | | - | - | | 262.2 | $111,413.75 |
| Lowey | Christopher DeVivo | Associate | 2023 | $ 490.00 | - | - | - | - | - | 30.5 | - | - | - | - | - | - | 30.5 | $14,945.00 |
| Lowey | Craig Maider | Associate | 2022 | $ 485.00 | - | 64.5 | - | - | - | - | - | - | - | - | - | - | 64.5 | $31,282.50 |
| Lowey | Henry Kusjanovic | Associate | 2021 | $ 430.00 | 36.4 | 225.1 | - | - | 46.5 | 1.9 | - | 1.2 | - | - | 1.0 | - | 312.1 | $134,203.00 |
| Lowey | Ian Sloss | Associate | 2019 | $ 550.00 | 211.0 | 123.5 | - | - | 79.6 | - | - | - | - | - | - | - | 414.1 | $227,755.00 |
| Lowey | Rachel Kesten | Associate | | $ 725.00 | - | - | | 144.0 | 216.6 | 181.0 | 31.1 | 22.0 | - | - | 0.7 | 1.3 | 596.7 | $432,607.50 |
| Lowey | Rachel Kesten (Dcoument Rev.) | Associate | | $ 425.00 | - | - | 95.8 | | | | | | - | - | | | 95.8 | $40,715.00 |
| Lowey | Radhika Gupta | Associate | | $ 895.00 | 158.4 | 67.6 | | 89.4 | 279.7 | 168.7 | 323.1 | 71.2 | 97.5 | 2.0 | - | 1.5 | 1,259.1 | $1,126,894.50 |
| Lowey | Radhika Gupta (Document Rev.) | Associate | | $ 425.00 | | | 106.7 | | | | | | | - | | | 106.7 | $45,347.50 |
| Lowey | Richard Frank | Associate | 2021 | $ 400.00 | - | - | 97.1 | - | - | - | - | - | - | - | - | - | 97.1 | $38,840.00 |
| Lowey | Vincent Cappucci | Associate | | $ 675.00 | 1.0 | - | - | - | - | 10.0 | - | 24.6 | 57.5 | - | - | - | 93.1 | $62,842.50 |
| Lowey | Xin Huang | Associate | | $ 645.00 | - | - | - | - | 14.0 | 12.0 | - | - | - | - | - | - | 26.0 | $16,770.00 |
| Lowey | Yuanchen Lu | Associate | | $ 725.00 | - | - | | 23.1 | 68.4 | 120.0 | 65.0 | 7.4 | 36.7 | - | - | 1.25 | 321.7 | $233,232.50 |
| Lowey | Yuanchen Lu (Document Rev.) | Associate | | $ 425.00 | - | - | 77.6 | | | | | | | - | - | | 77.6 | $32,980.00 |
| Lowey | Katherine Vogel | Paralegal | | $ 470.00 | 1.5 | 1.8 | - | 1.6 | 18.8 | 6.7 | 4.0 | - | - | 0.8 | - | 1.0 | 36.2 | $17,014.00 |
| Lowey | Myra Fromholz | Paralegal | 2024 | $ 395.00 | 1.4 | 0.9 | - | 1.2 | 4.7 | 6.5 | - | 5.8 | 4.4 | - | - | - | 24.9 | $9,835.50 |
| Scott+Scott | Carey Alexander | Partner | 2024 | $ 900.00 | | | | | | 20.1 | | | | | | 93.9 | 114.0 | $102,600.00 |
| Scott+Scott | Chris Burke | Partner | 2023 | $ 1,395.00 | | | | | | | | 25.3 | | | | | 25.3 | $35,293.50 |
| Scott+Scott | Daryl Scott | Partner | | $ 1,960.00 | | | | | | | | 39.0 | | | | | 39.0 | $76,440.00 |
| Scott+Scott | David Scott | Partner | | $ 3,000.00 | | | | | | | | 1.4 | 63.3 | | | | 64.7 | $194,100.00 |
| Scott+Scott | Erin Comite | Partner | | $ 1,210.00 | | 169.8 | | 1.0 | 43.7 | 247.2 | 267.2 | 2.7 | 808.3 | | | 81.8 | 1,621.7 | $1,962,257.00 |

**EXHIBIT 1 – Hours by Category (ALL FIRMS) - *IN RE GOOGLE ASSISTANT PRIVACY LITIGATION*, No. 5:19-CV-04286-BLF (N.D. Cal.) - Inception through June 2026**

| Firm | Attorneys | Role | Final Year of Employment (if applicable) | Effective Billing Rate | (1) Investigation & Factual Research for Initial and Amended Complaints | (2) Initial & Amended Complaint Drafting and Motion to Dismiss Briefing | (3) Document Review | (4) Depositions (incl. prep) | (5) Other Discovery (incl. motion practice) | (6) Class Cert & Post-Class Cert Motions (Motions to Clarify Class Definition, Invalidate Arbitration Opt Outs, Compel Arbitration) | (7) Summary Judgment | (8) Litigation Strategy & Analysis | (9) Mediation, Settlement & Settlement Administration | (10) Trial (incl. prep) | (11) Client Communication | (12) Expert Work | Total Hours | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scott+Scott | Hal Cunningham | Partner | | $ 1,195.00 | | 69.1 | | 14.2 | 81.7 | | | | 5.1 | | 22.9 | 0.9 | 193.9 | $231,710.50 |
