**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No.: 5:19-cv-04286-BLF<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>COMPLAINT FILED: July 25, 2019 |

On October 13, 2026, the Court granted the Motion for Final Approval of Class Action Settlement filed by Plaintiffs Asif Kumandan, Melissa Spurr, individually and as guardian of B.S., a minor, Lourdes Galvan, and Eleeanna Galvan ("Plaintiffs"), approving the Settlement with Defendants Google LLC and Alphabet Inc. (collectively, "Defendants" or "Google" and, with Plaintiffs, the "Parties"). Dkt. 584 ("Final Approval Order").

For the reasons set forth in the Final Approval Order, **JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as follows:

1. Judgment is hereby entered on the terms and conditions set forth in the Stipulation and Agreement of Settlement dated January 22, 2026 ("Settlement Agreement"), ECF No. 549-2, and approved by the Court in its Final Approval Order.

2. This Judgment hereby incorporates by reference the definitions set forth in the Settlement Agreement.

3. As explained in the Court's Final Approval Order, the Court certified under Federal Rules of Civil Procedure 23(a) and 23(b)(3) for settlement purposes the "Settlement Classes," which means the Purchaser Settlement Class and the Privacy Settlement Class, defined in the Settlement Agreement as follows:

a. Purchaser Settlement Class: All Users[1] who purchased a Google-Made Device[2] during the period between May 18, 2016 through March 19, 2026 (both days inclusive) ("the Settlement Class Period");

[1] "Users" are individuals who reside in the United States or its territories whose Google accounts were associated with at least one Google Assistant Enabled Device during the Settlement Class Period. "Google Assistant Enabled Devices" are devices that come with Google Assistant pre-installed or on which Google Assistant can be downloaded.

[2] "Google-Made Devices" are Google Assistant Enabled Devices manufactured and sold by Google either directly or through third-party retailers, including Google's own smart home speakers, Google Home, Home Mini, and Home Max; smart displays, Google Nest Hub, and Nest Hub Max; and its Pixel smartphones.

b. Privacy Settlement Class: All Users of Google Assistant and members of their Households[3] during the Settlement Class Period whose communications were recorded or otherwise obtained by Google Assistant as a result of a False Accept[4] or whose communications were recorded or otherwise obtained by Google Assistant and disclosed to any third-party review vendor.

4. Excluded from the Settlement Classes are: (1) any Judge or Magistrate presiding over this Action, any members of their families, and the staff of such Judge or Magistrate; (2) Google, Google's subsidiaries, successors, predecessors, and any entity in which Google or its parent has a controlling interest and their current or former employees, officers, and directors; (3) Persons who have properly executed and filed a timely Request for Exclusion from the Settlement Classes; (4) Persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) any individual who previously opted out of the Purchaser Class, as identified at ECF No. 440-4, unless that individual has elected to rejoin the Settlement Classes; (6) individuals who, prior to the exclusion deadline, both (A) filed or served a written arbitration demand, or provided written notice to Google of their intent to pursue arbitration against Google relating to the Released Claims, and (B) executed an individual release of their claims; (7) the legal representatives, successors, and assigns of any excluded Persons; and (8) Plaintiffs' Counsel and Defendants' Counsel.

5. Attached as Exhibit A is the list of Settlement Class Members who submitted valid Requests for Exclusion from the Settlement.

6. This Court has personal jurisdiction over the Parties and all Settling Class Members and subject matter jurisdiction over the Action to approve the Settlement Agreement and all

[3] "Household" is a group of individuals sharing a common abode.

[4] "False Accept" is an instance where a Google Assistant Enabled Device records and transmits audio data to Google's servers because a Hot Word was detected although a Hot Word was not spoken. "Hot Word" is a word or phrase (such as "OK Google" or "Hey Google") which can be used to activate Google Assistant on certain Google Assistant Enabled Devices.

Exhibits thereto. Without affecting the finality of the Final Judgment for purposes of appeal, the Court retains jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement and the Final Judgment, and for any other necessary purpose.