| Scott+Scott | Joseph Guglielmo | Partner | | $ 1,465.00 | 11.2 | 132.3 | | 3.8 | 31.4 | 102.3 | 25.5 | 3.5 | 343.6 | | 7.6 | 55.0 | 716.2 | $1,049,233.00 |
| Scott+Scott | John Jasnoch | Partner | | $ 1,185.00 | | 504.0 | | 30.6 | 207.0 | 41.7 | 4.1 | 4.8 | | | 16.4 | 52.1 | 860.7 | $1,019,929.50 |
| Scott+Scott | Kristen Anderson | Of Counsel | | $ 1,135.00 | | | | | | | | | 29.4 | | | | 29.4 | $33,369.00 |
| Scott+Scott | Anja Rusi | Associate | | $ 810.00 | | | | | | 99.1 | 250.9 | | 119.0 | | | 18.0 | 487.0 | $394,470.00 |
| Scott+Scott | Alex Outwater | Associate | 2025 | $ 875.00 | | 0.5 | | 191.8 | 102.0 | 9.7 | 41.7 | | | | 9.8 | 14.3 | 369.8 | $323,575.00 |
| Scott+Scott | Anjori Mitra | Associate | | $ 910.00 | | | | | | 11.3 | 99.7 | | 68.9 | | | | 179.9 | $163,709.00 |
| Scott+Scott | Ethan Binder | Associate | | $ 720.00 | | | | | | 15.3 | | | 30.5 | | | | 45.8 | $32,976.00 |
| Scott+Scott | Joseph Cleemann | Associate | 2025 | $ 820.00 | | | | | | 57.0 | | | | | | | 57.0 | $46,740.00 |
| Scott+Scott | Mollie Chadwick | Associate | | $ 770.00 | | | | 21.0 | | | | | | | | | 21.0 | $16,170.00 |
| Scott+Scott | Sean Russell | Associate | 2026 | $ 910.00 | | 4.9 | 122.2 | 10.0 | 50.4 | 150.6 | | | 0.8 | | | 9.6 | 348.5 | $317,135.00 |
| Scott+Scott | Stephanie Hackett | Associate | 2021 | $ 750.00 | 55.0 | 206.0 | | | 21.0 | | | | | | | | 282.0 | $211,500.00 |
| Scott+Scott | Brandon Zapf | Staff Attorney | | $ 720.00 | | 35.7 | | | | | | | | | | | 35.7 | $25,704.00 |
| Scott+Scott | Melanie Porter | Staff Attorney | 2026 | $ 720.00 | | 2.3 | | 54.2 | | | | | | | | | 56.5 | $40,680.00 |
| Scott+Scott | Victoria Burke | Staff Attorney | | $ 720.00 | | | 58.0 | 53.5 | | | | | | | | | 111.5 | $80,280.00 |
| Scott+Scott | Allen West | Paralegal | | $ 450.00 | | | | | | 19.1 | | | 1.4 | | | | 20.5 | $9,225.00 |
| Scott+Scott | Amy Weas | Paralegal | | $ 395.00 | | 22.1 | | | | | | | | | | | 22.1 | $8,729.50 |
| Scott+Scott | General Paralegal | Paralegal | | $ 450.00 | | | | | 5.6 | 29.4 | | | 25.3 | | 0.5 | 3.3 | 64.1 | $28,845.00 |
| Scott+Scott | Ellen DeWan | Paralegal | | $ 450.00 | | 19.3 | | | 2.0 | | | | 7.5 | | | | 28.8 | $12,960.00 |
| Scott+Scott | Kimberly Jager | Paralegal | | $ 450.00 | | 130.3 | | | 11.0 | 31.5 | 26.5 | | | | | | 199.3 | $89,685.00 |
| Wood Law | E. Kirk Wood | Partner | | $ 750.00 | 2.0 | 2.0 | | 13.7 | 24.7 | | | 7.8 | 13.5 | | | | 63.7 | $47,775.00 |
| Lexington Law | Mark Todzo | Partner | | $ 995.00 | 2.2 | 109.9 | | | 39.6 | 58.9 | 19.4 | 190.8 | 90.1 | | | 3.2 | 514.1 | $511,529.50 |
| Lexington Law | Patrick Carey | Partner | | $ 855.00 | | | | | | 1.7 | 1.8 | 11.1 | 20.1 | | | | 34.7 | $29,668.50 |
| Lexington Law | Meredyth Merrow | Associate | | $ 725.00 | | 23.5 | | | 4.2 | 12.8 | | 16.7 | 0.5 | | | | 57.7 | $41,832.50 |
| Lexington Law | Eric Somers | Partner | 2023 | $ 850.00 | 2.6 | 8.2 | | | 0.3 | 2.2 | | 5.9 | 1.8 | | | | 21.0 | $17,850.00 |
| Lexington Law | Mary Haley Ousley | Associate | 2026 | $ 550.00 | | | | | | 14.7 | 5.4 | 5.6 | | | | | 25.7 | $14,135.00 |
| Lexington Law | Alexis Pearson | Staff Attorney | 2024 | $ 350.00 | 6.8 | 25.1 | | | 1.9 | | | 12.6 | | | | | 46.4 | $16,240.00 |
| Lexington Law | Owen Suter | Paralegal | 2026 | $ 235.00 | | 3.4 | | | 6.0 | 9.5 | | 40.9 | 0.5 | | | | 60.3 | $14,170.50 |
| | **TOTALS - ALL FIRMS** | | | | **654.85** | **2,772.65** | **1,489.35** | **1,671.95** | **3,380.35** | **2,950.10** | **1,917.30** | **1,654.60** | **3,179.10** | **102.40** | **74.50** | **524.45** | **20,371.6** | **$22,477,337.50** |