7. This Action, including all individual claims and Settlement Class claims presented thereby, is hereby dismissed with prejudice.

8. The Parties shall bear their own costs and attorneys' fees, except as provided in the Settlement Agreement and the Court's Final Approval Order.

9. Upon the Effective Date, the Releases described in the Settlement Agreement shall be effective. Specifically:

a. As of the Effective Date, Plaintiffs and each Settling Class Member shall be deemed to have, and by operation of this Order shall have, fully, finally, and forever released, waived, relinquished, and discharged, and shall forever be enjoined from prosecuting, all Released Claims against Released Parties, whether or not such Plaintiff or Settling Class Member has executed and delivered a Claim Form.

b. As of the Effective Date, all Settlement Class Members who have not properly sought exclusion from the Settlement Classes are permanently barred and enjoined from initiating, asserting, prosecuting, intervening in, or participating (as class members or otherwise) in any lawsuit or other action in any jurisdiction based on the Released Claims.

10. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

Date: ____________________

______________________________________
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| Exclusion | Name | City | State | Postmark |
|---|---|---|---|---|
| 1 | F. AMINI | FULLERTON | CA | 5/11/26 |
| 2 | P. HARTMAN | HOMELAND | CA | 5/13/26 |
| 3 | B. BARNHILL | MISSION VIEJO | CA | 5/15/26 |
| 4 | R. HASHBARGER | MARYSVILLE | OH | 5/16/26 |
| 5 | D. SMITH | HUNTINGTON BEACH | CA | 5/18/26 |
| 6 | M. TUKE | SAN DIEGO | CA | 7/9/26 |
| 7 | L. VERDUZCO | DOWNEY | CA | 7/10/26 |
| 8 | J. WANG | ELMHURST | IL | 7/11/26 |
| 9 | C. ROCCIA | LAS VEGAS | NV | 7/11/26 |
| 10 | C. MORA | BELL | CA | 7/11/26 |
| 11 | J. FOLLOWAY | CEDAR PARK | TX | 7/14/26 |
| 12 | D. EVANS | LAKE MARY | FL | 7/14/26 |
| 13 | T. SANDERS | DILLON | SC | 7/15/26 |
| 14 | P. CURRY | MARIETTA | GA | 7/12/26 |
| 15 | W. DOYLE | RANCHO SANTA FE | CA | 7/13/26 |
| 16 | R. LONON | POUGHKEEPSIE | NY | 7/23/26 |
| 17 | S. FERNANDEZ-GOMEZ | SUNNYVALE | CA | 7/23/26 |
| 18 | T. WHITE | PENSACOLA | FL | 7/22/26 |
| 19 | C. HEDIN | MELFORT | ND | 7/23/26 |
| 20 | R. THOMAS | FALLS CHURCH | VA | 5/19/26 |
| 21 | L. LIVINGSTON | PALO ALTO | CA | 5/20/26 |
| 22 | C. GARLICK | LAKE MARY | FL | 5/20/26 |
| 23 | A. MONTGOMERY | CHICO | CA | 6/5/26 |
| 24 | K. LI | SAN DIEGO | CA | 6/6/26 |
| 25 | L. SCHULZ | OSHKOSH | WI | 7/15/26 |
| 26 | G. BUTTERWORTH | VANCOUVER | WA | 7/17/26 |
| 27 | P. HERRERA | LANCASTER | CA | 7/17/26 |
| 28 | B. CHE | LAS VEGAS | NV | 7/18/26 |
| 29 | A. RAMOS | LACEY | WA | 7/19/26 |
| 30 | J. KLAASSEN | SEATTLE | WA | 7/20/26 |
| 31 | B. STRUMLAUF | RANCHO SANTA MARGARITA | CA | 7/20/26 |
| 32 | S. HOWEY | GLENDORA | CA | 7/21/26 |
| 33 | K. TAYLOR | ST ANNE | IL | 7/20/26 |
| 34 | H. LINDSEY | CONWAY | AR | 7/20/26 |
| 35 | C. CERVANTES | SELMA | CA | 5/21/26 |
| 36 | D. MAJHOR | STOCKTON | CA | 5/21/26 |
| 37 | D. TRINH | LOS ANGELES | CA | 5/22/26 |
| 38 | J. POLLOCK | EAST PALO ALTO | CA | 5/22/26 |
| 39 | J. REINERT | FAIRFAX | CA | 5/23/26 |
| 40 | N. KISLYUK | BALTIMORE | MD | 5/23/26 |
| 41 | J. CONTI | BERKELEY | CA | 6/7/26 |
| 42 | M. PEARSON | CHARLOTTE COURT HOUSE | VA | 5/24/26 |
| 43 | K. KIM | HOUSTON | TX | 5/25/26 |

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 44 | R. PIETSCH | SAN DIEGO | CA | 6/12/26 |
| 45 | L. HAMERA | OAKLAND | CA | 6/12/26 |
| 46 | D. HAYMOND | CENTRALIA | WA | 5/26/26 |
| 47 | M. PICANCO | LEBANON | NH | 5/27/26 |
| 48 | P. TULLMANN | MILLBRAE | CA | 5/27/26 |
| 49 | K. COLLETTE | COLORADO SPRINGS | CO | 5/28/26 |
| 50 | J. WORKMAN | CORVALLIS | OR | 5/28/26 |
| 51 | J. AVILA | ARCADIA | CA | 6/8/26 |
| 52 | B. LEMMON | SAN DIEGO | CA | 6/8/26 |
| 53 | M. MCIVER | SAN DIEGO | CA | 5/28/26 |
| 54 | J. WATERMAN | PETALUMA | CA | 6/9/26 |
| 55 | S. VEMULA | SAN FRANCISCO | CA | 5/29/26 |
| 56 | R. SPARLIN | LEWISTON | ME | 5/30/26 |
| 57 | A. LONG | FRASER | MI | 6/3/26 |
| 58 | S. BHARDWAJ | EAST BRUNSWICK | NJ | 5/31/26 |
| 59 | T. HAUGLAND | AIEA | HI | 5/28/26 |
| 60 | J. SEEK | EAST BETHEL | MN | 6/14/26 |
| 61 | J. LAWSON | SAN JOSE | CA | 5/31/26 |
| 62 | M. AUSSIEKER | FAIR OAKS | CA | 6/1/26 |
| 63 | L. MACHADO | SHARPSBURG | GA | 6/14/26 |
| 64 | T. LUGO | ANAHEIM | CA | 6/14/26 |
| 65 | C. MCMULLEN | PITTSBURGH | PA | 6/14/26 |
| 66 | A. PLOTKIN | LAKEWOOD | CO | 6/14/26 |
| 67 | C. STILLMAN | GLENDALE | CA | 6/15/26 |
| 68 | C. REBERT | SUNNYVALE | CA | 6/1/26 |
| 69 | J. VARGAS | SANTA CRUZ | CA | 6/1/26 |
| 70 | P. WILLIAMS | SAN JOSE | CA | 6/2/26 |
| 71 | J. GRACIA | PACIFICA | CA | 6/2/26 |
| 72 | V. RAO | SAN JOSE | CA | 6/2/26 |
| 73 | S. VANNATTA | HUDSON | WI | 6/3/26 |
| 74 | B. DALY | SAN DIEGO | CA | 6/9/26 |
| 75 | M. MERCADAL | LOS ANGELES | CA | 6/9/26 |
| 76 | E. ALVAREZ | TURLOCK | CA | 6/4/26 |
| 77 | V. CALERO | VALLEJO | CA | 6/4/26 |
| 78 | N. TIEP | LOS ANGELES | CA | 6/5/26 |
| 79 | R. SANTOS-CARRILLO | BRONX | NY | 6/10/26 |
| 80 | A. DIAZ | CORNING | CA | 6/11/26 |
| 81 | M. IBARBURU | DORAL | FL | 6/16/26 |
| 82 | N. BENDER | LOS ANGELES | CA | 6/16/26 |
| 83 | J. NGUYEN | FOUNTAIN VALLEY | CA | 6/16/26 |
| 84 | M. SCHNEIDER | RALEIGH | NC | 6/16/26 |
| 85 | J. WIGGINS | ROSEBURG | OR | 5/8/26 |
| 86 | J. ALICEA | SAN FRANCISCO | CA | 6/12/26 |
| 87 | B. MITCHELL | HUNTERSVILLE | NC | 6/12/26 |

***In re Google Assistant Privacy Litigation*, No. 4:19-cv-04286**

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 88 | H. NEELY | NEW ORLEANS | LA | 6/12/26 |
| 89 | J. MENDOZA | STOCKTON | CA | 6/12/26 |
| 90 | B. EISEN | CANYON COUNTRY | CA | 6/12/26 |
| 91 | H. CHEN | IRVINE | CA | 6/19/26 |
| 92 | C. CHUNG | LAKE FOREST | CA | 6/20/26 |
| 93 | L. SMITH | GREENWOOD | IN | 6/20/26 |
| 94 | R. KULZ | LOS ANGELES | CA | 6/20/26 |
| 95 | C. VANLANDINGHAM | LOS OSOS | CA | 6/17/26 |
| 96 | D. VELEZ | SANTA CLARA | CA | 6/17/26 |
| 97 | M. YANG | MODESTO | CA | 6/20/26 |
| 98 | W. HAWTHORNE | GRANADA HILLS | CA | 6/21/26 |
| 99 | M. BOLGER | WARMINSTER | PA | 6/21/26 |
| 100 | A. CANO | PASADENA | CA | 6/17/26 |
| 101 | K. CHRISTIAN | VAN NUYS | CA | 6/17/26 |
| 102 | F. PAULINO | DALY CITY | CA | 6/19/26 |
| 103 | S. NEWMAN | BIG RAPIDS | MI | 6/22/26 |
| 104 | D. HEBERT | UNION | MO | 6/22/26 |
| 105 | J. HALSEY | CHICAGO | IL | 6/22/26 |
| 106 | T. MAYORGA | HESPERIA | CA | 6/22/26 |
| 107 | B. O'BERRY | LANSING | MI | 6/22/26 |
| 108 | T. NOURSE | REDWOOD CITY | CA | 6/22/26 |
| 109 | R. EARL | TEMPE | AZ | 6/23/26 |
| 110 | C. HILL | WENATCHEE | WA | 6/23/26 |
| 111 | R. MORRIS | PLEASANT HILL | MO | 6/24/26 |
| 112 | H. HOLBROOK | EAGAN | MN | 6/24/26 |
| 113 | M. SEVERSON | CARLSBAD | CA | 6/25/26 |
| 114 | D. MCFARLAND | RANCHO CUCAMONGA | CA | 6/25/26 |
| 115 | N. JOHNSON | PORTLAND | OR | 7/24/26 |
| 116 | P. LUPCKE | MARIETTA | GA | 7/25/26 |
| 117 | R. RIVERA | DORCHESTER | MA | 6/25/26 |
| 118 | I. FONTANEZ | COROZAL | PR | 6/26/26 |
| 119 | S. ADAMES | SANTO DOMINGO | PR | 6/27/26 |
| 120 | H. IORGA | SACRAMENTO | CA | 6/28/26 |
| 121 | J. CHARLES | BROOKLYN | NY | 6/29/26 |
| 122 | A. GANESH | SAN JOSE | CA | 6/29/26 |
| 123 | W. ZHAO | NEW YORK | NY | 6/29/26 |
| 124 | R. FRANCE | NORTHRIDGE | CA | 6/29/26 |
| 125 | C. LEE | FULLERTON | CA | 6/29/26 |
| 126 | E. HOOD | DEMING | NM | 6/29/26 |
| 127 | S. COUTARD | KISSIMMEE | FL | 6/30/26 |
| 128 | C. PICOTTE | BROOKLYN PARK | MN | 6/30/26 |
| 129 | G. CARMAN | NAPA | CA | 7/1/26 |
| 130 | L. SANGAILA | KENNETH CITY | FL | 7/13/26 |
| 131 | C. GARLEB | WESTERVILLE | OH | 7/2/26 |

*In re Google Assistant Privacy Litigation* **, No. 4:19-cv-04286**

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 132 | N. FARRELL | OAKLAND | CA | 7/2/26 |
| 133 | J. KELLEY | LOS ANGELES | CA | 7/6/26 |
| 134 | J. BEELER | SUNNYVALE | CA | 7/26/26 |
| 135 | T. MALLY | BURBANK | CA | 7/27/26 |
| 136 | A. PARSONS | MECHANICSVILLE | VA | 6/17/26 |
| 137 | D. MUMIN | OMAHA | NE | 7/14/26 |
| 138 | R. ESQ | SMITHTOWN | NY | 8/6/26 |
| 139 | Z. LEVY | APEX | NC | 8/5/26 |
| 140 | A. CHAN | SAN DIEGO | CA | 8/5/26 |
| 141 | Y. HUANG | SANTA CLARA | CA | 8/2/26 |
| 142 | P. LII | MOUNTAIN VIEW | CA | 8/5/26 |
| 143 | M. MESTER | CHICAGO | IL | 8/11/26 |
| 144 | K. DAWBER | LEHI | UT | 8/13/26 |
| 145 | C. GAUGER | WASHINGTON | NC | 8/17/26 |
| 146 | D. LEMLER | BROWNWOOD | TX | 8/20/26 |
| 147 | D. XIE | SNOHOMISH | WA | 7/29/26 |
| 148 | D. VALENTINE | ALEXANDRIA | VA | 7/29/26 |
| 149 | D. COTE | ENFIELD | CT | 7/29/26 |
| 150 | M. MAI | RALEIGH | NC | 7/29/26 |
| 151 | W. SIQUEIRA | CARAPICUIBA | BRAZIL | 7/31/26 |
| 152 | K. HONGPANICH | CARSON | CA | 7/31/26 |
| 153 | M. KRZYKOWSKI | ROCHESTER | NY | 7/31/26 |
| 154 | S. OTTO | THOUSAND OAKS | CA | 8/1/26 |
| 155 | E. MAGNO | DANBURY | CT | 8/3/26 |
| 156 | S. STUBBS | EUGENE | OR | 8/3/26 |
| 157 | N. SAUER | CALABASAS | CA | 8/3/26 |
| 158 | N. LEE | ARCADIA | CA | 8/3/26 |
| 159 | W. JOHNSON | ATANTA | GA | 8/4/26 |
| 160 | R. PRIMIANI | CHARLESTON | SC | 8/5/26 |
| 161 | R. BASTIEN | HEMPSTEAD | NY | 8/5/26 |
| 162 | R. CLARKE-IANIERO | PALM SPRINGS | CA | 8/6/26 |
| 163 | E. WINSLOW | MILWAUKEE | WI | 8/8/26 |
| 164 | A. SEGURA | CORONA | CA | 8/9/26 |
| 165 | A. CLOSE | GERMANTOWN | MD | 8/9/26 |
| 166 | B. DEUTSCH | NEW YORK | NY | 8/9/26 |
| 167 | K. CHENG | FOSTER CITY | CA | 8/10/26 |
| 168 | M. JOHNSON | COLORADO SPRINGS | CO | 8/11/26 |
| 169 | A. POSS | SAN ANTONIO | TX | 8/11/26 |
| 170 | D. DUCAT | HUNTINGTON BEACH | CA | 8/12/26 |
| 171 | K. JOHNSON | MINEOLA | IA | 8/12/26 |
| 172 | A. DU | EL MONTE | CA | 8/12/26 |
| 173 | R. GLASSER | GERMANTOWN | MD | 8/12/26 |
| 174 | I. FOUST | COLUMBUS | OH | 8/12/26 |
| 175 | A. ZIER | MISSION | KS | 8/13/26 |

*In re Google Assistant Privacy Litigation* , No. 4:19-cv-04286

**Updated Exclusion List (Superseding Exhibit A to Dkt. No. 547-1)**

| | | | | |
|---|---|---|---|---|
| 176 | D. GARRITY | FRAMINGHAM | MA | 8/13/26 |
| 177 | J. POWERS | CLEVELAND | TN | 8/13/26 |
| 178 | N. RODRIGUEZ | SEATTLE | WA | 8/14/26 |
| 179 | J. FLORES | LODI | NJ | 8/15/26 |
| 180 | R. VONGSALY | SMYRNA | TN | 8/15/26 |
| 181 | M. OLIVEIRA | NEW BEDFORD | MA | 8/15/26 |
| 182 | A. KATZ | BALTIMORE | MD | 8/16/26 |
| 183 | P. HU | HAPPY VALLEY | OR | 8/16/26 |
| 184 | B. GAUGER | WASHINGTON | NC | 8/17/26 |
| 185 | A. IEDI | KAHRAMANMARAS | GU | 8/17/26 |
| 186 | M. LEAR | FRESNO | CA | 8/18/26 |
| 187 | L. RARO | DAVAO CITY | KS | 8/18/26 |
| 188 | T. JOHNSON | HENRICO | VA | 8/20/26 |
| 189 | C. GASTON | NORTH HOLLYWOOD | CA | 8/21/26 |
| 190 | J. BROWNLEE | JEFFERSONVILLE | IN | 8/21/26 |
| 191 | A. DOWLING | YPSILANTI | MI | 8/22/26 |
| 192 | K. KHOWAJA | CHICAGO | IL | 8/25/26 |
| 193 | K. KHOWAJA | PARK RIDGE | IL | 8/25/26 |
| 194 | G. MATA | SAN DIEGO | CA | 8/25/26 |
| 195 | T. YANG | TOWNSHIP OF TAYLORSVILLE | NC | 8/26/26 |
| 196 | S. RYAN | INDIANAPOLIS | IN | 8/26/26 |
| 197 | E. BECNEL | LOMBARD | IL | 8/26/26 |
| 198 | T. HICKS | ROANOKE | VA | 8/26/26 |
| 199 | E. KREIDER | HELOTES | TX | 8/26/26 |
| 200 | D. DAUZART | RANDOLPH | VT | 8/26/26 |
| 201 | D. DIAZ | WHITTIER | CA | 8/26/26 |
| 202 | A. PARRISH | JACKSONVILLE | FL | 8/26/26 |
| 203 | S. JOHNSON | BUCKLEY | WA | 8/26/26 |
| 204 | T. ROBERTSON | ZEPHYRHILLS | FL | 8/26/26 |
| 205 | D. HILES | INDEPENDENCE | KY | 8/27/26 |
| 206 | M. HILES | INDEPENDENCE | KY | 8/27/26 |
| 207 | S. SABENS | MERRIMACK | NH | 8/27/26 |
| 208 | F. PETTENGILL | SPRING HILL | FL | 8/27/26 |
| 209 | K. TAFT | MCQUEENEY | TX | 8/27/26 |
| 210 | J. COBB | GOODRICH | MI | 8/27/26 |
| 211 | E. ONEILL | NOBLESVILLE | IN | 8/27/26 |
| 212 | N. DAVIS | LOS ALTOS | CA | 8/27/26 |
| 213 | T. EDMUNDSON | WASHINGTON | DC | 8/27/26 |
| 214 | H. CORSON | NEW ORLEANS | LA | 8/27/26 |
| 215 | K. WILLIAMS | MCDONOUGH | GA | 8/27/26 |
| 216 | J. LUCBAN | RODRIGUEZ RIZAL | PHL | 8/27/26 |
| 217 | M. CIMENSKI | ANDOVER | MN | 8/27/26 |